IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **AUSTIN HAMBLIN and KISKA HAMBLIN** § § | |
| **VS.** § § § | **CASE NO. 7:25-cv-00245** |
| **MARTIN COUNTY SHERIFF'S DEPARTMENT, BRAD INGRAM, ANDERS DAHL, KELSEY BROWN, RORY GAMMONS, AND WESLEY PHELPS** § § § § § § | |

## DEFENDANT'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, ABILENE DIVISION:

COME NOW, Defendants in the above styled cause, filing its Notice of Removal under 28 U.S.C. §1446(a).

### A.  Introduction

1. Plaintiffs are Austin Hablim and Kiska Hamblin; Defendants are Martin County Sheriff's Department, Brad Ingram, Anders Dahl, Kelsey Brown, Rory Gammons, and Wesley Phelps.

2. On May 6, 2025, Plaintiffs filed a civil action against Defendants in the 118th Judicial District Court of Howard County, Texas, entitled *Austin Hablim and Kiska Hamblin v Martin County Sheriff's Department, Brad Ingram, Anders Dahl, Kelsey Brown, Rory Gammons, and Wesley Phelps*, Cause No. 8291.  The Plaintiffs are seeking damages for violations of the Second, Fourth, Fifth, and Eighth Amendments..

3. Defendants have entered an appearance by their filing of the Defendants' Notice of Filing of Notice of Removal in the State Court.  Defendants file this notice of Removal

within the 30 day time period required by 28 U.S.C. §1446(b).

## B.  Basis for Removal

4.  Removal is proper because the District Courts of the United States have jurisdiction over this action because the claim arises under Federal Law in that the cause of action alleged by the Plaintiffs involve the Second, Fourth, Fifth, and Eighth Amendments of the United States Constitution.  Accordingly, this action may be removed by Defendants pursuant to 28 U.S.C. §1441.

5.  All pleadings, process, orders and other filings in the state court action are attached to this notice as required by 28 U.S.C.§1446(a).

6.  Venue is proper in this district under 28 U.S.C.§1441(a) because this district and division embrace the place where the removed action was pending.

7.  Defendants will promptly file a copy of this Notice of Removal with the clerk of the state court where the action has been pending.

## C.  Jury Demand

8.  Plaintiffs did demand a jury in the state court action.

## P R A Y E R

Wherefore, Defendants respectfully requests this Court to accept its Notice of Removal and that it assume jurisdiction of this cause, and issue all such further orders and processes which may be necessary to bring before it all parties necessary for the trial hereof.

                          Respectfully submitted,

BY:    /s/ Denis Dennis
      DENIS DENNIS
      State Bar No. 05655566

OF

KELLY, MORGAN, DENNIS,
CORZINE & HANSEN, P.C.
P.O. Box 1311
Odessa, Texas 79760-1311
(432) 367-7271
(432) 363-9121 (FAX)
ddennis@kmdfirm.com
ATTORNEYS FOR DEFENDANTS

### CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing has on the 22nd day of May, 2025, been sent to:

Austin and Kiska Hamblin
3700 Hamilton St.
Big Spring, Texas 79720
432-661-9279
432-664-3132
KBRE1992@ICLOUD.COM

                /s/ Denis Dennis
                DENIS DENNIS