IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **AUSTIN HAMBLIN and KISKA HAMBLIN** | § § | |
| **VS.** | § § § | **CASE NO. 7:25-cv-00245** |
| **MARTIN COUNTY SHERIFF'S DEPARTMENT, BRAD INGRAM, ANDERS DAHL, KELSEY BROWN, RORY GAMMONS, AND WESLEY PHELPS** | § § § § § § | |

## CERTIFICATE OF NOTICE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

The undersigned, attorney of record for Defendants, certifies that on May 22, 2025, a copy of the Notice of Removal of this action was filed with the clerk of the 118th Judicial District Court of Martin County, Texas, and that written notice of filing of the Notice of Removal was delivered to the party named above as Plaintiffs in this action or to his attorney of record. Attached to the notices were copies of the Notice of Removal. Removal of this action is effective as of that date, pursuant to 28 U.S.C. §1446.

Respectfully submitted,

BY:    /s/ Denis Dennis
         DENIS DENNIS
         State Bar No. 05655566
OF
         KELLY, MORGAN, DENNIS,
         CORZINE & HANSEN, P.C.
         P.O. Box 1311
         Odessa, Texas 79760-1311
         (432) 367-7271
         (432) 363-9121 (FAX)
         ddennis@kmdfirm.com
         ATTORNEYS FOR DEFENDANTS

<u>CERTIFICATE OF SERVICE</u>

    A true and correct copy of the above and foregoing has on the 22nd day of May, 2025, been sent to:

Austin and Kiska Hamblin
3700 Hamilton St.
Big Spring, Texas 79720
432-661-9279
432-664-3132
KBRE1992@ICLOUD.COM

                                                __/s/ Denis Dennis_____
                                                DENIS DENNIS