IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **AUSTIN HAMBLIN and KISKA HAMBLIN** § § | |
| **VS.** § § | **CASE NO. 7:25-cv-00245** |
| § § | |
| **MARTIN COUNTY SHERIFF'S DEPARTMENT, BRAD INGRAM, ANDERS DAHL, KELSEY BROWN, RORY GAMMONS, AND WESLEY PHELPS** § § § § § | |

## INDEX OF MATTERS BEING FILED

- Notice of Removal;

- A completed Civil Cover Sheet;

- A Supplemental Civil Cover Sheet;

- An Index of all documents that clearly identifies each document and the date the document was filed in the State Court (see below);

- A copy of the State Court Docket Sheet;

- Each document filed in the State Court action;

  Plaintiff's Original Petition, filed 5/6/2025
  Requests for Citations for Defendants
  Returned Citations of service upon Defendants