CASE NO. 7:25-cv-00245

# CIVIL DOCKET

BEAR GRAPHICS, INC.
371

CASE NO. 8291

| No. of Case | NAME OF PARTIES | ATTORNEYS | Kind of Action and Party Demanding Jury | DATE OF FILING Month | Day | Year |
|---|---|---|---|---|---|---|
| 8291 | Austin Hamblin and Kiska Hamblin | Pro Se | Plainfiff's Original Petition | 5 | 6 | 25 |
| Fee Book Vol. Page | vs. | Pltf. | | Jury Fee, $ | | |
| | Martin County Sheriff's Dept, Brad Ingram, Anders Dahl, Kelsey Brown, Rory Gammon's & Wesley Phelps | Deft. | | Paid by | | |
| | | | | Jury No. | | |

| Date of Orders Month | Day | Year | ORDERS OF COURT | MINUTE BOOK Vol. | Page | PROCESS |
|---|---|---|---|---|---|---|
| | | | | | | |

118TH JUDICIAL DISTRICT, MARTIN COUNTY, TEXAS

AUSTIN HAMBLIN, KISKA HAMBLIN, Plaintiffs,

v.

MARTIN COUNTY SHERIFFS' DEPARTMENT

BRAD INGRAM, ANDERS DAHL, KELSEY BROWN,

RORY GAMMONS, WESLEY PHELPS, Defendants.

CAUSE NO. 8291

PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

## I. INTRODUCTION

1. Plaintiffs, Austin Hamblin and Kiska Hamblin (The Hamblin's), files this Original Petition against Defendants INGRAM, DAHL, BROWN, and GAMMONS, and alleges as follows:

2. Defendant, Martin County Sheriff's Department (MCSO), is a governmental entity located within the jurisdiction of this Court.

3. This Court has jurisdiction over this matter because the cause of action arose in Howard County, the Defendants INGRAM, PHELPS, DAHL and BROWN acted in their official capacity for Martin County, Defendant GAMMONS acted in his official capacity for Howard County, to which all are encompassed in The Court of the 118th District.

Filed 5/6/2025 1:40 PM
Linda Gonzales
District Clerk
Martin County, Texas
Melissa Rios

## II. FACTUAL ALLEGATIONS

1. On or about May 11th 2023, a police report was taken by Deputy Phelps. Mr. Brian Snellgrove and an employee, ANDREW NICHOLS, alleged that Plaintiff had "been taking tools for a period of time".
2. On May 16th, 2023, Anders Dahl petitioned This Honorable Court for a search warrant, duly sworn and under oath accusing the Plaintiff of a Second-degree felony theft.
3. On or about May 17th 2023, at approximately 8:30 AM, at 3700 Hamlton St, Big Spring, Texas, MCSO Deputy Dahl (Dahl) along with several deputies were outside Plaintiffs home to execute a search warrant regarding "Snap-On" tools alleged to be stolen. Dahl inquired of a "Snap-on Plasma Cutter model 30i. and Snap-on air compressor"
4. Plaintiff allowed the deputies to enter under belief that a warrant had been secured by Dahl establishing probable cause.
5. Upon entering the residence, Dahl and several other deputies began inquiring of Plaintiffs job and how things were with his boss. Plaintiff had not been confronted, informed of any "stolen property" or of any suspicion of theft within the company.
6. Plaintiff K.H. in attempt of eliminating the amount of law enforcement trapsing through the house exited the bedroom and stated that "If y'all are going to continue to be loud, go outside. My children are sleeping and don't need to be woken up by this nonsense." and Defendant Brown stated "We have a warrant for the whole house so we can be wherever we want". Plaintiff K.H. demanded to see the warrant and expressed her reasonable expectation of privacy within the home. Defendant Brown refused to provide the warrant despite numerous requests by Plaintiff KH.
7. Defendant Brown allowed KH to return to the bedroom numerous times before asking about any firearms or weapons in the bedroom and proceeded to make threats of involving ATF and "see what they say about it" regarding a firearm subsequently seized by Howard County Deputy Rory Gammons, without proper receipt or a remedy to retrieve the firearm.
8. Defendant Dahl is seen on axon body cam footage provided by MCSO, to his vehicle and places a call to Mr. Snellgrove, to which Mr. Snellgrove demands that Dahl retrieve Plaintiffs personal phone. This exhibits an abuse of power along with malicious intent to prosecute Plaintiff.
9. Defendant Dahl asked Plaintiff if Mr. Snellgrove could come the residence to identify the allegedly stolen property. Plaintiff, in good faith agreed, with the absolute intent of understanding the events beginning to unfold.

10. Defendant Dahl allowed Mr. Snellgrove to begin claiming items that Plaintiff contested. Plaintiff asserted the ability to provide receipts dating prior to 2019 when employment with Mr. Snellgrove began and in fact provided receipts to Jesse Metcalf on MAY 31st, 2023, JUNE 6th, 2023, and to Dahl in August 2023. All prior to the indictment presented in OCTOBER 2023.
11. Defendants removed items from the home against assertions of ownership and placed them into Mr. Snellgrove's vehicles.
12. Defendant Ingram allowed Mr. Snellgrove to convert the seized property without due process. Subsequently, Mr. Snellgrove sold it for financial gain while continuing to pursue charges against Plaintiff.

III. CAUSES OF ACTION

1. Defendants violated Plaintiffs Second, Fourth, Fifth, and Eighth Amendments by:
    a. Requesting a warrant (DAHL) from this Honorable Court affirming the validity of the ambiguous police report (PHELPS) filed on or around May 11th, 2023, which lacked description or serial numbers of property to be located.
    b. Seizing a firearm under vague assertions that it was illegal. (BROWN & GAMMONS)
    c. Not returning the warrant to this honorable court to conduct a hearing of interested parties of the property.
    d. Failing to provide the warrant when requested along failing to record the entire interaction by manipulating body-worn cameras to conceal their unlawful actions.
2. Defendants violated disposition of stolen property set forth by the Code of Criminal Procedure and assisting Mr. Snellgrove and 2 of his employees enter and remove property to 2100 Westside Drive, Stanton, Texas.
3. The Defendants were unable to match any of the 15+ "Possible Serial Numbers" provided by Mr. Snellgrove from Snap-On, as stated in the affidavit sworn by Defendant Dahl. This failure to match any of the property located at the residence indicates a lack of candor to the Court and suggests removal of property was not legal.
4. Defendants DAHL BROWN and INGRAM acted with complete disregard to the MCSO Policy enacted in 2018 by Defendant INGRAM regarding: "Property and Evidence" which outlines "general procedure of the agency with respect to all property contraband or evidence that is seized".
    a. Section 7 titled "Stolen Property" details that "in addition to the general provisions of this policy the following particular provisions MUST be

    complied with when dealing with stolen property or for property to which there is probable cause to believe it is stolen".

b. Section 8 titled "Other Seized Property" Section A details the criteria of returning any property to a claimant which "shall be met" including part 2 of those provisions stating "The person claiming the property shall complete a signed declaration of ownership of the items under penalty of perjury."

c. These "particular provisions" referenced in the policy created for MCSO by Defendant Brad Ingram were ignored while Ingram glorified the search and seizure on his public Facebook page violating another policy in said handbook by "publicizing details" regarding open investigations.

5. Defendants along with Mr. Snellgrove are seen corroborating stories as to the "ownership" in Plaintiffs home while executing the warrant.

IV. DAMAGES/RELIEF SOUGHT

WHEREFORE PLAINTIFF PRAYS THIS COURT enters a judgement against each defendant for intentional actions taken against the Plaintiff who has suffered significant financial loss, damage to reputation, loss of enjoyment of life, inability to provide for children, and had to rely on family for financial assistance, who have depleted their savings.

Plaintiff seeks monetary damages against each of the Defendants in the amount of $250,000 or the amount within the jurisdictional limits of this court.

Plaintiff additionally seeks return of the property illegally seized and disposed of in the amount of $119,000.

Plaintiff also seeks injunctive relief and declaratory judgment due to the egregious actions by the Defendants along with the evidence that weighs highly in favor of Plaintiffs ability to succeed in a trial.

WHEREFORE PREMISES CONSIDERED, Plaintiff prays that the Court:

a. Cite Defendant to appear and answer;

b. Enter judgment against Defendant for all damages sustained by Plaintiff;

c. Award Plaintiff pre-judgment and post-judgment interest as allowed by law;

d. Award Plaintiff costs of court; and

e. Grant Plaintiff such other and further relief, at law or in equity, to which Plaintiff may be justly entitled.

Respectfully submitted,

Kiska Hamblin

AUSTIN HAMBLIN

KISKA HAMBLIN

3700 HAMILTON ST

BIG SPRING, TX 79720

432-661-9279/432-664-3132

KBRE1992@ICLOUD.COM

STATE OF TEXAS

COUNTY OF ~~HOWARD~~ ECTOR

BEFORE ME, the undersigned authority, on this day personally appeared AUSTIN HAMBLIN and KISKA HAMBLIN, who, being by me duly sworn, on oath deposes and says that he/she has read the foregoing Original Petition and that the facts, statements, and allegations contained therein are true and correct.

_______________________

SWORN TO AND SUBSCRIBED BEFORE ME on this the 06th day of MAY, 2025

Notary Public, State of Texas

Notary's Printed Name: Christine Tovar

My Commission Expires: 08-10-2026.

CHRISTINE TOVAR
Notary Public, State of Texas
Comm. Expires 08-10-2026
Notary ID 131677425

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 100497252
Filing Code Description: PETITION
Filing Description: Plaintiffs' Original Petition
Status as of 5/6/2025 1:44 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Austin Hamblin | | kbre1992@icloud.com | 5/6/2025 1:40:48 PM | NOT SENT |

I, KISKA HAMBLIN, am asking for a service Citation for CAUSE No. 8291 to be Served upon Martin County Sherrifs Department at 3522 Interstate 20, Stanton Tx 79782.

May 7th 2025

[signature]

Filed 5/7/2025 1:39 PM
Linda Gonzales
District Clerk
Martin County, Texas
Melissa Rios

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 100551441
Filing Code Description: Request
Filing Description: Request for Citation
Status as of 5/7/2025 1:40 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Austin Hamblin | | kbre1992@icloud.com | 5/7/2025 1:39:04 PM | SENT |

COUNTY AND DISTRICT CLERK
MARTIN COUNTY, TEXAS
P.O. Box 906
Stanton Texas 79782

ATTORNEY FOR PETITIONER
Austin Hamblin & Kiska Hamblin
3700 Hamilton St.
Big Spring, Texas 79720

Filed 5/9/2025 8:24 AM
Linda Gonzales
District Clerk
Martin County, Texas
Melissa Rios

# CITATION

**THE STATE OF TEXAS**
**NOTICE TO THE DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgement may be taken against you. In addition to filing a written answer to the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org"**

To: **MARTIN COUNTY SHERIFF'S OFFICE, 3522 Interstate 20, Stanton, Texas 79782;** ***Defendant*;**

GREETINGS:

You are hereby commanded to appear by filing a written answer to **Plaintiff's Original Petition** at or before 10:00 o'clock a.m. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 118th Judicial District Court of Martin County, Texas at the Court House of said County in Stanton, Texas. You may also be required to make initial disclosures to the other parties. Said Petition was filed on the **6th day** of **May A.D. 2025,** in this case, numbered: **8291** on the docket of said court, and styled.

**AUSTIN HAMBLIN, KISKA HAMBLIN,** ***Plaintiffs***

**VS.**

**MARTIN COUNTY SHERIFF'S DEPARTMENT, BRAD INGRAM, ANDERS DAHL, KELSEY BROWN, RORY GAMMONS, WESLEY PHELPS,** ***Defendants***

The nature of Plaintiff's demand is fully shown by a true and correct copy of **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at office, this the **7th day of May, 2025, A.D.**

DISTRICT COURT OF MARTIN COUNTY TEXAS

Linda Gonzales
District Clerk of Martin County, Texas

By [signature] Deputy

**OFFICER'S RETURN**

Came to hand on the 8th day of MAY ,2025, at 1:30 o'clock P M. Executed at within the County of Martin on the 8 day of MAY , 2025, at 1:30 o'clock P M, by delivering to the within named Martin County sheriff office.

each, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

Fee for serving the citation $_____.____

Sheriff of ____________ County, TX

By [signature] ~~Deputy~~ chief of police.

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 100632135
Filing Code Description: No Fee Documents
Filing Description: Citation Return - Martin County Sheriff's Department
Status as of 5/9/2025 8:27 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Austin Hamblin | | kbre1992@icloud.com | 5/9/2025 8:24:30 AM | SENT |

I [illegible] [illegible] [illegible] [illegible] for the following defendants [illegible] [illegible] [illegible]

Erad [illegible]
[illegible] [illegible] Street
[illegible], [illegible] 7[illegible]82

Kelsey Brown
Stanton ISD
200 N. College St.
Stanton, TX [illegible]

[illegible] [illegible]
[illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible]

[illegible] [illegible]
[illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible]
[illegible] [illegible] [illegible]

Kory [illegible]
Howard [illegible]
[illegible]
[illegible] [illegible]
[illegible], [illegible]
[illegible]

Filed 5/12/2025 8:42 AM
Linda Gonzales
District Clerk
Martin County, Texas
Melissa Rios

[illegible] ~~[illegible]~~ [illegible] 12th [illegible] [illegible]
[illegible] [illegible]

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 100693040
Filing Code Description: Request
Filing Description: Request for Citations
Status as of 5/12/2025 8:45 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Austin Hamblin | | kbre1992@icloud.com | 5/12/2025 8:42:43 AM | SENT |

## CAUSE NO. 8291

| | | |
|---|---|---|
| AUSTIN HAMBLIN, KISKA HAMBLIN | § | IN THE JUDICIAL DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | MARTIN COUNTY, TEXAS |
| | § | |
| MARTIN COUNTY SHERIFF'S DEPARTMENT, BRAD INGRAM, ANDERS DAHL, KELSEY BROWN, RORY GAMMONS, WESLEY PHELPS | § | |
| Defendant. | § | 118TH JUDICIAL DISTRICT COURT |

## AFFIDAVIT OF SERVICE

"The following came to hand on **May 14, 2025, 6:55 am**,

**CITATION AND PLAINTIFF'S ORIGINAL PETITION ,**

and was executed at **501 6TH STREET , STANTON, TX 79782** within the county of **MARTIN** at **11:00 AM** on **Thu, May 15 2025**, by delivering a true copy to the within named

**BRAD INGRAM**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Shawn DeWitt**, I am at least 18 years old, and my address is **520 N LEE AVE, ODESSA, TX 79761-4424**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **ECTOR** County, State of **TX**, on **May 15, 2025**.

Shawn L DeWitt

**Shawn DeWitt**
**PSC-19355**
**EXP-01/31/2027**

Filed 5/16/2025 9:11 AM
Linda Gonzales
District Clerk
Martin County, Texas
Melissa Rios

CAUSE NO. 8291

| | | |
|---|---|---|
| AUSTIN HAMBLIN, KISKA HAMBLIN | § | IN THE JUDICIAL DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | MARTIN COUNTY, TEXAS |
| | § | |
| MARTIN COUNTY SHERIFF'S DEPARTMENT, BRAD INGRAM, ANDERS DAHL, KELSEY BROWN, RORY GAMMONS, WESLEY PHELPS | § | |
| Defendant. | § | 118TH JUDICIAL DISTRICT COURT |

## AFFIDAVIT OF SERVICE

"The following came to hand on **May 14, 2025, 7:00 am**,

**CITATION AND PLAINTIFF'S ORIGINAL PETITION ,**

and was executed at **111 NORTH GRAY STREET, STANTON, TX 79782** within the county of **MARTIN** at **11:58 AM** on **Wed, May 14 2025**, by delivering a true copy to the within named

**KELSEY BROWN**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Shawn DeWitt**, I am at least 18 years old, and my address is **520 N LEE AVE, ODESSA, TX 79761-4424**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **ECTOR** County, State of **TX**, on **May 15, 2025**.

Shawn L DeWitt

**Shawn DeWitt**
**PSC-19355**
**EXP-01/31/2027**

Filed 5/16/2025 9:11 AM
Linda Gonzales
District Clerk
Martin County, Texas
Melissa Rios

**CAUSE NO. 8291**

| | | |
|---|---|---|
| AUSTIN HAMBLIN, KISKA HAMBLIN | § | IN THE JUDICIAL DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | MARTIN COUNTY, TEXAS |
| | § | |
| MARTIN COUNTY SHERIFF'S DEPARTMENT, BRAD INGRAM, ANDERS DAHL, KELSEY BROWN, RORY GAMMONS, WESLEY PHELPS | § | |
| Defendant. | § | 118TH JUDICIAL DISTRICT COURT |

## AFFIDAVIT OF SERVICE

"The following came to hand on **May 14, 2025, 6:43 am,**

**CITATION AND PLAINTIFF'S ORIGINAL PETITION ,**

and was executed at **3611 WEST HIGHWAY 80, BIG SPRING, TX 79720** within the county of **HOWARD** at **11:30 AM** on **Thu, May 15 2025**, by delivering a true copy to the within named

**RORY GAMMONS**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Shawn DeWitt**, I am at least 18 years old, and my address is **520 N LEE AVE, ODESSA, TX 79761-4424**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **ECTOR** County, State of **TX**, on **May 15, 2025.**

Shawn L DeWitt

**Shawn DeWitt**
**PSC-19355**
**EXP-01/31/2027**

Filed 5/16/2025 9:11 AM
Linda Gonzales
District Clerk
Martin County, Texas
Melissa Rios

CAUSE NO. 8291

| | | |
|---|---|---|
| AUSTIN HAMBLIN, KISKA HAMBLIN | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | MARTIN COUNTY, TEXAS |
| | § | |
| MARTIN COUNTY SHERIFF'S DEPARTMENT, BRAD INGRAM, ANDERS DAHL, KELSEY BROWN, RORY GAMMONS, WESLEY PHELPS | § | |
| Defendant. | § | 118TH JUDICIAL DISTRICT COURT |

## AFFIDAVIT OF SERVICE

"The following came to hand on **May 14, 2025, 8:23 am**,

CITATION AND PLAINTIFF'S ORIGINAL PETITION,

and was executed at **2700 US 281, Marble Falls, Texas 78654** within the county of **BURNET** at **05:31 PM** on **Wed, May 14 2025**, by delivering a true copy to the within named

**WESTON PHELPS**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **William Fritsch**, I am at least 18 years old, and my address is **704 North Pierce Street, Burnet, TX 78611**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Burnet** County, State of **TX**, on **May 14, 2025**.

William Fritsch
Certification Number: PSC-25829
Certification Expiration: 02/28/2027

Filed 5/16/2025 9:11 AM
Linda Gonzales
District Clerk
Martin County, Texas
Melissa Rios