## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **AUSTIN HAMBLIN and KISKA HAMBLIN** | § | |
| | § | |
| **VS.** | § | |
| | § | **CASE NO. 7:25-cv-00245** |
| | § | |
| **MARTIN COUNTY SHERIFF'S** | § | |
| **DEPARTMENT, BRAD INGRAM,** | § | |
| **ANDERS DAHL, KELSEY BROWN,** | § | |
| **RORY GAMMONS, AND** | § | |
| **WESLEY PHELPS** | § | |

## CERTIFICATE OF NOTICE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

The undersigned, attorney of record for Defendants, certifies that on May 27, 2025, a copy of the Notice of Removal of this action was filed with the clerk of the 118th Judicial District Court of Martin County, Texas, and that written notice of filing of the Notice of Removal was delivered to the party named above as Plaintiffs in this action or to his attorney of record.  Attached to the notices were copies of the Notice of Removal. Removal of this action is effective as of that date, pursuant to 28 U.S.C. §1446.

Respectfully submitted,

By:    /s/ Denis Dennis
DENIS DENNIS
State Bar No. 05655566

OF

KELLY, MORGAN, DENNIS,
CORZINE & HANSEN, P.C.
P.O. Box 1311
Odessa, Texas  79760-1311
(432) 367-7271
(432) 363-9121 (FAX)
ddennis@kmdfirm.com
ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing has on the 27th day of May, 2025, been sent to:

Austin and Kiska Hamblin
3700 Hamilton St.
Big Spring, Texas 79720
432-661-9279
432-664-3132
KBRE1992@ICLOUD.COM


___/s/ Denis Dennis_____
DENIS DENNIS