UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| AUSTIN HAMBLIN, ET AL.,<br>*Plaintiffs*,<br><br>v.<br><br>MARTIN COUNTY, TEXAS, ET AL.,<br>*Defendants*. | §<br>§<br>§<br>§<br>§  Case No. MO:25-CV-00245<br>§<br>§<br>§ |

## ORDER GRANTING CONSENT AND REASSIGNMENT OF CASE

Before the Court are the Parties' Notice, Consent, and Reference of a Civil Action to Proceed Before a United States Magistrate Judge (Docs. 9, 10). The Court **GRANTS** the consent to proceed before the Magistrate Judge. Accordingly,

It is **ORDERED** that the above-captioned cause be reassigned to United States Magistrate Judge for the Midland/Odessa Division for all further proceedings and entry of judgment in accordance with 28 U.S.C. § 636(c), Rule 73 of the Federal Rules of Civil Procedure, and the consent of the parties.

It is so **ORDERED**.

**SIGNED** this 29th day of May, 2025.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE