UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

Austin Hamblin and Kiska Hamblin

vs.

Martin County Sheriff's Department et al.

Case No.: 7:25-cv-00245

FILED
JUN 18 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Kurt Mueller, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Austin Hamblin and Kiska Hamblin in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) The Kurt Mueller Law Firm PLLC with offices at:

   Mailing address: 565 S Mason Rd. PMB 223

   City, State, Zip Code: Katy, TX 77450

   Telephone: (713) 360-2110     Facsimile: N/A

2. Since 2022, Applicant has been and presently is a member of and in good standing with the Bar of the State of Texas.

   Applicant's bar license number is 24133133.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| Virginia | 2007 |
| Court of Appeals for the Fed. Cir. | 2008 |
| Supreme Court of the United States | 2011 |

4.  Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
    n/a

5.  I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

    Number: _____ on the ____ day of _____, _____.

    Number: _____ on the ____ day of _____, _____.

    Number: _____ on the ____ day of _____, _____.

6.  Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
    n/a

7.  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
    Previously charged with reckless driving by speed in Virginia in 2009 (1st degree misdemenor). No criminal conviction.

8.  Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.  Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: N/A _____

Mailing address: _____

City, State, Zip Code: _____

Telephone: _____

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Kurt Mueller to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Kurt Mueller
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 12th day of June, 2025.

Kurt Mueller
[printed name of Applicant]

[signature of Applicant]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

Austin Hamblin and Kiska Hamblin

vs.                                              Case No.: 7:25-cv-00245

Martin County Sherifff's Department et al.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Kurt Mueller, counsel for Austin Hamblin and Kiska Hamblin, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Kurt Mueller may appear on behalf of Austin Hamblin and Kiska Hamblin in the above case.

IT IS FURTHER ORDERED that Kurt Mueller, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-1(f)(2).

SIGNED this the _____ day of June _____, 20_____.

_____
UNITED STATES MAGISTRATE JUDGE

US District Clerk's office
200 East Wall, Room 222
Midland TX 79701

HOUSTON TX RPDC
13 JUN 2025 PM

RECEIVED
JUN 17 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

