IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTICT OF TEXAS
MIDLAND / ODESSA DIVISION

| | |
|---|---|
| AUSTIN HAMBLIN and KISKA HAMBLIN § <br> § <br> Vs. § <br> §    NO.   7:25-cv-00245 <br> MARTIN COUNTY SHERIFF'S § <br> DEPARTMENT, BRAD INGRAM, § <br> ANDERS DAHL, KELSEY BROWN, § <br> RORY GAMMONS, AND WESLEY PHELPS § | |

**PROPOSED ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT**

This matter came to be considered by the Court pursuant to the Motion for Leave to File Amended Complaint filed by the Plaintiff in the above-styled cause. The Court having considered the Motion and being fully advised of the premises, it is, therefore,

ORDERED AND ADJUDGED:

1. That the Motion for Leave to File Amended Complaint is hereby granted.

2. That Plaintiff shall have until July 14, 2024 to file an amended complaint.

3. That Defendants shall have 21 days from the date of service of the amended complaint to file a responsive pleading.

_____