# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTICT OF TEXAS
# MIDLAND / ODESSA DIVISION

**AUSTIN HAMBLIN and KISKA HAMBLIN** §
§
**Vs.** §
§   NO.   7:25-cv-00245
**MARTIN COUNTY SHERIFF'S** §
**DEPARTMENT, BRAD INGRAM,** §
**ANDERS DAHL, KELSEY BROWN,** §
**RORY GAMMONS, AND WESLEY PHELPS** §

## UNOPPOSED MOTION TO CONTINUE

Plaintiff requests this honorable court for a continuance until July 15, 2025.

On May 28, 2025, the court entered an Order for Scheduling Recommendations/Proposed Scheduling Order requiring the parties to submit a proposed scheduling order to the Court. Present counsel was granted permission to appear *pro hac* on June 20, 2025 and intends to file an amended complaint.

Federal Rule of Civil Procedure 15(a)(2) provides that "a party may amend its pleading … with … the opposing parties written consent". In an email dated June 24, 2025, opposing counsel consented to the filing of an amended complaint within 21 days.

Plaintiff thus requests the court vacate its current scheduling order and continue the case under July 15, 2025 to give Plaintiff time to file its amended complaint.

Respectfully Submitted,

/s/ Kurt Mueller
-----------------------------------

Kurt Mueller
Texas Bar No. 24133133

The Kurt Mueller Law Firm PLLC
565 S Mason Rd PMB 223
Katy, Texas 77450
(713) 360-2110
kurt@kurtmuellerpllc.com

Certificate of Service

I certify that on June 24, 2025 I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Kurt Mueller*
-------------------------------------
Kurt Mueller
Texas Bar No. 24133133

The Kurt Mueller Law Firm PLLC
565 S Mason Rd PMB 223
Katy, Texas 77450
(713) 360-2110
kurt@kurtmuellerpllc.com