IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTICT OF TEXAS
MIDLAND / ODESSA DIVISION

| | |
|---|---|
| **AUSTIN HAMBLIN and KISKA HAMBLIN** § | |
| § | |
| Vs. § | |
| § | NO.   7:25-cv-00245 |
| **MARTIN COUNTY SHERIFF'S** § | |
| **DEPARTMENT, BRAD INGRAM,** § | |
| **ANDERS DAHL, KELSEY BROWN,** § | |
| **RORY GAMMONS, AND WESLEY PHELPS** § | |

## PROPOSED ORDER GRANTING CONTINUANCE

This matter came to be considered by the Court pursuant to the Motion for Leave to File Amended Complaint filed by the Plaintiff in the above-styled cause. The Court having considered the Motion and being fully advised of the premises, it is, therefore,

ORDERED AND ADJUDGED:

1. That the Motion for a continuance is granted.

2. That the order for Scheduling Recommendations/Proposed Scheduling Order entered on May 28m 2025 is vacated.

3. That Plaintiff shall have until July 15, 2024 to file an amended complaint.

4. That Defendants shall have 21 days from the date of service of the amended complaint to file a responsive pleading.

_____