IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND / ODESSA DIVISION

| | |
|---|---|
| AUSTIN HAMBLIN and KISKA HAMBLIN | § |
| VS. | § |
| | §  NO.   7:25-cv-00245 |
| MARTIN COUNTY SHERIFF'S DEPARTMENT; | § |
| BRAD INGRAM, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; | § |
| ANDERS DAHL, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; | § |
| KELSEY BROWN, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; | § |
| RORY GAMMONS, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; | § |
| WESTON PHELPS, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; AND | § |
| BRIAN SNELLGROVE | § |

## NOTICE OF SERVICE

Plaintiffs provide notice to this honorable court that Defendant Brian Snellgrove was provided service with a copy of the amended complaint and the summons on July 16, 2025.

Respectfully Submitted,

/s/ Kurt Muelller
-------------------------------------
Kurt Mueller
Texas Bar No. 24133133

The Kurt Mueller Law Firm PLLC<br>
565 S Mason Rd PMB 223<br>
Katy, Texas 77450<br>
(713) 360-2110<br>
kurt@kurtmuellerpllc.com

<u>Certificate of Service</u>

I certify that on July 17, 2024 I filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that those participants in the case that are registered CM/ECF users and that service will be accomplished by the CM/ECF system. No further notice is required for Brian Snellgrove at this time.

/s/ Kurt Muelller
------------------------------------
Kurt Mueller
Texas Bar No. 24133133

The Kurt Mueller Law Firm PLLC
565 S Mason Rd PMB 223
Katy, Texas 77450
(713) 360-2110
kurt@kurtmuellerpllc.com