## CAUSE NO. 7:25-cv-00245

| | | |
|---|---|---|
| AUSTIN HAMBLIN and KISKA HAMBLIN | § | IN THE UNITED STATES DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | TEXAS |
| | § | |
| MARTIN COUNTY SHERIFFS DEPARTMENT et al. | § | |
| Defendant. | § | UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS |

### <u>AFFIDAVIT OF SERVICE</u>

"The following came to hand on **Jul 14, 2025, 8:20 am**,

**SUMMONS IN A CIVIL ACTION , FIRST AMENDED COMPLAINT ,**

and was executed at **1520 EAST BUSINESS I-20, STANTON, TX 79782** within the county of **MARTIN** at **10:19 AM** on **Wed, Jul 16 2025**, by delivering a true copy to the within named

**BRIAN SNELLGROVE**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Sonya Swann**, I am at least 18 years old, and my address is **520 N LEE AVE, ODESSA, TX 79761-4424**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **ECTOR** County, State of **TX**, on **July 16, 2025**.

Sonya Swann
**Certification Number: JBCC PSC# 15471**
**Certification Expiration: EXP-08/31/2026**