IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND / ODESSA DIVISION

| | | |
|---|---|---|
| **AUSTIN HAMBLIN and KISKA HAMBLIN** | § § | |
| **VS.** | § § § | NO.   7:25-cv-00245 |
| **MARTIN COUNTY SHERIFF'S DEPARTMENT;** | § § § § | |
| **BRAD INGRAM, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY;** | § § § | |
| **ANDERS DAHL, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY;** | § § § | |
| **KELSEY BROWN, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY;** | § § § | |
| **RORY GAMMONS, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY;** | § § § | |
| **WESTON PHELPS, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; AND** | § § § | |
| **BRIAN SNELLGROVE** | § | |

## SCHEDULING RECOMMENDATIONS

The parties recommend that the following deadlines be entered in the scheduling order to control the course of this case:

1. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by 10/1/25, and each opposing party shall respond, in writing, by 11/1/25.

2. The parties shall file all motions to amend or supplement pleadings or to join additional parties by 12/1/25. This deadline shall not apply in the event of a granted motion to dismiss in whole or part, for which a party may amended or supplement the pleadings at any time.

3. All parties asserting claims for relief shall file their designation of potential witnesses, testifying experts, and proposed exhibits, and shall serve on all parties, but not file the materials required by Fed. R. Civ. P. 26(a)(2)(B) by 2/15/26. Parties resisting claims for relief shall file their designation of potential witnesses, testifying experts, and proposed exhibits, and shall serve on all parties, but not file the materials required by Fed. R. Civ. P. 26(a)(2)(B) by 3/15/26. All designations of rebuttal experts shall be designated within 14 days of receipt of the report of the opposing expert.

4. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within 20 days of receipt of the written report of the expert's proposed testimony, or within 20 days of the expert's deposition, if a deposition is taken, whichever is later.

5. The parties shall complete all discovery on or before 4/1/26. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

6. All dispositive motions shall be filed no later than 4/15/26. Dispositive motions as defined in Local Rule CV-7(c) and responses to dispositive motions shall be limited to twenty (20) pages in length. Replies, if any, shall be limited to ten (10) pages in length in accordance with Local Rule CV-7(e).

7. The Court will set the case for the final pretrial conference and jury trial.

8. All of the parties who have appeared in the action conferred concerning the contents of the proposed scheduling order on August 19, 2025, and the parties have agreed as to its contents.

/ Kurt Mueller /

Kurt Mueller
ATTORNEY FOR PLAINTIFFS

/s/ Denis Dennis

Denis Dennis
ATTORNEY FOR MARTIN COUNTY

No email address

Robert Perez
ATTORNEY FOR SNELGROVE