IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **AUSTIN HAMBLIN and KISKA HAMBLIN,**  *Plaintiff and Counter-Defendants*, <br><br> v. <br><br> **MARTIN COUNTY SHERIFF'S DEPARTMENT, BRAD INGRAM, ANDERS DAHL, KELSEY BROWN, RORY GAMMONS, and WESTON PHELPS,**  *Defendants*, <br><br> v. <br><br> **BRIAN SNELLGROVE,**  *Defendant and Counter-Plaintiff*. | § § § § § § § § § § § § § § § § § § § §    MO:25-CV-00245-RCG |

## ORDER TO FILE A RESPONSE

On this day, the Court considered the status of this case. This case is before the Court through a Standing Order pursuant to 28 U.S.C. § 636 Appendix C of the Local Court Rules for the Assignment of Duties to United States Magistrate Judges.

On August 6, 2025, Defendant Brian Snellgrove ("Defendant") filed an Answer and Counterclaim against Plaintiffs Austin Hamblin and Kiska Hamblin ("Plaintiffs"). (Doc. 20). On August 13, 2025, Plaintiffs filed a Rule 12(b)(6) Motion to Dismiss and Rule 12(f) Motion to Strike. (Doc. 13). Under Local Rule CV-7(d)(2), a response to a dispositive motion "shall be filed not later than 14 days after the filing of the motion…. If there is no response filed within the time period prescribed by this rule, the court may grant the motion as unopposed." Defendant's response was due on August 27, 2025. As of this Order, Defendant has failed to file a response to Plaintiffs' Motion to Dismiss and Motion to Strike.

It is therefore **ORDERED** that Defendant Brian Snellgrove file a response to Plaintiffs' Motion to Dismiss and Motion to Strike (Doc. 21) <u>**on or before Wednesday, October 8, 2025**</u>, or the Motion may be granted as unopposed and the claims will be dismissed without further notice. *See* FED. R. CIV. P. 41(b); Local Rule CV-7(d)(2).

It is so **ORDERED**.

SIGNED this 22nd day of September, 2025.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE