**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **AUSTIN HAMBLIN and KISKA HAMBLIN,** | § | |
|     *Plaintiffs and Counter Defendants,* | § | |
| | § | |
| | § | |
| **v.** | § | |
| | § | |
| **MARTIN COUNTY SHERIFF'S DEPARTMENT, BRAD INGRAM, ANDERS DAHL, KELSEY BROWN, RORY GAMMONS, WESTON PHELPS, each in their individual capacity, and BRIAN SNELLGROVE,** | § | **7:25-CV-00245-RCG** |
|     *Defendants,* | § | |
| | § | |
| **v.** | § | |
| | § | |
| **BRIAN SNELLGROVE,** | § | |
|     *Counter Plaintiff.* | § | |

<u>**APPENDIX TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**</u>

In support of Defendants' Motion for Summary Judgment, the following evidence is included in this appendix:

TABLE OF CONTENTS

Exhibit A       Search Warrant and Underlying Affidavit....................................001

Exhibit B       Warrant Return And Inventory ...................................................007

Exhibit C       Indictment and Dismissal............................................................012

Exhibit D       Affidavits of Brad Ingram, Anders Dahl,
Kelsey Brown, and Rory Gammons ............................................017

Exhibit E       Video Footage .............................................................................027

Respectfully submitted,

*/s/ Denis Dennis*
DENIS DENNIS
State Bar No. 05655566
ddennis@kmdfirm.com
BENJAMIN PETTY
State Bar No. 24105934
bpetty@kmdfirm.com

OF

KELLY, MORGAN, DENNIS,
CORZINE & HANSEN, P.C.
P.O. Box 1311
Odessa, Texas 79760-1311
 (432) 367-7271  /  FAX:  (432) 363-9121

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2025, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system.

*/s/ Benjamin Petty*
BENJAMIN PETTY

# EXHIBIT A

## APPENDIX TO DEFENDANTS'
## MOTION FOR SUMMARY JUDGMENT

Search Warrant and Underlying Affidavit

(Attached)

SEARCH WARRANT

THE STATE OF TEXAS

COUNTY OF MARTIN

THE STATE OF TEXAS to the Sheriff or any Peace Officer of Martin County, Texas, or any Peace Officer of the State of Texas,

GREETINGS:

WHEREAS, the Affiant whose signature is affixed to the Affidavit is a Peace Officer under the laws of the State of Texas and did heretofore this date subscribe and swear to said Affidavit before me (which said affidavit is by this reference incorporated herein for all purposes), and whereas I find that the verified facts stated by Affiant in said Affidavit show that Affiant has probable cause for the belief he expresses therein and established the existence of proper grounds for the issuance of this Warrant:

NOW THEREFORE, you are commanded to enter the suspected place and premises described in said Affidavit to wit: "A single family dwelling bearing the address of 3700 Hamilton, Big Spring, Howard County, Texas 79720. This dwelling is a brick home. This dwelling is multi-color light tan in color bricks with off white siding with copper color trim. The front door of this dwelling faces an eastern direction. There is commonly a large white in color enclosed trailer parked in the driveway. There is commonly a black in color Nissan Titan bearing TX LP MNY-6850 parked in the yard of this dwelling. There is commonly a boat on a trailer parked in the yard of this dwelling. The dwelling is in the care, custody, and control of Austin Eugene Hamblin, W/M, 12/10/1990", and to search for the property described in said Affidavit to wit: Property acquired by theft or in any other manner which makes its acquisition a penal offense to-wit: a Snap-On Plasma Cutter model 30I and a Snap-On Air Compressor, and to seize the same and bring it before me. Herein fail not, but have you then and there this warrant within three (3) days, exclusive of the day of its execution, with your return thereon, showing how you have executed the same.

ISSUED AT _3:20_ o'clock _P._ M., on this the _16th_ day of _May_, 2023, to certify which witness my hand this day.

_R. Shane Seaton_
Shane R. Seaton
118th District Judge
Martin County, Texas

Ds' MSJ-002

AFFIDAVIT FOR SEARCH WARRANT

The State of Texas

County of Martin

The undersigned Affiant, being a Peace officer under the laws of the State of Texas and being duly sworn, on oath makes the following statements and accusations:

1. There is in Howard County, Texas, a suspected place and premises described and located as follows:

   A single family dwelling bearing the address of 3700 Hamilton, Big Spring, Howard County, Texas 79720. This dwelling is a brick home. This dwelling is multi-color light tan in color bricks with off white siding with copper color trim. The front door of this dwelling faces an eastern direction. There is commonly a large white in color enclosed trailer parked in the driveway. There is commonly a black in color Nissan Titan bearing TX LP MNY-6850 parked in the yard of this dwelling. There is commonly a boat on a trailer parked in the yard of this dwelling. The dwelling is in the care, custody, and control of Austin Eugene Hamblin, W/M, 12/10/1990.

Scope of this affidavit and warrant to include said suspected place and premises, all outbuildings, appurtenant structures and vehicles on the premises, which are reasonably believed to be in the care, custody or control of the occupants of said suspected place.

2. There is at suspected place and premises concealed and kept in violation of the laws of the State of Texas and described as follows:

   Property acquired by theft or in any other manner which makes its acquisition a penal offense to-wit: a Snap-On Plasma Cutter model 30I and a Snap-On Air Compressor. The ground for issuance under 18.02 Code of Criminal Procedures is ground (1) property acquired by theft or in any other manner which makes its acquisition a penal offense in violation of the laws of this state.

3. Said suspected place and premises are in charge of and controlled by each of the following persons:

   Austin Eugene Hamblin, W/M, 12/10/1990.

   Continued on "Attachment A" which, by this reference is hereby incorporated into this affidavit and warrant for all purposes.

Ds' MSJ-003

Attachment A

3.  Affiant has probable cause for said belief by reason of the following facts:

1)    On 05-11-2023, Martin County Deputy Sheriff Weston Phelps took a theft report # 23-0135 from Snellgrove Enterprise owner Brian Snellgrove, which is the parent company for the Stanton, Texas Snap On Dealership. Also present during the making of this report was an employee of Mr. Snellgrove's identified as Andrew Nichols.

2)     Mr. Snellgrove related to Deputy Phelps that his Snap On products have been going missing over an extended period of time.

3)    Mr. Snellgrove related that he had determined his employee identified as Austin Eugene Hamblin, white male, 12-10-1990, Texas Driver License: 24374061 has been involved in the theft of Snap On products or the diversion of sales proceeds.

4)    Mr. Snellgrove related he believes Austin Hamblin has zeroed the sales receipts out and appropriated the product or cash value for the product instead of returning it to Snellgrove Enterprise.

5)    Mr. Nichols related he is friends with an individual identified as McKenzie Rae Schrecengost, white female, 12-01-1999 who has worked as a babysitter for Austin Hamblin at the Hamblin residence located at 3700 Hamilton Street, Big Spring, Texas 79720.

6)    Mr. Nichols provided Deputy Phelps with several photographs and video footage provided by Ms. Schrecengost taken at Hamblin's residence which depicted a large number of Snap On products to include large tool cabinets filled with hand tools.

7)    On 05-15-2023, Affiant interviewed Mr. Snellgrove who related he has determined the value of the loss of Snap On products or proceeds are approximately $200,000.00.

8)    On 05-15-2023, Affiant contacted Ms. Schrecengost by telephone which was recorded on Affiant's body camera who related the following.

Continued on "Attachment B" which, by this reference is hereby incorporated into this affidavit and warrant for all purposes.

Ds' MSJ-004

Attachment B

9)      Over the last month, Ms. Schrecengost has observed at the Hamblin residence one Snap On MIG Welder, approximate value of at least $2,300.00, one Snap On TIG Welder, approximate value of at least $3,000.00, one Snap On Plasma Cutter, approximate value of at least $5,400.00 and one Snap On Air Compressor seen 1 ½ weeks ago with an approximate value of at least $2,300.00.

10)     On 05-15-2023, Martin County Chief Deputy Sheriff Jesse Metcalf spoke with Mr. Snellgrove who related in the timeframe of these thefts, his records reflect two Plasma Cutters (Plasma 30I) and two air compressors were present in inventory. One Plasma Cutter sold and one should still be in the warehouse but is missing. One Air Compressor sold to a customer in March 2023 and one Air Compressor shows to be allocated on May 3, 2023 to the same customer, but the ticket is zeroed out.

11)     On 05-16-2023, Affiant met with Mr. Snellgrove who related he received the following serial numbers from Snap On distribution for Plasma Cutters and MIG Welders which include those that were shipped to Mr. Snellgrove.

12)     For the Plasma Cutter 30i the serial numbers are E91756, E91765, E91834 and E91833. For the Plasma Cutter 60i the serial number is E94777. For MIG Welder 200i the serial numbers are E91714, E91705, E91728, E91722, E91710, E91708, E91727, E91735, E91706, E94929 and E94935.

Affiant, Anders Dahl, is a commissioned peace officer with The State of Texas and is currently employed with the Martin County Sheriff's Office. Your Affiant has over 31 years of experience as a Texas Peace Officer and over 25 years of experience pertaining to criminal investigations. Throughout your Affiant's career, your Affiant has been educated in the field of criminal investigations through schools, experiences, and information shared through other Criminal Investigators.

Based on my training and experience, and in my discussions with other law enforcement officers, I know that persons possess in their residences, businesses, other real property and vehicles over which they have control and use, documents and other property which indicate their occupancy and control over premises to include personal mail, checkbooks, identification, notes, utility

Continued on "Attachment C" which, by this reference is hereby incorporated into this affidavit and warrant for all purposes.

Attachment C

bills, receipts, financial documents, leases, mortgage bills, vehicle registration information, ownership warranties, telephone answering machine introductions, ledgers and keys.

Wherefore, Affiant asks for issuance of a warrant that will authorize Affiant or any Peace Officer of the State of Texas to forthwith search the said suspected place and premises herein named, including all outbuildings, buildings, vehicles, and curtilage at said suspected place and premises with authority to seize each said described items that may be found therein.

_____
AFFIANT

Subscribed and sworn to before me, the undersigned authority, by said Affiant on this the 10th day of _____May_____, 2023.

_____
Shane R. Seaton
118th District Judge
Martin County, Texas

Ds' MSJ-006

# EXHIBIT B

**APPENDIX TO DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT**

Warrant Return and Inventory

(Attached)

Ds' MSJ-007

SEARCH WARRANT

THE STATE OF TEXAS

COUNTY OF MARTIN

THE STATE OF TEXAS to the Sheriff or any Peace Officer of Martin County, Texas, or any Peace Officer of the State of Texas,

GREETINGS:

WHEREAS, the Affiant whose signature is affixed to the Affidavit is a Peace Officer under the laws of the State of Texas and did heretofore this date subscribe and swear to said Affidavit before me (which said affidavit is by this reference incorporated herein for all purposes), and whereas I find that the verified facts stated by Affiant in said Affidavit show that Affiant has probable cause for the belief he expresses therein and established the existence of proper grounds for the issuance of this Warrant:

NOW THEREFORE, you are commanded to enter the suspected place and premises described in said Affidavit to wit: "A single family dwelling bearing the address of 3700 Hamilton, Big Spring, Howard County, Texas 79720. This dwelling is a brick home. This dwelling is multi-color light tan in color bricks with off white siding with copper color trim. The front door of this dwelling faces an eastern direction. There is commonly a large white in color enclosed trailer parked in the driveway. There is commonly a black in color Nissan Titan bearing TX LP MNY-6850 parked in the yard of this dwelling. There is commonly a boat on a trailer parked in the yard of this dwelling. The dwelling is in the care, custody, and control of Austin Eugene Hamblin, W/M, 12/10/1990", and to search for the property described in said Affidavit to wit: Property acquired by theft or in any other manner which makes its acquisition a penal offense to-wit: a Snap-On Plasma Cutter model 30I and a Snap-On Air Compressor, and to seize the same and bring it before me. Herein fail not, but have you then and there this warrant within three (3) days, exclusive of the day of its execution, with your return thereon, showing how you have executed the same.

ISSUED AT _3:20_ o'clock _P._ M., on this the _16th_ day of _May_, 2023, to certify which witness my hand this day.

_R. Shane Seaton_

Shane R. Seaton
118th District Judge
Martin County, Texas

Ds' MSJ-008

## RETURN AND INVENTORY

THE STATE OF TEXAS
COUNTY OF MARTIN

The undersigned Affiant, being a Peace Officer under the laws of the State of Texas and being duly sworn, on oath certifies that the foregoing Warrant came to hand on the day it was issued and that it was executed on the May 17, 2023, by making the search directed therein and seizing during such search the following described property.

1. *SEE ATTACHMENT A*

_____
AFFIANT

SUBSCRIBED AND SWORN to and before me, the undersigned authority, on this the 23rd day of MAY , 2023

_____
NOTARY PUBLIC
IN AND FOR THE STATE OF TEXAS

BRAD INGRAM
Notary Public, State of Texas
Notary ID# 12693030-2
My Commission Expires 12-19-2026

Ds' MSJ-009

Inventory list for property seized at 3700 Hamilton Street, Big Spring, Howard County, Texas on 05-17-2023 pursuant to a search warrant issued by 118th District Judge Seaton.

## ATTACHMENT A

1) Snap On 75th Anniversary roll cabinet, S/N# 95161820, 95205988
2) Snap On 1 ½" wrench
3) Snap On pliers
4) Snap On 15-piece tool kit
5) Blue Point (Snap On) socket set
6) Snap On butane gas soldering kit
7) Blue Point (Snap On) hand riveter
8) Snap On 9 piece extensions
9) Snap On bolt cutters
10) Snap On grease gun
11) Snap On 4-foot tool storage light
12) Snap On product in box to be mailed
13) Snap On lawn chair
14) Apple IPhone issued by Snellgrove Enterprises
15) Snap On recirculating parts washer, S/N# DBO048940
16) Snap On black high gloss roll cabinet, S/N# W126171A, MOD# KETN682A0PC
17) Snap On red powder tool box, S/N# AB370402A, MOD# KRA6200FPBO
18) Snap On red air compressor, S/N# JAC22178-010, MOD# BRA7180VEM
19) Snap On red plasma cutter, S/N# E96O41
20) Snap On MIG welder, S/N# E28O82
21) Snap On TIG welder, S/N# 28723
22) Snap On black & gray welding table
23) Snap On black & pink roll cabinet
24) Snap On gray & pink roll cabinet
25) Snap On red tool chest
26) Snap On red wall cabinet
27) Snap On teal roll cabinet, S/N# AC456766A, MOD# KCP1422BAT
28) Snap On black & pink roll cabinet
29) Snap On clear door display cabinet, S/N#HD037300A, MOD# SSX22P177
30) Snap On red popcorn maker
31) Snap On black bump box speaker
32) Snap On black portable air compressor, S/N# 20491113, MOD# CTNF9050
33) Snap On black roll cabinet
34) Snap On black roll cabinet
35) Snap On floor jack
36) Snap On floor jack
37) Snap On red motorized bicycle
38) Snap On tray table
39) Snap On tray table

40) Snap On tray table
41) Snap On tray table
42) Snap On fan, S/N# 5221002593
43) Blue Point (Snap On) pink tool box
44) Snap On black wet/dry vacuum, S/N# 2021232975
45) Porto Cool Jetstream, S/N# 22102014311059
46) Glass meth pipe
47) Glass meth pipe
48) Two small bags containing methamphetamine
49) One short barrel rifle with no serial number
50) Assorted Snap On hand tools, power tools contained in the roll cabinet drawers and tool chests.
51) Snap On red bicycle

Total value for the above recovered stolen property = $283,445.00

Ds' MSJ-011

# EXHIBIT C

## APPENDIX TO DEFENDANTS'
## MOTION FOR SUMMARY JUDGMENT

Indictment and Dismissal

(Attached)

CAUSE NO. 1846

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | OF MARTIN COUNTY, TEXAS |
| | § | |
| AUSTIN EUGENE HAMBLIN | § | 118TH JUDICIAL DISTRICT |

## MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the State of Texas by and through her District Attorney, and respectfully requests the Court dismiss the Indictment that is pending in the above-entitled and numbered due to insufficient evidence.

WHEREFORE, it is prayed that the above entitled and numbered Motion to Dismiss in this cause be dismissed.

Respectfully submitted,

Joshua A. Hamby
District Attorney
State Bar No. 24034471
P. O. Drawer 149
Big Spring, TX 79721-0149
(432) 264-2220 (432) 264-2222(fax)

## ORDER

The foregoing Motion having been presented to me on this ___11/13/2024___, and the same having been considered, it is therefore, ORDERED, ADJUDGED, AND DECREED that said above entitled and numbered Motion to Dismiss in this cause be and the same is hereby granted.

R. SHANE SEATON
JUDGE PRESIDING

Filed 11/13/2024 3:23:27 pm
Linda Gonzales
District Clerk
Martin County, Texas
Melissa Rios

Ds' MSJ-013

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 94244380
Filing Code Description: Motion
Filing Description:
Status as of 11/13/2024 3:24 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Joshua Hamby | 24034471 | josh.hamby@howardcountytx.com | 11/13/2024 12:49:40 PM | SENT |
| David M.Guinn, Jr. | | david@hurleyguinn.com | 11/13/2024 12:49:40 PM | SENT |
| Anissi Vasquez | | anissi@hurleyguinn.com | 11/13/2024 12:49:40 PM | SENT |

Ds' MSJ-014

INDICTMENT

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:

THE GRAND JURORS, for the County of MARTIN, State aforesaid, duly organized as

such at the July Term, 2023, of the District Court of the 118th Judicial District for said County,

upon their oaths in and to said Court present that AUSTIN EUGENE HAMBLIN, on or about

the 11th day of May, 2023, and anterior to the presentment of this indictment, in the County of

MARTIN and State of Texas, did then unlawfully appropriate, by acquiring or otherwise

exercising control over, property, namely a Snap On 75th Anniversary roll cabinet, a Snap On

11/2"wrench, a Snap On pliers, a Snap On 15-piece tool kit, a blue point Snap On socket set, a

Snap on butane gas soldering kit, a blue point Snap On hand riveter, a Snap ON 9 piece

extensions, a Snap On bolt cutters, a Snap On grease gun, a Snap On 4' tool storage light, a Snap

On lawn chair, an Apple iPhone, a Snap On recirculating parts washer, a Snap On black high

gloss roll cabinet, a Snap On red powder tool box, a Snap On red air compressor, a Snap On red

plasma cutter, a Snap On MIG welder, a Snap On TIG welder, a Snap On black and gray

welding table, a Snap On black and pink roll cabinet, a Snap On gray and pink roll cabinet, a,

Snap On red tool chest, a Snap On red wall cabinet, a Snap On teal roll cabinet, a Snap On clear

door display cabinet, a Snap On red popcorn maker, a Snap On black bump box speaker, a Snap

On black portable air compressor, two Snap On black roll cabinets, two Snap On floor jacks, a

Snap on red motorized bicycle, four Snap On tray tables, a Snap On fan, a Snap On blue point

pink tool box, a black in color Snap On wet/dry vacuum, a Porto Cool Jetstream, a Snap On red

bicycle and assorted Snap On hand tools and power tools, of the value of $150,000 or more but

INDICTMENT                                                                    Page 1

Ds' MSJ-015

less than $300,000, from Brian Snellgrove, the owner thereof, without the effective consent of

the owner, and with intent to deprive the owner of the property,

AGAINST THE PEACE AND DIGNITY OF THE STATE.

FOREMAN OF THE GRAND JURY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

A TRUE BILL:

AMOUNT OF BOND $_____

JOSHUA A. HAMBY, DISTRICT ATTORNEY, MARTIN COUNTY, TEXAS

INDICTMENT NO. 1846

THE STATE OF TEXAS VS. AUSTIN EUGENE HAMBLIN
OFFENSE: THEFT PROPERTY >$150K<$300K; 31.03(e)(6)(A); F-2

INDICTMENT                                                              Page 2

Ds' MSJ-016

# EXHIBIT D

## APPENDIX TO DEFENDANTS'
## MOTION FOR SUMMARY JUDGMENT

Affidavits of Brad Ingram, Anders Dahl,
Kelsey Brown, Rory Gammons

(Attached)

Ds' MSJ-017

**IN THE UNITED STATES DISCTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **AUSTIN HAMBLIN and KISKA HAMBLIN,** | § § § | |
| *Plaintiffs and Counter Defendants,* | § | |
| **v.** | § § | |
| **MARTIN COUNTY SHERIFF'S DEPARTMENT, BRAD INGRAM, ANDERS DAHL, KELSEY BROWN, RORY GAMMONS, WESTON PHELPS,** each in their individual capacity, and **BRIAN SNELLGROVE,** | § § § § § § § | **7:25-CV-00245-RCG** |
| *Defendants,* | § § | |
| **v.** | § § | |
| **BRIAN SNELLGROVE,** | § § | |
| *Counter Plaintiff.* | § | |

**<u>AFFIDAVIT OF BRAD INGRAM</u>**

| | |
|---|---|
| STATE OF TEXAS | § |
| COUNTY OF MARTIN | § |

BEFORE ME, the undersigned authority, personally appeared **<u>Brad Ingram</u>**, who being duly sworn, deposed and stated as follows:

1. "My name is **<u>Brad Ingram</u>**. I am over 18 years of age, of sound mind, and competent to make this affidavit. At the time of the events that comprise the subject matter of this lawsuit, I was employed as a Sheriff of Martin County, Texas. My last date in office was October 2, 2024. I make this affidavit based on my personal knowledge.

2. "On or about May 17, 2023, I participated in the execution of a lawfully issued search warrant for 3700 Hamilton, Big Spring, Texas 79720. A true and correct copy of the warrant and supporting affidavit is attached as **Exhibit A**.

3. "During the search, I acted in reliance on the search warrant signed by a neutral magistrate. I reasonably believed the warrant was valid and authorized our actions.

4. "A written inventory of items seized was prepared at the time of the search pursuant to Texas Code of Criminal Procedure art. 18.09. A copy of the inventory and warrant return is attached as **Exhibit B**.

Exhibit F—Affidavit of Brad Ingram

Ds' MSJ-018

5. "At no time did I personally give or authorize the giving of seized property to Brian Snellgrove or any other private person outside of authorized procedures. To my knowledge, all seized property was handled and stored in accordance with Sheriff's Department policies and applicable Texas law.

6. "On the date the search warrant was executed, Martin County did not have the means to transport the property subject to the warrant, nor did it have a facility equipped to store the property subject to the warrant and keep it safe.

7. "At all times, I acted in good faith, under lawful authority, and in the reasonable belief that my actions were lawful and appropriate as a law enforcement officer executing a court-issued warrant. None of the deputies assisting in the execution of the search warrant acted in bad faith, instead, all acted in good faith, which deputies include Anders Dahl, Kelsey Brown, Rory Gammons, and Weston Phelps. We were careful to take only property identified by Brian Snellgrove and confirmed by, acquiesced to, and/or released by, Austin Hamblin. Moreover, during the execution of the search warrant, neither Austin Hamblin nor Kiska Hamblin sought to exercise any ownership over any of the property seized on May 17, 2023, and they further did not do so after the execution of the search warrant and after May 17, 2023.

8. "Martin County does not have an unconstitutional policy with respect to search warrants and how they are executed. Martin County and the Martin County Sheriff's Department relies on and utilizes the Texas Code of Criminal Procedure and the Texas Penal Code to provide the policies and procedures for executing search warrants.

9. "After dismissal of the indictment against Austin Hamblin, I never received anything from Plaintiffs asserting ownership over any of the property originally seized under the search warrant. As far as I knew, the last known owner of the property seized under the search warrant was Brian Snellgrove."

**FURTHER AFFIANT SAYETH NOT.**

BRAD INGRAM

SUBSCRIBED AND SWORN TO BEFORE ME this 2nd day of October 2025, by Brad Ingram.

(Seal)



TAMMY NAVARRETE
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 12/10/25
NOTARY ID 12964155-6

NOTARY PUBLIC, STATE OF TEXAS

Exhibit F—Affidavit of Brad Ingram

IN THE UNITED STATES DISCTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **AUSTIN HAMBLIN and KISKA HAMBLIN,** | § | |
| *Plaintiffs and Counter Defendants,* | § | |
| | § | |
| **v.** | § | |
| | § | |
| **MARTIN COUNTY SHERIFF'S** | § | |
| **DEPARTMENT, BRAD INGRAM,** | § | |
| **ANDERS DAHL, KELSEY BROWN,** | § | |
| **RORY GAMMONS, WESTON PHELPS,** | § | **7:25-CV-00245-RCG** |
| **each in their individual capacity, and** | § | |
| **BRIAN SNELLGROVE,** | § | |
| *Defendants,* | § | |
| | § | |
| **v.** | § | |
| | § | |
| **BRIAN SNELLGROVE,** | § | |
| *Counter Plaintiff.* | § | |

### AFFIDAVIT OF ANDERS DAHL

| | |
|---|---|
| STATE OF TEXAS | § |
| COUNTY OF MARTIN | § |

BEFORE ME, the undersigned authority, personally appeared **Anders Dahl**, who being duly sworn, deposed and stated as follows:

1. "My name is **Anders Dahl**. I am over 18 years of age, of sound mind, and competent to make this affidavit. At the time of the events that comprise the subject matter of this lawsuit, I was employed as a Deputy Sheriff with the Martin County, Texas, Sheriff's Department. I make this affidavit based on my personal knowledge.

2. "On or about May 17, 2023, I participated in the execution of a lawfully issued search warrant for 3700 Hamilton, Big Spring, Texas 79720. A true and correct copy of the warrant and supporting affidavit is attached as **Exhibit A**.

3. "During the search, I acted in reliance on the search warrant signed by a neutral magistrate. I reasonably believed the warrant was valid and authorized our actions.

4. "I conscripted Brian Snellgrove to aid in the execution of the search warrant by requesting him to appear at the location where the warrant was executed, identify the property subject to the warrant, and store such property at his place of business located at 2100 Westside Drive, Stanton, Texas 79782, under my control and supervision."

Exhibit F—Affidavit of Anders Dahl

Ds' MSJ-020

5. "A written inventory of items seized was prepared at the time of the search pursuant to Texas Code of Criminal Procedure art. 18.09. A copy of the inventory and warrant return is attached as **Exhibit B**.

6. "During the entirety of my execution of the search warrant, I was wearing my department-issued Axon body-worn camera (bodycam), which was fully operational and properly affixed to my uniform in accordance with the policies and procedures of the Martin County Sheriff's Department. Attached as **Exhibit E** to this motion are two videos from by bodycam which were captured contemporaneously during the execution of the search warrant as the events occurred. The bodycam automatically began recording upon activation and recorded the events in real-time, with accurate date and time stamps generated by the device's internal system. The recordings have not been altered, edited, or otherwise modified in any way. The digital files were securely downloaded and stored in the department's digital evidence management system (e.g., Axon Evidence.com), which restricts access and maintains a verifiable chain of custody in accordance with departmental and evidentiary protocols. I have reviewed **Exhibit E**, and I recognize the bodycam videos as accurate depictions of the events I witnessed and participated in on May 17, 2023. The recordings fairly and accurately represent what I saw, heard, and experienced during the incident. These recordings were made in the regular course of my duties and it was the regular practice of the Martin County Sheriff's Department to make and preserve such recordings at or near the time of the events recorded.

7. "At no time did I personally give or authorize the giving of seized property to Brian Snellgrove or any other private person outside of authorized procedures. To my knowledge, all seized property was handled and stored in accordance with Sheriff's Department policies and applicable Texas law.

10. ""On the date the search warrant was executed, Martin County did not have the means to transport the property subject to the warrant, nor did it have a facility equipped to store the property subject to the warrant and keep it safe.

11. "We were careful to take only property identified by Brian Snellgrove and confirmed by, acquiesced to, and/or released by, Austin Hamblin. Moreover, during the execution of the search warrant, neither Austin Hamblin nor Kiska Hamblin sought to exercise any ownership over any of the property seized on May 17, 2023, and they further did not do so after the execution of the search warrant and after May 17, 2023.

8. "After dismissal of the indictment against Austin Hamblin, I never received anything from Plaintiffs asserting ownership over any of the property originally seized under the search warrant. As far as I knew, the last known owner of the property seized under the search warrant was Brian Snellgrove."

9. "At all times, I acted in good faith, under lawful authority, and in the reasonable belief that my actions were lawful and appropriate as a law enforcement officer executing a court-issued warrant."

Exhibit F—Affidavit of Anders Dahl

Ds' MSJ-021

10. "Attached as **Exhibit E** to this motion are two videos from by bodycam which were captured during the execution of the search warrant. In the course of my employment and by virtue of my duties and responsibilities, I had access to and am familiar with the manner in which my bodycam footage was created and maintained. It was the regular practice of the Martin County Sheriff's Department to make these kinds of records at or near the time of each act, event, condition, opinion, or diagnosis set forth in the record; and such records are made by, or from information transmitted by, persons with personal knowledge of the matters set forth. All such records were kept in the course of the regularly conducted activities of the Martin County Sheriff's Department. These records are original records or exact duplicates of the original records."

**FURTHER AFFIANT SAYETH NOT.**

_____
ANDERS DAHL

SUBSCRIBED AND SWORN TO BEFORE ME this ___2___ day of _October_ 2025 by Anders Dahl.

CHRISTINA HENNSLEY
NOTARY PUBLIC
STATE OF TEXAS
ID # 13495734-0
My Comm. Expires 06-20-2028

_____
NOTARY PUBLIC, STATE OF TEXAS

Exhibit F—Affidavit of Anders Dahl

Ds' MSJ-022

IN THE UNITED STATES DISCTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **AUSTIN HAMBLIN and KISKA HAMBLIN,** | § | |
| *Plaintiffs and Counter Defendants,* | § | |
| | § | |
| **v.** | § | |
| | § | |
| **MARTIN COUNTY SHERIFF'S** | § | |
| **DEPARTMENT, BRAD INGRAM,** | § | |
| **ANDERS DAHL, KELSEY BROWN,** | § | **7:25-CV-00245-RCG** |
| **RORY GAMMONS, WESTON PHELPS,** | § | |
| **each in their individual capacity, and** | § | |
| **BRIAN SNELLGROVE,** | § | |
| *Defendants,* | § | |
| | § | |
| **v.** | § | |
| | § | |
| **BRIAN SNELLGROVE,** | § | |
| *Counter Plaintiff.* | § | |

<u>**AFFIDAVIT OF KELSEY BROWN**</u>

| | |
|---|---|
| STATE OF TEXAS | § |
| COUNTY OF MARTIN | § |

BEFORE ME, the undersigned authority, personally appeared <u>**Kelsey Brown**</u>, who being duly sworn, deposed and stated as follows:

1. "My name is <u>**Kelsey Brown**</u>. I am over 18 years of age, of sound mind, and competent to make this affidavit. At the time of the events that comprise the subject matter of this lawsuit, I was employed as a Deputy Sheriff with the Martin County, Texas, Sheriff's Department. I make this affidavit based on my personal knowledge.

2. "On or about May 17, 2023, I participated in the execution of a lawfully issued search warrant for 3700 Hamilton, Big Spring, Texas 79720.

3. "During the search, I acted under the direction of the supervising officer and in reliance on the search warrant signed by a neutral magistrate. I reasonably believed the warrant was valid and authorized our actions.

4. "At no time did I personally give or authorize the giving of seized property to Brian Snellgrove or any other private person outside of authorized procedures. To my knowledge, all seized property was handled and stored in accordance with Sheriff's Department policies and applicable Texas law.

Exhibit F—Affidavit of Kelsey Brown

Ds' MSJ-023

5. "A written inventory of items seized was prepared at the time of the search pursuant to Texas Code of Criminal Procedure art. 18.09.

6. "After dismissal of the indictment against Austin Hamblin, I never received anything from Plaintiffs asserting ownership over any of the property originally seized under the search warrant. As far as I knew, the last known owner of the property seized under the search warrant was Brian Snellgrove."

7. "At all times, I acted in good faith, under lawful authority, and in the reasonable belief that my actions were lawful and appropriate as a law enforcement officer executing a court-issued warrant."

**FURTHER AFFIANT SAYETH NOT.**

_Kelsey Brown_
KELSEY BROWN

SUBSCRIBED AND SWORN TO BEFORE ME this 2nd day of October 2025 by Kelsey Brown.

(Seal)



_Cassandra Querem_
NOTARY PUBLIC, STATE OF TEXAS

Exhibit F—Affidavit of Kelsey Brown

Ds' MSJ-024

IN THE UNITED STATES DISCTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **AUSTIN HAMBLIN and KISKA HAMBLIN,** | § | |
| *Plaintiffs and Counter Defendants,* | § | |
| | § | |
| **v.** | § | |
| | § | |
| **MARTIN COUNTY SHERIFF'S** | § | |
| **DEPARTMENT, BRAD INGRAM,** | § | |
| **ANDERS DAHL, KELSEY BROWN,** | § | **7:25-CV-00245-RCG** |
| **RORY GAMMONS, WESTON PHELPS,** | § | |
| **each in their individual capacity, and** | § | |
| **BRIAN SNELLGROVE,** | § | |
| *Defendants,* | § | |
| | § | |
| **v.** | § | |
| | § | |
| **BRIAN SNELLGROVE,** | § | |
| *Counter Plaintiff.* | § | |

## AFFIDAVIT OF RORY GAMMONS

| | |
|---|---|
| STATE OF TEXAS | § |
| COUNTY OF MARTIN | § |

BEFORE ME, the undersigned authority, personally appeared **Rory Gammons**, who being duly sworn, deposed and stated as follows:

1. "My name is **Rory Gammons**. I am over 18 years of age, of sound mind, and competent to make this affidavit. At the time of the events that comprise the subject matter of this lawsuit, I was employed as a Deputy Sheriff with the Howard County, Texas, Sheriff's Department. I make this affidavit based on my personal knowledge.

2. "On or about May 17, 2023, I participated in the execution of a lawfully issued search warrant for 3700 Hamilton, Big Spring, Texas 79720.

3. "During the search, I acted under the direction of the supervising officer and in reliance on the search warrant signed by a neutral magistrate. I reasonably believed the warrant was valid and authorized our actions.

4. "At no time did I personally give or authorize the giving of seized property to Brian Snellgrove or any other private person outside of authorized procedures. To my knowledge, all seized property was handled and stored in accordance with Sheriff's Department policies and applicable Texas law.

Exhibit F—Affidavit of Rory Gammons

**Ds' MSJ-025**

5.  "A written inventory of items seized was prepared at the time of the search pursuant to Texas Code of Criminal Procedure art. 18.09.

6.  "After dismissal of the indictment against Austin Hamblin, I never received anything from Plaintiffs asserting ownership over any of the property originally seized under the search warrant. As far as I knew, the last known owner of the property seized under the search warrant was Brian Snellgrove."

7.  "At all times, I acted in good faith, under lawful authority, and in the reasonable belief that my actions were lawful and appropriate as a law enforcement officer executing a court-issued warrant."

**FURTHER AFFIANT SAYETH NOT.**

RORY GAMMONS

SUBSCRIBED AND SWORN TO BEFORE ME this ____ day of _October_ _____ 2025 by Rory Gammons.

NICOLE GRIGG
(Seal) Notary Public, State of Texas
Comm. Expires 12-02-2028
Notary ID 12408476-6

NOTARY PUBLIC, STATE OF TEXAS

Exhibit F—Affidavit of Rory Gammons

Ds' MSJ-026

# EXHIBIT E

### APPENDIX TO DEFENDANTS'
### MOTION FOR SUMMARY JUDGMENT

Video Footage

1. Axon_Body_3_Video_2023_05_17_0803_X60A00444 ............ Warrant Execution Video
   May 17, 2023
   8:02 a.m.–8:49 a.m.

2. Axon_Body_3_Video_2023_05_17_1045_X60A00444 ............ Warrant Execution Video
   May 17, 2023
   10:44 a.m.–11:01 a.m.

(Attached on USB Flash Drive)

Ds' MSJ-027