IN THE UNITED STATES DISCTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| AUSTIN HAMBLIN and KISKA HAMBLIN,<br>    *Plaintiffs and Counter Defendants,*<br><br>v.<br><br>MARTIN COUNTY SHERIFF'S DEPARTMENT, BRAD INGRAM, ANDERS DAHL, KELSEY BROWN, RORY GAMMONS, WESTON PHELPS, each in their individual capacity, and BRIAN SNELLGROVE,<br>    *Defendants,*<br><br>v.<br><br>BRIAN SNELLGROVE,<br>    *Counter Plaintiff*. | § § § § § § § § § § § § § § § § § § § | 7:25-CV-00245-RCG |

## ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY

ON THIS DAY, the Court considered the Opposed Motion to Stay Discovery filed by defendants Martin County Sheriff's Department, Brad Ingram, Anders Dahl, Kelsey Brown, Rory Gammons, and Weston Phelps (collectively "Defendants"). The Court having reviewed the motion, the law, and arguments of all parties, enters the following order:

IT IS ORDERED that Defendants' Motion to Stay Discovery is GRANTED.

IT IS FURTHER ORDERED that discovery is STAYED in this case until after the Court rules on any dispositive motions that are filed pursuant to a further order of this Court.

SIGNED this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE