

565 S Mason Rd #223
Katy, Texas 77450
Telephone: 713-360-2110
E-Mail: kurt@kurtmuellerpllc.com
Licensed in Texas, Virginia, and Limited Federal Courts

October 2, 2024

**RE: Motion to Stay Filed Oct. 2 - HAMBLIN v. Martin County Sheriff's Department (7:25-cv-00245) – Docket Entry 27**

Judge Griffin,

Discovery requests were sent by both certified postal mail and email (at their email addresses listed on PACER) to both parties' lawyers on September 6.

As previously noted in this court's order reflected in its deficiency notice dated Local Rule CV-7(g) to Plaintiff's prior motion reflected in Docket Entry 13, Local Rule CV-7(g) has been invoked in this case previously to require a party to make a good faith attempt to confer for any non-dispositive motion. Plaintiff's counsel respectfully notes that a motion to stay discovery filed in docket entry 27 is non-dispositive and that the body of the motion does not contain the certification required by the local rule (nor was any conferral attempted to the best of Plaintiff's counsel's knowledge).

If this Court opts not to invoke Local Rule CV-7(g) in this instance, Plaintiff's counsel respectfully requests further clarification when attempted conference is required so Plaintiff's counsel may tailor its practice to the parameters desired by the Court.

Cordially Yours,

/s/ Kurt Mueller

Kurt Mueller