IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| AUSTIN HAMBLIN and KISKA HAMBLIN | § § | |
| vs. | § § | NO: 7:25-cv-00245 |
| MARTIN COUNTY SHERIFF'S DEPARTMENT, BRAD INGRAM, ANDERS DAHL, KELSEY BROWN, RORY GAMMONS, AND WESLEY PHELPS | § § § § § | |

## DEFENDANTS' CERTIFICATE OF CONFERENCE

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Local Court Rule CV-7(G), Defendants' counsel certifies that Plaintiffs' counsel was contacted and Plaintiffs' counsel opposes Defendants' Motion to Stay Discovery efiled in the Court's CM/ECF system on October 2, 2025, Document 27.

Respectfully submitted,

 /s/ Denis Dennis
DENIS DENNIS
State Bar No. 05655566
ddennis@kmdfirm.com

OF

KELLY, MORGAN, DENNIS,
CORZINE & HANSEN, P.C.
P.O. Box 1311
Odessa, Texas 79760-1311
(432) 367-7271
FAX: (432) 363-9121
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that on the 3rd day of October, 2025, a true and correct copy of the above and foregoing was sent to the Plaintiffs' counsel via efiling.

 /s/ Denis Dennis
DENIS DENNIS