IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| AUSTIN HAMBLIN and KISKA HAMBLIN,<br>*Plaintiffs and Counter Defendants,*<br><br>v.<br><br>MARTIN COUNTY SHERIFF'S DEPARTMENT, BRAD INGRAM, ANDERS DAHL, KELSEY BROWN, RORY GAMMONS, WESTON PHELPS, each in their individual capacity, and BRIAN SNELLGROVE,<br>*Defendants,*<br><br>v.<br><br>BRIAN SNELLGROVE,<br>*Counter Plaintiff.* | § § § § § § § § § § § § § § § § § § § | 7:25-CV-00245-RCG |

**VIDEO FILES ON USB FLASH DRIVE
APPENDIX TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE CLERK:

Enclosed is a USB flash drive containing the video file referenced in the Appendix to Defendants Martin County Sheriff's Department, Brad Ingram, Anders Dahl, Kelsey Brown, Rory Gammons, And Weston Phelps' Motion For Summary Judgment, in the above referenced cause. Please file this with the Appendix to Defendants' Motion for Summary Judgment.

Respectfully submitted,

*/s/ Denis Dennis*
DENIS DENNIS
State Bar No. 05655566
ddennis@kmdfirm.com
BENJAMIN PETTY
State Bar No. 24105934
bpetty@kmdfirm.com

OF

KELLY, MORGAN, DENNIS,
CORZINE & HANSEN, P.C.
P.O. Box 1311
Odessa, Texas 79760-1311
(432) 367-7271 / FAX: (432) 363-9121

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2025, I filed the foregoing with the Clerk of the Court via Certified Mail to the District Clerk at the following address:

**VIA CERTIFIED MAIL**
Clerk, U.S. District Court
Western District of Texas
United States Courthouse
200 E. Wall Street, Room 222
Midland, Texas 79701.

The following parties will be notified of this filing, by the method indicated. A physical copy of the video files on separate USBs were delivered on October 2, 2025, to Plaintiffs' Counsel and Defendant Snellgrove's Counsel via the method shown below:

**VIA CERTIFIED MAIL**
The Kurt Mueller Law Firm, PLLC
Attn: Kurt Mueller
565 S. Mason Rd, PMB 223
Katy, Texas 77450
*Attorney for Plaintiffs*

**VIA CERTIFIED MAIL**
Robert J. Perez
221 N. Kansas, Ste 1103
El Paso, Texas 79901
*Attorney for Defendant Snellgrove*

　　　　　　　　　　　　　　　　　　　　/s/ Benjamin Petty
　　　　　　　　　　　　　　　　　　　　BENJAMIN PETTY



KELLY, MORGAN, DENNIS,
CORZINE & HANSEN, P.C.
P.O. Box 1311
Odessa, Texas 79760

NEOPOST   FIRST-CLASS MAIL
10/02/2025   IMI
US POSTAGE $009.44⁰

Clerk, U.S. District Court
Western District of Texas
United States Courthouse
200 E. Wall Street, Room 222
Midland, Texas 79701

CERTIFIED MAIL™
9171 9690 0935 0314 4020 30

RECEIVED
OCT 06 2025
CLERK, U.S. DISTRICT
WESTERN DISTRICT
BY _____ DEPUTY

