IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND / ODESSA DIVISION

| | | |
|---|---|---|
| **AUSTIN HAMBLIN and KISKA HAMBLIN** | § § § § § § § § § § § § § § § § § § § § § § § | |
| VS. | | |
| | | NO.   7:25-cv-00245 |
| **MARTIN COUNTY SHERIFF'S DEPARTMENT;** | | |
| **BRAD INGRAM, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY;** | | |
| **ANDERS DAHL, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY;** | | |
| **KELSEY BROWN,  IN HIS INDIVIDUAL AND OFFICIAL CAPACITY;** | | |
| **RORY GAMMONS, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY;** | | |
| **WESTON PHELPS, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; AND** | | |
| **BRIAN SNELLGROVE** | | |

## NOTICE OF CORRECTION

In the document 31 (Response in Opposition to Motion), the certificate of service had the incorrect date and incorrectly reference Defendant Snellgrove's CM/ECF status, as he is now represented and service is provided to his Counsel via CM/ECF. The correct date was October 8, 2025 as reflected by the electronic date stamp embedded by the Court's CM/ECF and Defendant Snellgrove was served with document 31 via CM/ECF via his counsel as reflected by the electronic receipt of service which is attached as an exhibit to this correction.

Respectfully Submitted,

/s/ Kurt Muelller
------------------------------------
Kurt Mueller
Texas Bar No. 24133133

The Kurt Mueller Law Firm PLLC
565 S Mason Rd PMB 223
Katy, Texas 77450
(713) 360-2110
kurt@kurtmuellerpllc.com

Certificate of Service

I certify that on October 8, 2025 I filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that those participants in the case that are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Kurt Muelller
------------------------------------
Kurt Mueller
Texas Bar No. 24133133

The Kurt Mueller Law Firm PLLC
565 S Mason Rd PMB 223
Katy, Texas 77450
(713) 360-2110
kurt@kurtmuellerpllc.com