**Responses and Replies**

7:25-cv-00245-RCG HAMBLIN et al v. Martin County Sheriff's Department et al

# U.S. District Court [LIVE]

# Western District of Texas

## Notice of Electronic Filing

The following transaction was entered by Mueller, Kurt on 10/8/2025 at 5:54 PM CDT and filed on 10/8/2025
**Case Name:** HAMBLIN et al v. Martin County Sheriff's Department et al
**Case Number:** 7:25-cv-00245-RCG
**Filer:** AUSTIN HAMBLIN
KISKA HAMBLIN
**Document Number:** 31

**Docket Text:**
**Response in Opposition to Motion, filed by AUSTIN HAMBLIN, KISKA HAMBLIN, re [27] MOTION to Stay** *Discovery* **filed by Defendant Anders Dahl, Defendant Weston Phelps, Defendant Rory Gammons, Defendant Brad Ingram, Defendant Martin County Sheriff's Department, Defendant Kelsey Brown (Mueller, Kurt)**

**7:25-cv-00245-RCG Notice has been electronically mailed to:**

Ben Petty    bpetty@kmdfirm.com, benpetty88@gmail.com, ehenry@kmdfirm.com

Denis Dennis    ddennis@kmdfirm.com, vsisco@kmdfirm.com

Kurt Mueller    kurt@kurtmuellerpllc.com

Robert J. Perez    rjperezlaw@yahoo.com, rjperezlaw1@gmail.com

**7:25-cv-00245-RCG Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=10/8/2025] [FileNumber=33108709-0] [a76225f72aeb91491246a4f118177e2b1c173e7b0a1bb022b97e1c5f3f507981af98d8b90bac48c83da18143f28c12990657bb8f3be0b8bc5988a8bfeb409a4b]]