IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND ODESSA DIVISION

| | | |
|---|---|---|
| AUSTIN HAMBLIN AND KISKA HAMBLIN, | * | |
| Plaintiffs and Counter-Defendants, | * | |
| v. | * | NO. 7: 25-CV:00245-RCG |
| MARTIN COUNTY SHERIFF'S DEPARTMENT, BRAD INGRAM, ANDERS DAHL, KELSEY BROWN, RORY GAMMONS, WESTON PHELPS, Each in their individual capacity, and | | |
| BRIAN SNELLGROVE, | * | |
| v. | | |
| BRIAN SNELLGROVE, | * | |
| Counter Plaintiff, | * | |

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE

Comes now, Defendant Brian Snellgrove, and hereby files his response to Plaintiff's Motion to Dismiss and his Motion to Strike. For Cause, Defendant Snellgrove would respectfully show this Honorable Court as follows:

Defendant Snellgrove filed his Original Answer and Counterclaims on August 6, 2025. On August 13, 2025, Defendant filed his motion to dismiss and motion to strike. It is noteworthy that Defendant Snellgrove was not part of Plaintiff's original case, and the case had been pending for several months before Plaintiff amended his Original

Complaint and added additional parties. Most importantly, discovery in this case just started, and the actions of all the parties in this case, both on the defense and on the plaintiff's side have not been fully discovered. This court filed a Scheduling Order that called for Amended Pleadings to be due by December 1, 2025. Discovery is due by April 1, 2026.

Plaintiff correctly states that Motions to Strike are generally disfavored and that the court has considerable discretion in deciding a Rule 12(f) motion. Plaintiff asserts that Defendant Snellgrove's claims are scandalous. Defendants' believe that Plaintiff, who is an indicted malfeasor who is suing his victim and the State of Texas who arrested him, is the party bringing scandalous accusations. As this court is aware, a pre-discovery Motion for Summary Judgement has been filed. The long and short of the matter is that Amended Pleadings are not due until December 1, 2025, and discovery has just started. The actions of all the parties in this case need to be fleshed out before any motions to dismiss should occur.

Wherefore, premises considered, Defendant Snellgrove respectfully asks this court to withhold any ruling on Plaintiff's motion to dismiss and to strike until after some discovery has taken place and until Amended Pleadings are filed as per the Court's Scheduling Order.

    Respectfully submitted,

    /s/ Robert J. Perez

    Robert J. Perez
    Texas Bar No. 15779050

    Robert J. Perez

221 N. Kansas, Suite 1103

El Paso, Texas. 79901

(915) 542-1222

Rjperezlaw1@gmail.com

CERTIFICATE OF SERVICE

I Certify that on October 8, , 2025, I filed the foregoing document with all parties in this case via the Court's CM/ECF system.

/s/ Robert J. Perez

_____

Robert J. Perez