IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| AUSTIN HAMBLIN and KISKA HAMBLIN, <br> *Plaintiffs and Counter Defendants,* <br><br> v. <br><br> MARTIN COUNTY SHERIFF'S DEPARTMENT, BRAD INGRAM, ANDERS DAHL, KELSEY BROWN, RORY GAMMONS, WESTON PHELPS, each in their individual capacity, and BRIAN SNELLGROVE, <br> *Defendants,* <br><br> v. <br><br> BRIAN SNELLGROVE, <br> *Counter Plaintiff.* | § § § § § § § § § § § § § § § § § § § § § | 7:25-CV-00245-RCG |

## ADVISORY TO THE CLERK OF COURT

The undersigned party in the above captioned case elects as follows (please select only one of the following options):

[X] I CONSENT to proceed before a United States Magistrate Judge in accordance with provisions of 28 U.S.C. § 636. The undersigned party in the above-captioned case waives the right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including rendering a decision, and to order the entry of final judgment. Any appeal shall be taken to the United States Court of Appeals for the Fifth Circuit in accordance with 28 U.S.C. § 636(c)(3).

[ ] I DO NOT CONSENT to proceed before a United States Magistrate Judge. The undersigned party in the above-captioned case elects not to have this case decided by a United States Magistrate Judge and prefer that in case proceed before the District Judge.

| Party or Party Represented | Signature of Party or Party's Attorney | Date |
|---|---|---|
| BRIAN SNELLGROVE | *[signature]* | Oct 27, 2025 |