IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND / ODESSA DIVISION

| | |
|---|---|
| **AUSTIN HAMBLIN and KISKA HAMBLIN** § | |
| § | |
| VS. § | |
| § | NO.   7:25-cv-00245 |
| **MARTIN COUNTY SHERIFF'S** § | |
| **DEPARTMENT;** § | |
| § | |
| **BRAD INGRAM, IN HIS INDIVIDUAL** § | |
| **AND OFFICIAL CAPACITY;** § | |
| § | |
| **ANDERS DAHL, IN HIS INDIVIDUAL** § | |
| **AND OFFICIAL CAPACITY;** § | |
| § | |
| **KELSEY BROWN,  IN HIS INDIVIDUAL** § | |
| **AND OFFICIAL CAPACITY;** § | |
| § | |
| **RORY GAMMONS, IN HIS INDIVIDUAL** § | |
| **AND OFFICIAL CAPACITY;** § | |
| § | |
| **WESTON PHELPS, IN HIS INDIVIDUAL** § | |
| **AND OFFICIAL CAPACITY; AND** § | |
| § | |
| **BRIAN SNELLGROVE** § | |

**PLAINTIFFS' NOTICE OF SEALED EMERGENCY FILING**

Plaintiffs respectfully give notice that pursuant to Federal Rule of Civil Procedure 5.2(d) they have filed under seal an emergency motion for interim relief, a motion to seal, and proposed orders.

The sealed submissions do not involve the merits of this case nor are they related to any prior order of this court, but rather describe matters involving sensitive information of parties and non-parties. Plaintiffs respectfully call the Court's attention to their sealed request for an expedited action. If the Court directs, Plaintiffs will promptly file public versions of any sealed papers based on the Court's guidance.

Respectfully Submitted,

/s/ Kurt Mueller
-----------------------------------
Kurt Mueller
Texas Bar No. 24133133

The Kurt Mueller Law Firm PLLC
565 S Mason Rd PMB 223
Katy, Texas 77450
(713) 360-2110
kurt@kurtmuellerpllc.com