**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **AUSTIN HAMBLIN and KISKA HAMBLIN,** | § | |
|     *Plaintiff and Counter-Defendants,* | § | |
| | § | |
| | § | |
| **v.** | § | |
| | § | |
| **MARTIN COUNTY SHERIFF'S DEPARTMENT, BRAD INGRAM, ANDERS DAHL, KELSEY BROWN, RORY GAMMONS, and WESTON PHELPS, each in their individual and official capacities,** | § | **MO:25-CV-00245-RCG** |
|     *Defendants,* | § | |
| | § | |
| **v.** | § | |
| | § | |
| **BRIAN SNELLGROVE,** | § | |
|     *Defendant and Counter-Plaintiff.* | § | |

## <u>ORDER SETTING STATUS CONFERENCE</u>

BEFORE THE COURT is Plaintiffs' Austin Hamblin and Kiska Hamblin's Emergency Motion for Interim Relief and Motion to Seal. (Doc. 39). This case is before the Court pursuant to the consent of the parties in accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73. (Docs. 9, 10, 38). After due consideration, the Court **GRANTS** Plaintiffs' Motions. (Doc. 39).

Accordingly, it is hereby **ORDERED** that a hearing on the status of this case will be held on <u>**Tuesday, November 4, 2025, at 1:30 p.m.**</u> via Zoom. The Court will supply the Parties with the necessary Zoom meeting information via email within 24 hours of the scheduled hearing time. The Court will take up Plaintiffs' request for a sworn declaration at the hearing.

Further, Plaintiffs have requested the Court seal their Emergency Motion for Interim Relief to protect the privacy and security interests implicated in these filings. (Doc. 39). It is

therefore **ORDERED** that Plaintiffs' Emergency Motion for Interim Relief, as well as any responses or documents filed in opposition or support of that motion, shall be filed **UNDER SEAL**. The Clerk of Court is directed to maintain the Emergency Motion and all such related filings under seal until further order of the Court.

It is so **ORDERED**.

SIGNED this 29th day of October, 2025.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE