UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| AUSTIN HAMBLIN, KISKA HAMBLIN | § |
| | § |
| vs. | § Case Number: MO:25-CV-00245-RCG |
| | § |
| Martin County Sheriff's Department, Brad Ingram, Anders Dahl, Kelsey Brown, Rory Gammons, Weston Phelps, BRIAN SNELLGROVE, BRIAN SNELLGROVE, AUSTIN HAMBLIN, KISKA HAMBLIN | § |
| *Defendant* | |

**ORDER SETTING STATUS CONFERENCE VIA ZOOM**

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **STATUS CONFERENCE,** in the Midland Magistrate Courtroom, 200 E. Wall, MIDLAND-ODESSA, Texas, on **November 06, 2025 at 10:00 AM.**

This case is before the undersigned through an Order pursuant to 28 U.S.C. § 636 and Appendix C of the Local Court Rules for the Assignment of Duties to United States Magistrate Judges. (Doc. 65).

IT IS SO ORDERED on 4th day of November, 2025.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE