IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **AUSTIN HAMBLIN and KISKA HAMBLIN,** §<br>§<br>*Plaintiff and Counter-* §<br>*Defendants,* §<br>§<br>**v.** §<br>§<br>**MARTIN COUNTY SHERIFF'S** §<br>**DEPARTMENT, BRAD INGRAM,** §<br>**ANDERS DAHL, KELSEY BROWN,** §<br>**RORY GAMMONS, and WESTON** §<br>**PHELPS, each in their individual and** §<br>**official capacities,** §<br>*Defendants,* §<br>§<br>**v.** §<br>§<br>**BRIAN SNELLGROVE,** §<br>*Defendant and Counter-* §<br>*Plaintiff.* § | **MO:25-CV-00245-RCG** |

## ORDER SETTING HEARING ON PLAINTIFFS' MOTION TO COMPEL

BEFORE THE COURT is Plaintiffs Austin Hamblin and Kiska Hamblin's Motion to Compel. (Doc. 47). This case is before the Court pursuant to the consent of the parties in accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73. (Docs. 9, 10, 38).

It is hereby **ORDERED** that a hearing on Plaintiffs' Motion will be held on **Wednesday, February 18, 2026, at 1:30 p.m.** via Zoom. The Court will supply the Parties with the necessary Zoom meeting information via email within 24 hours of the scheduled hearing time.

It is so **ORDERED**.

SIGNED this 6th day of February, 2026.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE