IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND / ODESSA DIVISION

| | | |
|---|---|---|
| AUSTIN HAMBLIN and KISKA HAMBLIN | § § § | |
| VS. | § § | NO.    7:25-cv-00245 |
| MARTIN COUNTY SHERIFF'S DEPARTMENT; | § § § | |
| BRAD INGRAM, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; | § § § | |
| ANDERS DAHL, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; | § § § | |
| KELSEY BROWN,  IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; | § § § | |
| RORY GAMMONS, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; | § § § | |
| WESTON PHELPS, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; AND | § § § | |
| BRIAN SNELLGROVE | § | |

**MOTION FOR LEAVE TO SUBSTITUTE EXHIBIT
(CERTIFIED DEPOSITION TRANSCRIPT AND EXHIBITS)**

1. Plaintiffs file this Motion of Substitution to replace Exhibit A to Plaintiffs' Supplemental Response in Opposition to Defendants' Motion for Summary Judgment, filed on February 6, 2026 (ECF No. 51).

2. When Plaintiffs filed the Supplemental Reply, the certified official transcript of the deposition referenced therein had not yet been delivered by the court reporter. Plaintiffs therefore attached as Exhibit A an unofficial transcript prepared from the then-available materials to

provide the Court the best available record of the testimony pending receipt of the certified transcript.

3. Plaintiffs have now received the certified official transcript from the court reporter, including the official deposition exhibits as maintained in the deposition record.

4. Accordingly, Plaintiffs hereby move to substitute Exhibit A to the Supplemental Response with the certified official Ingram deposition transcript taken on January 15, 2026 together with the associated deposition exhibits, attached hereto as Exhibit A (the "Substituted Exhibit A").

5. A copy of the transcript and the exhibits was also emailed to Counsel for both defendants the same day that Plaintiff's counsel obtained them for their records.

6. This substitution is intended to provide the Court the certified transcript and official exhibits for the same testimony and materials addressed in the Supplemental Reply.

7. To the extent the Court deems leave necessary to effectuate substitution or correction of an exhibit associated with an already-filed document, Plaintiffs respectfully request that the Court accept this substitution and direct the Clerk to docket the certified transcript and exhibits as the operative Exhibit A for purposes of Plaintiffs' supplemental filing, consistent with the Court's electronic filing procedures.

## **CERTIFICATE OF SERVICE**

I certify that on the date reflected by the CM/ECF date stamps I filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that those participants in the case that are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Respectfully Submitted,

/s/ Kurt Mueller

-------------------------------------
Kurt Mueller
Texas Bar No. 24133133

The Kurt Mueller Law Firm PLLC
565 S Mason Rd PMB 223
Katy, Texas 77450
(713) 360-2110
kurt@kurtmuellerpllc.com