IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND / ODESSA DIVISION

| | | |
|---|---|---|
| **AUSTIN HAMBLIN and KISKA HAMBLIN** | § § § § § § § § § § § § § § § § § § § § § § § | |
| **VS.** | | NO.   7:25-cv-00245 |
| **MARTIN COUNTY SHERIFF'S DEPARTMENT;** | | |
| **BRAD INGRAM, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY;** | | |
| **ANDERS DAHL, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY;** | | |
| **KELSEY BROWN,  IN HIS INDIVIDUAL AND OFFICIAL CAPACITY;** | | |
| **RORY GAMMONS, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY;** | | |
| **WESTON PHELPS, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; AND** | | |
| **BRIAN SNELLGROVE** | | |

**CERTIFICATE OF CONFERENCE RE PLAINTIFFS' MOTION FOR LEAVE TO SUBSTITUTE (ECF NO. 52)**

1. Pursuant to Local Rule CV-7(g), I certify that on February 11, 2026 at 9:38 a.m. Central Time, I contacted counsel for Defendants (including Mr. Dennis and Mr. Perez) by email regarding Plaintiffs' Motion for Leave to Substitute Exhibit (Certified Deposition Transcript and Exhibits) (ECF No. 52).

2. As of 7:00 p.m. Central Time on February 11, 2026, neither Mr. Dennis nor Mr. Perez had responded. Accordingly, Defendants' position is unknown, and Plaintiffs present the motion as opposed for purposes of Local Rule CV-7(g).

## CERTIFICATE OF SERVICE

I certify that on the date reflected by the CM/ECF date stamps I filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that those participants in the case that are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Respectfully Submitted,

/s/ Kurt Mueller
-------------------------------------
Kurt Mueller
Texas Bar No. 24133133

The Kurt Mueller Law Firm PLLC
565 S Mason Rd PMB 223
Katy, Texas 77450
(713) 360-2110
kurt@kurtmuellerpllc.com