IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND / ODESSA DIVISION

| | | |
|---|---|---|
| AUSTIN HAMBLIN and KISKA HAMBLIN | § § | |
| VS. | § § § | NO.   7:25-cv-00245 |
| MARTIN COUNTY SHERIFF'S DEPARTMENT; | § § § | |
| BRAD INGRAM, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; | § § § | |
| ANDERS DAHL, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; | § § § | |
| KELSEY BROWN,  IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; | § § § | |
| RORY GAMMONS, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; | § § § | |
| WESTON PHELPS, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; AND | § § § | |
| BRIAN SNELLGROVE | § | |

**PROPOSED ORDER**

Before the Court is Plaintiffs' Motion for Leave to Substitute Exhibit (Certified Deposition Transcript and Exhibits) (ECF No. 52).

Having considered the motion, the Court **GRANTS** the motion.

The Clerk is directed to docket the certified deposition transcript of James Bradley Ingram taken January 15, 2026, together with the associated deposition exhibits, as the operative Exhibit A to Plaintiffs' Supplemental Response in Opposition to Defendants' Motion for Summary Judgment (ECF No. 51), in place of the prior unofficial transcript previously filed as Exhibit A.

SIGNED this \_\_\_\_ day of _____, 2026.

_____

RONALD C. GRIFFIN

UNITED STATE MAGISTRATE JUDGE