IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **AUSTIN HAMBLIN and KISKA HAMBLIN,** *Plaintiff and Counter-Defendants*, <br><br> v. <br><br> **MARTIN COUNTY SHERIFF'S DEPARTMENT, BRAD INGRAM, ANDERS DAHL, KELSEY BROWN, RORY GAMMONS, and WESTON PHELPS, each in their individual and official capacities,** *Defendants*, <br><br> v. <br><br> **BRIAN SNELLGROVE,** *Defendant and Counter-Plaintiff.* | MO:25-CV-00245-RCG |

## ORDER GRANTING IN PART PLAINTIFFS' MOTION TO COMPEL

BEFORE THE COURT is Plaintiffs' Austin Hamblin and Kiska Hamblin's Motion to Compel Discovery and for Sanctions Regarding Inadequate Rule 30(b)(6) Representation. (Doc. 47).[1] This case is before the Court pursuant to the consent of the parties in accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73. After due consideration of the briefs and the relevant case law, the Court **GRANTS IN PART** Plaintiffs' Motion to Compel Discovery. (Doc. 47).

On May 6, 2025, Plaintiffs Austin Hamblin and Kiska Hamblin ("Plaintiffs"), initially proceeding *pro se*, commenced this action in the 118th Judicial District, Martin County, Texas, against Defendants' Martin County Sheriff's Department, Brad Ingram, Anders Dahl, Kelsey

---

1. All citations are to CM/ECF generated pagination unless otherwise noted.

Brown, Rory Gammons, and Weston Phelps (collectively, "Martin County Defendants").[2] (Doc. 2-3). On May 22, 2025, Martin County Defendants removed the action to this Court and, subsequently, filed an Answer. (Docs. 1, 2, 3). On June 18, 2025, an attorney appeared on behalf of Plaintiffs and moved to amend their Complaint, which the Court granted. (Docs. 12, 14). In the Amended Complaint, Plaintiffs brought suit against an additional defendant, Brian Snellgrove ("Defendant Snellgrove"). Plaintiffs bring the following causes of action: (1) replevin, (2) conversion, (3) unjust enrichment, (4) deprivation of civil rights under 42 U.S.C. § 1983, (5) trespass to chattels, (6) Texas Tort Claim Act, (7) abuse of process, (8) negligence, (9) Texas Theft Liability Act, and (10) conspiracy. (Doc. 46). Martin County Defendants filed an Answer to Plaintiffs' First Amended Complaint, asserting affirmative defenses for both absolute, qualified, and official immunity. (Doc. 19 at 13).

On October 2, 2025, Martin County Defendants filed a Motion for Summary Judgment (Doc. 26) and a Motion to Stay Discovery until the Court resolves the threshold immunity issues (Doc. 27). The Court granted in part the Motion to Stay Discovery, allowing the Parties to continue discovery on claims without an immunity defense and narrowly tailoring discovery that can take place as it relates to the claims with immunity defenses. (Doc. 37 at 4–5). The Court ordered that the Parties have until January 23, 2026, to conduct limited discovery pertaining to Martin County Defendants' assertions of immunity, at the conclusion of which the Parties shall be permitted to supplement their respective Motion for Summary Judgement and Response. *Id*. at 5. On January 22, 2026, Plaintiffs filed the instant Motion to Compel, which has been fully briefed. (Docs. 47, 48, 49).

---

2. The Court recognizes Rory Gammons is employed by the Howard County Sheriff's Department, rather than the Martin County Sheriff's Department, but for ease and simplicity, the Court will refer to each of the individual officers collectively as Martin County Defendants. (*See* Doc. 15 at 3).

3

On February 18, 2026, the Court held a hearing on Plaintiffs' Motion to Compel. During the hearing, the Court **GRANTED** Plaintiffs' Motion only as to the request for individualized responses to written discovery. (Doc. 47). Accordingly, the individual Martin County Defendants are **ORDERED** to serve separate, full, and verified answers to the First Set of Discovery Requests provided by Plaintiffs **on or before 30 days from the date of this Order**. All other requests for relief are **DENIED**. (Doc. 47).

It is so **ORDERED**.

SIGNED this 19th day of February, 2026.

RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE

4