IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **AUSTIN HAMBLIN and KISKA HAMBLIN** § | |
| § | |
| vs. § | |
| § | NO:  7:25-cv-00245 |
| **MARTIN COUNTY SHERIFF'S** § | |
| **DEPARTMENT, BRAD INGRAM,** § | |
| **ANDERS DAHL, KELSEY BROWN,** § | |
| **RORY GAMMONS, AND** § | |
| **WESLEY PHELPS** § | |

## ORDER ON DEFENDANTS' MOTION FOR PROTECTIVE ORDER UNDER FED. R. CIV. P. 26(C) AND TO STAY (OR RESCHEDULE) BRIAN SNELLGROVE'S NOTICE OF DEPOSIT

The Court has considered Movants's Motion for Protective Order Under Fed. R. Civ. P. 26(c) and to Stay (or Reschedule) Notice of Deposition. For good cause shown, the motion is GRANTED.

IT IS ORDERED that:

1. The deposition of Brian Snellgrove noticed for March 30, 2026 is STAYED and shall not proceed as currently noticed.

2. The parties shall confer in good faith within [7] days of this Order to select a new date/time and location (or remote means) for the deposition.

3. If the parties cannot agree, within [10] days Plaintiffs' shall file a notice providing three alternative dates and methods, and within [3] days thereafter Movants and Brian Snellgrove's counsel shall file a notice providing three alternative dates and methods, after which the Court will set the deposition.

4. The deposition shall proceed under the Federal Rules of Civil Procedure unless otherwise ordered, and may be taken by remote means upon agreement or further order.

SIGNED this \_\_\_\_ day of March, 2026.

                                        _____
RONALD C. GRIFFIN,
UNITED STATES MAGISTRATE JUDGE