**DECLARATION OF KURT MUELLER IN SUPPORT OF PLAINTIFFS' RESPONSE
TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

1. My name is Kurt Mueller. I am over eighteen years of age, of sound mind, and capable of making this declaration. I am counsel of record for Plaintiffs in this case. I have personal knowledge of the facts stated in this declaration, and they are true and correct.

2. In attempting to schedule the deposition of Defendant Brian Snellgrove, I made attempts to reach Mr. Robert Perez, counsel for Mr. Snellgrove, by telephone and email.

3. Mr. Perez was difficult to reach, and I was unable to obtain a deposition date from him despite those efforts.

4. Having no alternative, I ultimately served unilateral written notice of Mr. Snellgrove's deposition, after which Mr. Perez called me back and agreed to the March 30, 2026 deposition date.

5. The notice for the March 30, 2026 deposition was served on March 13, 2026, which provided more than fourteen days' notice before the noticed deposition date. I agreed to conduct the deposition in El Paso at Mr. Perez's request.

6. After I was told that Mr. Dennis claimed a trial conflict on March 30, 2026, I promptly stated by email that Plaintiffs were willing, as a courtesy, to move Mr. Snellgrove's deposition to either April 10 or May 1 as had been suggested by Mr. Dennis' secretary if both Mr. Dennis and Mr. Perez promptly confirmed one of those dates.

7. As of the filing of Plaintiffs' response, I had not been informed that Movants had actually conferred with Mr. Perez and attempted to secured agreement on either of those offered dates.

8. Discovery in this case closes on April 1, 2026. If Mr. Snellgrove's deposition is moved beyond that date, a limited extension is necessary so the deposition can be taken and any directly related follow-up can be completed.

I declare under penalty of perjury that the foregoing is true and correct.

Kurt Mueller