# DECLARATION OF NOEMI KNIEPKAMP IN SUPPORT OF PLAINTIFFS

I, **Noemi Kniepkamp**, declare as follows:

1. I am the mother of Plaintiff Kiska Hamblin. I am over the age of 18, of sound mind, and have personal knowledge of the facts stated herein.

2. I reside in Roswell, New Mexico, and am currently employed full-time with The State of New Mexico Department of Health.

3. I have been informed by my daughter, Kiska Hamblin, that she and her husband, Austin Hamblin, are required to travel to El Paso, Texas, for a legal deposition on March 30, 2026. Being that they reside in Big Spring, Texas, which is approximately five hours away from the deposition location, I will need to travel on Saturday, March 28, 2026 in order to give them ample time to travel to El Paso, Texas.

4. To ensure that my grandchildren, Bryan and Kymber, are safely cared for and transported to and from school during this time, I have formally requested and secured a leave of absence from my employment in Roswell.

5. My travel from Roswell, New Mexico, to Big Spring, Texas, has been scheduled specifically to align with the current deposition dates. I have already committed to this time off work and have made the necessary arrangements to be away from my own home and professional responsibilities.

6. Due to the nature of my employment and the travel distance involved, it would be a significant professional hardship for me to reschedule this leave of absence or to coordinate a separate trip should the deposition dates be changed.

7. I am providing this declaration to confirm that the Plaintiffs have made concrete, difficult-to-reverse arrangements for child care in reliance on the current deposition schedule.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 17th day of March, 2026

_Noemi Kniepkamp_
Noemi Kniepkamp