**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **AUSTIN HAMBLIN and KISKA HAMBLIN** | § | |
| | § | |
| **vs.** | § | |
| | § | **NO:  7:25-cv-00245** |
| **MARTIN COUNTY SHERIFF'S** | § | |
| **DEPARTMENT, BRAD INGRAM,** | § | |
| **ANDERS DAHL, KELSEY BROWN,** | § | |
| **RORY GAMMONS, AND** | § | |
| **WESLEY PHELPS** | § | |

**NOTICE OF INTENTION TO TAKE ORAL DEPOSITION**
**OF AUSTIN HAMBLIN**

TO:    Austin Hamblin and Kiska Hamblin, by and through their attorney, Kurt Mueller

Please take notice that on the 1st  day of May, 2026, at 9:30 a.m., at the offices of Permian Court Reporters, 605 W. Texas, Midland, Texas, before a duly qualified court reporter or before some other officer authorized to administer oaths, Denis Dennis will take the oral deposition of Plaintiff Austin Hamblin, in the above-styled cause.  The deposition will continue from 9:30 a.m. until concluded.  Such deposition, when taken, may be used as evidence at the hearing or trial of the above-styled cause.

All parties are invited to attend and participate.

Respectfully submitted,
 */s/ Denis Dennis*
DENIS DENNIS
State Bar No. 05655566
ddennis@kmdfirm.com

OF

---

KELLY, MORGAN, DENNIS,
CORZINE & HANSEN, P.C.
P.O. Box 1311
Odessa, Texas  79760-1311
(432) 367-7271
FAX:  (432) 363-9121
ATTORNEYS FOR DEFENDANTS
MARTIN COUNTY SHERIFF'S
DEPARTMENT, BRAD INGRAM,
ANDERS DAHL, KELSEY BROWN,
RORY GAMMONS, AND
WESLEY PHELPS

CERTIFICATE OF SERVICE

I certify that on the 23rd day of March, 2026, a true and correct copy of the above and foregoing was sent to the Plaintiffs' and Co-Defendant's counsel via efiling.

Kurt Mueller
The Kurt Mueller Law Firm
565 S. Mason Rd., PMB 223
Katy, Texas 77450
kurt@Kurtmuellerpllc.com

Robert J. Perez
Attorney at Law
221 N. Kansas, Suite 1103
El Paso, TX 79901
Email: rjperezlaw@yahoo.com

                              /s/ Denis Dennis
                              DENIS DENNIS