**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| **AUSTIN HAMBLIN and KISKA HAMBLIN** § | |
| § | |
| **vs.** § | |
| § | **NO:  7:25-cv-00245** |
| § | |
| **MARTIN COUNTY SHERIFF'S** § | |
| **DEPARTMENT, BRAD INGRAM,** § | |
| **ANDERS DAHL, KELSEY BROWN,** § | |
| **RORY GAMMONS, AND** § | |
| **WESLEY PHELPS** § | |

**NOTICE OF INTENTION TO TAKE ORAL DEPOSITION
OF KISKA HAMBLIN**

TO:    Austin Hamblin and Kiska Hamblin, by and through their attorney, Kurt Mueller

Please take notice that on the 1st  day of May, 2026, immediately following the deposition of Austin Hamblin or at 1:30 a.m., at the offices of Permian Court Reporters, 605 W. Texas, Midland, Texas, before a duly qualified court reporter or before some other officer authorized to administer oaths, Denis Dennis will take the oral deposition of Plaintiff Kiska Hamblin, in the above-styled cause, immediately following the deposition of Austin Hamblin or at 1:30 p.m.  The deposition will continue from the time immediately following the deposition of Austin Hamblin or at 1:30 p.m. until concluded.  Such deposition, when taken, may be used as evidence at the hearing or trial of the above-styled cause.

All parties are invited to attend and participate.

Respectfully submitted,
  */s/ Denis Dennis*
DENIS DENNIS
State Bar No. 05655566
ddennis@kmdfirm.com

OF

KELLY, MORGAN, DENNIS,
CORZINE & HANSEN, P.C.
P.O. Box 1311
Odessa, Texas  79760-1311
(432) 367-7271
FAX:  (432) 363-9121
ATTORNEYS FOR DEFENDANTS
MARTIN COUNTY SHERIFF'S
DEPARTMENT, BRAD INGRAM,
ANDERS DAHL, KELSEY BROWN,
RORY GAMMONS, AND
WESTON PHELPS

## CERTIFICATE OF SERVICE

I certify that on the 23rd day of March, 2026, a true and correct copy of the above and foregoing was sent to the Plaintiffs' and Co-Defendant's counsel via efiling.

Kurt Mueller
The Kurt Mueller Law Firm
565 S. Mason Rd., PMB 223
Katy, Texas 77450
kurt@Kurtmuellerpllc.com

Robert J. Perez
Attorney at Law
221 N. Kansas, Suite 1103
El Paso, TX 79901
Email: rjperezlaw@yahoo.com

_/s/ Denis Dennis_
DENIS DENNIS