## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND / ODESSA DIVISION

| | | |
|---|---|---|
| **AUSTIN HAMBLIN and KISKA HAMBLIN** | § | |
| | § | |
| **VS.** | § | |
| | § | **NO.    7:25-cv-00245** |
| **MARTIN COUNTY, TEXAS;** | § | |
| | § | |
| **BRAD INGRAM, IN HIS INDIVIDUAL** | § | |
| **AND OFFICIAL CAPACITY;** | § | |
| | § | |
| **ANDERS DAHL, IN HIS INDIVIDUAL** | § | |
| **AND OFFICIAL CAPACITY;** | § | |
| | § | |
| **KELSEY BROWN,   IN HIS INDIVIDUAL** | § | |
| **AND OFFICIAL CAPACITY;** | § | |
| | § | |
| **RORY GAMMONS, IN HIS INDIVIDUAL** | § | |
| **AND OFFICIAL CAPACITY;** | § | |
| | § | |
| **WESTON PHELPS, IN HIS INDIVIDUAL** | § | |
| **AND OFFICIAL CAPACITY; AND** | § | |
| | § | |
| **BRIAN SNELLGROVE** | § | |

## NOTICE OF INTENTION TO TAKE DEPOSITION
## OF BRIAN SNELLGROVE

TO:    Brian Snellgrove, by and through their attorney, Robert Perez

Please take notice that on April 10, 2026, at 9:00 a.m., at the offices of Permian Court Reporters, 605 W. Texas, Midland, Texas, before a duly qualified court reporter or other officer authorized to administer oaths, Plaintiffs will take the oral deposition of Defendant Brian Snellgrove in the above-styled and numbered cause. The deposition will be recorded stenographically and will continue until completed, subject to Rule 30(d)(1). Any party may additionally record the deposition by videographic means, provided that party arranges and pays for the recording.

Certificate of Service

I certify that on the date reflected by the CM/ECF date stamps I filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that those participants in the case that are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Respectfully Submitted,

/s/ Kurt Mueller
-------------------------------------
Kurt Mueller
Texas Bar No. 24133133

The Kurt Mueller Law Firm PLLC
565 S Mason Rd PMB 223
Katy, Texas 77450
(713) 360-2110
kurt@kurtmuellerpllc.com