IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND / ODESSA DIVISION

| | | |
|---|---|---|
| AUSTIN HAMBLIN and KISKA HAMBLIN | § § | |
| VS. | § § | NO.   7:25-cv-00245 |
| MARTIN COUNTY, | § § | |
| BRAD INGRAM, | § § | |
| ANDERS DAHL, | § § | |
| KELSEY BROWN, | § § | |
| RORY GAMMONS, | § § | |
| WESTON PHELPS, and | § § | |
| BRIAN SNELLGROVE | § | |

**Plaintiffs' Notice of Service of Proposed Third Amended Complaint for Conference Purposes**

Plaintiffs respectfully notify the Court that, on April 23, 2026, Plaintiffs served counsel for all Defendants with a proposed Third Amended Complaint and requested Defendants' positions regarding consent to amendment under Federal Rule of Civil Procedure 15(a)(2). Plaintiffs anticipate filing an appropriate motion for leave after completion of the conference process required by Local Rule CV-7(g). Plaintiffs file this notice solely to apprise the Court of the procedural status of the proposed amendment in light of the pending Motion for Summary Judgment and ongoing Court ordered discovery presently set to conclude on May 1. Plaintiffs do not seek relief through this Notice.

The primary purpose of the proposed amendment is to incorporate the discovery that has been conducted to date in this matter, including the depositions of Brian Snellgrove and Brad

Ingram, as well as the interrogatory responses and requests for admissions provided by the defendants, including those from the current Sheriff of Martin County.

The amendments refine and supplement the factual allegations to more accurately reflect the evidence now in the record. Plaintiffs have also made a minor technical adjustment to the styling of the governmental defendant as Martin County, Texas. No new parties have been added and no new causes of action are asserted, although the § 1983 cause of action has been split into component parts for clarity. The individual defendants continue to be sued solely in their personal capacities and the core § 1983 claims and supplemental state-law claims against Defendant Snellgrove remain unchanged in substance. Some causes of action have been dropped entirely. Other causes of action have been dropped against some of the parties as to some causes of action.

These revisions produce a tighter, more focused pleading that eliminates non-viable causes of action based on discovery and presents a cleaner set of issues for the Court's consideration. Plaintiffs believe this will promote judicial economy and assist the Court in resolving the matter on the merits.

<u>Certificate of Service</u>

I certify that on the date reflected by the CM/ECF date stamps I filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that those participants in the case that are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Kurt Mueller
-------------------------------------
Kurt Mueller
Texas Bar No. 24133133

The Kurt Mueller Law Firm PLLC
565 S Mason Rd PMB 223
Katy, Texas 77450

(713) 360-2110
kurt@kurtmuellerpllc.com