**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND / ODESSA DIVISION**

| | | |
|---|---|---|
| **AUSTIN HAMBLIN and KISKA HAMBLIN** | § | |
| | § | |
| **VS.** | § | |
| | § | **NO.    7:25-cv-00245** |
| **MARTIN COUNTY,** | § | |
| | § | |
| **BRAD INGRAM,** | § | |
| | § | |
| **ANDERS DAHL,** | § | |
| | § | |
| **KELSEY BROWN,** | § | |
| | § | |
| **RORY GAMMONS,** | § | |
| | § | |
| **WESTON PHELPS, and** | § | |
| | § | |
| **BRIAN SNELLGROVE** | § | |

**PLAINTIFFS' COUNTER-NOTICE OF ORAL DEPOSITIONS**
**(AUDIO RECORDING METHOD)**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(3)(A), Plaintiffs Austin Hamblin and Kiska Hamblin hereby give notice that the oral depositions of Austin Hamblin and Kiska Hamblin, noticed by Defendants for May 1, 2026, at the offices of Permian Court Reporters, 605 W. Texas, Midland, Texas, may be recorded by audio recording in addition to stenographic means.

The cost of audio recording shall be borne by the party arranging for such recording, with each party responsible for its own copy of any audio recording produced. The depositions will otherwise proceed as noticed, including as to date, time, and location.

Nothing in this Counter-Notice shall be construed as a waiver of any objection to the noticed depositions, including any objection based upon any pending or future motion for protective order or the Court's existing discovery stay.

Certificate of Service

I certify that on the date reflected by the CM/ECF date stamps I filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that those participants in the case that are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Kurt Mueller
-------------------------------------
Kurt Mueller
Texas Bar No. 24133133

The Kurt Mueller Law Firm PLLC
565 S Mason Rd PMB 223
Katy, Texas 77450
(713) 360-2110
kurt@kurtmuellerpllc.com