IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND / ODESSA DIVISION

| | | |
|---|---|---|
| AUSTIN HAMBLIN and KISKA HAMBLIN | § | |
| | § | |
| VS. | § | |
| | § | NO. 7:25-cv-00245 |
| MARTIN COUNTY, | § | |
| | § | |
| BRAD INGRAM, | § | |
| | § | |
| ANDERS DAHL, | § | |
| | § | |
| KELSEY BROWN, | § | |
| | § | |
| RORY GAMMONS, | § | |
| | § | |
| WESTON PHELPS, and | § | |
| | § | |
| BRIAN SNELLGROVE | § | |

**PLAINTIFFS' NOTICE OF REQUEST TO REVIEW AND MAKE CHANGES TO
DEPOSITION TRANSCRIPTS PURSUANT TO FED. R. CIV. P. 30(e)**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(e), Plaintiffs
Austin Hamblin and Kiska Hamblin, by and through their undersigned counsel, hereby request
that, following their oral depositions noticed for May 1, 2026, at the offices of Permian Court
Reporters, 605 W. Texas, Midland, Texas, the deponents be allowed thirty (30) days after being
notified by the officer that the transcript or recording is available in which (i) to review the
transcript or recording, and (ii) if there are changes in form or substance, to sign a statement
listing the changes and the reasons for making them.

This request is made before the depositions are completed, as required by Rule 30(e)(1).
Plaintiffs further request that the officer note this request in the certificate prescribed by Rule
30(f)(1) and attach to the certificate any changes in form or substance that the deponents make
during the thirty-day review period, together with their reasons for making them, in accordance
with Rule 30(e)(2).

A copy of this Notice has been served upon the deposition officer of record, Permian Court
Reporters, contemporaneously with its filing.

Nothing in this Notice shall be construed as a waiver of any objection to the noticed depositions,
including any objection based upon any pending or future motion for protective order or the
Court's existing discovery stay.

## Certificate of Service

I certify that on the date reflected by the CM/ECF date stamps I filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that those participants in the case that are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Kurt Mueller

--------------------------------------

Kurt Mueller
Texas Bar No. 24133133
The Kurt Mueller Law Firm PLLC
565 S Mason Rd PMB 223
Katy, Texas 77450
(713) 360-2110
kurt@kurtmuellerpllc.com