THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND / ODESSA DIVISION

| | | |
|---|---|---|
| AUSTIN HAMBLIN and KISKA HAMBLIN | § § § | |
| VS. | § § | NO.    7:25-cv-00245 |
| MARTIN COUNTY , TEXAS | § § § | |
| BRAD INGRAM, | § § | |
| ANDERS DAHL, | § § | |
| KELSEY BROWN, | § § | |
| RORY GAMMONS, | § § | |
| WESTON PHELPS, and | § § | |
| BRIAN SNELLGROVE | § | |

**(PROPOSED) ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST MARTIN COUNTY AND THE INDIVIDUAL LAW ENFORCEMENT DEFENDANTS OUT OF TIME AND TO EXCEED THE TWENTY-PAGE LIMIT**

BEFORE THE COURT is Plaintiffs Austin Hamblin and Kiska Hamblin's Opposed Motion for Leave to File Motion for Partial Summary Judgment Against Martin County and the Individual Law Enforcement Defendants Out of Time and to Exceed the Twenty-Page Limit. After due consideration of the Motion, any response, and the applicable law, the Court finds that good cause exists under Federal Rule of Civil Procedure 16(b)(4) and Local Rule CV-7(c)(2) to permit both the late filing and the requested excess above the twenty-page limit for the proposed Motion for Partial Summary Judgment.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion for Leave is GRANTED.

**IT IS FURTHER ORDERED** that the Clerk of Court shall file Exhibit 1 to the Motion for Leave, Plaintiffs' Motion for Partial Summary Judgment Against Martin County and the Individual Law Enforcement Defendants, together with the supporting exhibits to that Motion for Partial Summary Judgment, as a separate entry on the docket, effective as of the date of this Order. The supporting exhibits shall be docketed as attachments to that summary-judgment entry. The time periods for response and reply under Local Rule CV-7 shall run from that filing.

**IT IS FURTHER ORDERED** that, pursuant to Local Rule CV-7(c)(2), Plaintiffs are authorized to file their Motion for Partial Summary Judgment Against Martin County and the Individual Law Enforcement Defendants in excess of the twenty-page limit set by Local Rule CV-7(c)(2) and paragraph 6 of the Scheduling Order. The Martin County Defendants are authorized to file a response of equivalent length.

The Court further notes that Plaintiffs have advised they do not oppose a modest continuance of the August 4, 2026 final pretrial conference and the August 24, 2026 trial setting to the extent the Court determines such a continuance would promote orderly briefing and decision of the Motion for Partial Summary Judgment. The Court reserves consideration of any such scheduling adjustment to a separate order.

It is so ORDERED.

SIGNED this _____ day of _____, 2026.

_____

RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE