IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND / ODESSA DIVISION

AUSTIN HAMBLIN and KISKA HAMBLIN §
§
VS. §
§        NO.    7:25-cv-00245
MARTIN COUNTY, TEXAS §
§
BRAD INGRAM, §
§
ANDERS DAHL, §
§
KELSEY BROWN, §
§
RORY GAMMONS, §
§
WESTON PHELPS, and §
§
BRIAN SNELLGROVE §

**PLAINTIFFS' NOTICE OF CORRECTION REGARDING CERTIFICATE OF CONFERENCE IN DOCUMENT 73**

1. Plaintiffs respectfully file this Notice to correct an error in the Certificate of Conference contained in Plaintiffs' Opposed Motion for Leave to File Motion for Partial Summary Judgment Against Martin County and the Individual Law Enforcement Defendants, and to Exceed the Twenty-Page Limit. Doc. 73.

2. The Certificate of Conference in Document 73 incorrectly stated that undersigned counsel conferred by email with counsel for the Martin County Defendants on May 13, 2026. That date was in error. As reflected by the contemporaneous papers filed in connection with Plaintiffs' motions for leave, and as shown by the May 7, 2026 conferral email attached as Exhibit A, undersigned counsel initially conferred with defense counsel regarding leave to

1

file summary judgment motions on May 7, 2026. Plaintiffs filed the first motion for leave five days later, on May 12, 2026, and filed the second motion for leave on May 14, 2026.

3.  The misstatement in Document 73 was counsel's error. Plaintiffs do not seek reconsideration of the Court's May 29, 2026 Order and do not contend that the Court erred in relying on the date stated in Document 73. Plaintiffs file this Notice only to correct the record.

4.  Undersigned counsel also acknowledges the Court's admonition regarding Local Rule CV-7's good-faith conferral requirement.

<u>Certificate of Service</u>

I certify that on the date reflected by the CM/ECF date stamps I filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that those participants in the case that are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Respectfully Submitted,

/s/ Kurt Mueller

-------------------------------------

Kurt Mueller
Texas Bar No. 24133133

The Kurt Mueller Law Firm PLLC
565 S Mason Rd PMB 223
Katy, Texas 77450
(713) 360-2110
kurt@kurtmuellerpllc.com

2