**Kurt Mueller <kurt@kurtmuellerpllc.com>**

## Consult on Leave to File Summary Judgment

**Kurt Mueller** <kurt@kurtmuellerpllc.com>                              Thu, May 7, 2026 at 9:59 AM
To: Denis Dennis <DDennis@kmdfirm.com>, Ben Petty <BPetty@kmdfirm.com>, Robert Perez <rjperezlaw1@gmail.com>

Greetings:

I am preparing a summary jugment motion(s). The Court calendar provided that motions of this type were due on April 15th. However, I belive I have good cause to file late on the basis that the court ordered discovery period which did not close until May 1 allowed me to discover the factual predicate for said summary judgment motions and that I am presenting them to the Court as dilligently as possible.

I therefore seek your agreement for my motion for leave to present the MSJs. You would, of course, retain every right to oppose the substance of the MSJs themselves.

Cordially,

-----

Kurt Mueller

The Kurt Mueller Law Firm PLLC

565 S Mason Rd #223, Katy, TX, 77450

kurt@KurtMuellerPLLC.com

713-360-2110