UNITED STATES DISTRICT COURT
Western District of Texas

MIDLAND-ODESSA DIVSION

**Alternative Dispute Resolution Summary**

1. Style of case: AUSTIN HAMBLIN AND KISKA HAMBLIN V. MARTIN COUNTY, TEXAS ET AL BRAD INGRAM; ANDERS DAHL; KELSEY BROWN; RORY GAMMONS; WESTON PHILIPS; AND BRIAN SNELLGROVE

2. Civil action number: CAUSE #C7:25-CV-00245

3. Nature of suit: Federal Civil Lawsuit

4. Date of Mediation: JUNE 4, 2026 LIVE with County Defendant side and Remotely by ZOOM and Phone Plaintiffs side and Snellgrove Defendant side

5. When did the case settle? ☐ Before ADR    ☐ In ADR    ☒ Did Not Settle

6. What was your total fee? $ 3,187.50    or    ☐ Pro Bono

7. How was this Mediation initiated?    ☐ by court order    or    ☒ agreement of the parties

8. Please provide the names, addresses, and telephone numbers of counsel:

Name: Kurt Mueller

Address: 565 S. Mason Rd PMB 223
Katy, Texas 77450

Phone: 713-360-3496

Name: Robert J. Perez

Address: 221 N. Kansas, Suite 1103
El Paso, Texas 79901

Phone: 915-542-1227

Name: Denis Dennis & Ben Petty

Address: P.O. Box 1311
Odessa, Texas 79760

Phone: 432-367-7271

Name:

Address:

Phone:

9. Additional comments: Tried and contacted attorneys after the original day of the mediation and was unable to get them to continue to try and work on getting a settlement

/s/ Guy Hawkins
Signature of Neutral

P.O. Box 2664
Address

Lubbock, Texas 79408-2664

6/18/26
Date

806-762-5289
Phone

*Neutral must file completed form in duplicate with the U.S. District Clerk within 5 days after completion of ADR or, if settlement occurs prior to session, within 5 days of neutral's notice by the parties of settlement.*