IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND ODESSA DIVISION

| | | |
|---|---|---|
| AUSTIN HAMBLIN AND KISKA HAMBLIN | ) ) ) | |
| v. | ) ) | NO. 7: 25-CV:00245-RCG |
| MARTIN COUNTY, TEXAS BRAD INGRAM, ANDERS DAHL KELSEY BROWN, RORY GAMMONS, WESTON PHELPS, and BRIAN SNELLGROVE | ) ) ) ) ) ) ) ) | |

## DEFENDANT SNELLGROVE'S ANSWER TO 3RD AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF THIS COURT:

Comes now, Defendant Brian Snellgrove, and hereby files his answer to Plaintiff's 3rd Amended Complaint.

To that extent that Plaintiff filed a 3rd Amended Complaint that, as per Counsel's representation to the Court, asserted that no new parties were added and no new causes of action are asserted, and that the core § 1983 claims and supplemental state claims against Defendant Snellgrove remain unchanged in substance; Defendant Snellgrove still files the following denial.

**Responses to the Numbered Allegations:**

1. Defendant denies the allegation in paragraph 1.

2. Defendant denies the allegation in paragraph 2.

3. Defendant denies the allegation in paragraph 3.

4. Defendant denies the allegation in paragraph 4.

5. Defendant denies the allegation in paragraph 5.

6. Defendant denies the allegation in paragraph 6.

7. Defendant does not contest the Court's jurisdiction but denies the claims being asserted.

8. Defendant does not deny that the Court has supplemental jurisdiction over claims but denies the claims asserted.

9. Defendant does not deny that this court has personal jurisdiction over the parties, but denies the claims asserted.

10. Defendant does not contest the venue in this case.

11. Defendant has no information to contest the Plaintiff's are domiciled in Texas.

12. Defendant admits that Martin County is a political subdivision of the State of Texas.

13. Defendant Admits that Brad Ingram served as the Sheriff of Martin County during the relevant times, but denies that he was the final policy maker for the county.

14. Defendant admits that Anders Dahl was employed by Martin County.

15. Defendant admits that Kelsey Brown was the employed by Martin County.

16. Defendant admits that Rory Gammons was employed by Howard County.

17. Defendant admits that Weston Phelps was employed by Martin County.

18. Defendant admits that he is a private individual domiciled in Texas.

19. Defendant admits he is being sued in his personal capacity.

20. Defendant admits that he owned and operated Snellgrove Enterprises, a Snap-On tool franchise located in Stanton, Texas.

21. Defendant denies the allegations in paragraph 21.

22. Defendant denies the allegations in paragraph 22.

23. Defendant denies the allegations in paragraph 23.

24. Defendant admits he met with Martin County law enforcement to report theft of products from Snellgrove Enterprises.

25. Defendant admits he spoke to law enforcement about possible theft from his inventory but denies the specifics.

26. Defendant denies the allegations in paragraph 26.

27. Defendant denies the allegations in paragraph 27.

28. Defendant denies the allegations in paragraph 28.

29. Defendant denies the allegations in paragraph 29.

30. Defendant denies the allegations in paragraph 30.

31. Defendant denies the allegations in paragraph 31.

32. Defendant denies the allegations in paragraph 32.

33. Defendant admits that a search warrant was issued, but denies the legal conclusion made regarding its scope.

34. Defendant admits that a search warrant was executed and notes that Plaintiff Austin Hamblin consented to the search of his home.

35. Defendant denies the allegations in paragraph 35.

36. Defendant denies the allegations in paragraph 36.

37. Defendant denies the allegations in paragraph 37.

38. Defendant denies the legal conclusions asserted in paragraph 38.

39. Defendant denies the allegations in paragraph 39.

40. Defendant denies the allegations in paragraph 40.

41. Defendant denies the allegations in paragraph 41.

42. Defendant denies the allegations in paragraph 42.

43. Defendant denies the allegations in paragraph 43.

44. Defendant denies the allegations in paragraph 44.

45. Defendant denies the allegations in paragraph 45.

46. Defendant denies the allegations in paragraph 46.

47. Defendant denies the allegations in paragraph 47.

48. Defendant denies the allegations in paragraph 48.

49. Defendant denies the allegations in paragraph 49.

50. Defendant denies the allegations in paragraph 50.

51. Defendant denies the allegations in paragraph 51.

52. Defendant denies the allegations in paragraph 52.

53. Defendant denies the allegations in paragraph 53.

54. Defendant denies the allegations in paragraph 54.

55. Defendant denies the allegations in paragraph 55.

56. Defendant denies the allegations in paragraph 56.

57. Defendant denies the allegations in paragraph 57.

58. Defendant denies the allegations in paragraph 58.

59. Defendant denies the allegations in paragraph 59.

60. Defendant denies the allegations in paragraph 60.

61. Defendant denies the allegations in paragraph 61.

62. Defendant denies the allegations in paragraph 62.

63. Defendant denies the allegations in paragraph 63.

64. Defendant denies the allegations in paragraph 64.

65. Defendant denies the allegations in paragraph 65.

66. Defendant denies the allegations in paragraph 66.

67. Defendant denies the allegations in paragraph 67.

68. Defendant denies the allegations in paragraph 68.

69. Defendant denies the allegations in paragraph 69.

70. Defendant denies the allegations in paragraph 70.

71. Defendant denies the allegations in paragraph 71.

72. Defendant denies the allegations in paragraph 72.

73. Defendant denies the allegations in paragraph 73.

74. Defendant denies the allegations in paragraph 74.

75. Defendant denies the allegations in paragraph 75.

76. Defendant denies the allegations in paragraph 76.

77. Defendant denies the allegations in paragraph 77.

78. Defendant denies the allegations in paragraph 78.

79. Defendant denies the allegations in paragraph 79.

80. Defendant denies the allegations in paragraph 80.

81. Defendant denies the allegations in paragraph 81.

82. Defendant denies the allegations in paragraph 82.

83. Defendant denies the allegations in paragraph 83.

84. Defendant denies the allegations in paragraph 84.

85. Defendant denies the allegations in paragraph 85.

86. Defendant denies the allegations in paragraph 86.

87. Defendant denies the allegations in paragraph 87.

88. Defendant denies the allegations in paragraph 88.

89. Defendant denies the allegations in paragraph 89.

90. Defendant denies the allegations in paragraph 90.

91. Defendant denies the allegations in paragraph 91.

92. Defendant denies the allegations in paragraph 92.

93. Defendant denies the allegations in paragraph 93.

94. Defendant denies the allegations in paragraph 94.

95. Defendant denies the allegations in paragraph 95.

96. Defendant denies the allegations in paragraph 96.

97. Defendant denies the allegations in paragraph 97.

98. Defendant denies the allegations in paragraph 98.

99. Defendant denies the allegations in paragraph 99.

100. Defendant denies the allegations in paragraph 100.

101. Defendant denies the allegations in paragraph 101.

102. Defendant denies the allegations in paragraph 102.

103. Defendant denies the allegations in paragraph 103.

104. Defendant denies the allegations in paragraph 104.

105. Defendant denies the allegations in paragraph 105.

106. Defendant denies the allegations in paragraph 106.

107. Defendant denies the allegations in paragraph 107.

108. Defendant denies the allegations in paragraph 108.

109. Defendant denies the allegations in paragraph 109.

110. Defendant denies the allegations in paragraph 110.

111. Defendant denies the allegations in paragraph 111.

112. Defendant denies the allegations in paragraph 112.

113. Defendant denies the allegations in paragraph 113.

114. Defendant denies the allegations in paragraph 114.

115. Defendant denies the allegations in paragraph 115.

116. Defendant denies the allegations in paragraph 116.

117. Defendant denies the allegations in paragraph 117.

118. Defendant denies the allegations in paragraph 118.

119. Defendant denies the allegations in paragraph 119.

120. Defendant denies the allegations in paragraph 120.

121. Defendant denies the allegations in paragraph 121.

122. Defendant denies the allegations in paragraph 122.

123. Defendant denies the allegations in paragraph 123.

124. Defendant denies the allegations in paragraph 124.

125. Defendant denies the allegations in paragraph 125.

126. Defendant denies the allegations in paragraph 126.

127. Defendant denies the allegations in paragraph 127.

128. Defendant denies the allegations in paragraph 128.

129. Defendant denies the allegations in paragraph 129.

130. Defendant denies the allegations in paragraph 130.

131. Defendant denies the allegations in paragraph 131.

132. Defendant denies the allegations in paragraph 132.

133. Defendant denies the allegations in paragraph 133.

134. Defendant denies the allegations in paragraph 134.

135. Defendant denies the allegations in paragraph 135.

136. Defendant denies the allegations in paragraph 136.

137. Defendant denies the allegations in paragraph 137.

138. Defendant denies the allegations in paragraph 138.

139. Defendant denies the allegations in paragraph 139.

140. Defendant denies the allegations in paragraph 140.

141. Defendant denies the allegations in paragraph 141.

142. Defendant denies the allegations in paragraph 142.

143. Defendant denies the allegations in paragraph 143.

144. Defendant denies the allegations in paragraph 144.

145. Defendant denies the allegations in paragraph 145.

146. Defendant denies the allegations in paragraph 146.

147. Defendant denies the allegations in paragraph 147.

148. Defendant denies the allegations in paragraph 148.

149. Defendant denies the allegations in paragraph 149.

150. Defendant denies the allegations in paragraph 150.

151. Defendant denies the allegations in paragraph 151.

152. Defendant denies the allegations in paragraph 152.

153. Defendant denies the allegations in paragraph 153.

154. Defendant denies the allegations in paragraph 154.

155. Defendant denies the allegations in paragraph 155.

156. Defendant denies the allegations in paragraph 156.

157. Defendant denies the allegations in paragraph 157.

158. Defendant denies the allegations in paragraph 158.

159. Defendant denies the allegations in paragraph 159.

160. Defendant denies the allegations in paragraph 160.

161. Defendant denies the allegations in paragraph 161.

162. Defendant denies the allegations in paragraph 162.

163. Defendant denies the allegations in paragraph 163.

164. Defendant denies the allegations in paragraph 164.

165. Defendant denies the allegations in paragraph 165.

166. Defendant denies the allegations in paragraph 166.

167. Defendant denies the allegations in paragraph 167.

168. Defendant denies the allegations in paragraph 168.

169. Defendant denies the allegations in paragraph 169.

170. Defendant denies the allegations in paragraph 170.

171. Defendant denies the allegations in paragraph 171.

172. Defendant denies the allegations in paragraph 172.

173. Defendant denies the allegations in paragraph 173.

174. Defendant denies the allegations in paragraph 174.

175. Defendant denies the allegations in paragraph 175.

176. Defendant denies the allegations in paragraph 176.

177. Defendant denies the allegations in paragraph 177.

178. Defendant denies the allegations in paragraph 178.

179. Defendant denies the allegations in paragraph 179.

180. Defendant denies the allegations in paragraph 180.

181. Defendant denies the allegations in paragraph 181.

182. Defendant denies the allegations in paragraph 182.

183. Defendant denies the allegations in paragraph 183.

184. Defendant denies the allegations in paragraph 184.

185. Defendant denies the allegations in paragraph 185.

186. Defendant denies the allegations in paragraph 186.

187. Defendant denies the allegation in paragraph 187.

188. Defendant denies the allegation in paragraph 188.

189. Defendant denies the allegations in paragraph 189.

190. Defendant denies the allegations in paragraph 190.

191. Defendant denies the allegation in paragraph 191.

192. Defendant denies the allegation in paragraph 192.

193. Defendant denies the allegation in paragraph 193.

194. Defendant denies that Plaintiff is entitled to any relief.

195. Defendant denies that Plaintiff is entitled to any judgment.

196. Defendant denies that Plaintiff is entitled to any judicial declaration.

197. Defendant denies that Plaintiff is entitled to compensatory damages.

198. Defendant denies that Plaintiff is entitled to the imposition of a constructive trust.

199. Defendant denies that Plaintiff is entitled to attorney's fees.

200. Defendant denies that Plaintiff is entitled to any punitive or exemplary damages.

201. Defendant denies that Plaintiff is entitled to attorney's fees.

202. Defendant denies that Plaintiff is entitled to any pre or post judgment.

203. Defendant is not entitled to any relief under law or in equity.

204. Defendant also respectfully requests a jury trial.

### AFFIRMATIVE DEFENSES

205. As previously answered, Defendant asserts that principles of equitable estoppel preclude Plaintiffs from any recovery in this case in that Plaintiffs have unclean hands in this matter.

206. Defendant in this case was the victim of a crime and his Rights as a Victim under the Texas Constitution were violated and Defendant is entitled to equitable relief in this case.

207. The actions of the law enforcement officers was authorized by law and any items seized were done so on the basis of Plaintiff's admissions to crimes in their presence.

208. Any items seized were lawfully seized pursuant to the plain-view doctrine.

209. Any search or seizure challenged by Plaintiffs was lawfully allowed due to the consent given by Plaintiffs, and by his admission to crimes in the presence of the law enforcement officers justified the seizure.

210. Plaintiffs' claims are barred, in whole or in part, by the independent intermediary doctrine and by the intervening determination of a neutral magistrate, except to the extent Plaintiff's establish a recognized exception thereto.

211. Plaintiff's claims are barred, in whole or in part, by the applicable statue or statutes of limitations.

212. Plaintiffs' failed to mitigate their damages, if any.

213. To the extent applicable, Plaintiffs' alleged damages, if any, are barred in whole or in part, because Plaintiffs' failed to avail themselves of procedures available under the Texas Code of Criminal Procedure, or other lawful process, through which they could have asserted any claimed interest in the property at

issue and sought return of such property, thereby failing to mitigate or avoid the consequences of the matters complained about.

214. Defendant seeks recovery of taxable costs and such other relief as may be authorized by applicable law.

215. Defendant reserves the right to asset such additional defenses as may be disclosed through discovery or otherwise become available under the Federal Rules of Civil Procedure.

## PRAYER

216. WHEREFORE, PREMISES CONSIDERED, Defendant prays that Plaintiffs take nothing by their claims, that Plaintiffs' claims be dismissed with prejudice to the extent permitted by law; that Plaintiffs' recover no punitive or exemplary damages, declaratory relief, or injunctive relief from Defendant except as expressly allowed by applicable law; that judgment be entered in favor of Defendant; that Defendant recover his taxable costs; and that Defendant be granted all such other and further relief, at law or in equity, to which he may be entitled.

Respectfully submitted,

/s/ Robert J. Perez
Robert J. Perez
Texas Bar No. 15779050

Robert J. Perez
221 N. Kansas, Suite 1103
El Paso, Texas 79901
(915) 542-1222
Rjperezlaw1@gmail.com

CERTIFICATE OF SERVICE

I certify that on June 18, 2026, a true and correct copy of the foregoing was served on all counsel of recordvia the Court's CM/ECF system.

/s/ Robert J. Perez

_____

Robert J. Perez