## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| AUSTIN HAMBLIN and KISKA HAMBLIN,<br>    *Plaintiffs and Counter Defendants,*<br><br>v.<br><br>MARTIN COUNTY SHERIFF'S DEPARTMENT, BRAD INGRAM, ANDERS DAHL, KELSEY BROWN, RORY GAMMONS, WESTON PHELPS, **each in their individual capacities,**<br>    *Defendants,*<br><br>v.<br><br>BRIAN SNELLGROVE,<br>    *Defendant and Counter Plaintiff.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **7:25-CV-00245-RCG** |

## APPENDIX TO DEFENDANTS'
## RESPONSE TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

In support of Defendants' Response to Plaintiffs' Motion for Partial Summary Judgment, the following evidence is included in this appendix, which is bookmarked:

### TABLE OF CONTENTS

Exhibit A       Oral Deposition of Austin Hamblin .............................................001

Exhibit B       Oral Deposition of Kiska Hamblin ...........................................203

Exhibit C       Exhibits to the Depositions of Austin and Kiska Hamblin ..........287

Respectfully submitted,

*/s/ Denis Dennis*
DENIS DENNIS
State Bar No. 05655566
ddennis@kmdfirm.com
BENJAMIN PETTY
State Bar No. 24105934

bpetty@kmdfirm.com

OF

KELLY, MORGAN, DENNIS,
CORZINE & HANSEN, P.C.
P.O. Box 1311
Odessa, Texas 79760-1311
 (432) 367-7271  /  FAX:  (432) 363-9121

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 26, 2026, a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF system.

     */s/ Benjamin Petty*
    BENJAMIN PETTY

# EXHIBIT A

**APPENDIX TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

Deposition of Austin Hamblin

(Attached)

Appx to Ds' Resp. to Ps' Mot. for Partial Summ. J.—Exhibit A

001

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

AUSTIN HAMBLIN AND KISKA      :
HAMBLIN                       :
                             :
                             :
VS.                          :      CIVIL ACTION
                             :      NO. 7:25-CV-00245
                             :
                             :
MARTIN COUNTY SHERIFF'S       :
DEPARTMENT, BRAD INGRAM,      :
ANDERS DAHL, KELSEY BROWN,    :
RORY GAMMONS, WESTON          :
PHELPS, AND BRAIN             :
BRIAN SNELLGROVE              :

_____

ORAL DEPOSITION OF AUSTIN HAMBLIN
Taken May 1, 2026

_____

        ORAL DEPOSITION OF AUSTIN HAMBLIN, produced as a

witness at the instance of the Defendants, and duly sworn,

was taken in the above styled and numbered cause on May 1,

2026, from 9:30 a.m. to 1:59 p.m., in the offices of

Permian Court Reporters, 605 W. Texas Avenue, Midland,

Texas, before Sarah C. Lilly, Certified Shorthand Reporter

Number 12530 in and for the State of Texas, reported by

computerized stenotype, pursuant to the Federal Rules of

Civil Procedure.

A P P E A R A N C E S:

FOR THE PLAINTIFFS:

    MR. KURT MUELLER
    THE KURT MUELLER LAW FIRM
    565 S. Mason Road
    PMB 223
    Katy, Texas 77450
    410-404-7016
    kurt@kurtmuellerpllc.com

FOR THE DEFENDANTS:

    MR. BEN PETTY
    KELLY, MORGAN, DENNIS, CORZINE & HANSEN, PC
    PO Box 1311
    Odessa, Texas 79760
    432-367-7271
    bpetty@kmdfirm.com

FOR THE DEFENDANT BRIAN SNELLGROVE:

    MR. ROBERT PEREZ
    ATTORNEY AT LAW
    221 N. Kansas
    Suite 1103
    El Paso, Texas 79901
    915-542-1222
    rjperezlaw@yahoo.com

ALSO PRESENT:

    KISKA HAMBLIN

INDEX

                                                    PAGE
Appearances.........................................2

AUSTIN HAMBLIN

EXAMINATION BY MR. PETTY .............................4
EXAMINATION BY MR. PEREZ ...........................151
EXAMINATION BY MR. MUELLER .........................176

Signature/Correction Page ..........................199
Reporter's Certificate .............................200

EXHIBITS

NO.      DESCRIPTION                              PAGE
1        Inventory ..................................95
2        Sales History .............................103
3        Customer Statement ........................108
4        Bank Statements ...........................116
5        Photographs ...............................123
6        Credit Sale Contracts .....................134
7        Search Warrant ............................135
8        Inventory  ................................138

AUSTIN HAMBLIN

having first been duly sworn, testified as follows:

EXAMINATION

BY MR. PETTY:

Q.   Mr. Hamblin, will you please state your full name for the record?

A.   Austin Eugene Hamblin.

Q.   And what's your current address?

A.   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Q.   How long have you lived there?

A.   ▇▇▇▇▇▇

Q.   What's your date of birth?

A.   ▇▇▇▇▇

Q.   Before the address where you currently live now, did you live in Big Spring?

A.   No, sir.

Q.   Where did you live?

A.   In Lubbock.

Q.   And why were you in Lubbock?

A.   That's where I was living after we moved from Oklahoma.

Q.   Okay.  Where in Oklahoma did you live?

A.   Yukon.

Q.   Okay.  What did you do there?

A.   I was a diesel mechanic for Halliburton.

Q.   Okay.  How long?

A.   I was with Halliburton for roughly three years.

Q.   Okay.  Before Yukon, did you live in Oklahoma still?

A.   No, we lived in New Mexico.

Q.   Where in New Mexico?

A.   Roswell.

Q.   Where were you born?

A.   Lubbock.

Q.   What's your date of birth?

A.   ██████.

Q.   You worked as a diesel mechanic in Yukon. What made you move to Lubbock?

A.   Halliburton was going south and I had a friend of mine that was in Odessa and he was bugging me to come work with him, and our lease was up and it was time to move.

Q.   Okay.  Did you work for Halliburton in Lubbock?

A.   No, I did not.  When I left Oklahoma, I quit Halliburton and went to work for H&H Diesel Service.

Q.   Okay.  And the whole time you lived in Lubbock, is that who you worked for?

A.   Yes.

**6**

Q.   And were you a diesel mechanic there?

A.   Yes.

Q.   What made you leave Lubbock?

A.   I bought the house in Big Spring.

Q.   Okay.  Did you work in Big Spring as a diesel mechanic for a period of time?

A.   No, sir.

Q.   What did you do when you moved there?

A.   I was working for Snap-On for Snellgrove Enterprises.

Q.   Okay.  When you first moved to Big Spring, was that your first job?

A.   Yeah, that's where I was working when I bought that house.

Q.   Okay.  Did you start working for Snap-On in Lubbock?

A.   No.

Q.   Okay.

A.   Well, technically, yeah, I was still living in Lubbock and driving back and forth, but yeah.

Q.   Okay.  Have you ever been in a deposition before?

A.   No, sir.

Q.   Okay.  This is your first deposition to give?

A.   Yes, sir.

Q.   Okay.  Have you ever been involved in a lawsuit before?

A.   No, sir.

Q.   Okay.  Did you prepare for this deposition today?

A.   Yes.

Q.   What did you do?

A.   Just kind of went over everything from the complaints, my statements, and everything else.  Just kind of skimmed through it all.

Q.   Okay.  Did you review any documents?

A.   Just the third amended complaints, sort of.

Q.   Okay.  Anything else?

A.   No.

Q.   Okay.  What's your highest level of education?

A.   Some college.

Q.   Okay.  Where did you go to college?

A.   South Plains College in Levelland.

Q.   What did you study?

A.   Automotive technology.

Q.   Did you graduate?

A.   No.

Q.   Did you get a certificate?

A.   No.

Q.   Okay.  Do you have any other certifications?

A.   No.

Q.   Okay.  What year did you graduate from South Plains?

A.   I didn't graduate from South Plains.

Q.   I'm sorry.  What year did you stop going to South Plains?

A.   2010.

Q.   When you moved to Big Spring, what year was that?

A.   2020, I believe.

Q.   And you were working for Snap-On at that time?

A.   Yes, sir.

Q.   Where do you work now?

A.   I am a diesel mechanic for Fate Fleet in Odessa.

Q.   Okay.  Do you commute to Odessa every day?

A.   Yes, sir.

Q.   When did you start with Fate Fleet?

A.   September of '25, I believe.

Q.   Okay.

     THE WITNESS:  Does that sound right?

A.   Yeah.

Q.   Is that your -- was that your first job after you left Snap-On?

A.   No, I got a job for Schaeffer as an

independent contractor in -- I believe it was September of '24.

Q. Okay. And who is Schaeffer?

A. It's the oldest oil company in America since 1839.

Q. And what do you do for them?

A. Sell oil and lubricants.

Q. Where?

A. Odessa, Big Spring, some in New Mexico, and yeah.

Q. What made you leave Schaeffer?

A. I'm still with Schaeffer.

Q. Okay. So you work for both -- Fate Fleet; is that right?

A. Yes, sir.

Q. Fate Fleet and Schaeffer?

A. Yes. I'm a contractor for Schaeffer. I don't work -- I work for them, but it's a 1099 gig.

Q. Okay. How often do you work -- can you work for both of them the same day?

A. Uh-huh.

Q. Okay. So how often do you drive to Odessa for Fate Fleet?

A. Every day.

Q. Okay. Are you an employee of Fate Fleet or

are you 1099 with them as well?

A.   No, I'm a W-2.

Q.   Okay.  Do you work, like, 40 hours a week with them?

A.   It just depends.  Some weeks it's more, some weeks it's less, it just depends on the workload.

Q.   Okay.  And for Schaeffer, how do you get your assignments?

A.   Customers call me, place an order for, like, a keg of grease, a barrel of oil, whatever just as they need it.

Q.   Okay.  How many -- I guess you started working with Snap-On in 2020; is that right?

A.   No, sir.

Q.   When did you start working for them?

A.   2019.

Q.   2019.  Before you started working for Snellgrove, did you own any Snap-On Tools?

A.   Very large amount, yes.

Q.   Okay.  And when did you first -- if you remember -- start acquiring Snap-On Tools?

A.   I bought -- my first credit account with Snap-On was in 2014, but I have bought stuff off of the truck account a couple years maybe prior to that.

Q.   Okay.  When did you and Kiska get married?

11

A.    In 2013.

Q.    Okay.  And what's your date of birth?

A.    ███████.

Q.    Okay.  Before -- when you were -- I guess, who is Kiska Hamblin?

A.    My wife.

Q.    Okay.  And where did you-guys get married?

A.    In Roswell, New Mexico.

Q.    Okay.  Did you own Snap-On Tools before you got married to Kiska?

A.    Some, yes.

Q.    Okay.  Tell me about that first credit account that you got with Snap-On?

A.    I bought a toolbox and some odds and ends tools right out of the gate.

Q.    Is that through -- what dealer or distributor did you start that with?

A.    I believe it was Ernie Hacker was his name.

Q.    And was he in New Mexico?

A.    Yes, sir.

Q.    Okay.  From there, what made -- what made you pick Snap-On?

A.    It's the only tool dealer that came to that shop that I was working at and it's the best.

Q.    And what shop were you working at?

A.   Lewis Truck and 4x4.

Q.   What were you doing?

A.   A diesel mechanic.

Q.   Okay.  How did you and Kiska meet?

A.   At an employer actually, a job I was working at.

Q.   Okay.  Where was that?

A.   It was a club in Lubbock.

Q.   Okay.  As you acquired tools starting in the 20-teens when you first started acquiring them, did you keep lists of what you had, inventories or you just --

A.   No.

Q.   -- acquired them?

A.   When you're a mechanic and you buy tools, you don't write down everything you have.  I mean, you kind of just know because it's in your toolbox and you know when something's missing.

Q.   Did you store all your stuff at your residence?

A.   After -- go ahead.

Q.   Go ahead.  As you bought things, where did you keep them?

A.   When I was working in a shop, in my toolbox.

Q.   Okay.  And where would your toolbox be?

A.   At the shop I was working at at that certain

point in time.

Q.   Okay.  So you would store personal tools at the shop back then?

A.   Yes.

Q.   This was -- as you left that job, did you take those tools with you?

A.   Yes, I did.

Q.   Okay.  Did you acquire tools and keep them at your residence?

A.   After I was no longer being a mechanic, yes, I did.

Q.   Okay.  After that first credit account -- I guess, can you buy Snap-On Tools at the hardware store?

A.   You can go to the pawn shop if someone pawned them.

Q.   Okay.  So otherwise, how do you acquire Snap-On tools if you want them?

A.   You can order them online through their website, or you can find a franchise and buy it directly from the franchise.

Q.   And this first credit account you opened, what's the next kind of established relationship with Snap-On that you had?

A.   Man, it transferred from dealer to dealer, you know, it was kind of the same thing.  You know, I'd pay

my dealer, or if I didn't have a dealer, I'd pay credit directly.

Q.    Okay.  When did you first -- I know that in this case you listed an inventory from your father-in-law?

A.    Uh-huh.

Q.    What's his name?

A.    Warren Kniepkamp.

Q.    When did you first start getting tools from him?

A.    When he was a Snap-On dealer?

Q.    Uh-huh.

A.    Right after he became a dealer.

Q.    When was that?

A.    Shit.  I want to say '16, maybe '15.  I don't remember exactly.

Q.    Okay.  Did you purchase those from him?

A.    Yes, I did.

Q.    Okay.  Did -- did he gift you any Snap-On Tools?

A.    Yes, he did.

Q.    So everything?  Did you make payments for any of those Snap-On purchases you made from him?

A.    Yes, I did.

Q.    Okay.  Whenever you purchased Snap-On

**15**

equipment, did you keep the receipts?

A.   Yes, I did.

Q.   Where would you store those?

A.   Man, in a folder until, you know, I didn't need them, I guess.

Q.   What's the purpose of keeping the receipt?

A.   Showing proof of ownership, I guess.  I don't know.  See what your balance is.

Q.   Do you have receipts for every Snap-On item you've ever purchased?

A.   No, I do not.

Q.   What made you get rid of receipts, if you did?

A.   Getting rid of clutter.  I mean, fact of life.

Q.   Okay.  You started working for Snap-On yourself in Big Spring in 2019; is that right?

A.   Well, it was technically Stanton, but yes.

Q.   In Stanton?

A.   Yes.

Q.   Okay.  And who was that -- who was the Snap-On -- who was your employer whenever you did that?

A.   Brian Snellgrove.

Q.   And how did that employment relationship -- how was that set up?  What did you do for them?

A.   I was an assistant on another truck.

Q.   And what is a truck?

A.    Snap-On mobile store.  It's a box van.

Q.    Okay.  What were your duties for that truck?

A.    Help sales, put stock orders up, customer orders up, just the day-to-day routine.

Q.    So were you, like, a traveling store?

A.    Yes.

Q.    Okay.  And did you have a list of clients --

A.    Yes.

Q.    -- that you were required to go to?

A.    Yes, we did.

Q.    How did you come up with your daily job lists?

A.    For -- so Snap-On has territories, and you have a list of shops in that territory.  And you go down that list of calls that they give you.

Q.    And how do the calls come about?  What are those?

A.    Shops.

Q.    A shop?

A.    Repair shops, yes.

Q.    Okay.  So your primary day-to-day activity, were you selling tools or repairing tools?

A.    Both.

Q.    Okay.  What was your area that you got from Mr. Snellgrove?

A.    What do you mean?

Q.    Where did you work?

A.    When I was an assistant?

Q.    Uh-huh.

A.    It was Midland.

Q.    Okay.  And who were you under as an assistant?

A.    Darrell Butt.

Q.    Okay.  And he had his own truck?

A.    We rode in the same truck.

Q.    Okay.  And he was also an employee of Mr. Snellgrove?

A.    Yes, sir.

Q.    When did -- how long were you his assistant?

A.    I got my route -- I started my route in March of '20, and Mr. Snellgrove had an older van that we set up for me to start my route in, and I believe we started getting it ready in January of that year.

Q.    Okay.  Of -- of what year?

A.    Of '20.

Q.    2020.  When were you -- and that old truck, is that the truck that eventually they gave you and it was your store?

A.    For a short period of time, yes, until I got a new truck.

Q.    Okay.  When did you first start driving your own route?

**18**

A.    March of 2020, I believe.

Q.    Okay.  And what -- where did your route go?

A.    Odessa.

Q.    Okay.  How long did you drive to Odessa?

A.    Every day until I got fired.

Q.    Okay.  How many customers did you have?

A.    A lot.  A lot.

Q.    What did you -- what was your primary duty with them?

A.    Selling tools, equipment, repair broken tools.

Q.    Are these commercial relationships, or are they residential, like, individual consumers?

A.    They're -- you would consider it a commercial shop, commercial business.

Q.    Okay.

A.    I mean, independent repair shops.

Q.    Okay.  So you would -- you would drive to, like, an auto mechanic's shop and provide them tools they ordered?

A.    Yes.

Q.    Did you ever drive to people's homes and do the same thing?

A.    No, not that I can recall.

Q.    Okay.  It's mostly commercial relationships?

A.    Uh-huh.

**19**

Q.   Okay.  Other than sales and repairs, what sort of repairs did you do?

A.   Anything from a broken ratchet to broken AC machine.  You know, try to figure out what's wrong with it and fix it.

Q.   Okay.  And were they paying for the repair, the customer?

A.   No, it's all under warranty for the most part.

Q.   Okay.  What sorts of warranties came with what you sold?

A.   All hand tools had a lifetime warranty, diagnostic equipment, stuff like that, just varied on either a year, two years, depending on what it is.

Q.   Okay.  So is it -- how -- what percentage of your repair jobs were warranty work?

A.   I don't understand what you're asking me.

Q.   Whenever you made a repair, was it always a warranty call?

A.   No, not always.  If it wasn't a warranty deal, we had a system that you would call, you'd call credit or whoever it may be to send somebody out to come to repair the item, a third-party company for the most part.

Q.   Okay.  So if -- if it wasn't warranty, you didn't do the actual repair?

20

A.    No, I did not.

Q.    Somebody else did?

A.    Yes.

Q.    Okay.  So you did sales, warranty repairs, anything else that you did as a Snap-On dealer?

A.    Just building relationships, trying to help people out with their day-to-day operations.  If they didn't know how to work a scan tool, I tried to help them out as much as I could.

Q.    How many customers would you see in a typical day?

A.    I couldn't tell you.

Q.    Who gave you your day-to-day list?  Was it customers directly calling on you, or did you get it from Mr. Snellgrove?

A.    It came from Snap-On directly.  They gave us a list of calls that we were assigned.  I would get phone calls from random people wanting to come meet me, or if we stopped at a gas station for lunch or whatever, people would walk on the truck.

Q.    Okay.  Who was right above you in terms of employment?  Who had -- who was your supervisor?

A.    Mr. Snellgrove.

Q.    Okay.  And no one else?

A.    No, sir.

Q. Okay. And this -- the truck that you drove, who did all of the paperwork for the sales and the repairs and all of the other activity that you did? Who did the bookkeeping?

A. I did all the ordering and stuff like that for the most part. The repairs, the end-of-the-day reports, I would print it out, calculate all the -- make sure all the money was right at the end of the day, and we would put it in the safe. The actual books books, Mr. Snellgrove did.

Q. Okay. Can you describe just a typical repair? If you were able to fix something to completion, what -- can you give me an example of that? What is that?

A. Broken ratchet, you take it apart, pull the guts out, put a new set of gears in it and put it back together.

Q. Okay. Was there ever a time when you went to repair something and it wasn't repairable?

A. Yes.

Q. What do you do then?

A. Tell the customer, we need to figure out -- order some parts, or have whoever comes out and fix them look at it.

Q. Okay. Did you ever make a replacement of something that was completely destroyed? Or did those

go through you?

A.    What do you mean?

Q.    Like, if a tool was completely irreparable, it was still under warranty?

A.    Yeah, every day.

Q.    That happened all the time?

A.    Every day.

Q.    What was the process for that?

A.    You had a broken wrench, you give me your wrench, I give you a new one.

Q.    Okay.  How would you document the warranty portion of that with Snap-On?

A.    Type it into computer, under the line item it would say either sale, warranty, or order, or whatever the case may be, you put warranty.

Q.    Okay.  And that -- whenever you're in the computer, that goes directly to Mr. Snellgrove's office or it goes to the Snap-On headquarters somewhere else?

A.    It keeps a tally of everything and at the end of the month, we would print out that list, go through the box of warranties that we had, make sure it was all there, weigh it, and tape it up and put it in the warehouse for him to ship it back.  And Snap-On would get it, either they'd weigh it or skim through it and make sure it was all there and accounted for, and I

believe he would get credit back on that.

Q. Okay. And you said you had to deal with something that was broken every day?

A. Yes.

Q. Okay. So when you were -- I guess, you had a separate area in your truck where you put all the broken items?

A. Uh-huh.

Q. What did you do with them at the end of the day when you drove back?

A. They stayed in the bottom drawer of my desk until the end of the month.

Q. And where was your desk?

A. Right when you walk in the door, it's a little side cabinet looking thing.

Q. Is that on Snellgrove's business premises?

A. No, it's the Snap-On truck.

Q. In your truck?

A. Yes.

Q. Okay. And how long did you say you left them in your drawer?

A. Until the end of every month.

Q. Okay. And what did you do at the end of every month?

A. We would go through it and make sure

everything was there and accounted for, then tape it up and ship it back.

Q.   Okay.  Who's "we"?

A.   Me and my assistant.

Q.   Who was your assistant?

A.   Edgar Dominguez.

Q.   Was he always your assistant?

A.   Yes.

Q.   And did you ship it back or did Mr. Snellgrove ship it back?

A.   We would print it out, and he would put the shipping label on it, and then UPS would pick it up.

Q.   Okay.  If there was an item too big for your drawer, what would you do?

A.   Like a pry bar?

Q.   Right.

A.   Cut it up.

Q.   You would cut it up and put it in your drawer?

A.   Well, I would throw it beside my truck until the end of the month --

Q.   Okay.

A.   -- where I parked it, and at the end of the month, we'd cut it in half or whatever to make it fit in the box.

Q.   Okay.  I guess, once -- did you keep an

inventory of tools that you could just sell to people at a gas station in your truck as well?

A.    I mean, we didn't have a set inventory.  I mean, it was never -- like, I could have 15 sockets of one size, and my computer would say I'd have either 100 of them or negative 15.  So it was never accurate.

Q.    Okay.  So if you were bringing new tools to someone to complete a sale --

A.    Uh-huh.

Q.    -- would you just get that the morning of delivery?  You didn't keep it in your truck and just make a retail sale essentially?

A.    No, I wouldn't.  It would be a retail sale. We had an inventory in the truck.

Q.    Okay.  Okay.  At the end of each day, you drive back to Snellgrove's business headquarters, what did you do?  What would you do at the end of your route every day?

A.    I would close up my end-of-the-day paperwork, I would count whatever checks or cash we had and make sure it all equaled out.

Q.    And what was your paperwork that you did? What was your end-of-the-day paperwork?

A.    It was end-of-day paperwork -- end of -- literally, end-of-day paperwork.

Q.   Was it just your time spent, the people you talked to, what was on it?

A.   All the sales we did.

Q.   All of your sales?  Repairs, too?

A.   Uh-huh.

Q.   Replacements?

A.   Yeah.

Q.   Okay.

A.   I mean, it falls under warranty.

Q.   Okay.  Where would that paperwork be kept?

A.   We print it out and staple it together and put it in the safe.

Q.   And where was the safe?

A.   In the warehouse.

Q.   Did you go in the warehouse every day?

A.   Every day, yeah.

Q.   What did you do in the warehouse?

A.   Go to my shelf, get customer orders for that particular day, or if I had a set of sockets that I know I sold out of the previous day and we had some in the warehouse, I'd grab a set of sockets and throw it in the truck.

Q.   Okay.  You said your shelf.  What's your shelf?

A.   We had individual shelves for each truck that

AUSTIN HAMBLIN

27

had our names on them that our stock order and customer orders, we would put them on those shelves.

Q. Okay. What all -- who all had access to the safe?

A. Everybody that worked for Snellgrove.

Q. And what did you put in it?

A. Our end-of-the-day paperwork.

Q. If you just grab a set of sockets like you said, would you put that through the computer system --

A. No.

Q. -- or tell anything?

A. No.

Q. How would Snellgrove Enterprises know that you had taken that to sell?

A. I have no earthly idea.

Q. Okay. But would they eventually get a record of it upon your end-of-the-day paperwork?

A. By the sale ticket, yeah.

Q. Okay. What's a sale ticket?

A. Just receipt for a sale for any given customer.

Q. Were tickets also made for repairs?

A. I mean, it was on the same ticket, yes.

Q. Same form?

A. Same form.

028

Q.   Okay.  If there was a -- if you filled out that form for, like, a replacement, what would you do with the ticket?  Would that ticket stay the same or did you have to enter in a new ticket to show that the tool had been destroyed and you were replacing it with something new.

A.   Like a tool or something larger?

Q.   Tool first.

A.   A tool, it would be on the same exact ticket. It would be on the -- it was a receipt or an invoice, shall we say.

Q.   Okay.  But if it was destroyed, what would the ticket show when you made that entry?

A.   It would just show warranty on it.

Q.   Okay.  And what was -- what was the purpose of the warranty shown there?  Like, what did it indicate?

A.   That it was a lifetime warranty and I threw it in my drawer.

Q.   Okay.  And then when the new item came, what would -- how would that be documented?  Same ticket or would there be a new ticket?

A.   No, it would have been on that same exact ticket from the same day because I had given the customer a new one and I warrantied his old one.

Q.   Okay.  How about something larger?

29

A.   It was a little bit more in-depth.

Q.   Okay.  How?

A.   So you would call or e-mail customer care and tell them that you have a damaged toolbox or whatever the case may be, they would request photos of it.  You would take photos of it and e-mail it, and then they would take a couple days to respond, either replacement, or if they could just get -- send us a new one or whatever it may be.

Q.   And you were sending all that to Snap-On?

A.   Yes.

Q.   Not Snellgrove Enterprises, but Snap-On --

A.   Snap-On.

Q.   -- above that?  Okay.  And then what happened with those tickets?  I mean, was there a bunch of paperwork involved with those sorts of replacements?

A.   Not really, no.

Q.   Okay.

A.   That was the extent of the paperwork.

Q.   Okay.  When the new item arrived, if they sent a new one, was there other paperwork added to that?

A.   No, just the shipping receipt.

Q.   Okay.  Would you ever void a ticket?

A.   No.

Q.   Would you zero out a ticket?

A.   No.

Q.   Did you ever void or zero out a ticket?

A.   No.

Q.   Okay.  Apart from you and your assistant -- what was your assistant's name?

A.   Edgar Dominguez.

Q.   Apart from you and Edgar, who had access to your truck?

A.   Everybody.

Q.   Okay.  Who had keys to your truck?

A.   We had a set of spare keys in the warehouse for every truck.

Q.   What did -- did you leave your truck at Snellgrove Enterprises every day?

A.   Yes, I did.

Q.   Did you ever drive it to your house?

A.   No, I did not.

Q.   How did you get to work every day?

A.   My personal pickup.

Q.   Where would you leave your personal pickup while you were working?

A.   Behind where I parked the Snap-On truck.

Q.   Okay.  Were you the only driver of your Snap-On truck?

A.   No.

Q.   Who else drove it?

A.   Edgar.

Q.   Okay.  How often would he drive it?

A.   Every day.

Q.   Okay.  What would he drive it for?

A.   Because I would either be on the phone or dealing with customers via text or whatever trying to get ready for the day as we were driving.

Q.   Okay.  Who mostly drove to Odessa and back, was it you or he?

A.   It was Edgar.

Q.   Edgar?

A.   Uh-huh.

Q.   You sat where?

A.   90 percent of the time, I was standing at my computer.

Q.   In the truck?

A.   Yep.

Q.   While you were driving?

A.   Yep.

Q.   Did -- I guess, at your computer, was it in the -- kind of the front seat, or was it in the back?

A.   It was right behind the driver's seat behind a wall.

Q.   Okay.  And this truck, how big is the truck?

32

A.   I want to say 24-foot.

Q.   Okay.  Is it -- how many wheels does it have?

A.   Six.

Q.   Okay.  So -- and you would just be standing in the back getting work done?

A.   Uh-huh.

Q.   Okay.  Did Edgar have his own set of keys?

A.   Yes, he did.

Q.   Did you both bring your -- each set every time you left the office?

A.   Yes, we did.

Q.   Would there then still be a spare at the office?

A.   Yes, there was.

Q.   So there was three sets for every vehicle?

A.   There was probably more than that.

Q.   For every vehicle?

A.   Uh-huh.

Q.   Would you ever stop and audit all of the tools that you had in your truck?

A.   No.

Q.   Did you ever do an inventory count reconciliation the whole time you worked there?

A.   No.

Q.   Were you ever disciplined at Snap-On before

your employment was terminated?

A.   No.

Q.   Okay.  Did you ever have any conflicts or complaints from customers?

A.   I'm sure I did, yeah.

Q.   What would those be generally?

A.   Just upset that I wouldn't give them a better deal or they just didn't like who I was.

Q.   Did any of that get escalated up to Mr. Snellgrove?

A.   I'm not aware of any.

Q.   Okay.

A.   I'm sure.

Q.   Okay.  By the time you have been working for Mr. Snellgrove for a few years, you're still living in -- you've never moved houses from --

A.   No, I have not.

Q.   You still live in Big Spring or Stanton?

A.   Big Spring.

Q.   Still live in Big Spring.  Had you kept acquiring Snap-On tools during that period of time for yourself?

A.   I mean, and from my father-in-law, yeah.

Q.   Okay.  Did you ever acquire Snap-On tools from Mr. Snellgrove?

A. Yes, I did.

Q. How did you do that?

A. I warrantied all of my old stuff.

Q. Okay. When you say "all," did you completely replace all of your old stuff with new stuff?

A. All of the lifetime warranty stuff, yes, I did.

Q. Okay. What was that? What were those tools?

A. Sockets, wrenches, hammers.

Q. Okay. What years did you do all that?

A. I started doing that in '19 when I first -- as an assistant because if -- I still worked on stuff at the house, so if something broke, I'd take it to work and warranty it.

Q. Okay. And work on stuff, work on vehicles at the house?

A. Uh-huh.

Q. What else did you do with your tools?

A. Use them around the house. I mean, you use a screwdriver to hang a picture, don't you?

Q. So has every tool that you acquired before you began working with Mr. Snellgrove, have you warrantied each and every one of those again?

A. No.

Q. Do you have a list of everything you've

warrantied?

A.   I don't have anything from after the seizure that they took, so I couldn't have warrantied anything that I had.

Q.   I'm talking about before the seizure.  We're not -- we're not there.  This is while you're still working for him, you're warrantying tools.

A.   Uh-huh.

Q.   Did you go through that warranty process with every single one of your tools?

A.   Not every single one.  As they broke.

Q.   Just as they broke?

A.   Uh-huh.

Q.   Okay.  Is this a majority of the tools you had were warrantied, or just a fraction of them?

A.   Majority of sockets and wrenches and hammers.

Q.   Okay.  How many big or larger items did you have before -- this is before the seizure, you're working with Snellgrove, how many larger items did you warranty out and replace?

A.   I didn't warranty any of mine at that point in time.

Q.   Okay.  And what did you own that -- that you would consider a larger item?

A.   Several toolboxes and a few carts.

Q.   Okay.  Anything else?

A.   I'm sure I had a jack and some battery chargers, stuff like that.

Q.   Okay.  And all of these, you acquired from?

A.   Just over the years.  I couldn't tell you exactly who.

Q.   Did you ever buy a larger item directly from Mr. Snellgrove?

A.   Yeah, actually I did.

Q.   Okay.  What was that?

A.   A workbench.

Q.   Okay.  Anything else?

A.   No.

Q.   So other than warranty items that you got from Snellgrove Enterprises that you were making those replacements for as things broke and the bench you just mentioned, did you acquire Snap-on Tools in any other way from Snellgrove Enterprises?

A.   As into what?

Q.   Like, you mentioned warranty replacements and a purchase?

A.   Uh-huh.

Q.   Did you -- did you acquire a Snap-On tool in any other way -- any other type of transaction, loan, anything like that?

37

A. I mean, I sold all of my stuff, so -- and then I bought a box off of a customer.

Q. Okay. A toolbox off a customer?

A. Uh-huh.

Q. When was that?

A. I couldn't tell you. I don't recall.

Q. You were working with Snellgrove?

A. Uh-huh.

Q. What -- is that box something that was taken in the seizure?

A. Yes.

Q. What was that box? Can you describe it?

A. I want to say it was gray.

Q. A gray Snap-On toolbox?

A. Uh-huh.

Q. Big enough to have wheels?

A. Uh-huh.

Q. What kind of toolbox was it?

A. Just a toolbox. It had four wheels on it.

Q. Okay. And do you remember the customer you purchased that from?

A. No, I don't.

Q. Was it an Odessa customer?

A. All of my customers were in Odessa.

Q. Did you ever -- is there -- at any point in

38

time, did you ever bring any sort of Snap-On tool to your house that was still considered inventory or equipment belonging to Snellgrove Enterprises?

A.    I took damaged items to the house to fix.

Q.    Okay.  What was that process?  What did you do there?

A.    I would just take it to the house and fix it.

Q.    And what sorts of items are we talking about?

A.    I took a road chest to the house to fix because all it needed was rivets.

Q.    Okay.  And when was that?

A.    I couldn't tell you.  I don't remember.

Q.    Same year as the seizure?

A.    Possibly.

Q.    Okay.  Did you take it back?

A.    No, I did not.

Q.    You had it still at your house?

A.    Uh-huh.

Q.    Okay.  Anything else that you brought back to fix?

A.    Not that I remember, no.

Q.    So just that one item?

A.    I'm sure there was others before that, but I don't remember what they were.

Q.    Okay.  How many others?

039

A.    I couldn't tell you.

Q.    More than ten?

A.    I don't -- I don't know.

Q.    Okay.

A.    It was a constant thing.

Q.    Okay.  Did you do this -- did you do the repairs, that process that you mentioned, the whole time you were working for Snellgrove?

A.    No.

Q.    When did you start doing that?

A.    I don't remember.

Q.    Did you do it for years?

A.    No.

Q.    Months?

A.    I don't recall.  I really don't.

Q.    Okay.  Whenever you repaired something, did you take any of the repaired tools back to Snellgrove Enterprises?

A.    Often.

Q.    Okay.  So you would take the broken tool from, I guess, the draw in your truck?

A.    No.

Q.    I mean, how would the broken tool get to your house for repair?

A.    It wouldn't be -- like, the only stuff I took

to my house to fix was a few larger things.  That's it.

Q.    What were they?

A.    Like that toolbox.

Q.    Okay.  Well, any other larger thing you specifically remember?

A.    No, I don't.

Q.    Okay.  But it was constant?

A.    Not constant.  More along the lines of occasionally.  I mean, we did warranty boxes all the damn time, so no.

Q.    Did you take smaller stuff like sockets to replace the internal components?

A.    There is no internal components in a socket.

Q.    Well, the repair you mentioned to me earlier --

A.    A ratchet.

Q.    A ratchet.  Thank you.  I'm ignorant about tools.  Did you ever take something small like that to replace the insides?

A.    Of my stuff, yeah.

Q.    Of your stuff?

A.    Uh-huh.

Q.    Okay.  Did you ever take any repairs from a customer's home for smaller things like that?

A.    No.

Q.   Okay.  Just large items?

A.   They weren't even customers, no.

Q.   What do you mean "they weren't even customers"?

A.   So the toolbox I put rivets in was a replacement toolbox for a customer.  He got a new one, I took the old one to the house to put rivets in it and that was it.

Q.   Okay.  What were you going to -- what was the end goal for that toolbox?  Where was it going to end up?

A.   To somebody else to get sold.

Q.   Okay.

A.   That needed a road chest.

Q.   A road chest?

A.   Yeah, that's what it was.

Q.   Okay.  What was the typical process for a road chest like that?  Should it have been at your house or should it have been at Mr. Snellgrove's location?

A.   You know, I don't know because they would sit at the warehouse and then they would just disappear.

Q.   Other tools would?

A.   No, damaged toolboxes would sit at the warehouse, then they would disappear.  Somebody would take it and sell it.

AUSTIN HAMBLIN

42

Q.   Okay.   Did you have a personnel policy manual or anything like that?

A.   No, there was no policy manual, no employee handbook, nothing.

Q.   Who told you the procedures that you were supposed follow when you first got your store and started working?

A.   There was no policy, no handbook, nothing.

Q.   How did you learn what to do?

A.   On the seat of my pants.

Q.   Just day to day?

A.   Uh-huh.   Other than being an assistant.

Q.   Okay.   How many large tool cabinets did you have at your home before the seizure?

A.   I do not remember.

Q.   Okay.   What other large items of equipment were at your home that were yours before the seizure?

A.   I had a popcorn maker, a few other things.   I don't exactly recall what was all at my house.

Q.   Where did you get the popcorn maker?

A.   My father-in-law.

Q.   Did he sell it to you or give it to you?

A.   He actually gave it to my wife.

Q.   Did your father-in-law give your wife any other Snap-On items?

A.    I'm sure he did.

Q.    Do you know of anything off the top of your head?

A.    He's given us a bunch of stuff.

Q.    Okay.  Did you or your wife ever individually acquire Snap-On tools apart from each other?

A.    I mean, we used the same account.  So it was the same thing.

Q.    It was just always together?

A.    Uh-huh.

Q.    Okay.  How many Snap-On accounts did you have in 2023, the year of the seizure?

A.    I did have a Snap-On account.

Q.    So you didn't have a credit account anymore?

A.    No.

Q.    Okay.  When did you close your last Snap-On account?

A.    I believe it was 2020.

Q.    Okay.  Just right when you started working for Snap-On?

A.    It was before I bought my house.

Q.    Okay.  How often would you receive Snap-On items as a gift from your father-in-law?

A.    I don't recall.  A lot.

Q.    Often throughout the year or just at Christmas

AUSTIN HAMBLIN

44

or how did this work?

A.    Just if we went over there, he might have given me something just for whatever, or Christmas.

Q.    Okay.  When you started working for Snap-On yourself, did you still purchase stuff from your father-in-law or did you just get it directly?

A.    He would give me stuff.  I wouldn't have to buy anything.

Q.    Okay.  Did you buy anything -- purchase anything directly from Snap-On while you were at Snellgrove Enterprises?

A.    No.  I mean, other than that workbench I bought from Snellgrove, no.

Q.    And that workbench you mentioned, that's the bench you got from a customer?

A.    No.

Q.    Okay.  How did you buy that purchase?

A.    I paid Mr. Snellgrove for it.

Q.    Okay.  Directly?

A.    Uh-huh.

Q.    Okay.  Was there a ticket?

A.    No.

Q.    When you brought tools back from customers that you were repairing at your house, did you store them in a separate place?

A.    It would probably just get thrown on the truck and sold that day.

Q.    You would take it from your house back to Snellgrove and put it on your truck?

A.    Yeah.

Q.    Because you never brought your Snellgrove truck to your house?

A.    No.

Q.    Did you -- how did you store tools in your own house?  Like, did you have specific locations for them?

A.    In my laundry room, slash, shed, whatever you want to call it that was outside in my backyard.

Q.    Okay.  Did you -- any other places?

A.    There was a carport in my backyard.

Q.    Okay.  When did the seizure take place?  Do you know?

A.    May of '23.

Q.    Before May of '23, did you have any idea that Mr. Snellgrove thought that you might be stealing from him?

A.    No.

Q.    When did you first learn that he thought that you might be stealing from him?

A.    When I woke up to the cops at my front door.

Q.    That was the first time?

A.    Yeah.

Q.    What did they tell you?  What do you remember first about that morning?

A.    I opened the door and there was a bunch of cops with their guns drawn, and I was told that they had a warrant for Snap-On tools.

Q.    Okay.  Do you remember who you spoke with?

A.    I believe it was Dahl.

Q.    Okay.  Who is Andrew Nichols?

A.    He was an employee for Mr. Snellgrove.

Q.    What was your relationship with him professionally?

A.    Didn't have one other than being a coworker.

Q.    Okay.  What -- did he have his own truck?

A.    He was an assistant on another truck.

Q.    Okay.  How long had he worked there?

A.    I have no idea.

MR. PETTY:  Do we need to take a break?

MR. MUELLER:  Not for me, I'm good.

Q.    How often did you interact with him?

A.    Didn't.

Q.    Do you know what his route was?

A.    I believe that was a Midland/Odessa route.

Q.    Okay.  Did you ever have overlap with any other trucks or drivers when you were on your route?

AUSTIN HAMBLIN

47

A.   Not really, no.

Q.   Your geographic area didn't overlap with anyone else?

A.   I mean, we would see, like, a truck at this shop, and then across the street I would be over here, you know.  So I mean -- I mean, I guess you consider that overlap, but we wouldn't step on each other's toes and go to other dealer's shops.

Q.   Okay.  Who did Andrew Nichols work for?  Who was his supervisor?  He was an assistant.

A.   Uh-huh.

Q.   Who was, I guess, the main truck driver for him?

A.   I believe it was Christian.

Q.   What's Christian's last name?

A.   I don't remember.

Q.   Okay.  That's okay.  But apart from seeing them in the morning, you didn't really have any interaction with him?

A.   Nope.

Q.   Did y'all ever have staff meetings or anything like that?

A.   We would have a monthly meeting.

Q.   Okay.  What did that entail?

A.   It just depended on if it was a Zoom meeting

48

that Snap-On would provide or we'd have an in-person meeting at either a hotel or at somewhere.

Q.   Okay.  And was this with anyone including Mr. Snellgrove?

A.   Yes, for the most part.

Q.   What was the content of those meetings?

A.   Just sell promotions.

Q.   Okay.  Did he ever discuss tools or inventory?

A.   I mean, just stuff we were buying from the meeting.

Q.   Okay.  Buying from the meeting?

A.   Ordering from the meeting.

Q.   From Snap-On?

A.   Uh-huh.

Q.   Okay.  Based off customer orders?

A.   No, just if it was a good deal on something, we would order it, and if we didn't sell a particular item that they were trying to push down our throats, we wouldn't buy it.

Q.   You mean Snap-On?

A.   Yes.

Q.   So Snap-On would run promotions and want y'all to buy stuff to sell?

A.   Exactly.

Q.   Okay.  And I guess you-all just had -- you

**49**

discussed what was being offered and what the promotions were monthly?

A.   For the most part.

Q.   And were you talking about things you might be able to sell to people?

A.   For the most part.

Q.   Okay.  How would Andrew Nichols know about your personal truck business route?

A.   I have no earthly idea.

Q.   Okay.  Did you have access to any other drivers' routes, data, tickets?

A.   I didn't go on anybody else's truck.

Q.   But you could have?

A.   I could have.

Q.   Do you know a McKenzie Schrecengost?

A.   Yeah, I do.

Q.   Who is she?

A.   She was a -- how do I put it?  Couch bum, shall I say --

Q.   Okay.  What did --

A.   -- that lived with us.

Q.   Oh, she lived with y'all?

A.   Temporarily, yeah.

Q.   For how long?

A.   I don't recall.  I don't remember.

50

Q. Y'all just helping her out?

A. Uh-huh.

Q. Why did she need help?

A. She didn't want to go to her house, I guess, and she didn't have anywhere to go.

Q. Okay. Did she stay with you for months or was it just a couple days?

A. It was a couple months.

Q. A couple months?

A. Yeah, I don't remember exactly how long.

Q. Okay. But she ultimately moved out?

A. Uh-huh.

Q. Did you have to evict her or she just left?

A. She just left.

Q. Did she pay you rent?

A. No.

Q. Okay. Is she a family friend?

A. No.

Q. How did you first get in contact with her?

A. She was dating a friend of my wife's, and then I guess they broke up and she had nowhere to go.

Q. Okay. She lived with you-guys for a couple of months? Would she know anything about your stuff?

A. No.

Q. Okay. Did she work?

**51**

A.   No.

Q.   So she was at your house 24/7?

A.   Other than the time that she would go leave with whoever she left with.

Q.   Okay.  She come back every night?

A.   Not every night, no.

Q.   Okay.  So she was on and off for a couple of months?

A.   Uh-huh.

Q.   Okay.  Does she have any children?

A.   Not that I know of.

Q.   So it was just her that stayed with you?

A.   Uh-huh.

Q.   Okay.  Do you remember what time of morning the -- on the morning of the seizure that's the subject of this lawsuit, do you remember what time all that started?

A.   Around 8:00 a.m.

Q.   Okay.  And you said they came to your door. Do you remember how many were there?

A.   A lot.

Q.   Okay.  Who was with you that morning?  Was McKenzie at the house?

A.   No.

Q.   Had she already moved out?

A.    Yes.

Q.    Okay.  How long before the seizure had she left?

A.    Two weeks, maybe.

Q.    Okay.  What -- what did the officers do when you first opened the door and talked to them?

A.    Like I said, they had all their guns drawn and said that they had a search warrant for Snap-On tools.

Q.    Okay.  Did they say anything else?

A.    No.

Q.    What happened next?

A.    I asked Dahl what was going on and I was confused because I had just woken up, and pulled me to his vehicle and handed me -- I believe, it was a -- now that everything's transpired a Miranda card, and I kept asking him what is this?  What is going on?  And he wouldn't tell me anything, and he made me sign the card.

Q.    Okay.  Part of the seizure was caught on a body cam.  Did you see that body cam?

A.    Yeah.

Q.    The part of the body cam that exists, does it accurately show what it shows, at least as far as it goes?

A.    I mean, what do you mean by that?

Q.    I mean, you don't -- from the body cam you

53

viewed, has the footage been altered in any way?

A.  No.

Q.  I understand it may not be continuous, but what you've seen wasn't altered?

A.  Not that I'm aware of, no.

Q.  And it shows you and it shows Kiska; is that right?

A.  Yeah, I believe it does.

Q.  Okay.  Had you ever met Dahl before?

A.  Never before.

Q.  Okay.  Had you ever heard about him before?

A.  No, sir.

Q.  Had you ever met any of the other officers that came over before?

A.  No.

Q.  Did you know any of them?

A.  No.

Q.  Okay.  So we're at your truck, he gave you that card and another piece of paper.  What happened next?

A.  He only gave me the card.  He didn't give me no paper.

Q.  Just the card?

A.  Uh-huh.

Q.  Okay.  Did he ever give you anything else?

A.    No.

Q.    What happened next?

A.    He asked me if I had a plasma cutter and an air compressor, I believe.

Q.    Okay.  And what did you say?

A.    I told him yes.

Q.    And who did -- how -- did you have more than one plasma cutter?

A.    No.

Q.    Just one?

A.    Uh-huh.

Q.    Where did that come from?

A.    Work.

Q.    And was it yours?  Did you buy it?

A.    No.

Q.    Was it one of those items that you were repairing?

A.    No, it was -- I was essentially comparing it to the competitor's tool, essentially.

Q.    Okay.  So had you used it at your house?

A.    I tested it and that was about it.

Q.    Okay.  How long had it been there?

A.    Not even a week.

Q.    Okay.  The next tool you mentioned, what was that?

55

A.   An air compressor.

Q.   Was that yours?

A.   Yes.

Q.   And did you -- how did you acquire that air compressor?

A.   I bought that from a customer.

Q.   Odessa customer?

A.   All of my customers were in Odessa.

Q.   Was the air compressor broken?

A.   No.

Q.   Okay.  Was it a warranty replacement?

A.   No.

Q.   It was a trade-in?

A.   No.

Q.   Okay.  You just bought it?

A.   Yep.

Q.   Okay.  Speaking of, did customers ever trade their tools for something else?

A.   Yes.

Q.   Did Snap-On have a procedure for that?

A.   No.

Q.   How would the trade go?  What would you do for a trade?

A.   Just depending on the item, what it was.

Q.   So -- but Snellgrove allowed stuff to be

56

traded?

A.    Yes.

Q.    How often would you trade?  Every day?

A.    It just depended on the day.

Q.    Okay.  Would you store traded equipment in your truck the same way you did broken equipment?

A.    I mean, it depended on what it was.

Q.    How would you document the trade if you made a trade?

A.    It would show traded in on the ticket or their receipt, essentially.

Q.    Okay.  So you can look up a customer's receipt for a tool purchased, like, ten years ago?

A.    Essentially.

Q.    And then show that was traded for something else?

A.    Essentially, yes.

Q.    Okay.  The air compressor, was it a Snap-On air compressor?

A.    Yes, it was.

Q.    And the plasma cutter, it was a Snap-On plasma cutter?

A.    Yes, it was.

Q.    Okay.  What happened next?

A.    As into what?

57

Q.    You told me he -- that Dahl mentioned a plasma cutter and an air compressor.  Did you take him to the tools?

A.    Uh-huh.

Q.    What happened next?

A.    He looked at them and then that was pretty much it, and then started looking everywhere else.

Q.    And everywhere else, where was all of those places?

A.    If I remember correctly, it was everything in the laundry room and then in the house.

Q.    And the laundry room is in that -- in the shed in your backyard?

A.    Yes.

Q.    Where in the house did he go?

A.    Throughout the whole house.

Q.    Okay.  Was he with you the whole time?

A.    That morning?

Q.    Right.

A.    I don't remember.

Q.    Who was your -- well, let's -- so you took him to the tools?

A.    Uh-huh.

Q.    And then he started going everywhere.  Were you with an officer the entire time officers were at

58

your property?

A.    I don't recall.  I don't remember.

Q.    Okay.  Apart from that card that he gave you, did you ask to see anything from the officers?

A.    I mean, I'm sure I asked him to see the warrant.

Q.    Okay.  Do you remember asking to see anything else?

A.    Not that I remember.

Q.    Okay.  Were you shown anything else?

A.    No, I wasn't.  I wasn't shown anything other than that card.

Q.    Okay.

MR. DENNIS:  It's been about an hour, if you want to take a break.

MR. PETTY:  Yeah, we can take a quick break.

(A recess was taken from 10:28 a.m. to 10:38 a.m.)

Q.    (BY MR. PETTY) Back to the compressor, you said you purchased that from a customer?

A.    Yes.

Q.    Do you remember what customer?

A.    I do not.

Q.    Do you remember what store?

A.    No, I do not.

59

Q. What happened to the ticket for that compressor. Did you transfer it to you?

A. No, not that I remember.

Q. So if you purchased something off of a customer, what would happen to the original ticket for that item?

A. I mean, it depended on what it was. I mean, I paid the customer directly.

Q. Would the warranty transfer?

A. I don't know.

Q. Did you ever purchase something from a company -- sorry -- from a customer, have that tool break, and then warranty it out?

A. I mean, essentially, you could.

Q. Could you do that if you didn't have the original ticket?

A. Essentially, if it was a -- like, a hand tool, you could.

Q. Okay. So the warranty goes with the tool, not the purchaser?

A. It just depends on the item, I would say.

Q. Okay. The plasma cutter, you said belonged to Snellgrove Enterprises?

A. Uh-huh.

Q. You were testing. Right?

A.    Yep.

Q.    How did you get it to your house?

A.    Took it to the house.

Q.    How big is it?

A.    Not very big, probably two foot.

Q.    Okay.  Where did it originate?  Did you get it from a customer?

A.    No.

Q.    Where was it originally?

A.    It was in my truck.

Q.    In your truck?

A.    Uh-huh.

Q.    From the warehouse or from, like, a purchased --

A.    No, so we had a huge shop equipment sale, and essentially, I used my truck and trailer, and it was in my truck, and when I went home that day, I had a customer talking about another brand of plasma cutter, how it was better and yada, yada, yada, and I wanted to see for myself how this one compared to that one.

Q.    Did you have the other one, the other brand?

A.    No, he had it at his shop.

Q.    Okay.  Where was his shop?

A.    In Odessa.

Q.    This sale that you mentioned --

A.    Uh-huh.

Q.    -- was it company-wide?

A.    Between Snellgrove Enterprises, yes.

Q.    Was it in that same year?

A.    It was that same month.

Q.    In May?

A.    I believe so, I think that's when it was.

Q.    What was that sale?

A.    I mean, we just had a huge -- Snap-On has a -- different programs, like rock and roll, techno, and they came out with the shop essentials program that just sold shop equipment.

Q.    Okay.  So that's the greater Snap-On franchise came out and did a show?

A.    That was corporate.  No, and it wasn't a show, it was a sales event.

Q.    At the Snellgrove Enterprises warehouse?

A.    No, it was with each route.  So essentially, they have their own box van, and they would follow us to every shop we'd go to.

Q.    Okay.  And how did Snellgrove Enterprises acquire that plasma cutter?

A.    It was ordered through Snap-On corporate.

Q.    And taken off that shop van?

A.    No, it was shipped to us.

Q.   Okay.  And it was shipped to the warehouse -- Snellgrove's warehouse, and you put it in your personal truck and drove it home?

A.   When we were doing the sales event, it was -- I used my truck and trailer for, like, three days that week, and it was in my trailer.

Q.   What were you using your own truck for?

A.   To produce sales.  I hauled -- I had tire machines, wheel balancers, all kinds of stuff in that trailer that week.

Q.   And you -- for that week, you were taking -- your assistant was taking the Snap-On trailer and you were taking your truck to Odessa --

A.   Yes.

Q.   -- with just extra stuff?

A.   Yes.

Q.   Okay.  And how -- you said that lasted for a week?

A.   For me, I believe it was a week that he was with me.

Q.   Okay.  The corporate guy?

A.   Yes.

Q.   In his own truck, too?

A.   Yes.

Q.   So there were three trucks going to Odessa?

63

A. Yes.

Q. For your store?

A. Yes.

Q. Okay. How often did you do those?

A. I believe, rock 'n' roll came twice a year, same thing with the techno truck.

Q. Okay. And these are little portable trucks that just follow you?

A. It's the same size, if not bigger, than the truck I had.

Q. With just fancy Snap-On stuff?

A. Yes.

Q. Extras?

A. Yes.

Q. Okay. So during that week, you drove your personal truck to Snellgrove Enterprises -- who's your assistant again? I forgot.

A. Edgar.

Q. Edgar drove what?

A. The Snap-On truck.

Q. Okay. And y'all were a three-truck caravan?

A. Yes.

Q. All week?

A. Yes.

Q. What else did you have in your personal truck

then from Snellgrove?

A.    I couldn't tell you.  I use my truck all the time because when my Snap-On truck would break, I would use my personal pickup and trailer to go see my customers to make sales.

Q.    Okay.  How often would the Snellgrove truck break?

A.    The Snap-On truck?

Q.    Uh-huh.

A.    It broke on numerous occasions.

Q.    Okay.  How old was it?

A.    It was brand new.

Q.    Why was it breaking?

A.    It was -- if I remember right, I think the AC went out several times, we had brake failures, all kinds of stuff.

Q.    Okay.  Had you been working regular -- I guess, did you -- was your regular workweek, was it Monday through Friday?

A.    Yeah, when I'd go see the route, yes.

Q.    Okay.  Did you work -- what day of the week was the seizure in this case?

A.    I don't remember.

Q.    Had you been working the day before?

A.    Yes I was.

65

Q.    You worked the day before a route [sic]?

A.    Uh-huh.

Q.    Okay.  Had you worked that whole week before?

A.    Yes, I did.

Q.    You hadn't missed any days?

A.    No, I did not.

Q.    You hadn't been on vacation?

A.    Nope.

Q.    At the time of the seizure, was this the week after that special event?

A.    I really don't remember --

Q.    Okay.

A.    -- exactly when the event ended.

Q.    But it was ended before the seizure took place?

A.    I don't remember.

Q.    Okay.  How much was the plasma cutter worth?

A.    I don't know.

Q.    Do you have a guess?

A.    Maybe three to five grand, I don't know.

Q.    Do you remember what you paid for the air compressor?

A.    I do not.

Q.    How much was it worth?

A.    Maybe 1500 bucks.

Q.   Okay.

A.   I was guessing.

Q.   Okay.  So morning of the seizure, you've shown the officers the plasma cutter and the air compressor. You said they walked through your house?

A.   Uh-huh.

Q.   What do you remember happening next?

A.   It was a whirlwind of shit.  Sorry.  At some point, Snellgrove showed up and they were looking through my trailer.  We were in the laundry room talking about some stuff, and they just started loading everything up.

Q.   Okay.  Did you ask Mr. Snellgrove to come over?

A.   No.

Q.   Did you ask the officers to have him come over?

A.   No.

Q.   When he got there, was it still morning?

A.   Yes.

Q.   Okay.  When he arrived, what do you first remember happening?

A.   They took him to my trailer, I believe, and he was going through my trailer.

Q.   Okay.

67

A.    That was in my front yard.

Q.    Was there Snellgrove Enterprises tools in that trailer?

A.    There was like a trade-in box.

Q.    A trade-in box?

A.    Uh-huh.

Q.    Is that from a customer?

A.    It was.

Q.    Had that trade been completed or was that the new one?

A.    No, it was an old box.

Q.    Okay.  So that was the --

A.    The trade-in.

Q.    Okay.  And you had already delivered the --

A.    New one.

Q.    -- item that he wanted --

A.    Uh-huh.

Q.    -- or this customer wanted?

A.    Yes.

Q.    And why was that trade-in box in your trailer at the time?

A.    Because it had just happened maybe like a day or two before, and I unhooked my trailer at my house and I just hadn't had a chance to take it back to the warehouse.

Q.   Okay.  For the -- during the seizure, did you walk around with the officers, did you stay in one place?  What did you do?

A.   I mean, I walked outside with them and through my living room.

Q.   Okay.  Were you with them the whole time Snellgrove was also present?

A.   No.

Q.   Where were you?

A.   At some point, I was sitting on my couch.

Q.   Okay.  And your couch is in?

A.   My living room.

Q.   Your living room?  Okay.  How long did you sit there?

A.   I don't -- I don't know.  A good while.

Q.   Hours?

A.   Possibly.

Q.   Okay.  Did you ever ask them to leave?

A.   Essentially, it was more along the lines of, I didn't know what was going to happen.  I didn't want to go to jail, and I mean, I was intimidated by all the cops and my employer there.  So I mean, what was I supposed to do?

Q.   Did your wife ever ask them to leave?

A.   Several occasions.

69

Q.   Okay.  What did you -- what did she say and when do you remember that happening?

A.   I don't exactly remember the point in time when it happened, but it happened several times throughout the day.

Q.   Okay.  Did it happen in the house, outside, everywhere?

A.   Pretty much everywhere.

Q.   Okay.  Was she with you during the seizure?  Did she walk around with you as well?

A.   When?  Like, at the first of the morning?

Q.   Anytime.

A.   No.

Q.   Okay.  Where was she?

A.   She was still in bed when they came to the door.

Q.   Okay.  And then where did she go?  Do you remember?

A.   After I came back in the house, I told her what was going on and to get dressed.  And she came out and told the cops to pretty much be quiet and get out of the house because my kids were asleep and sick.

Q.   Okay.  And then what happened?

A.   They didn't listen.

Q.   Okay.  What did she do?

A.    I believe she went to the bedroom and was getting dressed.

Q.    Okay.  Were you in the house this entire time or were you out?

A.    I don't know exactly.  That's about all I remember when she got dressed.  Went to the bedroom anyways.

Q.    Okay.  Were you ever placed in handcuffs?

A.    No.

Q.    Okay.  Were you ever detained in a location, not allowed to go walk around?

A.    I mean, I sat on my couch for however long that was.

Q.    If you had wanted, could you have walked back to your laundry room?

A.    I would assume so.

Q.    Okay.  What did you tell the officers about the tools they were looking at?

A.    What do you mean?

Q.    They claimed they had a warrant for Snap-On tools.  Right?

A.    Uh-huh.

Q.    What did you -- what were you telling them about the Snap-On tools at your house?

A.    That there was a plasma cutter and the air

compressor right there.

Q.    Okay.  What did you tell them about those?

A.    That's it.

Q.    Okay.

A.    And I was still -- I was a Snap-On dealer.

Q.    Okay.

A.    That's pretty much it.

Q.    Okay.  And you didn't say anything else about the tools?

A.    Not that I remember, no.

Q.    Did you tell the officers that any of the items belonged to Snellgrove?

A.    I'm sure I did at some point.

Q.    What made you say that?

A.    I was worried about going to jail and I didn't want to fight with them.  And I damn sure didn't want to get shot, so I mean --

Q.    The plasma cutter did belong to Snellgrove.  Right?

A.    Yeah.

Q.    Okay.  Anything else that actually belonged to Snellgrove at your house?

A.    Just the -- that warranty box.

Q.    And that's the one in your trailer, the trade-in?

**72**

A.   Well, that trade-in and a warranty box, yeah.

Q.   What's the warranty box?

A.   That one I fixed.

Q.   The rivetted one?

A.   Uh-huh.

Q.   Okay.  Where was that stored?

A.   It was outside under my carport.

Q.   Okay.  Anything else?

A.   I don't know.

Q.   Why don't you know?

A.   Because it's been three years and it was a very traumatic experience.  I mean, why else?

Q.   When Mr. Snellgrove arrived, was it in the morning?

A.   Yes, it was.

Q.   Okay.  When did everyone leave?

A.   Sometime in the afternoon, late afternoon.

Q.   Okay.  Was Mister -- when Mr. Snellgrove arrived, did he ever leave and come back or was he there until everyone left?

A.   I don't know if he ever left or not.

Q.   Okay.  Did any other officers arrive or come and go that you remember apart from the ones that first --

A.   I remember Ingram showed up and then he left.

73

I guess he went and got lunch and totes.

Q.   Okay.  And who's Ingram?

A.   The former sheriff of Martin County.

Q.   Had you ever met him before?

A.   Never.

Q.   Do you know him at all?

A.   No, I do not.

Q.   Do you know him now?

A.   Just through this thing.  That's it.

Q.   Okay.  Did Snellgrove come with anybody?

A.   He brought some employees with him.

Q.   Do you remember who they were?

A.   I believe it was Randy Jones, and I believe his farmhand, Abe.

Q.   Okay.

A.   I don't know who else he brought.

Q.   Is Randy a farmhand or a Snap-On employee?

A.   He was the warehouse guy.  He checked in all our freight.

Q.   Okay.  Did you check in freight with him?

A.   No.

Q.   What's freight?

A.   Product orders.

Q.   From corporate?

A.   Yes.

Q.   Okay.   When they came in, they would go through him?

A.   He would sort it per truck, and then verify everything that was in the box was there.

Q.   Okay.   Did he ever audit your truck?

A.   No.

Q.   Okay.   And the farmhand, is he also a Snap-On employee or just helped Mr. Snellgrove somehow?

A.   As far as I knew, he was a farmhand.

Q.   Had you ever met him before?

A.   He's been at the warehouse a couple times.

Q.   Okay.   That other employee, had you ever met that other employee?

A.   I'm sure.   I don't remember who all exactly was there.

Q.   Okay.  All of the officers, Mr. Snellgrove, when they were all at your house, did they go -- where -- did they go everywhere on your property and your home?

A.   Yes, they did.

Q.   Did they open anything or just observe things? What did they do?

A.   They opened toolboxes, and from what I saw was just toolboxes.

Q.   Okay.   When did -- when was the decision made

to take property from your premises?

A.   I'm assuming before Snellgrove ever showed up.

Q.   Who told you that they were going to take -- that they were going to start loading things up?  Do you remember?

A.   They didn't tell me.

Q.   Nobody did?

A.   Huh-uh.

Q.   Well, when were you first aware that they were going to start taking things?

A.   When Snellgrove showed up with a truck, a box van, and a trailer and another truck.

Q.   Two trucks?

A.   Uh-huh.

Q.   A van and a trailer?  Is this, like, an open trailer?

A.   No, it was an enclosed trailer.

Q.   Enclosed trailer?

A.   Uh-huh.

Q.   And who did they -- all those vehicles belong to?

A.   Mr. Snellgrove, I'm assuming.

Q.   Okay.  Did you ever ask the -- or tell the officers they could take something?

A.   In a state of confusion and -- what's the

word -- coercion, I guess.  I mean, they were going to take it all anyways.  And I believe I said, "Fuck it. Y'all are going to take it anyways."

Q.   Okay.  How long did it take them to take the property that they took?

A.   All day.

Q.   Okay.  When did they leave?  Do you remember? I know you said afternoon, but do remember a time?

A.   If I was guessing, probably 4:00 or 5:00 o'clock.

Q.   Okay.  But they left that same day.  Did they take anything that wasn't a Snap-On item?

A.   Several things.

Q.   What were those?

A.   I had a bunch of knock-off tools that were not Snap-On that they were taken, I realized were missing later on.

Q.   Okay.  Do you remember what those were specifically?

A.   Not off the top of my head, no.

Q.   Where were they stored?

A.   In toolboxes.

Q.   In Snap-On toolboxes?

A.   Uh-huh.

Q.   Did you ever see anybody rummaging through

your property, digging through drawers?

A.   I did not, no.

Q.   Okay.  Who all loaded the items, if you remember?

A.   Everybody that was there.

Q.   Okay.  Did you ever see an inventory of the property taken that day?

A.   I do not think I did.

Q.   Okay.  Did you take any of your own photographs or videos of that day?

A.   No, I did not.

Q.   Okay.  Did you ever make -- did you ever see anybody making an inventory while doing that seizure?

A.   I believe Kelsey was starting one.

Q.   Okay.

A.   And then Dahl, I guess, finished it.

Q.   Okay.  And how were they making that inventory?  Just --

A.   On a yellow note pad.

Q.   Okay.  What items were taken that belonged to you?

A.   A couple toolboxes and a lot of hand tools and power tools.

Q.   Okay.  What were the most valuable items taken that belonged to you?

78

A.    It depends on how you look at it.  I mean, if you group all the hand tools together, that's probably the majority of it.

Q.    Okay.  What's a ballpark market value for all those hand tools?

A.    I couldn't tell you.  Well over 150,000.

Q.    Okay.  And where did you get all those hand tools?

A.    Years of accumulating it from buying it from a Snap-On dealer or getting it from my father-in-law.

Q.    Okay.  Do you have receipts for those?

A.    I gave receipts right after the seizure, and I believe right when I turned myself in.

Q.    Okay.  Who did you give those to?

A.    I believe it was -- we e-mailed a set to Dahl.

Q.    Okay.

A.    And I gave Jesse a hard copy when I turned myself in.

Q.    Who's Jesse?

A.    Jesse Metcalfe.

Q.    Metcalfe.  Do you know him?

A.    No, I do not.

Q.    Okay.  And what did you turn yourself in for?

A.    I got a phone call saying that there was a warrant out for my arrest and I should turn myself in.

Q.   Okay.  Where did you go to do that?

A.   In Martin County.

Q.   Okay.  You went to the sheriff's office?

A.   Uh-huh.

Q.   Did you hire an attorney?

A.   At that point, no.

Q.   Okay.  When did you first get an attorney?

A.   Right after I got out of -- when I placed bail.

Q.   Okay.  So what -- I guess, what happened when you turned yourself in?  You're at the Martin County sheriff's office, what happened?

A.   The usual.  You turn yourself in and they change you out and you go in a holding cell and you wait to go before a judge to get your bond.

Q.   And then at what point -- did you get your attorney that same day?

A.   No.

Q.   Okay.  Had you ever had to turn yourself in before?

A.   No.

Q.   Okay.  But you posted bond?

A.   Uh-huh.

Q.   And then what did you do?

A.   Tried to find a job.

80

Q.    Okay.  Did you hire an attorney or was an attorney appointed for you?

A.    I hired an attorney I believe a week or two after I got out of jail.

Q.    Okay.  Do you remember who they were?

A.    It was David Guinn.

Q.    David Guinn?  Is he an attorney out in that area?

A.    He's out of Lubbock.

Q.    In Lubbock?  Okay.  What were you charged with?

A.    Theft of property greater than 150,000, but less than 300,000.

Q.    Okay.  And did you give the list of property that -- those receipts and stuff, did you give a copy of those to David?

A.    Yes, I did.

Q.    Do you know what he did with them?

A.    I believe he gave them to the district attorney.

Q.    What was the outcome of all that?  Do you know?

A.    The case was eventually dismissed for lack of evidence.

Q.    Okay.  What happened to the property?

A.   I have no idea.  I was assuming it was in the possession of Martin County.

Q.   Okay.  What did David tell you about the property?

A.   That we needed to get this criminal case situated first, and then we could deal with the property.

Q.   Okay.  Has he provided you with any of his communications with county officials?

A.   He spoke to the district attorney several different times.  Every time we went to court, they spoke.

Q.   Okay.  All verbal, I guess?

A.   I'm -- I believe there's a couple e-mails, I'm sure.

Q.   Okay.  So the value of the property that was yours, how did you calculate that?

A.   Went on the Snap-On website and started adding things in a cart.

Q.   Okay.  And did you do that in 2023?

A.   After the criminal case, yeah.

Q.   Okay.  And do you have that original cart list?

A.   I believe we've turned it over.

Q.   Okay.  Did you ever give that cart list over

to county officials or your attorney?

A. Yes, we did.

Q. Okay. After the criminal case was dismissed, what -- when did you first seek to acquire information about your property?

A. Immediately.

Q. Okay. Who did you reach out to?

A. I actually had told my wife Kiska to handle it because I was doing the Schaeffer deal as much as I could and trying to find a day-to-day, everyday job.

Q. Okay.

A. So she e-mailed and made phone calls on my behalf.

Q. Okay. Do you know who she reached out to?

A. I believe she reached out to Dahl several different times throughout the criminal case, and after the fact of the criminal case, as well.

Q. Okay. When was the criminal case dismissed?

A. November of '24, I believe.

Q. Okay. And when that -- when that dismissal took place, did David help you with anything else, your attorney David Guinn?

A. He -- I believe he e-mailed the DA to ask about the property. And we didn't find out that the county didn't have my property until I believe David

told us.

Q.   Okay.  When did David tell you?

A.   It was after the criminal case.

Q.   Okay.  Did he keep representing you after that, or was it he was just trying to help you out?

A.   He was just trying to help us out.

Q.   Okay.  So did David and Kiska both try to figure out things about the property at the same time?

A.   I'm assuming so.

Q.   Okay.  What was -- I mean, what do you know of Kiska's efforts?

A.   She called several different times to Martin County trying to talk to Dahl and she was never informed that he quit, I guess, back in -- I think.  It was May of '24.

Q.   Okay.

A.   And this was all after November of '24.

Q.   Okay.  When you -- when you learned that the property wasn't with Martin County anymore, what month and year was that?

A.   November 2024.

Q.   Okay.  And who did you learn it from?

A.   I believe it was my criminal attorney, Mr. Guinn.

Q.   David told you?  Okay.

A.   (Indicating.)

Q.   After he told you that, did he help you with any of the property?

A.   No, he told me what -- he suggested what we should do, just get ahold of county and -- or sheriff's department and figure out what was going on.

Q.   Okay.  Did he formally send you, like, a termination letter of representation or anything?

A.   No.

Q.   So when did he stop working with you?

A.   After -- I mean, I guess after the criminal case was dismissed.

Q.   Okay.

A.   I mean --

Q.   Did he help -- or did he continue any kind of property inquiry into early 2025?

A.   I don't know.

Q.   Okay.

A.   Or yeah, he did.  Because a firearm was seized and he got ahold of the DA to get it returned.

Q.   A firearm was seized?

A.   Yes.

Q.   Anything else seized that wasn't Snap-On tools?

A.   I mean, that falls under that category and

then all those other miscellaneous tools I had.

Q.    Yeah.   The non-Snap-On miscellaneous tools, a firearm -- what kind of firearm?

A.    It was a -- they called it a short-barreled rifle.

Q.    Okay.   What was it?

A.    I mean, essentially, it was an AR with a shorter barrel.

Q.    Okay.   What brand?

A.    It was made.   I built it.

Q.    You built it?

A.    Uh-huh.

Q.    From scratch?

A.    No, an 80 percent lower.

Q.    What's that?

A.    The lower receiver of the gun is 80 percent complete.   You have to mill it out and build the gun yourself.

Q.    Okay.   So what was -- the 80 percent that was complete, who manufactured that?

A.    I don't remember.   I ordered it off line somewhere.

Q.    Okay.   Do you have that back?

A.    Yes, I do.

Q.    Okay.   How did you get that back?

86

A.    I got a phone call from the Howard County Sheriff's Department after, I guess Mr. Guinn spoke to them -- the DA.  And the DA called Howard County to tell them to release my gun.

Q.    Okay.  And that was in 2025?

A.    I believe it was February of '25.

Q.    February '25.  Apart from Snap-On tools, your miscellaneous tools, and the gun, was anything else taken from your property?

A.    There's a lot of stuff that I don't know of that's gone that I can't find.

Q.    Like what?

A.    Well, in their inventory list, it says a box of stuff to be mailed.  I don't know what was in it.

Q.    Okay.  Anything else?

A.    I'm sure.  I don't know.

Q.    Have you told me everything you remember that was taken from your property?

A.    For the most part, yeah, that I can recall.

Q.    Nothing else?

A.    Not that I know of.

Q.    Okay.  You got your firearm back in February?

A.    Uh-huh.

Q.    Was any of your other property mentioned?

A.    No.

AUSTIN HAMBLIN

87

Q.   Did David -- okay.  Do you know where the property was?

A.   We assumed it went to Snellgrove.

Q.   During the whole course of the criminal proceeding, what was your understanding of where the property was located?

A.   It was in holding in Martin County.

Q.   Okay.  Where?

A.   I have -- wherever they keep stored property.

Q.   Okay.  After the dismissal, when did you first learn of the disposition of the actual tools?

A.   Other than the fact that Mr. Guinn told us that they didn't have it, we had a meeting with Randy Cozart and deputy sheriff -- what was -- Billy Reynolds.  There we go.  And they told us that they did not have it and didn't know anything about it.

Q.   Okay.  When was that?

A.   Early 2025.  I don't remember exactly what month.

Q.   Okay.  Was it an in-person meeting?

A.   Yes.

Q.   Okay.  That arose, I guess, from phone calls and e-mails?

A.   Uh-huh.

Q.   Okay.  Did you go over to the sheriff's

88

office?

A.    Yes, I did.

Q.    Okay.  And you met with Randy and Billy Reynolds, you said?

A.    Yes.

Q.    Anyone else?

A.    No.

Q.    What did they tell you?

A.    That they did not have any of the property and they had no idea about any of it.  They didn't know about the criminal case or nothing.

Q.    Okay.  Did they offer to help?

A.    They took our statements.

Q.    Okay.  And then anything come from that?

A.    He looked over -- I guess Reynolds looked over the body cam footage and told us that he felt that the county pretty much screwed up and violated our rights and didn't do what they were supposed to do by the book.

Q.    When did he tell you that?

A.    It was in early '25.

Q.    Follow-up meeting or same day?

A.    I believe it was a phone call between him and my wife.

Q.    Okay.  How long did the meeting last between Cozart, Reynolds, you, and your wife?

A.    A couple hours at least.

Q.    Okay.  Did David come with you to the meeting with them?

A.    No.

Q.    It was just you and Kiska?

A.    Uh-huh.

Q.    Okay.  Was it, like, an hour?  How long was the meeting?

A.    I think it was at least, like, two hours.

Q.    Okay.  What -- did they give you any follow-up advice or what did you do next?

A.    I mean, they said they were -- I guess turned over everything we had after they looked into it, to the Rangers.

Q.    Okay.  Do you know if that happened?

A.    The Rangers wouldn't take it for some reason. I don't know why.

Q.    Okay.  So early '25, you had this meeting. What did you do next with regard to the property?

A.    I mean, there was no one else that I could talk to.  I mean, like I said, I let Kiska take care of all of that --

Q.    Okay.

A.    -- for me.

Q.    Okay.  Have you seen any of those tools that

were taken since the day of the seizure that's in this lawsuit?

A.   I have not.

Q.   Okay.  You've never been to the Snellgrove warehouse to look at anything?

A.   No, I have not.

Q.   Okay.  Have you seen any of the pictures of the property at the Snellgrove business premises?

A.   I have, yes.

Q.   What do those show, in your opinion?

A.   It just all combined with inventory in the warehouse.

Q.   Okay.  Do you specifically recognize anything in those pictures that belongs to you?

A.   There is a -- it's a little air pump looking thing that was on a toolbox in one of the pictures. It's real little.  You can barely even see it.

Q.   Okay.  Did you or Kiska ever reach out to the DA directly to get your property?

A.   I don't know.  Kiska might have.

Q.   Okay.  Did you have any further contact or communication with Billy Reynolds after that phone call?

A.   I mean, we met with him several times since then, or talked to him several times since then.

Q.   About what?

A.    This case.

Q.    Okay.  When was the last time you saw him?

A.    Last time I saw him?  I believe it was that meeting we had initially.

Q.    Okay.  In early '25?

A.    Uh-huh.

Q.    When's the last time you talked to him?

A.    Not too long ago.  We had a phone conversation.

Q.    When?

A.    It's been a few weeks.

Q.    A few weeks?

A.    I think, yeah.

Q.    Okay.  What did y'all talk about then?

A.    That -- we were informed he was no longer with Martin County.  He told us about the conversation or his conversation with your coworker -- I'm drawing a blank on my names.

Q.    Oh, Denis?

A.    Denis, yeah.  There we go.

Q.    Okay.

A.    And the fact that he knew that this was wrong, that the county fucked up.  Excuse my language.  Sorry.  And that's pretty much -- I mean, all of that.

Q.    How often have you spoken with him from early

92

2025 to a few weeks ago?

A.    Maybe five times.

Q.    Okay.  Talking about this case every time?

A.    Yes.

Q.    Okay.  You keep him updated with what's going on?

A.    No, I don't.

Q.    Does Kiska?

A.    Kiska is the one that usually has talked with him.

Q.    Okay.  Do you know if he's talked to your attorney?

A.    I don't know.  He might have.

Q.    Okay.  What's the -- has he given you advice?

A.    He's written a sworn affidavit for us.

Q.    Okay.  What was in that?

A.    I don't remember.

Q.    Okay.  When was it dated?

A.    Here recently, it's within this last six months.

Q.    Okay.  Did you ever file a petition for a property hearing?

A.    I had no idea that's what I had to do.

Q.    Did Billy Reynolds ever suggest something like that?

93

A.   I don't know.

Q.   Have you ever reached out to Mr. Snellgrove directly --

A.   No.

Q.   -- asking about your property?

A.   Nope.

Q.   The last time you had any kind of substantive communication with him, was it the day of the seizure?

A.   That is correct.

Q.   Okay.  How about anyone else from Snellgrove Enterprises?

A.   No.

Q.   Just clean break, you haven't talked to anybody?

A.   I mean, that worked with him while -- or worked there when I worked there?  No, I have not.

Q.   Okay.  How about anybody else?

A.   My current Snap-On dealer is a former coworker.  I mean, I see him on a bi-weekly basis.

Q.   Okay.  You're on his regular schedule kind of like you had a route?

A.   Uh-huh.

Q.   Okay.  And so you've continued to acquire Snap-On tools from --

A.   I have to, yeah, I'm a diesel mechanic.

094

Q. You buy them for work and personal use, both?

A. Yes.

Q. Okay. Have you ever replaced any of the tools that were taken that you allege you own?

A. Quite a bit of them, yes.

Q. Which ones?

A. Sockets, wrenches, toolboxes, you name it. A lot of it.

Q. Okay. Have you kept track of those purchases that replaced missing items?

A. I believe so, yeah.

Q. Do you have receipts for those replacements?

A. I do.

Q. Okay. Have you had to take out a loan for any of those replacement items that you've required?

A. No, I couldn't get a loan if I tried.

Q. Okay. So all of these are purchases?

A. Uh-huh.

Q. Do you have insurance for any of this tool loss?

A. No, I do not.

Q. Okay. Okay. Well, I've got a couple of things I'd like to get your opinion on. We'll mark this --

MR. PETTY: I've got exhibit stickers

here.  Oh, you have some, too.  Start with A or 1?

THE REPORTER:  Whatever you want.

MR. PETTY:  A.

MR. MUELLER:  I prefer numbers.

(Exhibit Number 1 marked)

Q.   (BY MR. PETTY) We'll mark this as Exhibit 1.
Okay.  I've given you this.

MR. MUELLER:  If you don't mind, can I
inspect it first?

MR. PETTY:  I've got four copies of
everything.  It's okay?

MR. MUELLER:  Yeah, it's fine.

Q.   (BY MR. PETTY) Do you recognize that?

A.   Yes, I do.

Q.   What is this?

A.   Well, the first sheet is an inventory of stuff
that my father-in-law had given me, and the other
portion of it is stuff that I remember that was taken
from my house on the day of the seizure.

Q.   Okay.  Do these -- does this cover sheet, the
affidavit, belong to this whole list?

A.   No.

Q.   Okay.  What specifically does the cover sheet
refer to?

A.   All of number one.

**96**

Q.   Okay.

A.   And I mean, there's other stuff that he had given me over the years that would be added to that because it was just a hurry-up-and-get-this-done type of deal.

Q.   Okay.  So who made the inventory that's on pages 2 through 4?

A.   That would have been me and my wife.

Q.   Okay.  And you're saying that Mister -- is it Kneipkamp?

A.   Kneipkamp, yes.

Q.   Kneipkamp.  Sorry.  His statement applies to 1, A through M on page 1; is that right?

A.   Yes.

Q.   Okay.  Is it your understanding that 1, A through M, are tools that were taken in the seizure?

A.   Yes.

Q.   And they -- all of these were taken in the seizure and they belong to you?

A.   Yes.

Q.   By purchase or gift?

A.   Mix of both.

Q.   Okay.  And they all came from Mr. Kniepkamp?

A.   Yes.

Q.   What's the value of this?  Or does the value

of this exist in something else you submitted?

A.   It's in that entire list of stuff that we, I believe, submitted.

Q.   Okay.  What is Item 2, A through D, what are those?

A.   Those are stuff that I inherited from my grandfather that passed away.

Q.   Okay.  All of these were taken in the seizure?

A.   Yes.

Q.   Where were they stored if you remember?

A.   In a toolbox.

Q.   Do you remember specifically which one or just one of them?

A.   No, I don't.  Just one of them.

Q.   Would these have been in your house or in the laundry room?

A.   Probably the laundry room.

Q.   Okay.  What's the value of 2, A through D -- or A through E?

A.   I couldn't tell you.

Q.   Okay.

A.   They were sentimental.

Q.   How old would they have been?

A.   I believe they were -- he bought them back in the Seventies.

Q.   Okay.  And are all of these items Snap-On or some of these -- some of this other miscellaneous stuff you were talking about might be a different brand?

A.   No, all of that stuff was Snap-On.

Q.   2, A through E, is Snap-On from the Seventies you said?

A.   Uh-huh.

Q.   And 1, A through M, where would those have been stored?

A.   1, A through M, oh, in the laundry room as well.

Q.   Okay.  Okay.  In drawers?

A.   Yes.

Q.   Are any of these items large items, or are all of these all small items?

A.   There's some large items in there.

Q.   Which ones are large?

A.   Road chest, a transmission bar, I mean, that's a 36-inch wrench.

Q.   Okay.

A.   Pry bars are fairly large.

Q.   Okay.  Is the road chest big enough to store other things?

A.   Yes.

Q.   And were there other things in it?

A.    Yes.

Q.    Okay.  What's the road chest worth?

A.    I don't know how much they are nowadays.

Q.    How old was the road chest?

A.    I don't remember.

Q.    Okay.  And -- okay.  3 -- Item 3 on page 2 says, "other miscellaneous tools taken that were not Snap-On," it's A through O.

A.    Uh-huh.

Q.    Do all of these items belong to you?

A.    Yes.

Q.    Were they taken in the seizure?

A.    Yes.

Q.    And were they -- where were they stored?

A.    In toolboxes.

Q.    Okay.  Any of these items large items?

A.    No, not really.

Q.    Okay.  Do you know a value for any of the --

A.    Not off the top of my head, no.

Q.    Okay.  And then if you were to put a value on any of this, how would you do it?

A.    Well --

Q.    Market value, I should say.

A.    Well, number one, you could look it all up. Two, I mean, like I said, it's sentimental.  And then

three, I mean, some of the stuff you could look up and see what it costs new.

Q.    Okay.  One, you told me came from your father-in-law?

A.    Uh-huh.

Q.    Two is from your grandfather?

A.    Yep.

Q.    Three is purchases of your own?

A.    Yeah.

Q.    Okay.  All of them?

A.    Yes.

Q.    Okay.  One and two are 100 percent Snap-On, three is miscellaneous manufacturers.  Correct?

A.    That's what it says, yes.

Q.    And did you make this list or did Kiska make this list?  Did you make it together?

A.    She helped me make it, yes.

Q.    Okay.  When?

A.    I don't remember.  Early in the criminal case, if I remember right.

Q.    Did you give this list to your attorney -- your criminal attorney David?

A.    Yes, I'm pretty sure we did.

Q.    Okay.  Did you send this to anybody at the county?

A.   I don't know.

Q.   That's fine.  Okay.  Number 4 says, items left on Snap-On truck.  It's page 3.

A.   Uh-huh.

Q.   What are all these items?

A.   Personal stuff that was left in the Snap-On truck that I worked out of.

Q.   Was the Snap-On truck -- is this the Snellgrove Enterprises truck?

A.   Yes.

Q.   And it was on your property the day of the seizure?

A.   No, it was not.  It was at his facility.

Q.   Okay.  These weren't taken in the seizure, these were in your work truck?

A.   Yes.

Q.   Okay.  And you had all of this in your work truck and you never got any of it back, is that what you're saying?

A.   Yes, sir.

Q.   Did you ever ask for this stuff back?

A.   I never spoke to Snellgrove after the initial seizure.

Q.   Okay.  What's the value of this list?

A.   I mean, some of it, you can't put a value on.

I mean, pictures of family are irreplaceable.

Q.   Are any of these items Snap-On made?

A.   No.

Q.   Okay.  How are your pictures of family irreplaceable?  Is it just the only copy in existence?

A.   No, it's just early pictures of my kids that I had, and it might have been one of the only ones I had.

Q.   Did you take pictures of your kids on your phone?

A.   Yeah.

Q.   Did you save those pictures?

A.   I go through my phone and delete pictures all the time.

Q.   Why?

A.   Free up storage.

Q.   Okay.  Do you know for a fact that you couldn't -- you can't print any of these pictures again?

A.   I'm sure I could, but you asked for value of something.

Q.   I'm just asking.  Did your pictures -- were they in really expensive frames?

A.   No.

Q.   Were they just paper only?

A.   They were just whatever a picture paper is made out of.

AUSTIN HAMBLIN

103

Q.   Okay.  What size?

A.   I don't remember.  Probably six by nines.

Q.   Okay.  When did Mr. Kniepkamp give you this cover page?

A.   Well, it was notarized in February of '24.

Q.   Did you ask him to look at the list and give you a cover page?  How did it come about?

A.   I asked him to give me a list of everything that he had given me and I purchased from him.

Q.   Did this cover page originally go with this, or did it -- was something else attached to it?

A.   I don't remember exactly how it came.  It might have been two pieces of paper.

(Exhibit Number 2 marked)

Q.   Okay.  Okay.  I'll give you Exhibit 2.  Well, I smudged it, but it's a 2.  It's front and back.

MR. MUELLER:  Sure.  This is fine.

Q.   Do you recognize that?

A.   Yes, I do.

Q.   What is this?

A.   This is a copy of tools that I had purchased since I started working at Fate Fleet.

Q.   Okay.  Do -- why -- why did you give this to your attorney to include in the case?  What does it show?

A.    Stuff that I had bought to replace the stuff that was seized from my house.

Q.    Okay.  All of these invoices on here, do they correspond to a tool that you had to specifically replace?

A.    Yeah.

Q.    Every single one of them?

A.    I mean, it's not the exact same brand, but yes.

Q.    Are all of these entries Snap-On entries?

A.    No.

Q.    Okay.  So which ones of these correspond to an item that was taken in the seizure?

A.    So, like, there's one that says KDT8123, for example.  I know off the top of my head that's a Knipex part number.

Q.    KDT81230T?

A.    Uh-huh.

Q.    Okay.

A.    If I'm not mistaken, the LIS numbers are Lisle, which you can get through Snap-On as well.

Q.    Okay.  And you're looking at the back page.  I see, starting at the top, under the name column -- one, two, three, four, five, six -- seven LIS entries; is that correct?

A.   Yes.

Q.   And you're telling me all of these are replacement items for seizure property?

A.   Yeah.

Q.   And what are they?

A.   The brand would be, like, a Lisle, which you can get through Snap-On's supplemental catalog.

Q.   Okay.  Can you tell from these numbers the actual type of tool it is?

A.   Not off the top of my head, no.

Q.   Okay.  Anything else on this list a direct replacement of a tool that was taken in the seizure?

A.   It wasn't the exact same thing as what was taken, but yeah.

Q.   What else -- what else is a replacement tool? Like, what else is a replacement purchase?

A.   All of this is replacement stuff.

Q.   Okay.  How do you know?

A.   Because I have bought it to use to do my job. Even if it's not Snap-On, it's a replacement for a Snap-On tool.

Q.   Okay.

A.   Just a different brand.

Q.   And if you've purchased this as a replacement, have you kept a record of the replacement referenced to

the tool that was taken?

A.   No, I have not.

Q.   Can you point out which ones of these correspond to which ones of these tools that are in this list in Exhibit 1?

A.   Just the -- from my father-in-law or --

Q.   Any of these.  You said all of this was taken.  Right?

A.   Yeah.

Q.   Okay.

A.   I can't tell exactly which ones are what because it doesn't tell you what the tool is.

Q.   Is there a way to get more detail from Fate Fleet?

A.   This isn't from Fate Fleet.  It's from Doug Scott Tools.

Q.   Is there a way to get more information from Doug Scott Tools?

A.   Possibly, yeah.

Q.   Who is Doug Scott Tools?

A.   He's an independent tool dealer.

Q.   A Snap-On dealer?

A.   Independent tool dealer.

Q.   Does he also sell Snap-On?

A.   I mean, if somebody were to trade something

in.

Q.   Okay.   But he wouldn't be authorized otherwise?

A.   No.

Q.   Okay.   Anything else on this that is a replacement or reference to a seized item?

A.   I mean, like I said, it's all replacements from everything that was taken, just not the same brand.

Q.   Every single entry?

A.   Well, there's one that says gloves, I think. Yeah, like this AMX is a box -- a case of gloves.

Q.   So that's not one?

A.   Yeah.

Q.   Not related.  Okay.  Anything else not related?

A.   Not that I'm aware of.

Q.   What would you do in order to get more information to do a better reconciliation on this?

A.   Try to look up the part numbers.

Q.   Part numbers, are they on this name column?

A.   Yes.

Q.   Okay.  And you said Doug was a general tools dealer.  Are all of these prefixes brand names or are they just part --

A.   From my experience, it looks like some part

numbers, and then some are prefixes.

Q.   Okay.  So this list isn't all one manufacturer, it could be all different manufacturers?

A.   Exactly.

(Exhibit Number 3 marked)

Q.   Okay.  This will be Exhibit 3.

MR. MUELLER:  No objection.

MR. PETTY:  Thank you.

Q.   (BY MR. PETTY) Do you recognize that?

A.   This is a copy of items I had bought from Snap-On from my father-in-law.

Q.   Okay.  I'll let you finish looking that all over.

MR. MUELLER:  Mr. Petty, if you want to go through this in detail, can I have a copy so I can review it as we go along?

MR. PETTY:  Did I not give you one?  Oh, I'm sorry.

A.   Okay.

Q.   (BY MR. PETTY) So is it true that all of the products sold in this list are in this product number column?

A.   Yes.

Q.   Okay.  So each of these strings of letters and numbers are first to a tool?

A.   Yes.

Q.   Okay.  You said you -- these are all tools you've received from Mr. Kniepkamp.  Correct?

A.   And it looks like there was a credit section at the end of it, yes.

Q.   What does that credit section mean?

A.   Through Snap-On credit.

Q.   Okay.  What does that show, then, that's different?

A.   It doesn't show that it's different.  It's just stuff that I had bought from -- essentially, I could have bought it from any -- a different dealer that I saw at that time.

Q.   Are any of the tools shown in this entire exhibit, were they taken in the seizure?

A.   Yes.

Q.   Which ones?

A.   All of it.

Q.   All of these?

A.   Yes.

Q.   So every single product number was something that was taken?

A.   Essentially, yes.

Q.   Okay.  How do you know that?

A.   Because I do not have any of it anymore.  I've

had to replace it.  Well, like, obviously a jacket, they didn't take a jacket.

Q.    Okay.

A.    You know.

Q.    Oh, that I see on page 2?

A.    Yeah.

Q.    Okay.  And this list shows only Snap-On tools. Right?

A.    No, not exactly.

Q.    Okay.  Where would it -- why would it not -- in what way would it not be Snap-On?

A.    Because there's stuff in here that you can buy through a supplemental catalog that Snap-On offers. Just like that KNX part number from the previous exhibit.

Q.    Okay.  So can you tell me which ones of those are not Snap-On or --

A.    So if you go to the third page, essentially, there's a part number that says KNX002, that is not a Snap-On part number.

Q.    How do you know that?

A.    Because I know the prefix of it is a Knipex brand from my years of being a Snap-On dealer.

Q.    Okay.  And -- but this is something you're saying can only be acquired through a Snap-On catalog or

a third-party catalog?

A.   No, so it's called a supplemental catalog that a Snap-On dealer could order it through to sell.

Q.   Okay.

A.   That's not furnished from Snap-On.

Q.   Okay.  Is this -- have you gone through this report and compared it to any of the other documents and inventories or lists in this case?

A.   I believe so.

Q.   Which ones have you compared it to?

A.   Tried to compare it to the one that Snellgrove made.

Q.   The -- that Snellgrove made?

A.   Uh-huh.

Q.   What -- what do you remember about that comparison?

A.   A lot of part numbers have changed.

Q.   How would the part number change?

A.   New model.

Q.   Okay.  And would that change -- the part number change, would that come down from Snap-On corporate?

A.   Yes.

Q.   Okay.  How would we reconcile a new part number with an old part number?

A.   You'd just have to go manually look it up and see if it has a new part number, because if you type it in, it should auto-generate on their website.

Q.   You would do that on the website?

A.   That's how I would do it, yes.

Q.   Okay.  And you can type part numbers in on the website?

A.   Uh-huh.

Q.   Okay.  And then that will link to old numbers?

A.   Well, it will tell you it's either non-existent or it will give you a suggestion of what would be the new number.

Q.   Okay.  Does -- do you know whether or not Snap-On keeps a list of part numbers and updated part numbers and --

A.   I don't know what Snap-On keeps up with.

Q.   Okay.  This -- at the -- can you turn to the very last page?

A.   Uh-huh.

Q.   The -- the totals down here, it says, that total, January 1st, 2010, through May, 24th, '23, and then it says purchases, $10,039.93, payment amount, 13,500.24.  What do those totals refer to?

A.   The price of the item at that point in time that started in '14 to -- the last purchase was shown in

'19.  So the total cost of everything that I had purchased from those years, and then what I paid.

Q.   Why is the payment higher than the purchase amount?

A.   Because of Snap-On credit, their interest.

Q.   Okay.  So some of this you got on credit and paid it off?

A.   Uh-huh.

Q.   And did you have a credit account directly with Warren?

A.   No, actually through Snap-On credit.

Q.   Okay.  How did it -- okay.  So this is the -- how did it get Warren's name at the top, then?

A.   I asked him to print it because he looked up my EC number and printed the credit side of it all, and then the items that I bought off of him.

Q.   Okay.  So there's kind of two reports in here?

A.   Yeah.

Q.   What's an "EC" stand for?

A.   Extended credit.

Q.   Okay.  And Warren printed your personal EC account?

A.   Yes.

Q.   Okay.  And he was just able to do that because he's a dealer?

A.    Yes.

Q.    Okay.  But the EC -- and it says -- am I correct that the EC account pages have "EC account" at the top?

A.    Yes.

Q.    On this black -- solid black bar in white letters?

A.    Yes.

Q.    Okay.  So your EC account total is reflected here on page 20?

A.    It says totals for all accounts.

Q.    Okay.  So this is including everything from Mister -- is it Kniepkamp?

A.    Yes.

Q.    Thank you.  I'm sorry.  Kniepkamp.  Okay. What are these tools, do you know?  Can you look from -- or can you tell me based on looking at the product numbers?

A.    Looks like a ratchet, some wrenches, there's some pry bars on there, looks like a flashlight.  Just your everyday hand tools.

Q.    Okay.  Any big items?

A.    There's a toolbox or should be two toolboxes in here somewhere.  Where?  I don't know.  There's a cart right there.

Q.   Where?

A.   On page 13, the KRBC.  I don't remember the part number to the boxes, but I know that one was a cart.  They're in here somewhere.

Q.   When the seizure occurred, did any of the tools that were taken, were they brand new, any of them?

A.   What do you mean "brand new"?

Q.   Have you used all of the tools that were taken, or were some of them new, in box?

A.   There was a few that were in boxes still.

Q.   Okay.  How many of these entries were replaced here?

A.   I don't know.  Like, a lot of the sockets were replaced through Doug, just for the fact of the price, they were cheaper.

Q.   Okay.  And market value, these totals from 2023, what would their market value be now, higher or lower?

A.   I'm assuming it would be higher.

Q.   Why?

A.   Inflation of everything.  Everything goes up over the years.

Q.   Okay.  Is this a complete list of everything you got from Mr. Kniepkamp?

A.   No, because there's stuff that he gave me that

he didn't sell me.

Q.    Okay.  Have you made a list of gifts apart from this Exhibit Number 1?

A.    No.

(Exhibit Number 4 marked)

Q.    Okay.  Exhibit 4.

MR. MUELLER:  You can look through that while I look through this.  Give me a second.  I will simply note that this is a list of financial transactions, some of which are obviously relevant to our matter, some of which are not.  Just random things, for example, Burger King or Buffalo Wild Wings purchases.  So I guess I'll just note that for the moment and reserve the right to move for -- limit it for irrelevant matter at a later time.

MR. PETTY:  That's fine.

MR. MUELLER:  Otherwise, I have no objection.

Q.    (BY MR. PETTY) Do you recognize this?

A.    It looks like a bank statement from a bank account we had.

Q.    Do you still have this account?

A.    No, we do not.

Q.    Okay.  Why?

A.    We don't live in New Mexico anymore.

Q.   Okay.  What does this show?

A.   Everything that was deposited and spent through that account.

Q.   Why did you produce it in this case?

A.   To prove that I had other purchases that were no longer Snap-On, that were not Snap-On, and to show the payments to Snap-On through these accounts.

Q.   Okay.  So these statements show your purchases of Snap-On tools?

A.   No, tools that were not Snap-On tools and to show payments to Snap-On for tools that I had purchased.

Q.   Okay.  And these payments to Snap-On, is that under your credit account?

A.   Just depends on if it says "Snap-On credit" or whatever it may be.

Q.   Okay.  When did you close this account?

A.   This statement period was 2-4 of '15 to 2-17 of '15 on the front page.

Q.   Right.  We've got statements going all the way to 2018 at the back.

A.   Okay.  So then 2018 is when that account was closed.

Q.   And did you move away from New Mexico in 2018?

A.   Yes, we did.

Q.   Where did you go?

118

A.   Oklahoma.

Q.   Okay.  Were you married already?

A.   We had been married, yes.

Q.   Okay.  So the reason for you closing this account was your move to Oklahoma; is that right?

A.   Yes.

Q.   Okay.  But -- so going through here, there's some highlighted entries.  So if you'll just turn to the next page, there's a highlight on -- I'm sorry.  On February 23rd, what is that highlight there for?

A.   I have no earthly idea.

Q.   The yellow?

A.   I couldn't tell you.

Q.   Okay.

A.   It says 200 for an ATM.

Q.   What's -- if you even know, what's the significance the of address 1901 North Main?

A.   That's wherever that ATM was, apparently.

Q.   Okay.  So the next page after that, this is statement period September -- February 17th, 2025, there's two highlighted rows.

A.   Uh-huh.

Q.   What -- and it says, March 2nd -- the March 2nd line goes to Sears Roebuck.  What's the significance of that line?

**119**

A.    I had bought tools from Sears.

Q.    Okay.  Do you know what these tools were?

A.    No, I don't remember.

Q.    Were they taken in the seizure?

A.    Yes, they were.

Q.    How do you know?

A.    Because all of my stuff was taken.

Q.    You didn't have a single tool left after they left?

A.    No, I did not.

Q.    Do you know, since this was a purchase in 2015, whether you still had these tools?

A.    I didn't lose tools, so it very well could have been that I still had it, yes.

Q.    Very well could have been, or did?

A.    I'm sure I still had it, yes.

Q.    How are you sure?

A.    Because I don't lose my tools.  I'm very -- what's the word -- OCD about it.

Q.    Have you ever broken a tool?

A.    Well, yes.

Q.    Do you throw them away if they break?

A.    Not if it's a warranty-able tool.

Q.    Is Sears tools, are they warranty-able?

A.    Yes, they were.

Q.   How often do you do a warranty replacement with Sears?

A.   I didn't have a whole lot of Sears tools.

Q.   So you can't say one way or another if you had these Sears tools the day of the seizure, can you?

A.   Like I said, pretty sure I had it, but I don't know exactly what it was.

Q.   Okay.  What's the next entry on that page, March 6th, Gary Cloud Matco Tools, what's that?

A.   Matco tool dealer.

Q.   What is the tool here?  What did you purchase?

A.   I had a list of stuff from Matco at one point in time.

Q.   At list of stuff in this lawsuit?

A.   It was a list of tools.  It's not necessarily pointed out in this lawsuit.

Q.   What's the significance of the Matco Tools list?

A.   Because it refers to miscellaneous items. Because it's not a Snap-On tool that was taken.

Q.   What were they specifically?

A.   I don't know.

Q.   How much are they worth?

A.   I couldn't tell you.

Q.   Okay.  Next page.  There's another Sears entry

on March 19th and on page 1 of the March 17th, 2015, statement.  What was that purchase for?

A.    I don't remember.

Q.    Why is it highlighted?

A.    It's just to show relevance of other tools other than Snap-On.

Q.    For what purpose?  I mean --

A.    Because everything -- not everything at my house that was taken was Snap-On.

Q.    Okay.  So if -- as you flip through here, can you tell me specifically what each of these line items refer to, the ones that are highlighted?

A.    Well, you go directly to the next page, it says Chris Davis Snap-On, that was a payment for Snap-On tools to a Snap-On dealer.

Q.    Is this transaction -- would it be reflected in Exhibit 3 --

A.    Should be in there somewhere.

Q.    -- under credit?

A.    It should be somewhere in there, yeah.

Q.    Okay.  So this would be -- this transaction would be picked up in your credit statement somewhere?

A.    It should be, yes.

Q.    Okay.  There's another highlighted entry on June 1st on the May 12th, 2015.  It's Chris Davis again.

A.    Uh-huh.

Q.    Same thing?

A.    Yep.

Q.    When you made payments to Snap-On, did you make regular payments in the same account, or did you just --

A.    Usually.  I mean, it just varied.  Sometimes I'd fall behind because of life, you know, but it was usually the same amount.

Q.    Now Chris Davis is a Snap-On dealer.  Is he the first Snap-On credit account you mentioned that you had?

A.    He didn't open the account.  He took over the account, yes.

Q.    Okay.  Can you tell me for each of these entries that are highlighted specifically what tools were purchased?

A.    No.

Q.    Can you tell me if any of the tools purchased here were the ones that you started warrantying out when you first started working with Snellgrove Enterprises?

A.    I can't tell you what tools they were, but if you see the Chris Davis Snap-On, it was a Snap-On tool that I warrantied, out I'm sure.

Q.    So some of these bank statement entries would

have been warrantied out at a later date?

A.   Yes.

Q.   You don't know which ones?

A.   No.

Q.   Why are the ATM entries highlighted?

A.   I do not know.

Q.   Who's blacked out up here?

A.   That's probably my wife or it's my address.

Q.   Your address in New Mexico?

A.   Uh-huh.

Q.   Okay.  Did you own this account with anyone else?

A.   Just my wife.

Q.   And there were never any other owners apart from the two of you?

A.   No.

(Exhibit Number 5 marked)

Q.   Okay.  Okay.  I'll mark this as Exhibit 5.

THE WITNESS:  Can we take quick break so I can use the restroom?

MR. PETTY:  Sure.

(A recess was taken from 11:59 a.m. to 12:05 p.m.)

MR. PETTY:  Any objection for the exhibit?

MR. MUELLER:  Oh, yeah.  No objection.

**124**

Q.    (BY MR. PETTY) I'm going to hand you these. I'll represent to you that I added numbers to the bottom of the pictures on these pages.  So if you'll look -- just flip through this and let me know if you recognize all of these pictures?

A.    Yes, I do.

Q.    Okay.  Let's just start with Picture Number 001 on the front page.

A.    Okay.

Q.    What does this picture show?

A.    A couple toolboxes and a truck.

Q.    Okay.

A.    And some boxes of stuff.

Q.    Why did you produce it in this case?

A.    It has a picture of a toolbox -- a couple toolboxes in it.

Q.    Okay.  Are those toolboxes metal, plastic, or both?

A.    Metal.

Q.    Okay.  Can you point -- or just tell me where they are in the picture?

A.    There's one towards the back of it, it looks like, and then one at the front by the pole.

Q.    Okay.  So the one in the foreground is a toolbox, and there's a tall one in the very back behind

those rocking chairs, it looks like.  That's a toolbox as well?

A.    Yes.

Q.    Do you know if those are Snap-On toolboxes?

A.    No, they're not.

Q.    What are they?

A.    I don't remember what brand they were.

Q.    Okay.  Do you still have those?

A.    No, I sold those.

Q.    Okay.  Are -- was any item of this property in this picture taken in the seizure?

A.    No.

Q.    Okay.  The next picture is 002.

A.    Uh-huh.

Q.    What does this picture show?

A.    Looks like a chewed-up screwdriver and a water hose end.

Q.    Were either of those items taken in the seizure?

A.    Not those particular items, no, but replacements of them were.

Q.    Replacements of these items were taken in the seizure?

A.    Yes.

Q.    Okay.  When did you replace these items?

A.   I couldn't tell you.

Q.   Do you know what you replaced them with?

A.   The same item.

Q.   Are these Snap-On items?

A.   Yes, they are.

Q.   Okay.  Any other item of property in Picture 002 that was taken in the seizure?

A.   No.

Q.   Picture 3, is there any item of property taken in the seizure in this -- shown in this picture?

A.   Looks like there's AC gauges hanging on the wall in the back.  I think that's a set of sockets sitting on top of the car.

Q.   Okay.

A.   Looks like there's a fender mat on the engine bay and some miscellaneous tools on the floor.

Q.   All Snap-On?

A.   From what I can tell.  I know those gauges were and the sockets were on the top of the car.  I couldn't tell you exactly what brand the tools are on the floor.

Q.   Do you have any of these tools still?

A.   No, I do not.

Q.   Were they all taken in the seizure?

A.   Yes, they were.

**127**

Q.    Is this garage your property?

A.    It was at my house in New Mexico.

Q.    Okay.  Picture Number 1, where is that located?

A.    In Big Spring.

Q.    Okay.  Do you know where Picture Number 2 is?

A.    I want to say it was in Big Spring, but I don't know.

Q.    Okay.  Picture 4, are there any seized items shown in this picture?

A.    Yes, the black toolbox that's over on the right side.

Q.    Okay.

A.    Looks like a floor jack and whatever tools are in both those toolboxes.

Q.    Are both those toolboxes Snap-On?

A.    One of them is, the other one is not.

Q.    So among the seized items were non-Snap-On toolboxes?

A.    I don't recall.

Q.    Okay.  Who's the person in this picture?

A.    That is me.

Q.    Okay.  And is this in Big Spring?

A.    No, this was at a shop I was renting in Lubbock.

Q. In Lubbock? Okay. Any other seized tool shown in that picture?

A. Not that I can see from this far away.

Q. Okay. Picture Number 5, any seized tool shown in that picture?

A. Looks like a jack and then whatever -- I mean, that's the only thing I can really see.

Q. Is this also in Lubbock?

A. Yes.

Q. Okay. Picture 6?

A. Uh-huh.

Q. Any seized tool shown in this picture?

A. I don't know. I mean, there could be tools in that little plastic case or fittings or whatever the case may be. I don't know.

Q. Okay. Who are the people in this picture?

A. That's me and my cousin, Brad.

Q. Is this in Big Spring?

A. Yes.

Q. Okay. And this trailer that's right here looks like it has Snap-On on it. Whose trailer is that?

A. Snellgrove's.

Q. Okay. Is this the trailer you used day to day?

A. No.

Q.   Which one is this one?

A.   That was one that he had that we would use.

Q.   Use for what?

A.   Delivering toolboxes.

Q.   Okay.  What are you loading on here?

A.   Looks like an air compressor.

Q.   Do you remember when this was?

A.   Looks like it had to have been when I bought the house in '20.

Q.   Okay.  How often would you use this other Snap-On trailer?

A.   Not very often.

Q.   Okay.  Looks like Picture 7 and 8 are more pictures of the same thing?

A.   Yeah.

Q.   Does 7 and 8 show any seized tools?

A.   I can't tell what's inside the trailer but --

Q.   Right.

A.   So --

Q.   Okay.  Okay.  Picture 9, just next page.  Does Picture 9 show any seized tools?

A.   Just that black toolbox on the right bottom one.

Q.   Okay.

A.   Looks like there's a Snap-On bag and whatever

AUSTIN HAMBLIN

130

tools are in them, obviously.

Q.   How about that blue toolbox?

A.   No, that one got sold.

Q.   Okay.  And is this picture taken in Big Spring?

A.   No, that was in Oklahoma.

Q.   Oklahoma?  Okay.  Picture 10 -- I guess 10, 11, and 12, any seized tools in those three pictures?

A.   I mean, there's tools in all of these pictures.  I don't know exactly what all of them are.  Like I said, there was some AC gauges hanging up on the wall and whatever is in that plastic case, and the stuff on the cases on the wall in the back.

Q.   Okay.  This is your New Mexico --

A.   Yeah, that was my house in New Mexico.

Q.   -- house?  Okay.  Picture 13.

A.   Uh-huh.

Q.   Does that show any seized tools?

A.   No.  Just whatever's inside the toolboxes.

Q.   Okay.  Pictures 14 and 15, are there seized tools in those two pictures?

A.   Yes, the toolbox and the drawers and stuff on the floor.

Q.   Okay.

A.   And whatever else in those other boxes.

Q.   Okay.  These mats with Snap-On on those?

A.   I think those were floor mats we had at one point.

Q.   Okay.  Were they seized?

A.   No.

Q.   Okay.  There's also a toolbox already on the trailer --

A.   Uh-huh.

Q.   -- in the background.  Was that seized?

A.   No.

Q.   Okay.  But the one in the foreground with the drawers on the floor, that one was seized?

A.   Yes.

Q.   Okay.  Picture 16.

A.   Uh-huh.

Q.   What is that?

A.   Pictures of hammers.

Q.   Were they taken in the seizure?

A.   I believe so, yeah.

Q.   Are they Snap-On?

A.   Some of them are, some of them aren't.

Q.   Okay.  Do you know if this picture was taken in Oklahoma, New Mexico, or Texas?

A.   Man, I couldn't tell you.

Q.   Okay.  Picture 17, any seized tools in that

picture?

A.    There's an air hammer on the floor and then toolboxes.

Q.    Those -- both those toolboxes taken in the seizure?

A.    The black one.

Q.    Okay.

A.    They both look black, but yeah.

Q.    Is -- the one on the left is black?

A.    Yeah.

Q.    Yeah.  Okay.  Picture 18, what does this show?

A.    A ratchet I broke.

Q.    Do you know when?

A.    I was working on my truck at one point.

Q.    Is this in New Mexico, Oklahoma, or Texas?

A.    No, this was in Big Spring.

Q.    Okay.  Was this taken in the seizure or the replacement of it?

A.    The replacement of it.

Q.    Okay.  And then Pictures 19 and 20?

A.    Looks like it was my road chest that I had.

Q.    And the road chest, are all of these tools inside of it yours?

A.    Yes.

Q.    And where was the road chest?

AUSTIN HAMBLIN

133

A.    It was -- I don't remember if it was in the laundry room or not.

Q.    Okay.  Was it on your work truck?

A.    At this point in time when this picture was taken, yes.

Q.    Okay.

A.    Or my Snap-On work truck?  No.  When I was a mechanic, it was.

Q.    Okay.  This was your mechanic's road chest?

A.    Yes.

Q.    Okay.  These picture taken in Big Spring?

A.    I don't remember when those pictures were taken.

Q.    Okay.  All of these items seized?

A.    Yes.

Q.    Okay.  Picture 21, all of these items seized?

A.    All the sockets in it, yes.

Q.    The blue toolbox was not.  Correct?

A.    That is correct.

Q.    Okay.  Pictures 22 through 26 are screenshots from videos that you sent in.  Same questions, do they show seized items?

A.    There's some magnetic trays on the truck on 22.  And 23 and 24 are pretty much the same as the previous ones of that same picture.

**134**

Q.   Right.

A.   Just --

Q.   Okay.  Is that 5?

A.   Yes.

        (Exhibit Number 6 marked)

Q.   6.

        MR. MUELLER:  No objection.

Q.   Can you -- or just, do you recognize those?

A.   Yes, I do.

Q.   What are these?

A.   Snap-On credit contracts.

Q.   And why did you produce them in this case?

A.   These are the same things as what I turned over when I turned myself in for proof of ownership of tools.

Q.   Okay.  You took these with you to the Martin County Sheriff's Office?

A.   Yes, I did.

Q.   Okay.  And do these -- if we flip -- you know, there is an appendix property description after all of these that has a list of tools.

A.   Yep.

Q.   Do anything in these lists correspond to the big table from your father-in-law?

A.   Big table from my father --

Q.    From this exhibit right here?

A.    No, because he did not do any credit contracts on me.

Q.    Okay.  The credit, that's the last half of this, the credit account, does that show the similar -- or does that show any of the same transactions in those receipts?

A.    It should, yes.

Q.    Okay.  All of this whole packet are your credit purchases?

A.    Yes.

Q.    And all of these items shown were taken in the seizure; is that right?

A.    That or the replacements of them, yes.

Q.    Or the replacements of them.  Okay.  What are we at? 6?

A.    Should be on 7.

(Exhibit Number 7 marked)

Q.    7.

MR. MUELLER:  This is the search warrant and the listed inventory.  Did you mean to include the supporting affidavit or no?

MR. PETTY:  No.

MR. MUELLER:  Okay.  Very well.  No objection.

Q.   (BY MR. PETTY) Have you ever seen that before?

A.   The second page.  And the first page, I saw it after the search was conducted --

Q.   Okay.

A.   -- at some point.

Q.   I'm interested in Attachment A, this list of property.

A.   Okay.

Q.   Which of these items in this list belong to you?

A.   Let's see.  It looks like 25, 33, and 34 were the same thing.  30, 28, looks like 12.

Q.   Okay.

A.   3.  I mean, a bunch of this stuff could have been in one of those tools boxes.  Nine-piece extensions.  It didn't specify where it was, so Number 8 could have been in one of those boxes.

Q.   Okay.

A.   Same for 6.

Q.   Okay.

A.   10 and 9.  Don't know if I've already said that.

Q.   Huh-uh.  No, that's fine.

A.   26.  The motor on the motorized bike was mine.

Q.   Okay.  What number is that?

A.    37.   And then one of the jacks were mine, which you could do 35 or 36, or both.  It don't matter.

Q.    Okay.  Jacks.

A.    I want to say 31 came from possibly my father-in-law.  I don't remember.

Q.    Okay.  We'll mark it anyway.  Anything else on this first page yours?

A.    I don't know.  Probably not.

Q.    Okay.  Next page then, same thing.  Any of these items yours?

A.    Number 45 was.  And 50.

Q.    Okay.

A.    And 49.

Q.    Okay.  Was there meth?

A.    I had no recollection of it.

Q.    Okay.  The red bicycle, is that the same as this --

A.    It's the same thing, but I had put a motor on it for the promotion we were going to do.

Q.    Okay.  So there was two bikes or just one?

A.    There was two.

Q.    Okay.  So there was one motorized, one not motorized?

A.    Uh-huh.

Q.    Both taken?

A.    Yes.

Q.    One of them is not -- was Enterprises', the motor on the motorized one was yours?

A.    I guess you could say that.

Q.    I'm just trying to make sure I understand. Okay.  Were there meth pipes?

A.    I had no recollection of any meth pipes at the house.

Q.    Okay.  Have you told me everything on this particular list that you believe belongs to you?

A.    Yes.

Q.    Okay.  In your opinion, is this a complete list of everything that was taken?

A.    No.

Q.    Okay.  What's missing?

A.    It is not detailed at all about anything. Assorted hand tools, power tools contained in roll cabinet drawers and tool chest.  That could be 15 different sets of sockets or whatever you may have. I've looked at -- I mean, there is -- there was a lot more than 51 items taken.

Q.    Okay.  What is that one?

A.    That was 7.

        (Exhibit Number 8 marked)

Q.    8.

AUSTIN HAMBLIN

**139**

MR. MUELLER:  No objection.

MR. PETTY:  Thank you.

Q.   Do you recognize that Exhibit 8?

A.   Yes, I do.

Q.   What is that?

A.   That is Mr. Snellgrove's inventory that he made.

Q.   Do you believe this inventory is complete?

A.   No.

Q.   What do you think is missing?

A.   I don't think anything's missing.  I think it's inflated on some things.

Q.   Oh, you think there's too much property listed?

A.   No, I think there's stuff that he alleges I had that I did not have and I know I didn't have.

Q.   Okay.  Will you point those out first?

A.   Where is it?  So -- where is it?  It is on page 7.

Q.   Okay.

A.   I had one of the first line items and that is from my father-in-law.  I did not have two of them.

Q.   Oh, the quantity?

A.   Yeah.

Q.   Of the half -- half DR?

A.    Yeah.

Q.    So there was only one?

A.    Yep.

Q.    Okay.

A.    And I did not have two sets of the SOEXF set, the wrenches, is what it looks like.

Q.    Yeah.  It's -- that line item starts out 238PC?

A.    No, it's the SO -- oh, yeah.

Q.    I'm looking at the description column.

A.    No, you're right.  You're right.

Q.    You only had one of those.  Is that what you just said?  I'm sorry.

A.    I had the wrenches, yes.

Q.    Just one?

A.    The -- it's been a while since I've seen this. The 142, I didn't have any -- hardly -- I don't think I had any sockets in foam, but I don't recall exactly what all was there.

Q.    What page was that?

A.    Same, 7.

Q.    Are you looking at the second-to-last sockets in foam right here or foam set?

A.    I don't even know what all foam was there.  I don't even know what that is.

Q.    Sixteen-piece combo, red foam, it just says.

A.    Yeah, I don't know what that is.

Q.    Okay.

A.    Like, there was a bunch of stuff that supposedly I had that I know I didn't have at the house, and a lot of it was the foam stuff.

Q.    Okay.  Yeah, it looks like there's three rows that say foam further up.

A.    Yeah.

Q.    An 11-piece, six-piece, and five-piece ratchet sets say "foam."  So you don't -- you didn't have those, you said?

A.    I had that one-half-inch drive set that my father-in-law had given me, and then I had a couple of wrench sets in foam that's in that same affidavit.  But all the sockets and stuff, I think there might have been like one or two, but other than that, no.

Q.    Okay.  Which of these items belong to you?

A.    There's all -- a lot of sockets, wrenches, there -- a road chest.

Q.    Would it be easier for you to tell me which ones don't?

A.    I mean, no.  I mean, it's just a lot.

Q.    Well, let's just start with the first page.

A.    The first line was mine, the third one, I had

bought from a customer, same thing with the next one. The KETN was a warranty.

Q.   So is that yours or Snellgrove?

A.   That was Snellgrove's.

Q.   Okay.

A.   I don't even remember what that one was. Curio cabinet, we had made a deal on that one, but it is what it is on that.

Q.   So is it yours or --

A.   He had alleged that it was his, but yeah.

Q.   What are you alleging?  I'm asking you.

A.   It was a deal we made, so I was assuming it was mine, but I was wrong.

Q.   Okay.  Well, as you're sitting here today, is it yours?

A.   No, I don't have it.

Q.   I mean, do you own it?

A.   No, I don't.

Q.   Okay.  How about the next row, "pink assembled"?

A.   I don't remember if my father-in-law gave my wife one of those or not.  I don't even remember having a mig cart at the house.  I think the jack was mine.

Q.   Okay.

A.   The Jetstream was mine.

Q.   Okay.

A.   I had a grease gun.

Q.   Okay.

A.   I had a road chest.  Plasma was his.

Q.   Okay.

A.   The Mig-160 was -- all the way down to the Tig 1 -- or 1301 was his.

Q.   Well -- so the two Zens and the Mig were yours?

A.   No.

Q.   Okay.  So all those down to Tig is his?

A.   Yep.

Q.   Okay.  What about the next one?

A.   I mean, you can go through here and look at it all.  I mean, like I said, I had a bunch of sockets, wrenches, and you can compare it to all the other stuff.

Q.   Well, I want to know from you which ones of these in this list you say are yours because this is what has been said was at the warehouse.

A.   Yeah.  I mean, you want to go through this entire thing?

Q.   I want to know which items belong to you.

A.   Torque set was mine.  I had a 13-piece socket set.  I had socket rails -- 13-piece deep sockets, 12-point shallow, more socket rails.  I had a welding

hood.

Q.    Okay.  Well, let's go back.  If we're going to go item by item, let's just go row by row.

MS. HAMBLIN:  Would y'all like a highlighter?

MR. PETTY:  If he wants to, that's fine, if you don't have any objection to highlighting it.

MR. DENNIS:  Make sure the record reflects what you're highlighting, which one.

MR. PETTY:  Yeah, we'll just highlight the actual exhibit.

MR. MUELLER:  Yeah, that works, that way it's on the record.

MR. DENNIS:  But are you highlighting ones --

Q.    (BY MR. PETTY) Highlight items that are yours, that belong to you.

A.    Okay.  That'll work.  So what do you got?

Q.    I had checked here --

A.    No, you're good.

Q.    Be careful and highlight the ones so we know exactly what's yours.

A.    Okay.  You want to me to tell you as you highlight them so we can make yours or what?

Q.    We'll all get that.

MR. MUELLER:  Take your time.  While he's finishing that, do you mind if I run to restroom real quick?

MR. PETTY:  No, not at all.

(A recess was taken from 12:39 p.m. to 12:57 p.m.)

Q.    (BY MR. PETTY) Thank you for doing that.

A.    Uh-huh.

Q.    Okay.  So just for the record, you've gone through Exhibit 8 with a purple highlighter and highlighted everything that belongs to you on this list; is that right?

A.    Yes.

Q.    Okay.  Do you dispute the prices on here for any of the items or have an opinion about the prices one way or the other?

A.    I mean, that may not have been what I paid for it at that point in time, but that's the price of it now.

Q.    Okay.

A.    And then there's, like, a couple doubles and triples of things.  Like, there's sets and then individuals of the same thing.  So I don't know how -- like, there's plier set, and then plier set, there's a same exact individual plier on that list as well.

Q.    Okay.

A.   So --

Q.   Okay.  Well, I appreciate you doing that. Because of all of this -- all of the events that are part of the lawsuit --

A.   Uh-huh.

Q.   -- did you ever go -- did you seek medical services or medical care for any of what you experienced?

A.   I've gone to my doctor for anti-depressants.

Q.   Okay.  Who's your doctor?

A.   You had to ask.

Q.   Is your doctor in Big Spring?

A.   Barclay.

Q.   Barclay?

A.   Barclay is his last name, and yes, he's in Big Spring.

Q.   When did you first go to him?

A.   I don't remember.

Q.   How long have you been going to him?

A.   Since before this.

Q.   Okay.

A.   Before the --

Q.   Before the seizure?

A.   There you go, yeah.

Q.   Is he your general practitioner?

A.   Yes.

Q.   Okay.  When did you first seek care from him because of the events that are the subject of this lawsuit?

A.   I don't remember.  I really don't.

Q.   Are you still taking medication?

A.   Yes, I am.

Q.   Okay.  Have you gone to anyone apart from him?

A.   No.

Q.   How often do you see him?

A.   Whenever I'm sick or whenever needed.

Q.   Okay.  How often do you see him for depression?

A.   As needed.

Q.   Okay.  Have you ever made a specific trip for depression outside of a physical or other general illness?

A.   Just to get my prescription fixed after I lost my insurance.

Q.   Okay.  How many medications has he prescribed for you?

A.   Three.

Q.   What are they?

A.   I couldn't tell you the names.  I don't know.

Q.   Okay.  Are you still taking them today?

A.    Uh-huh.

Q.    Did you take them for -- before today?

A.    Yes, I did.

Q.    Okay.  Do you take them daily?

A.    Yes, I do.

Q.    Okay.  Do you plan to continue taking them?

A.    I haven't thought that far ahead.

Q.    Okay.  Have you talked to him about any continued treatment?

A.    No.

Q.    Do you have an appointment set with him now?

A.    No.

Q.    Okay.  In and apart from that doctor in Big Spring, right, you said, anyone else?

A.    No.

Q.    Okay.

A.    Just family talking about everything.

Q.    Okay.  Any counseling, any psychologist, anything like that?

A.    I couldn't afford it, no.  I just vented to friends and family.

Q.    Okay.  So apart from the medication, any other services that he's provided for you?

A.    No.

Q.    Okay.  Did you start -- did you go to him and

start on that medication in '23?

A.   Yes.

Q.   Okay.  Were you on that medication before the seizure?

A.   I was on a lower dosage of it.

Q.   Same three?

A.   Two.

Q.   Two?  Okay.

A.   Uh-huh.

Q.   So there's one new medication since?

A.   Well, it went away, I think.  Yeah.

Q.   So how many medications are you on today?

A.   Two.

Q.   Okay.  The same two from before?

A.   Increase in dosage.

Q.   Right.  Okay.  How long have you taken the two that you're on now prior to the --

A.   Like, maybe a month or two.

Q.   A month or two before the seizure?

A.   Uh-huh.

Q.   Were you on any kind of anti-depressant in Lubbock?

A.   No, it's anxiety medicine.  It's not a depression medicine.

Q.   Anxiety medication?

A.   Uh-huh.

Q.   Okay.  Did you take any of that medication in Lubbock?

A.   No.

Q.   Oklahoma?

A.   No.

Q.   New Mexico?

A.   No.

Q.   Okay.  Only in Big Spring?

A.   Yes.

Q.   Okay.  And why were you put on it before the seizure?

A.   I was extremely stressed out with work --

Q.   Okay.

A.   -- and everything else, and yeah.

Q.   Okay.  Was it before you knew anything about the --

A.   Yes.

Q.   -- the events --

A.   Yes.

Q.   -- that this lawsuit were based on?

A.   Yes.

Q.   Okay.  Are you asking for payment for any of your medical services?

A.   I haven't thought that far ahead.

Q.   Okay.  Have you paid out of pocket for any of your attorney's fees so far in this case?

A.   All of them.

Q.   Okay.  Do you have to pay monthly for the attorney's fees?

A.   Not necessarily, no.

Q.   Okay.  Is your attorney just an hourly rate? You pay him -- you just get a bill?

A.   Uh-huh.

Q.   Okay.  Is your attorney going to take a percentage of whatever you recover in this case?

A.   We've never discussed that.

Q.   Okay.  How much have you paid total to date?

A.   Probably roughly around 15 to 20.

Q.   Thousand?

A.   Yes.

Q.   Okay.  Okay.  Well, thank you for your time.

            MR. PETTY:  I'll pass the witness.

            MR. MUELLER:  Mr. Perez?

            MR. DENNIS:  Robert, can you hear us?

            MR. PEREZ:  I can hear you.

            MR. MUELLER:  It's your turn, sir.

            MR. PEREZ:  Okay.

                    EXAMINATION

BY MR. PEREZ:

Q.    Mr. Hamblin, I'm going to start with Exhibit 8.  You highlighted a number of items there and you said that those were yours.  Do you have the receipts for those items?

A.    They are in -- most of it's in the exhibit, yes.  Some of it is not.

Q.    Some of it -- some of it you do not have proof it was yours?

A.    I do not have receipts for.

Q.    Okay.  So you're saying that that is yours, and if somebody has receipts for them, then they're incorrect?

A.    This ain't a receipt.  This is an inventory list.

Q.    Well, I'm talking about -- you do not have receipts for those things in that inventory, do you?

A.    Not everything, no.

Q.    Okay.  I have some questions about -- have you been arrested prior to this offense?

A.    Yes, I have.

Q.    Where?

A.    Florida.

Q.    Where else?

A.    New Mexico.

Q.    Anywhere else?

A.   No.

Q.   Okay.  So when you were arrested in Florida, what you were arrested for?

MR. MUELLER:  I'm going to object to relevance.  You can answer the question.

A.   What's the word?

Q.   Pardon me?

A.   I'm trying to think of what the word was called.  Battery, I guess, is what they were trying to claim it was.

Q.   Okay.  And were you charged out there?

A.   No, I was not.

Q.   Were you taken into custody?

A.   I was.

Q.   Somebody bond you out?

A.   My wife did.

Q.   Okay.  And you said you were arrested in Florida -- I mean, in New Mexico?

A.   Yep.

Q.   What was that for?

MR. MUELLER:  Again, objection, relevance.  You can answer.

A.   Same thing.

Q.   Pardon me?

A.   Same thing.

154

Q.    Same thing?  Okay.  Were you charged?

A.    I don't -- I mean, essentially, yeah, but I took a class and it was expunged off my record or dismissed or whatever you want to call it.

Q.    Okay.  So you were never convicted?

A.    Yes, but it was expunged.

Q.    Okay.  So you're saying you were convicted, but was expunged?

A.    Yes.  Or it was -- I don't know what the word of it is.  It was deferred, I guess.

Q.    Okay.  So -- but that's in New Mexico?

A.    Yes.

Q.    Okay.  Have you ever used illegal drugs?

        MR. MUELLER:  I'm going to object to relevance, but you can answer.

A.    I have.

Q.    When was the last time?

A.    I could not tell you.  I don't know.  It's been long time.

Q.    Okay.  What was it that you used?

A.    Marijuana.

Q.    Anything else?

A.    No.

Q.    Now, you testified that the -- you were a Snap-On dealer.  What do you mean by that?

A.   I ran a Snap-On store.

Q.   Okay.  So you ran a Snap-On store, but is that the same thing as being a dealer?

A.   You could look at it that way, yes.

Q.   Okay.  Tell me how you could look at it that way.

A.   I mean, you sell Snap-On tools, you're a tool dealer.

Q.   Okay.  The tools that you were selling as a dealer, did the store belong to you?

A.   No.  I was an employee for Mr. Snellgrove.

Q.   Okay.  And so Mr. Snellgrove was your employer.  Correct?

A.   That is correct.

Q.   Okay.  And so you had a truck that had tools in it that belonged to Snap-On.  Correct?

A.   That is correct.

Q.   Essentially, you were a moving store; isn't that correct?

A.   Yes, sir.

Q.   Okay.  At the end of the day after driving around the truck that had the tools that belonged to Mr. Snellgrove, what were you supposed to do with that truck?

A.   We parked it at the warehouse every day in

156

Stanton.

Q. Okay. So you were required every day to return that truck to the store -- I mean to the warehouse?

A. That's what happened, yes.

Q. Okay. Were you allowed to keep merchandise at your own home?

A. There was no policy or handbook at all.

Q. Okay. Whether there was a policy or a handbook, you were aware that everything was supposed to be returned to the warehouse every evening; isn't that correct?

A. No, sir.

Q. Give me exceptions then.

A. So if a field mechanic called me while I was in the middle of my route and said, hey, I'm in Big Lake, which is on the other side of Big Spring, I need X, Y, and Z. Can I come and meet you after I get done? Yeah, you can come by, pick it up, it will be on your account before you get to my house.

Q. Okay. And how many times did that happen?

A. Numerous.

Q. Would you make Mr. Snellgrove aware of things like that?

A. No. I was told to run it like it was my

business.

Q.   Okay.  So you're saying that Mr. Snellgrove told you to run your truck as though it was your own business?

A.   That is exactly what I was told, yes.

Q.   Okay.  And what did that mean to you?

A.   Make the best I can make it.

Q.   If you're running it as your own business, were you entitled to do returns on your own?

A.   Yeah.

Q.   Okay.  So you had mentioned that you had bought merchandise from some of your customers?

A.   Yes.

Q.   What kind of merchandise?  Snap-On tools?

A.   Yep.

Q.   So how did that happen if you were buying back Snap-On tools from customers?

A.   I would pay them for it.

Q.   And then?

A.   That's it.

Q.   How is that different from a return of merchandise?

A.   A return is when someone gives something back, not when they buy something and then sell it.

Q.   Okay.  So is there a difference between a

return and you buying something?

A.   Yes.

Q.   What's the distinction?

A.   One is a return and one is a purchase.

Q.   Okay.  Now, Snap-On has a definite policy when it comes to returning of merchandise; isn't that correct?

A.   I don't know.

Q.   If there's something that was a warranty problem, does that property or that warranty require that the Snap-On tools be returned to the warehouse; isn't that correct?

A.   There was no policy in place.

Q.   Okay.  So you're saying that when there was warranty returns, there was no policy in place with respect to what you were supposed to do with that property?

A.   All the hand tools and stuff, yes, we send it back every month.

Q.   Where would you send it back to?

A.   Snap-On.

Q.   Okay.  And you were required to take it back to the warehouse that belonged to Mr. Snellgrove; isn't that correct?

A.   It stayed in my mobile van, yes, in the bottom

drawer of my desk.

Q.   In the bottom drawer of your desk?

A.   That's what I considered it was, yes.

Q.   Okay.  So you weren't required to return all warranty returns to the warehouse?

A.   In what -- like, all hand tools?  Yeah, it went in the bottom drawer of my desk and at the end of each month, we send it back.

Q.   When you say your desk, where was your desk?

A.   As soon as you walk up the steps in the van, it's right there in front of you.

Q.   Okay.  So you're saying you kept it in your van?

A.   Yes.

Q.   Okay.  You didn't put it in the warehouse?

A.   No, not until we shipped it back.

Q.   Okay.  And when it was shipped back, Mr. Snellgrove would get a credit from Snap-On Tools corporate; isn't that correct?

A.   Correct.

Q.   And so you were aware that there was a policy with respect to returns then?

A.   Of the stuff we shipped back every month, yes.

Q.   Okay.  And so all of those things, you're saying you kept them in your truck and not at the

warehouse?

A.    Same thing, but yes.

Q.    You're saying that's the same thing?

A.    The truck got parked at the warehouse every day.

Q.    Okay.  Those things were not supposed to be kept at your home; isn't that correct?

A.    There was no policy.  He never said I couldn't take anything to my house.

Q.    Okay.  What is the difference between a return and you selling Snap-On tools that are being given to you?

A.    What do you mean?

Q.    Well, is it different from a return?

A.    What do you mean by "given to me" is what I'm asking?

Q.    Oh, you said you purchased them?

A.    Yeah, okay.

Q.    You purchased them with your own money?

A.    Yes.

Q.    Okay.  So those were different from warranty returns?

A.    Yes, that is correct.

Q.    Okay.  How do trade-ins work?

A.    Customer buys something and you give them

X-amount of dollars off the product that they're buying. Essentially, it's considered a trade-in.

Q.   How is a trade-in different from what you're purchasing?

A.   Because if a customer buys something outright, and then keeps it, and then decides he wants to sell it, and I pay him for it, that's the difference.

Q.   Okay.  And my understanding is -- and you said that you were -- part of your job was to create -- as you put it, build relationships with customers. Correct?

A.   That is correct.

Q.   And I guess you had strategies to build reputations with your customers?

A.   I guess you could say that.

Q.   Well, what would you say?

A.   I just treated everybody fairly.  I mean, it was no strategy.

Q.   Well, did you have any incentives for your customers?

A.   Incentives as what?  Like, to buy from me?

Q.   To buy from you.

A.   Yeah, because I was more reliable and I offered the best product that there was.

Q.   What kind of incentives did you have for your

**162**

customers?

A.    Exactly what I just said.  That I'm reliable and I sell the best product.

Q.    It's the same product that all the other Snap-On people are selling; isn't it?

A.    Yes, it is.

Q.    How is yours better?

A.    I'm reliable.

Q.    Okay.  So the product is the same product?

A.    Exactly.

Q.    Okay.  So why is yours better than the other Snap-On store owners that -- under Mr. Snellgrove?

A.    I am reliable, I do what they ask.  If they ask me to warranty something that's a warranty-able item, I would warranty it.

Q.    Aren't all Snap-On tools warrantied?

A.    Yeah, but some dealers are buttheads and don't do it.

Q.    So you're saying that some of Mr. Snellgrove's other employees were buttheads and they wouldn't do what they're supposed to?

A.    No, that's not what I said.  Some dealers can be buttheads and not warranty it if they don't want to.

Q.    Okay.  Anybody that worked with Mr. Snellgrove do that?

163

A.    I have no idea.

Q.    Okay.  But you said you were more reliable than the other owners?

A.    I was more reliable to my customers.

Q.    Okay.  And your customers, what kind of customers did you have typically?

A.    Everyday people from shop owners to lube techs.

Q.    Okay.  So you did a lot of business with auto repair shops?

A.    Yes, I did.

Q.    Okay.  You mentioned lube businesses?

A.    Yeah, like an oil change person.

Q.    Okay.  Anything having to do with pawn shops?

A.    No.

Q.    Okay.  So your business did not have anything to do with pawn shops, did it?

A.    No, it did not.

Q.    You talked about you would do the books for your particular truck or store.  Correct?

A.    I would do the end-of-the-day report from my truck.

Q.    Okay.  And you said that Mr. Snellgrove did the "book books"?

A.    Yes.

Q.   Correct?

A.   That is correct.

Q.   What's the difference between the book books as you stated and the inventory that you did?

A.   It's -- I didn't do an inventory.  I did the end-of-the-day register count for the most part is what you could call it.

Q.   What do you call it?

A.   The end-of-the-day report where you count all your money for the day and make sure everything's there that's supposed to be there.  So if you collected $2500 in cash and $500 in checks, you should have $3,000 total.

Q.   Okay.  And as you went throughout the day, would you have put that into the computer as you stated?

A.   I would do that on every payment.

Q.   You do it where?

A.   On every payment that was done.

Q.   Okay.  And when you were on your route, were you buying your own things from different people who would sell things to you?

A.   Not all the time, no.

Q.   Some of the times?

A.   Whenever it came up.

Q.   Okay.  Did it ever come up during the time

that you were working for Mr. Snellgrove?

A.    A couple of times.

Q.    Okay.  So you're saying a couple of times you did your own individual purchasing of items from customers?

A.    Yes.

Q.    Okay.  Did you report that to Mr. Snellgrove?

A.    No, I did not.

Q.    Why not?

A.    Because it was cash out of my pocket.

Q.    And was that you part of being reliable with your customers?

A.    I don't see how that has any relevance to it, but sure.

Q.    I'm asking you.

A.    That's my answer.  I don't see how it's related to being reliable.

Q.    Okay.  Do you know what the value of the Snap-On tools are that belonged to Mr. Snellgrove that were in your home?

A.    Off of this list?

Q.    Sure.

A.    Off Exhibit 8?

Q.    Pardon?

A.    Off Exhibit 8?

Q.   Yes.

A.   Allegedly, it is $301,000 with tax.

Q.   Okay.  You're saying allegedly.  What do you think the value of it was?

A.   Well, I don't see how you claim that I stole all this stuff and then you bought it for way less than this, but you're going to claim that you lost $10,000 on one item when it cost you five.

Q.   What was the value of the things that belonged to you that were taken?

A.   150,000 I would guess.  I don't know what the new market price would be.

Q.   Okay.  You're saying the new market price, but that's not the price that you purchased it for, is it?

A.   No, probably not because, I mean, that was a few years back.

Q.   Same thing would apply to the things that you're talking belonged to Mr. Snellgrove?

A.   Well, this was done in '23, sir.

Q.   Okay.  Because you're talking about his purchase prices, not the retail price.  Correct?

A.   Yes.

Q.   Okay.  So the retail price could very well be $301,000; isn't that correct?

A.   According to this, yes.

Q.    Okay.  You mentioned that you talked to the Texas -- somebody talked to the Texas Rangers.  Right?

A.    No, sir.

Q.    You never mentioned Rangers?

A.    I did.

Q.    What Rangers are you talking about then?

A.    The case file was going to be forwarded to the Rangers.

Q.    Which Rangers?

A.    The Texas Rangers.

Q.    Okay.  So somebody contacted the Texas Rangers?

A.    Yeah.  It was not me.

Q.    Who was it?

A.    I don't know.  I believe it was Billy Reynolds trying to forward the case to them.

Q.    Okay.  So did Mr. Reynolds discuss this with you that he was going to report things to the Texas Rangers?

A.    He said he was going to forward it -- try to forward it to them, yes.

Q.    Do you know who his contact person was?

A.    No idea.

Q.    Okay.  So it was Mr. Reynolds who did that?

A.    Yes.

Q.   And he's the person then who would know?

A.   I would assume so, yeah.

Q.   Okay.  And Mr. Reynolds, I assume he worked with Martin County?

A.   Yes, sir.

Q.   Okay.  So you had contact with Mr. Reynolds from Martin County?

A.   Yes, I did.

Q.   Who else did you have contact with with Martin County with relation to this case?

A.   My wife.

Q.   She worked with Martin County?

A.   No, she would call on my behalf.

Q.   Okay.  So who with Martin County were you or your wife having discussions with?

A.   Billy Reynolds, and we had a conversation with Randy Cozart when we submitted our affidavits or whatever you want to call it.

Q.   Anybody else?

A.   No.

Q.   Okay.  How often would you buy from your own customers?

A.   Not very often.

Q.   Okay.  I think you mentioned at least two things; isn't that correct?

A.    Yeah.

Q.    Was that the plasma cutter and the air compressor?

A.    No.

Q.    Well, toolbox?

A.    There you go.

Q.    What else?

A.    Air compressor.

Q.    Okay.

A.    That's it.

Q.    That was it?

A.    That was it.

Q.    Okay.  Nothing else?

A.    No.

Q.    Okay.  Mr. Snellgrove paid you in different ways different incentives; isn't that correct?

A.    I got a weekly paycheck, a monthly commission check, and then we had a group bonus for a while, and then he changed it towards the end of it reflecting only my truck for me and my assistant.

Q.    Okay.  And at some point, he -- you purchased things on credit from him; isn't that correct?

A.    On credit from him?  No.

Q.    You never brought anything on credit from Mr. Snellgrove?

A.   No, I did not.

Q.   Okay.  Did Mr. Snellgrove ever pay any credit lines that you had with any other Snap-On tool --

A.   Yes.

Q.   -- dealers?

A.   He -- him and I had an agreement when I bought my house that he would -- or finance company wanted my Snap-On credit account paid off, and so he paid it off, and I had to pay him half of it back and the other half I worked out by gutting one of the Snap-On trucks he had.

Q.   Okay.  But you're saying that was an agreement with him?

A.   Yes.

Q.   Okay.  But he helped you out and cleared off your credit that you owed?

A.   Yes.

Q.   And you're saying there was no procedures, no directives that came from Mr. Snellgrove with respect to what you were supposed to do with his product --

A.   No.

Q.   -- after you finished your day?

A.   No.

Q.   You testified about a -- apparently an AR rifle that was seized from your house?

171

A.    Yes.

Q.    Tell me about that.

A.    I built it in 2018.  It was a 80 percent lower, and that's it.

Q.    And you milled it yourself?

A.    Yes, I did.

Q.    What were you going to do with that firearm?

A.    It's a firearm.  I'm entitled to own it.

Q.    I understand that.  But what was your intent with that firearm?

A.    To own it and that's it.  Target practice.

Q.    And it had a shorter barrel, I think you testified?

A.    Yes.

Q.    What was the length of that barrel?

A.    I don't know.

Q.    Do you have any idea why it was seized by the Martin County Sheriff's Office personnel?

A.    Because at that point in time, they were fighting to have a tax stamp law passed that had not gone through at that point in time, and they said it was illegal, so they decided to take it.

Q.    Okay.  For whatever reason then, the Martin County Sheriff thought that firearm was illegal and seized it?

A.   Howard County did, yes.

Q.   Howard County?

A.   Yes.

Q.   Were you charged with that, having an illegal weapon?

A.   It's not an illegal weapon, and no, I was not.

Q.   You were never charged for the firearm?

A.   Yep, because it's not a legal weapon.

Q.   Okay.  But they seized it anyway?

A.   Yes, sir.

Q.   You mentioned the sales event that was taking place right around the time that this seizure from your house happened.  Right?

A.   Yes.

Q.   Okay.  So what was supposed to be -- what was the incentives of that sales event?

A.   Just a large volume of shop equipment.

Q.   Was it Snap-On people that were driving around with you or somebody else?

A.   Yes, it was Snap-On corporate.

Q.   Okay.  So what was Snap-On corporate offering?

A.   It was a new program they came out with that was called shop essentials.

Q.   Called what?

A.   Shop essentials.

Q.    Okay.  And were these shop essentials -- what was corporate offering to your customers?

A.    Better deals on shop equipment.

Q.    Okay.  So you were driving around to your customers, but I don't understand why Snap-On corporate was also going to your customers?

A.    Because it was a programs van that would help produce sales for the Snap-On rep.

Q.    Okay.  And if you offered deals to your customers, that was part of deals that Snap-On corporate would offer them something at the better price?

A.    That's the whole gist of it.  That's the --

Q.    What was your understanding?

A.    Do what?

Q.    What was your understanding of that whole deal?

A.    What whole deal?  The program?

Q.    That program?

A.    To generate sales.

Q.    What would they do to generate sales?  I don't understand.

A.    Just -- they could go into the truck, they could use a welder, they could use -- demonstrate how the tire machine works.  It was a mobile showroom.

Q.    Okay.  So they had a mobile showroom, and then

if the customer was going to buy something, would they buy it from you?

A.    Yes.

Q.    Okay.  So corporate was driving around with different merchandise just as a demonstration to the customer of how things worked?

A.    Yes.

Q.    Okay.  So they weren't actually selling, they were just there to demonstrate for you?

A.    That, and they can do special -- it was called trade allowance on certain items or items that they sold -- or demo'd rather than if they went strictly through me, I couldn't get it at the same price as what the rep at that time could do.

Q.    So it was unusual for corporate reps to go along on your route with you and essentially undercut what you're doing?

A.    No.

Q.    So I don't understand how that works.

A.    I don't know how else to explain it than they come and help make sales because whenever they discount it, we still it get at a way less price and we still end up making your 30 percent profit margin.

Q.    Okay.  So if corporate sold -- something?

A.    Corporate would send it to us and bill us,

Snellgrove Enterprises or whoever, for the product, then the end user would get it.

Q.    Okay.  The end user would get it at a discount?

A.    Yes.

Q.    Okay.  And Snellgrove Enterprises, his franchise would get a percentage of the sale?

A.    That's how all sales work, yes.

Q.    Okay.  I'm just wondering how that worked. It's just a little bit confusing.

You mentioned something about your Miranda card that you're saying that they made you sign the card?

A.    Yes.

Q.    What did they do to make you sign it?

A.    I was asking him what was going on and to tell me what the hell was going on, and he wouldn't tell me anything until I signed that card.

Q.    Okay.  And that's all on video.  Right?

A.    Yes, it is.

Q.    Okay.  Is the video correct?

A.    Yeah.

Q.    And you've seen the video.  Right?

A.    I have.

Q.    Okay.  And the video that you've seen, did you

think any of that was altered in any way, shape, or form?

A.   No.

Q.   Okay.  So what we're seeing on that video is actually what happened that morning; isn't that correct?

A.   Yeah.

Q.   Okay.

MR. PEREZ:  I'm going to go ahead and pass the witness.

EXAMINATION

BY MR. MUELLER:

Q.   Okay.  Austin, I want to review a couple things based on the other parties' questions.

A.   Okay.

Q.   Starting with the review of the documents you reviewed prior to this lawsuit, you had said that one of the documents you reviewed was the third amended petition.  So the timeframe of the gentleman's question was a little unclear in terms of when you reviewed documents.  So let's do this in two parts.  Let's say in the two months leading up to today --

A.   Uh-huh.

Q.   -- other than the third amended -- other than the third amended, have you reviewed any other documents?

A.   I mean, I skimmed through them.

Q.   But just the third amended?

A.   I've read it, yes.

Q.   Okay.  In two months prior to today, have you reviewed any other documents relevant in this case?

A.   I've read the -- well, essentially, all the complaints.

Q.   Okay.  The first -- the original complaint?

A.   Uh-huh.

Q.   And second amended and the third amended?

A.   Yes, sir.

Q.   And any other documents?

A.   The interrogatories.

Q.   Okay.  From the responses?

A.   Yes.

Q.   You mentioned after you were let go by Snellgrove Enterprises -- first of all, how did you come to learn that you were let go by Snellgrove Enterprises?

A.   I was told by Officer Dahl that I was essentially fired.

Q.   To your knowledge, is Officer Dahl an employee of Snellgrove Enterprises?

A.   Not that I'm aware of, no.

Q.   So did anyone who is an employee or agent of the Snellgrove Enterprises ever inform you that you were

terminated?

A.   No.

Q.   Okay.  In the -- after you stopped working for Mr. Snellgrove, what steps did you take to find new employment?

A.   I applied for numerous jobs via Indeed, phone calls to people I knew, and yeah.

Q.   How long did it take you to eventually find employment?

A.   Schaeffer's was the first company that actually offered me a position that I could keep.

Q.   And how long was that after the date of the search and seizure?

A.   That was September of '24.

Q.   So that was what?  About a year and a half later?

A.   Yes.

Q.   Okay.  So in that year and a half you were seeking employment, what difficulties did you have in obtaining employment?

A.   Everything.  The arrest was on my background and nobody wanted to hire me because I was allegedly a thief.  And yeah, that -- that sums up the biggest issue of it all.

Q.   Did potential employers ever tell you directly

that they thought you were a thief because of what happened?

A.   No.

Q.   Okay.  Did you learn in any other way that that was the reason that they weren't hiring you?

A.   Yes, I was hired by Flogistix shortly after I was terminated from Snellgrove Enterprises, and like, a week after I had posted bail or bond or whatever you want to call it, I went through the full week of intake and then was given a service truck.

I was on my way to the yard -- or actual location, and I got a phone call from my supervisor to come to the yard, and we had -- he had to talk to me, and he said I can't hire you because of your arrest record that is on there.

Q.   Okay.  Roughly speaking in the year and a half between the time of the search and the time you eventually got hired by Schaeffer, could you give an approximation of how many jobs you applied to and maybe how many interviews?  I assume those are two different numbers.

A.   Probably applied at 50-plus places, and I think I had, like, two or three interviews.

Q.   Okay.  Because you didn't have employment during that time, how did you -- how did you, you know,

finance your household?  How did you live?

A.    By the grace of God, my mother and my in-laws helped us out tremendously.  I would try to do odd jobs here and there, but Kiska got a job and was making a little bit of money, but 90 percent of it was my mom and my in-laws and family members.

Q.    Did you have to sell any of your property to pay for family expenses?

A.    Oh, yeah.

Q.    Could you briefly describe what items you had that you sold?

A.    Sold a trailer.  I've sold all kinds of different things.  I think I sold a couple guns.  Yeah, I don't know what else.

Q.    You said that all the tools that you had were taken from the search?

A.    Uh-huh.

Q.    Is it typical in your trade that you, as the mechanic, are the one that provides your own tools?

A.    At every job I've ever been at, yes.

Q.    Were you able to work as a mechanic because you no longer had tools?

A.    No.

Q.    Were you able to purchase tools because you no longer had money?

A.   No.

Q.   Okay.  When you worked at Snap-On --

A.   Uh-huh.

Q.   -- were you successful?

A.   Very.

Q.   Describe that.

A.   I was this FTP's number one franchise for the entire time I was there.  We were the best.

Q.   Okay.  I'd like to talk a little bit more about these awards you got.  So let's focus with any sort of special recognition you got from the Snellgrove Enterprises.  Was there any special recognition you got from your success in the trade?

A.   Every year, we had with a kick-off meeting, and I received numerous awards for RA sales, RA collections, credit sales, toolbox, diagnostic shop equipment, and pretty much every aspect you can think of, I received an award of some sort.

Q.   Were these like public demonstrations?  Were you honored in some way publicly by being handed a document or some other token of appreciation?

A.   Yes.

Q.   Could you describe that?

A.   We would get awards, let's say, like, a trophy, or it'd be on the projector and they'd call your

name up and you'd go up and talk and shake hands and whatnot.

Q.   How about recognition from Snap-On corporate?

A.   Yes.

Q.   Describe that, please.

A.   Open-to-buy accounts, we did -- I don't remember.  It was, like, 1.8 million open-to-buy, 1.5, and they sent us -- I believe it was either a thousand or $500 on a gift card for being up on the top whatever in the country.

Q.   Okay.  So you were moving significant amount of product?

A.   Larger amounts, yes.

Q.   And on a day-to-day basis, you would ride around on your route and you would listen to what customers wanted, and they would -- and you might make them pitches?

A.   Exactly.

Q.   And how did those interactions typically go?

A.   Just like you and me are talking now, just about tools.

Q.   Okay.  Were you able to make pitches more successfully than your counterparts, to your knowledge?

A.   I believe so, yes.

Q.   Okay.  You said there was no official manual

at Snellgrove Enterprises.  So let's talk about the business practices that were operating in reality, de facto, what was happening in reality.  So to your knowledge, what were the policies concerning items that were warrantied, returned, what were -- let's start with that.

A.   The main issue was getting the -- it was called a Code 1 is what they technically considered it as for hand tools and everything that has a lifetime warranty.  We did that every month.  You know, box it up, go through it, and ship it back so, that way, got credit for it.

Q.   Were all items that were warrantied sent back to Snellgrove -- apology -- sent back to Snap-On?

A.   No.

Q.   Okay.  What about things that were not sent back, what happened to those items?

A.   They sat at the warehouse for extended periods of time until somebody grabbed it and sold it.

Q.   Were those items ever resold by Snellgrove?

A.   By Snellgrove Enterprises, yes, by one of the employees.

Q.   Okay.  So to your knowledge, Snellgrove Enterprises would authorize the resale of items that had been traded under warranty?

**184**

A.   Yes.

Q.   Okay.  And were you ever directed to sell items that had been traded in under warranty?

A.   We had some brand-new damage that was warrantied out, and we were told to get rid of it all.

Q.   Okay.  And how would you go about doing that?

A.   Heavily discounted.

Q.   Okay.  And basically sold as-is?

A.   As-is, no warranty.

Q.   And was it your understanding that that was an authorized business practice?

A.   Yes.

Q.   Okay.  In terms of people keeping tools at their house, let's -- let's start with this:  It was the policy that the trucks were to be returned to warehouse every day.  Was that true?

A.   That is correct.

Q.   Did that, in fact, happen?

A.   No.

Q.   Okay.  To your knowledge, what were the state of the trucks that weren't returned every day?

A.   Went to his house every day.  Well, went to that employee's house Tuesday through Thursday because he'd come get it Monday and then he'd pop in and out of the shop, fill up, but go right back home, and then

bring it back Friday evening.

Q.   Did other employees do repairs?

A.   Everybody did repairs.

Q.   Did they do repairs at the warehouse?

A.   Yeah.

Q.   Did they ever do repairs at other locations?

A.   I would assume.

Q.   Okay.  You were there for, you know, quite a long time.  In your course of talking to other employees, did they ever tell you about, you know, repairs they did at their house or other locations, things of that nature?

A.   No.

Q.   Okay.  The number of customers that you would see on a typical day on your route, could you give us a rough number?

A.   No.  A lot.

Q.   Are we talking dozens, hundreds?

A.   Dozens, less than 100.

Q.   Okay.  Let's talk about the items that were at your house that you owned.  You had toolboxes that you had owned and purchased?

A.   Yes.

Q.   And you had many hand tools that you had owned and purchased?

AUSTIN HAMBLIN

186

A.   Yes.

Q.   These items were kept in various places in your house, including your laundry room which is separated from your main house?

A.   That's correct.

Q.   You also had items that were kept in a trailer on your property?

A.   Yes.

Q.   And you also had items that were kept in your house?

A.   Yes.

Q.   Okay.  The items that you believed to be Snellgrove's, where were those items kept?

A.   There was some in my truck and in my trailer and outside in the laundry room.

Q.   Okay.  And when the police came, you identified the items you believed to be Snellgrove's?

A.   That's correct.

Q.   Okay.  After that time, did the police continue searching?

A.   They never stopped.

Q.   Okay.  So they found the items -- the air compressor, and the other item that was on the warrant. They found those items in the laundry room that is outside your house?

A.   That is correct.

Q.   Okay.  From that time forward, what additional steps did the police take in searching to the best of your knowledge?

A.   They went and looked at everything.  In the house, outside, didn't matter.

Q.   Okay.  Let's talk about what outside.  Where else did they look?

A.   The shed outside of the house on the other side of my carport, the trailer obviously, just everywhere.

Q.   Okay.  And to the extent that there are Snap-On tools, would -- would a wrench or a socket look like any other wrench or socket?

A.   Very well could, yeah.

Q.   So if I saw a wrench or socket that was Snap-On, and I just saw it, there would be no way for me to know just by looking at it that it was stolen or illicitly bought?

A.   Exactly.

Q.   Okay.  Let's talk about when they went into the house.  You said you were in the house.  I'd like you to just go through -- I know you said you sat on the couch a lot, but just to the extent that you can, describe what you saw the police do even from the couch

area, just give me your best recollection of what you saw and observed.

A.    Kiska was followed into the bedroom by the female officer, Kelsey.  Kiska had not changed at that point.  I had officers in my dining room, in my kitchen, my front door, they were everywhere.

Q.    Did you ever see them open drawers in dressers, kitchen cabinets?

A.    I did not see them open any kitchen cabinets or drawers, but the toolboxes that were in the house, they were opening and -- yeah.

Q.    These toolboxes that were in your house that they were opening, where were they located?

A.    In the dining room.

Q.    Okay.  How about anywhere else?

A.    I believe.  They opened closet doors in the hallway.

Q.    Did you observe them do that?

A.    I believe so, yes.

Q.    Okay.  There was a toolbox that I believe was kept in one of your children's room?

A.    It was my son's room, yes.

Q.    Okay.  With respect to that toolbox, did you observe them finding that toolbox?

A.    I did not see her go in there and see it, but

I was either outside or on the couch whenever she mentioned it.  I don't remember where exactly.

Q.    Okay.  During this time, you heard your wife object to the presence of these people?

A.    Numerous occasions.

Q.    Could you just generally describe the nature of her objections?

A.    She said, "Y'all can get the hell out of the house.  My kids are trying to sleep.  I have sick children."  In the front yard, "Are y'all fucking done yet?  This is my dartboard."  And she grabbed her dartboard and ran back -- took it back in the house.  In the kitchen she told them, "Are y'all done?  Towards the end of this?"  And yeah.

Q.    Okay.  With respect to looking in any particular places, did you hear your wife object to them looking in a particular place, for example, by them saying -- you know, her saying don't look in this drawer, don't open that closest, that kind of thing?

A.    I heard Kiska asking for the warrant on numerous occasions.  She told Kelsey that there would not be an air compressor in the bedroom or a plasma cutter in the bedroom.  Yeah.

Q.    All right.  There was a practice where some items were sold for a penny.  Could you describe those

practices?

A.  So when you'd buy large quantities of something from the tool show that Snap-On would host, you would -- they'd have incentives for you to buy that product, and they would either give you this item for a penny so that it was sold as a penny item, and then you could resell for whatever amount.

Q.  Were any of those items given to you personally?

A.  We had a deal between me and Mr. Snellgrove that if I sold -- me and my truck and assistant sold all of one set of carts, that I could take the curio cabinet.

Q.  Okay.  How about the popcorn maker?  Just remind me how you acquired that.

A.  My father-in-law gave that to my wife.

Q.  With the closing of the credit account in 2020, you purchased tools after that account was closed?

A.  That is correct.

Q.  Okay.  How did you purchase those tools?

A.  I bought the workbench directly from Mr. Snellgrove, and I paid him cash for it.

Q.  Okay.  And other tools that you purchased, how did you go about purchasing those?

A.  As in what?

Q.   I'm just curious, did you acquire additional hand tools after that period --

A.   Yeah, I bought Harbor Freight stuff and all kinds of different stuff.  I never quit buying tools.

Q.   And the money to do that, you'd pay just out of your cash or other credit cards, things of that nature?

A.   Yes.

Q.   Okay.  I want to talk about non-Snap-On tools. What non-Snap-On tools did you have and where did you keep them?

A.   I kept all of my tools, for 90 percent of it in the laundry room in toolboxes, cabinets, wherever.

Q.   Did you keep any of them in crates or dressers or cabinets that weren't marked Snap-On?

A.   I believe I had a couple boxes that had stuff in it that wasn't marked Snap-On.

Q.   Were those boxes searched?

A.   They were taken.

Q.   Did you see Mr. Snellgrove himself do any searches, and if so, could you describe them?

A.   He walked in the trailer and pointed out stuff that was his or allegedly his, and then in the laundry room, opening drawers to toolboxes and everything else.

Q.   How about inside of the house?

A.    I believe he was opening drawers and toolboxes in there, too.

Q.    You've been asked to review multiple different items and, for example, there was Exhibit 3 and Exhibit 8 that purport to be various sale records.  Those records reflect items that you believe you own; is that right?

A.    That's correct.

Q.    Are those records necessarily complete?  In other words, is it possible that you own items that are not on any of the records that you have reviewed?

A.    Very much so, yes.

Q.    Okay.  Generally speaking, can you give a description of items that you believe that you own that were not on any of the documents that you have reviewed?

A.    You want me to give you an item number or something?

Q.    Sure.  Take your time.

A.    Let's say the vice grip C-clamp with pads, it's a VSG11SP, which is a pair of locking pliers.

Q.    Okay.  But that item is on that list.  So I'm asking about items that might not be on the list.  So can you describe what items might not be on the list?

A.    Oh, I know for a fact that I had just bought a Harbor Freight prep tool that was taken.  I had a bunch

of hydraulic wrenches that were short stubby ones that are not on that list that were taken.  I couldn't even tell you what else is missing.

Q.   Was a fish tank taken?

A.   I believe so.

Q.   Okay.  The counsel for the defense asked you about insurance for tools.

A.   Uh-huh.

Q.   Are you aware of any insurance that exists anywhere that would insure you against a search and seizure from the police?

A.   No.

Q.   With respect to Exhibit A, the thing that -- from your father-in-law, that was during the middle of the criminal proceedings; is that correct?

A.   Yes, it is.

Q.   And so at that time, you didn't have as much information as you do now?

A.   Exactly.

Q.   So that information was true and accurate at the time, but may not necessarily be complete?

A.   That's correct.

Q.   With respect to the reconciliation, there's been a suggestion that there could be a reconciliation process with respect to the various exhibits.  In order

for that to happen, you'd have to have a complete list of items in order to reconcile it against.  Would that be correct?

A.   That would be correct.

Q.   And you don't have a full list because you don't know everything that was taken?

A.   That is correct.

Q.   I want you to look at the search warrant again, please.  Which exhibit is that?

A.   7.

Q.   Exhibit 7, how many items does it reflect in the inventory?

A.   That they took --

Q.   Yeah.

A.   -- or that's on the warrant?

Q.   No, in the inventory, how many items?

A.   Fifty-one.

Q.   Were 51 items, in fact, taken from your house?

A.   No.

Q.   How many items were probably taken from your house?

A.   A whole lot more than 51.

Q.   Do you think it could be reasonably be into the several hundreds?

A.   Very well could be.

Q.   And in that count, we'd be including every individual socket, every individual wrench, every individual item that was within the tool cabinets?

A.   That is correct.

Q.   With respect to the price of the items that were taken, Mr. Snellgrove provided a value that he believes of the items that were seized of $300,000?

A.   That's correct.

Q.   And that was his valuation?

A.   Uh-huh.

Q.   And he has -- and he has admitted to that number being a number that he believes to be true?

A.   That is correct.

Q.   Okay.  With respect to the video, there has been -- there is one body camera that you've seen. Correct?

A.   That's correct.

Q.   You've been asked if what has been shown is correct?

A.   That is correct.

Q.   And everything that you see, you believe to be true?

A.   Uh-huh.

Q.   So as for the portions you've seen, you believe those to be authentic?

A.   That is true.

Q.   Is the body cam camera complete?

A.   No, not at all.

Q.   How much information is missing?

A.   A lot, a whole lot.

Q.   Multiple hours of information?

A.   Several hours.

Q.   Does that include time that was at the house?

A.   Yes.

Q.   And does that include time in the post-seizure, for example, as the items were being taken to Snellgrove's property?

A.   That is correct.

Q.   And the body cam footage, obviously doesn't include any other body cam footage from any other officers?

A.   That is correct.

Q.   So while the body cam footage may be complete as far as it goes, it in no sense fully documents the events of that day?

A.   That is correct.

Q.   I want to talk a little bit more about the process of trying to locate the tools after the search and seizure was complete.  You had tasked Kiska with that responsibility?

A.   That is correct.

Q.   As things went on, would she inform you of her processes?

A.   On a daily basis.

Q.   Okay.  What kind of steps was she taking trying to locate the property?

A.   She was e-mailing the Martin County Sheriff's Office, making phone calls, calling my attorney, every -- anything and everything she could do.

Q.   Were you ever provided a notice as to a formal proceeding in which you could contest the ownership?

A.   No, I was not, and I didn't have any knowledge of that until it was mentioned.

Q.   With respect to the personal items, sentimental items such as the family photographs --

A.   Uh-huh.

Q.   -- do you know what happened to those items ultimately?

A.   No, I don't.

Q.   With respect to the family photographs, counsel for the defense has suggested that those photographs may be replicatable, but you don't necessarily know if they could be because you don't know what photograph was taken?

A.   I don't remember which ones I have, yeah.

198

Q.    So you may not actually be able to simply print off another copy?

A.    That is true.

MR. MUELLER:  I have no more questions at this time.

MR. PETTY:  Pass the witness.

MR. MUELLER:  Nothing else from us.

MR. PEREZ:  Nothing further.

MR. MUELLER:  For the record I have put on the federal docket while this deposition was ongoing a notice of request to review the deposition and sign and correct.  And so that is on file with the Court.  I have forwarded a copy for the court reporter as well to the management while we've been speaking, and so we will take that opportunity to review and correct.

THE REPORTER:  Which e-mail do you want it sent to?

MR. MUELLER:  It will be Kurt -- K-U-R-T@K-U-R-T-M-U-E-L-L-E-R-P-L-L-C.com.  It's the same e-mail address that I sent the request from.  So you can just reply to it.  That will be fine.

(WITNESS EXCUSED)

CHANGES AND SIGNATURE

WITNESS NAME:  AUSTIN HAMBLIN

DEPOSITION DATE:  MAY 1, 2026


PAGE LINE   CHANGE OR CORRECTION   REASON FOR CHANGE

____-____  -  _____-_____

____-____  -  _____-_____

____-____  -  _____-_____

____-____  -  _____-_____

____-____  -  _____-_____

____-____  -  _____-_____

____-____  -  _____-_____

____-____  -  _____-_____

____-____  -  _____-_____

____-____  -  _____-_____

____-____  -  _____-_____

____-____  -  _____-_____

____-____  -  _____-_____

____-____  -  _____-_____

        I, AUSTIN HAMBLIN, have read the foregoing

deposition and hereby affix my signature that the same is

true and correct, except as noted above.


                    _____
                    AUSTIN HAMBLIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

AUSTIN HAMBLIN AND KISKA    :
HAMBLIN                     :
                            :
                            :
VS.                         :        CIVIL ACTION
                            :        NO. 7:25-CV-00245
                            :
                            :
MARTIN COUNTY SHERIFF'S      :
DEPARTMENT, BRAD INGRAM,    :
ANDERS DAHL, KELSEY BROWN,  :
RORY GAMMONS, WESTON        :
PHELPS, AND BRAIN           :
BRIAN SNELLGROVE            :

_____

REPORTER'S CERTIFICATE
ORAL DEPOSITION OF AUSTIN HAMBLIN
Taken May 1, 2026

_____

I, Sarah C. Lilly, Certified Shorthand Reporter in and for the State of Texas, do hereby certify to the following:

That the witness, Austin Hamblin, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

I further certify that pursuant to FRCP Rule 30(f)(1) that the signature of the deponent was requested by the deponent or a party before the completion of the deposition and returned within 30 days from date of

receipt of the transcript.  If returned, the attached Changes and Signature Page contains any changes and the reasons therefor;

I further certify that I am neither attorney nor counsel for, related to, nor employed by any of the parties to the action in which this testimony was taken. Further, I am not a relative or employee of any attorney of record in this cause, nor am I financially or otherwise interested in the outcome of the action.

Subscribed and sworn to on this 13th day of May, 2026.

_____
SARAH C. LILLY
CSR No. 12530, Expires 7-31-2026
Firm Registration No. 155
Permian Court Reporters, Inc.
605 W. Texas
Midland, Texas 79701
(432) 683-3032

# EXHIBIT B

**APPENDIX TO DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT**

Deposition of Kiska Hamblin

(Attached)

Appx to Ds' Resp. to Ps' Mot. for Partial Summ. J.—Exhibit B

203

**1**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

AUSTIN HAMBLIN AND KISKA    :
HAMBLIN                      :
                            :
                            :
VS.                         :        CIVIL ACTION
                            :        NO. 7:25-CV-00245
                            :
                            :
MARTIN COUNTY SHERIFF'S      :
DEPARTMENT, BRAD INGRAM,     :
ANDERS DAHL, KELSEY BROWN,   :
RORY GAMMONS, WESTON         :
PHELPS, AND BRAIN            :
BRIAN SNELLGROVE             :

_____

ORAL DEPOSITION OF KISKA HAMBLIN
Taken May 1, 2026

_____

ORAL DEPOSITION OF KISKA HAMBLIN, produced as a witness at the instance of the Defendants, and duly sworn, was taken in the above styled and numbered cause on May 1, 2026, from 2:10 p.m. to 4:14 p.m., in the offices of Permian Court Reporters, 605 W. Texas Avenue, Midland, Texas, before Sarah C. Lilly, Certified Shorthand Reporter Number 12530 in and for the State of Texas, reported by computerized stenotype, pursuant to the Federal Rules of Civil Procedure.

2

A P P E A R A N C E S:

FOR THE PLAINTIFFS:

MR. KURT MUELLER
THE KURT MUELLER LAW FIRM
565 S. Mason Road
PMB 223
Katy, Texas 77450
410-404-7016
kurt@kurtmuellerpllc.com

FOR THE DEFENDANTS:

MR. BEN PETTY
KELLY, MORGAN, DENNIS, CORZINE & HANSEN, PC
PO Box 1311
Odessa, Texas 79760
432-367-7271
bpetty@kmdfirm.com

FOR THE DEFENDANT BRIAN SNELLGROVE:

MR. ROBERT PEREZ
ATTORNEY AT LAW
221 N. Kansas
Suite 1103
El Paso, Texas 79901
915-542-1222
rjperezlaw@yahoo.com

ALSO PRESENT:

AUSTIN HAMBLIN

INDEX

                                                          PAGE
Appearances...............................................2

KISKA HAMBLIN

EXAMINATION BY MR. PETTY ................................4
EXAMINATION BY MR. MUELLER ............................69

Signature/Correction Page ............................81
Reporter's Certificate ...............................82

EXHIBITS

(None marked)

KISKA HAMBLIN

**4**

KISKA HAMBLIN
having first been duly sworn, testified as follows:

EXAMINATION

BY MR. PETTY:

Q.  Will you please state your name for the record?

A.  Kiska Breannah Hamblin.

Q.  And will you tell me your date of birth this one time?

A.  ███████████████.

THE WITNESS:  Do you want me to spell my name for the record?

THE REPORTER:  You can.

MR. DENNIS:  It's a K-I-S-K-A, B-R-E-A-N-N-A-H, Hamblin.

Q.  What is your address?

A.  █████████████.

Q.  Okay.  And you heard your husband testify about marriage dates and where you-all have lived.  Did he list all those correctly?

A.  I mean, for the most part, yeah.

Q.  For the most part?  How long have you lived at your current address in Big Spring?

A.  Since we moved in on tax day in 2020, so April 15th was the day we moved in.

Q.   And did you move here from Lubbock?

A.   Yes.

Q.   Where were you right before then?

A.   Before Lubbock?

Q.   Before Lubbock.

A.   I was in Roswell.

Q.   You were in Roswell?

A.   Yes.

Q.   Did you ever live in Oklahoma?

A.   Yes.

Q.   Do you currently have a job?

A.   No.

Q.   Okay.  When was the last time you had a job?

A.   We're in -- I want to say -- oh, my gosh.  I don't know.  Like, a month ago.

Q.   Okay.

A.   A month ago.

Q.   Okay.  That's fine.

A.   It was a temporary job.

Q.   Okay.  Well, who was that with?

A.   With Fate Fleet.

Q.   Fate Fleet?

A.   Yeah.

Q.   How long did you work for them on a temporary basis?

**6**

A.    From, like, January until middle March maybe.

Q.    Okay.  Prior to that, did you have a job?

A.    Prior to that, I was working at the hotel, but I had stopped working at the hotel in January of last year.  So '25 -- wait.  Yes.

Q.    Okay.

A.    Sorry.

Q.    The hotel in Big Spring?

A.    No, the hotel was here in Midland.

Q.    Which hotel?

A.    Staybridge Suites.

Q.    Okay.  Before Staybridge Suites, what was your job before that?

A.    I was working at Quality Inn.

Q.    Okay.  Where's Quality Inn?

A.    On the interstate here in Midland.

Q.    Okay.  And before Quality Inn, did you have a job?

A.    No.

Q.    What -- when did you start working for Quality Inn?

A.    October of 2023.

Q.    Okay.  And why did you start working for them?

A.    Because Austin wasn't able to find a job.

Q.    Okay.  How long did you work at Quality Inn?

A.    I worked at Quality Inn because it was -- it was owned by Aimbridge.  Aimbridge owns several different properties and Aimbridge decided to sell that property and get out from it, and so when they sold that property, I was -- they let us all go, and I was able to move from there to the Staybridge.

Q.    Okay.

A.    And that was in May of 2024.

Q.    Have you had the same position at both places?

A.    Yes.

Q.    What was --

A.    It was the front desk position.

Q.    Front desk?  And what made you leave Staybridge?

A.    Austin had finally gotten employment at Fate Fleet and our schedules just weren't going to -- because he would have to go all the way to Odessa, and with the kids and everything like that, it would be -- it was going to be way too complicated to -- for both of us to work and have to worry about who's going to get the kids to and from school.

Q.    Okay.  So you left just to help take care of the family?

A.    Right.

Q.    And then you took this temporary job with Fate

8

Fleet?

A.    Uh-huh.

Q.    And that was -- did that just cease on its own terms?

A.    Yeah, it was just -- I was trying to get -- help get, like, the parts room organized and stuff like that because there was a lot of changes going on over there.

Q.    Okay.  Are you currently seeking employment?

A.    I am currently enrolled in classes.

Q.    Okay.  Where are you enrolled?

A.    Bryan University.

Q.    Okay.  What are you studying?

A.    To be a paralegal.

Q.    Very good.  Very good.  How long do you have?

A.    I just finished my first set of eight-week classes, and so it's -- I think it's a 60-credit course, and I think it'll be done by the end of next year.

Q.    Okay.  How many kids do you have?

A.    Two.

Q.    What are their name?

A.    ████████████

Q.    How old are they?

A.    █████████████████████████

████████████████████████

KISKA HAMBLIN

**9**

▬▬▬▬▬▬▬▬▬▬

Q.    ▬▬.

A.    ▬▬▬

Q.    No, you're fine.  And you live in Martin County.  Correct?

A.    Howard County.

Q.    Howard County.  Do you have any family in Howard County?

A.    No.

Q.    Does Austin have any family in Howard County?

A.    He has a cousin.

Q.    Okay.  What's his cousin's name?

A.    Brad.

Q.    Do you know where he works?

A.    Do I know where he works?  No.

Q.    Okay.  Any other relatives in Howard County?

A.    No.

Q.    Okay.

A.    Not to my knowledge anyway.

Q.    Okay.  How about Martin County?

A.    No.

Q.    Neither you nor Austin have any relatives in Martin County?

A.    No.

Q.    Okay.  Have you ever been in the military?

A.   Yes.

Q.   What branch?

A.   I was in the army for -- back in 2011, I was going to be a medic and I had got injured at boot camp and so they sent me home.

Q.   Okay.  Has Austin ever been in the military?

A.   No.

Q.   Okay.  I know you're in school now.  Prior to that, what was your highest level of education?

A.   Some college.

Q.   Okay.  Where did you go?

A.   Eastern New Mexico University in Roswell.

Q.   What did you study?

A.   I was studying to be an EMT.

Q.   Okay.  Do you have any other certifications or qualifications?

A.   No.

Q.   Okay.  Have you ever given a deposition before?

A.   No.

Q.   Have you ever been involved in a lawsuit before?

A.   No.

Q.   Okay.  You ever been arrested?

A.   Once when I was, like, 19.  A long, long time

ago.

Q.   And where was that?

A.   In New Mexico, at the -- at the fair.  It was just a minor in possession of alcohol.

Q.   Okay.  Have you ever been convicted of a crime?

A.   No.

Q.   Did you know that there was a potential issue with Snellgrove Enterprises before the search and seizure occurred?

A.   Huh-uh.  No.

Q.   Did you ever purchase or acquire tools on your own for or --

A.   I mean, acquired, yes.  Purchased?  I mean, it was the same account and it was -- there were tools that were -- whenever he was working at, like, Halliburton, he would buy tools and they would come home obviously because he brought them to the house or whatever, and he -- you know, it would be the same account, so I mean, it's essentially the same purchase.

Q.   Sure, sure.  Did you own any tools that you kept at your residence that were solely yours?

A.   I had a pink set of tools.  It was pink screwdrivers and pink -- a smaller impact, and a -- just some other -- like, I think there was some pink pliers

and stuff like that.

Q.   Okay.  What brand were those?

A.   Snap-On.

Q.   Snap-On?  Were they taken in the seizure?

A.   Yes.

Q.   Okay.  I believe Austin said the popcorn maker was yours?

A.   Yes.

Q.   Anything else other than the pink tools and a popcorn maker?

A.   The fish tank that seems not to be on any list anywhere.

Q.   Okay.

A.   That was ours.  And then the bump box speaker that was taken.  The tray tables the -- I mean, I think that's all I can think top of off the top of my head.

Q.   Okay.  The pink tools, who did you get those from?

A.   From my stepdad.

Q.   And those were a gift.  You didn't buy them?

A.   Right.

Q.   The fish tank, where did you get the fish tank from?

A.   I don't really remember where the fish tank came from.  It was one of -- one of my stepdad's friends

had found it and he had given it to us because he was, like, I don't need a fish tank.  It was just, like, one of those novelty items.

I mean, it wasn't -- kind of don't think that they even knew they took -- what it was whenever they took it because you couldn't tell it was a fish tank.  So, I mean, it was a gift from a long time ago.

Q.   Was it Snap-On branded?

A.   Uh-huh.

Q.   Okay.  What's a bump box?

A.   It's a speaker.

Q.   Okay.

A.   It's -- it was -- it's, like, this big, and it just came -- well, it came from Snap-On because they had, I guess, a brand deal with them.  And so that's why it was a Snap-On one.

Q.   Okay.  And you got that from your stepdad, too?

A.   Uh-huh.

Q.   And what were the tray tables?

A.   Like, the TV tray table.

Q.   Okay.

A.   Yeah.  It was a set of four.  And then it had a stand for them, and they were Snap-On also.

Q.   Okay.  Also from your stepdad?

KISKA HAMBLIN

**14**

A.   Yes.

Q.   Okay.  And all of these -- popcorn maker, pink tools, fish tank, bump box, tray tables were all taken in the seizure?

A.   Yes.

Q.   Okay.  Do you have any kind of inventory for the property that was taken?

A.   Do I have -- like, other than the receipts and --

Q.   Obviously, we've got all these exhibits here.

A.   Right.

Q.   Is there anything else you've created -- any other list that you have anywhere that you created?

A.   I do, but it's just a compilation of all of the receipts and stuff.

Q.   Okay.  Do you have receipts for -- for example, I know some of these you probably don't because you said it was an old gift, but do you have receipts for the popcorn maker, tools, fish tank --

A.   I'm not -- I didn't purchase them from him, and he gave them to me, so he would be the one that would have those receipts.

Q.   Okay.

A.   Well, except for the fish tank that he got from somebody else.

Q.   Sure.  The tools that you-all purchased out of your joint account, did you keep receipts for those purchases?

A.   Most of them.  I mean, when he would bring them -- bring the receipts home from stuff that he purchased, I kept them.  But I mean, we've moved from New Mexico to Oklahoma to Texas and been married for a really long time.  So I mean, there's many things that could have gotten shuffled around and --

Q.   Did he get your anniversary date right?

A.   Yes, he did.

Q.   And when was that?  When were y'all married?

A.   August 31st of 2013.

Q.   Okay.  So the day of this seizure in May of 2023, what's the first thing you remember?

A.   I -- I was still in bed whenever Austin had gotten up to the doorbell, and I stayed in bed because I didn't know who it was.  And when it had -- I don't know how long it had been, but I had heard Austin come back inside the house because I heard him talking with people.  I didn't know who it was because, like I said, I was still in the bed.

And I didn't recognize any of voices and I didn't hear Austin's voice anymore, but I had heard the back door open, like, the screen door, and so I

assumed that whoever Austin was with, they went into the backyard. And then there were officers -- well, I didn't know that they were officers at the time, but they were in the living room and they were loud and I came out of the bedroom with a towel on and, like, I saw that they were officers and I asked them why they were there.

I told them that they needed to get out of my house because my kids were asleep, and then Kelsey Brown told me that I might want to go get dressed because they had a warrant for the whole house. And I demanded to see the warrant and she said that she didn't have to show it to me, it was for the whole house, and I needed to go get dressed.

I had gone into -- back into my bedroom and then I was getting dressed, and then Austin had come into the bedroom, and then there were officers following him.

Q. Okay. Is Kelsey Brown the first person that talked to you?

A. Yes, she was standing there with Gammons and another person that I don't know their name.

Q. Do you know any of those officers? Had you ever met any of them before?

A. No.

17

Q.   Okay.  So you had never met Brad Ingram before?  Had you ever met Anders Dahl before?

A.   Uh-huh.

Q.   Never knew him?  Have you had any contact with him since?

A.   Just from the deposition and that's it.

Q.   Okay.  So Austin comes into the room and how many officers were with him?  You were alone in your room, right, when you were changing?

A.   I was in my room and the -- he came in -- for that time, yes, because I had just -- I had only a towel on whenever I walked out to tell them to get out and be quiet because my kids were asleep.  And then when I walked back into the room, I hadn't finished getting changed yet, but the officers were all there with Austin, and there was -- I want to say there was three right there, Brown being one of them, Dahl being another one, and then I don't remember who the other one was, and that's the first time that Austin had told me what was -- who was here.

Q.   Right.  Okay.

A.   Who was there.

Q.   Okay.  So what happened next?

A.   My kids were still in the bedroom because the door was still shut.  So I don't think that they had

woken up yet. If they had, they hadn't come out of the room yet. I -- or Austin grabbed something out of the bedroom. I don't know what he grabbed, but then he and two of the officers walked out of the bedroom down the hallway. And then I think they went out the front door.

I was in the bedroom and walked out. And I had just -- I had just thrown on some shorts and, like, a T-shirt, and Kelsey had gone back to the living room and I followed her because I didn't want to have -- talk because I didn't want the kids to wake up. And I asked her again, I said I need to see the warrant. If you're saying you have a warrant, show me the warrant. And she said that I needed to probably get my kids up and out of the house because they were going to search the whole house. It didn't matter.

And I asserted my right to privacy, and then I had heard the bedroom door open, and my daughter walked out and I grabbed her and put her back into the bedroom, and I said just wait here for a little bit and I'll let you know what's going on. Everything's okay.

And I went back to the living room, asked Kelsey to either show me the warrant or leave. And that's -- I don't remember what -- like, how -- everything happened so fast, but at the same time it felt like it was -- it took a long time, if that makes

any sense.

Q.   You said you asserted your right to privacy. Do you remember the words you used?

A.   Those were my words.

Q.   Those were your words?

A.   Yes.

Q.   So "I'm asserting my right to privacy"?

A.   This is my home, too.  I said, "I'm asserting my right to privacy.  I have the expectation of privacy in this home.  Show me the warrant or you need to leave."

Q.   Okay.  And how did Kelsey respond?

A.   With an attitude, if I'm being honest.  I mean, she -- she was very "I don't have to show you anything.  We're going to search the whole house whether you like it or not."  You know, just stuff that was not proper.

Q.   Okay.  So your daughter came out.  I get you said you started to take her maybe back to her room. What happened next?

A.   At that point, I went to go check on the kids because Austin and Dahl had come back inside the house, I believe.  And I went and I checked on them and found out that my son was running a fever.  He had 101 fever and she -- Kelsey was instructing me to get them out

and -- like, out of the house and I told her I was not going to do that because my son is running a fever, he doesn't feel good, and he was coughing.

And so she said, "hold on," and I guess she went and talked to somebody and then came back and told me that we didn't have to leave after all or -- you know, we could just leave them in the room and they wouldn't go in there. They would just sweep the room.

Q. Okay. At that point, had any -- in your view, had they opened anything -- any of the officers opened anything or looked inside anything?

A. In -- at that point, like, I don't -- I don't know what was going on outside.

Q. Right.

A. But inside the house, there were -- they were, I guess, just, like, looking around at that point.

Q. Okay. So when Kelsey came back and said the kids can stay, what happened next?

A. I was going to move them into my bedroom because my bedroom -- the door on it actually locks, like, it's an actual key lock. And I felt like they would be safer in there because of everything else that was going on. And at this point, I didn't know exactly what was going on because I was trying to figure it out, but I had to -- Kelsey instructed me to move them from

one room to the next and then back to their -- the room that they had originally been in so that way they could search my bedroom.

And I asked her again, I was like, what are you looking for? And she didn't tell me and she kind of ignored me and turned around and started talking to that other officer. I don't know what his name is.

But I had to move the kids out from my bedroom back into the other room, then they -- she did a sweep, I guess, and then I moved them back into my bedroom. And then I was going to get them settled with some breakfast, but I couldn't do that because there were officers everywhere. And so I got them in there, and I -- I think my daughter had -- she's a little sneaky fast girl. She slid past me and she went to go look for her dad. And so I had to intercept her and grab her and bring her back into the room and explain to them what was going on.

Q. Okay. And they ended up in your room after you switched the rooms? Or they ended up back in their room?

A. They ended up back in my room, but they had been bounced at least three times back and forth, which I don't know. That didn't make any sense to me. But --

Q. Okay. And then at first it was Kelsey, but

then, I guess, another officer joined her while you were bouncing the kids back and forth?

A.    Right.

Q.    Okay.  And then were you with them when they were sweeping the rooms?

A.    I was in with my children, but I could -- like, my hallway's real narrow.  You can see it on video, it was real narrow.  And so I could see them going through or sweeping -- doing their sweep.

Q.    Okay.  Okay.  What -- so after all of that's done, the children are back in your room, what happened next?

A.    I had left -- I was able to leave to go get medicine for my son.  They -- the officers let me leave and then whenever I came back, Snellgrove hadn't -- wasn't there yet, but when I came back I had walked in the house and told them -- because they were just all standing around at this point.  I guess they were waiting on Snellgrove is my assumption.  I don't know what they were doing.

But I come back and they were all standing there and I said, "Why are you all still here?" And I think that it was Dahl that was sitting on the couch.  And I'm -- I just found that really odd that he was just chilling on the couch, but anyway.  And Kelsey

was sitting -- or standing in the door frame of the kitchen, and I said, "Y'all can leave at any point now. I don't understand why you're here."

Because at that point, they still hadn't shown me anything. I don't know what they had done with Austin. We weren't together the whole time at all. Like, we were -- we were separated a lot of the time. But I gave my son his medicine and then I waited for whatever was going to happen.

Q. When you walked in, were they all in the living room?

A. I don't want say that they were all in the living room because I know that there were officers in the alley and then there were officers in the front and -- so I mean, I couldn't tell you how many officers were there that day.

Q. Okay. After you gave your son his medicine, what did you do next?

A. I was able to get them -- I think I gave them, like, some Pop Tarts to hold them over to where I could get, you know, a handle on everything else that was going on. But for the most part, after -- after I'd gotten them settled, after coming back again, they -- I was -- I stood in the hallway, and -- when Snellgrove had gotten there, I was standing in the hallway. And

Snellgrove was walking through the house and I was really, really confused because I didn't know what was going on.

Q.   Did -- did you see Snellgrove arrive outside?

A.   No.

Q.   Did he come in the house from the front door, back door?

A.   He came in from the front door.

Q.   And who was -- who was with him, if anyone?

A.   Dahl was with him whenever he came in and -- I just -- I -- I don't know -- I know he came in with Dahl and I think it was Metcalfe and that other officer that I don't know his name.  And Dahl was in the living room whenever he was walking through the house.

Q.   Okay.  How long was he in the house?

A.   He was in the house from -- from his initial whenever he first walked in, maybe 15 minutes, maybe ten minutes.

Q.   Okay.

A.   I had gone back to check on my kids, and then whenever I came back out from the bedroom, they weren't in the house anymore.

Q.   Okay.  What did you do next after you came back out?

A.   I kind of was trying to figure out what was

going on still, because I still didn't know what was going on. And then I -- I mean, I went and I sat with them until somebody came and told me something.

Q.    Okay.

A.    I know that when -- because we have a window that looks into the backyard, and I was kind of watching what was going on, and when Snellgrove had -- because he was in the backyard, he had walked towards the -- the other shed -- the smaller shed that we have in the back, I went outside and I went and I confronted him, and I told him that he knew that all this was bullshit and I didn't understand why he was here.

And I told him -- or I asked him, I didn't tell him. I asked him what he was going to do whenever we provided receipts for everything. And he said that's not going to be up to me, that's up to the cops. And I -- you know, he kind of pushed past me and he was, like, I'm just here to get my stuff. And I told him, you know it's not your stuff, so why are you doing this?

And then I was kindly instructed to go inside the house by somebody. I don't remember who told me.

Q.    When you were talking to Snellgrove, was he by himself or was he with an officer?

**26**

A.    No, there were officers everywhere.

Q.    Okay.  Did you go back in the house?

A.    I did, but when I was going back in the house, I noticed that the back door -- or not the back door, but the gate to the alley -- the back alley gate was open, and Stan Parker was there and -- it was Stan Parker was there, Ingram was there, and at the time, I didn't know who any of these -- like, I didn't know their names until after.  Well, I knew who the sheriffs were, obviously, but the other officers -- there was several of them, and then I went inside the house.

Q.    Who is Stan Parker?

A.    Sheriff for Howard County.

Q.    Okay.  Did you help Austin with his day-to-day work?

A.    I mean, define "help."

Q.    I mean, just did you ever assist him with any of his Snap-On jobs?

A.    I mean, I'd go to work with him every once in a while.  And I had gone to the warehouse several times to go help Randy whenever freight would come in whenever they would have a really -- because Austin would be expecting a large amount of freight and there were numerous occasions where he would call me and say, "Hey, I need you to go to the warehouse, grab something, and

take it to the shop in Odessa.  I'll meet you there."
And I'm like, okay.  So I mean -- and it wasn't unusual
for that to happen.

Q.   Okay.  Did you ever help him with his
paperwork?

A.   Oh, God, no.

Q.   I guess you rode with him a couple of times
maybe on his route; is that right?

A.   Uh-huh.

Q.   Did you ever take property from your house to
the warehouse?

A.   From my -- wait.

Q.   Did you ever -- either way, either direction.
Did you ever take property -- just in the course of
Austin's business --

A.   Well, I knew that I had taken tools that were
at our house that he had purchased from our house to a
customer in Odessa because the customer needed it
immediately and couldn't wait for his to come in, and
then, you know, I mean --

Q.   No, that's fine.  I mean, in the normal
course -- in the normal course of your business with
him, with Austin, did you ever take property from the
warehouse to your house or vice versa?

A.   Well, I mean, from my house to the warehouse,

yes, but I never took anything from the warehouse to my house.

Q.   Okay.  And in the circumstances you were taking something from your house to the warehouse, what would those items be?

A.   It would be either a socket or an extension or -- I don't -- it just varied.

Q.   And would it just be, like, at Austin's request -- or you weren't moving inventory or anything. You were just --

A.   No, it was at Austin's request.  Like, stuff that he needed right then in that moment for his customer in Odessa.

Q.   Okay.  Did you ever drive his Snap-On truck for a job --

A.   Oh, God, no.

Q.   -- anything like that?

A.   No.  I can barely drive my regular vehicle.

Q.   That's fine.  Did he have a key to it?

A.   No.

Q.   Okay.  And the only time you went to the warehouse was when you were helping unload a shipment?

A.   Uh-huh.

Q.   Okay.

A.   Yes.  Sorry.  I know.

Q.    So after you're -- where you've confronted Snellgrove, you've seen both sheriffs in the alley, you go back in your house, what happened for you next?

A.    I just -- I remember trying to keep the kids occupied and calm.  And I would occasionally, like, come out of the bedroom and attempt to speak to one of the officers that was there and ask them why they were still there and why I haven't seen a warrant.  And I asked on numerous occasions if they -- you know, if you would just tell me what you're looking for, you know, we could move on with our lives.  Like, what is going on?  I never received anything, a warrant or anything like that.

MR. PETTY:  Would everybody like to take a quick break?

MR. MUELLER:  Yeah, let's go off the record.

(A recess was taken from 2:45 p.m. to 2:55 p.m.)

Q.    (BY MR. PETTY) Okay.  I think when we broke, you had seen the sheriffs in the alley, you had gone back in the house.

A.    Uh-huh.

Q.    What -- I guess I just want to go finish the seizure day.  So what happened next?

A.    I just -- I mean, I stayed inside for the

30

majority of the rest of that time.  I did -- I left again, I think, around 1:00 to go get something for the kids to eat.  I went and grabbed McDonalds or something. Came back, they were still all there.

I saw some -- like, I saw my dartboard outside, and there's toolboxes and stuff like that outside.  And I grabbed my dartboard, walked back into the house, and they were all just kind of standing and scattered.  And I asked them again to leave and said something along the lines of, "This is F-ing ridiculous," but I said the actual word and -- you know, I got my kids their food and kind of just stayed out of the way, I guess.

Q.   Okay.  Did you talk to either sheriff?

A.   No.

Q.   Okay.  So were you in the house when they took the property out of the house itself?

A.   Yes.

Q.   Okay.  Tell me about that.

A.   I had -- I was in the bedroom with my children and Snellgrove and Dahl, I'm -- I'm pretty sure it was Dahl and Metcalfe walked into my son's bedroom to get his toolbox out of there.

I had told Snellgrove that he needs to not do that because -- I may have said a few choice

31

words, but I blocked -- because he tried -- he looked -- like, he looked into my bedroom and he tried to, like, talk to my kids, and I blocked his -- blocked their view of him.  And whenever he went into the bedroom, he emptied my son's toolbox and took it out of his room.

Q.    And this was Dahl doing all of this?

A.    Dahl and Snellgrove.

Q.    And Snellgrove both did that?

A.    Uh-huh.

Q.    And this -- you were in your children's bedroom at the time?

A.    I was in my bedroom, which is right across from my son's room.

Q.    Okay.

A.    I was in the door frame.

Q.    Okay.  So -- and they took your son's toolbox?

A.    Uh-huh.

Q.    The toolbox in your children's room?

A.    Right.

Q.    Was there anything in your room that they took?

A.    Not that I'm aware of.

Q.    Okay.  You didn't have --

A.    Well, the gun.  The gun was in the bedroom.

Q.    The gun was in your room.  You didn't have a

toolbox in your room?

A.    No.

Q.    Okay.  So after they took the toolbox out of your son's room, did you follow them down the hall with it, or did you stay with your children?

A.    No, I stayed with my kids at that point because, like, my son was trying to figure out why his toolbox was leaving.  So I was trying to, I guess, distract him as much as I could.

Q.    Okay.  What next?

A.    Then I guess that they all left after they had taken everything that was -- that they wanted to take.

Q.    Okay.

A.    I had stayed in the bedroom for the most --

Q.    Okay.  After they had gone, what did you-guys do?

A.    My mom showed up to come get the kids.  She showed up not five minutes after they had left.  Like, she saw them at the gas station -- or she told me she saw them at the gas station by the house.  So they had just missed each other.

And the house was a mess, the outside was a mess, and it was just -- we were trying to, you know, get everything back to where it was, I guess, livable. But, you know, just because there was stuff that was

moved out of place for them to get everything out.

Q. Where does your mom live?

A. In New Mexico.

Q. Okay. So she drove --

A. Yes.

Q. -- straight? Did you call her that morning or something?

A. No, she actually called me.

Q. Oh, she called you?

A. Right.

Q. Called you for what purpose?

A. To ask me what was going on. And I didn't know how she knew anything about it until after she told me what had -- what -- how she knew.

Q. How did she know?

A. Because Snellgrove had called my stepdad and told him that they were about to hit the house and raid the house and that he didn't know if anybody was going to go to jail or be arrested or anything like that, so that they needed to come get the kids.

Q. Okay.

A. Yeah.

Q. And your mom called you that morning to say she was on her way?

A. She called me that morning to say what's going

on and see what was going on because she was worried about the call he had received.  And then she was, like, I'm coming to get them.

Q.   Okay.  Did you ever see the warrant that day?

A.   No.

Q.   And I guess I have a similar question.  I forgot her name, but the woman that stayed with you-guys for --

A.   McKenzie.

Q.   -- a couple of months, who was she?

A.   She was an ex to -- well, I guess she still is an ex technically to one of my friends I met when we had moved to Big Spring.

Q.   Okay.  But she was no longer staying with you-guys when this occurred?

A.   No, she was not.

Q.   How long had she been gone?

A.   I want to say she left the end of April, so a couple weeks.

Q.   Okay.  And you're aware of the body cam video.  Correct?

A.   Of the body cam segments?

Q.   The segments is fine.

A.   Yes.

Q.   Have you viewed those segments?

A.    Yes.

Q.    Are they -- do they accurately reflect what happened at least as far as the segment goes?

A.    I can't say that for certain because I wasn't in them.  Like, I --

Q.    So are you in any of the segments, I guess is a good question?

A.    I am very, very briefly.

Q.    Okay.

A.    Very briefly I'm in there, and from that little part that I'm in, yes.

Q.    Okay.

A.    The rest of it, I mean, I'm assuming that it's fine.

Q.    Sure, that's fine.  Did you record anything on your own device during the seizure?

A.    I did not.

Q.    Okay.  Nothing audio, video?

A.    No.

Q.    Did you see any of the other officers making a recording of any kind other than the segments we have?  Did you see anybody taking pictures or video?

A.    I don't recall.

Q.    Okay.  So after the seizure was over, when did you first start going through everything to figure out

what was taken?

A.    Okay.  Well, let's back up a little bit because the -- when -- at the end before my mom got there, Metcalfe and Dahl had a conversation with Austin and I about getting receipts and stuff like that to dispute what Snellgrove was saying.

Q.    Uh-huh.

A.    And I had told them, you know, what is going to happen?  Where -- what is the plan?  Where is all this going?  I was told by them that everything was going to be held in Martin County for them to inventory everything, all the sockets, all the wrenches, all of that stuff, and that they would get me a final count of everything.  I asked them several times because I wanted to make sure that I was -- you know, trying to protect our rights and say, you know, when can -- when will you have that for me?

And Dahl responded with, "It will be done real fast.  It's not going to take very long," is kind of how his attitude was.  And I reiterated that I wanted to -- I wanted a count of everything because they were just taking things and they weren't -- nobody was counting anything, and I wasn't able to do that because I was trying to, you know, take care of the kids and make sure that they were as protected as I could make

them.

And so they assured me that they would take it to an evidence locker, it would all be in an evidence locker until this whole thing could get sorted out, and I said okay.  And Dahl gave me his card and as -- when they left, then my mom showed up, and yeah.

Q.   Okay.  Other than his card, did you review any piece of paper that day?

A.   Huh-uh.  No.

Q.   When was the first time you were shown any sort of inventory from the seizure?

A.   In -- I want to say it's August of '23.  I had -- I had called a couple times.  I had talked to Gammons because he's the one that had taken the gun.  I had called him and I spoke to him once and I asked him if there was going to be charges or if they were going to file a case or what I needed to do to get the gun back.  And he said, I don't know.  I haven't talked to ATF yet.  And I said, you're wasting your time, but it's fine.

And so I said as soon as you know, will you please give me a call back.  And he never did.  Then in August, I had called Martin County and said, hey, you know, given you-guys plenty time, I need to know what's going on with our property.  We've provided receipts,

after, you know -- in May and in June, and so what's going on?  And I said, I never got a final count.  So, you know, could you get me that?  That's the first time that the Attachment A or whatever he called it had been sent.  Sorry.

Q.   No, you're fine.  Exhibit 7, that Attachment A right there?

A.   Yeah, he e-mailed me Attachment A, and that's the first time that I had seen it was in August.  I responded in an e-mail to him back.  I said, "Okay.  Well, this doesn't detail all of the hand tools and et cetera.  And you know, when can you get me that number and that list?"  And I never heard from him again.

Q.   Okay.  Who is Metcalfe?

A.   Metcalfe is -- well, was the chief deputy at the time.

Q.   In Martin County or Howard County?

A.   In Martin County.

Q.   Okay.  And he was at your house?

A.   Yes.

Q.   Anders Dahl was at your house?

A.   Yes.

Q.   Kelsey Brown was at your house?

A.   Yes.

Q.   Was Roy Gammons at your house?

A.   Yes.

Q.   Was Wesley Phelps at your house?

A.   Weston.  His name's Weston.

Q.   Weston.  That's probably my typo.  Yeah, Weston Phelps.

A.   Yes.  As far as I know to my knowledge, he was there at the initial -- at the beginning.

Q.   Okay.

A.   Throughout the day, there were many officers in and out.

Q.   Okay.  So this -- the list of officers in the lawsuit is not -- isn't everyone that was at your house?

A.   Right.

Q.   Okay.  So after this seizure, you were e-mailing with Dahl asking to get this --

A.   I had one e-mail with him, yes.

Q.   One e-mail with the affidavit.  You got that e-mail in August?

A.   Uh-huh.

Q.   Before August -- and I know you said a little bit of this already -- did -- who did you talk to and what were they saying about your property?

A.   We had -- and it's been produced in our discovery -- a phone call with Jesse Metcalfe on May 31st of 2023.  And we discussed our -- you know, what

40

was going on with the property and what was going on with everything like that because at that point in time, Austin had not been indicted or anything to that nature. So we were trying to figure out what was going to happen.

In June, when Austin turned himself in, it came after a planning of getting our affairs in order because our kids were in New Mexico.  We -- when we talked to Metcalfe, he had heard that we were going -- we were running or something like that, and so he thought it would be best if Austin came and turned himself in.  Well, we had made arrangements to get the kids the weekend before that.  And so we did that, and then we went -- got the kids, came back home.

Austin went and turned himself in, we gave receipts to Metcalfe on that day.  He made copies of them, I got back the originals, and then he -- he didn't say anything else about where the property was or what had happened or any of that.

Q.   Okay.  And the receipts, is it this Exhibit 6, if you'll go through there and look?  Are those the receipts?

A.   These, and then the Exhibit 3.

Q.   Exhibit 3?

A.   Yes.

Q.   The list of property from your stepdad?

A.   Well, this, and this is what we gave to --

Q.   Gave to --

A.   Metcalfe.

Q.   -- Metcalfe?

A.   Yes.

Q.   You gave those to Metcalfe?

A.   Yes, 3 and 6.

Q.   And he copied them and gave them back to you?

A.   Right.

Q.   Okay.  When did you get connected with the criminal defense attorney?

A.   That was right after -- I don't recall the exact date.  It was right after the arrest.

Q.   Okay.

A.   Or actually -- it might have been right before the arrest.

Q.   Okay.  David was his name?

A.   Guinn.

Q.   David Guinn?

A.   Yes.

Q.   Did he help facilitate any property communications?

A.   To my knowledge, just whenever we were in court in Martin County, not for the arraignment, but for

the first pretrial conference, he had talked to Josh Hamby and -- in open court, they both had told the judge that there's a lot of property that's in dispute right now, so the state wasn't ready to proceed, and so they needed a continuance.  And that's the only facilitation that I had seen and then -- that I have knowledge of.

Q.   Okay.  And after the dismissal then, you were able to have one e-mail with Dahl in August, the criminal suit wasn't dismissed until November.  Correct?

A.   Of '24.

Q.   Of the next year?

A.   Yes.

Q.   What did you do from August to, I guess, November of the next year with regard to seeking your property?

A.   I wasn't trying to impact the criminal case at all.  And so I was -- I was relying on the criminal defense attorney to make those communications.

Q.   When did you first see the Snellgrove inventory, Exhibit 8?

A.   When he turned over discovery in this case.

Q.   Okay.  So you let your attorney kind of handle things until November of '24.  And then what happened after that?

A.   After that, I started calling Martin County

again and asking to speak to Dahl because he was the last known officer that I was aware of that was there. And every time I called I would be told, oh, I'll have him call you back, I'll have him call you back. But I didn't learn until February of '25 that he was no longer there.

Q. Okay. Do you know who you talked to?

A. Who was answering the phone --

Q. Uh-huh.

A. -- and telling me? Oh, no.

Q. No? Okay. Well, when were you able to actually talk to somebody over there?

A. In February of '25.

Q. Okay. Who did you talk to then?

A. I don't remember who I talked to, but I know I had called on a Saturday because every time that I had called on a weekday, I kept getting the same person answering the phone. So I was, like, oh, let's call on a Saturday and see if I get any better results, and I did because the -- the guy that answered the phone on that Saturday told me that Dahl was no longer there and he hadn't been there since early 2024.

And so I was, like, oh, okay. So that's explains a lot. And so then he said that he would have his chief deputy call me and it'd probably be Monday.

And so that's when Billy Reynolds called was that following Monday after that Saturday.

Q. Okay.

A. And it was -- I want to say it was the second week of February because we were in basketball at that time.

Q. Okay.

A. Well, I wasn't in basketball but --

Q. Okay. What did Billy Reynolds tell you?

A. He had no idea what I was talking about because he -- they had just gotten there in January. And so he was wondering what property I was talking about, he was wondering what criminal case it was, and I told him -- I said -- I gave him all the information that I could give him that I had and he asked me for a copy of the dismissal order, and so I sent him that.

I sent him a copy of the -- our inventory list of stuff that we had gotten together to that point, and then he was -- I mean, he asked if we could come in and talk to him, and I was kind of hesitant because I was really not in the trusting mood of people. And so he -- he was just -- I guess, he went over the case file. I don't know what he did after that, but I just know he had called me back and was very confused and didn't know what I was talking about.

Q.   Okay.   Did you end up having that meeting with him?

A.   Uh-huh.   Yes.

Q.   Have you ever met him before that day?

A.   No.

Q.   Okay.   So that meeting, approximately when did that take place?   Who was there?   What did you talk about?

A.   That meeting was in March.   We went in and -- he recorded it and I had recorded it, and it's produced in the discovery, like, audio of it is.

We just told him what happened and we went through everything and, you know, told him the processes that we had gone through.   And he informed us that they didn't even have a log that any property went to Martin County for that day at all.   So that's when we found out that it never was logged into evidence.

Q.   Were you still represented by David at the time or --

A.   Austin was.   I was never --

Q.   Austin was.

A.   Yeah.

Q.   You were never represented -- right, right. No, obviously, but was David still active with Austin at that time, early '25, I guess?

A.    Somewhat, not -- not as -- like, I mean, it was kind of just -- he's really busy.

Q.    Okay.  Yeah.

A.    But I mean, it was kind of up to us to do the -- the questioning and stuff like that.  But I mean, he -- he did talk to the district attorney and we were able to get the gun back.  But that was also in part, not just by Mr. Guinn, but Billy Reynolds had some involvement in that also.

Q.    Okay.  In getting the gun released?

A.    Uh-huh.

Q.    When did you stop working with Guinn completely?

A.    Oh, I don't -- I haven't talked to him in a while.  I mean --

Q.    Okay.  So you don't know if he did anything other than his, I guess, phone calls to Hamby, you don't know if he did anything?

A.    Not that I'm aware of.

Q.    Did you update him with the meeting that you had with Billy Reynolds?

A.    I don't know.  I didn't personally.  I don't know if Austin did or not.

Q.    Okay.  So when you found out that everything was stored in Snellgrove's warehouse, what did you-guys

do next?

A.   I started looking to see what I could do.

Q.   Did -- did Billy ever suggest a property hearing or mention a property hearing?

A.   He -- in our conversation that we had had -- or whenever we gave him our statement, he explained to us how things were supposed to work and how things usually work.

And so when he was telling us those -- you know, the process of this is what's supposed to happen, it's supposed to be seized and, you know, going down the list, he -- he didn't say that that would be -- like, he didn't -- I don't know how to explain it.  He didn't say to do that, but he basically said it would have done no good because the property wasn't even being held by the court.

Q.   Oh, okay.

A.   So it would have been a wasted avenue because --

Q.   What did he suggest instead?

A.   He -- I mean, he didn't really suggest anything other than he was going to write the letters to Josh Hamby and ask Josh to get a neutral investigator to investigate the conduct that had happened.

Q.   Okay.  So after -- after -- is that the Texas

Rangers?

A.    Uh-huh.

Q.    Okay.  After all of that whole conversation with respect to property, I know y'all thought a report was being made to the Texas Rangers and all of that. What else did you do after that process started with them?

A.    Well -- okay.  So let's back up a little bit. Sorry.  There's just so much information in my head.

Q.    It's okay.

A.    There was -- I had a phone call with Josh Hamby before I -- before I filed the lawsuit in May.  So I filed the lawsuit in May.  I had a conversation with Josh Hamby.  I want to say it was, like, the week before I filed the lawsuit and had asked him, you know, what have you heard -- like, what can you tell me about the property because, you know, I need to figure out something.

And Hamby told me to go and talk to Napper, J. Napper, at the county, and go see what -- because he does the civil side of everything, and so see if I can get a resolution with him.

I made an appointment with J. Napper, and I went and I saw him on the -- it was the day before I filed the lawsuit, and I went and talked to him, and I

told him, look, this is basically what happened.  I'm letting you know that I plan on filing this, and he informed me -- he said, well, I can't give you any advice because our interests are adverse, and I said that's fair.  I'm just trying to do everything that I can to know that I'm exhausting all my remedies.

In that conversation -- I wouldn't consider it advice -- but he said maybe if you got the county commissioners, you can figure out something.  And I told him I can't do that because of -- it would be a conflict.

Q.   Okay.  And who is J. Napper?

A.   He is the county attorney for Martin County.

Q.   Okay.  And then you filed the lawsuit --

A.   And then I filed the lawsuit.

Q.   -- after that?

A.   And here we are.

Q.   Okay.

A.   Took a long time to get here.

Q.   And let's just go really quickly through these.

A.   Okay.

Q.   We'll start with Exhibit 1, which I believe is your stepdad's -- well, his cover page --

A.   Right.

Q.   -- affidavit and then the inventory?

A.   It probably needs a new one because this one's definitely expired.

Q.   No, it's okay.  Do you have anything to add about this or any statement to make about it?

A.   No.  I mean -- no.

Q.   Did you help create this list or did this come directly from him?

A.   No.  Austin and I create -- I worked on it with Austin.

Q.   Put it together?

A.   Yeah.

Q.   And his --

A.   His portion.

Q.   His portion of this, is -- it's correct that it really is just applicable to 1, A to M?

A.   Yes.

Q.   Okay.  Exhibit 2, do you know anything about that?

A.   Yes.

Q.   Okay.  Who is Doug Scott Tools?

A.   He is a tool dealer that services Austin's place of employment.

Q.   Okay.  And what is your understanding of what this -- what does this show?  What does it represent?

A.    Replacement items that we've had to replace since the -- well, since he started working for Fate Fleet especially, but -- that's about it.

Q.    Do these -- all of these entries -- are each one of these entries a replacement item or just some of them actual replacement items?

A.    To the best of my knowledge.  I mean, other than -- you know, I don't know part numbers very well.

Q.    That's okay.  So to the best of your knowledge yes or no?

A.    Yes, to the best of my knowledge.

Q.    Okay.  Do you help Austin with his Fate Fleet work every now and then?  I know you did a temporary job, but regularly?

A.    I mean, no, not really because that's above my pay grade.

Q.    Okay.  Exhibit 3, did you get that from your stepdad?

A.    Yes.

Q.    Do you -- does the -- all the items in the product number column, what is your understanding of what those are?

A.    Those are part numbers from Snap-On that align -- well, align with parts -- tools from Snap-On to a point that they have -- if they have been superseded,

that's what the inaccuracy would be.

Q.   Sure.  And you heard Austin's testimony on this affidavit -- or I'm sorry -- on this document.  Is there anything that you would change or add to what he said to the best of your recollection?  I know it was a minute ago.

A.   No, I don't think so.

Q.   Okay.  Exhibit 4, I think it's the big bank statement.  Do you recognize this?

A.   Yes.

Q.   And to the best of your knowledge, is what Austin stated about it correct?

A.   Yes.  The only thing that I would have to add to that is the ATM withdrawals -- so my understanding at the time, they were for truck account payments.

Q.   Okay.

A.   To Snap-On.

Q.   And what is a truck account?

A.   It would be a -- it would be a -- it would be a revolving credit account, but it's not tracked like the revolving credit accounts, if that makes sense.

Q.   Uh-huh.  So the payment here, or the withdrawal, is that -- would that be for tools or would that be for gas, would it be for --

A.   No, it would -- it would be payment to the --

whoever at the time.  Austin would pay part of it on -- out of account, and then he would pay part of it on -- in cash.

Q.   Okay.

A.   It would be up to the franchisee however they would take payment because essentially -- giving away all the trade secrets -- if they purchase things for -- like, if Austin would go on a truck and purchase things that that person had for cash, that cash wouldn't necessarily be tracked in Snap-On's system.  Does that makes sense?

Q.   Right.  Okay.

A.   So it would -- that's what the ATM withdrawals are and stuff.

Q.   Okay.  And this all would have been New Mexico?

A.   Yes.

Q.   And there were essentially just truck and tool purchases?

A.   Right.

Q.   And this account was only owned by you and Austin?

A.   Yes.

Q.   Nobody else?

A.   Only Austin and I, yes.

**54**

Q.   Okay.  So the redaction's just probably your address?

A.   Addresses.

Q.   Okay.

A.   Addresses and account numbers.  I mean these account numbers aren't account numbers anymore, but it wasn't --

Q.   That's fine.  Okay.  Exhibit 5.

A.   Okay.

Q.   These are all the pictures.  Did you take most of these?

A.   Yes.

Q.   Okay.  Let's just go through them really quick.

A.   Okay.

Q.   For Picture 1, is there anything in that picture that was seized?

A.   That -- in the picture, I mean, it's that toolbox I know had tools in it.

Q.   In the foreground?

A.   Yes.

Q.   Yeah.

A.   And then other than that, I can't --

Q.   That's fine.  I think Austin also said that toolbox in the background, that tall one --

A.   Uh-huh.

Q.   -- behind the chairs.  Would you disagree with that?

A.   I would not disagree with that.

Q.   Okay.  I'm not worried about that.  Picture 2, what is that a picture of?

A.   That's a picture of a chewed up Snap-On tool that the dog got ahold of.

Q.   Oh, the dog did that?

A.   Yeah, the dog did that.

Q.   Were these taken in the seizure?

A.   Yes.  Well, the replacements were.

Q.   And Pictures 3 and 4, were any tools seized in those picture?

A.   Yes.  I will note, though, 3 is in New Mexico and 4 is in Lubbock.

Q.   Okay.  Tools in 3 that were seized, what?

A.   The -- the underhood light that's on top of the car.

Q.   Okay.

A.   The screwdrivers that you can't really see, they're like in the very bottom.

Q.   Uh-huh.

A.   And then you can see part of the AC gauges in this, but other than that, I mean --

56

Q. Okay. Yeah. And the purpose for producing this was just to show tools?

A. Right.

Q. Correct? Okay. And Picture 4 you said was in Lubbock. What tools are pictured there that were seized?

A. That black toolbox.

Q. Okay.

A. And then I want to say that jack and then I don't see -- I didn't know if that other light had -- was in here, too. Oh, if you look right here, there's another box right here.

Q. Oh, that black box --

A. Uh-huh.

Q. -- right above the --

A. Right.

Q. -- bed of the truck there?

A. You can just barely see -- yeah.

Q. Okay.

A. That was the road chest.

Q. Okay. At the end of the seizure, were there any tools left on your property?

A. No.

Q. You didn't have a single screwdriver?

A. Not that I can recall.

57

Q.   Okay.  Picture 5 --

A.   Uh-huh.

Q.   -- are there any seized tools in that picture?
I guess the same toolbox?

A.   Right.  And then the jack.

Q.   Okay.  And then 6, 7, and 8 all kind of depict
different moments in that same period of time.  Are
there any tools in those three pictures?

A.   That -- in that -- in that trailer.

Q.   Uh-huh.

A.   That block box -- because this is from
whenever we moved the stuff from the shop in Lubbock.
So that black toolbox -- I don't know if -- or I don't
remember Austin had said, but I'm pretty sure that
that's the same black toolbox that's in the other --

Q.   That's in this other picture?

A.   Right.

Q.   And so this is your -- I guess, when you moved
from Lubbock to Big Spring?

A.   Yes.

Q.   You were allowed to borrow this Snap-On
trailer to move some stuff?

A.   Yeah.

Q.   Okay.

A.   I mean, that was my understanding at the time.

58

Q.   Okay.  So you-guys had driven this to Lubbock and moved it back?

A.   Right.

Q.   Okay.  Picture 9, anything -- any seized property shown?

A.   That's that same toolbox here.

Q.   Right.

A.   And then those trays.  Then the Snap-On bag. And I want to say this stuff right here is those AC gauges hoses.

Q.   Okay.  On the bottom right corner?

A.   Right.  Uh-huh.  And then I think that red -- that red case right here.

Q.   Uh-huh.

A.   You can barely see it, that red case was a Pelican case.

Q.   Okay.

A.   And it's missing.

Q.   Okay.  10, 11, and 12 look like they're all in the New Mexico garage.

A.   Yes.

Q.   Is that right?

A.   That is correct.

Q.   What do these pictures shows in terms of seized tools?

A.    In 12, there's sockets on the table, and then a wrench.  There's these -- these cases up here --

Q.    Uh-huh.  Okay.

A.    -- that had tools in them.

Q.    That's in Picture 12 at the top of the bookshelf?

A.    Right.  Those were Snap-On tools.  I don't remember what they were, but not a lot of tools come in the plastic cases from Snap-On.

Q.    Okay.

A.    I mean, that are essentially that big.  Then on top of the car, there's this -- I know that that's an extraction set.

Q.    Okay.

A.    And the -- the jack and then -- I think that that's -- oh, under -- right here, this is a pry bar underneath here.

Q.    Okay.  Okay.  And who's the person pictured in Picture 12?

A.    That's Austin.

Q.    Okay.

A.    He was just a baby.

Q.    Picture 13, anything in Picture 13 that was seized?

A.    Well, those tools -- there's tools in those

toolboxes.

Q. Okay.

A. Because those toolboxes is what has 14 -- whenever he took the drawers out of the toolboxes.

Q. Okay. Is that toolbox shown in 13, was that seized or was that sold?

A. I believe that that was the blue one, so I believe that it was sold.

Q. If it's the blue one, it was sold?

A. If it's the blue one, it was sold.

Q. Okay. Sounds good. What is Picture 16?

A. A hammer -- the evolution of hammers.

Q. Okay. Do you know when or where that was taken?

A. I don't -- I don't recall.

Q. But you don't have any of those hammers anymore?

A. No.

Q. Okay. And it's your understanding they were all seized?

A. Right. And then this thing that's right here that's rolled up, those are -- I want to say that they're wrenches.

Q. Okay.

A. Because --

Q.    In the red --

A.    Yes.

Q.    -- covering thing?

A.    Yes.

Q.    Okay.

A.    And then --

Q.    Page 17 [sic], any seized tools?

A.    Just the toolbox.

Q.    Yeah.

A.    And the air hammer.  And I want to say that down here is a pry bar.  I think that that's what that is.

Q.    Okay.  Anything to add for Pictures 18, 19, or 20?

A.    I mean, no.  They're kind of self-explanatory.

Q.    That's fine.  I think we've kind of already talked about 23 through 27, but 22 --

A.    Uh-huh.

Q.    -- that's a screenshot from one of the videos you produced.  What tools are in that picture that were seized?

A.    The trays that are on top of the -- on the top right here.

Q.    Okay.  Is it yellow?

A.    Yes.

Q.    Okay.

A.    And then there's also a pry bar next to it. It's green.

Q.    Okay.  I see the green.  Okay.

A.    And then I want to say you can see the very little bit part of the jack.

Q.    Okay.  Is that picture in New Mexico, Texas, Oklahoma?

A.    That's in Lubbock.

Q.    In Lubbock.  Okay.  Exhibit 6, this is one of the items that you gave to the Martin -- or that Austin gave the Martin County Sheriff's Office when he turned himself in; is that right?

A.    Yes.

Q.    And what is this packet?

A.    This is -- well, this is the credit account contracts.  It looks like four, three -- I don't know. Let's see.  Two, one.  Yeah, one, two, three, four, five.  Okay.  Yes.

Q.    And so all of these invoices, there's appendices in here that have property descriptions. I'll ask you the same question that I asked Austin.  Are these tools and items also reflected in the credit in Exhibit 3 in the EC account portion of that last half of Exhibit 3?

63

A.    To the best of my knowledge, they should be.

Q.    Okay.

A.    But they're -- I mean, to the best of my knowledge.

Q.    Okay.  Yeah.  Okay.  Next exhibit.  Exhibit 7, and this is the search warrant?

A.    Right.

Q.    Attachment A, I believe Austin had told me that Number 3, 6, 8, 9 --

A.    Wait, wait.  Where's the highlighter?

Q.    Yeah.  We can highlight while --

A.    Okay.  Because he didn't do this.  Okay.  What was it?

Q.    And we can check the transcript later, but as I was marking it, I believe he said Number 3, Number 6, 8, 9, and 10, 12, 25, 26, 28, 30 and 31, 30 and 34 combined as one item?

A.    Okay.

Q.    35 and the motor on 37 --

A.    Uh-huh.

Q.    -- all explicitly belonged to him or the both of you?

A.    Uh-huh.

Q.    As you look through that, would you add or subtract or change any of those designations?

A.   38, 39 for sure.

Q.   To add?

A.   To add.

Q.   Will you go ahead and highlight them please, ma'am?

A.   Yes.

Q.   What make you say that?

A.   Because those were the tray tables that I was --

Q.   Okay.  That were inside your house?

A.   Yes.  And then the lawn chair was --

Q.   Number 13?

A.   Yes.

Q.   Okay.

A.   And I think that that's it, maybe.

Q.   Okay.

A.   Wait.  Where's the gray one?  I mean, not the gray one, the pink one.

Q.   I'm not sure.  On the back, page 43 says pink toolbox.

A.   The blue point, yes.

Q.   Is that yours?

A.   Yes.

Q.   Okay.  And then on this page, he also marked 45, 49, and 50.  Well, he didn't mark it.  He stated

65

that those were his?

A.    So the tray tables.  So 40, 41.

Q.    He did not state 40 and 41.

A.    Okay.  And then --

Q.    So you're going to add those two.  Correct?

A.    Yes.  And then you said 45?

Q.    45.

A.    Okay.

Q.    49 and 50.

A.    Okay.  Uh-huh.

Q.    Anything else that you would add or change?

A.    Okay.  Yeah, the bicycle.  No.

Q.    Okay.  But was there meth?

        MR. MUELLER:  I'll object to relevance, but you can answer.

A.    I don't know if that's what it was or not.

Q.    Okay.  Were there meth pipes?

        MR. MUELLER:  I'll object to relevance, but you can answer.

A.    From my understanding, yes.

Q.    Okay. Okay.  This last one.  I do want to at least get your opinion.  I know that Austin went through and highlighted everything that was his.  I'd like to you give the opportunity to do the same thing.

A.    Okay.

KISKA HAMBLIN

66

Q. So we might just go off the record for a couple of minutes and I'll get you a different color maybe and then if you want to highlight and make any changes, then you can do that and we'll just talk about what they are.

A. Okay.

(A recess was taken from 3:45 p.m. to 3:53 p.m.)

Q. (BY MR. PETTY) Okay. Go ahead.

A. Okay. So the only thing that I have marked on here is I know that there's pieces of this that is -- that is grouped into this --

Q. Okay.

A. -- that are ours.

Q. I'm just going to read it out. It's the line -- it's the row on page 1, CG2000SB. Correct?

A. Yes.

Q. And what part of that line item is yours?

A. There's pieces in that -- this set that are ours.

Q. Okay. And would those pieces, would they be hammers screwdrivers, sockets?

A. Just different pullers.

Q. Pullers?

A. Yes.

Q. Okay. Oh, yes, it says a puller set. Okay.

How many pullers would be in there?

        A.    In the master set?

        Q.    Uh-huh.

        A.    I have no idea.

        Q.    Okay.

        A.    I think that there's -- I don't know.  I couldn't even guess.

        Q.    Okay.  That's fine.

        A.    But I do know that the stuff that was taken encompasses ours that we have -- that were ours.

        Q.    Okay.

        A.    And it's just grouped into that one set, so I can't --

        Q.    Okay.

        A.    The only other thing that I -- was on page 7.

        Q.    Okay.

        A.    It is the -- about halfway down -- or a little bit more than halfway down, BMPL1000.

        Q.    Uh-huh.

        A.    Which is ten-piece mini plier set.  I know those were mine because they were pink.

        Q.    Okay.  And anything that you added, you highlighted in yellow?

        A.    Yes.

        Q.    And you indicated in a handwritten note page

1 --

A.   Right.  And I'm going to highlight it in yellow just to be on the safe side.

Q.   Okay.  That's fine.  Okay.  Well, thank you for going through that.

After all of this was complete, have you sought any medical attention or medical services for --

A.   No.

Q.   -- any of it?  Not gone to a counselor or anything like that?

A.   No, because I don't have insurance.  And I haven't had insurance.

Q.   Okay.  Have you taken any medications or anything to help with anxiety, something like that?

A.   No.

Q.   Okay.  Do you plan to?

A.   I don't know.

Q.   Okay.  And are you paying out of pocket for your attorney's fees right now?

A.   Yes.

Q.   And do you pay those monthly?

A.   I pay them when I'm invoiced.

Q.   Okay.  And in total from -- from the beginning to date, about how much have you paid in attorney's fees.

69

A.    Well, to date now, it's going to be about 22,000 total.

Q.    Oh, okay.

A.    Including today.

Q.    Okay.  Okay.

MR. PETTY:  Well, with that, I'll pass the witness.

MR. PEREZ:  I have no questions.

MR. MUELLER:  Just a few items from me.

EXAMINATION

BY MR. MUELLER:

Q.    First, I want to talk about McKenzie.

A.    Okay.

Q.    This woman that lived at your house. Approximately how long was she at your house from beginning to end?

A.    Six months maybe.

Q.    Okay.  And during the six months, typically when was she at your house?  Like, in the day, in the evening, was it varied?

A.    Sporadic.

Q.    When she was in your house, did she have essentially free access to your house?  Could she go anywhere in the house that she wanted to?

A.    I mean, yeah.

Q.   Okay.  Did you ever know her to go to the laundry room outside your house?

A.   Sometimes.

Q.   Okay.  And did you ever know her to go inside, like, your dresser drawers or, like, your closets, that kind of thing?

A.   I mean, she -- there would be times where she would be at the house and Austin and I wouldn't be there because I would be with him or I was, you know, at the grocery store or whatever.  So she was at the house frequently with the kids at least.

Q.   But she would have had the availability to observe, like, Snap-On Tools and other items that were at your house?

A.   Right.

Q.   Okay.  I did want to talk a little bit more about the medical care, mental care aspects.  I'd like to break this up into parts.  With respect to, in particular, you said you haven't sought formal medical care.  Have you sought informal care, for example, by talking to relatives, pastors, family members that kind of thing?

A.   My -- my mom's a nurse, and so she has, I guess, given me hotline numbers to call and stuff like that.  She's suggested certain things.  I mean, she's,

you know, my mom.  She's going to suggest that stuff anyway, but I've spoken to the -- well, the kids go to a private school, and I've spoken to their teacher about things, and she's kind of helped a lot.

Q.   Okay.  For yourself, like, what other -- you said you talked to your mom, your private schoolteacher, just kind of would like to talk a little bit more about what the support network has been for you and how you've utilized that, if there's other aspects to that.

A.   I mean, just family.  I have a friend that kind of has been there through -- not been there, but I've been able to, I guess, vent to her about everything since the very, very beginning.  Other than that, I mean, I try not to make people worry about what's going on.

Q.   I understand.  For your kids, this was the first time your house has ever been searched, I assume.

A.   Yeah.

Q.   Struggling to figure out how to ask this, so I'll do my best.  In, say, the immediate days to few weeks, let's in the month after it happened, what was your kids' reaction to the episode?

A.   They were scared, but I mean, I didn't get to see them because my mom came and took them from us that day after the search.  So I didn't really get to see

them and I still don't talk to them and they would just keep asking when they could come home.

Q.    How long were your kids away?

A.    They came back for a week after -- thanks -- after my mom had come and got them, and then they went back to New Mexico and they went to the school that semester of 2023.  And then they didn't come home until Christmas of 2023.  So New Year's of 2024 is when they came home.

Q.    So they were gone from -- the search was in May and they were gone until essentially New Years, so that would be --

A.    Seven months.

Q.    -- seven months they were gone.  Why were they gone that long?

A.    Because we couldn't take care of them.  We had no income and we had no -- you know, we were facing all of our bills still with nothing to provide for.

Q.    Okay.  So it was -- it was financial, principally?

A.    Uh-huh.

Q.    Were there reasons other than financial? Like, if you had had the financial resources, would there have been other reasons that you wouldn't have brought them home?

A.    Just the limbo that Austin was in.

Q.    Okay.  And that's a good time to talk about that.  What was the nature of that limbo?

A.    It was very -- because we couldn't get any answers whenever we would call about, you know, if there was no indictment, there was no charge, and then there was the arrest, and then the indictment didn't come until later in October.  We found out about his indictment through his pretrial release person -- no.  Yes, through his pretrial release person or the bondsman.  I don't remember which one.

And it was just kind of like, you know, we -- at that point in time, we had Mr. Guinn's legal assistant.  She was calling the clerk's office after his arrest every week to see, you know, if he was -- if they were going to pursue a case or what was going to happen because -- I mean, I don't know how any of that happened, but -- and so it was just kind of like -- we came up on October and it was -- he was indicted, and then that's -- he was indicted the 1st of October, and then I started working in the middle of October.

And so we were up in limbo until at least then and trying to recoup from falling behind and everything like that because our -- our bills were just not getting paid unless, you know, my mom or his mom

would pay them.  But my mom had the kids and it was just a lot.

Q.   Now if I understood from Austin's testimony, he didn't have regular employment until November of that following year; is that right?

A.   September of that following year.

Q.   September of that following year.  So you said one of the reasons that the kids didn't come back initially was because of financial.  So what source of funding were you using since you, at the time, didn't have regular employment?  Was it just irregular employment or is there other funding sources?

A.   No, it was just my mom and his mom.

Q.   So they were essentially just giving you cash?

A.   They were -- they were -- essentially, they -- my mom was supporting two households and his mom was paying the bills that she could when she could if she could.

Q.   Okay.  Were those funds sufficient or were you having to sell items of your own in order to pay for your expenses?

A.   Oh, no, we had -- we sold -- we had to sell a trailer and we had to sell other miscellaneous stuff.  But we ended up losing both of our vehicles that we had at the time.  We've got a foreclosure notice on our

house.  We -- there was -- there was a lot.

Q.  Okay.  And in terms of mental health, the last aspect I'd like to talk is about Austin's mental health. We've heard from him, but I think it would be helpful to hear from your point of view.

Obviously, you saw him everyday, so I'd like you to talk a little bit about how this -- how this episode impacted him.

A.  It crushed him.  I mean, there's no other way to say it but it crushed him.  He went into a very, very dark place, and it was really, really, really hard for him to not be able to provide for us because he had been doing it for so long, and he just didn't know what to do with himself.

Q.  He said that he was going to the doctor.  Did you find that that was -- how did you find that to be in terms of sufficiency to address the problem?

A.  It helped, but it just -- it helped balance out his ups and his downs, but it didn't -- he didn't start feeling better until -- well, I didn't see him start feeling better until he was able to make sure that all of our bills were going to be paid or, you know, things were not at risk of getting shut off or, you know, those kinds of things.  But it was -- it was bad for a while.

Q.   Okay.  How are things today in terms of your finances?

A.   We're still digging out.  I mean, we lost, like I said, two vehicles.  We've had to sell a trailer. We've had to -- I mean, we still rely on our family for bills to keep something on because something just slips our mind and, you know, we can't have anything on automatic draft because it's just not safe.

Q.   Last thing I want to talk about is Billy Reynolds.  Remind me again when you first contacted Billy Reynolds?

A.   March or February -- February was whenever he first contacted us, and then March is whenever we made our statement to him and went to talk to him at Martin County Sheriff's Office.

Q.   All right.  Tell me about the process of making that statement.

A.   He just had us come in and asked us to -- you know, we sat there and we watched the body cam footage. He said this is all I have and he showed me the file and this was like this big and he said, you know, half of it's from you, and we -- he said talk us -- or talk me through.

And then Mr. Cozart -- or Sheriff Cozart came in, he stood there for a while, he was in and out,

but we just -- we did a handwritten statement after we had talked and he just told me that he would -- he wanted to give it over to a neutral party so that it could be investigated properly.

Q. To your knowledge, what was the result of that?

A. I know that -- well, I know because he explained the process to me is that he had to write a letter to the district attorney, and the district attorney has to request the Texas Rangers to investigate. And so to my knowledge, he wrote the letter and then gave it to Mr. Hamby, and then from there, I don't know what.

Q. Billy Reynolds, at the time you spoke to him, what was his title?

A. Chief deputy.

Q. And so he was second in command?

A. Yes.

Q. Did he conduct any investigation after you made your statement internally?

A. To my knowledge, he -- he reviewed the case file and he reviewed the body cam footage, but I don't know if he had done any further investigation of that. Just whatever he had written in his letters.

Q. Have you had phone calls with him?

KISKA HAMBLIN

**78**

A.   Numerous.

Q.   Some of those phone calls were recorded?

A.   Yes.

Q.   And you recorded them yourself?

A.   Yes.

Q.   And when you did so, you were in Texas?

A.   Yes.

Q.   What was the substance of those calls?

A.   Keeping him informed of what -- where the status was of the case.  He had -- I mean, he had follow-up questions for me about certain aspects of what happened or tell me about this or tell me about that, just whatever it is that he had come across, I guess, in his investigation.

I mean, he -- I don't want to say he was trying to do everything he can, but he just wanted to figure out what went wrong.

Q.   Did there ever come a time when he told you what went wrong or otherwise expressed an opinion about what happened?

A.   Numerous.

Q.   And generally speaking, what was the substance of those communications?

A.   He had spoken to me about -- well, when we were in his office, we went through the affidavit for

the warrant and -- that Dahl had written.

And he read it and he inserted his -- this is how this is -- like, I guess, the way that it's supposed to be versus the way how it was actually done. And he didn't understand why there was such a discrepancy in what normal policy and procedure would have been and what was actually depicted in the affidavit.

And there's been several times that I've talked to him and he's told me that, you know, I know that this is wrong and this shouldn't have gone down this way.  So --

Q.   Has he ever prepared any sort of declaration or affidavit at your or your attorney's request?

A.   To my knowledge, it was -- we had a conversation about him doing that.

Q.   Okay.  And what is the status of that at this time?

A.   I'm not quite sure.

Q.   Okay.

MR. MUELLER:  I guess I'll note for the record our right to review and correct the deposition under the Federal rules of civil procedure.  And I'll pass the witness.

MR. PETTY:  I have no further questions.

MR. PEREZ:  I have no questions.

(WITNESS EXCUSED)

CHANGES AND SIGNATURE

WITNESS NAME:  KISKA HAMBLIN

DEPOSITION DATE:  MAY 1, 2026


PAGE LINE    CHANGE OR CORRECTION    REASON FOR CHANGE

____-____ - _____-_____

____-____ - _____-_____

____-____ - _____-_____

____-____ - _____-_____

____-____ - _____-_____

____-____ - _____-_____

____-____ - _____-_____

____-____ - _____-_____

____-____ - _____-_____

____-____ - _____-_____

____-____ - _____-_____

____-____ - _____-_____

____-____ - _____-_____

____-____ - _____-_____

     I, KISKA HAMBLIN, have read the foregoing

deposition and hereby affix my signature that the same is

true and correct, except as noted above.


                            _____
                            KISKA HAMBLIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

AUSTIN HAMBLIN AND KISKA  :
HAMBLIN                    :
                          :
                          :
VS.                       :        CIVIL ACTION
                          :        NO. 7:25-CV-00245
                          :
                          :
MARTIN COUNTY SHERIFF'S    :
DEPARTMENT, BRAD INGRAM,   :
ANDERS DAHL, KELSEY BROWN, :
RORY GAMMONS, WESTON       :
PHELPS, AND BRAIN          :
BRIAN SNELLGROVE           :

_____

REPORTER'S CERTIFICATE
ORAL DEPOSITION OF KISKA HAMBLIN
Taken May 1, 2026

_____

I, Sarah C. Lilly, Certified Shorthand Reporter in and for the State of Texas, do hereby certify to the following:

That the witness, Kiska Hamblin, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

I further certify that pursuant to FRCP Rule 30(f)(1) that the signature of the deponent was requested by the deponent or a party before the completion of the deposition and returned within 30 days from date of

KISKA HAMBLIN

83

receipt of the transcript.  If returned, the attached Changes and Signature Page contains any changes and the reasons therefor;

I further certify that I am neither attorney nor counsel for, related to, nor employed by any of the parties to the action in which this testimony was taken. Further, I am not a relative or employee of any attorney of record in this cause, nor am I financially or otherwise interested in the outcome of the action.

Subscribed and sworn to on this 13th day of May, 2026.

_____
SARAH C. LILLY
CSR No. 12530, Expires 7-31-2026
Firm Registration No. 155
Permian Court Reporters, Inc.
605 W. Texas
Midland, Texas 79701
(432) 683-3032

# EXHIBIT C

**APPENDIX TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

Exhibit 8 to the Depositions of Austin and Kiska Hamblin

(Attached)

Appx to Ds' Resp. to Ps' Mot. for Partial Summ. J.—Exhibit C

287

02/11/2024

RE:    Austin E. Hamblin
       List of items.  See attached.

To whom it may concern:

I, Warren Kniepkamp, owner and operator of Snap-on Franchisee, since 2017, do attest that I have provided Austin Hamblin, my son-in-law, the following list of items prior to May 2023.

Date: 2-12-24

Warren Kniepkamp

This instrument was acknowledged before me on February 12, 2024

By _Warren Kniepkamp_

Notary Public Signature

Print _Lupe Loving_

Title or Office: _notary— Lupe Loving_

My commission expires: _5/12/25_

STATE OF NEW MEXICO
NOTARY PUBLIC
Lupe Loving
Commission No. 1101949
May 12, 2025



EXHIBIT

1

288

## Inventory of Items Seized

1) Tools from Warren Kniepkamp, Snap-On Tool Dealer/Father-In-Law
   a) 1/2in Ratchet Set in Foam (3 Piece)
   b) 1/2in Extension Set in Foam
   c) SAE Wrench Set in Foam 7/8th-1in
   d) SAE Wrench Set in Foam 5/16-3/4
   e) 1/2in 18v Impact (
   f) 3/8in 18v Impact (
   g) Underhood Light
   h) Socket Organizers
   i) Volt Meter
   j) Straight Prybars
   k) 36in Adjustable Wrench
   l) Transmission Ext Bar
   m) Road Chest (Red)
2) Tools That Cannot Be Replaced Due to Sentimental Value
   a) Ratchets Coded from 1975ERA
      i) 1/2in
      ii) 3/8in
      iii) 1/4in
   b) Snap-On 6 Point SAE Sockets
      i) 1/2in
      ii) 3/8in

        iii) 1/4in

    c) Snap-On 12 Point SAE Sockets

        i) 1/2in

        ii) 3/8in

        iii) 1/4in

    d) Allen Wrench Sets

        i) SAE

        ii) METRIC

    e) Snap-On SAE Wrench Set Coded 1975ERA

3) Other Miscellaneous Tools Taken That Were NOT "Snap-On"

    a) Harbor Freight Surface Prep Tool & 3 Extra Wheels

    b) Hydraulic Short Wrench Set

    c) Various locking Pliers

    d) Gasket Sets

    e) Bolts from Personal vehicle

    f) 6 Position switch for truck

    g) Speed square

    h) Stud finder

    i) Levels

    j) Multiple USB Chargers

    k) 120v Electric Testers

    l) Screwdriver Bits

    m) Craftsmen Power Probe Master Set

    n) Electric Wire

    o) Electrical Connectors (Wire lugs, Butt Connectors ETC.)

2

4) ITEMS LEFT IN SNAP-ON TRUCK
   a) Pictures of family
   b) Apple Airpods
   c) Oakley Sunglasses
   d) Post-it Notes, Sharpies, High LIGHters, and other office supplies that were paid for out of personal pocket.
   e) Electric stapler
   f) Tv Swivel Mount
   g) Computer Mouse
   h) Keyboard
   i) Microfiber Towels
   j) Extension cords and HDMI Cables
   k) Tie Down Straps, Bunge Cords
   l) Personal Receipts, Check stubs and other Personal Documents

3

Doug Scott Tools

Odessa, Tx., 79764
432-638-1824

SALES HISTORY (10/23/2024 to 12/31/2025)
-------------------------------------------

SHOP: FATE FLEET
AUSTIN HAMBLIN

Page 1
Close 01/07/2026

| Date | Invoice / Type | Name | Qty | Ext Price |
|------|----------------|------|-----|-----------|
| 01/23/2025 | 558   TP INVOICE | | | |
| 01/23/2025 | 558   Regular | SUN3690 | 1 | 150.00 |
| 02/05/2025 | 687   TP INVOICE | | | |
| 02/05/2025 | 687   Regular | SUN3301 | 1 | 20.48 |
| 02/05/2025 | 687   Regular | LIS56750 | 1 | 17.77 |
| 02/12/2025 | 764   TP INVOICE | | | |
| 02/12/2025 | 764   Regular | KNP7101-8C | 1 | 99.77 |
| 02/12/2025 | 764   Regular | TRX3-700 | 1 | 703.93 |
| 02/19/2025 | 857   TP INVOICE | | | |
| 02/26/2025 | 949   TP INVOICE | | | |
| 02/26/2025 | 948   TP INVOICE | | | |
| 02/26/2025 | 949   Regular | SUN1814 | 1 | 184.42 |
| 03/05/2025 | 1025   TP INVOICE | | | |
| 03/05/2025 | 1023   TP INVOICE | | | |
| 03/05/2025 | 1023   Regular | KTI41016 | 1 | 86.28 |
| 03/05/2025 | 1023   Regular | KDT81230T | 1 | 171.90 |
| 03/05/2025 | 1023   Regular | KTI41803 | 1 | 196.27 |
| 03/06/2025 | 1039   TP INVOICE | | | |
| 03/06/2025 | 1039   Return | KTI41016 | 1 | -86.28 |
| 03/06/2025 | 1039   Return | KTI41803 | 1 | -196.27 |
| 03/06/2025 | 1039   Return | KDT81230T | 1 | -171.90 |
| 03/19/2025 | 1175   TP INVOICE | | | |
| 03/19/2025 | 1175   Regular | AST78215 | 1 | 87.91 |
| 03/26/2025 | 1251   TP INVOICE | | | |
| 03/26/2025 | 1251   Regular | KTIXDDBM4 | 1 | 200.00 |
| 03/26/2025 | 1251   Regular | KTIXDDBM4 | 1 | 225.04 |
| 04/08/2025 | 1365   TP INVOICE | | | |
| 04/08/2025 | 1363   TP INVOICE | | | |
| 04/08/2025 | 1365   Regular | MLW2688-20 | 1 | 233.19 |
| 04/16/2025 | 1426   TP INVOICE | | | |
| 04/16/2025 | 1421   TP INVOICE | | | |
| 04/16/2025 | 1426   Regular | LDS3010005 | 1 | 256.09 |
| 04/16/2025 | 1421   Regular | SUN3703V | 1 | 75.11 |
| 04/23/2025 | 1467   TP INVOICE | | | |
| 04/23/2025 | 1467   Regular | CTA4325 | 1 | 90.25 |
| 04/30/2025 | 1521   TP INVOICE | | | |
| 04/30/2025 | 1521   Regular | ERN5419M | 1 | 41.89 |
| 04/30/2025 | 1521   Regular | AST78314 | 1 | |

EXHIBIT
ε
292

Page 2
Close 01/07/2026

| Date | Invoice / Type | | Name | Qty | Ext Price |
|------|---------|------|------|-----|-----------|
| 05/07/2025 | 1558 | TP INVOICE | | | |
| 05/07/2025 | 1558 | Regular | LIS37990 | 1 | 36.93 |
| 05/14/2025 | 1609 | TP INVOICE | | | |
| 05/14/2025 | 1609 | Regular | GRE1013M | 1 | 3.74 |
| 06/11/2025 | 1781 | TP INVOICE | | | |
| 06/11/2025 | 1781 | Regular | PPRPPKIT04 | 1 | 559.09 |
| 06/25/2025 | 1863 | TP INVOICE | | | |
| 06/25/2025 | 1863 | Regular | V8T6817 | 1 | 14.19 |
| 07/02/2025 | 1909 | TP INVOICE | | | |
| 07/02/2025 | 1909 | Regular | TRALF810 | 1 | 170.86 |
| 07/16/2025 | 1953 | TP INVOICE | | | |
| 07/16/2025 | 1953 | Regular | TOPBT600 | 1 | 154.19 |
| 08/06/2025 | 2051 | TP INVOICE | | | |
| 08/06/2025 | 2051 | Regular | AMXGPNB48100 | 10 | 112.50 |
| 08/13/2025 | 2098 | TP INVOICE | | | |
| 08/13/2025 | 2098 | Regular | KAS1138 | 1 | 59.74 |
| 08/27/2025 | 2183 | TP INVOICE | | | |
| 08/27/2025 | 2182 | TP INVOICE | | | |
| 08/27/2025 | 2183 | Regular | ERN5017HV | 1 | 17.19 |
| 08/27/2025 | 2183 | Regular | ERN5018 | 1 | 17.19 |
| 08/27/2025 | 2183 | Regular | SUN1848 | 1 | 186.40 |
| 08/27/2025 | 2183 | Regular | TRX2-703 | 1 | 324.02 |
| 09/03/2025 | 2232 | TP INVOICE | | | |
| 09/03/2025 | 2232 | Regular | OMT WHEEL SEAL | 1 | 94.95 |
| 09/03/2025 | 2232 | Regular | KAS1210 | 1 | 60.79 |
| 09/10/2025 | 2280 | TP INVOICE | | | |
| 09/10/2025 | 2280 | Regular | KAS856-3ST | 1 | 104.30 |
| 09/17/2025 | 2329 | TP INVOICE | | | |
| 09/17/2025 | 2328 | TP INVOICE | | | |
| 09/17/2025 | 2329 | Return | LIS37990 | 1 | -36.46 |
| 09/17/2025 | 2328 | Regular | LIS37990 | 1 | 36.46 |
| 09/24/2025 | 2382 | TP INVOICE | | | |
| 09/24/2025 | 2382 | Regular | TOOL | 1 | 205.00 |
| 09/24/2025 | 2382 | Regular | LIS37990 | 1 | 36.46 |
| 10/01/2025 | 2416 | TP INVOICE | | | |
| 10/08/2025 | 2464 | TP INVOICE | | | |
| 10/08/2025 | 2464 | Regular | CTA7122L | 1 | 88.42 |
| 11/12/2025 | 2674 | TP INVOICE | | | |
| 11/12/2025 | 2674 | Regular | LIS37000 | 1 | 13.39 |
| 11/12/2025 | 2674 | Regular | AST78930 | 1 | 87.51 |
| 11/12/2025 | 2674 | Regular | SUN813UM | 1 | 22.47 |
| 11/12/2025 | 2674 | Regular | SUN3500 | 1 | 79.07 |
| 11/19/2025 | 2712 | TP INVOICE | | | |
| 11/19/2025 | 2712 | Regular | GETBBX14S | 1 | 285.56 |
| 12/11/2025 | 2814 | TP INVOICE | | | |
| 12/11/2025 | 2814 | Regular | MAY25078 | 1 | 76.63 |
| 12/18/2025 | 2857 | TP INVOICE | | | |
| 12/18/2025 | 2857 | Regular | LIS70500 | 1 | 56.35 |
| 12/18/2025 | 2857 | Regular | LIS17982 | 1 | 40.88 |
| 12/18/2025 | 2857 | Regular | LIS17972 | 1 | 40.88 |

```
                                    SUB TOTAL:     5394.16
                                        TAXES:      445.02
                                                 ----------
                                        TOTAL:     5839.18
```

293

**Authorized Snap-on Franchisee – Customer Statement**

Sold By: WARREN KNIEPKAMP
Address: 4303 N. CHAPPARAL RD
ROSWELL NM 88201-
Phone: 575-910-7812

Sold To: AUSTIN HAMBLIN
Address: 511 S PINON ST
ROSWELL NM 88201-
Phone: 575-910-5367

Date Range: 1/1/2010 - 5/24/2023
Account Type: All

| Trans Date | Trans # | Purchases | Pmt Amt | Amt Adjusted | Ending Bal | Qty | Product # | Total | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | RA Account | | | | |
| 4/24/2014 | CHR-0421149970-613 | | 0.00 | 0.00 | 0.00 | | | | |
| 4/24/2014 | CHR-04241410099-61 | | 0.00 | 0.00 | 0.00 | | | | |
| 5/1/2014 | CHR-05011410285-61 | | 0.00 | 0.00 | 0.00 | | | | |
| 5/8/2014 | CHR-05081410435-61 | 0.00 | 0.00 | 0.00 | 0.00 | | | | |
| | | | | | | 1 | RKRS80 | 0.00 | 0.00 |
| 5/15/2014 | CHR-05151410649-61 | | 0.00 | 0.00 | 0.00 | | | | |
| 5/15/2014 | CHR-05151410651-61 | | 0.00 | 0.00 | 0.00 | | | | |
| 5/22/2014 | CHR-05221410729-61 | 64.95 | 0.00 | 0.00 | 64.95 | | | | |
| | | | | | | 1 | BOERMF13A | 0.00 | 0.00 |
| | | | | | | 2 | FFW2 | 60.00 | 4.95 |
| | | | | | | 1 | SFS201 | 0.00 | 0.00 |
| 5/22/2014 | CHR-05221410735-61 | | 0.00 | 0.00 | 64.95 | | | | |
| 5/29/2014 | CHR-05291410896-61 | 173.15 | 50.00 | 0.00 | 188.10 | | | | |
| | | | | | | 1 | TTXR15E2 | 0.00 | 0.00 |
| | | | | | | 1 | ACTR4151A | 159.95 | 13.20 |
| 6/12/2014 | CHR-06121411226-61 | | 0.00 | 0.00 | 188.10 | | | | |
| 6/12/2014 | CHR-06121411227-61 | 33.56 | 0.00 | 0.00 | 221.66 | | | | |
| | | | | | | 1 | A129 | 31.00 | 2.56 |
| 6/19/2014 | CHR-06191411405-61 | 17.70 | 0.00 | 0.00 | 239.36 | | | | |
| | | | | | | 1 | BLPMPT12A | 16.35 | 1.35 |
| 7/3/2014 | CHR-07031411742-61 | | 0.00 | 0.00 | 239.36 | | | | |
| 7/3/2014 | CHR-07031411743-61 | | 0.00 | 0.00 | 239.36 | | | | |
| 7/10/2014 | CHR-07101411893-61 | 51.96 | 0.00 | 0.00 | 291.32 | | | | |
| | | | | | | 1 | IPF800B | 48.00 | 3.96 |
| 7/10/2014 | CHR-07101411898-61 | 129.85 | 0.00 | 0.00 | 421.17 | | | | |
| | | | | | | 1 | THLFD72 | 119.95 | 9.90 |
| 7/16/2014 | CHR-07161412001-61 | | 20.00 | 0.00 | 401.17 | | | | |
| 7/17/2014 | CHR-07171412045-61 | 0.00 | 0.00 | 0.00 | 401.17 | | | | |
| | | | | | | 1 | RKRT72A | 0.00 | 0.00 |
| 7/24/2014 | CHR-07241412229-61 | | 20.00 | 0.00 | 381.17 | | | | |
| 7/28/2014 | CHR-07281412291-61 | 96.99 | 0.00 | 0.00 | 478.16 | | | | |
| | | | | | | 1 | IMSFXL33 | 89.60 | 7.39 |
| | | | | | | 1 | SPBS12G | 0.00 | 0.00 |
| 7/29/2014 | CHR-07291441049-61 | | 0.00 | 478.16 | 478.16 | | | | |
| 7/29/2014 | CHR-07291441050-61 | | 0.00 | 0.00 | 478.16 | | | | |
| 7/29/2014 | CHR-07291441051-61 | 247.89 | 0.00 | 0.00 | 726.05 | | | | |
| | | | | | | 1 | STL75434 | 229.00 | 18.89 |
| 8/5/2014 | CHR-08051441436-61 | | 50.00 | 0.00 | 676.05 | | | | |
| 8/12/2014 | CHR-08121441814-61 | 33.83 | 0.00 | 0.00 | 709.88 | | | | |
| | | | | | | 1 | SOEXM11 | 31.25 | 2.58 |
| 8/19/2014 | CHR-08191442130-61 | 99.32 | 25.00 | 0.00 | 784.20 | | | | |
| | | | | | | 1 | ASG103BG | 91.75 | 7.57 |
| 8/19/2014 | CHR-08191442131-61 | | 0.00 | 0.00 | 784.20 | | | | |
| 8/26/2014 | CHR-08261442308-61 | 162.32 | 50.00 | 0.00 | 896.52 | | | | |
| | | | | | | 1 | SPBS8G | 0.00 | 0.00 |
| | | | | | | 1 | SPBS36G | 79.95 | 6.60 |
| | | | | | | 1 | MRPB10MP5 | 70.00 | 5.77 |
| 9/2/2014 | CHR-09021442668-61 | 17.32 | 0.00 | 0.00 | 913.84 | | | | |
| | | | | | | 1 | PPC104A | 16.00 | 1.32 |
| 9/9/2014 | CHR-09091443013-61 | | 0.00 | 0.00 | 913.84 | | | | |
| 9/23/2014 | CHR-09231443725-61 | 14.51 | 0.00 | 0.00 | 928.35 | | | | |
| | | | | | | 1 | CT8810BOOTG | 13.40 | 1.11 |
| 9/30/2014 | CHR-09301444116-61 | | 0.00 | 0.00 | 928.35 | | | | |

11:26:32

Printed: Wednesday, May 24, 2023

EXHIBIT
3
294

**Authorized Snap-on Franchisee – Customer Statement**

Sold By: WARREN KNIEPKAMP
Address: 4303 N. CHAPPARAL RD
ROSWELL NM 88201-
Phone: 575-910-7812

Sold To: AUSTIN HAMBLIN
Address: 511 S PINON ST
ROSWELL NM 88201-
Phone: 575-910-5367

Date Range: 1/1/2010 - 5/24/2023
Account Type: All

| | | | | | | RA Account | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Trans Date | Trans # | Purchases | Pmt Amt | Amt Adjusted | Ending Bal | Qty | Product # | Total | Tax |
| 10/7/2014 | CHR-10071444523-61 | 0.00 | 0.00 | 0.00 | 928.35 | | | | |
| | | | | | | 1 | FTXB27E2 | 0.00 | 0.00 |
| 10/7/2014 | CHR-10071444526-61 | | 0.00 | 0.00 | 928.35 | | | | |
| 10/7/2014 | CHR-10071444527-61 | | 0.00 | 0.00 | 928.35 | | | | |
| 10/14/2014 | CHR-10141444865-61 | 0.00 | 0.00 | 0.00 | 928.35 | | | | |
| | | | | | | 1 | SSD4RB | 0.00 | 0.00 |
| 10/21/2014 | CHR-10211445119-61 | 0.00 | 0.00 | 0.00 | 928.35 | | | | |
| | | | | | | 1 | SFSM8 | 0.00 | 0.00 |
| 10/21/2014 | CHR-10211445120-61 | 75.78 | 0.00 | 0.00 | 1,004.13 | | | | |
| | | | | | | 1 | YA6160 | 70.00 | 5.78 |
| 10/22/2014 | CHR-10221445165-61 | | 0.00 | 0.00 | 1,004.13 | | | | |
| 10/28/2014 | CHR-10281445526-61 | | 200.00 | 0.00 | 804.13 | | | | |
| 10/28/2014 | CHR-10281445527-61 | | -8.00 | 0.00 | 812.13 | | | | |
| 10/28/2014 | CHR-10281445528-61 | 91.96 | 0.00 | 0.00 | 904.09 | | | | |
| | | | | | | 1 | JACKET | 84.95 | 7.01 |
| 11/4/2014 | CHR-11041445894-61 | 22.84 | 0.00 | 0.00 | 926.93 | | | | |
| | | | | | | 1 | SFSM13 | 21.10 | 1.74 |
| 11/4/2014 | CHR-11041445895-61 | | 0.00 | 0.00 | 926.93 | | | | |
| 11/11/2014 | CHR-11111446311-61 | 106.36 | 0.00 | 0.00 | 1,033.29 | | | | |
| | | | | | | 1 | AIRHOSE50 | 98.25 | 8.11 |
| 11/18/2014 | CHR-11181446657-61 | 407.89 | 0.00 | 0.00 | 1,441.18 | | | | |
| | | | | | | 1 | AHRB200 | 161.00 | 13.27 |
| | | | | | | 1 | FSMS13 | 17.70 | 1.47 |
| | | | | | | 1 | SFSM13 | 21.10 | 1.75 |
| | | | | | | 1 | 206AFXW | 177.00 | 14.60 |
| 11/25/2014 | CHR-11251447060-61 | 0.00 | 100.00 | 0.00 | 1,341.18 | | | | |
| | | | | | | 1 | IMSFXL33 | 0.00 | 0.00 |
| 12/2/2014 | CHR-12021447271-61 | 6.50 | 0.00 | 0.00 | 1,347.68 | | | | |
| | | | | | | 1 | SIMM150A | 0.00 | 0.00 |
| | | | | | | 1 | JCSJC380-1 | 6.00 | 0.50 |
| 12/9/2014 | CHR-12091447680-61 | | 0.00 | 0.00 | 1,347.68 | | | | |
| 12/16/2014 | CHR-12161448069-61 | | 0.00 | 0.00 | 1,347.68 | | | | |
| 12/30/2014 | CHR-12301448710-61 | 167.73 | 100.00 | 0.00 | 1,415.41 | | | | |
| | | | | | | 1 | CTS596 | 154.95 | 12.78 |
| TOTALS | 1/1/2014 - 12/31/2014 | 2,022.41 | 607.00 | | | | | 1,868.25 | 154.16 |

11:26:32

Printed: Wednesday, May 24, 2023

**Authorized Snap-on Franchisee – Customer Statement**

Sold By: WARREN KNIEPKAMP
Address: 4303 N. CHAPPARAL RD
ROSWELL NM 88201-
Phone: 575-910-7812

Sold To: AUSTIN HAMBLIN
Address: 511 S PINON ST
ROSWELL NM 88201-
Phone: 575-910-5367

Date Range: 1/1/2010 - 5/24/2023
Account Type: All

| | | | | | | RA Account | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Trans Date | Trans # | Purchases | Pmt Amt | Amt Adjusted | Ending Bal | Qty | Product # | | Total | Tax |
| 1/6/2015 | CHR-01061548950-61 | 108.20 | 0.00 | 0.00 | 1,523.61 | | | | | |
| | | | | | | 1 | SSDP31IRRB | | 0.00 | 0.00 |
| | | | | | | 1 | FTXB27E2 | | 0.00 | 0.00 |
| | | | | | | 1 | FTXB27E2 | | 10.00 | 0.83 |
| | | | | | | 1 | FCF72 | | 89.95 | 7.42 |
| 1/6/2015 | CHR-01061548951-61 | 0.00 | 0.00 | 0.00 | 1,523.61 | | | | | |
| | | | | | | 1 | UPT50A | | 0.00 | 0.00 |
| 1/29/2015 | 0129157421 | | 0.00 | 1,523.61 | 1,523.61 | | | | | |
| 2/12/2015 | 0212157747 | 259.08 | 0.00 | 0.00 | 1,782.69 | | | | | |
| | | | | | | 1 | TLT7 | | 47.50 | 3.38 |
| | | | | | | 1 | 208EPIT | | 194.35 | 13.85 |
| 2/19/2015 | 0219157853 | 56.78 | 0.00 | 0.00 | 1,839.47 | | | | | |
| | | | | | | 1 | CRKM1601KS | | 53.00 | 3.78 |
| 2/26/2015 | 0226157995 | | 50.00 | 0.00 | 1,789.47 | | | | | |
| 3/6/2015 | 0306158257 | 465.99 | 0.00 | 0.00 | 2,255.46 | | | | | |
| | | | | | | 1 | SFSM8 | | 0.00 | 0.00 |
| | | | | | | 1 | MG325ROX95 | | 435.00 | 30.99 |
| 3/12/2015 | 0312158438 | 0.00 | 0.00 | 0.00 | 2,255.46 | | | | | |
| | | | | | | 1 | SSDP42IRRB | | 0.00 | 0.00 |
| | | | | | | 1 | FTXB27E | | 0.00 | 0.00 |
| 3/12/2015 | 0312158440 | | 0.00 | 0.00 | 2,255.46 | | | | | |
| 3/19/2015 | 0319158698 | 1,258.72 | 0.00 | 0.00 | 3,514.18 | | | | | |
| | | | | | | 1 | CK6850DIRLA | | 1,175.00 | 83.72 |
| | | | | | | 1 | SPBS36G | | 0.00 | 0.00 |
| 3/26/2015 | 0326158897 | 133.05 | 0.00 | 0.00 | 3,647.23 | | | | | |
| | | | | | | 1 | KNX002006S1 | | 124.20 | 8.85 |
| 3/31/2015 | 0331159034 | | 0.00 | 0.00 | 3,647.23 | | | | | |
| 3/31/2015 | 0331159035 | | 0.00 | 173.00 | 3,820.23 | | | | | |
| 4/3/2015 | 0403159188 | 0.25 | 0.00 | 0.00 | 3,819.98 | | | | | |
| 4/3/2015 | 0403159189 | 0.00 | 0.00 | 0.00 | 3,819.98 | | | | | |
| 4/3/2015 | 0403159198 | | 200.00 | 0.00 | 3,619.98 | | | | | |
| 4/9/2015 | 0409159339 | 534.50 | 0.00 | 0.00 | 4,154.48 | | | | | |
| | | | | | | 1 | 212EFTAY | | 249.00 | 17.74 |
| | | | | | | 1 | AT154RA | | 249.95 | 17.81 |
| 4/28/2015 | 0428159846 | 186.72 | 0.00 | 0.00 | 4,341.20 | | | | | |
| | | | | | | 1 | IPFM10C | | 41.00 | 2.92 |
| | | | | | | 1 | SFS141 | | 20.55 | 1.47 |
| | | | | | | 1 | ACT413A | | 21.20 | 1.51 |
| | | | | | | 1 | AST201 | | 47.05 | 3.35 |
| | | | | | | 1 | 87ACF | | 44.50 | 3.17 |
| 5/29/2015 | 05291510666 | | 0.00 | 0.00 | 4,341.20 | | | | | |
| 6/30/2015 | 06301511467 | | 0.00 | 0.00 | 4,341.20 | | | | | |
| 7/31/2015 | 07311512323 | | 0.00 | 0.00 | 4,341.20 | | | | | |
| 7/31/2015 | 07311512324 | | 0.00 | 167.00 | 4,508.20 | | | | | |
| 8/26/2015 | 08261512830 | | 0.00 | 0.00 | 3,564.45 | | | | | |
| 9/10/2015 | 09101513243 | | 0.00 | 0.00 | 3,564.45 | | | | | |
| 9/20/2015 | 09201513452 | | 0.00 | 0.00 | 3,564.45 | | | | | |
| 9/30/2015 | 09301513738 | | 0.00 | 0.00 | 3,564.45 | | | | | |
| 10/1/2015 | 10011513752 | 215.75 | 0.00 | 0.00 | 3,780.20 | | | | | |
| | | | | | | 1 | SVTS272 | | 200.70 | 15.05 |
| 10/1/2015 | 10011513755 | | 0.00 | 135.00 | 3,915.20 | | | | | |
| 10/1/2015 | 10011513756 | | 135.00 | 0.00 | 3,780.20 | | | | | |
| 10/15/2015 | 10151514140 | | 50.00 | 0.00 | 3,730.20 | | | | | |

11:26:32

Printed: Wednesday, May 24, 2023

Page 3 of 20

**296**

**Authorized Snap-on Franchisee – Customer Statement**

Sold By: WARREN KNIEPKAMP
Address: 4303 N. CHAPPARAL RD
    ROSWELL NM 88201-
Phone: 575-910-7812

Sold To: AUSTIN HAMBLIN
Address: 511 S PINON ST
    ROSWELL NM 88201-
Phone: 575-910-5367

Date Range: 1/1/2010 - 5/24/2023
Account Type: All

| | | | | | RA Account | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Trans Date | Trans # | Purchases | Pmt Amt | Amt Adjusted | Ending Bal | Qty | Product # | Total | Tax |
| 10/15/2015 | 10151514141 | 91.11 | 0.00 | 0.00 | 3,821.31 | | | | |
| | | | | | | 1 | FSM131 | 0.00 | 0.00 |
| | | | | | | 1 | KMC923A | 84.75 | 6.36 |
| 10/22/2015 | 10221514343 | 27.95 | 0.00 | 0.00 | 3,849.26 | | | | |
| | | | | | | 1 | SH936-12 | 0.00 | 0.00 |
| | | | | | | 1 | 137ACFG | 26.00 | 1.95 |
| 10/29/2015 | 10291514554 | 0.00 | 100.00 | 0.00 | 3,749.26 | | | | |
| | | | | | | 1 | UPT50A | 0.00 | 0.00 |
| 11/5/2015 | 11051514804 | 0.00 | 0.00 | 0.00 | 3,749.26 | | | | |
| | | | | | | 1 | IPSFM15A | 0.00 | 0.00 |
| | | | | | | 1 | IPSFM17A | 0.00 | 0.00 |
| 11/12/2015 | 11121515041 | | 75.00 | 0.00 | 3,674.26 | | | | |
| 11/17/2015 | 11171515123 | 483.70 | 0.00 | 0.00 | 4,157.96 | | | | |
| | | | | | | 1 | ATECH3FR250B | 449.95 | 33.75 |
| 11/25/2015 | 11251515384 | 112.88 | 0.00 | 0.00 | 4,270.84 | | | | |
| | | | | | | 1 | CT8810G | 105.00 | 7.88 |
| 11/27/2015 | 11271515459 | | 125.00 | 0.00 | 4,145.84 | | | | |
| 12/2/2015 | 12021515568 | 18.38 | 0.00 | 0.00 | 4,164.22 | | | | |
| | | | | | | 1 | FSM171 | 17.10 | 1.28 |
| 12/9/2015 | 12091515784 | 354.75 | 0.00 | 0.00 | 4,518.97 | | | | |
| | | | | | | 1 | CYCLESET | 330.00 | 24.7 |
| 12/10/2015 | 12101515848 | | 75.00 | 0.00 | 4,443.97 | | | | |
| 12/16/2015 | 12161516005 | 59.07 | 0.00 | 0.00 | 4,503.04 | | | | |
| | | | | | | 1 | SGLASA204AG | 54.95 | 4.12 |
| 12/25/2015 | 12221516201 | 30.10 | 150.00 | 0.00 | 4,383.14 | | | | |
| | | | | | | 1 | BELT | 28.00 | 2.10 |
| TOTALS | 1/1/2015 - 12/31/2015 | 4,396.73 | 960.25 | | | | | 4,098.70 | 298.03 |

**297**

**Authorized Snap-on Franchisee – Customer Statement**

Sold By: WARREN KNIEPKAMP
Address: 4303 N. CHAPPARAL RD
ROSWELL NM 88201-
Phone: 575-910-7812

Sold To: AUSTIN HAMBLIN
Address: 511 S PINON ST
ROSWELL NM 88201-
Phone: 575-910-5367

Date Range: 1/1/2010 - 5/24/2023
Account Type: All

| Trans Date | Trans # | Purchases | Pmt Amt | Amt Adjusted | Ending Bal | Qty | Product # | Total | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | RA Account | | | | |
| 1/6/2016 | 01061616465 | 167.70 | 0.00 | 0.00 | 4,550.84 | | | | |
| | | | | | | 1 | YA6490A | 156.00 | 11.70 |
| 1/9/2016 | 01091616529 | | 50.00 | 0.00 | 4,500.84 | | | | |
| 1/13/2016 | 01131616594 | | 0.00 | 0.00 | 4,500.84 | | | | |
| 1/13/2016 | 01131616595 | 56.98 | 0.00 | 0.00 | 4,557.82 | | | | |
| | | | | | | 1 | 96CF | 0.00 | 0.00 |
| | | | | | | 1 | CRK2032 | 53.00 | 3.98 |
| 1/15/2016 | 01151616690 | | 40.00 | 0.00 | 4,517.82 | | | | |
| 1/27/2016 | 01271616980 | 211.78 | 0.00 | 0.00 | 4,729.60 | | | | |
| | | | | | | 1 | CJ2001P | 197.00 | 14.78 |
| 2/3/2016 | 02031617207 | 6.13 | 0.00 | 0.00 | 4,735.73 | | | | |
| | | | | | | 1 | EECT4HLED | 5.70 | 0.43 |
| 2/3/2016 | 02031617209 | 193.49 | 0.00 | 0.00 | 4,929.22 | | | | |
| | | | | | | 1 | MONSTERBIGLED | 179.99 | 13.50 |
| 2/10/2016 | 02101617427 | 31.18 | 100.00 | 0.00 | 4,860.40 | | | | |
| | | | | | | 1 | JACKET | 29.00 | 2.18 |
| | | | | | | 1 | SIMM190 | 0.00 | 0.00 |
| 2/22/2016 | 02221617796 | | 150.00 | 0.00 | 4,710.40 | | | | |
| 3/2/2016 | 03021618103 | 0.00 | 0.00 | 0.00 | 4,710.40 | | | | |
| | | | | | | 1 | IPLM21C | 0.00 | 0.00 |
| | | | | | | 1 | CTR2512 | 399.00 | 29.93 |
| 3/10/2016 | 03101618316 | 215.54 | 100.00 | 0.00 | 4,825.94 | | | | |
| | | | | | | 1 | TMAM3E2 | 0.00 | 0.00 |
| | | | | | | 1 | RKRFC72 | 10.00 | 0.00 |
| | | | | | | 1 | 110STMDY | 200.50 | 15.04 |
| 3/23/2016 | 03231618594 | | 50.00 | 0.00 | 4,775.94 | | | | |
| 3/23/2016 | 03231618595 | | -50.00 | 0.00 | 4,825.94 | | | | |
| 3/23/2016 | 03231618596 | | 51.00 | 0.00 | 4,774.94 | | | | |
| 4/7/2016 | 04071619028 | 16.72 | 0.00 | 0.00 | 4,791.66 | | | | |
| | | | | | | 1 | RKRF80 | 0.00 | 0.00 |
| | | | | | | 1 | KAPL10 | 15.55 | 1.17 |
| 4/13/2016 | 04131619180 | | 0.00 | 0.00 | 4,791.66 | | | | |
| 4/13/2016 | 04131619181 | | 0.00 | 0.00 | 4,791.66 | | | | |
| 4/14/2016 | 04141619262 | | 0.00 | 0.00 | 4,791.66 | | | | |
| 4/27/2016 | 04271619540 | 0.00 | 130.00 | 0.00 | 4,661.66 | | | | |
| | | | | | | 1 | RKRF80 | 0.00 | 0.00 |
| 4/27/2016 | 04271619541 | 293.37 | 0.00 | 0.00 | 4,955.03 | | | | |
| | | | | | | 1 | SRPC112 | 272.90 | 20.47 |
| 5/6/2016 | 05061619814 | 102.66 | 0.00 | 0.00 | 5,057.69 | | | | |
| | | | | | | 1 | ECU325BK | 95.50 | 7.16 |
| 5/12/2016 | 05121619952 | 10.75 | 0.00 | 0.00 | 5,068.44 | | | | |
| | | | | | | 1 | RKRFC72 | 10.00 | 0.75 |
| | | | | | | 1 | TMM8 | 15.10 | 0.00 |
| | | | | | | 1 | RKRF841JT | 0.00 | 0.00 |
| 5/12/2016 | 05121619953 | 17.15 | 0.00 | 0.00 | 5,085.59 | | | | |
| | | | | | | 1 | IM1PT | 15.95 | 1.20 |
| 5/26/2016 | 05261620320 | | 227.00 | 0.00 | 4,858.59 | | | | |
| 6/3/2016 | 06031620523 | 161.25 | 0.00 | 0.00 | 5,019.84 | | | | |
| | | | | | | 1 | STL75644 | 150.00 | 11.25 |
| 6/10/2016 | 06101620708 | | 0.00 | 0.00 | 5,019.84 | | | | |
| 6/17/2016 | 06171620833 | | 50.00 | 0.00 | 4,969.84 | | | | |
| 6/17/2016 | 06171620834 | | 0.00 | 0.00 | 4,969.84 | | | | |

11:26:32

298

## Authorized Snap-on Franchisee – Customer Statement

**Sold By:** WARREN KNIEPKAMP
**Address:** 4303 N. CHAPPARAL RD
ROSWELL NM 88201-
**Phone:** 575-910-7812

**Sold To:** AUSTIN HAMBLIN
**Address:** 511 S PINON ST
ROSWELL NM 88201-
**Phone:** 575-910-5367

**Date Range:** 1/1/2010 - 5/24/2023
**Account Type:** All

| Trans Date | Trans # | Purchases | Pmt Amt | Amt Adjusted | Ending Bal | Qty | Product # | Total | Tax |
|---|---|---|---|---|---|---|---|---|---|
| 6/24/2016 | 06241621079 | | 50.00 | 0.00 | 4,919.84 | | | | |
| 7/21/2016 | 07211621579 | 107.50 | 0.00 | 0.00 | 5,027.34 | | | | |
| | | | | | | 1 | SGL3ASH45BG | 0.00 | 0.00 |
| | | | | | | 1 | SPY G | 100.00 | 7.50 |
| 7/28/2016 | 07281621791 | 225.43 | 100.00 | 0.00 | 5,152.77 | | | | |
| | | | | | | 1 | EXDL10 | 80.75 | 6.06 |
| | | | | | | 1 | FX80A | 128.95 | 9.67 |
| 8/10/2016 | 08101622079 | | 0.00 | 0.00 | 3,386.02 | | | | |
| 8/26/2016 | 08261622426 | 65.04 | 175.00 | 0.00 | 3,276.06 | | | | |
| | | | | | | 1 | 97CFO | 39.25 | 2.94 |
| | | | | | | 1 | BOERM13 | 21.25 | 1.60 |
| 9/9/2016 | 09091622708 | | 50.00 | 0.00 | 3,375.49 | | | | |
| 9/15/2016 | 09151622855 | 42.46 | 0.00 | 0.00 | 3,417.95 | | | | |
| | | | | | | 1 | 96ACFO | 39.50 | 2.96 |
| 9/15/2016 | 09151622857 | | 0.00 | 0.00 | 3,417.95 | | | | |
| 9/23/2016 | 09151622858 | 0.00 | 0.00 | 0.00 | 3,417.95 | | | | |
| | | | | | | 1 | SPBS8AG | 0.00 | 0.00 |
| | | | | | | 1 | CT8810ADB | 309.95 | 23.25 |
| | | | | | | 1 | SPBS8AG | 30.95 | 0.00 |
| 9/23/2016 | 09231623007 | | 0.00 | 0.00 | 3,417.95 | | | | |
| 9/30/2016 | 09301623211 | | 50.00 | 0.00 | 3,367.95 | | | | |
| 10/6/2016 | 10061623315 | 0.00 | 0.00 | 0.00 | 3,367.95 | | | | |
| | | | | | | 1 | STMM8 | 0.00 | 0.00 |
| 10/6/2016 | 10061623318 | 44.02 | 100.00 | 0.00 | 3,311.97 | | | | |
| | | | | | | 1 | YA14MET | 21.35 | 1.60 |
| | | | | | | 1 | FXK3 | 19.60 | 1.47 |
| 10/28/2016 | 10281623581 | 110.67 | 0.00 | 0.00 | 3,422.64 | | | | |
| | | | | | | 1 | SFSM16 | 0.00 | 0.00 |
| | | | | | | 1 | FSM151 | 0.00 | 0.00 |
| | | | | | | 1 | LIL65600 | 102.95 | 7.72 |
| 10/28/2016 | 10281623583 | | 0.00 | 0.00 | 3,422.64 | | | | |
| 11/4/2016 | 11041623721 | | 0.00 | 0.00 | 3,422.64 | | | | |
| 11/11/2016 | 11111623863 | 46.23 | 100.00 | 0.00 | 3,368.87 | | | | |
| | | | | | | 1 | SPBS12AG | 0.00 | 0.00 |
| | | | | | | 1 | MPBS12A | 43.00 | 3.23 |
| 11/18/2016 | 11181623972 | | 50.00 | 0.00 | 3,318.87 | | | | |
| 11/23/2016 | 11231624034 | 77.40 | 50.00 | 0.00 | 3,346.27 | | | | |
| | | | | | | 1 | TDL8 | 72.00 | 5.40 |
| 12/2/2016 | 12021624226 | 321.69 | 50.00 | 0.00 | 3,617.96 | | | | |
| | | | | | | 1 | PT200A | 252.95 | 18.97 |
| | | | | | | 1 | STMM10 | 23.15 | 1.73 |
| | | | | | | 1 | STMM11 | 23.15 | 1.74 |
| 12/9/2016 | 12091624324 | | 40.00 | 0.00 | 3,577.96 | | | | |
| 12/22/2016 | 12221624500 | | 40.00 | 0.00 | 3,537.96 | | | | |
| TOTALS | 1/1/2016 - 12/31/2016 | 2,525.14 | 1,753.00 | | | | | 3,113.94 | 229.38 |

**Authorized Snap-on Franchisee – Customer Statement**

Sold By: WARREN KNIEPKAMP
Address: 4303 N. CHAPPARAL RD
        ROSWELL NM 88201-
Phone: 575-910-7812

Sold To: AUSTIN HAMBLIN
Address: 511 S PINON ST
        ROSWELL NM 88201-
Phone: 575-910-5367

Date Range: 1/1/2010 - 5/24/2023
Account Type: All

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | RA Account | | | | |
| Trans Date | Trans # | Purchases | Pmt Amt | Amt Adjusted | Ending Bal | Qty | Product # | Total | Tax |
| 1/12/2017 | 01121724813 | 0.00 | 0.00 | 0.00 | 3,537.96 | | | | |
| | | | | | | 1 | FSM151 | 0.00 | 0.00 |
| 1/12/2017 | 01121724816 | 73.05 | 0.00 | 0.00 | 3,611.01 | | | | |
| | | | | | | 1 | SGDS50BR | 67.95 | 5.10 |
| 1/13/2017 | 01131724832 | | 40.00 | 0.00 | 3,571.01 | | | | |
| 1/13/2017 | 01131724835 | | 0.00 | 0.00 | 3,571.01 | | | | |
| 1/20/2017 | 01201724957 | | 100.00 | 0.00 | 3,471.01 | | | | |
| 1/31/2017 | 01311725115 | | 0.00 | 0.00 | 3,471.01 | | | | |
| 1/31/2017 | 01311725116 | | 0.00 | 42.00 | 3,513.01 | | | | |
| 1/31/2017 | 01311725117 | | 0.00 | 0.00 | 3,513.01 | | | | |
| 2/3/2017 | 02031725186 | | 75.00 | 0.00 | 3,438.01 | | | | |
| 2/9/2017 | 02091725306 | 271.01 | 0.00 | 0.00 | 3,709.02 | | | | |
| | | | | | | 1 | BOERMS14 | 24.10 | 1.81 |
| | | | | | | 1 | KDT85199 | 228.00 | 17.10 |
| 4/14/2017 | 04141725903 | | 0.00 | 0.00 | 3,709.02 | | | | |
| 5/31/2017 | 05311726248 | | 0.00 | -3,709.02 | 0.00 | | | | |
| TOTALS | 1/1/2017 - 12/31/2017 | 344.06 | 215.00 | | | | | 320.05 | 24.01 |

11:26:32

Printed: Wednesday, May 24, 2023

Page 7 of 20

**300**

**Authorized Snap-on Franchisee – Customer Statement**

Sold By: WARREN KNIEPKAMP
Address: 4303 N. CHAPPARAL RD
ROSWELL NM 88201-
Phone: 575-910-7812

Sold To: AUSTIN HAMBLIN
Address: 511 S PINON ST
ROSWELL NM 88201-
Phone: 575-910-5367

Date Range: 1/1/2010 - 5/24/2023
Account Type: All

| | | | | | | | | | | RA Account | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Trans Date | Trans # | Purchases | Pmt Amt | Amt Adjusted | Ending Bal | Qty | Product # | Total | Tax |
| 12/31/2018 | 12311811442 | | 0.00 | 0.00 | 0.00 | | | | |
| TOTALS | 1/1/2018 - 12/31/2018 | 0.00 | 0.00 | | | | | 0.00 | 0.00 |

**301**

**Authorized Snap-on Franchisee – Customer Statement**

Sold By: WARREN KNIEPKAMP
Address: 4303 N. CHAPPARAL RD
      ROSWELL NM 88201-
Phone: 575-910-7812

Sold To: AUSTIN HAMBLIN
Address: 511 S PINON ST
      ROSWELL NM 88201-
Phone: 575-910-5367

Date Range: 1/1/2010 - 5/24/2023
Account Type: All

| Trans Date | Trans # | Purchases | Pmt Amt | Amt Adjusted | Ending Bal | Qty | Product # | Total | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | RA Account | | | | |
| 1/14/2019 | 01141911803 | | 0.00 | 0.00 | 0.00 | | | | |
| 1/25/2019 | 01251912179 | | 0.00 | 0.00 | 0.00 | | | | |
| 2/8/2019 | 02081912609 | | 0.00 | 0.00 | 0.00 | | | | |
| 2/22/2019 | 02221913046 | | 0.00 | 0.00 | 0.00 | | | | |
| 3/8/2019 | 03081913416 | | 0.00 | 0.00 | 0.00 | | | | |
| 4/16/2019 | 04161914634 | | -1,084.21 | 0.00 | 1,084.21 | | | | |
| 4/25/2019 | 04251914917 | | 100.00 | 0.00 | 984.21 | | | | |
| 7/12/2019 | 07121917022 | | 300.00 | 0.00 | 684.21 | | | | |
| 7/12/2019 | 07121917023 | 20.69 | 0.00 | 0.00 | 704.90 | | | | |
| | | | | | | 1 | IMD242A | 19.25 | 1.44 |
| 7/28/2019 | 07281917359 | 138.73 | 0.00 | 0.00 | 843.63 | | | | |
| | | | | | | 1 | RC980 | 79.25 | 5.94 |
| | | | | | | 1 | RC980-7 | 24.90 | 1.87 |
| | | | | | | 1 | RC980-8 | 24.90 | 1.87 |
| 8/23/2019 | 08231917946 | | 250.00 | 0.00 | 593.63 | | | | |
| 8/25/2019 | 08251917949 | 32.52 | 0.00 | 0.00 | 626.15 | | | | |
| | | | | | | 1 | ACYMAGAUTOKT | 30.25 | 2.27 |
| 9/11/2019 | 09111918419 | | 326.15 | 0.00 | 300.00 | | | | |
| 9/17/2019 | 09171918576 | | 0.00 | 0.00 | 300.00 | | | | |
| 9/24/2019 | 09241918811 | | 0.00 | 0.00 | 300.00 | | | | |
| 10/15/2019 | 10151919401 | | 50.00 | 0.00 | 250.00 | | | | |
| 11/20/2019 | 11201920361 | | 50.00 | 0.00 | 200.00 | | | | |
| 12/13/2019 | 12131920981 | | 50.00 | 0.00 | 150.00 | | | | |
| TOTALS | 1/1/2019 - 12/31/2019 | 191.94 | 41.94 | | | | | 178.55 | 13.39 |

**302**

**Authorized Snap-on Franchisee – Customer Statement**

Sold By: WARREN KNIEPKAMP
Address: 4303 N. CHAPPARAL RD
        ROSWELL NM 88201-
Phone: 575-910-7812

Sold To: AUSTIN HAMBLIN
Address: 511 S PINON ST
        ROSWELL NM 88201-
Phone: 575-910-5367

Date Range: 1/1/2010 - 5/24/2023
Account Type: All

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | RA Account | | | | |
| **Trans Date** | **Trans #** | **Purchases** | **Pmt Amt** | **Amt Adjusted** | **Ending Bal** | **Qty** | **Product #** | **Total** | **Tax** |
| 4/15/2020 | 04152023701 | | 150.00 | 0.00 | 0.00 | | | | |
| TOTALS | 1/1/2020 - 12/31/2020 | 0.00 | 150.00 | | | | | 0.00 | 0.00 |

**303**

**Authorized Snap-on Franchisee – Customer Statement**

Sold By: WARREN KNIEPKAMP
Address: 4303 N. CHAPPARAL RD
ROSWELL NM 88201-
Phone: 575-910-7812

Sold To: AUSTIN HAMBLIN
Address: 511 S PINON ST
ROSWELL NM 88201-
Phone: 575-910-5367

Date Range: 1/1/2010 - 5/24/2023
Account Type: All

| | | | | | EC Account | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Trans Date | Trans # | Purchases | Pmt Amt | Amt Adjusted | Ending Bal | Qty | Product # | Total | Tax |
| 4/24/2014 | CHR-0421149970-613 | | | | | | | | |
| | | | | | | 1 | MG725G | 413.00 | 34.08 |
| | | | | | | 1 | FAR7200 | 325.50 | 26.85 |
| | | | | | | 1 | SOEXM710 | 344.00 | 28.38 |
| | | | | | | 1 | SOEX707 | 212.00 | 17.49 |
| | | | | | | 1 | 207IPFM | 176.80 | 14.58 |
| | | | | | | 1 | ASG186BG | 27.55 | 2.27 |
| | | | | | | 1 | S9716KR | 47.75 | 3.94 |
| | | | | | | 1 | S9706KRA | 34.25 | 2.82 |
| | | | | | | 1 | IPF80B | 48.00 | 3.96 |
| | | | | | | 1 | IPM800A | 38.00 | 3.14 |
| | | | | | | 1 | IP80D | 58.00 | 4.79 |
| | | | | | | 1 | 210EFTAMY | 209.00 | 17.24 |
| | | | | | | 1 | 209EFTXBY | 249.50 | 20.58 |
| | | | | | | 1 | GAX36 | 87.25 | 7.20 |
| | | | | | | 1 | PWCS7CF | 43.50 | 3.59 |
| | | | | | | 1 | 196CF | 45.25 | 3.74 |
| | | | | | | 1 | 87CF | 42.75 | 3.52 |
| | | | | | | 1 | YA502M | 28.80 | 2.37 |
| | | | | | | 1 | CT8810G | 599.95 | 49.50 |
| | | | | | | 1 | 212FSMY | 171.00 | 14.11 |
| | | | | | | 1 | FCF72 | 85.50 | 7.05 |
| | | | | | | 1 | FC72 | 73.00 | 6.03 |
| | | | | | | 1 | SGCP1BG | 30.85 | 2.54 |
| 4/24/2014 | CHR-0421149970-613 | | | 0.00 | 3,471.59 | | | | |
| 4/24/2014 | CHR-04241410099-61 | | 100.00 | 0.00 | 3,471.59 | | | | |
| 5/1/2014 | CHR-05011410285-61 | | 100.00 | 0.00 | 7,105.10 | | | | |
| 5/8/2014 | CHR-05081410435-61 | | | 0.00 | 7,005.10 | | | | |
| 5/15/2014 | CHR-05151410649-61 | | | 0.00 | 7,005.10 | | | | |
| 5/15/2014 | CHR-05151410651-61 | | | 0.00 | 7,005.10 | | | | |
| 5/22/2014 | CHR-05221410729-61 | | 100.00 | 0.00 | 7,005.10 | | | | |
| 5/22/2014 | CHR-05221410735-61 | | | 0.00 | 7,005.10 | | | | |
| 5/29/2014 | CHR-05291410896-61 | | 50.00 | 0.00 | 6,905.10 | | | | |
| 6/12/2014 | CHR-06121411226-61 | | 50.00 | 0.00 | 6,959.40 | | | | |
| 6/12/2014 | CHR-06121411227-61 | | | 0.00 | 6,959.40 | | | | |
| 6/19/2014 | CHR-06191411405-61 | | | 0.00 | 6,909.40 | | | | |
| 7/3/2014 | CHR-07031411742-61 | | 10.00 | 0.00 | 7,012.23 | | | | |
| 7/3/2014 | CHR-07031411743-61 | | 15.00 | 0.00 | 7,012.23 | | | | |
| 7/10/2014 | CHR-07101411893-61 | | 25.00 | 0.00 | 6,987.23 | | | | |
| 7/10/2014 | CHR-07101411898-61 | | | 0.00 | 6,987.23 | | | | |
| 7/16/2014 | CHR-07161412001-61 | | | 0.00 | 6,962.23 | | | | |
| 7/17/2014 | CHR-07171412045-61 | | | 0.00 | 6,962.23 | | | | |
| 7/24/2014 | CHR-07241412229-61 | | 30.00 | 0.00 | 6,962.23 | | | | |
| 7/28/2014 | CHR-07281412291-61 | | | 0.00 | 6,932.23 | | | | |
| 7/29/2014 | CHR-07291441050-61 | | 146.85 | 0.00 | 6,932.23 | | | | |
| 7/29/2014 | CHR-07291441051-61 | | | 0.00 | 6,932.23 | | | | |
| 8/5/2014 | CHR-08051441436-61 | | 0.00 | 0.00 | 6,888.14 | | | | |
| 8/12/2014 | CHR-08121441814-61 | | | 0.00 | 6,888.14 | | | | |
| 8/19/2014 | CHR-08191442130-61 | | | 0.00 | 6,888.14 | | | | |
| 8/19/2014 | CHR-08191442131-61 | | | 0.00 | 6,888.14 | | | | |
| 8/26/2014 | CHR-08261442308-61 | | 210.00 | 0.00 | 6,888.14 | | | | |
| 9/2/2014 | CHR-09021442668-61 | | | 0.00 | 6,779.61 | | | | |
| 9/9/2014 | CHR-09091443013-61 | | | 0.00 | 6,779.61 | | | | |

11:26:32

**304**

**Authorized Snap-on Franchisee – Customer Statement**

Sold By: WARREN KNIEPKAMP
Address: 4303 N. CHAPPARAL RD
ROSWELL NM 88201-
Phone: 575-910-7812

Sold To: AUSTIN HAMBLIN
Address: 511 S PINON ST
ROSWELL NM 88201-
Phone: 575-910-5367

Date Range: 1/1/2010 - 5/24/2023
Account Type: All

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | EC Account | | | | | |
| Trans Date | Trans # | Purchases | Pmt Amt | Amt Adjusted | Ending Bal | Qty | Product # | Total | Tax |
| 9/23/2014 | CHR-09231443725-61 | | 210.00 | 0.00 | 6,779.61 | | | | |
| 9/30/2014 | CHR-09301444116-61 | | | 0.00 | 6,569.61 | | | | |
| 10/7/2014 | CHR-10071444523-61 | | | 0.00 | 6,669.40 | | | | |
| 10/7/2014 | CHR-10071444526-61 | | | 0.00 | 6,669.40 | | | | |
| 10/7/2014 | CHR-10071444527-61 | | | 0.00 | 6,669.40 | | | | |
| 10/14/2014 | CHR-10141444865-61 | | | 0.00 | 6,669.40 | | | | |
| 10/21/2014 | CHR-10211445119-61 | | | 0.00 | 6,669.40 | | | | |
| 10/21/2014 | CHR-10211445120-61 | | | 0.00 | 6,669.40 | | | | |
| 10/22/2014 | CHR-10221445165-61 | | 88.00 | 0.00 | 6,669.40 | | | | |
| 10/28/2014 | CHR-10281445526-61 | | 130.00 | 0.00 | 6,581.40 | | | | |
| 10/28/2014 | CHR-10281445527-61 | | | 0.00 | 6,581.40 | | | | |
| 10/28/2014 | CHR-10281445528-61 | | | 0.00 | 6,581.40 | | | | |
| 11/4/2014 | CHR-11041445894-61 | | | 0.00 | 6,549.72 | | | | |
| 11/4/2014 | CHR-11041445895-61 | | | 0.00 | 6,549.72 | | | | |
| 11/11/2014 | CHR-11111446311-61 | | | 0.00 | 6,549.72 | | | | |
| 11/18/2014 | CHR-11181446657-61 | | | 0.00 | 6,549.72 | | | | |
| 11/25/2014 | CHR-11251447060-61 | | 210.00 | 0.00 | 6,549.72 | | | | |
| 12/2/2014 | CHR-12021447271-61 | | | 0.00 | 6,436.16 | | | | |
| 12/9/2014 | CHR-12091447680-61 | | | 0.00 | 6,436.16 | | | | |
| 12/16/2014 | CHR-12161448069-61 | | | 0.00 | 6,436.16 | | | | |
| 12/30/2014 | CHR-12301448710-61 | | 210.00 | 0.00 | 6,436.16 | | | | |
| TOTALS | 1/1/2014 - 12/31/2014 | 0.00 | 1,684.85 | | | | | 3,391.20 | 279.77 |

305

**Authorized Snap-on Franchisee – Customer Statement**

Sold By: WARREN KNIEPKAMP
Address: 4303 N. CHAPPARAL RD
ROSWELL NM 88201-
Phone: 575-910-7812

Sold To: AUSTIN HAMBLIN
Address: 511 S PINON ST
ROSWELL NM 88201-
Phone: 575-910-5367

Date Range: 1/1/2010 - 5/24/2023
Account Type: All

| Trans Date | Trans # | Purchases | Pmt Amt | Amt Adjusted | Ending Bal | Qty | Product # | Total | Tax |
|---|---|---|---|---|---|---|---|---|---|
| 1/6/2015 | CHR-01061548950-61 | | | 0.00 | 6,321.15 | | | | |
| 1/6/2015 | CHR-01061548951-61 | | | 0.00 | 6,321.15 | | | | |
| 2/12/2015 | 0212157747 | | | 0.00 | 6,414.54 | | | | |
| 2/19/2015 | 0219157853 | | | 0.00 | 6,414.54 | | | | |
| 2/26/2015 | 0226157995 | | 350.00 | 0.00 | 6,414.54 | | | | |
| 3/6/2015 | 0306158257 | | | 0.00 | 6,162.68 | | | | |
| 3/12/2015 | 0312158438 | | | 0.00 | 6,162.68 | | | | |
| 3/12/2015 | 0312158440 | | | 0.00 | 6,162.68 | | | | |
| 3/19/2015 | 0319158698 | | | 0.00 | 6,162.68 | | | | |
| 3/26/2015 | 0326158897 | | | 0.00 | 6,162.68 | | | | |
| 3/31/2015 | 0331159034 | | 173.00 | 0.00 | 6,162.68 | | | | |
| 3/31/2015 | 0331159035 | | | 0.00 | 6,162.68 | | | | |
| 4/3/2015 | 0403159188 | | 0.00 | 0.00 | 6,080.68 | | | | |
| 4/3/2015 | 0403159189 | | | 0.00 | 6,080.68 | | | | |
| 4/3/2015 | 0403159198 | | 305.00 | 0.00 | 6,080.68 | | | | |
| 4/9/2015 | 0409159339 | | | 0.00 | 6,080.68 | | | | |
| 4/28/2015 | 0428159846 | | | 0.00 | 5,775.68 | | | | |
| 5/29/2015 | 05291510666 | | 113.00 | 0.00 | 5,863.28 | | | | |
| 6/30/2015 | 06301511467 | | 250.00 | 0.00 | 5,836.88 | | | | |
| 7/31/2015 | 07311512323 | | 167.00 | 0.00 | 5,673.05 | | | | |
| 7/31/2015 | 07311512324 | | | 0.00 | 5,673.05 | | | | |
| 8/26/2015 | 08261512830 | | | | | | | | |
| | | | | | | 1 | KRBC2TC | 169.95 | 12.74 |
| | | | | | | 1 | AT154R | 227.95 | 17.10 |
| | | | | | | 1 | 87ACF | 0.00 | 0.00 |
| | | | | | | 1 | AST201 | 0.00 | 0.00 |
| | | | | | | 1 | ACT413A | 0.00 | 0.00 |
| | | | | | | 1 | SFS141 | 0.00 | 0.00 |
| | | | | | | 1 | IPFM10C | 0.00 | 0.00 |
| | | | | | | 1 | AT154RA | 0.00 | 0.00 |
| | | | | | | 1 | 212EFTAY | 0.00 | 0.00 |
| | | | | | | 1 | KNX002006S1 | 0.00 | 0.00 |
| | | | | | | 1 | CK6850DIRLA | 0.00 | 0.00 |
| 8/26/2015 | 08261512830 | | | 0.00 | 5,589.81 | | | | |
| 9/20/2015 | 09201513452 | | 0.00 | 0.00 | 7,117.20 | | | | |
| 9/30/2015 | 09301513738 | | 135.00 | 0.00 | 7,117.20 | | | | |
| 10/1/2015 | 10011513752 | | | 0.00 | 7,125.66 | | | | |
| 10/1/2015 | 10011513755 | | | 0.00 | 7,125.66 | | | | |
| 10/1/2015 | 10011513756 | | 65.00 | 0.00 | 7,125.66 | | | | |
| 10/15/2015 | 10151514140 | | 150.00 | 0.00 | 7,060.66 | | | | |
| 10/15/2015 | 10151514141 | | | 0.00 | 7,060.66 | | | | |
| 10/22/2015 | 10221514343 | | | 0.00 | 6,910.66 | | | | |
| 10/29/2015 | 10291514554 | | 150.00 | 0.00 | 6,910.66 | | | | |
| 11/5/2015 | 11051514804 | | | 0.00 | 6,903.78 | | | | |
| 11/12/2015 | 11121515041 | | 125.00 | 0.00 | 6,903.78 | | | | |
| 11/17/2015 | 11171515123 | | | 0.00 | 6,778.78 | | | | |
| 11/25/2015 | 11251515384 | | | 0.00 | 6,778.78 | | | | |
| 11/27/2015 | 11271515459 | | 125.00 | 0.00 | 6,778.78 | | | | |
| 12/2/2015 | 12021515568 | | | 0.00 | 6,793.77 | | | | |
| 12/9/2015 | 12091515784 | | | 0.00 | 6,793.77 | | | | |
| 12/10/2015 | 12101515848 | | 125.00 | 0.00 | 6,793.77 | | | | |
| 12/16/2015 | 12161516005 | | | 0.00 | 6,793.77 | | | | |
| 12/25/2015 | 12221516201 | | 100.00 | 0.00 | 6,668.77 | | | | |

306

**Authorized Snap-on Franchisee – Customer Statement**

Sold By: WARREN KNIEPKAMP
Address: 4303 N. CHAPPARAL RD
    ROSWELL NM 88201-
Phone: 575-910-7812

Sold To: AUSTIN HAMBLIN
Address: 511 S PINON ST
    ROSWELL NM 88201-
Phone: 575-910-5367

Date Range: 1/1/2010 - 5/24/2023
Account Type: All

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | EC Account | | | | | | | |
| Trans Date | Trans # | Purchases | Pmt Amt | Amt Adjusted | Ending Bal | Qty | Product # | Total | Tax |
| TOTALS | 1/1/2015 - 12/31/2015 | 0.00 | 2,333.00 | | | | | 397.90 | 29.84 |

307

Authorized Snap-on Franchisee – Customer Statement

Sold By: WARREN KNIEPKAMP
Address: 4303 N. CHAPPARAL RD
ROSWELL NM 88201-
Phone: 575-910-7812

Sold To: AUSTIN HAMBLIN
Address: 511 S PINON ST
ROSWELL NM 88201-
Phone: 575-910-5367

Date Range: 1/1/2010 - 5/24/2023
Account Type: All

| Trans Date | Trans # | Purchases | Pmt Amt | Amt Adjusted | Ending Bal | Qty | Product # | Total | Tax |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | EC Account | | | | |
| 1/6/2016 | 01061616465 | | | 0.00 | 6,706.67 | | | | |
| 1/9/2016 | 01091616529 | | | 0.00 | 6,706.67 | | | | |
| 1/13/2016 | 01131616594 | | | 0.00 | 6,706.67 | | | | |
| 1/13/2016 | 01131616595 | | | 0.00 | 6,706.67 | | | | |
| 1/15/2016 | 01151616690 | | | 0.00 | 6,706.67 | | | | |
| 1/27/2016 | 01271616980 | | 50.00 | 0.00 | 6,706.67 | | | | |
| 2/3/2016 | 02031617207 | | | 0.00 | 6,792.97 | | | | |
| 2/3/2016 | 02031617209 | | | 0.00 | 6,792.97 | | | | |
| 2/10/2016 | 02101617427 | | 100.00 | 0.00 | 6,792.97 | | | | |
| 2/22/2016 | 02221617796 | | 150.00 | 0.00 | 6,722.97 | | | | |
| 3/2/2016 | 03021618103 | | | 0.00 | 6,709.27 | | | | |
| 3/10/2016 | 03101618316 | | 100.00 | 0.00 | 6,709.27 | | | | |
| 3/23/2016 | 03231618594 | | 50.00 | 0.00 | 6,609.27 | | | | |
| 3/23/2016 | 03231618595 | | | 0.00 | 6,609.27 | | | | |
| 3/23/2016 | 03231618596 | | | 0.00 | 6,609.27 | | | | |
| 4/7/2016 | 04071619028 | | | 0.00 | 6,695.52 | | | | |
| 4/13/2016 | 04131619180 | | | 0.00 | 6,695.52 | | | | |
| 4/13/2016 | 04131619181 | | 60.00 | 0.00 | 6,695.52 | | | | |
| 4/14/2016 | 04141619262 | | 100.00 | 0.00 | 6,695.52 | | | | |
| 4/27/2016 | 04271619540 | | 200.00 | 0.00 | 6,535.52 | | | | |
| ./27/2016 | 04271619541 | | | 0.00 | 6,535.52 | | | | |
| 5/6/2016 | 05061619814 | | | 0.00 | 6,470.91 | | | | |
| 5/12/2016 | 05121619952 | | 100.00 | 0.00 | 6,470.91 | | | | |
| 5/12/2016 | 05121619953 | | | 0.00 | 6,470.91 | | | | |
| 5/26/2016 | 05261620320 | | 150.00 | 0.00 | 6,370.91 | | | | |
| 6/3/2016 | 06031620523 | | | 0.00 | 6,351.99 | | | | |
| 6/10/2016 | 06101620708 | | 100.00 | 0.00 | 6,351.99 | | | | |
| 6/17/2016 | 06171620833 | | 50.00 | 0.00 | 6,351.99 | | | | |
| 6/17/2016 | 06171620834 | | | 0.00 | 6,351.99 | | | | |
| 6/24/2016 | 06241621079 | | 50.00 | 0.00 | 6,201.99 | | | | |
| 7/21/2016 | 07211621579 | | 300.00 | 0.00 | 6,280.85 | | | | |
| 7/28/2016 | 07281621791 | | | 0.00 | 5,980.85 | | | | |
| 8/10/2016 | 08101622079 | 559.65 | | | | | | | |
| | | | | | | 1 | BOERM712 | 253.00 | 18.98 |
| | | | | | | 1 | BOERMS712 | 239.00 | 17.92 |
| | | | | | | 1 | STL66129 | 28.60 | 2.15 |
| | | | | | | 1 | FX80A | 0.00 | 0.00 |
| | | | | | | 1 | EXDL10 | 0.00 | 0.00 |
| | | | | | | 1 | STL75644 | 0.00 | 0.00 |
| | | | | | | 1 | IM1PT | 0.00 | 0.00 |
| | | | | | | 1 | RKRFC72 | 0.00 | 0.00 |
| | | | | | | 1 | ECU325BK | 0.00 | 0.00 |
| | | | | | | 1 | SRPC112 | 0.00 | 0.00 |
| | | | | | | 1 | KAPL10 | 0.00 | 0.00 |
| | | | | | | 1 | 110STMDY | 0.00 | 0.00 |
| | | | | | | 1 | EECT4HLED | 0.00 | 0.00 |
| | | | | | | 1 | CJ2001P | 0.00 | 0.00 |
| | | | | | | 1 | CRK2032 | 0.00 | 0.00 |
| | | | | | | 1 | YA6490A | 0.00 | 0.00 |
| | | | | | | 1 | SGLASA204AG | 0.00 | 0.00 |
| | | | | | | 1 | CYCLESET | 0.00 | 0.00 |
| 8/10/2016 | 08101622079 | | | 0.00 | 6,107.70 | | | | |
| 8/26/2016 | 08261622426 | | 75.00 | 0.00 | 8,470.10 | | | | |

308

**Authorized Snap-on Franchisee – Customer Statement**

Sold By: WARREN KNIEPKAMP
Address: 4303 N. CHAPPARAL RD
 ROSWELL NM 88201-
Phone: 575-910-7812

Sold To: AUSTIN HAMBLIN
Address: 511 S PINON ST
 ROSWELL NM 88201-
Phone: 575-910-5367

Date Range: 1/1/2010 - 5/24/2023
Account Type: All

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | EC Account | | | | | | |
| Trans Date | Trans # | Purchases | Pmt Amt | Amt Adjusted | Ending Bal | Qty | Product # | Total | Tax |
| 9/9/2016 | 09091622708 | | | 0.00 | 8,553.99 | | | | |
| 9/15/2016 | 09151622855 | | | 0.00 | 8,553.99 | | | | |
| 9/15/2016 | 09151622857 | | | 0.00 | 8,553.99 | | | | |
| 9/23/2016 | 09151622858 | | 70.00 | 0.00 | 8,553.99 | | | | |
| 9/23/2016 | 09231623007 | | 20.00 | 0.00 | 8,553.99 | | | | |
| 9/30/2016 | 09301623211 | | 0.00 | 0.00 | 8,463.99 | | | | |
| 10/6/2016 | 10061623315 | | | 0.00 | 8,637.11 | | | | |
| 10/6/2016 | 10061623318 | | | 0.00 | 8,637.11 | | | | |
| 10/28/2016 | 10281623581 | | 50.00 | 0.00 | 8,637.11 | | | | |
| 10/28/2016 | 10281623583 | | 200.00 | 0.00 | 8,637.11 | | | | |
| 11/4/2016 | 11041623721 | | 100.00 | 0.00 | 8,560.23 | | | | |
| 11/11/2016 | 11111623863 | | | 0.00 | 8,560.23 | | | | |
| 11/18/2016 | 11181623972 | | | 0.00 | 8,560.23 | | | | |
| 11/23/2016 | 11231624034 | | 100.00 | 0.00 | 8,460.23 | | | | |
| 12/2/2016 | 12021624226 | | 60.00 | 0.00 | 8,533.35 | | | | |
| 12/9/2016 | 12091624324 | | 60.00 | 0.00 | 8,533.35 | | | | |
| 12/22/2016 | 12221624500 | | 230.00 | 0.00 | 8,533.35 | | | | |
| TOTALS | 1/1/2016 - 12/31/2016 | 559.65 | 2,525.00 | | | | | 520.60 | 39.05 |

11:26:32

Printed: Wednesday, May 24, 2023

**Authorized Snap-on Franchisee – Customer Statement**

Sold By: WARREN KNIEPKAMP
Address: 4303 N. CHAPPARAL RD
ROSWELL NM 88201-
Phone: 575-910-7812

Sold To: AUSTIN HAMBLIN
Address: 511 S PINON ST
ROSWELL NM 88201-
Phone: 575-910-5367

Date Range: 1/1/2010 - 5/24/2023
Account Type: All

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | EC Account | | | | | | |
| Trans Date | Trans # | Purchases | Pmt Amt | Amt Adjusted | Ending Bal | Qty | Product # | Total | Tax |
| 1/12/2017 | 01121724813 | | | 0.00 | 8,361.27 | | | | |
| 1/12/2017 | 01121724816 | | | 0.00 | 8,361.27 | | | | |
| 1/13/2017 | 01131724832 | | 120.00 | 0.00 | 8,361.27 | | | | |
| 1/13/2017 | 01131724835 | | | 0.00 | 8,361.27 | | | | |
| 1/20/2017 | 01201724957 | | | 0.00 | 8,241.27 | | | | |
| 1/31/2017 | 01311725115 | | 42.00 | 0.00 | 8,241.27 | | | | |
| 1/31/2017 | 01311725116 | | | 0.00 | 8,241.27 | | | | |
| 1/31/2017 | 01311725117 | | 247.00 | 0.00 | 8,241.27 | | | | |
| 2/3/2017 | 02031725186 | | | 0.00 | 8,122.02 | | | | |
| 2/9/2017 | 02091725306 | | | 0.00 | 8,122.02 | | | | |
| 4/14/2017 | 04141725903 | | 250.00 | 0.00 | 8,452.04 | | | | |
| TOTALS | 1/1/2017 - 12/31/2017 | 0.00 | 659.00 | | | | | 0.00 | 0.00 |

**310**

**Authorized Snap-on Franchisee – Customer Statement**

Sold By: WARREN KNIEPKAMP
Address: 4303 N. CHAPPARAL RD
    ROSWELL NM 88201-
Phone: 575-910-7812

Sold To: AUSTIN HAMBLIN
Address: 511 S PINON ST
    ROSWELL NM 88201-
Phone: 575-910-5367

Date Range: 1/1/2010 - 5/24/2023
Account Type: All

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| colspan EC Account | | | | | | | | | | | |
| Trans Date | Trans # | Purchases | Pmt Amt | Amt Adjusted | Ending Bal | Qty | Product # | Total | Tax |
| 12/31/2018 | 12311811442 | | 250.00 | 0.00 | 7,092.11 | | | | |
| TOTALS | 1/1/2018 - 12/31/2018 | 0.00 | 250.00 | | | | | 0.00 | 0.00 |

**311**

**Authorized Snap-on Franchisee – Customer Statement**

Sold By: WARREN KNIEPKAMP
Address: 4303 N. CHAPPARAL RD
ROSWELL NM 88201-
Phone: 575-910-7812

Sold To: AUSTIN HAMBLIN
Address: 511 S PINON ST
ROSWELL NM 88201-
Phone: 575-910-5367

Date Range: 1/1/2010 - 5/24/2023
Account Type: All

| | | | | | EC Account | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Trans Date | Trans # | Purchases | Pmt Amt | Amt Adjusted | Ending Bal | Qty | Product # | Total | Tax |
| 1/14/2019 | 01141911803 | | 150.00 | 0.00 | 6,995.66 | | | | |
| 1/25/2019 | 01251912179 | | 150.00 | 0.00 | 6,845.66 | | | | |
| 2/8/2019 | 02081912609 | | 150.00 | 0.00 | 6,834.21 | | | | |
| 2/22/2019 | 02221913046 | | 130.00 | 0.00 | 6,684.21 | | | | |
| 3/8/2019 | 03081913416 | | 245.00 | 0.00 | 6,692.12 | | | | |
| 4/16/2019 | 04161914634 | | | 0.00 | 6,581.40 | | | | |
| 4/25/2019 | 04251914917 | | 246.20 | 0.00 | 6,581.40 | | | | |
| 7/12/2019 | 07121917022 | | 500.00 | 0.00 | 6,468.51 | | | | |
| 7/12/2019 | 07121917023 | | | 0.00 | 6,468.51 | | | | |
| 7/28/2019 | 07281917359 | | | 0.00 | 6,468.51 | | | | |
| 8/23/2019 | 08231917946 | | 250.00 | 0.00 | 6,468.51 | | | | |
| 8/25/2019 | 08251917949 | | | 0.00 | 6,468.51 | | | | |
| 9/11/2019 | 09111918419 | | | 0.00 | 6,468.51 | | | | |
| 9/17/2019 | 09171918576 | | 250.00 | 0.00 | 6,468.51 | | | | |
| 9/24/2019 | 09241918811 | | 250.00 | 0.00 | 6,468.51 | | | | |
| 10/15/2019 | 10151919401 | | | 0.00 | 6,468.51 | | | | |
| 11/20/2019 | 11201920361 | | | 0.00 | 6,468.51 | | | | |
| 12/13/2019 | 12131920981 | | | 0.00 | 6,468.51 | | | | |
| TOTALS | 1/1/2019 - 12/31/2019 | 0.00 | 2,321.20 | | | | | 0.00 | 0.00 |

**312**

**Authorized Snap-on Franchisee – Customer Statement**

**Sold By:** WARREN KNIEPKAMP
**Address:** 4303 N. CHAPPARAL RD
ROSWELL NM 88201-
**Phone:** 575-910-7812

**Sold To:** AUSTIN HAMBLIN
**Address:** 511 S PINON ST
ROSWELL NM 88201-
**Phone:** 575-910-5367

**Date Range:** 1/1/2010 - 5/24/2023
**Account Type:** All

| | | | | | | | | | EC Account | |
|---|---|---|---|---|---|---|---|---|---|---|
| Trans Date | Trans # | Purchases | Pmt Amt | Amt Adjusted | Ending Bal | Qty | Product # | Total | Tax |
| 4/15/2020 | 04152023701 | | | 0.00 | 6,468.51 | | | | |
| TOTALS | 1/1/2020 - 12/31/2020 | 0.00 | 0.00 | | | | | 0.00 | 0.00 |

| Totals for All Account Types | Purchases | Pmt Amt |
|---|---|---|
| Year 2014 | | |
| RA | 2,022.41 | 607.00 |
| EC | 0.00 | 1,684.85 |
| Year 2015 | | |
| RA | 4,396.73 | 960.25 |
| EC | 0.00 | 2,333.00 |
| Year 2016 | | |
| RA | 2,525.14 | 1,753.00 |
| EC | 559.65 | 2,525.00 |
| Year 2017 | | |
| RA | 344.06 | 215.00 |
| EC | 0.00 | 659.00 |
| Year 2018 | | |
| RA | 0.00 | 0.00 |
| EC | 0.00 | 250.00 |
| Year 2019 | | |
| RA | 191.94 | 41.94 |
| EC | 0.00 | 2,321.20 |
| Year 2020 | | |
| RA | 0.00 | 150.00 |
| EC | 0.00 | 0.00 |
| TOTALS    1/1/2010 - 5/24/2023 | 10,039.93 | 13,500.24 |

313

**The James Polk Stone Community Bank**

```
                              1  -  28              PAGE   1
        ********AUTO**SCH 5-DIGIT 88201       ACCOUNT
        1152 0.5900 AV 0.381      5 1 53

        AUSTIN E HAMBLIN                          STATEMENT PERIOD
                                               02/04/2015 TO 02/17/2015       FAFFDDAFFTTADFF
```

```
----------------------- C H E C K I N G   S U M M A R Y -----------------------
                       FASTRAC        -
    CHECKING BALANCE LAST STATEMENT........                    .00
                        DEPOSITS..............                 .00
                 1   OTHER CREDITS........                   73.88
                 1   CHECKS................                  60.00
                 1   OTHER DEBITS..........                   6.95
    CHECKING BALANCE THIS STATEMENT........                    6.93
----------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES -----------------
```

|                          | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|--------------------------|-----------------------|--------------------|
| TOTAL OVERDRAFT FEES     | $0.00                 | $0.00              |
| TOTAL RETURNED ITEM FEES | $0.00                 | $0.00              |

```
-------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S --------------

DATE.....AMOUNT....DESCRIPTION
02/05      73.88 CUSTOM DEMOLITIO  QUICKBOOKS                     0021295729

---------------- O T H E R   D E B I T   T R A N S A C T I O N S ----------------

DATE.....AMOUNT....DESCRIPTION
02/17       6.95 POS:02/17      ALLSUPS   1500 N  GARD ROSWELL       NM

---------------------------------- C H E C K S ----------------------------------

DATE.........CHECK NO.......AMOUNT    DATE.........CHECK NO.......AMOUNT
02/09                       60.00

---------------- D A I L Y   B A L A N C E   I N F O R M A T I O N ----------------

DATE.......BALANCE        DATE.......BALANCE        DATE.......BALANCE
02/05        73.88        02/09        13.88        02/17         6.93
```

EXHIBIT

Blumberg No. 5118

31



The James Polk Stone Community Bank

AUSTIN E HAMBLIN

PAGE   2
ACCOUNT

STATEMENT PERIOD
02/04/2015 TO 02/17/2015

Reminder; the overdraft charge fee of $3 per day begins on
the third calendar day of the overdraft on your account.



The James Polk Stone Community Bank

```
                                      0  -  28            PAGE  1
                ********AUTO**SCH 5-DIGIT 88201    ACCOUNT
                877 0.7500 AV 0.381        4 1 47

                                                 STATEMENT PERIOD        AAAADAADDADAAAF
                AUSTIN E HAMBLIN                  02/17/2015 TO 03/17/2015
```

```
------------------------ C H E C K I N G   S U M M A R Y ------------------------
                      FASTRAC        -
        CHECKING BALANCE LAST STATEMENT........            6.93
                          DEPOSITS..............             .00
                     3   OTHER CREDITS........          6,554.51
                          CHECKS................            .00
                    54   OTHER DEBITS..........          6,479.37
        CHECKING BALANCE THIS STATEMENT........            82.07
------------------ SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES ------------------
```

```
        |                          |   TOTAL FOR  |     TOTAL     |
        |                          |  THIS PERIOD |  YEAR-TO-DATE |
        -----------------------------------------------------------
        |TOTAL OVERDRAFT FEES      |      $0.00   |       $0.00   |
        -----------------------------------------------------------
        |TOTAL RETURNED ITEM FEES  |      $0.00   |       $0.00   |
        -----------------------------------------------------------
```

```
-------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S --------------

DATE.....AMOUNT....DESCRIPTION
02/19   1,106.68 CUSTOM DEMOLITIO  QUICKBOOKS                   0029604486
03/05     889.83 CUSTOM DEMOLITIO  QUICKBOOKS                   0025009155
03/16   4,558.00 TAX PRODUCTS PR2  SBTPG LLC                    7416739031

--------------- O T H E R   D E B I T   T R A N S A C T I O N S ---------------

DATE.....AMOUNT....DESCRIPTION
02/20     150.00 POS:02/20      FARMERS INS BILLING   866-813-7551 CA
02/20       6.04 POS:02/20      PECOS VALLEY TOBACCO C ROSWELL      NM
02/20       9.72 POS:02/20      ALBERTSONS   690       ROSWELL      NM
02/20      40.00 ATM:02/19      1801 MAIN STREET       ROSWELL      NM
02/23       8.44 POS:02/20      ALLSUPS   1219 BROWNFI PLAINS       TX
02/23      24.00 POS:02/22      MURPHY EXPRESS         ROSWELL      NM
02/23      56.67 POS:02/22      WAL-MART SUPER CENTER  ROSWELL      NM
02/23      56.81 POS:02/22      AT T BILL PAYMENT      08002882020  TX
02/23     200.00 ATM:02/21      1901 N MAIN            ROSWELL      NM
02/24       8.76 POS:02/23      ALLSUP   268           ROSWELL      NM
02/24      21.91 POS:02/23      SONIC DRIVE IN   2800  ROSWELL      NM
02/24       5.07 POS:02/23      SONIC DRIVE IN   2807  ROSWELL      NM
```

**The James Polk Stone Community Bank**

AUSTIN E HAMBLIN

| DATE | AMOUNT | DESCRIPTION | | | |
|------|--------|-------------|---|---|---|
| 02/24 | 7.11 | POS:02/24 | PECOS VALLEY TOBACCO C | ROSWELL | NM |
| 02/24 | 6.15 | POS:02/24 | ALLSUPS 1500 N GARD | ROSWELL | NM |
| 02/25 | 29.10 | POS:02/24 | 0611 WAL-SAMS | ROSWELL | NM |
| 02/25 | 6.95 | POS:02/25 | ALLSUPS 1500 N GARD | ROSWELL | NM |
| 02/25 | 200.00 | ATM:02/24 | 1901 N MAIN | ROSWELL | NM |
| 02/26 | 10.37 | POS:02/25 | ARBYS 1198 | ROSWELL | NM |
| 02/26 | 40.00 | POS:02/26 | BUFFALO WILD WINGS 40 | ROSWELL | NM |
| 02/26 | 7.09 | POS:02/26 | ALBERTSONS 690 | ROSWELL | NM |
| 02/26 | 2.49 | POS:02/26 | ALBERTSONS 690 | ROSWELL | NM |
| 02/26 | 15.88 | POS:02/26 | FARMERS COUNTRY MKT 5 | ROSWELL | NM |
| 02/27 | 16.59 | POS:02/27 | WALGREENS 5350 | ROSWELL | NM |
| 03/02 | 3.69 | POS:02/28 | FARMERS COUNTRY MKT 5 | ROSWELL | NM |
| 03/02 | 3.21 | POS:03/01 | REDBOX DVD RENTAL | OAKBROOK TER | IL |
| 03/02 | 20.53 | POS:03/02 | NO APPOINTMENT | ROSWELL | NM |
| 03/02 | 7.11 | POS:03/02 | PECOS VALLEY TOBACCO C | ROSWELL | NM |
| 03/02 | 9.32 | POS:03/02 | ALBERTSONS 690 | ROSWELL | NM |
| 03/02 | 14.94 | POS:03/02 | BURGER KING 18159 Q07 | ROSWELL | NM |
| 03/02 | 24.60 | POS:03/02 | SEARS ROEBUCK 2207 | ROSWELL | NM |
| 03/02 | 10.05 | POS:03/02 | ALLSUPS 520 EAST 2ND | ROSWELL | NM |
| 03/05 | 13.90 | POS:03/04 | ALLSUPS 1500 N GARD | ROSWELL | NM |
| 03/05 | 12.86 | POS:03/04 | REDBOX DVD RENTAL | 866-733-2693 | IL |
| 03/05 | 36.78 | POS:03/05 | WEDGE-WAYTOSERVE | 303-565-4377 | CO |
| 03/06 | 293.10 | POS:03/06 | FARMERS INS BILLING | 866-813-7551 | CA |
| 03/06 | 200.00 | POS:03/06 | GARY CLOUD MATCO TOOLS | LUBBOCK | TX |
| 03/06 | 20.69 | POS:03/06 | DOMINO S 6534 | 575-637-3030 | NM |
| 03/06 | 50.00 | ATM:03/06 | 1901 N MAIN | ROSWELL | NM |
| 03/09 | 13.90 | POS:03/06 | ALLSUPS 411 WEST 2ND | ROSWELL | NM |
| 03/09 | 7.15 | POS:03/06 | TACO BELL 22079 | ROSWELL | NM |
| 03/09 | 250.00 | POS:03/06 | AT T SA43 15519 | ROSWELL | NM |
| 03/09 | 12.00 | POS:03/07 | IN GIRL SCOUT TROOP 1 | 575-3174429 | NM |
| 03/09 | 14.18 | POS:03/07 | NST THE HOME DEPOT3930 | ROSWELL | NM |
| 03/09 | 7.11 | POS:03/08 | ROSWELL ROADRUNNER 1 | ROSWELL | NM |
| 03/09 | 2.46 | POS:03/09 | SONIC DRIVE IN 2834 | ROSWELL | NM |
| 03/09 | 6.52 | POS:03/09 | LAWRENCE BROS. 1380 | ROSWELL | NM |
| 03/09 | 20.00 | ATM:03/07 | 1801 MAIN STREET | ROSWELL | NM |
| 03/10 | 10.05 | POS:03/10 | ALLSUPS 520 EAST 2ND | ROSWELL | NM |
| 03/12 | 5.06 | POS:03/11 | NST THE HOME DEPOT3932 | ROSWELL | NM |
| 03/16 | 6.95 | POS:03/16 | ALLSUPS 501 WEST MCG | ROSWELL | NM |
| 03/17 | 1,920.00 | YBUY RENTAL PMT | EPAY | | 0017299033 |

317

The James Polk Stone Community Bank

AUSTIN E HAMBLIN

PAGE  3
ACCOUNT

STATEMENT PERIOD
02/17/2015 TO 03/17/2015

```
DATE.....AMOUNT....DESCRIPTION
03/17    2,550.86 YBUY RENTAL PMT    EPAY                    0017299031
03/17         .20 STATE SALES TAX S/C
03/17        3.00 PAPER STATEMENT FEE

---------------- D A I L Y  B A L A N C E  I N F O R M A T I O N ----------------

DATE.......BALANCE         DATE.......BALANCE         DATE.......BALANCE
02/19    1,113.61          02/26       201.05         03/09        20.19
02/20      907.85          02/27       184.46         03/10        10.14
02/23      561.93          03/02        91.01         03/12         5.08
02/24      512.93          03/05       917.30         03/16     4,556.13
02/25      276.88          03/06       353.51         03/17        82.07
```

-----------------------------------------------------------------------------

Reminder; the overdraft charge fee of $3 per day begins on
the third calendar day of the overdraft on your account.

318



The James Polk Stone Community Bank

```
                                        1  -  28              PAGE   1
          *********AUTO**SCH 5-DIGIT 88201             ACCOUNT    ████████
          1152 0.8200 AV 0.381      5 1 53
                                                          STATEMENT PERIOD
          AUSTIN E HAMBLIN                              03/17/2015 TO 04/14/2015
          ████████████████████
```

```
---------------------- C H E C K I N G   S U M M A R Y ------------------------
                    FASTRAC            -      ████████
      CHECKING BALANCE LAST STATEMENT........              82.07
                          DEPOSITS.............              .00
                    2   OTHER CREDITS.........           2,243.69
                    1   CHECKS...............             150.00
                   34   OTHER DEBITS.........           2,175.97
      CHECKING BALANCE THIS STATEMENT........              .21OD
----------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES ------------------
```

|                          | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|--------------------------|-----------------------|--------------------|
| TOTAL OVERDRAFT FEES      | $0.00                 | $0.00              |
| TOTAL RETURNED ITEM FEES  | $0.00                 | $0.00              |

```
--------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S -------------
```

DATE.....AMOUNT....DESCRIPTION
| DATE | AMOUNT | DESCRIPTION | | |
|------|--------|-------------|---|---|
| 03/19 | 923.16 | CUSTOM DEMOLITIO | QUICKBOOKS | 0020412157 |
| 04/03 | 1,320.53 | CUSTOM DEMOLITIO | QUICKBOOKS | 0024375148 |

```
--------------- O T H E R   D E B I T   T R A N S A C T I O N S -----------------
```

DATE.....AMOUNT....DESCRIPTION
| DATE | AMOUNT | DESCRIPTION | | | |
|------|--------|-------------|---|---|---|
| 03/18 | 35.15 | POS:03/18 | ALLSUPS  1500 N  GARD | ROSWELL | NM |
| 03/19 | 14.99 | POS:03/18 | NNT SEARS ROEBUCK  332 | ROSWELL | NM |
| 03/19 | 18.38 | POS:03/19 | WENDY S  1703 | ROSWEL | NM |
| 03/19 | 507.95 | POS:03/19 | 3161 MICHELSON DR | IRVINE | CA |
| 03/19 | 7.11 | POS:03/19 | UE 690 UNITED EXPR | ROSWELL | NM |
| 03/20 | 4.69 | POS:03/19 | CHISUM  14 | LUBBOCK | TX |
| 03/20 | 6.64 | POS:03/20 | STRIPES 2445 | LUBBOCK | TX |
| 03/23 | 6.46 | POS:03/20 | CHISUMS  35 | ROPESVILLE | TX |
| 03/23 | 6.87 | POS:03/20 | CHISUMS  35 | ROPESVILLE | TX |
| 03/23 | 10.02 | POS:03/21 | BUFFALO WILD WINGS 40 | ROSWELL | NM |
| 03/23 | 158.00 | POS:03/21 | CITY OF ROPESVILLE | ROPESVILLE | TX |
| 03/23 | 13.52 | POS:03/21 | ALLSUPS   520 EAST 2ND | ROSWELL | NM |
| 03/23 | 18.78 | POS:03/22 | ALBERTSONS  690 | ROSWELL | NM |

319



The James Polk Stone Community Bank

AUSTIN E HAMBLIN

PAGE 2
ACCOUNT

STATEMENT PERIOD
03/17/2015 TO 04/14/2015

```
DATE.....AMOUNT.....DESCRIPTION
03/23        6.99 POS:03/23      ALLSUPS   1500 N  GARD ROSWELL      NM
03/23       11.87 POS:03/23      CHISUMS   35            ROPESVILLE   TX
03/24        3.45 POS:03/23      CHISUMS   35            ROPESVILLE   TX
03/24        4.28 POS:03/24      CHISUMS   35            ROPESVILLE   TX
03/24        8.39 POS:03/24      ALLSUPS   520 EAST 2ND ROSWELL      NM
03/30       10.05 POS:03/28      ALLSUPS   1500 N  GARD ROSWELL      NM
04/03       12.48 POS:04/03      ALLSUPS   411 WEST 2ND ROSWELL      NM
04/06      507.95 POS:04/03      3161 MICHELSON DR      IRVINE       CA
04/06        9.97 POS:04/03      ALBERTSONS  690        ROSWELL      NM
04/06         .25 POS:04/04      CHRIS DAVIS SNAP ON  2 CARLSBAD     NM
04/06      505.00 POS:04/04      CHRIS DAVIS SNAP ON  2 CARLSBAD     NM
04/06        7.38 POS:04/04      CHISUM  30             ROSWELL      NM
04/06       30.00 ATM:04/03      1901 N MAIN            ROSWELL      NM
04/07        8.67 POS:04/06      CHISUM  30             ROSWELL      NM
04/07       14.93 POS:04/06      TACO BELL   22079      ROSWELL      NM
04/07      200.00 POS:04/07      AT T BILL PAYMENT      08003310500  TX
04/07        4.07 POS:04/07      ALLSUPS   1500 N  GARD ROSWELL      NM
04/08        6.38 POS:04/07      CHISUM  30             ROSWELL      NM
04/10       12.10 POS:04/09      ALLSUPS   0289         ROSWELL      NM
04/14         .20 STATE SALES TAX S/C
04/14        3.00 PAPER STATEMENT FEE
```

------------------------------- C H E C K S ------------------------------

```
DATE.........CHECK NO.......AMOUNT    DATE.........CHECK NO.......AMOUNT
03/24                       150.00
```

--------------- D A I L Y  B A L A N C E  I N F O R M A T I O N ---------------

```
DATE.......BALANCE        DATE.......BALANCE        DATE.......BALANCE
03/18        46.92        03/24        11.69        04/07        21.47
03/19       421.65        03/30         1.64        04/08        15.09
03/20       410.32        04/03     1,309.69        04/10         2.99
03/23       177.81        04/06       249.14        04/14         .21OD
```

--------------------------------------------------------------------------

Reminder; the overdraft charge fee of $3 per day begins on
the third calendar day of the overdraft on your account.

320

J.P. Stone Community Bank



$150.00                      03/24/2015

321

The **James Polk Stone Community Bank**

```
                                   1  -  28              PAGE  1
            ********AUTO**SCH 5-DIGIT 88201       ACCOUNT       ▮
            1151 0.7500 AV 0.381      5 1 52

            AUSTIN E HAMBLIN                      STATEMENT PERIOD          DDATFATTTDFAFDT
                                              04/14/2015 TO 05/12/2015
            ▮▮▮▮▮▮▮▮▮▮▮▮
```

```
------------------------ C H E C K I N G  S U M M A R Y ------------------------
                        FASTRAC        -        ▮▮▮▮▮▮
        CHECKING BALANCE LAST STATEMENT.......             .210D
                        1   DEPOSITS..............          5.00
                        4   OTHER CREDITS........       2,228.48
                            CHECKS...............            .00
                       44   OTHER DEBITS.........       2,229.73
        CHECKING BALANCE THIS STATEMENT.......            3.54
----------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES ----------------
```

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | $0.00 | $0.00 |
| TOTAL RETURNED ITEM FEES | $0.00 | $0.00 |

```
-------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S --------------

DATE.....AMOUNT....DESCRIPTION
04/15      5.00 DEPOSIT
04/17    677.84 CDS              4-1/4-14                    0620083638
04/20    441.87 CDS              Austin H                    0620084236
04/23    318.00 NMTAXREV REFUND  PIT                         0011578947
05/01    790.77 CDS              4/15-4/28                    0620089304

---------------- O T H E R   D E B I T   T R A N S A C T I O N S ----------------

DATE.....AMOUNT....DESCRIPTION
04/20      1.64 POS:04/17     ALLSUP   268            ROSWELL      NM
04/20     11.89 POS:04/17     MURPHY5717ATWALMRT      LUBBOCK      TX
04/20      9.87 POS:04/18     ALLSUPS   202 WEST 1ST  IDALOU       TX
04/20    111.41 POS:04/19     WAL-MART SUPER CENTER   LUBBOCK      TX
04/20     15.00 POS:04/19     BIG LOTS  01915         LUBBOCK      TX
04/20     61.63 POS:04/19     6310 A 19TH             LUBBOCK      TX
04/20     20.47 POS:04/20     NWS OREILLY AUTO PA660  ROSWELL      NM
04/20      6.95 POS:04/20     ALLSUPS   1500 N  GARD  ROSWELL      NM
04/20     40.00 ATM:04/20     1901 N MAIN            ROSWELL      NM
04/21     87.11 POS:04/20     NWS OREILLY AUTO PA160  ROSWELL      NM
```

322



The James Polk Stone Community Bank

AUSTIN E HAMBLIN

PAGE
ACCOUNT

STATEMENT PERIOD
04/14/2015 TO 05/12/2015

| DATE | AMOUNT | DESCRIPTION | | | |
|---|---|---|---|---|---|
| 04/21 | 305.32 | POS:04/21 | FARMERS INS BILLING | 866-813-7551 | CA |
| 04/21 | 163.00 | POS:04/21 | DMV TITLE SERVICE EXPR | ROSWELL | NM |
| 04/22 | 7.11 | POS:04/22 | ALBERTSONS 690 | ROSWELL | NM |
| 04/22 | 50.00 | ATM:04/21 | 1901 N MAIN | ROSWELL | NM |
| 04/23 | 3.84 | POS:04/22 | 720 N MAIN | ROSWELL | NM |
| 04/23 | 1.68 | POS:04/23 | ALBERTSONS 690 | ROSWELL | NM |
| 04/24 | 33.40 | POS:04/23 | FARMERS COUNTRY MKT 5 | ROSWELL | NM |
| 04/27 | 34.33 | POS:04/26 | BIG LOTS 01908 | ROSWELL | NM |
| 04/27 | 322.97 | POS:04/26 | AT T BILL PAYMENT | 08002882020 | TX |
| 04/27 | 15.62 | POS:04/27 | WHATABURGER 731 Q26 | ROSWELL | NM |
| 04/27 | 7.38 | POS:04/27 | CHISUM 30 | ROSWELL | NM |
| 04/28 | 13.90 | POS:04/27 | ALLSUPS 25 | ROSWELL | NM |
| 04/28 | 37.49 | POS:04/28 | TIA JUANA S MEXICAN GR | ROSWELL | NM |
| 04/28 | 9.14 | POS:04/28 | ALLSUPS 2501 NORTH M | ROSWELL | NM |
| 04/28 | 30.00 | ATM:04/28 | 1801 MAIN STREET | ROSWELL | NM |
| 04/29 | 27.34 | POS:04/28 | BURRITO EXPRESS - COLL | ROSWELL | NM |
| 04/29 | 5.23 | POS:04/28 | BURRITO EXPRESS - COLL | ROSWELL | NM |
| 05/04 | 19.37 | POS:05/01 | ALBERTSONS 690 | ROSWELL | NM |
| 05/04 | 33.44 | POS:05/03 | 2500 N MAIN | ROSWELL | NM |
| 05/04 | 134.31 | POS:05/03 | SAMS CLUB SAM S CLUB | ROESWELL | NM |
| 05/04 | 174.31 | POS:05/03 | WM SUPERC WAL-MART SUP | ROSWELL | NM |
| 05/04 | 12.01 | POS:05/03 | SAMS CLUB SAM S CLUB | ROESWELL | NM |
| 05/04 | 30.00 | POS:05/03 | SAMS CLUB SAM S CLUB | ROESWELL | NM |
| 05/04 | 28.98 | POS:05/04 | PAYPAL TEESPRING | 4029357733 | CA |
| 05/05 | 64.34 | POS:05/05 | CHISUM 30 | ROSWELL | NM |
| 05/06 | 27.98 | POS:05/06 | PAYPAL TEESPRING | 4029357733 | CA |
| 05/06 | 4.58 | POS:05/06 | CORONA MINI MART | CORONA | NM |
| 05/07 | 44.95 | POS:05/07 | BUFFALO WILD WINGS 40 | ROSWELL | NM |
| 05/07 | 200.00 | POS:05/07 | AT T TEXT2PAY | 08003310500 | TX |
| 05/07 | 4.29 | POS:05/07 | CORONA MINI MART | CORONA | NM |
| 05/11 | 11.23 | POS:05/08 | ALLSUPS 1500 N GARD | ROSWELL | NM |
| 05/12 | 3.02 | POS:05/11 | CHISUM 30 | ROSWELL | NM |
| 05/12 | .20 | STATE SALES TAX S/C | | | |
| 05/12 | 3.00 | PAPER STATEMENT FEE | | | |

---------------- D A I L Y  B A L A N C E  I N F O R M A T I O N ----------------

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 04/15 | 4.79 | 04/20 | 845.64 | 04/22 | 233.10 |
| 04/17 | 682.63 | 04/21 | 290.21 | 04/23 | 545.58 |

323

The James Polk Stone Community Bank

AUSTIN E HAMBLIN

PAGE  3
ACCOUNT

STATEMENT PERIOD
04/14/2015 TO 05/12/2015

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 04/24 | 512.18 | 05/01 | 799.55 | 05/07 | 20.99 |
| 04/27 | 131.88 | 05/04 | 367.13 | 05/11 | 9.76 |
| 04/28 | 41.35 | 05/05 | 302.79 | 05/12 | 3.54 |
| 04/29 | 8.78 | 05/06 | 270.23 | | |

Reminder; the overdraft charge fee of $3 per day begins on
the third calendar day of the overdraft on your account.

324



The James Polk Stone Community Bank

```
                                2  -  28          PAGE  1
*****************EXCLUDE-General            ACCOUNT
3146 0.5900 EX 0.000    16 1 914
                                          STATEMENT PERIOD
  AUSTIN E HAMBLIN                        05/12/2015 TO 06/16/2015
```

----------------------- C H E C K I N G   S U M M A R Y ----------------------
```
              FASTRAC          -
   CHECKING BALANCE LAST STATEMENT.......          3.54
              1  DEPOSITS..............        125.00
              3  OTHER CREDITS........      2,044.69
              1  CHECKS..............      1,500.00
             32  OTHER DEBITS.........        606.81
   CHECKING BALANCE THIS STATEMENT.......         66.42
```
----------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES -----------------

|                         | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|-------------------------|-----------------------|--------------------|
| TOTAL OVERDRAFT FEES    | $0.00                 | $0.00              |
| TOTAL RETURNED ITEM FEES| $0.00                 | $0.00              |

-------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S -------------

```
DATE.....AMOUNT....DESCRIPTION
05/15    125.00 DEPOSIT
05/15  1,542.72 CDS           4/29-5/12              0620097089
05/29    217.60 CDS           Payroll                0620104202
06/12    284.37 CDS           Payroll                0620111406
```

---------------- O T H E R   D E B I T   T R A N S A C T I O N S ----------------

```
DATE.....AMOUNT....DESCRIPTION
05/18     6.95 POS:05/15    ALLSUPS    1500 N  GARD ROSWELL     NM
05/18    11.54 POS:05/15    ALLSUPS    2501 NORTH M ROSWELL     NM
05/18    10.99 POS:05/15    STRIPES 236           TATUM         NM
05/18    16.89 POS:05/16    SWIFT STOP 2          IDALOU        TX
05/18    55.14 POS:05/16    DOLLAR-GE HIGHWAY 82  IDALOU        TX
05/18    12.43 POS:05/17    SWIFT STOP 2          IDALOU        TX
05/18     7.58 POS:05/17    WAL-MART SUPER CENTER LUBBOCK       TX
05/18    18.37 POS:05/17    AUTOZONE 3066         LUBBOCK       TX
05/19    13.15 POS:05/18    STRIPES 140           ROSWELL       NM
05/19     4.27 POS:05/18    ALLSUPS    1500 N  GARD ROSWELL     NM
05/19     1.03 POS:05/19    720 N MAIN            ROSWELL       NM
```

325



The James Polk Stone Community Bank

AUSTIN E HAMBLIN

PAGE 2
ACCOUNT

STATEMENT PERIOD
05/12/2015 TO 06/16/2015

| DATE | AMOUNT | DESCRIPTION | | | |
|------|--------|-------------|--|--|--|
| 05/20 | 9.62 | POS:05/20 | ALLSUPS   1500 N  GARD ROSWELL | | NM |
| 05/21 | 1.39 | POS:05/20 | ALLSUPS   1500 N  GARD ROSWELL | | NM |
| 05/29 | 18.62 | POS:05/29 | 720 N MAIN | ROSWELL | NM |
| 06/01 | 80.00 | POS:05/29 | ALBERTSONS  690 | ROSWELL | NM |
| 06/01 | 113.00 | POS:05/31 | CHRIS DAVIS SNAP ON  2 CARLSBAD | | NM |
| 06/05 | 3.51 | POS:06/04 | STRIPES 141 | ROSWELL | NM |
| 06/12 | 19.25 | POS:06/12 | ALLSUPS   6000 S MAIN  ROSWELL | | NM |
| 06/15 | 17.13 | POS:06/12 | NWS OREILLY AUTO PA332 ROSWELL | | NM |
| 06/15 | 1.92 | POS:06/12 | 4100 N MAIN | ROSWELL | NM |
| 06/15 | 32.76 | POS:06/12 | ALLSUPS   2501 NORTH M ROSWELL | | NM |
| 06/15 | 3.29 | POS:06/12 | STRIPES 236 | TATUM | NM |
| 06/15 | 6.90 | POS:06/13 | ALLSUPS   202 WEST 1ST IDALOU | | TX |
| 06/15 | 29.01 | POS:06/13 | ALLSUPS   202 WEST 1ST IDALOU | | TX |
| 06/15 | 6.70 | POS:06/13 | STRIPES 221 | LUBBOCK | TX |
| 06/15 | 28.71 | POS:06/13 | UE 553 UNITED EXPR | LUBBOCK | TX |
| 06/15 | 3.20 | POS:06/14 | USA SNACK SODA VENDING LUBBOCK | | TX |
| 06/15 | 3.32 | POS:06/14 | MARKET STREET  553 | LUBBOCK | TX |
| 06/15 | 2.20 | POS:06/15 | USA SNACK SODA VENDING LUBBOCK | | TX |
| 06/15 | 8.99 | POS:06/15 | ALLSUPS   6000 S MAIN  ROSWELL | | NM |
| 06/15 | 8.56 | POS:06/15 | NNT MCCOYS  85    232 ROSWELL | | NM |
| 06/16 | 50.39 | POS:06/16 | OREILLY AUTO  00037754 ROSWELL | | NM |

-------------------------------- C H E C K S --------------------------------

| DATE | CHECK NO | AMOUNT | DATE | CHECK NO | AMOUNT |
|------|----------|--------|------|----------|--------|
| 05/15 | | 1,500.00 | | | |

---------------- D A I L Y  B A L A N C E  I N F O R M A T I O N ----------------

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 05/15 | 171.26 | 05/21 | 1.91 | 06/12 | 269.50 |
| 05/18 | 31.37 | 05/29 | 200.89 | 06/15 | 116.81 |
| 05/19 | 12.92 | 06/01 | 7.89 | 06/16 | 66.42 |
| 05/20 | 3.30 | 06/05 | 4.38 | | |

Reminder; the overdraft charge fee of $3 per day begins on
the third calendar day of the overdraft on your account.

J.P. Stone Community Bank                                          Image Page  3





$125.00                05/15/2015          $1,500.00               05/15/2015



The James Polk Stone Community Bank

```
                          5  -  28              PAGE  1
          *****************EXCLUDE-General         ACCOUNT      ████████
          3624 0.5900 EX 0.000    16 1 926
                                                STATEMENT PERIOD
          AUSTIN E HAMBLIN                      06/16/2015 TO 07/17/2015
          KISKA HAMBLIN
```



```
---------------------- C H E C K I N G   S U M M A R Y ------------------------
               FASTRAC         -       ████████
    CHECKING BALANCE LAST STATEMENT.......            66.42
                     5   DEPOSITS.............        790.00
                         OTHER CREDITS........           .00
                         CHECKS...............           .00
                    21   OTHER DEBITS.........        853.19
    CHECKING BALANCE THIS STATEMENT.......             3.23
----------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES -----------------
```

|                          | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|--------------------------|-----------------------|--------------------|
| TOTAL OVERDRAFT FEES     | $0.00                 | $0.00              |
| TOTAL RETURNED ITEM FEES | $0.00                 | $0.00              |

```
-------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S --------------

   DATE.....AMOUNT....DESCRIPTION
   06/22     300.00 DEPOSIT
   06/25      20.00 DEPOSIT
   06/30     400.00 DEPOSIT
   07/01      20.00 DEPOSIT
   07/15      50.00 DEPOSIT

---------------- O T H E R   D E B I T   T R A N S A C T I O N S ----------------

   DATE.....AMOUNT....DESCRIPTION
   06/17      13.69 POS:06/16      STRIPES 140            ROSWELL        NM
   06/17      10.02 POS:06/17      NAPA AUTO PARTS ROSWEL ROSWELL        NM
   06/18      17.17 POS:06/17      STRIPES 138            ROSWELL        NM
   06/19      24.06 POS:06/19      JORGES CAFE            RUIDOSO DOWNSNM
   06/22     196.45 POS:06/22      AT T BILL PAYMENT      08003310500    TX
   06/23      20.00 POS:06/22      2012 S MAIN            ROSWELL        NM
   06/23      42.99 ATM:06/22      1910 W. MAIN           ARTESIA        NM
   06/23        .50 BAL INQUIRY FEE      1910 W. MAIN        ARTESIA      NM
   06/23       2.00 ATM WITHDRAWAL FEE   1910 W. MAIN        ARTESIA      NM
   06/24      21.41 POS:06/23      NWS OREILLY AUTO PA831 ROSWELL        NM
```





AUSTIN E HAMBLIN
KISKA HAMBLIN



PAGE   2
ACCOUNT

STATEMENT PERIOD
06/16/2015 TO 07/17/2015

```
DATE.....AMOUNT....DESCRIPTION
06/25      20.74 POS:06/25      ALLSUPS    26126 US HWY RUIDOSO      NM
06/26      15.00 POS:06/25      ALLSUPS    0289         ROSWELL      NM
06/29       2.00 POS:06/27      ALLSUPS    US HWY 70 38 HONDO        NM
07/01     250.00 POS:07/01      CHRIS DAVIS SNAP ON  2 CARLSBAD      NM
07/01       6.95 POS:07/01      ALLSUPS    520 EAST 2ND ROSWELL      NM
07/01     109.00 POS:07/01      NEW MEXICO MVD         08004874567  GA
07/01       1.25 POS:07/01      OPC   NEW MEXICO MVD   08004874567  AL
07/02      45.00 POS:07/02      GARY CLOUD MATCO TOOLS LUBBOCK      TX
07/06       7.71 POS:07/02      SUBWAY        03145836 RUIDOSO      NM
07/10        .25 POS:07/10      ALBERTSONS  690         ROSWELL      NM
07/17      47.00 POS:07/16      287 CARRIZO CANYON ROA MESCALERO    NM
```

---------------- D A I L Y  B A L A N C E  I N F O R M A T I O N ----------------

```
DATE.......BALANCE      DATE.......BALANCE      DATE.......BALANCE
06/17       42.71       06/25       17.39       07/06         .48
06/18       25.54       06/26        2.39       07/10         .23
06/19        1.48       06/29         .39       07/15       50.23
06/22      105.03       06/30      400.39       07/17        3.23
06/23       39.54       07/01       53.19
06/24       18.13       07/02        8.19
```

----------------------------------------------------------------------------------

Reminder; the overdraft charge fee of $3 per day begins on
the third calendar day of the overdraft on your account.

329



| | |
|---|---|
| $300.00 — 06/22/2015 | $20.00 — 06/25/2015 |
| $400.00 — 06/30/2015 | $50.00 — 07/15/2015 |
| $20.00 — 07/01/2015 | |

## The James Polk Stone Community Bank

```
                                     1  -  28              PAGE  1
          ******************EXCLUDE-General        ACCOUNT
          3145 0.7290 EX 0.000   16 1 909

          AUSTIN E HAMBLIN                        STATEMENT PERIOD
          KISKA HAMBLIN                      07/17/2015 TO 08/18/2015
```

```
--------------------- C H E C K I N G   S U M M A R Y ---------------------
                    FASTRAC        -
    CHECKING BALANCE LAST STATEMENT.......              3.23
                          1  DEPOSITS..............    200.00
                             OTHER CREDITS........        .00
                             CHECKS...............        .00
                          9  OTHER DEBITS.........    175.28
    CHECKING BALANCE THIS STATEMENT.......             27.95
----------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES -----------------
```

|                          | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|--------------------------|-----------------------|--------------------|
| TOTAL OVERDRAFT FEES     | $0.00                 | $0.00              |
| TOTAL RETURNED ITEM FEES | $0.00                 | $0.00              |

```
-------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S --------------

DATE.....AMOUNT....DESCRIPTION
08/07     200.00 DEPOSIT

--------------- O T H E R   D E B I T   T R A N S A C T I O N S ----------------

DATE.....AMOUNT....DESCRIPTION
08/10       .54 POS:08/10        REDBOX   DVDRESERVATION 866-733-2693 IL
08/10      2.15 POS:08/10        REDBOX   DVD RENTAL     OAKBROOK TER IL
08/10     13.93 POS:08/10        ALBERTSONS  690         ROSWELL      NM
08/11     11.63 POS:08/11        FARMERS COUNTRY MARK    ROSWELL      NM
08/11      6.53 POS:08/11        SONIC DRIVE IN  2800    ROSWELL      NM
08/12     13.06 POS:08/11        4500 N MAIN ST STE A    ROSWELL      NM
08/12     98.32 POS:08/12        NAPA AUTO PARTS ROSWEL  ROSWELL      NM
08/12     21.13 POS:08/12        ALBERTSONS  690         ROSWELL      NM
08/18      7.99 POS:08/18        HLU HULU 73659807-U     HULU.COM BILLCA

---------------- D A I L Y   B A L A N C E   I N F O R M A T I O N ----------------

DATE.......BALANCE      DATE.......BALANCE      DATE.......BALANCE
08/07      203.23       08/11      168.45       08/18       27.95
08/10      186.61       08/12       35.94
```

The **James Polk Stone Community Bank**

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE  2
ACCOUNT

STATEMENT PERIOD
07/17/2015 TO 08/18/2015

Reminder; the overdraft charge fee of $3 per day begins on
the third calendar day of the overdraft on your account.

332

## The James Polk Stone Community Bank

```
                                    1  -  28              PAGE   1
              ****************EXCLUDE-General      ACCOUNT
              3140 0.5900 EX 0.000    15 1 915

              AUSTIN E HAMBLIN                    STATEMENT PERIOD
              KISKA HAMBLIN                  08/18/2015 TO 09/15/2015
```

```
------------------------ C H E C K I N G   S U M M A R Y ------------------------
                      FASTRAC        -
        CHECKING BALANCE LAST STATEMENT.......         27.95
                             DEPOSITS.............          .00
                       1   OTHER CREDITS........         464.53
                       1   CHECKS..............           2.15
                      22   OTHER DEBITS.........         487.38
        CHECKING BALANCE THIS STATEMENT.......          2.95
----------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES -----------------
```

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | $0.00 | $0.00 |
| TOTAL RETURNED ITEM FEES | $0.00 | $0.00 |

```
------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S -------------

DATE.....AMOUNT....DESCRIPTION
09/03    464.53 SPITZER INDUSTRI  PAYROLL                      0757196156

----------------- O T H E R   D E B I T   T R A N S A C T I O N S -----------------

DATE.....AMOUNT....DESCRIPTION
09/03       3.52 POS:09/03       ALBERTSONS  690       ROSWELL       NM
09/03       8.97 POS:09/03       ALLSUPS   520 EAST 2ND ROSWELL      NM
09/04      13.31 POS:09/04       STRIPES 140           ROSWELL       NM
09/08      13.15 POS:09/04       STRIPES 140           ROSWELL       NM
09/08      26.84 POS:09/04       ALBERTSONS  690       ROSWELL       NM
09/08     210.00 POS:09/05       AT T BILL PAYMENT     08003310500   TX
09/08      23.99 POS:09/05       ALLSUPS   520 EAST 2ND ROSWELL      NM
09/08       6.98 POS:09/06       ALLSUPS   2200 S SUNSE ROSWELL      NM
09/08       7.40 POS:09/06       ALLSUPS   7670 WICHITA HAGERMAN     NM
09/08       4.39 POS:09/06       ALBERTSONS  690       ROSWELL       NM
09/08      21.44 POS:09/06       ALBERTSONS  690       ROSWELL       NM
09/08       6.53 POS:09/06       ALBERTSONS  690       ROSWELL       NM
09/08       7.26 POS:09/07       FARMERS COUNTRY MARKET ROSWELL      NM
09/08       4.33 POS:09/07       STRIPES 140           ROSWELL       NM
```

333



The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE  2
ACCOUNT

STATEMENT PERIOD
08/18/2015 TO 09/15/2015

```
DATE.....AMOUNT....DESCRIPTION
09/09      8.99 POS:09/08     NETFLIX.COM            NETFLIX.COM  CA
09/09     32.34 POS:09/08     ALBERTSONS  690        ROSWELL      NM
09/09      6.98 POS:09/09     STRIPES 140            ROSWELL      NM
09/10     36.98 POS:09/10     ALLSUPS   520 EAST 2ND ROSWELL      NM
09/11      6.98 POS:09/10     ALLSUPS   520 EAST 2ND ROSWELL      NM
09/11     10.00 POS:09/10     611 S MAIN             ROSWELL      NM
09/11     11.29 POS:09/10     KFC C750078   43400787 ROSWELL      NM
09/14     15.71 POS:09/12     BURGER KING  18159 Q07 ROSWELL      NM
```

-------------------------------- C H E C K S -----------------------------------

```
DATE.........CHECK NO.......AMOUNT    DATE.........CHECK NO.......AMOUNT
09/11                         2.15
```

---------------- D A I L Y  B A L A N C E  I N F O R M A T I O N ----------------

```
DATE.......BALANCE        DATE.......BALANCE         DATE.......BALANCE
09/03        479.99       09/09         86.06        09/14          2.95
09/04        466.68       09/10         49.08
09/08        134.37       09/11         18.66
```

Reminder; the overdraft charge fee of $3 per day begins on
the third calendar day of the overdraft on your account.

J.P. Stone Community Bank
Account:▮▮▮▮▮▮▮▮

PG 3 OF 3

JAMES POLK STONE
COMMUNITY BANK

**CHECKING WITHDRAWAL**

DATE 9-10-15

SIGNATURE

AMOUNT ___two dollars and 15/100___ DOLLARS

ACCOUNT NUMBER

AMOUNT OF WITHDRAWAL

＊

$

2.15

⑆5000⑈2000⑉                    62

▮▮▮▮▮  9/11/2015    $2.15

335

The James Polk Stone Community Bank

```
                                    0  -  28              PAGE
                  ****************EXCLUDE-General          ACCOUNT    ████████
                  3164 0.7500 EX 0.000   16 1 924
                                                          STATEMENT PERIOD
                  AUSTIN E HAMBLIN                         09/15/2015 TO 10/20/2015
                  KISKA HAMBLIN
                  ████████
```



```
----------------------- C H E C K I N G   S U M M A R Y -----------------------
                    FASTRAC       -      ████████
     CHECKING BALANCE LAST STATEMENT.......              2.95
                             DEPOSITS..............       .00
                        3    OTHER CREDITS........    2,299.78
                             CHECKS................       .00
                       47    OTHER DEBITS.........   2,148.88
     CHECKING BALANCE THIS STATEMENT.......            153.85
------------------ SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES ------------------
      ----------------------------------------------------------------
      |                          |  TOTAL FOR   |     TOTAL        |
      |                          | THIS PERIOD  |  YEAR-TO-DATE    |
      ----------------------------------------------------------------
      |TOTAL OVERDRAFT FEES      |     $0.00    |     $0.00        |
      ----------------------------------------------------------------
      |TOTAL RETURNED ITEM FEES  |     $0.00    |     $0.00        |
      ----------------------------------------------------------------
```

```
-------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S -------------

DATE.....AMOUNT....DESCRIPTION
09/17      781.78 SPITZER INDUSTRI   PAYROLL                        0757997747
10/01      605.49 SPITZER INDUSTRI   PAYROLL                        0754222318
10/15      912.51 SPITZER INDUSTRI   PAYROLL                        0754498344

---------------- O T H E R   D E B I T   T R A N S A C T I O N S ----------------

DATE.....AMOUNT....DESCRIPTION
09/17       21.67 POS:09/17        ALLSUPS   520 EAST 2ND ROSWELL      NM
09/18       10.83 POS:09/17        ALLSUPS   2200 S SUNSE ROSWELL      NM
09/18      232.53 POS:09/18        FARMERS INS BILLING  877-327-6392 CA
09/18        5.58 POS:09/18        ALBERTSONS  690        ROSWELL      NM
09/18         .25 POS:09/18        ALBERTSONS  690        ROSWELL      NM
09/18       24.28 POS:09/18        ALLSUPS   520 EAST 2ND ROSWELL      NM
09/18       25.00 POS:09/18        GARY CLOUD MATCO TOOLS LUBBOCK      TX
09/21        2.26 POS:09/18        SUBWAY      00522078 ROSWELL        NM
09/21        7.93 POS:09/18        DAIRY QUEEN 14843 QPS ROSWELL       NM
09/21        7.99 POS:09/19        HLU HULU 73659807-U  HULU.COM BILLCA
09/21       13.95 POS:09/20        ALLSUPS   520 EAST 2ND ROSWELL      NM
09/21      112.00 POS:09/20        CHC 1515             ROSWELL        NM
```



**The James Polk Stone Community Bank**

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE
ACCOUNT

STATEMENT PERIOD
09/15/2015 TO 10/20/2015

| DATE | AMOUNT | DESCRIPTION | | | |
|------|--------|-------------|--|--|--|
| 09/21 | 23.88 | POS:09/20 | ALBERTSONS 690 | ROSWELL | NM |
| 09/21 | 32.00 | POS:09/20 | PORTOFINO ITALIAN REST | ROSWELL | NM |
| 09/21 | 3.16 | POS:09/21 | WHATABURGER 731 Q26 | ROSWELL | NM |
| 09/21 | 246.00 | POS:09/21 | AT T BILL PAYMENT | 08002982020 | TX |
| 09/21 | 1.25 | POS:09/21 | ALBERTSONS 690 | ROSWELL | NM |
| 09/28 | 12.34 | POS:09/28 | UE 690 UNITED EXPR | ROSWELL | NM |
| 09/30 | .54 | POS:09/29 | REDBOX DVDRESERVATION | 866-733-2693 | IL |
| 10/01 | 6.17 | POS:10/01 | ALLSUPS 411 WEST 2ND | ROSWELL | NM |
| 10/02 | 5.83 | POS:10/01 | WALGREENS | ROSWELL | NM |
| 10/02 | 15.00 | POS:10/01 | ALLSUPS 520 EAST 2ND | ROSWELL | NM |
| 10/02 | 9.45 | POS:10/01 | ALLSUPS 2200 S SUNSE | ROSWELL | NM |
| 10/02 | .99 | POS:10/01 | ALBERTSONS 690 | ROSWELL | NM |
| 10/02 | 200.00 | POS:10/02 | CHRIS DAVIS SNAP ON 2 | CARLSBAD | NM |
| 10/02 | 200.00 | ATM:10/01 | 1801 MAIN STREET | ROSWELL | NM |
| 10/05 | 20.43 | POS:10/03 | COWBOY CAFE | ROSWELL | NM |
| 10/05 | 15.00 | POS:10/03 | ALLSUPS 501 WEST MCG | ROSWELL | NM |
| 10/05 | 5.00 | POS:10/03 | WALGREENS 5350 | ROSWELL | NM |
| 10/05 | 100.00 | POS:10/03 | TRAILER VILLAGE RV PAR | ROSWELL | NM |
| 10/05 | 7.29 | POS:10/03 | ALBERTSONS 690 | ROSWELL | NM |
| 10/09 | 8.99 | POS:10/08 | NETFLIX.COM | NETFLIX.COM | CA |
| 10/15 | 5.36 | POS:10/14 | ALBERTSONS 690 | ROSWELL | NM |
| 10/15 | 33.15 | POS:10/15 | ALLSUPS 520 EAST 2ND | ROSWELL | NM |
| 10/16 | 23.15 | POS:10/15 | DOLLAR TREE 02736 451 | ROSWELL | NM |
| 10/16 | 4.98 | POS:10/16 | STRIPES 138 | ROSWELL | NM |
| 10/16 | 18.73 | POS:10/16 | CARL S JR 1102328 | ROSWELL | NM |
| 10/16 | 20.00 | POS:10/16 | TRAILER VILLAGE RV PAR | ROSWELL | NM |
| 10/16 | 180.00 | POS:10/16 | TRAILER VILLAGE RV PAR | ROSWELL | NM |
| 10/16 | 50.00 | ATM:10/16 | 1901 N MAIN | ROSWELL | NM |
| 10/19 | 200.00 | POS:10/16 | CHRIS DAVIS SNAP ON 2 | CARLSBAD | NM |
| 10/19 | 182.14 | POS:10/17 | NNT ROSWELL LIVESTO830 | ROSWELL | NM |
| 10/19 | 2.26 | POS:10/18 | WAL-MART SUPER CENTER | ROSWELL | NM |
| 10/19 | 7.99 | POS:10/19 | HLU HULU 73659807-U | HULU.COM | BILLCA |
| 10/19 | 13.15 | POS:10/19 | ALLSUPS 520 EAST 2ND | ROSWELL | NM |
| 10/20 | 20.00 | POS:10/20 | BUFFALO WILD WINGS 060 | ROSWELL | NM |
| 10/20 | 10.38 | POS:10/20 | FASTENAL COMPANY01 | ROSWELL | NM |

337

The **James Polk Stone Community Bank**

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE   3
ACCOUNT

STATEMENT PERIOD
09/15/2015 TO 10/20/2015

---------------- D A I L Y   B A L A N C E   I N F O R M A T I O N ----------------

| DATE.......BALANCE | | DATE.......BALANCE | | DATE.......BALANCE | |
|---|---|---|---|---|---|
| 09/17 | 763.06 | 10/01 | 600.61 | 10/16 | 589.77 |
| 09/18 | 464.59 | 10/02 | 169.34 | 10/19 | 184.23 |
| 09/21 | 14.17 | 10/05 | 21.62 | 10/20 | 153.85 |
| 09/28 | 1.83 | 10/09 | 12.63 | | |
| 09/30 | 1.29 | 10/15 | 886.63 | | |

Reminder; the overdraft charge fee of $3 per day begins on
the third calendar day of the overdraft on your account.

338



The James Polk Stone Community Bank

```
                              2  -  28              PAGE  1
        ******************EXCLUDE-General        ACCOUNT
        3133 0.7500 EX 0.000   15 1 914
                                                STATEMENT PERIOD
        AUSTIN E HAMBLIN                        10/20/2015 TO 11/17/2015
        KISKA HAMBLIN
```

```
------------------------ C H E C K I N G  S U M M A R Y ------------------------
              FASTRAC          -
    CHECKING BALANCE LAST STATEMENT......              153.85
                      1  DEPOSITS..............          25.00
                      3  OTHER CREDITS........        2,166.49
                      1  CHECKS...............          550.00
                     39  OTHER DEBITS.........        1,431.43
    CHECKING BALANCE THIS STATEMENT.......              363.91
```

```
------------------ SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES ------------------
```

|                          | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|--------------------------|-----------------------|--------------------|
| TOTAL OVERDRAFT FEES     | $0.00                 | $0.00              |
| TOTAL RETURNED ITEM FEES | $0.00                 | $0.00              |

```
-------------- A C C O U N T  C R E D I T  T R A N S A C T I O N S --------------

DATE.....AMOUNT....DESCRIPTION
10/29    744.80 SPITZER INDUSTRI  PAYROLL                    0758338376
11/05     25.00 DEPOSIT
11/12  1,324.89 SPITZER INDUSTRI  PAYROLL                    0750809687
11/13     96.80 UNITED SUPERMARK  PR PAYMENT                 0953957393
```

```
---------------- O T H E R  D E B I T  T R A N S A C T I O N S ----------------

DATE.....AMOUNT....DESCRIPTION
10/21    19.87 POS:10/20        1219 E 2ND ST        ROSWELL      NM
10/21    19.21 POS:10/20        1804 S MAIN STREET   ROSWELL      NM
10/22     6.17 POS:10/21        STRIPES 172          ROSWELL      NM
10/22     9.87 POS:10/21        KFC C750078  43400787 ROSWELL     NM
10/22     7.84 POS:10/21        STRIPES 140          ROSWELL      NM
10/22     9.33 POS:10/21        FATS BURRITOS        ROSWELL      NM
10/22     2.14 POS:10/22        GOLDEN CORRAL -   580 ROSWELL     NM
10/22     7.51 POS:10/22        NNT KMART 7017    931 ROSWELL     NM
10/23    14.33 POS:10/22        ALBERTSONS   690     ROSWELL      NM
10/23     5.63 POS:10/22        STRIPES 172          ROSWEL       NM
10/23     8.15 POS:10/23        STRIPES 172          ROSWEL       NM
```

339



**The James Polk Stone Community Bank**

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE  2
ACCOUNT

STATEMENT PERIOD
10/20/2015 TO 11/17/2015

```
DATE.....AMOUNT....DESCRIPTION
10/23       6.17 POS:10/23      ALLSUPS   520 EAST 2ND ROSWELL      NM
10/26       5.46 POS:10/24      SONIC DRIVE IN  2834    ROSWELL     NM
10/26      27.05 POS:10/25      ALBERTSONS  690         ROSWELL     NM
10/29       9.99 POS:10/29      720 N MAIN              ROSWELL     NM
10/30      10.93 POS:10/29      ALLSUPS    2200 S SUNSE ROSWELL     NM
10/30      15.00 POS:10/29      STARBUCKS  11806 ROSWE ROSWELL      NM
11/02       8.69 POS:10/30      STRIPES 172            ROSWELL      NM
11/02      23.69 POS:10/31      1219 E 2ND ST          ROSWELL      NM
11/02       2.91 POS:10/31      ALBERTSONS  690        ROSWELL      NM
11/02       7.24 POS:10/31      ALBERTSONS  690        ROSWELL      NM
11/02      70.00 NM GAS COMPANY  nmgas web                 0013926143
11/03      16.00 POS:11/01      BLACK BETTY BBQ        ROSWELL      NM
11/03      24.60 POS:11/01      DOMINO S 6534          ROSWELL      NM
11/04      16.30 POS:11/02      STRIPES 182            ROSWELL      NM
11/05       7.53 POS:11/03      REDBOX  DVD RENTAL     866-733-2693 IL
11/09       8.99 POS:11/09      NETFLIX.COM            NETFLIX.COM  CA
11/13      31.32 POS:11/12      ALLSUPS   501 WEST MCG ROSWELL      NM
11/13     200.00 POS:11/13      CHRIS DAVIS SNAP ON  2 CARLSBAD     NM
11/13      30.64 POS:11/13      BIG D S DOWNTOWN DIVE  ROSWELL      NM
11/16     356.41 POS:11/14      AT T SA43 15519        ROSWELL      NM
11/16     238.97 POS:11/14      AT T BILL PAYMENT      08002882020  TX
11/16     150.00 POS:11/14      GARY CLOUD MATCO TOOLS LUBBOCK      TX
11/16      16.99 POS:11/15      ALLSUPS   1500 N  GARD ROSWELL      NM
11/16       3.03 POS:11/15      UE 690 UNITED EXPR     ROSWELL      NM
11/16       1.61 POS:11/16      REDBOX  DVD RENTAL     OAKBROOK TER IL
11/16      13.91 POS:11/16      UE 690 UNITED EXPR     ROSWELL      NM
11/17       8.30 POS:11/16      FAMILY DOLLAR          ROSWELL      NM
11/17       9.65 POS:11/17      STRIPES 172            ROSWELL      NM
```

-------------------------------- C H E C K S --------------------------------

```
DATE.........CHECK NO.......AMOUNT    DATE.........CHECK NO.......AMOUNT
10/29                       550.00
```

---------------- D A I L Y  B A L A N C E  I N F O R M A T I O N ----------------

```
DATE.......BALANCE        DATE.......BALANCE        DATE.......BALANCE
10/21       114.77        10/26          5.12       11/02         51.47
10/22        71.91        10/29        189.93       11/03         10.87
10/23        37.63        10/30        164.00       11/04          5.43OD
```

340



The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE   2
ACCOUNT

STATEMENT PERIOD
10/20/2015 TO 11/17/2015

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 11/05 | 12.04 | 11/12 | 1,327.94 | 11/16 | 381.86 |
| 11/09 | 3.05 | 11/13 | 1,162.78 | 11/17 | 363.91 |

Reminder; the overdraft charge fee of $3 per day begins on
the third calendar day of the overdraft on your account.

341

J.P. Stone Community Bank                                                          Image Page  4

 

$25.00                    11/05/2015          $550.00                    10/29/2015



The James Polk Stone Community Bank



```
                              3  -  28              PAGE    3
        *****************EXCLUDE-General           ACCOUNT    ▓▓▓▓▓
        3129 0.7500 EX 0.000    15 1 925
                                                   STATEMENT PERIOD
        AUSTIN E HAMBLIN                           11/17/2015 TO 12/15/2015
        KISKA HAMBLIN
```

```
----------------------- C H E C K I N G  S U M M A R Y ------------------------
                  FASTRAC            -      ▓▓▓▓▓▓
    CHECKING BALANCE LAST STATEMENT.......            363.91
                       2   DEPOSITS.............        100.00
                       7   OTHER CREDITS........      2,480.23
                       1   CHECKS...............        450.00
                      44   OTHER DEBITS.........      2,484.53
    CHECKING BALANCE THIS STATEMENT......              9.61
----------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES ------------------
```

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | $0.00 | $0.00 |
| TOTAL RETURNED ITEM FEES | $0.00 | $0.00 |

```
-------------- A C C O U N T  C R E D I T  T R A N S A C T I O N S -------------
```

```
DATE.....AMOUNT....DESCRIPTION
11/19     58.80 UNITED SUPERMARK  PR PAYMENT               0954165696
11/25     64.03 UNITED SUPERMARK  PR PAYMENT               0954346492
11/25    870.03 SPITZER INDUSTRI  PAYROLL                  0754580465
11/30     48.37 POS:11/30      AT T SA43 15519     ROSWELL      NM
12/03    201.39 UNITED SUPERMARK  PR PAYMENT               0954636960
12/10     80.00 DEPOSIT
12/10    141.28 UNITED SUPERMARK  PR PAYMENT               0954914541
12/10  1,096.33 SPITZER INDUSTRI  PAYROLL                  0759163272
12/14     20.00 DEPOSIT
```

```
---------------- O T H E R  D E B I T  T R A N S A C T I O N S -----------------
```

```
DATE.....AMOUNT....DESCRIPTION
11/18     18.82 POS:11/18     ALLSUPS   501 WEST MCG ROSWELL      NM
11/19      3.00 POS:11/18     1618 S UNION           ROSWELL      NM
11/19      7.99 POS:11/19     HLU HULU 73659807-U    HULU.COM BILLCA
11/20     14.43 POS:11/19     ALLSUPS   501 WEST MCG ROSWELL      NM
11/20      5.18 POS:11/19     ALLSUPS   2200 S SUNSE ROSWELL      NM
11/23     17.49 POS:11/20     PAYPAL                 SAN JOSE     CA
```





AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE  2
ACCOUNT

STATEMENT PERIOD
11/17/2015 TO 12/15/2015

```
DATE.....AMOUNT....DESCRIPTION
11/23        8.00 POS:11/22    501 W MCGAFFEY          ROSWELL     NM
11/23        9.14 POS:11/22    REDBOX  DVD RENTAL      866-733-2693 IL
11/23      103.00 POS:11/23    DMV TITLE SERVICE EXPR ROSWELL     NM
11/23        9.06 POS:11/23    ALBERTSONS  690         ROSWELL     NM
11/25        9.65 POS:11/25    STRIPES 172             ROSWELL     NM
11/27       11.45 POS:11/25    SUBWAY      00104208 ROSWELL     NM
11/27       50.00 POS:11/25    ALBERTSONS  690         ROSWELL     NM
11/27       68.53 POS:11/26    WM SUPERC WAL-MART SUP ROSWELL     NM
11/27      215.00 POS:11/26    BIG LOTS  01908         ROSWELL     NM
11/27       50.00 POS:11/26    WAKEFIELD OIL CO        ROSWELL     NM
11/27       19.83 POS:11/26    ALLSUPS   6000 S MAIN  ROSWELL     NM
11/27        1.99 POS:11/27    STRIPES 236             TATUM       NM
11/27       68.44 XCEL ENERGY-SPS  XCELENERGY            0010352303
11/30      250.00 POS:11/27    CHRIS DAVIS SNAP ON  2 CARLSBAD    NM
12/02        5.63 POS:12/01    ALLSUPS   1500 N  GARD ROSWELL     NM
12/03        1.29 POS:12/02    WALGREENS               ROSWELL     NM
12/04       44.33 POS:12/03    ALBERTSONS  690         ROSWELL     NM
12/04       13.96 POS:12/03    ALBERTSONS  690         ROSWELL     NM
12/04        7.06 POS:12/04    STRIPES 172             ROSWELL     NM
12/07        5.73 POS:12/05    SPITZER AUTOMOTIVE   I ROSWELL     NM
12/07        8.91 POS:12/07    BURRITOS   MORE         ROSWELL     NM
12/07      120.00 ATM:12/04    1801 MAIN STREET        ROSWELL     NM
12/10       51.79 POS:12/10    ALBERTSONS  690         ROSWELL     NM
12/10       88.81 POS:12/10    ALBERTSONS  690         ROSWELL     NM
12/11       45.69 POS:12/10    FAMILY DOLLAR           ROSWELL     NM
12/11       16.11 POS:12/10    HASTINGS 9636           ROSWELL     NM
12/11        8.99 POS:12/10    NETFLIX.COM             LOS GATOS   CA
12/11      200.00 POS:12/11    CHRIS DAVIS SNAP ON  2 CARLSBAD    NM
12/11      314.47 POS:12/11    SPITZER AUTOMOTIVE   I ROSWELL     NM
12/11       80.00 POS:12/11    GARY CLOUD MATCO TOOLS LUBBOCK     TX
12/14       20.12 POS:12/11    ALLSUPS  0289           ROSWELL     NM
12/14        8.90 POS:12/11    BURRITOS   MORE         ROSWELL     NM
12/14        7.43 POS:12/11    STRIPES 172             ROSWEL      NM
12/14      260.96 POS:12/12    WAL-MART SUPER CENTER  ROSWELL     NM
12/14       13.96 POS:12/12    TARGET T- 2725 N MAIN  ROSWELL     NM
12/14       87.47 POS:12/12    NNT KMART 7017      080 ROSWELL     NM
12/14       81.92 POS:12/13    AT T BILL PAYMENT       08002882020 TX
12/15       50.00 POS:12/15    FARMERS INS BILLING    877-327-6392 CA
```

344



The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN


PAGE    3
ACCOUNT

STATEMENT PERIOD
11/17/2015 TO 12/15/2015

------------------------------- C H E C K S ------------------------------------

DATE.........CHECK NO.......AMOUNT    DATE.........CHECK NO.......AMOUNT
12/01                       450.00

--------------- D A I L Y   B A L A N C E   I N F O R M A T I O N ---------------

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 11/18 | 345.09 | 11/30 | 464.14 | 12/10 | 1,185.63 |
| 11/19 | 392.90 | 12/01 | 14.14 | 12/11 | 520.37 |
| 11/20 | 373.29 | 12/02 | 8.51 | 12/14 | 59.61 |
| 11/23 | 226.60 | 12/03 | 208.61 | 12/15 | 9.61 |
| 11/25 | 1,151.01 | 12/04 | 143.26 | | |
| 11/27 | 665.77 | 12/07 | 8.62 | | |

--------------------------------------------------------------------------------

Reminder; the overdraft charge fee of $3 per day begins on
the third calendar day of the overdraft on your account.

345

J.P. Stone Community Bank                                                          Image Page 4



$20.00                                              12/14/2015



$80.00                                              12/10/2015



$450.00                                            12/01/2015



The James Polk Stone Community Bank

```
                             3  -  28             PAGE  1
       *****************EXCLUDE-General        ACCOUNT
       3153 0.7500 EX 0.000     16 1 921
                                               STATEMENT PERIOD
       AUSTIN E HAMBLIN                       12/15/2015 TO 01/19/2016
       KISKA HAMBLIN
```

----------------------- C H E C K I N G  S U M M A R Y -----------------------
```
                FASTRAC        -
   CHECKING BALANCE LAST STATEMENT........              9.61
                    2  DEPOSITS..............           50.00
                    6  OTHER CREDITS........          2,482.69
                    1  CHECKS...............            750.00
                   61  OTHER DEBITS.........          1,791.23
   CHECKING BALANCE THIS STATEMENT........              1.07
```
----------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES -------------------

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | $0.00 | $0.00 |
| TOTAL RETURNED ITEM FEES | $0.00 | $0.00 |

-------------- A C C O U N T  C R E D I T  T R A N S A C T I O N S --------------

```
DATE.....AMOUNT....DESCRIPTION
12/17    167.92 UNITED SUPERMARK  PR PAYMENT            0955114017
12/21     10.00 DEPOSIT
12/21     40.00 DEPOSIT
12/23    195.52 UNITED SUPERMARK  PR PAYMENT            0955280185
12/24    868.03 SPITZER INDUSTRI  PAYROLL               0759214057
12/31    114.27 UNITED SUPERMARK  PR PAYMENT            0955544579
01/07  1,054.72 SPITZER INDUSTRI  PAYROLL               0755538197
01/14     82.23 UNITED SUPERMARK  PR PAYMENT            0955998674
```

---------------- O T H E R  D E B I T  T R A N S A C T I O N S ----------------

```
DATE.....AMOUNT....DESCRIPTION
12/17      1.84 POS:12/16      ALLSUPS   233        ROSWELL      NM
12/17     41.25 POS:12/17      ALBERTSONS  690      ROSWELL      NM
12/18      7.96 POS:12/17      ALBERTSONS  690      ROSWELL      NM
12/18      2.98 POS:12/17      ALLSUPS   2200 S SUNSE ROSWELL    NM
12/18      6.53 POS:12/18      STRIPES 172          ROSWEL       NM
12/18      7.99 POS:12/18      HLU HULU 73659807-U  HULU.COM BILLCA
12/21      9.20 POS:12/19      STRIPES 172          ROSWEL       NM
```



The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE   2
ACCOUNT

STATEMENT PERIOD
12/15/2015 TO 01/19/2016

```
DATE.....AMOUNT....DESCRIPTION
12/21      33.12 POS:12/19    FARMERS INS BILLING    877-327-6392 CA
12/21       6.50 POS:12/19    UE 690 UNITED EXPR    ROSWELL      NM
12/23      13.96 POS:12/23    ALBERTSONS   690      ROSWELL      NM
12/23      12.38 POS:12/23    ALLSUPS   501 WEST MCG ROSWELL     NM
12/23      10.00 POS:12/23    UE 690 UNITED EXPR    ROSWELL      NM
12/23     100.96 NM GAS COMPANY  nmgas web                0015498738
12/24      53.38 POS:12/23    ALBERTSONS   690      ROSWELL      NM
12/24      15.00 POS:12/23    ALBERTSONS   690      ROSWELL      NM
12/24      50.89 POS:12/23    ALBERTSONS   690      ROSWELL      NM
12/24       9.13 POS:12/23    UE 690 UNITED EXPR    ROSWELL      NM
12/24      50.00 ATM:12/23    1801 MAIN STREET      ROSWELL      NM
12/28      65.09 POS:12/24    ALBERTSONS   690      ROSWELL      NM
12/28      17.91 POS:12/24    BURRITOS   MORE       ROSWELL      NM
12/28      16.99 POS:12/25    ALBERTSONS   690      ROSWELL      NM
12/28      19.58 POS:12/25    FAMILY DOLLAR         ROSWELL      NM
12/28     250.00 POS:12/26    CHRIS DAVIS SNAP ON  2 CARLSBAD    NM
12/28      41.57 POS:12/26    4500 N MAIN ST STE A  ROSWELL      NM
12/28      15.00 POS:12/26    MURPHY EXPRESS        ROSWELL      NM
12/28      15.33 POS:12/26    720 N MAIN            ROSWELL      NM
12/28      35.89 POS:12/27    ALLSUPS   501 WEST MCG ROSWELL     NM
12/28       6.82 POS:12/27    ALLSUPS   0286        ROSWELL      NM
12/28       5.91 POS:12/27    ALLSUPS   233         ROSWELL      NM
12/30       7.06 POS:12/30    STRIPES 172           ROSWELL      NM
12/31      36.62 POS:12/30    ALLSUPS   0136        ROSWELL      NM
12/31      16.34 POS:12/31    ALLSUPS   501 WEST MCG ROSWELL     NM
01/04       9.95 POS:12/31    QUALITY LIQUOR STORE  ROSWELL      NM
01/04        .45 POS:12/31    UE 690 UNITED EXPR    ROSWELL      NM
01/04       1.19 POS:12/31    UE 690 UNITED EXPR    ROSWELL      NM
01/04      12.19 POS:01/01    LAWRENCE BROS.  1380  ROSWELL      NM
01/04      36.00 POS:01/01    PAPA JOHN S   04613   281-580-6088 NM
01/04      63.79 POS:01/01    GARY CLOUD MATCO TOOLS LUBBOCK     TX
01/04      18.41 POS:01/01    LAWRENCE BROS.  1380  ROSWELL      NM
01/04      14.66 POS:01/01    UE 690 UNITED EXPR    ROSWELL      NM
01/04       5.38 POS:01/02    ALLSUPS   501 WEST MCG ROSWELL     NM
01/04      27.74 POS:01/02    SUBWAY   00104208     ROSWELL      NM
01/04       7.56 POS:01/02    UE 690 UNITED EXPR    ROSWELL      NM
01/04      95.43 POS:01/02    SAMSCLUB  4961        ROSWELL      NM
01/04       8.87 POS:01/02    DOLLAR-GE 1012 S MAIN ROSWELL      NM
01/04      17.47 POS:01/02    QUALITY LIQUOR STORE  ROSWELL      NM
```

348



**The James Polk Stone Community Bank**

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE   3
ACCOUNT

STATEMENT PERIOD
12/15/2015 TO 01/19/2016

```
DATE.....AMOUNT....DESCRIPTION
01/04       20.00 POS:01/03      NO APPOINTMENT        ROSWELL      NM
01/04       50.00 ATM:12/31      1801 MAIN STREET      ROSWELL      NM
01/05       32.00 XCEL ENERGY-SPS  XCELENERGY                  0013138068
01/08       12.57 POS:01/07      UE 690 UNITED EXPR    ROSWELL      NM
01/08       34.36 POS:01/08      DOMINO S 6530         ROSWELL      NM
01/11        2.15 POS:01/09      DOLLAR-GENERAL        ROSWELL      NM
01/11      200.00 POS:01/10      AT T BILL PAYMENT     08003310500  TX
01/11       50.00 POS:01/10      CHRIS DAVIS SNAP ON  2 CARLSBAD    NM
01/11         .71 POS:01/11      UE 690 UNITED EXPR    ROSWELL      NM
01/14       24.55 POS:01/14      ALBERTSONS  690       ROSWELL      NM
01/15        3.23 POS:01/14      DOLLARTREE 1700 S MAIN ROSWELL     NM
01/15        1.60 POS:01/14      UE 690 UNITED EXPR    ROSWELL      NM
01/15       50.00 ATM:01/14      1801 MAIN STREET      ROSWELL      NM
01/19        6.79 POS:01/16      LAWRENCE BROS.  1380  ROSWELL      NM
01/19        1.00 POS:01/19      MYLIFE    PPL SRCH    888-704-1900 CA
```

------------------------------------ C H E C K S ------------------------------------

```
DATE.........CHECK NO.......AMOUNT  DATE.........CHECK NO.......AMOUNT
01/07                       750.00
```

---------------- D A I L Y   B A L A N C E   I N F O R M A T I O N ----------------

```
DATE.......BALANCE      DATE.......BALANCE      DATE.......BALANCE
12/17       134.44      12/30       360.86      01/11         6.01
12/18       108.98      12/31       422.17      01/14        63.69
12/21       110.16      01/04        33.08      01/15         8.86
12/23       168.38      01/05         1.08      01/19         1.07
12/24       858.01      01/07       305.80
12/28       367.92      01/08       258.87
```

-------------------------------------------------------------------------------------

Reminder; the overdraft charge fee of $3 per day begins on
the third calendar day of the overdraft on your account.

349

J.P. Stone Community Bank



$10.00    12/21/2015



$40.00    12/21/2015



$750.00    01/07/2016

350



The James Polk Stone Community Bank

```
                                      4  -  28           PAGE   1
               *****************EXCLUDE-General         ACCOUNT
               3168 0.7500 EX 0.000    15 1 919
```


```
               AUSTIN E HAMBLIN                     STATEMENT PERIOD
               KISKA HAMBLIN                     01/19/2016 TO 02/16/2016
```

------------------------- C H E C K I N G   S U M M A R Y -------------------------

```
                    FASTRAC          -
         CHECKING BALANCE LAST STATEMENT.........              1.07
                            3   DEPOSITS...............       449.74
                            4   OTHER CREDITS.........       432.77
                            1   CHECKS................        50.00
                           33   OTHER DEBITS..........       833.58
         CHECKING BALANCE THIS STATEMENT.........               .00
```

------------------ SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES -------------------

|                        | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|------------------------|-----------------------|--------------------|
| TOTAL OVERDRAFT FEES   | $44.25                | $44.25             |
| TOTAL RETURNED ITEM FEES | $0.00               | $0.00              |

-------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S --------------

```
DATE.....AMOUNT....DESCRIPTION
01/21    117.65 UNITED SUPERMARK  PR PAYMENT                0956202514
01/22    219.74 DEPOSIT
01/28     13.54 UNITED SUPERMARK  PR PAYMENT                0956431796
02/04    200.00 DEPOSIT
02/04    139.35 UNITED SUPERMARK  PR PAYMENT                0956761052
02/09     30.00 DEPOSIT
02/11    162.23 UNITED SUPERMARK  PR PAYMENT                0957016388
```

----------------- O T H E R   D E B I T   T R A N S A C T I O N S -----------------

```
DATE.....AMOUNT....DESCRIPTION
01/22      1.06 POS:01/22     UE 690 UNITED EXPR    ROSWELL      NM
01/22     16.00 POS:01/22     UE 690 UNITED EXPR    ROSWELL      NM
01/22     30.00 POS:01/22     UE 690 UNITED EXPR    ROSWELL      NM
01/22     13.81 POS:01/22     UE 690 UNITED EXPR    ROSWELL      NM
01/22     18.34 POS:01/22     LJS  7539             ROSWELL      NM
01/25    114.48 POS:01/23     ALBERTSONS  690       ROSWELL      NM
01/25     35.09 POS:01/23     UE 690 UNITED EXPR    ROSWELL      NM
01/25     36.49 POS:01/24     WALGREENS 1835 N MAIN ROSWELL      NM
```





The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE  2
ACCOUNT

STATEMENT PERIOD
01/19/2016 TO 02/16/2016

```
DATE.....AMOUNT....DESCRIPTION
01/25       8.99 POS:01/24      NETFLIX.COM          LOS GATOS    CA
01/25       7.99 POS:01/25      HLU HULU 73659807-U  HULU.COM BILLCA
01/25      39.69 POS:01/25      K BOBS STEAKHOUSE ROSW ROSWELL      NM
01/26      32.25 OVERDRAFT FEE            $222.00  ACH: ATT
01/26     222.00 ATT            Payment                  0202640137
01/29       3.00 OVERDRAFT CHARGE
02/01       3.00 OVERDRAFT CHARGE
02/02       3.00 OVERDRAFT CHARGE
02/03       3.00 OVERDRAFT CHARGE
02/05      25.64 POS:02/04      ALBERTSONS   690     ROSWELL      NM
02/08      39.55 POS:02/06      AREA 420 LLC         ROSWELL      NM
02/08       5.43 POS:02/06      ALBERTSONS   690     ROSWELL      NM
02/08      25.03 POS:02/07      ALBERTSONS   690     ROSWELL      NM
02/08       5.00 POS:02/07      WALGREENS    5350    ROSWELL      NM
02/09      31.91 XCEL ENERGY-SPS XCELENERGY                0011574690
02/11      13.70 POS:02/11      STRIPES 172          ROSWELL      NM
02/12      13.07 POS:02/11      MCDONALD S F8084     ROSWELL      NM
02/12       7.28 POS:02/11      STRIPES 141          ROSWELL      NM
02/12       4.71 POS:02/11      MCDONALD S F8084     ROSWELL      NM
02/12      17.00 POS:02/11      UE 690 UNITED EXPR   ROSWELL      NM
02/12       3.99 POS:02/11      UE 690 UNITED EXPR   ROSWELL      NM
02/12       9.58 POS:02/12      STRIPES 172          ROSWELL      NM
02/16      19.49 POS:02/12      ALBERTSONS   690     ROSWELL      NM
02/16       9.73 POS:02/13      ALBERTSONS   690     ROSWELL      NM
02/16      14.28 POS:02/14      SONIC DRIVE IN  2800 ROSWELL      NM
```

-------------------------------- C H E C K S --------------------------------

```
DATE.........CHECK NO.......AMOUNT    DATE.........CHECK NO.......AMOUNT
02/11                        50.00
```

---------------- D A I L Y   B A L A N C E   I N F O R M A T I O N ----------------

```
DATE........BALANCE        DATE........BALANCE        DATE........BALANCE
01/21       118.72         02/01       230.19OD       02/09          .60
01/22       259.25         02/02       233.19OD       02/11        99.13
01/25        16.52         02/03       236.19OD       02/12        43.50
01/26       237.73OD       02/04       103.16         02/16          .00
01/28       224.19OD       02/05        77.52
01/29       227.19OD       02/08         2.51
```

352



The ⊕ James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE   3
ACCOUNT

STATEMENT PERIOD
01/19/2016 TO 02/16/2016

Reminder; the overdraft charge fee of $3 per day begins on
the third calendar day of the overdraft on your account.

J.P. Stone Community Bank

Image Page 4



$219.74                    01/22/2016

$30.00                     02/09/2016

$200.00                    02/04/2016

$50.00                     02/11/2016

354



The James Polk Stone Community Bank

```
                              4  -  28        - PAGE  1 -
         *****************EXCLUDE-General      ACCOUNT
         3194 0.8410 EX 0.000    16 1 940
                                              STATEMENT PERIOD
         AUSTIN E HAMBLIN                      02/16/2016 TO 03/15/2016
         KISKA HAMBLIN
```

------------------------ C H E C K I N G   S U M M A R Y ------------------------
```
                    FASTRAC        -
         CHECKING BALANCE LAST STATEMENT.......             .00
                        2   DEPOSITS.............         997.60
                        5   OTHER CREDITS........       4,107.00
                        2   CHECKS...............       2,750.00
                       58   OTHER DEBITS.........       2,353.46
         CHECKING BALANCE THIS STATEMENT.......            1.14
```
----------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES -------------------

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | $0.00 | $44.25 |
| TOTAL RETURNED ITEM FEES | $0.00 | $0.00 |

-------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S --------------

```
DATE.....AMOUNT....DESCRIPTION
02/18    179.53 UNITED SUPERMARK  PR PAYMENT              0957257824
02/18  3,188.00 TAX PRODUCTS PR2  SBTPG LLC               1196646918
02/19    200.30 DEPOSIT
02/19    541.00 NMSTTAXRFD        PIT                      0010913118
02/25    113.75 UNITED SUPERMARK  PR PAYMENT              0957479847
03/03     84.72 UNITED SUPERMARK  PR PAYMENT              0957745870
03/04    797.30 DEPOSIT
```

----------------- O T H E R   D E B I T   T R A N S A C T I O N S -----------------

```
DATE.....AMOUNT....DESCRIPTION
02/19     40.00 XCEL ENERGY-SPS   XCELENERGY               0010713927
02/22     14.91 POS:02/19         BURRITOS AND MORE     ROSWELL      NM
02/22     60.00 POS:02/19         FARMERS INS BILLING   877-327-6392 CA
02/22    111.89 POS:02/19         FARMERS INS BILLING   877-327-6392 CA
02/22     12.70 POS:02/20         ALLSUPS   202 WEST 1ST IDALOU      TX
02/22     34.62 POS:02/20         CABELAS RETAIL LUBBOCK LUBBOCK     TX
02/22     32.58 POS:02/20         STRIPES 2253          LUBBOCK      TX
02/22    206.51 POS:02/20         ALBERTSONS  690       ROSWELL      NM
```

355



The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN

- PAGE 2
ACCOUNT

STATEMENT PERIOD
02/16/2016 TO 03/15/2016

```
DATE.....AMOUNT....DESCRIPTION
02/22     100.00 NM GAS COMPANY    nmgas web                      0013348694
02/23       5.03 POS:02/22         ALBERTSONS   690       ROSWELL       NM
02/23     300.00 POS:02/23         CHRIS DAVIS SNAP ON  2 CARLSBAD      NM
02/23      47.04 POS:02/23         SPITZER AUTOMOTIVE   I ROSWELL       NM
02/23       8.99 POS:02/23         NETFLIX.COM            NETFLIX.COM   CA
02/24      30.00 POS:02/23         CABQ ONLINE SALES      05057683444   NM
02/24      10.74 POS:02/23         APL  ITUNES.COM BILL   866-712-7753 CA
02/25       7.99 POS:02/25         HLU HULU 73659807-U    HULU.COM BILLCA
02/25       7.06 POS:02/25         STRIPES 172            ROSWELL       NM
02/26       1.28 POS:02/25         UE 690 UNITED EXPR     ROSWELL       NM
02/26      12.78 POS:02/25         STRIPES 170            ROSWELL       NM
02/26       6.87 POS:02/26         ALLSUPS   411 WEST 2ND ROSWELL       NM
02/29     109.14 POS:02/27         TARGET T-2813          ALBUQUERQUE   NM
02/29       6.60 POS:02/28         CIRCLE K 2706298       ALBUQUERQUE   NM
02/29      10.71 POS:02/28         NNT SEDUCTIONS MENU131 ALBUQUERQUE   NM
02/29      24.97 POS:02/28         WM SUPERCENTER         ALBUQUERQUE   NM
02/29     158.44 POS:02/28         ECONO LODGE OLD TOWN   ALBUQUERQUE   NM
02/29      25.70 POS:02/28         TERIYAKI CHICKEN BOWL  ALBUQUERQUE   NM
02/29      43.41 POS:02/28         SSA ALBUQUERQUE BIO PA ALBUQUERQUE   NM
02/29      26.51 POS:02/29         OUT OF AFRICA SHOP     ALBUQUERQUE   NM
02/29      12.78 POS:02/29         PORT OF ALBUQUERQUE    ALBUQUERQUE   NM
03/03       6.50 POS:03/03         UE 690 UNITED EXPR     ROSWELL       NM
03/04       3.41 POS:03/03         MCDONALD S F8084       ROSWELL       NM
03/04      11.44 POS:03/03         ALLSUPS   2200 S SUNSE ROSWELL       NM
03/04      16.36 POS:03/03         DOLLAR GE 5829 S MAIN  ROSWELL       NM
03/04       5.97 POS:03/04         PECOS VALLEY TOBACCO C ROSWELL       NM
03/04      20.26 POS:03/04         UE 690 UNITED EXPR     ROSWELL       NM
03/07      35.00 POS:03/04         VESTA   T-MOBILE       888-278-3397 OR
03/07      75.94 POS:03/05         TARGET T-0832          ROSWELL       NM
03/07      12.69 POS:03/05         STRIPES 170            ROSWELL       NM
03/07      11.66 POS:03/06         UE 690 UNITED EXPR     ROSWELL       NM
03/07      93.26 POS:03/06         WALGREENS  5350        ROSWELL       NM
03/07      21.65 POS:03/07         SONIC DRIVE IN  2800   ROSWELL       NM
03/07      13.44 POS:03/07         BIG LOTS STORES -  190 ROSWELL       NM
03/07      15.67 POS:03/07         ALLSUPS  0286          ROSWELL       NM
03/08        .89 POS:03/07         ALLSUPS  0286          ROSWELL       NM
03/08      36.00 POS:03/07         NNT KMART 7017    980 ROSWELL        NM
03/08        .27 POS:03/07         REDBOX  DVDRESERVATION 866-733-2693 IL
03/08      21.68 POS:03/07         ALLSUPS  0286          ROSWELL       NM
```

356



**The James Polk Stone Community Bank**

AUSTIN E HAMBLIN
KISKA HAMBLIN

- PAGE
ACCOUNT

STATEMENT PERIOD
02/16/2016 TO 03/15/2016

```
DATE.....AMOUNT....DESCRIPTION
03/09      13.81 POS:03/08      UE 690 UNITED EXPR    ROSWELL      NM
03/10      60.75 POS:03/09      WALGREENS 1200 S MAIN ROSWELL      NM
03/10     107.47 POS:03/09      APPLEBEES ROSW46246112 ROSWELL     NM
03/10       5.98 POS:03/09      UE 690 UNITED EXPR    ROSWELL      NM
03/10      24.02 POS:03/10      BEIJING EXPRESS       ROSWELL      NM
03/10      16.85 POS:03/10      BURGER KING  18159 Q07 ROSWELL     NM
03/11     200.00 POS:03/11      CHRIS DAVIS SNAP ON  2 CARLSBAD    NM
03/14      10.26 POS:03/11      UE 690 UNITED EXPR    ROSWELL      NM
03/14       6.80 POS:03/11      UE 690 UNITED EXPR    ROSWELL      NM
03/14       6.18 POS:03/14      REDBOX   DVD RENTAL   866-733-2693 IL
03/14      30.00 XCEL ENERGY-SPS  XCELENERGY                      0012256012
```

-------------------------------- C H E C K S --------------------------------------

```
DATE.........CHECK NO.......AMOUNT   DATE.........CHECK NO.......AMOUNT
02/18                     1,250.00   02/18      *               1,500.00
```

---------------- D A I L Y   B A L A N C E   I N F O R M A T I O N ----------------

```
DATE.......BALANCE        DATE.......BALANCE        DATE.......BALANCE
02/18      617.53         02/26      421.59         03/09      469.45
02/19    1,318.83         02/29        3.33         03/10      254.38
02/22      745.62         03/03       81.55         03/11       54.38
02/23      384.56         03/04      821.41         03/14        1.14
02/24      343.82         03/07      542.10
02/25      442.52         03/08      483.26
```

Hours at our Clovis branch will change on 4-4-2016.
Monday - Thursday 8:30 am - 4:00 pm
Friday 8:30 - 5:00 pm

357

J.P. Stone Community Bank                                              Image Page 4



| | |
|---|---|
| $200.30    02/19/2016 | $797.30    03/04/2016 |
| $1,500.00    02/18/2016 | $1,250.00    02/18/2016 |



The James Polk Stone Community Bank

```
                              1 - 28                    PAGE  1
             ********************EXCLUDE-Email          ACCOUNT
             3220 0.9100 EX 0.000    16 1 949
                                                       STATEMENT PERIOD
             AUSTIN E HAMBLIN                           03/15/2016 TO 04/19/2016
             KISKA HAMBLIN
```

```
--------------------- C H E C K I N G  S U M M A R Y ----------------------
              FASTRAC          -
   CHECKING BALANCE LAST STATEMENT.....                        1.14
                        DEPOSITS.............                   .00
               4   OTHER CREDITS........               3,065.47
               1   CHECKS...............                 650.00
              73   OTHER DEBITS.........               2,400.92
   CHECKING BALANCE THIS STATEMENT.......                     15.69
----------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES -----------------
```

|                          | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|--------------------------|-----------------------|--------------------|
| TOTAL OVERDRAFT FEES     | $0.00                 | $44.25             |
| TOTAL RETURNED ITEM FEES | $0.00                 | $0.00              |

```
-------------- A C C O U N T  C R E D I T  T R A N S A C T I O N S --------------

DATE.....AMOUNT....DESCRIPTION
03/17  1,126.74 SPITZER INDUSTRI  PAYROLL                        0753891930
03/22     39.37 UNITED SUPERMARK  PR PAYMENT                     0958342529
03/31    862.44 SPITZER INDUSTRI  PAYROLL                        0025903001
04/14  1,036.92 SPITZER INDUSTRI  PAYROLL                        0024308517

---------------- O T H E R  D E B I T  T R A N S A C T I O N S -----------------

DATE.....AMOUNT....DESCRIPTION
03/18     21.46 POS:03/17      ALLSUPS   0136          ROSWELL        NM
03/18     24.13 POS:03/17      NNT KMART 7017      760 ROSWELL        NM
03/18     15.44 POS:03/18      BURRITOS AND MORE      ROSWELL        NM
03/18     17.22 POS:03/18      STRIPES 172            ROSWELL        NM
03/21    102.86 POS:03/18      ALBERTSONS   690       ROSWELL        NM
03/21     10.33 POS:03/18      ALBERTSONS   690       ROSWELL        NM
03/21      7.31 POS:03/19      UE 690 UNITED EXPR     ROSWELL        NM
03/21     30.00 POS:03/20      UE 690 UNITED EXPR     ROSWELL        NM
03/21    493.28 POS:03/20      AT T BILL PAYMENT      08002882020    TX
03/21      7.29 POS:03/20      SONIC DRIVE IN   2800  ROSWELL        NM
03/21     24.64 POS:03/20      ALLSUPS   0043         IDALOU         TX
```



The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN



PAGE  2
ACCOUNT

STATEMENT PERIOD
03/15/2016 TO 04/19/2016

```
DATE.....AMOUNT....DESCRIPTION
03/21       23.63 POS:03/21     LITTLE CAESARS 1112 00 ROSWELL      NM
03/22       16.86 POS:03/21     STRIPES 236            TATUM        NM
03/22        9.74 POS:03/22     STRIPES 172            ROSWELL      NM
03/23       16.00 POS:03/22     LAWRENCE BROS.  1380   ROSWELL      NM
03/23       10.00 POS:03/22     WALGREENS  5350        ROSWELL      NM
03/23       19.00 POS:03/22     KFC C750078  43400787 ROSWELL      NM
03/23       19.24 POS:03/22     TACO VILLA  09         LUBBOCK      TX
03/23        8.99 POS:03/23     NETFLIX.COM            NETFLIX.COM  CA
03/23       57.03 POS:03/23     HOB-LOB  324           ROSWELL      NM
03/24       17.98 POS:03/23     MCDONALD S F2427       ROSWELL      NM
03/24       50.00 POS:03/24     CHRIS DAVIS SNAP ON  2 CARLSBAD     NM
03/24       51.00 POS:03/24     CHRIS DAVIS SNAP ON  2 CARLSBAD     NM
03/25       17.28 POS:03/25     CHURCH S FRIED CHI     ROSWELL      NM
03/25        7.99 POS:03/25     HLU HULU 73659807-U    HULU.COM BILLCA
03/25       10.72 POS:03/25     MCDONALD S F8084       ROSWELL      NM
03/28        9.07 POS:03/25     ALLSUPS   501 WEST MCG ROSWELL      NM
03/28        7.53 POS:03/26     REDBOX  DVD RENTAL     866-733-2693 IL
03/28        4.30 POS:03/26     REDBOX  DVD RENTAL     866-733-2693 IL
03/28        7.08 POS:03/26     ALLSUPS   501 WEST MCG ROSWELL      NM
03/28        6.22 POS:03/27     MCDONALD S F8084       ROSWELL      NM
03/28        3.96 POS:03/27     MCDONALD S F2427       ROSWELL      NM
03/28       13.12 POS:03/28     UE 690 UNITED EXPR     ROSWELL      NM
03/29        3.28 POS:03/28     ALBERTSONS  690        ROSWELL      NM
03/30       10.74 POS:03/29     APL  ITUNES.COM BILL   866-712-7753 CA
04/01        6.77 POS:03/31     ALLSUPS   2200 S SUNSE ROSWELL      NM
04/01       17.06 POS:04/01     STRIPES 172            ROSWEL       NM
04/01        6.00 POS:04/01     STRIPES 172            ROSWEL       NM
04/01       12.80 POS:04/01     UE 690 UNITED EXPR     ROSWELL      NM
04/01       16.10 POS:04/01     BIG D S DOWNTOWN DIVE  ROSWELL      NM
04/04       44.09 POS:04/02     WALGREENS 1200 S MAIN  ROSWELL      NM
04/04       10.73 POS:04/03     UE 690 UNITED EXPR     ROSWELL      NM
04/04       35.00 POS:04/03     VESTA   T MOBILE       PORTLAND     OR
04/04        8.60 POS:04/03     DOLLAR-GE 1012 S MAIN  ROSWELL      NM
04/04       13.77 POS:04/03     UE 690 UNITED EXPR     ROSWELL      NM
04/04       17.15 POS:04/03     ALBERTSONS  690        ROSWELL      NM
04/04        8.77 POS:04/04     STRIPES 172            ROSWELL      NM
04/05        9.45 POS:04/05     UE 690 UNITED EXPR     ROSWELL      NM
04/06       10.07 POS:04/06     ALLSUPS   501 WEST MCG ROSWELL      NM
04/07        4.49 POS:04/07     SONIC DRIVE IN  4141   ROSWELL      NM
```



The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE 3
ACCOUNT

STATEMENT PERIOD
03/15/2016 TO 04/19/2016

```
DATE.....AMOUNT....DESCRIPTION
04/15      23.18 POS:04/14      ALLSUPS   0136        ROSWELL       NM
04/15      36.07 POS:04/14      HOB-LOB  324          ROSWELL       NM
04/15     300.00 POS:04/15      AT T BILL PAYMENT     08002882020   TX
04/15      30.00 XCEL ENERGY-SPS XCELENERGY                    0011851729
04/18     100.00 POS:04/15      CHRIS DAVIS SNAP ON  2 CARLSBAD    NM
04/18      18.47 POS:04/15      UE 690 UNITED EXPR    ROSWELL       NM
04/18      75.00 POS:04/16      ROCK HEALTH   WELLNESS ROSWELL     NM
04/18       1.25 POS:04/16      OPC  NEW MEXICO MVD   08004874567   AL
04/18      82.00 POS:04/16      NEW MEXICO MVD        08004874567   GA
04/18      22.09 POS:04/16      WENDY S  1703         ROSWEL        NM
04/18      29.57 POS:04/16      ALLSUPS  0136         ROSWELL       NM
04/18      36.52 POS:04/16      HOB-LOB  324          ROSWELL       NM
04/18      54.24 POS:04/16      MARSHALLS             ROSWELL       NM
04/18       7.49 POS:04/17      SONIC DRIVE IN  2800  ROSWELL       NM
04/18      26.78 POS:04/17      APPLE BLOSSOM FLOWER S 575-623-9636 NM
04/18      42.99 POS:04/18      RIB CRIB 41           ROSWELL       NM
04/18       7.26 POS:04/18      REDBOX  DVD RENTAL    866-733-2693 IL
04/18       7.06 POS:04/18      STRIPES 172           ROSWELL       NM
04/18      80.00 NM GAS COMPANY  nmgas web                   0013733399
04/19      13.90 POS:04/18      STRIPES 172           ROSWELL       NM
04/19      10.00 POS:04/18      UE 690 UNITED EXPR    ROSWELL       NM
04/19      17.20 POS:04/19      LITTLE CAESARS 1112 00 ROSWELL      NM
04/19       4.28 POS:04/19      ALLSUPS   501 WEST MCG ROSWELL      NM
```

------------------------------- C H E C K S ------------------------------------

```
DATE.........CHECK NO.......AMOUNT    DATE.........CHECK NO.......AMOUNT
03/31                        650.00
```

---------------- D A I L Y  B A L A N C E  I N F O R M A T I O N ----------------

```
DATE.......BALANCE       DATE.......BALANCE       DATE.......BALANCE
03/17     1,127.88       03/28         26.55      04/06          8.61
03/18     1,049.63       03/29         23.27      04/07          4.12
03/21       350.29       03/30         12.53      04/14      1,041.04
03/22       363.06       03/31        224.97      04/15        651.79
03/23       232.80       04/01        166.24      04/18         61.07
03/24       113.82       04/04         28.13      04/19         15.69
03/25        77.83       04/05         18.68
```

 The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE
ACCOUNT

STATEMENT PERIOD
03/15/2016 TO 04/19/2016

Hours at our Clovis branch will change on 4-4-2016.
Monday - Thursday 8:30 am - 4:00 pm
Friday 8:30 - 5:00 pm

J.P. Stone Community Bank



$650.00                    03/31/2016

J.P. Stone Community Bank



The James Polk Stone Community Bank

```
                                    2  -  28                    PAGE  1
               ********************EXCLUDE-Email        ACCOUNT
               3235 0.5900 EX 0.000    16 1 949

                                                        STATEMENT PERIOD
               AUSTIN E HAMBLIN                         04/19/2016 TO 05/17/2016
               KISKA HAMBLIN
```

```
----------------------- C H E C K I N G   S U M M A R Y ------------------------
                    FASTRAC        -
        CHECKING BALANCE LAST STATEMENT........               15.69
                              DEPOSITS.............              .00
                    2   OTHER CREDITS.........            1,870.48
                    2   CHECKS................              495.00
                   30   OTHER DEBITS..........            1,444.10
        CHECKING BALANCE THIS STATEMENT.......               52.93OD
----------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES -----------------
```

|                        | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|------------------------|-----------------------|--------------------|
| TOTAL OVERDRAFT FEES   | $32.25                | $76.50             |
| TOTAL RETURNED ITEM FEES | $0.00               | $0.00              |

```
-------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S -------------

DATE.....AMOUNT....DESCRIPTION
04/28     847.30 SPITZER INDUSTRI  PAYROLL                      0027732631
05/12   1,023.18 SPITZER INDUSTRI  PAYROLL                      0028318580

---------------- O T H E R   D E B I T   T R A N S A C T I O N S ----------------

DATE.....AMOUNT....DESCRIPTION
04/21      10.74 POS:04/20        APL  ITUNES.COM BILL  866-712-7753 CA
04/28      10.00 POS:04/28        ALLSUPS 286           ROSWELL      NM
04/29       2.56 POS:04/28        STRIPES 182           ROSWELL      NM
04/29      29.35 POS:04/29        WHATABURGER 731   Q26 ROSWELL      NM
04/29     284.06 POS:04/29        AT T BILL PAYMENT     08002882020  TX
04/29       7.18 POS:04/29        STRIPES 172           ROSWELL      NM
05/02       6.96 POS:04/29        ALLSUPS  0286         ROSWELL      NM
05/02      19.43 POS:04/30        MCDONALD S F8084      ROSWELL      NM
05/02     338.40 POS:04/30        CNS AT T MOBILITY I280 ROSWELL     NM
05/02       8.99 POS:05/01        NETFLIX.COM           LOS GATOS    CA
05/13       4.11 POS:05/12        UE 690 UNITED EXPR    ROSWELL      NM
05/13      17.23 POS:05/12        ANDREWS DONUTS        ROSWELL      NM
05/13       4.85 POS:05/13        ALLSUPS   2200 S SUNSE ROSWELL     NM
```

364



The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE    2
ACCOUNT

STATEMENT PERIOD
04/19/2016 TO 05/17/2016

```
DATE.....AMOUNT....DESCRIPTION
05/13       3.31 POS:05/13      STRIPES 172              ROSWEL       NM
05/13     100.00 POS:05/13      CHRIS DAVIS SNAP ON  2 CARLSBAD      NM
05/13      34.89 POS:05/13      OOY S HOUSE             ROSWELL      NM
05/13      30.00 XCEL ENERGY-SPS  XCELENERGY                    0018829078
05/16      38.85 POS:05/13      NNT KMART 7017    430 ROSWELL      NM
05/16     170.00 POS:05/14      DMV TITLE SERVICE EXPR ROSWELL      NM
05/16      20.00 POS:05/14      STARBUCKS CARD RELOAD 800-782-7282 WA
05/16      12.18 POS:05/14      DOLLAR-GE HIGHWAY 82   IDALOU       TX
05/16       5.37 POS:05/15      STRIPES 2442            LUBBOCK      TX
05/16      74.49 POS:05/15      MARKET STREET    553    LUBBOCK      TX
05/16      60.06 POS:05/15      ALLSUPS  0043           IDALOU       TX
05/16       4.77 POS:05/15      STRIPES 140             ROSWELL      NM
05/16      32.00 POS:05/15      ALLSUPS  0289           ROSWELL      NM
05/16      29.08 POS:05/16      ALLSUP  289             ROSWELL      NM
05/16       7.99 POS:05/16      HLU HULU 73659807-U    HULU.COM BILLCA
05/17      32.25 OVERDRAFT FEE               $45.00  ACH: NM GAS COMPANY
05/17      45.00 NM GAS COMPANY  nmgas web                    0014024917
```

```
------------------------------ C H E C K S ------------------------------
DATE.........CHECK NO.......AMOUNT   DATE.........CHECK NO.......AMOUNT
05/02                       145.00   05/13      *               350.00
```

```
--------------- D A I L Y  B A L A N C E  I N F O R M A T I O N ---------------
DATE.......BALANCE        DATE.......BALANCE        DATE.......BALANCE
04/21          4.95       05/02          .32        05/16         24.32
04/28        842.25       05/12      1,023.50        05/17         52.93OD
04/29        519.10       05/13        479.11
```

Technical Support is available by phone:
Monday - Friday 7:00am - 6:00pm
Saturday 8:00 - 10:00am
or Email us:
onlineservice@jpstonecb.com

365



| | |
|---|---|
| $350.00 | 05/13/2016 |
| $145.00 | 05/02/2016 |



### The James Polk Stone Community Bank

```
                                    4  -  28          PAGE  1
*******************EXCLUDE-Email                    ACCOUNT  ████████
3250 0.5900 EX 0.000      16 1 950

                                                STATEMENT PERIOD
AUSTIN E HAMBLIN                              05/17/2016 TO 06/21/2016
KISKA HAMBLIN
```

```
------------------------ C H E C K I N G   S U M M A R Y ------------------------
                      FASTRAC          -      ████████
        CHECKING BALANCE LAST STATEMENT.......            52.93OD
                      3  DEPOSITS..............        4,129.98
                         OTHER CREDITS........              .00
                      1  CHECKS...............         3,000.00
                     18  OTHER DEBITS.........            676.13
        CHECKING BALANCE THIS STATEMENT.......            400.92
--------------------------- F E E   S U M M A R Y ---------------------------
                             TOTAL FEES IMPOSED            .00
------------------ SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES ------------------
```

|                         | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|-------------------------|-----------------------|--------------------|
| TOTAL OVERDRAFT FEES     | $0.00 | $76.50 |
| TOTAL RETURNED ITEM FEES | $0.00 | $0.00 |

```
-------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S --------------

DATE.....AMOUNT....DESCRIPTION
05/26     729.98 DEPOSIT
06/01   3,000.00 DEPOSIT
06/21     400.00 DEPOSIT

---------------- O T H E R   D E B I T   T R A N S A C T I O N S ----------------

DATE.....AMOUNT....DESCRIPTION
05/18       6.50 POS:05/16     ROSWELL ROADRUNNER 1  ROSWELL        NM
05/19      10.74 POS:05/17     APL  ITUNES.COM BILL  866-712-7753 CA
05/27      33.00 POS:05/26     ALLSUPS 286           ROSWELL        NM
05/27      69.81 POS:05/26     TARGET T-0832         ROSWELL        NM
05/27       7.06 POS:05/27     STRIPES 172           ROSWEL         NM
05/27     377.00 POS:05/27     CHRIS DAVIS SNAP ON  2 CARLSBAD      NM
05/27       5.63 POS:05/27     ALLSUPS   2501 NORTH M ROSWELL       NM
05/27      14.16 POS:05/27     WENDY S  1703         ROSWEL         NM
05/27      17.37 POS:05/27     STRIPES 172           ROSWELL        NM
05/31      10.75 POS:05/27     KFC C750078   43400787 ROSWELL       NM
```



The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE   2
ACCOUNT

STATEMENT PERIOD
05/17/2016 TO 06/21/2016

```
DATE.....AMOUNT....DESCRIPTION
05/31       7.31 POS:05/27     ALLSUPS   2200 S SUNSE ROSWELL      NM
05/31      55.88 POS:05/27     ROCK HEALTH    WELLNESS ROSWELL     NM
05/31      15.48 POS:05/28     MAMA TUCKERS            ROSWELL     NM
05/31      10.00 POS:05/28     STARBUCKS CARD RELOAD   800-782-7282 WA
05/31       8.59 POS:05/28     LITTLE CAESARS 1112 00 ROSWELL      NM
05/31       9.66 POS:05/29     ALLSUPS  0286           ROSWELL     NM
05/31      10.74 POS:05/30     APL   ITUNES.COM BILL   866-712-7753 CA
06/13       6.45 POS:06/12     UE 690 UNITED EXPR      ROSWELL     NM
```

```
------------------------------------- C H E C K S -------------------------------------

DATE.........CHECK NO.......AMOUNT   DATE.........CHECK NO.......AMOUNT
06/01                     3,000.00
```

```
---------------- D A I L Y   B A L A N C E   I N F O R M A T I O N ----------------

DATE.......BALANCE      DATE.......BALANCE      DATE.......BALANCE
05/18       59.43OD     05/27       135.78      06/13         .92
05/19       70.17OD     05/31         7.37      06/21       400.92
05/26      659.81       06/01         7.37
```

Technical Support is available by phone:
Monday - Friday 7:00am - 6:00pm
Saturday 8:00 - 10:00am
or Email us:
onlineservice@jpstonecb.com

J.P. Stone Community Bank



$729.98                    05/26/2016

$3,000.00                  06/01/2016

$400.00                    06/21/2016

$3,000.00                  06/01/2016



The James Polk Stone Community Bank

```
                                0  -  28              PAGE   1
          *******************EXCLUDE-Email       ACCOUNT
          3230 0.7240 EX 0.000   16 1 931

          AUSTIN E HAMBLIN                     STATEMENT PERIOD
          KISKA HAMBLIN                   06/21/2016 TO 07/19/2016
```

```
------------------------ C H E C K I N G  S U M M A R Y -----------------------
                    FASTRAC        -
     CHECKING BALANCE LAST STATEMENT.......           400.92
                         DEPOSITS.............            .00
                         OTHER CREDITS........            .00
                         CHECKS...............            .00
                  12   OTHER DEBITS.........          395.04
     CHECKING BALANCE THIS STATEMENT.......             5.88
------------------------------ F E E  S U M M A R Y ---------------------------
                         TOTAL FEES IMPOSED             .00
------------------ SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES ----------------
```

|                          | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|--------------------------|-----------------------|--------------------|
| TOTAL OVERDRAFT FEES     | $0.00                 | $76.50             |
| TOTAL RETURNED ITEM FEES | $0.00                 | $0.00              |

```
---------------- O T H E R  D E B I T  T R A N S A C T I O N S ----------------

DATE.....AMOUNT....DESCRIPTION
06/22     7.50 POS:06/21     MARSHALLS MARSHALLS   ROSWELL      NM
06/22     5.63 POS:06/21     ALLSUPS   501 WEST MCG ROSWELL     NM
06/22    11.69 POS:06/21     UE 690 UNITED EXPR    ROSWELL      NM
06/22    24.38 POS:06/22     CHURCH S FRIED CHI    ROSWELL      NM
06/22   177.20 POS:06/22     TARGET T-0832         ROSWELL      NM
06/22    85.00 XCBL ENERGY-SPS  XCELENERGY                  0017620247
06/23    14.86 POS:06/22     UE 690 UNITED EXPR    ROSWELL      NM
06/24     3.52 POS:06/24     SONIC DRIVE IN  2834  ROSWELL      NM
06/24    40.00 NM GAS COMPANY  nmgas web                    0012440516
06/27     8.99 POS:06/26     NETFLIX.COM           LOS GATOS    CA
07/05     8.28 POS:07/01     TJS DINER             ROSWELL      NM
07/05     7.99 POS:07/03     HLU HULU 73659807-U   HULU.COM BILLCA
```

```
---------------- D A I L Y  B A L A N C E  I N F O R M A T I O N ---------------

DATE.......BALANCE      DATE.......BALANCE      DATE.......BALANCE
06/22       89.52       06/24       31.14       07/05        5.88
06/23       74.66       06/27       22.15
```

The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE  2
ACCOUNT

STATEMENT PERIOD
06/21/2016 TO 07/19/2016

Technical Support is available by phone:
Monday – Friday 7:00am – 6:00pm
Saturday 8:00 – 10:00am
or Email us:
onlineservice@jpstonecb.com

371



The James Polk Stone Community Bank

```
                              1  -  28              PAGE  1
           ******************EXCLUDE-Email          ACCOUNT
           3258 0.7240 EX 0.000    16 1 954
                                                    STATEMENT PERIOD
           AUSTIN E HAMBLIN                         07/19/2016 TO 08/16/2016
           KISKA HAMBLIN
```

```
------------------------- C H E C K I N G   S U M M A R Y -------------------------
                    FASTRAC            -
     CHECKING BALANCE LAST STATEMENT.......                5.88
                              1   DEPOSITS.............    200.00
                                  OTHER CREDITS........      .00
                                  CHECKS...............      .00
                             12   OTHER DEBITS.........    198.82
     CHECKING BALANCE THIS STATEMENT.......                7.06
---------------------------- F E E   S U M M A R Y ----------------------------
                              TOTAL FEES IMPOSED           .00
------------------ SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES ------------------
```

|  | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | $0.00 | $76.50 |
| TOTAL RETURNED ITEM FEES | $0.00 | $0.00 |

```
-------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S --------------

DATE.....AMOUNT....DESCRIPTION
07/29     200.00 DEPOSIT

---------------- O T H E R   D E B I T   T R A N S A C T I O N S ----------------

DATE.....AMOUNT....DESCRIPTION
08/01       8.99 POS:07/30     PAYPAL  NETFLIX.COM    4029357733  CA
08/01       3.56 POS:07/31     ALLSUPS   202 WEST 1ST IDALOU      TX
08/01      97.30 POS:07/31     WAL-MART SUPER CENTER  LUBBOCK     TX
08/01      10.74 POS:08/01     APL  ITUNES.COM BILL   866-712-7753 CA
08/01      15.00 POS:08/01     STARBUCKS CARD RELOAD  800-782-7282 WA
08/01      10.00 POS:08/01     UE 690 UNITED EXPR     ROSWELL     NM
08/02       9.44 POS:08/01     NST THE HOME DEPOT 971 ROSWELL     NM
08/02       5.53 POS:08/02     SONIC DRIVE IN  2807   ROSWELL     NM
08/03      20.00 POS:08/02     UE 690 UNITED EXPR     ROSWELL     NM
08/03       5.89 POS:08/03     PECOS VALLEY TOBACCO C ROSWELL     NM
08/03       7.99 POS:08/03     HLU HULU 73659807-U    HULU.COM BILLCA
08/03       4.38 POS:08/03     UE 690 UNITED EXPR     ROSWELL     NM
```

372



The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE
ACCOUNT

STATEMENT PERIOD
07/19/2016 TO 08/16/2016

DATE.....AMOUNT....DESCRIPTION

---------------- D A I L Y  B A L A N C E  I N F O R M A T I O N ----------------

| DATE.......BALANCE | DATE.......BALANCE | DATE.......BALANCE |
|---|---|---|
| 07/29      205.88 | 08/02       45.32 | |
| 08/01       60.29 | 08/03        7.06 | |

----------------------------------------------------------------------------------

Technical Support is available by phone:
Monday - Friday 7:00am - 6:00pm
Saturday 8:00 - 10:00am
or Email us:
onlineservice@jpstonecb.com

373

J.P. Stone Community Bank



$200.00                    07/29/2016

374



The James Polk Stone Community Bank

```
                                        3  -  28           PAGE  1
                    ********************EXCLUDE-Email        ACCOUNT  [REDACTED]
                    3287 0.5900 EX 0.000     16 1 967
                                                           STATEMENT PERIOD
                    AUSTIN E HAMBLIN                        08/16/2016 TO 09/20/2016
                    KISKA HAMBLIN
                    [REDACTED]
```

------------------------- C H E C K I N G   S U M M A R Y --------------------------
```
                    FASTRAC              -        [REDACTED]
        CHECKING BALANCE LAST STATEMENT.......              7.06
                        3   DEPOSITS..............        615.00
                            OTHER CREDITS........            .00
                            CHECKS...............            .00
                       20   OTHER DEBITS.........        595.58
        CHECKING BALANCE THIS STATEMENT.......             26.48
```
---------------------------- F E E   S U M M A R Y ----------------------------
```
                            TOTAL FEES IMPOSED             .00
```
------------------ SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES ------------------

|                        | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|------------------------|-----------------------|--------------------|
| TOTAL OVERDRAFT FEES   | $0.00                 | $76.50             |
| TOTAL RETURNED ITEM FEES | $0.00               | $0.00              |

-------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S --------------

```
DATE.....AMOUNT....DESCRIPTION
08/23    150.00 DEPOSIT
09/01     60.00 DEPOSIT
09/16    405.00 DEPOSIT
```

---------------- O T H E R   D E B I T   T R A N S A C T I O N S ----------------

```
DATE.....AMOUNT....DESCRIPTION
08/23     61.95 POS:08/22      PAYPAL   CYCLEATVLIQ    SAN JOSE      CA
08/23     86.80 POS:08/22      PAYPAL   ZOOM ZOOM      SAN JOSE      CA
08/26      7.52 POS:08/25      SQ  BADLANDS BBQ        ROSWELL       NM
09/02     44.35 POS:09/02      PAYPAL   COALERSYSTE    4029357733    CA
09/06      8.60 POS:09/02      REDBOX   DVD RENTAL     866-733-2693  IL
09/06      5.78 POS:09/02      BURRITOS AND MORE       ROSWELL       NM
09/19     35.44 POS:09/16      MARSHALLS MARSHALLS     ROSWELL       NM
09/19      5.63 POS:09/17      ALLSUPS   2515 WEST 2N  ROSWELL       NM
09/19     10.00 POS:09/17      STARBUCKS CARD RELOAD   800-782-7282  WA
09/19     63.00 POS:09/17      ROSWELL ROADRUNNER 1    ROSWELL       NM
```

 The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE  2
ACCOUNT

STATEMENT PERIOD
08/16/2016 TO 09/20/2016

```
DATE.....AMOUNT....DESCRIPTION
09/19        8.99 POS:09/18      PAYPAL   NETFLIX.COM    4029357733   CA
09/19       21.39 POS:09/18      WHATABURGER 731     Q26 ROSWELL      NM
09/19        2.14 POS:09/19      WENDY S  1703            ROSWEL       NM
09/19        5.63 POS:09/19      ALLSUPS  0136            ROSWELL      NM
09/19       11.38 POS:09/19      TACO BELL  22079         ROSWELL      NM
09/19        5.11 POS:09/19      REDBOX  DVD RENTAL       866-733-2693 IL
09/19       19.88 POS:09/19      NAPA AUTO PARTS OF ROS ROSWELL       NM
09/19       60.00 ATM:09/16      1901 N MAIN             ROSWELL      NM
09/19      124.00 XCEL ENERGY-SPS  XCELENERGY                    0010006015
09/20        7.99 POS:09/20      HLU HULU 73659807-U    HULU.COM BILLCA
```

--------------- D A I L Y  B A L A N C E  I N F O R M A T I O N ---------------

```
DATE.......BALANCE        DATE.......BALANCE        DATE.......BALANCE
08/23        8.31         09/02       16.44         09/19        34.47
08/26         .79         09/06        2.06         09/20        26.48
09/01       60.79         09/16      407.06
```

------------------------------------------------------------------------------

Ask us about our Merchant Services! We offer competitive
pricing and EMV compatible solutions to suit your business
needs;
- One Source of Funding for all Major Card Types
- Customizable Point of Sale; eCommerce & Mobile Solutions
- Gift, Loyalty and Business Analytics Solutions
- 24/7 U.S. Based Technical Support
Save time & money! Learn more; call Amanda 1-575-356-6601

376

J.P. Stone Community Bank                                             Image Page  3



$150.00                          08/23/2016



$405.00                          09/16/2016



$60.00                           09/01/2016



The James Polk Stone Community Bank

```
                              3  -  28              PAGE  1
              ********************EXCLUDE-Email      ACCOUNT    [REDACTED]
              3220 0.8360 EX 0.000    16 1 952
                                                    STATEMENT PERIOD
              AUSTIN E HAMBLIN                       09/20/2016 TO 10/18/2016
              KISKA HAMBLIN
              [REDACTED]
```

```
---------------------- C H E C K I N G   S U M M A R Y ------------------------
                    FASTRAC          -
   CHECKING BALANCE LAST STATEMENT.......  [REDACTED]        26.48
                         3   DEPOSITS..............      1,170.00
                             OTHER CREDITS........           .00
                             CHECKS...............           .00
                        34   OTHER DEBITS.........        939.51
   CHECKING BALANCE THIS STATEMENT.......                 256.97
------------------------------ F E E   S U M M A R Y ---------------------------
                             TOTAL FEES IMPOSED            .00
------------------ SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES -----------------
```

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | $0.00 | $76.50 |
| TOTAL RETURNED ITEM FEES | $0.00 | $0.00 |

```
-------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S -----------

DATE.....AMOUNT....DESCRIPTION
09/22      40.00 DEPOSIT
09/23     700.00 DEPOSIT
10/14     430.00 DEPOSIT

----------------- O T H E R   D E B I T   T R A N S A C T I O N S --------------

DATE.....AMOUNT....DESCRIPTION
09/21      40.00 NM GAS COMPANY    nmgas web                    0014951592
09/26      21.03 POS:09/23         HASTINGS           ROSWELL      NM
09/26      33.60 POS:09/23         ALBERSTONS  691    ROSEWELL     NM
09/26      33.09 POS:09/23         TARGET T-0832      ROSWELL      NM
09/26       6.32 POS:09/24         UE 690 UNITED EXPR ROSWELL      NM
09/26      23.00 POS:09/24         UE 690 UNITED EXPR ROSWELL      NM
09/26      17.17 POS:09/25         WAL-MART SUPER CENTER ROSWELL   NM
09/26      13.72 POS:09/25         WM SUPERCENTER     ROSWELL      NM
09/26     442.78 POS:09/25         AT T BILL PAYMENT  08002882020  TX
09/26       6.10 POS:09/26         CONOCO - STRIPES 138 ROSWELL    NM
```

378



The **James Polk Stone Community Bank**

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE  2
ACCOUNT

STATEMENT PERIOD
09/20/2016 TO 10/18/2016

| DATE | AMOUNT | DESCRIPTION | | | |
|------|--------|-------------|--|--|--|
| 09/26 | 7.26 | POS:09/26 | REDBOX   DVD RENTAL | 866-733-2693 | IL |
| 09/26 | 43.17 | POS:09/26 | DENNY S  6234 | ROSWELL | NM |
| 09/26 | 6.33 | POS:09/26 | CONOCO - STRIPES 171 | ROSWELL | NM |
| 09/26 | 9.32 | POS:09/26 | MCDONALD S F8084 | ROSWELL | NM |
| 09/27 | 8.68 | POS:09/27 | SONIC DRIVE IN  4141 | ROSWELL | NM |
| 09/27 | 7.87 | POS:09/27 | UE 690 UNITED EXPR | ROSWELL | NM |
| 09/27 | 9.87 | POS:09/27 | ALLSUPS   501 WEST MCG | ROSWELL | NM |
| 09/28 | 5.38 | POS:09/27 | REDBOX   DVD RENTAL | 866-733-2693 | IL |
| 09/28 | 12.88 | POS:09/28 | LITTLE CAESARS 1112 00 | ROSWELL | NM |
| 09/30 | 6.86 | POS:09/30 | SONIC DRIVE IN  2807 | ROSWELL | NM |
| 09/30 | 4.98 | POS:09/30 | UE 690 UNITED EXPR | ROSWELL | NM |
| 10/05 | 1.59 | POS:10/05 | UE 690 UNITED EXPR | ROSWELL | NM |
| 10/07 | 5.08 | POS:10/07 | PECOS VALLEY TOBACCO C | ROSWELL | NM |
| 10/14 | 39.30 | POS:10/14 | WAL-MART  0611 | ROSWELL | NM |
| 10/17 | 13.11 | POS:10/14 | STRIPES 171 | ROSWELL | NM |
| 10/17 | 11.80 | POS:10/15 | ALBERTSONS  690 | ROSWELL | NM |
| 10/17 | 8.06 | POS:10/15 | FAMILY DOLLAR | ROSWELL | NM |
| 10/17 | 9.99 | POS:10/16 | PAYPAL  NETFLIX.COM | SAN JOSE | CA |
| 10/17 | 17.92 | POS:10/16 | SONIC DRIVE IN  2800 | ROSWELL | NM |
| 10/17 | 3.76 | POS:10/17 | REDBOX  DVDRESERVATION | 866-733-2693 | IL |
| 10/17 | 3.00 | POS:10/17 | UE 690 UNITED EXPR | ROSWELL | NM |
| 10/18 | 25.00 | POS:10/17 | MURPHY EXPRESS | ROSWELL | NM |
| 10/18 | 21.49 | POS:10/18 | CHURCH S FRIED CHI | ROSWELL | NM |
| 10/18 | 20.00 | ATM:10/18 | 1801 MAIN STREET | ROSWELL | NM |

---------------- D A I L Y  B A L A N C E  I N F O R M A T I O N ----------------

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 09/21 | 13.52OD | 09/27 | 37.17 | 10/07 | .40 |
| 09/22 | 26.48 | 09/28 | 18.91 | 10/14 | 391.10 |
| 09/23 | 726.48 | 09/30 | 7.07 | 10/17 | 323.46 |
| 09/26 | 63.59 | 10/05 | 5.48 | 10/18 | 256.97 |



**The James Polk Stone Community Bank**

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE   3
ACCOUNT

STATEMENT PERIOD
09/20/2016 TO 10/18/2016

Ask us about our Merchant Services! We offer competitive
pricing and EMV compatible solutions to suit your business
needs;
- One Source of Funding for all Major Card Types
- Customizable Point of Sale; eCommerce & Mobile Solutions
- Gift, Loyalty and Business Analytics Solutions
- 24/7 U.S. Based Technical Support
Save time & money! Learn more; call Amanda 1-575-356-6601

380

J.P. Stone Community Bank



$430.00          10/14/2016



$40.00          09/22/2016



$700.00          09/23/2016



**The James Polk Stone Community Bank**

```
                               3  -  28              PAGE  1
          ********************EXCLUDE-Email        ACCOUNT
          3219 0.7500 EX 0.000    16 1 961

          AUSTIN E HAMBLIN                      STATEMENT PERIOD
          KISKA HAMBLIN                     10/18/2016 TO 11/15/2016
```

```
--------------------- C H E C K I N G   S U M M A R Y -----------------------
                    FASTRAC         -
       CHECKING BALANCE LAST STATEMENT.......              256.97
                           3   DEPOSITS.............      1,013.00
                               OTHER CREDITS........           .00
                               CHECKS...............           .00
                          43   OTHER DEBITS.........      1,268.24
       CHECKING BALANCE THIS STATEMENT.......                1.73
---------------------------- F E E   S U M M A R Y --------------------------
                               TOTAL FEES IMPOSED            .00
----------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES ---------------
```

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | $0.00 | $76.50 |
| TOTAL RETURNED ITEM FEES | $0.00 | $0.00 |

```
-------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S -------------

DATE.....AMOUNT....DESCRIPTION
10/24    300.00 DEPOSIT
10/28    163.00 DEPOSIT
11/04    550.00 DEPOSIT

---------------- O T H E R   D E B I T   T R A N S A C T I O N S  ----------------

DATE.....AMOUNT....DESCRIPTION
10/19      9.32 POS:10/18    SY8 BURGER KING  18762 ROSWELL        NM
10/19     15.05 POS:10/18    SQ  SQ  BADLANDS BBQ   ROSWELL        NM
10/19     40.50 POS:10/19    ALBERTSONS   690       ROSWELL        NM
10/20     39.74 POS:10/19    WALGREENS 1200 S MAIN  ROSWELL        NM
10/20     10.69 POS:10/19    FATS BURRITOS          ROSWELL        NM
10/20      7.99 POS:10/20    HLU HULU 73659807-U    HULU.COM BILLCA
10/20     36.92 POS:10/20    SAM MCCAW MATCO TOOLS  LAKE ARTHUR    NM
10/21     15.38 POS:10/20    STRIPES 172            ROSWELL        NM
10/21     11.91 POS:10/21    GOLDEN CORRAL -  580   ROSWELL        NM
10/24      7.29 POS:10/21    BURRITOS AND MORE      ROSWELL        NM
```



The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE    2
ACCOUNT

STATEMENT PERIOD
10/18/2016 TO 11/15/2016

| DATE | AMOUNT | DESCRIPTION | | | |
|------|--------|-------------|---|---|---|
| 10/24 | 18.20 | POS:10/23 | BUFFALO WILD WINGS 060 | ROSWELL | NM |
| 10/25 | 33.68 | POS:10/24 | WALGREENS 1200 S MAIN | ROSWELL | NM |
| 10/25 | 16.27 | POS:10/25 | WALGREENS STORE | ROSWELL | NM |
| 10/26 | 10.20 | POS:10/25 | ALBERTSONS   690 | ROSWELL | NM |
| 10/27 | 10.75 | POS:10/27 | MI CASITA ROSWELL | ROSWELL | NM |
| 10/27 | 25.00 | POS:10/27 | SAM MCCAW MATCO TOOLS | LAKE ARTHUR | NM |
| 10/28 | 16.09 | POS:10/27 | ALBERTSONS   690 | ROSWELL | NM |
| 10/28 | 15.05 | POS:10/27 | SQ  SQ  BADLANDS BBQ | ROSWELL | NM |
| 10/28 | 24.44 | POS:10/28 | UE 690 UNITED EXPR | ROSWELL | NM |
| 10/28 | 5.06 | POS:10/28 | STRIPES 182 | ROSWELL | NM |
| 10/31 | 22.62 | POS:10/29 | BUFFALO WILD WINGS 060 | ROSWELL | NM |
| 10/31 | 16.13 | POS:10/29 | REDBOX  DVD RENTAL | 866-733-2693 | IL |
| 10/31 | 3.49 | POS:10/29 | ALBERSTONS   691 | ROSEWELL | NM |
| 10/31 | 16.66 | POS:10/30 | FAMILY DOLLAR | ROSWELL | NM |
| 10/31 | 58.54 | POS:10/30 | ALBERSTONS   691 | ROSEWELL | NM |
| 10/31 | 6.93 | POS:10/30 | MARTIN S CAPITOL CAF | ROSWELL | NM |
| 10/31 | 23.18 | POS:10/31 | TUESDAY MORNING   0915 | ROSWELL | NM |
| 10/31 | 18.90 | POS:10/31 | KFC C750078 | ROSWELL | NM |
| 11/01 | 20.00 | POS:10/31 | STRIPES 182 | ROSWELL | NM |
| 11/01 | 8.14 | POS:11/01 | SONIC DRIVE IN  2807 | ROSWELL | NM |
| 11/01 | 23.56 | POS:11/01 | DOMINO S 6534 | ROSWELL | NM |
| 11/02 | 8.99 | POS:11/01 | UE 690 UNITED EXPR | ROSWELL | NM |
| 11/02 | 10.30 | POS:11/01 | MCDONALD S F8084 | ROSWELL | NM |
| 11/02 | 8.18 | POS:11/02 | MCDONALD S F2427 | ROSWELL | NM |
| 11/02 | 38.04 | POS:11/02 | PAYPAL  RTGAUTOMOTI | SAN JOSE | CA |
| 11/02 | 20.00 | ATM:11/02 | 1801 MAIN STREET | ROSWELL | NM |
| 11/03 | 3.49 | POS:11/02 | ALLSUPS   501 WEST MCG | ROSWELL | NM |
| 11/03 | 9.34 | POS:11/03 | ELIS BISTRO INC | ROSWELL | NM |
| 11/03 | 20.00 | POS:11/03 | SAM MCCAW MATCO TOOLS | LAKE ARTHUR | NM |
| 11/07 | 37.63 | POS:11/05 | MAIN STREET MARKET | ROSWELL | NM |
| 11/07 | 489.22 | POS:11/06 | AT T BILL PAYMENT | 08002882020 | TX |
| 11/07 | 30.37 | POS:11/07 | PORTOFINO ITALIAN REST | ROSWELL | NM |
| 11/07 | 5.00 | POS:11/07 | UE 690 UNITED EXPR | ROSWELL | NM |

---------------- D A I L Y  B A L A N C E  I N F O R M A T I O N ----------------

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 10/19 | 192.10 | 10/24 | 343.98 | 10/27 | 248.08 |
| 10/20 | 96.76 | 10/25 | 294.03 | 10/28 | 350.44 |
| 10/21 | 69.47 | 10/26 | 283.83 | 10/31 | 183.99 |



The **James Polk Stone Community Bank**

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE  3
ACCOUNT

STATEMENT PERIOD
10/18/2016 TO 11/15/2016

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 11/01 | 132.29 | 11/03 | 13.95 | 11/07 | 1.73 |
| 11/02 | 46.78 | 11/04 | 563.95 | | |

---

Ask us about our Merchant Services! We offer competitive
pricing and EMV compatible solutions to suit your business
needs;
- One Source of Funding for all Major Card Types
- Customizable Point of Sale; eCommerce & Mobile Solutions
- Gift, Loyalty and Business Analytics Solutions
- 24/7 U.S. Based Technical Support
Save time & money! Learn more; call Amanda 1-575-356-6601

384



$163.00                                                      10/28/2016



$300.00                                                      10/24/2016



$550.00                                                      11/04/2016

The ☀ James Polk Stone Community Bank

```
                                    8  -  28              PAGE  1
             ********************EXCLUDE-Email      ACCOUNT
             3229 0.7500 EX 0.000    16 1 976

             AUSTIN E HAMBLIN                  STATEMENT PERIOD
             KISKA HAMBLIN                 11/15/2016 TO 12/20/2016
```

----------------------- C H E C K I N G   S U M M A R Y -----------------------
                    FASTRAC        -
```
     CHECKING BALANCE LAST STATEMENT.......              1.73
                            6  DEPOSITS..............   2,742.53
                               OTHER CREDITS........        .00
                            2  CHECKS...............     725.00
                           51  OTHER DEBITS.........   1,883.57
     CHECKING BALANCE THIS STATEMENT.......             135.69
```
---------------------------- F E E   S U M M A R Y ----------------------------
```
                            TOTAL FEES IMPOSED          .00
```
------------------ SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES ------------------

|                          | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|--------------------------|-----------------------|--------------------|
| TOTAL OVERDRAFT FEES     | $0.00                 | $76.50             |
| TOTAL RETURNED ITEM FEES | $0.00                 | $0.00              |

-------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S --------------

```
DATE.....AMOUNT....DESCRIPTION
11/18    462.53 DEPOSIT
12/02    800.00 DEPOSIT
12/09    700.00 DEPOSIT
12/12     30.00 DEPOSIT
12/16    650.00 DEPOSIT
12/20    100.00 DEPOSIT
```

----------------- O T H E R   D E B I T   T R A N S A C T I O N S -----------------

```
DATE.....AMOUNT....DESCRIPTION
11/21      9.99 POS:11/18     PAYPAL   NETFLIX.COM    SAN JOSE    CA
11/21     20.00 POS:11/18     ALLSUPS  0335           ROSWELL     NM
11/21      6.88 POS:11/18     CONOCO - STRIPES 171    ROSWELL     NM
11/21      7.51 POS:11/18     TARGET T- 2725 N MAIN   ROSWELL     NM
11/21     50.00 POS:11/19     CHRIS DAVIS SNAP ON  2  CARLSBAD    NM
11/21     20.53 POS:11/19     PANDA EXPRESS  2529     ROSWELL     NM
11/21     56.92 POS:11/19     ALBERTSONS  690         ROSWELL     NM
```

 The  James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE
ACCOUNT

STATEMENT PERIOD
11/15/2016 TO 12/20/2016

| DATE | AMOUNT | DESCRIPTION | | | |
|---|---|---|---|---|---|
| 11/21 | 25.79 | POS:11/20 | KFC C750078 | ROSWELL | NM |
| 11/22 | 8.88 | POS:11/21 | ALBERSTONS 691 | ROSEWELL | NM |
| 11/22 | 7.05 | POS:11/21 | DOLLAR-GE 1012 S MAIN | ROSWELL | NM |
| 11/22 | 10.61 | POS:11/22 | MCDONALD S F2427 | ROSWELL | NM |
| 11/22 | 190.00 | XCEL ENERGY-SPS | XCELENERGY | 0013464267 | |
| 11/23 | 25.80 | POS:11/23 | REDBOX DVD RENTAL | 866-733-2693 | IL |
| 11/25 | 9.41 | POS:11/24 | SONIC DRIVE IN 2800 | ROSWELL | NM |
| 11/25 | 14.00 | POS:11/24 | SAM MCCAW MATCO TOOLS | LAKE ARTHUR | NM |
| 12/05 | 38.38 | POS:12/02 | NNT KMART 7017 | 260 ROSWELL | NM |
| 12/05 | 110.00 | POS:12/03 | CHRIS DAVIS SNAP ON 2 | CARLSBAD | NM |
| 12/05 | 20.00 | POS:12/03 | ROSWELL ROADRUNNER 1 | ROSWELL | NM |
| 12/05 | 15.85 | POS:12/03 | DOMINO S 6534 | ROSWELL | NM |
| 12/05 | 13.95 | POS:12/03 | SY8 BURGER KING 18070 | ROSWELL | NM |
| 12/05 | 30.08 | POS:12/04 | ALBERTSONS 690 | ROSWELL | NM |
| 12/05 | 10.00 | POS:12/05 | STARBUCKS CARD RELOAD | 800-782-7282 | WA |
| 12/05 | 100.00 | ATM:12/05 | 1801 MAIN STREET | ROSWELL | NM |
| 12/07 | 14.54 | POS:12/06 | UE 690 UNITED EXPR | ROSWELL | NM |
| 12/07 | 1.82 | POS:12/06 | UE 690 UNITED EXPR | ROSWELL | NM |
| 12/07 | 11.04 | POS:12/07 | ALBERSTONS 691 | ROSEWELL | NM |
| 12/09 | 6.29 | POS:12/09 | ALBERTSONS 690 | ROSWELL | NM |
| 12/12 | 12.60 | POS:12/09 | SY8 BURGER KING 18461 | ROSWELL | NM |
| 12/12 | 33.27 | POS:12/09 | WALGREENS 1200 S MAIN | ROSWELL | NM |
| 12/12 | 31.66 | POS:12/09 | WALGREENS 1200 S MAIN | ROSWELL | NM |
| 12/12 | 17.18 | POS:12/09 | WALGREENS 1200 S MAIN | ROSWELL | NM |
| 12/12 | 100.00 | POS:12/10 | CHRIS DAVIS SNAP ON 2 | CARLSBAD | NM |
| 12/12 | 42.99 | POS:12/10 | FAMOUS FOOTWEAR 2577 | ROSWELL | NM |
| 12/12 | 26.81 | POS:12/10 | WM SUPERCENTER | ROSWELL | NM |
| 12/12 | 13.52 | POS:12/11 | ALLSUPS 0289 | ROSWELL | NM |
| 12/12 | 10.20 | POS:12/11 | ALBERTSONS 690 | ROSWELL | NM |
| 12/12 | 431.29 | POS:12/11 | AT T BILL PAYMENT | 08002882020 | TX |
| 12/13 | 15.00 | POS:12/13 | WEST 2ND SHAMROCK | ROSWELL | NM |
| 12/15 | 20.00 | POS:12/15 | SAM MCCAW MATCO TOOLS | LAKE ARTHUR | NM |
| 12/19 | 54.56 | POS:12/16 | WALGREENS 1200 S MAIN | ROSWELL | NM |
| 12/19 | 10.41 | POS:12/17 | MCDONALD S F2427 | ROSWELL | NM |
| 12/19 | 20.00 | POS:12/17 | STRIPES 182 | ROSWELL | NM |
| 12/19 | 2.25 | POS:12/17 | AUTOZONE 2515 | ROSWELL | NM |
| 12/19 | 33.29 | POS:12/17 | BIG LOTS STORES | ROSWELL | NM |
| 12/19 | 26.05 | POS:12/17 | TRACTOR SUPPLY | ROSWELL | NM |
| 12/19 | 9.99 | POS:12/18 | PAYPAL NETFLIX.COM | SAN JOSE | CA |

387

The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE  3
ACCOUNT

STATEMENT PERIOD
11/15/2016 TO 12/20/2016

```
DATE.....AMOUNT....DESCRIPTION
12/19      5.36 POS:12/18      ALBERTSONS  690          ROSWELL      NM
12/19     12.06 POS:12/18      WHATABURGER 731    Q26 ROSWELL      NM
12/19     23.62 POS:12/19      DOMINO S 6530           ROSWELL      NM
12/19      2.19 POS:12/19      STRIPES 141             ROSWELL      NM
12/20     93.95 POS:12/19      PAYPAL  AUTOSPRINGC     SAN JOSE     CA
```

------------------------------- C H E C K S ---------------------------------

```
DATE.........CHECK NO.......AMOUNT   DATE.........CHECK NO.......AMOUNT
12/02                       400.00   12/19     *              325.00
```

---------------- D A I L Y   B A L A N C E   I N F O R M A T I O N ---------------

```
DATE.......BALANCE       DATE.......BALANCE        DATE.......BALANCE
11/18      464.26        12/02      400.89         12/13        24.42
11/21      266.64        12/05       62.63         12/15         4.42
11/22       50.10        12/07       35.23         12/16       654.42
11/23       24.30        12/09      728.94         12/19       129.64
11/25        .89         12/12       39.42         12/20       135.69
```

Ask us about our Merchant Services! We offer competitive
pricing and EMV compatible solutions to suit your business
needs;
- One Source of Funding for all Major Card Types
- Customizable Point of Sale; eCommerce & Mobile Solutions
- Gift, Loyalty and Business Analytics Solutions
- 24/7 U.S. Based Technical Support
Save time & money! Learn more; call Amanda 1-575-356-6601

388

J.P. Stone Community Bank
Account: 3237117

PG 4 OF 4



11/18/2016    $462.53

2/12/2016    $30.00

12/16/2016    $650.00

2/2/2016    $800.00

/20/2016    $100.00

12/9/2016    $700.00

12/19/2016    $325.00

12/2/2016    $400.00

389

The  James Polk Stone Community Bank

```
                                          5  -  28              PAGE  1
                    *******************EXCLUDE-Email           ACCOUNT
                    3185 0.7500 EX 0.000    13 1 970
                                                              STATEMENT PERIOD
                    AUSTIN E HAMBLIN                          12/20/2016 TO 01/17/2017
                    KISKA HAMBLIN
```

```
------------------------ C H E C K I N G   S U M M A R Y -----------------------
                         FASTRAC      -
         CHECKING BALANCE LAST STATEMENT......            135.69
                               4   DEPOSITS.............  2,370.00
                                   OTHER CREDITS........       .00
                               1   CHECKS...............    287.47
                              51   OTHER DEBITS.........  2,066.15
         CHECKING BALANCE THIS STATEMENT.......           152.07
------------------------------- F E E   S U M M A R Y --------------------------
                                   TOTAL FEES IMPOSED         .00
----------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES ------------------
```

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | $0.00 | $76.50 |
| TOTAL RETURNED ITEM FEES | $0.00 | $0.00 |

```
-------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S -------------
```

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 12/22 | 700.00 | DEPOSIT |
| 01/03 | 200.00 | DEPOSIT |
| 01/06 | 720.00 | DEPOSIT |
| 01/13 | 750.00 | DEPOSIT |

```
----------------- O T H E R   D E B I T   T R A N S A C T I O N S ----------------
```

| DATE | AMOUNT | DESCRIPTION | | | |
|---|---|---|---|---|---|
| 12/21 | 8.68 | POS:12/21 | MCDONALD S F8084 | ROSWELL | NM |
| 12/21 | 82.52 | POS:12/21 | TARGET T-0832 | ROSWELL | NM |
| 12/22 | 1.82 | POS:12/21 | UE 690 UNITED EXPR | ROSWELL | NM |
| 12/22 | 12.66 | POS:12/21 | TARGET T- 2725 N MAIN | ROSWELL | NM |
| 12/22 | 6.64 | POS:12/21 | ANDREWS DONUTS | ROSWELL | NM |
| 12/22 | 3.88 | POS:12/22 | ALLSUPS   411 WEST 2ND | ROSWELL | NM |
| 12/22 | 20.20 | POS:12/22 | TARGET T- 2725 N MAIN | ROSWELL | NM |
| 12/23 | 230.00 | POS:12/23 | CHRIS DAVIS SNAP ON  2 | CARLSBAD | NM |
| 12/23 | 12.86 | POS:12/23 | ALBERSTONS  691 | ROSEWELL | NM |

390



The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE 2
ACCOUNT

STATEMENT PERIOD
12/20/2016 TO 01/17/2017

| DATE | AMOUNT | DESCRIPTION | | | |
|------|--------|-------------|---|---|---|
| 12/23 | 6.11 | POS:12/23 | WALGREENS STORE | ROSWELL | NM |
| 12/23 | 112.73 | POS:12/23 | WAL-MART SUPER CENTER | ROSWELL | NM |
| 12/23 | 10.84 | POS:12/23 | MCDONALD S F36715 | ROSWELL | NM |
| 12/27 | 15.00 | POS:12/23 | UE 690 UNITED EXPR | ROSWELL | NM |
| 12/27 | 20.00 | POS:12/24 | WAKEFIELD OIL CO | ROSWELL | NM |
| 12/27 | 1.39 | POS:12/25 | APL  ITUNES.COM BILL | 866-712-7753 | CA |
| 01/03 | 1.61 | POS:01/02 | REDBOX  DVD RENTAL | OAKBROOK TER | IL |
| 01/04 | 15.00 | POS:01/04 | UE 690 UNITED EXPR | ROSWELL | NM |
| 01/04 | 28.02 | POS:01/04 | WALGREENS 1835 N MAIN | ROSWELL | NM |
| 01/04 | 77.00 | XCEL ENERGY-SPS | XCELENERGY | 0014198849 | |
| 01/05 | 5.34 | POS:01/04 | STRIPES 182 | ROSWELL | NM |
| 01/05 | 50.00 | POS:01/05 | SAM MCCAW MATCO TOOLS | LAKE ARTHUR | NM |
| 01/09 | 25.78 | POS:01/06 | WALGREENS 1200 S MAIN | ROSWELL | NM |
| 01/09 | 9.33 | POS:01/07 | WHATABURGER 731  Q26 | ROSWELL | NM |
| 01/09 | 23.75 | POS:01/07 | ALBERSTONS  691 | ROSEWELL | NM |
| 01/09 | 21.49 | POS:01/07 | PETCO 1468 | ROSWELL | NM |
| 01/09 | 30.00 | POS:01/07 | MURPHY EXPRESS | ROSWELL | NM |
| 01/09 | 50.04 | POS:01/07 | ALBERTSONS  690 | ROSWELL | NM |
| 01/09 | 32.42 | POS:01/08 | NST THE HOME DEPOT 072 | ROSWELL | NM |
| 01/09 | 20.39 | POS:01/08 | DAIRY QUEEN  13687 QPS | ROSWELL | NM |
| 01/09 | 50.00 | POS:01/09 | CENTURYLINK | 800-244-1111 | LA |
| 01/09 | 250.00 | POS:01/09 | AT T BILL PAYMENT | 08002882020 | TX |
| 01/10 | 25.95 | POS:01/09 | LEGACY INMATE | 800  670-001 | CA |
| 01/10 | 15.32 | POS:01/10 | REDBOX  DVD RENTAL | 866-733-2693 | IL |
| 01/10 | 5.38 | POS:01/10 | LITTLE CAESARS 1112 00 | ROSWELL | NM |
| 01/11 | 34.00 | POS:01/11 | NEW MEXICO MVD | 08004874567 | GA |
| 01/11 | 1.25 | POS:01/11 | OPC  NEW MEXICO MVD | 08004874567 | AL |
| 01/12 | 46.44 | POS:01/11 | WALGREENS 1835 N MAIN | ROSWELL | NM |
| 01/12 | 25.00 | POS:01/12 | SAM MCCAW MATCO TOOLS | LAKE ARTHUR | NM |
| 01/13 | 15.65 | POS:01/13 | NNT BURRITO EXPRESS361 | ROSWELL | NM |
| 01/13 | 20.00 | POS:01/13 | UE 690 UNITED EXPR | ROSWELL | NM |
| 01/17 | 63.56 | POS:01/13 | TARGET T-0832 | ROSWELL | NM |
| 01/17 | 20.06 | POS:01/13 | MCDONALD S F36715 | ROSWELL | NM |
| 01/17 | 250.00 | POS:01/14 | AT T BILL PAYMENT | 08002882020 | TX |
| 01/17 | 29.01 | POS:01/14 | LJS  70072 | ROSWELL | NM |
| 01/17 | 160.00 | POS:01/14 | CHRIS DAVIS SNAP ON  2 | CARLSBAD | NM |
| 01/17 | 20.18 | POS:01/15 | ALBERSTONS  691 | ROSEWELL | NM |
| 01/17 | 13.66 | POS:01/15 | STRIPES 182 | ROSWELL | NM |
| 01/17 | 42.94 | POS:01/15 | BIG LOTS STORES | ROSWELL | NM |

The   James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE   3
ACCOUNT

STATEMENT PERIOD
12/20/2016 TO 01/17/2017

```
DATE.....AMOUNT....DESCRIPTION
01/17       2.14 POS:01/15        ALBERTSONS  690        ROSWELL        NM
01/17      15.11 POS:01/15        SONIC DRIVE IN   2807  ROSWELL        NM
01/17      25.00 POS:01/17        STRIPES 182            ROSWELL        NM

------------------------------- C H E C K S ------------------------------------

DATE.........CHECK NO.......AMOUNT    DATE.........CHECK NO.......AMOUNT
12/22                       287.47

---------------- D A I L Y  B A L A N C E  I N F O R M A T I O N ---------------

DATE.......BALANCE         DATE.......BALANCE         DATE.......BALANCE
12/21         44.49        01/04         81.26        01/11        150.82
12/22        411.82        01/05         25.92        01/12         79.38
12/23         39.28        01/06        745.92        01/13        793.73
12/27          2.89        01/09        232.72        01/17        152.07
01/03        201.28        01/10        186.07

-------------------------------------------------------------------------------
```

Ask us about our Merchant Services! We offer competitive
pricing and EMV compatible solutions to suit your business
needs;
- One Source of Funding for all Major Card Types
- Customizable Point of Sale; eCommerce & Mobile Solutions
- Gift, Loyalty and Business Analytics Solutions
- 24/7 U.S. Based Technical Support
Save time & money! Learn more; call Amanda 1-575-356-6601

J.P. Stone Community Bank
Account: ▮▮▮▮▮▮▮

PG 4 OF 4



▮▮▮ 1/13/2017    $750.00

▮▮▮ 1/3/2017    $200.00

▮▮▮ /2017    $720.00

▮▮▮ 12/22/2016    $700.00

▮▮▮ 12/22/2016    $287.47



The James Polk Stone Community Bank

```
                              5  -  28              PAGE
        ********************EXCLUDE-Email           ACCOUNT
        3254 0.9100 EX 0.000     14 1 991
                                                  STATEMENT PERIOD
        AUSTIN E HAMBLIN                          01/17/2017 TO 02/21/2017
        KISKA HAMBLIN
```

------------------------- C H E C K I N G   S U M M A R Y -------------------------
                    FASTRAC          -
    CHECKING BALANCE LAST STATEMENT.......                    152.07
                          3   DEPOSITS.............           1,912.53
                          2   OTHER CREDITS........             776.39
                          2   CHECKS...............             900.00
                         73   OTHER DEBITS.........           1,911.50
    CHECKING BALANCE THIS STATEMENT.......                     29.49
------------------------------ F E E   S U M M A R Y ------------------------------
                              TOTAL FEES IMPOSED                 .00
------------------ SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES -----------------

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | $0.00 | $0.00 |
| TOTAL RETURNED ITEM FEES | $0.00 | $0.00 |

--------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S --------------

DATE.....AMOUNT....DESCRIPTION
01/20    462.53 DEPOSIT
01/27    750.00 DEPOSIT
01/27     15.32 REVERSE DOUBLE CHARGE ON CHECKS
02/03    700.00 DEPOSIT
02/15    761.07 TEMOR TIRES LLC   PAYROLL                        0095796968

---------------- O T H E R   D E B I T   T R A N S A C T I O N S -----------------

DATE.....AMOUNT....DESCRIPTION
01/18     22.58 POS:01/17       REDBOX   DVD RENTAL       866-733-2693 IL
01/18     11.99 POS:01/18       PAYPAL   NETFLIX.COM      SAN JOSE      CA
01/18     30.00 ATM:01/17       1801 MAIN STREET          ROSWELL       NM
01/18     10.00 ATM:01/18       1801 MAIN STREET          ROSWELL       NM
01/19      5.00 POS:01/18       STRIPES 170               ROSWELL       NM
01/19      3.59 POS:01/19       STRIPES 182               ROSWELL       NM
01/19     25.00 POS:01/19       SAM MCCAW MATCO TOOLS     LAKE ARTHUR   NM
01/19     19.28 POS:01/19       ALBERSTONS  691           ROSEWELL      NM



The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE   2
ACCOUNT

STATEMENT PERIOD
01/17/2017 TO 02/21/2017

```
DATE.....AMOUNT....DESCRIPTION
01/19      15.32 WHIT-CO CHECKS     CHECK PRNT                    0958973838
01/23      30.08 POS:01/20          PETCO 1468            ROSWELL      NM
01/23       7.06 POS:01/20          MCDONALD S F2427      ROSWELL      NM
01/23     100.00 POS:01/21          CHRIS DAVIS SNAP ON  2 CARLSBAD    NM
01/23      11.63 POS:01/21          STRIPES 182          ROSWELL      NM
01/23      16.82 POS:01/22          UE 690 UNITED EXPR    ROSWELL      NM
01/23      21.09 POS:01/22          WALGREENS 1835 N MAIN ROSWELL      NM
01/23      23.89 POS:01/22          YUMMY BURGERS    MORE L ROSWELL    NM
01/23      40.00 ATM:01/23          1801 MAIN STREET     ROSWELL      NM
01/24      21.86 POS:01/23          WENDY S   1703       ROSWELL      NM
01/24       5.79 POS:01/24          MCDONALD S F8084     ROSWELL      NM
01/25       4.88 POS:01/24          ALLSUPS    1500 N  GARD ROSWELL   NM
01/25      25.34 POS:01/24          UE 690 UNITED EXPR    ROSWELL      NM
01/25       3.23 POS:01/24          STRIPES 182          ROSWELL      NM
01/25      18.97 POS:01/25          ALBERSTONS   691     ROSEWELL     NM
01/26      63.08 POS:01/25          DTV DIRECTV SERVICE  800-347-3288 CA
01/26      43.07 POS:01/26          FARLEY S FOOD FUN  PU ROSWELL     NM
01/26      10.00 POS:01/26          STRIPES 182          ROSWELL      NM
01/26      15.32 WHIT-CO CHECKS     CHECK PRNT                    0959182980
01/27       1.57 POS:01/27          SONIC DRIVE IN   2807 ROSWELL     NM
01/27       4.72 POS:01/27          MCDONALD S F8084     ROSWELL      NM
01/30       3.74 POS:01/27          TARGET T- 2725 N MAIN ROSWELL     NM
01/30      66.52 POS:01/27          TARGET T-0832        ROSWELL      NM
01/30       5.98 POS:01/28          PECOS VALLEY TOBACCO C ROSWELL    NM
01/30       1.09 POS:01/29          ALLSUPS    501 WEST MCG ROSWELL   NM
01/30      20.00 POS:01/29          NO APPOINTMENT       ROSWELL      NM
01/30      12.88 POS:01/30          LITTLE CAESARS 1112 00 ROSWELL    NM
01/30      21.78 POS:01/30          WENDY S   1703       ROSWELL      NM
01/30       7.15 POS:01/30          SHELL SERVICE STATION ARTESIA     NM
01/30      13.87 POS:01/30          CLAIRE S  6659       HOBBS        NM
01/30       4.75 POS:01/30          HOB-LOB  326         HOBBS        NM
01/30      10.00 ATM:01/28          1901 N MAIN          ROSWELL      NM
01/31      43.24 POS:01/30          NNT SEARS HOMETOWN 630 HOBBS      NM
01/31       8.83 POS:01/30          SHELL SERVICE STATION ARTESIA     NM
01/31      24.73 POS:01/31          ROSA S CAFE   29     HOBBS        NM
01/31      60.00 ATM:01/30          1101 JOE HARVEY BLVD HOBBS        NM
02/01      22.81 POS:01/31          ALBERSTONS   691     ROSEWELL     NM
02/01      11.37 POS:01/31          ALLSUPS    2501 NORTH M ROSWELL   NM
02/01       3.49 POS:01/31          ALLSUPS    2515 WEST 2N ROSWELL   NM
```

395



The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE    3
ACCOUNT

STATEMENT PERIOD
01/17/2017 TO 02/21/2017

```
DATE.....AMOUNT....DESCRIPTION
02/01        43.16 POS:02/01      WALGREENS 1835 N MAIN  ROSWELL       NM
02/02        32.81 POS:02/02      ALBERSTONS   691        ROSEWELL      NM
02/02        25.79 POS:02/02      KFC C750078             ROSWELL       NM
02/02         6.17 POS:02/02      STRIPES 182             ROSWELL       NM
02/03        13.36 POS:02/02      DOLLAR GE 1706 S UNION ROSWELL       NM
02/03        10.00 POS:02/02      ALLSUPS   2515 WEST 2N ROSWELL       NM
02/06        75.00 POS:02/04      CHRIS DAVIS SNAP ON  2 CARLSBAD      NM
02/08         6.06 POS:02/07      ALBERSTONS   691        ROSEWELL      NM
02/08         4.04 POS:02/08      STRIPES 182             ROSWELL       NM
02/10        19.00 POS:02/10      SONIC DRIVE IN  2807    ROSWELL       NM
02/10         5.89 POS:02/10      STRIPES 182             ROSWELL       NM
02/13         5.89 POS:02/11      STRIPES 182             ROSWELL       NM
02/13        10.00 POS:02/13      STARBUCKS CARD RELOAD  800-782-7282 WA
02/13        16.43 POS:02/13      STRIPES 182             ROSWELL       NM
02/15        25.00 POS:02/15      ALLSUPS  0160           ROSWELL       NM
02/15        17.00 POS:02/15      UE 690 UNITED EXPR      ROSWELL       NM
02/16        22.99 POS:02/15      DOLLAR GE 1706 W 2ND S ROSWELL       NM
02/16       392.55 POS:02/16      AT T BILL PAYMENT       08002882020  TX
02/16        20.00 POS:02/16      STARBUCKS CARD RELOAD  800-782-7282 WA
02/16       100.00 XCEL ENERGY-SPS  XCELENERGY            0012782050
02/17        12.01 POS:02/17      SONIC DRIVE IN  2807    ROSWELL       NM
02/21        24.29 POS:02/18      ALBERSTONS   691        ROSEWELL      NM
02/21        11.99 POS:02/18      PAYPAL   NETFLIX.COM    SAN JOSE      CA
02/21        31.00 POS:02/19      ALBERTSONS   690        ROSWELL       NM
02/21         8.33 POS:02/19      FAMILY DOLLAR           ROSWELL       NM
02/21        19.35 POS:02/19      WALGREENS STORE         ROSWELL       NM
```

```
-------------------------------- C H E C K S ------------------------------------

DATE.........CHECK NO.......AMOUNT   DATE.........CHECK NO.......AMOUNT
02/09         1152         850.00    02/15       *                50.00

---------------- D A I L Y  B A L A N C E  I N F O R M A T I O N ----------------

DATE.......BALANCE        DATE.......BALANCE        DATE.......BALANCE
01/18         77.50       01/25       141.20        02/01       383.37
01/19          9.31       01/26         9.73        02/02       318.60
01/20        471.84       01/27       768.76        02/03       995.24
01/23        221.27       01/30       601.00        02/06       920.24
01/24        193.62       01/31       464.20        02/08       910.14
```



The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE
ACCOUNT

STATEMENT PERIOD
01/17/2017 TO 02/21/2017

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 02/09 | 60.14 | 02/15 | 672.00 | 02/21 | 29.49 |
| 02/10 | 35.25 | 02/16 | 136.46 | | |
| 02/13 | 2.93 | 02/17 | 124.45 | | |

Ask us about our Merchant Services! We offer competitive
pricing and EMV compatible solutions to suit your business
needs;
- One Source of Funding for all Major Card Types
- Customizable Point of Sale; eCommerce & Mobile Solutions
- Gift, Loyalty and Business Analytics Solutions
- 24/7 U.S. Based Technical Support
Save time & money! Learn more; call Amanda 1-575-356-6601

397



$750.00          01/27/2017

$462.53          01/20/2017

$700.00          02/03/2017

$50.00          02/15/2017

$850.00          02/09/2017

398



The James Polk Stone Community Bank

```
                               5  -  28              PAGE  1
        ********************EXCLUDE-Email          ACCOUNT
        3245 0.9100 EX 0.000     14 1 987
                                               STATEMENT PERIOD
        AUSTIN E HAMBLIN                       02/21/2017 TO 03/21/2017
        KISKA HAMBLIN
```



```
------------------------- C H E C K I N G   S U M M A R Y ------------------------
                 FASTRAC              -
   CHECKING BALANCE LAST STATEMENT.......              29.49
                      1   DEPOSITS..............       100.00
                      4   OTHER CREDITS........      11,483.09
                      4   CHECKS...............       4,637.47
                     83   OTHER DEBITS.........       6,777.37
   CHECKING BALANCE THIS STATEMENT.......              197.74
-------------------------- F E E   S U M M A R Y ----------------------------
                             TOTAL FEES IMPOSED          .00
----------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES ------------------
```

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | $0.00 | $0.00 |
| TOTAL RETURNED ITEM FEES | $0.00 | $0.00 |

```
-------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S --------------
```

| DATE | AMOUNT | DESCRIPTION | | |
|---|---|---|---|---|
| 02/22 | 100.00 | DEPOSIT | | |
| 02/27 | 926.00 | NMSTTAXRFD  PIT | NMSTTAXRFD | 0017840539 |
| 02/28 | 1,175.53 | TEMOR TIRES LLC | PAYROLL | 0098425969 |
| 03/08 | 8,225.64 | TAX PRODUCTS PE3 | SBTPG LLC | 7414237453 |
| 03/15 | 1,155.92 | TEMOR TIRES LLC | PAYROLL | 0010004358 |

```
---------------- O T H E R   D E B I T   T R A N S A C T I O N S -----------------
```

| DATE | AMOUNT | DESCRIPTION | | | |
|---|---|---|---|---|---|
| 02/22 | 11.21 | POS:02/21 | ALLSUPS   1500 N  GARD | ROSWELL | NM |
| 02/22 | 6.11 | POS:02/22 | SONIC DRIVE IN  2807 | ROSWELL | NM |
| 02/23 | 6.43 | POS:02/23 | STRIPES 182 | ROSWELL | NM |
| 02/23 | 6.06 | POS:02/23 | DOLLAR-GE 1012 S MAIN | ROSWELL | NM |
| 02/24 | 10.22 | POS:02/23 | SOUTHWEST BEARING CO | ROSWELL | NM |
| 02/24 | 9.66 | POS:02/23 | ARBYS 1198 | ROSWELL | NM |
| 02/24 | 5.89 | POS:02/24 | STRIPES 182 | ROSWELL | NM |
| 02/24 | 4.59 | POS:02/24 | SONIC DRIVE IN  2807 | ROSWELL | NM |

399

 The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE  2
ACCOUNT

STATEMENT PERIOD
02/21/2017 TO 03/21/2017

| DATE | AMOUNT | DESCRIPTION | | | |
|------|--------|-------------|---|---|---|
| 02/27 | 61.16 | POS:02/27 | DTV DIRECTV SERVICE | 800-347-3288 | CA |
| 02/27 | 57.48 | POS:02/27 | UE 690 UNITED EXPR | ROSWELL | NM |
| 02/27 | 106.65 | POS:02/27 | TARGET T-0832 | ROSWELL | NM |
| 02/28 | 9.75 | POS:02/28 | STRIPES 182 | ROSWELL | NM |
| 02/28 | 251.46 | POS:02/28 | AT T BILL PAYMENT | 08003310500 | TX |
| 02/28 | 100.00 | ATM:02/27 | 1801 MAIN STREET | ROSWELL | NM |
| 03/01 | 125.76 | POS:02/28 | ALBERTSONS  690 | ROSWELL | NM |
| 03/01 | 56.00 | POS:02/28 | ALLSUPS  0025 | ROSWELL | NM |
| 03/01 | 2.88 | POS:03/01 | SONIC DRIVE IN  2800 | ROSWELL | NM |
| 03/01 | 10.00 | POS:03/01 | STARBUCKS CARD RELOAD | 800-782-7282 | WA |
| 03/01 | 11.21 | POS:03/01 | ALLSUPS  520 EAST 2ND | ROSWELL | NM |
| 03/01 | 155.65 | CENTURYLINK | AUTO PAY | 0023001019 | |
| 03/02 | 17.00 | POS:03/02 | USPS | ROSWELL | NM |
| 03/02 | 17.91 | POS:03/02 | SONIC DRIVE IN  2834 | ROSWELL | NM |
| 03/02 | 6.44 | POS:03/02 | LITTLE CAESARS 1112 00 | ROSWELL | NM |
| 03/02 | 50.00 | ATM:03/01 | 1801 MAIN STREET | ROSWELL | NM |
| 03/06 | 9.44 | POS:03/03 | CARL S JR 1102328 | ROSWELL | NM |
| 03/06 | 20.56 | POS:03/04 | NAPA AUTO PARTS OF ROS | ROSWELL | NM |
| 03/06 | 13.66 | POS:03/04 | STRIPES 182 | ROSWELL | NM |
| 03/06 | 26.56 | POS:03/04 | MCALISTER S  1424 | ARTESIA | NM |
| 03/06 | 8.69 | POS:03/04 | MCDONALD S F8084 | ROSWELL | NM |
| 03/06 | 53.24 | POS:03/04 | ALBERTSONS  690 | ROSWELL | NM |
| 03/06 | 42.00 | POS:03/04 | ALBERTSONS  690 | ROSWELL | NM |
| 03/06 | 12.62 | POS:03/05 | CHISUM  30 | ROSWELL | NM |
| 03/06 | 4.73 | POS:03/05 | FAMILY DOLLAR | ROSWELL | NM |
| 03/06 | 9.12 | POS:03/06 | ALBERTSONS  690 | ROSWELL | NM |
| 03/07 | 22.97 | POS:03/07 | ALBERTSONS  690 | ROSWELL | NM |
| 03/08 | 12.90 | POS:03/07 | REDBOX  DVD RENTAL | 866-733-2693 | IL |
| 03/08 | 8.62 | POS:03/08 | STRIPES 182 | ROSWELL | NM |
| 03/08 | 7.49 | POS:03/08 | MCDONALD S F2427 | ROSWELL | NM |
| 03/09 | 7.72 | POS:03/09 | ALLSUPS  520 EAST 2ND | ROSWELL | NM |
| 03/09 | 15.00 | POS:03/09 | UE 690 UNITED EXPR | ROSWELL | NM |
| 03/09 | 132.22 | POS:03/09 | ROSWELL LIVESTOCK  FA | ROSWELL | NM |
| 03/10 | 23.80 | POS:03/09 | ALBERSTONS  691 | ROSEWELL | NM |
| 03/10 | 528.86 | POS:03/09 | BIG O TIRES 31062 | ROSWELL | NM |
| 03/10 | 450.00 | POS:03/10 | NATIONAL SAP NETWOR | REDLANDS | CA |
| 03/13 | 346.59 | POS:03/11 | WAL WAL-MART SUPER 740 | ROSWELL | NM |
| 03/13 | 43.51 | POS:03/11 | NAPA AUTO PARTS OF ROS | ROSWELL | NM |
| 03/13 | 385.17 | POS:03/11 | NAPA AUTO PARTS OF ROS | ROSWELL | NM |

400



The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE  3
ACCOUNT

STATEMENT PERIOD
02/21/2017 TO 03/21/2017

```
DATE.....AMOUNT....DESCRIPTION
03/13       20.00 POS:03/11    STARBUCKS CARD RELOAD 800-782-7282 WA
03/13       10.57 POS:03/11    ALBERTSONS MARK        ROSWELL      NM
03/13      137.12 POS:03/12    WAL WAL-MART SUPER 022 ROSWELL      NM
03/13       31.00 POS:03/12    DOLLAR GE 1706 W 2ND S ROSWELL      NM
03/13       10.73 POS:03/12    WAL-MART  0611         ROSWELL      NM
03/13       22.25 POS:03/13    SQ  BADLANDS BBQ       ROSWELL      NM
03/13       80.03 POS:03/13    PASTA CAFE             ROSWELL      NM
03/13      180.00 POS:03/13    AT T BILL PAYMENT      08003310500  TX
03/15       10.09 POS:03/15    SONIC DRIVE IN  2807   ROSWELL      NM
03/15       55.84 POS:03/15    WALGREENS 1835 N MAIN  ROSWELL      NM
03/16       20.00 POS:03/15    UE 690 UNITED EXPR     ROSWELL      NM
03/16       49.95 POS:03/15    NATIONAL ONLINE TRAINI 830-3724555  TX
03/16      263.72 POS:03/15    NNT KMART 7017     271 ROSWELL      NM
03/16        8.05 POS:03/15    CIRCLE K 2701481       ROSWELL      NM
03/16       18.93 POS:03/16    PECOS VALLEY TOBACCO C ROSWELL      NM
03/16      100.00 XCEL ENERGY-SPS  XCELENERGY              0012133624
03/17      147.59 POS:03/17    NAPA AUTO PARTS OF ROS ROSWELL      NM
03/17       21.67 POS:03/17    LEGACY INMATE COMMUNIC CYPRESS      CA
03/17      239.81 POS:03/17    WAL-MART  0611         ROSWELL      NM
03/17       23.84 POS:03/17    STRIPES 182            ROSWELL      NM
03/17      234.55 POS:03/17    SAMS CLUB  4961        ROESWELL     NM
03/20       11.99 POS:03/18    PAYPAL  NETFLIX.COM    SAN JOSE     CA
03/20        8.94 POS:03/18    STRIPES 182            ROSWELL      NM
03/20      195.90 POS:03/18    SAMSCLUB  4961         ROSWELL      NM
03/20       13.66 POS:03/18    STRIPES 171            ROSWELL      NM
03/20       31.71 POS:03/19    STRIPES 182            ROSWELL      NM
03/20      171.20 POS:03/19    NNT SEARS ROEBUCK  580 ROSWELL      NM
03/20      226.26 POS:03/19    TARGET T-0832          ROSWELL      NM
03/20      205.30 POS:03/19    WM SUPERCENTER         ROSWELL      NM
03/20        1.99 POS:03/19    ALLSUPS   2200 S SUNSE ROSWELL      NM
03/20       25.24 POS:03/20    DOMINO S 6534          575-637-3030 NM
03/20       23.00 POS:03/20    SECURUS INMATE CALL-V  800-8446591  TX
03/20      478.32 POS:03/20    AT T BILL PAYMENT      08003310500  TX
03/21       13.13 POS:03/20    STRIPES 182            ROSWELL      NM
03/21      200.00 ATM:03/20    1801 MAIN STREET       ROSWELL      NM
03/21      200.00 ATM:03/20    1801 MAIN STREET       ROSWELL      NM
```



**The James Polk Stone Community Bank**

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE
ACCOUNT

STATEMENT PERIOD
02/21/2017 TO 03/21/2017

--------------------------------- C H E C K S ---------------------------------

| DATE | CHECK NO | AMOUNT | DATE | CHECK NO | AMOUNT |
|------|----------|--------|------|----------|--------|
| 03/06 | 1154 | 850.00 | 03/16 | * | 287.47 |
| 03/08 | * | 1,500.00 | 03/16 | * | 2,000.00 |

--------------- D A I L Y  B A L A N C E  I N F O R M A T I O N ---------------

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 02/22 | 112.17 | 03/02 | 1,131.50 | 03/13 | 4,329.97 |
| 02/23 | 99.68 | 03/06 | 80.88 | 03/15 | 5,419.96 |
| 02/24 | 69.32 | 03/07 | 57.91 | 03/16 | 2,671.84 |
| 02/27 | 770.03 | 03/08 | 6,754.54 | 03/17 | 2,004.38 |
| 02/28 | 1,584.35 | 03/09 | 6,599.60 | 03/20 | 610.87 |
| 03/01 | 1,222.85 | 03/10 | 5,596.94 | 03/21 | 197.74 |

Ask us about our Merchant Services! We offer competitive
pricing and EMV compatible solutions to suit your business
needs;
 - One Source of Funding for all Major Card Types
- Customizable Point of Sale; eCommerce & Mobile Solutions
 - Gift, Loyalty and Business Analytics Solutions
 - 24/7 U.S. Based Technical Support
Save time & money! Learn more; call Amanda 1-575-356-6601

J.P. Stone Community Bank



$100.00    02/22/2017



$2,000.00    03/16/2017



$287.47    03/16/2017



$1,500.00    03/08/2017



$850.00    03/06/2017



**The James Polk Stone Community Bank**

```
                              1  -  28           PAGE  1
         *******************EXCLUDE-Email         ACCOUNT    3
         3294 0.7500 EX 0.000   14 1 1007
                                                   STATEMENT PERIOD
         AUSTIN E HAMBLIN                        03/21/2017 TO 04/18/2017
         KISKA HAMBLIN
```

```
------------------------- C H E C K I N G   S U M M A R Y -----------------------
                        FASTRAC       -
      CHECKING BALANCE LAST STATEMENT.......              197.74
                             DEPOSITS..............           .00
                       2  OTHER CREDITS........          1,788.76
                       1  CHECKS...............            850.00
                      31  OTHER DEBITS.........          1,015.65
      CHECKING BALANCE THIS STATEMENT.......              120.85
----------------------------- F E E   S U M M A R Y -----------------------------
                             TOTAL FEES IMPOSED              .00
----------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES -----------------
```

|  | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | $0.00 | $0.00 |
| TOTAL RETURNED ITEM FEES | $0.00 | $0.00 |

```
-------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S --------------

DATE.....AMOUNT....DESCRIPTION
03/31   1,089.72 TEMOR TIRES LLC    PAYROLL                    0011334634
04/14     699.04 TEMOR TIRES LLC    PAYROLL                    0097884029

---------------- O T H E R   D E B I T   T R A N S A C T I O N S ----------------

DATE.....AMOUNT....DESCRIPTION
03/22      19.09 POS:03/21      CARL S JR 1102328      ROSWELL      NM
03/22      26.81 POS:03/21      WAL WAL-MART SUPER 420 ROSWELL      NM
03/22      10.00 POS:03/22      ALLSUPS   2200 S SUNSE ROSWELL      NM
03/24      11.29 POS:03/24      REDBOX  DVD RENTAL     866-733-2693 IL
03/27      41.87 POS:03/25      AMAZON.COM             SEATTLE      WA
03/27       5.00 POS:03/25      STRIPES 182            ROSWELL      NM
03/27      62.34 POS:03/27      DTV DIRECTV SERVICE    800-347-3288 CA
03/27       9.11 POS:03/27      STRIPES 182            ROSWELL      NM
03/31       8.29 POS:03/31      STRIPES 182            ROSWELL      NM
04/03      60.03 POS:03/31      TARGET T-0832          ROSWELL      NM
04/03      14.40 POS:03/31      ALBERTSONS MARK        ROSWELL      NM
```



The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE   2
ACCOUNT

STATEMENT PERIOD
03/21/2017 TO 04/18/2017

```
DATE.....AMOUNT....DESCRIPTION
04/03       43.63 POS:04/01    UE 690 UNITED EXPR     ROSWELL      NM
04/03       10.00 POS:04/03    STARBUCKS CARD RELOAD  800-782-7282 WA
04/03       25.00 POS:04/03    RIVERCITY MERCHANDISIN SAN ANTONIO  TX
04/04       48.68 POS:04/03    ALBARRAN S MEXICAN B   LUBBOCK      TX
04/07       10.00 POS:04/06    WAKEFIELD OIL CO       ROSWELL      NM
04/07       10.69 POS:04/07    FATS BURRITOS          ROSWELL      NM
04/07        5.99 POS:04/07    STRIPES 182            ROSWELL      NM
04/10       10.86 POS:04/07    STRIPES 182            ROSWELL      NM
04/14       17.12 POS:04/14    UE 690 UNITED EXPR     ROSWELL      NM
04/17      250.00 POS:04/15    CHRIS DAVIS SNAP ON  2 CARLSBAD     NM
04/17        3.43 POS:04/15    STRIPES 182            ROSWELL      NM
04/17       27.33 POS:04/15    STRIPES 182            ROSWELL      NM
04/17       53.29 POS:04/15    TARGET T-0832          ROSWELL      NM
04/17       49.02 POS:04/16    NNT KMART 7017     430 ROSWELL      NM
04/17       47.71 POS:04/16    WAL WAL-MART SUPER 940 ROSWELL      NM
04/17        4.67 POS:04/16    STRIPES 182            ROSWELL      NM
04/17       40.41 POS:04/16    ALLSUPS  233           ROSWELL      NM
04/17       27.60 POS:04/17    SQ  CHEF TODDZILLA     ROSWELL      NM
04/17       50.00 ATM:04/16    1801 MAIN STREET       ROSWELL      NM
04/18       11.99 POS:04/18    PAYPAL  NETFLIX.COM    SAN JOSE     CA
```

--------------------------------- C H E C K S ---------------------------------

```
DATE.........CHECK NO.......AMOUNT   DATE.........CHECK NO.......AMOUNT
04/05          1155        850.00
```

--------------- D A I L Y   B A L A N C E   I N F O R M A T I O N ---------------

```
DATE.......BALANCE      DATE.......BALANCE      DATE.......BALANCE
03/22       141.84      04/03       940.60      04/10         4.38
03/24       130.55      04/04       891.92      04/14       686.30
03/27        12.23      04/05        41.92      04/17       132.84
03/31     1,093.66      04/07        15.24      04/18       120.85
```



The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE  3
ACCOUNT

STATEMENT PERIOD
03/21/2017 TO 04/18/2017

Ask us about our Merchant Services! We offer competitive
pricing and EMV compatible solutions to suit your business
needs;
- One Source of Funding for all Major Card Types
- Customizable Point of Sale; eCommerce & Mobile Solutions
- Gift, Loyalty and Business Analytics Solutions
- 24/7 U.S. Based Technical Support
Save time & money! Learn more; call Amanda 1-575-356-6601

J.P. Stone Community Bank

AUSTIN HAMBLIN
KISKA HAMBLIN

Date 4-7-17   20 17

PAY TO THE
ORDER OF

$ 850 ᵍᵘ

Eight hundred fifty clothes credes                    DOLLARS

The James Polk Stone Community Bank

For

$850.00              04/05/2017



The James Polk Stone Community Bank

                                        4  -  28              PAGE  1
                ********************EXCLUDE-Email              ACCOUNT
                3321 0.5900 EX 0.000   14 1 1012

                                                        STATEMENT PERIOD
                AUSTIN E HAMBLIN                     04/18/2017 TO 05/16/2017
                KISKA HAMBLIN

--------------------------- C H E C K I N G  S U M M A R Y ------------------------
                      FASTRAC        -
        CHECKING BALANCE LAST STATEMENT........              120.85
                              3  DEPOSITS..............     1,792.00
                              2  OTHER CREDITS.........          .24
                              1  CHECKS................       850.00
                             19  OTHER DEBITS..........     1,015.86
        CHECKING BALANCE THIS STATEMENT.......               47.23
------------------------------- F E E  S U M M A R Y ------------------------------
                              TOTAL FEES IMPOSED              .00
------------------ SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES -------------------

|                          | TOTAL FOR   | TOTAL        |
|                          | THIS PERIOD | YEAR-TO-DATE |
|--------------------------|-------------|--------------|
| TOTAL OVERDRAFT FEES     | $0.00       | $0.00        |
| TOTAL RETURNED ITEM FEES | $0.00       | $0.00        |

--------------- A C C O U N T  C R E D I T  T R A N S A C T I O N S -------------

| DATE  | AMOUNT | DESCRIPTION |                |            |
|-------|--------|-------------|----------------|------------|
| 04/19 | 20.00  | DEPOSIT     |                |            |
| 05/01 | 922.00 | DEPOSIT     |                |            |
| 05/15 | 850.00 | DEPOSIT     |                |            |
| 05/16 | .09    | TARGET DEBIT CRD | CD VERIFY | 1270774854 |
| 05/16 | .15    | TARGET DEBIT CRD | CD VERIFY | 1270774855 |

--------------- O T H E R  D E B I T  T R A N S A C T I O N S ----------------

| DATE  | AMOUNT | DESCRIPTION |                     |                |    |
|-------|--------|-------------|---------------------|----------------|----|
| 04/19 | 133.66 | CENTURYLINK | AUTO PAY            | 0021991150     |    |
| 04/24 | 4.26   | POS:04/23   | FARMERS COUNTRY     | ROSWELL        | NM |
| 05/03 | 61.67  | POS:05/02   | DTV DIRECTV SERVICE | 800-347-3288   | CA |
| 05/05 | 9.27   | POS:05/05   | UE 690 UNITED EXPR  | ROSWELL        | NM |
| 05/12 | 1.63   | POS:05/12   | UNITED EXPRESS      | ROSWELL        | NM |
| 05/15 | 34.88  | POS:05/12   | FAMILY DOLLAR       | ROSWELL        | NM |
| 05/15 | 72.03  | POS:05/13   | MURPHY EXPRESS      | ROSWELL        | NM |
| 05/15 | 10.69  | POS:05/13   | WAL WAL-MART SUPER 641 | ROSWELL     | NM |



AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE
ACCOUNT

STATEMENT PERIOD
04/18/2017 TO 05/16/2017

```
DATE.....AMOUNT....DESCRIPTION
05/15      69.22 POS:05/13      FAMILY DOLLAR           ROSWELL      NM
05/15      17.83 POS:05/13      CARQUEST 3853           ROSWELL      NM
05/15      53.61 POS:05/13      NST THE HOME DEPOT 932 ROSWELL      NM
05/15      21.86 POS:05/14      UNITED EXPRESS          ROSWELL      NM
05/15      62.83 POS:05/14      FAMILY DOLLAR           ROSWELL      NM
05/15      54.03 POS:05/14      BUFFALO WILD WINGS 060 ROSWELL      NM
05/15     120.00 ATM:05/13      1901 N MAIN             ROSWELL      NM
05/16      63.38 POS:05/15      TARGET T-0832           ROSWELL      NM
05/16      27.41 POS:05/15      REDBOX  DVD RENTAL      866-733-2693 IL
05/16        .24 TARGET DEBIT CRD  CD VERIFY                   1270775760
05/16     197.36 XCEL ENERGY-SPS   XCELENERGY                  0013069632
```

-------------------------------- C H E C K S --------------------------------

```
DATE.........CHECK NO.......AMOUNT   DATE.........CHECK NO.......AMOUNT
05/04          1156       850.00
```

---------------- D A I L Y   B A L A N C E   I N F O R M A T I O N ----------------

```
DATE.......BALANCE       DATE.......BALANCE       DATE.......BALANCE
04/19        7.19        05/03       863.26        05/12         2.36
04/24        2.93        05/04        13.26        05/15       335.38
05/01      924.93        05/05         3.99        05/16        47.23
```

-------------------------------------------------------------------------------

Ask us about our Merchant Services! We offer competitive
pricing and EMV compatible solutions to suit your business
needs;
- One Source of Funding for all Major Card Types
- Customizable Point of Sale; eCommerce & Mobile Solutions
- Gift, Loyalty and Business Analytics Solutions
- 24/7 U.S. Based Technical Support
Save time & money! Learn more; call Amanda 1-575-356-6601



$850.00                05/15/2017          $20.00                04/19/2017

$922.00                05/01/2017          $850.00               05/04/2017



The James Polk Stone Community Bank

```
                            3  -  28           PAGE
        ********************EXCLUDE-Email      ACCOUNT
        3320 0.9100 EX 0.000   14 1 1021
                                                    STATEMENT PERIOD
        AUSTIN E HAMBLIN                        05/16/2017 TO 06/20/2017
        KISKA HAMBLIN
```


```
----------------------- C H E C K I N G   S U M M A R Y ----------------------
                FASTRAC          -
CHECKING BALANCE LAST STATEMENT.......            47.23
                    1   DEPOSITS.............     150.00
                    2   OTHER CREDITS........   3,833.41
                    2   CHECKS...............     510.00
                   74   OTHER DEBITS.........   3,311.79
CHECKING BALANCE THIS STATEMENT.......           208.85
--------------------------- F E E   S U M M A R Y ----------------------------
    NSF ITEM RETURN FEE                            35.00
                        TOTAL FEES IMPOSED         35.00
                            (LISTED BELOW)
----------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES -----------------
```

|                          | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|--------------------------|-----------------------|--------------------|
| TOTAL OVERDRAFT FEES      | $0.00                 | $0.00              |
| TOTAL RETURNED ITEM FEES  | $35.00                | $35.00             |

```
--------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S -------------
```

| DATE  | AMOUNT   | DESCRIPTION |  |  |
|-------|----------|-------------|--|--|
| 05/23 | 150.00   | DEPOSIT     |  |  |
| 06/01 | 1,518.84 | HALLIBURTON 4088  PAYROLL | | 0204226215 |
| 06/15 | 2,314.57 | HALLIBURTON 4088  PAYROLL | | 0207937680 |

```
----------------- O T H E R   D E B I T   T R A N S A C T I O N S -----------------
```

| DATE  | AMOUNT | DESCRIPTION |  |  |
|-------|--------|-------------|--|--|
| 05/17 | 9.33   | POS:05/16 | ALLSUPS    1500 N  GARD ROSWELL | NM |
| 05/17 | 14.27  | POS:05/17 | PECOS VALLEY TOBACCO C ROSWELL | NM |
| 05/18 | 12.77  | POS:05/18 | PECOS VALLEY TOBACCO C ROSWELL | NM |
| 05/24 | 11.99  | POS:05/24 | PAYPAL  NETFLIX.COM    SAN JOSE | CA |
| 05/25 | 20.00  | POS:05/25 | MURPHY7672ATWALMART    ODESSA   | TX |
| 05/30 | 30.62  | POS:05/27 | WALGREENS 1200 S MAIN  ROSWELL  | NM |
| 05/30 | 14.89  | POS:05/29 | UNITED EXPRESS         ROSWELL  | NM |
| 05/30 | 20.00  | ATM:05/29 | 1801 MAIN STREET      ROSWELL   | NM |



The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE  2
ACCOUNT ▮▮▮▮▮▮▮▮

STATEMENT PERIOD
05/16/2017 TO 06/20/2017

```
DATE.....AMOUNT....DESCRIPTION
05/31       41.89 POS:05/31     ALBERTSONS MARK       ROSWELL     NM
06/01       20.02 POS:06/01     STRIPES 182           ROSWELL     NM
06/02       79.29 POS:06/01     OFFICE MAX OFFI       ROSWELL     NM
06/02       19.65 POS:06/01     FAMILY DOLLAR         ROSWELL     NM
06/02        3.30 POS:06/01     FAMILY DOLLAR         ROSWELL     NM
06/02       23.10 POS:06/02     STRIPES 182           ROSWELL     NM
06/02       15.32 POS:06/02     SONIC DRIVE IN  2807  ROSWELL     NM
06/02      200.00 ATM:06/01     1901 N MAIN           ROSWELL     NM
06/05       13.94 POS:06/02     ALBERTSONS MARK       ROSWELL     NM
06/05        3.48 POS:06/02     ALBERTSONS MARK       ROSWELL     NM
06/05       36.44 POS:06/02     MCALISTER S  1424     ARTESIA     NM
06/05       21.51 POS:06/02     STRIPES 182           ROSWELL     NM
06/05       27.91 POS:06/03     DOMINO 8 6530         ROSWELL     NM
06/05       27.20 POS:06/03     STRIPES 182           ROSWELL     NM
06/05        6.46 POS:06/04     PIZZA HUT 10296       ARTESIA     NM
06/05       34.53 POS:06/04     UNITED EXPRESS        ROSWELL     NM
06/05      188.34 TARGET DEBIT CRD  ACH TRAN    77000 ROSWELL   NM 0010106398
06/06       20.00 POS:06/06     STRIPES 172           ROSWELL     NM
06/06      210.00 Snap-on Credit Snapon ACH                      0027934678
06/07        6.53 POS:06/06     STRIPES 182           ROSWELL     NM
06/07        4.33 POS:06/07     WHATABURGER 731   Q26 ROSWELL     NM
06/07       11.98 POS:06/07     STRIPES 182           ROSWELL     NM
06/07       26.18 POS:06/07     FAMILY DOLLAR         ROSWELL     NM
06/08       35.00 NSF ITEM RETURN FEE        $850.00  CK #       1157
06/08       24.59 POS:06/07     ALBERTSONS MARK       ROSWELL     NM
06/08       21.51 POS:06/08     ALLSUPS   0160        ROSWELL     NM
06/09       22.24 POS:06/08     ALLSUPS   0160        ROSWELL     NM
06/09       10.00 POS:06/09     ALLSUPS    2200 S SUNSE ROSWELL   NM
06/09       27.21 POS:06/09     ALLSUPS   0289        ROSWELL     NM
06/12       33.96 POS:06/09     DOLLAR GE 1706 W 2ND S ROSWELL    NM
06/12       53.87 POS:06/09     ALBERTSONS MARK       ROSWELL     NM
06/12       12.34 POS:06/10     HENRYS BARBECUE       ARTESIA     NM
06/12       13.32 POS:06/10     STRIPES 182           ROSWELL     NM
06/12       32.08 POS:06/10     WM SUPERCENTER        ROSWELL     NM
06/12       18.18 POS:06/11     STRIPES 182           ROSWELL     NM
06/12       12.35 POS:06/11     PECOS VALLEY TOBACCO C ROSWELL    NM
06/12       12.85 POS:06/12     PAULS VETERINARY SUPPL ROSWELL    NM
06/12       27.33 POS:06/12     STRIPES 182           ROSWELL     NM
06/13       15.99 POS:06/12     STRIPES 182           ROSWELL     NM
```

412

The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE 2
ACCOUNT

STATEMENT PERIOD
05/16/2017 TO 06/20/2017

```
DATE.....AMOUNT....DESCRIPTION
06/13       8.14 POS:06/13      SONIC DRIVE IN   2800   ROSWELL      NM
06/14       7.33 POS:06/13      STRIPES 182             ROSWELL      NM
06/14      65.13 POS:06/14      ALLSUPS  0136           ROSWELL      NM
06/14       5.57 POS:06/14      MCDONALD S F11885       ARTESIA      NM
06/14       6.54 POS:06/14      STRIPES 186             ARTESIA      NM
06/14      20.00 ATM:06/13      1901 N MAIN             ROSWELL      NM
06/15       1.60 POS:06/14      SONIC DRIVE IN   2834   ROSWELL      NM
06/15      15.03 POS:06/15      DOMINO S 6530           ROSWELL      NM
06/15      11.07 POS:06/15      ALLSUPS   1600 NORTH F  ARTESIA      NM
06/16      10.07 POS:06/15      ALLSUPS   2200 S SUNSE  ROSWELL      NM
06/16      20.00 ATM:06/16      1801 MAIN STREET        ROSWELL      NM
06/16     210.00 MOBILE PAYMENT FROM CHK XXXXX117 TO LN XXXXX229 7611242
06/16      16.10 TARGET DEBIT CRD  ACH TRAN    75000 ROSWELL    NM 0012059935
06/16     112.82 XCEL ENERGY-SPS   XCELENERGY                      0011719054
06/19     221.37 POS:06/16      ALBERTSONS MARK         ROSWELL      NM
06/19       2.99 POS:06/16      UNITED EXPRESS          ROSWELL      NM
06/19       9.99 POS:06/17      FANDANGONOW             LOS ANGELES  CA
06/19      12.72 POS:06/18      STRIPES 182             ROSWELL      NM
06/19      44.51 POS:06/18      STRIPES 182             ROSWELL      NM
06/19      23.36 POS:06/18      PANDA EXPRESS   2529    ROSWELL      NM
06/19      15.68 POS:06/19      ALLSUPS   0136          ROSWELL      NM
06/19      29.95 TARGET DEBIT CRD  ACH TRAN   172000 ROSWELL    NM 0015688719
06/19     141.58 DIRECTV        DIRECTV                          0027017234
06/19     150.00 NM GAS COMPANY nmgas web                        0014458950
06/20       7.51 POS:06/19      ALLSUPS   2200 S SUNSE  ROSWELL      NM
06/20     133.67 CENTURYLINK    AUTO PAY                         0024952482
06/20     460.97 ATT            Payment                          0207164383
```

```
-------------------------------- C H E C K S --------------------------------

DATE.........CHECK NO.......AMOUNT   DATE.........CHECK NO.......AMOUNT
06/20         1159          500.00   06/06       *                  10.00
```

```
---------------- D A I L Y   B A L A N C E   I N F O R M A T I O N ----------------

DATE.......BALANCE      DATE.......BALANCE      DATE.......BALANCE
05/17         23.63     05/25        128.87     06/02      1,179.63
05/18         10.86     05/30         63.36     06/05        819.82
05/23        160.86     05/31         21.47     06/06        579.82
05/24        148.87     06/01      1,520.29     06/07        530.80
```

413



The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE  4
ACCOUNT

STATEMENT PERIOD
05/16/2017 TO 06/20/2017

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 06/08 | 449.70 | 06/13 | 149.84 | 06/16 | 1,963.15 |
| 06/09 | 390.25 | 06/14 | 45.27 | 06/19 | 1,311.00 |
| 06/12 | 173.97 | 06/15 | 2,332.14 | 06/20 | 208.85 |

Ask us about our Merchant Services! We offer competitive
pricing and EMV compatible solutions to suit your business
needs;
- One Source of Funding for all Major Card Types
- Customizable Point of Sale; eCommerce & Mobile Solutions
- Gift, Loyalty and Business Analytics Solutions
- 24/7 U.S. Based Technical Support
Save time & money! Learn more; call Amanda 1-575-356-6601

414

J.P. Stone Community Bank



$150.00        05/23/2017



$10.00        06/06/2017



$500.00        06/20/2017

 The James Polk Stone Community Bank

```
                                              4  -  28              PAGE
                    ********************EXCLUDE-Email            ACCOUNT    ████████
                    3312 0.9100 EX 0.000    14 1 1025
                                                              STATEMENT PERIOD
                    AUSTIN E HAMBLIN                          06/20/2017 TO 07/18/2017
                    KISKA HAMBLIN

                    ████████████
```

```
------------------------ C H E C K I N G  S U M M A R Y ------------------------
                    FASTRAC          -        ████████
    CHECKING BALANCE LAST STATEMENT.......            208.85
                            1   DEPOSITS.............          150.00
                            2   OTHER CREDITS........        4,397.01
                            3   CHECKS...............        1,320.00
                           77   OTHER DEBITS.........        3,426.39
    CHECKING BALANCE THIS STATEMENT.......              9.47
------------------------ F E E  S U M M A R Y ------------------------
        NSF ITEM PAID FEE                                     35.00
                                  TOTAL FEES IMPOSED          35.00
                                        (LISTED BELOW)
------------------ SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES ------------------
```

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | $35.00 | $35.00 |
| TOTAL RETURNED ITEM FEES | $0.00 | $35.00 |

```
-------------- A C C O U N T  C R E D I T  T R A N S A C T I O N S --------------

DATE.....AMOUNT....DESCRIPTION
06/23    150.00 DEPOSIT
06/29  1,859.17 HALLIBURTON 4088   PAYROLL                      0208181956
07/13  2,537.84 HALLIBURTON 4088   PAYROLL                      0203127871

---------------- O T H E R  D E B I T  T R A N S A C T I O N S ----------------

DATE.....AMOUNT....DESCRIPTION
06/21     12.92 POS:06/20         PIZZA HUT 10296      ARTESIA      NM
06/21     11.98 POS:06/21         STRIPES 182          ROSWELL      NM
06/21     14.27 POS:06/21         LOS AGAVES           ARTESIA      NM
06/21     60.00 ATM:06/20         1801 MAIN STREET     ROSWELL      NM
06/21     23.23 TARGET DEBIT CRD  ACH TRAN    79000 ROSWELL    NM 0012904163
06/22     35.00 NSF ITEM PAID FEE              $139.82   ACH: TARGET DEBIT CRD
06/22    139.82 TARGET DEBIT CRD  ACH TRAN    79000 ROSWELL    NM 0012904162
06/26     11.99 POS:06/24         PAYPAL  NETFLIX.COM  SAN JOSE     CA
```



The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE   2
ACCOUNT

STATEMENT PERIOD
06/20/2017 TO 07/18/2017

```
DATE.....AMOUNT....DESCRIPTION
06/26      4.43 POS:06/24      SONIC DRIVE IN   3366   LUBBOCK      TX
06/26      9.37 POS:06/25      UNITED EXPRESS          LUBBOCK      TX
06/26      5.81 POS:06/25      STRIPES 236             TATUM        NM
06/26     19.16 TARGET DEBIT CRD ACH TRAN   73000 LUBBOCK   TX 0010310292
06/27      9.80 POS:06/26      UNITED EXPRESS          ROSWELL      NM
06/29      7.60 POS:06/29      ALLSUPS  1600 NORTH F ARTESIA      NM
06/29     20.00 POS:06/29      ALLSUPS  0136           ROSWELL      NM
06/29      5.44 POS:06/29      UNITED EXPRESS          ROSWELL      NM
06/30     99.93 POS:06/29      WAL WAL-MART SUPER 521 ROSWELL      NM
06/30     23.32 POS:06/30      STRIPES 182             ROSWELL      NM
06/30     40.00 POS:06/30      SAM MCCAW MATCO TOOLS   ARTESIA      NM
06/30      8.58 POS:06/30      MCDONALD S F8084        ROSWELL      NM
07/03     63.47 POS:06/30      ALBERTSONS MARK         ROSWELL      NM
07/03      8.59 POS:06/30      APL  ITUNES.COM BILL    866-712-7753 CA
07/03     13.97 POS:06/30      STRIPES 182             ROSWELL      NM
07/03     11.00 POS:06/30      DSC DOLLAR SHAVE CLUB   866-2232780  CA
07/03     24.00 POS:07/01      STRIPES 182             ROSWELL      NM
07/03      4.06 POS:07/01      SY8 BURGER KING  18682 ROSWELL      NM
07/03      2.14 POS:07/01      SY8 BURGER KING  18960 ROSWELL      NM
07/03     24.04 POS:07/02      STRIPES 182             ROSWELL      NM
07/03     11.86 POS:07/02      STRIPES 182             ROSWELL      NM
07/03     58.81 TARGET DEBIT CRD ACH TRAN   77000 ROSWELL   NM 0018179679
07/03     60.00 Snap-on Credit  Snapon ACH                    0024488215
07/05     21.53 POS:07/03      WALGREENS 1200 S MAIN  ROSWELL      NM
07/05     22.25 POS:07/03      ALBERTSONS MARK         ROSWELL      NM
07/05     26.16 POS:07/04      ALBERTSONS MARK         ROSWELL      NM
07/05      9.80 POS:07/04      UNITED EXPRESS          ROSWELL      NM
07/05     10.65 POS:07/04      MCALISTER S  1424       ARTESIA      NM
07/05     24.38 POS:07/04      ROSWELL ROADRUNNER 1    ROSWELL      NM
07/05     14.12 POS:07/05      ALLSUPS  0136           ROSWELL      NM
07/06     32.99 POS:07/05      STRIPES 182             ROSWELL      NM
07/07     10.08 POS:07/06      ALLSUPS   6000 S MAIN  ROSWELL      NM
07/07     14.99 POS:07/06      ALLSUPS  0136           ROSWELL      NM
07/10     26.15 POS:07/07      UNITED EXPRESS          ROSWELL      NM
07/10      4.54 POS:07/07      ALLSUPS  1600 NORTH F ARTESIA      NM
07/10      8.57 POS:07/08      MCDONALD S F8084        ROSWELL      NM
07/10      4.94 POS:07/08      ALLSUPS  2200 S SUNSE ROSWELL      NM
07/10      7.33 POS:07/09      STRIPES 171             ROSWELL      NM
07/12     10.00 POS:07/12      CHAMPION XPRESS CARWAS ROSWELL      NM
```

417



The James Polk Stone Community Bank



AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE   3
ACCOUNT

STATEMENT PERIOD
06/20/2017 TO 07/18/2017

```
DATE.....AMOUNT....DESCRIPTION
07/13      460.97 POS:07/13      CNS AT T SA43 15519232 ROSWELL      NM
07/13       16.11 POS:07/13      HOBBYLOBBY                ROSWELL    NM
07/13      196.02 POS:07/13      WM SUPERCENTER            ROSWELL    NM
07/13       12.06 POS:07/13      MURPHY EXPRESS 8608       ROSWELL    NM
07/14      259.29 POS:07/13      NST THE HOME DEPOT 232 ROSWELL      NM
07/14       30.01 POS:07/13      STRIPES 182               ROSWELL    NM
07/14       22.84 POS:07/14      UNITED EXPRESS            ROSWELL    NM
07/14       45.14 POS:07/14      CARTER S   469            ALBUQUERQUE NM
07/14       91.91 POS:07/14      BUILDABEAR WORKSHOP       ALBUQUERQUE NM
07/14      200.00 ATM:07/13      1801 MAIN STREET          ROSWELL    NM
07/14       60.00 ATM:07/13      1801 MAIN STREET          ROSWELL    NM
07/17       47.49 POS:07/14      AT T SM17 5440            ALBUQERQUE NM
07/17       87.04 POS:07/14      NNT HARBOR FREIGHT 481 ALBUQUERQUE  NM
07/17       20.79 POS:07/14      CHEVRON CONVENIENCE       ALBUQUERQUE NM
07/17       13.61 POS:07/15      SONIC DRIVE IN   2800     ROSWELL    NM
07/17       50.00 POS:07/15      SAM MCCAW MATCO TOOLS     ARTESIA    NM
07/17      111.74 POS:07/15      CYCLE GEAR   30           ALBUQUERQUE NM
07/17        1.99 POS:07/15      UNITED EXPRESS            ROSWELL    NM
07/17        9.00 POS:07/15      STRIPES 182               ROSWELL    NM
07/17       12.94 POS:07/15      STRIPES 171               ROSWELL    NM
07/17        7.51 POS:07/15      ALBERTSONS MARK           ROSWELL    NM
07/17       28.79 POS:07/15      ALBERTSONS MARK           ROSWELL    NM
07/17       48.95 POS:07/16      DAVE AND BUSTER S   79 ALBUQUERQUE  NM
07/17        6.83 POS:07/17      ALLSUPS   2515 WEST 2N ROSWELL      NM
07/17      200.00 ATM:07/17      1801 MAIN STREET          ROSWELL    NM
07/17       42.34 TARGET DEBIT CRD  ACH TRAN    75000 ALEUQUERQ NM 0012917952
07/17      186.14 XCEL ENERGY-SPS  XCELENERGY                  0013600508
07/18       42.25 POS:07/17      ALLEN THEATRES - GALAX ROSWELL      NM
07/18       19.87 POS:07/18      STRIPES 182               ROSWELL    NM
07/18        1.69 POS:07/18      CHEVRON BREWER OIL CO  LOVING       NM
```

```
-------------------------------- C H E C K S ------------------------------------

DATE.........CHECK NO.......AMOUNT   DATE.........CHECK NO.......AMOUNT
06/29                       200.00   07/13     *                 200.00
06/29     *                 920.00
```

418



The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE
ACCOUNT

STATEMENT PERIOD
06/20/2017 TO 07/18/2017

---------------- D A I L Y   B A L A N C E   I N F O R M A T I O N ----------------

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 06/21 | 86.45 | 06/30 | 535.37 | 07/12 | 4.95 |
| 06/22 | 88.37OD | 07/03 | 253.43 | 07/13 | 1,657.63 |
| 06/23 | 61.63 | 07/05 | 124.54 | 07/14 | 948.44 |
| 06/26 | 10.87 | 07/06 | 91.55 | 07/17 | 73.28 |
| 06/27 | 1.07 | 07/07 | 66.48 | 07/18 | 9.47 |
| 06/29 | 707.20 | 07/10 | 14.95 | | |

---------------------------------------------------------------------------------

Ask us about our Merchant Services! We offer competitive
pricing and EMV compatible solutions to suit your business
needs;
- One Source of Funding for all Major Card Types
- Customizable Point of Sale; eCommerce & Mobile Solutions
- Gift, Loyalty and Business Analytics Solutions
- 24/7 U.S. Based Technical Support
Save time & money! Learn more; call Amanda 1-575-356-6601

419



| | | |
|---|---|---|
| $150.00 | 06/23/2017 | $200.00 | 07/13/2017 |
| $920.00 | 06/29/2017 | $200.00 | 06/29/2017 |



The James Polk Stone Community Bank

```
                                    2  -  28              PAGE   1
        *******************EXCLUDE-Email           ACCOUNT
        3315 0.7500 EX 0.000    14 1 1019
                                               STATEMENT PERIOD
        AUSTIN E HAMBLIN                       07/18/2017 TO 08/15/2017
        KISKA HAMBLIN
```

-------------------------- C H E C K I N G   S U M M A R Y --------------------------
```
                    FASTRAC          -
    CHECKING BALANCE LAST STATEMENT.......              9.47
                       DEPOSITS.............             .00
                   2   OTHER CREDITS........          3,823.35
                   2   CHECKS...............            890.93
                  52   OTHER DEBITS.........          2,654.02
    CHECKING BALANCE THIS STATEMENT.......              287.87
```
-------------------------------- F E E   S U M M A R Y --------------------------------
```
                        TOTAL FEES IMPOSED             .00
```
----------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES -----------------

|                         | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|-------------------------|-----------------------|--------------------|
| TOTAL OVERDRAFT FEES    | $0.00                 | $35.00             |
| TOTAL RETURNED ITEM FEES| $0.00                 | $35.00             |

--------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S ---------------

```
DATE.....AMOUNT....DESCRIPTION
07/27  1,847.50 HALLIBURTON 4088   PAYROLL                      0206072787
08/10  1,975.85 HALLIBURTON 4088   PAYROLL                      0201489432
```

----------------- O T H E R   D E B I T   T R A N S A C T I O N S -----------------

```
DATE.....AMOUNT....DESCRIPTION
07/24     7.98 POS:07/23        STRIPES 182          ROSWELL      NM
07/28    19.99 POS:07/28        PAYPAL  ANCESTRYCOM  SAN JOSE     CA
07/28     9.52 POS:07/28        ALLSUPS   1600 NORTH F ARTESIA    NM
07/28   211.57 MOBILE PAYMENT FROM CHK XXXXX117 TO LN XXXXX229 2873671
07/31    10.00 POS:07/28        UNITED EXPRESS       ROSWELL      NM
07/31    14.35 POS:07/28        UNITED EXPRESS       ROSWELL      NM
07/31     2.15 POS:07/29        DOMINO S 6530        ROSWELL      NM
07/31    28.28 POS:07/29        AMAZON.COM           SEATTLE      WA
07/31     6.00 POS:07/29        DOLLAR SHAVE CLU     VENICE       CA
07/31    12.68 POS:07/30        ALLSUPS   1600 NORTH F ARTESIA    NM
07/31    10.95 POS:07/30        ALLSUPS   1618 SOUTH U ROSWELL    NM
```

421



The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN



PAGE   2
ACCOUNT

STATEMENT PERIOD
07/18/2017 TO 08/15/2017

```
DATE.....AMOUNT....DESCRIPTION
07/31      11.25 POS:07/30      BURRITOS DIANA          ARTESIA      NM
07/31      32.39 POS:07/31      BUFFALO WILD WINGS 060 ROSWELL      NM
07/31      17.00 POS:07/31      ANTHONY URQUIDEZ JUST  ROSWELL      NM
07/31       9.76 POS:07/31      ALLSUPS   2200 S SUNSE ROSWELL      NM
07/31      10.00 POS:07/31      ALLSUPS   2200 S SUNSE ROSWELL      NM
07/31      80.00 ATM:07/31      1801 MAIN STREET       ROSWELL      NM
07/31      95.71 TARGET DEBIT CRD ACH TRAN   79000 ROSWELL   NM 0010309678
08/01       8.60 POS:07/31      APL   ITUNES.COM BILL  866-712-7753 CA
08/01       3.22 POS:07/31      APL   ITUNES.COM BILL  866-712-7753 CA
08/01     200.00 ATM:07/31      1801 MAIN STREET       ROSWELL      NM
08/02      20.00 POS:08/01      STRIPES 182            ROSWELL      NM
08/02      66.93 POS:08/01      DTV DIRECTV SERVICE    800-347-3288 CA
08/03      14.77 POS:08/02      ALBERTSONS MARK        ROSWELL      NM
08/03      10.00 POS:08/03      STRIPES 182            ROSWELL      NM
08/04      14.07 POS:08/03      ALBERTSONS MARK        ROSWELL      NM
08/07      14.80 POS:08/05      NAPA AUTO PARTS OF ROS ROSWELL      NM
08/11      29.06 POS:08/10      OREILLY AUTO   3775    ROSWELL      NM
08/11      38.13 POS:08/10      BUFFALO WILD WINGS 060 ROSWELL      NM
08/11      38.67 POS:08/11      ALLSUPS   0136         ROSWELL      NM
08/11     199.95 POS:08/11      OREILLY AUTO   2739    ROSWELL      NM
08/14     108.48 POS:08/11      AMAZON.COM             SEATTLE      WA
08/14       7.79 POS:08/11      UNITED EXPRESS         ROSWELL      NM
08/14      18.60 POS:08/12      AMAZON.COM             SEATTLE      WA
08/14     104.44 POS:08/12      AMAZON.COM             SEATTLE      WA
08/14      10.86 POS:08/12      ALLSUPS   1600 NORTH F ARTESIA      NM
08/14     360.00 POS:08/12      NOAH S ARK DAYCARE     ROSWELL      NM
08/14      50.00 POS:08/12      SAM MCCAW MATCO TOOLS  ARTESIA      NM
08/14       3.29 POS:08/12      ALBERTSONS MARK        ROSWELL      NM
08/14       3.11 POS:08/13      ALLSUPS   1600 NORTH F ARTESIA      NM
08/14       6.59 POS:08/13      ALLSUPS   2515 WEST 2N ROSWELL      NM
08/14      13.98 POS:08/13      STRIPES 182            ROSWELL      NM
08/14      10.50 POS:08/13      AMAZON.COM             SEATTLE      WA
08/14      30.67 POS:08/13      DOMINO S 6530          ROSWELL      NM
08/14      16.90 POS:08/13      FAMILY DOLLAR   6183   ROSWELL      NM
08/14      17.76 POS:08/14      ALLSUPS   0160         ROSWELL      NM
08/14      34.98 NM GAS COMPANY  nmgas web              0013946836
08/14      80.00 CENTURYLINK     AUTO PAY               0021326085
08/14     405.74 ATT             Payment                0202238930
08/15      55.13 POS:08/14      ALBERTSONS MARK        ROSWELL      NM
```



The James Polk Stone Community Bank

```
                                              PAGE   3
AUSTIN E HAMBLIN                      ACCOUNT
KISKA HAMBLIN
                                          STATEMENT PERIOD
                                      07/18/2017 TO 08/15/2017
```

```
DATE.....AMOUNT....DESCRIPTION
08/15       9.17 POS:08/15        CHEVRON HERMOSA CHEVRO ARTESIA      NM
08/15      58.25 POS:08/15        WM SUPERCENTER          ROSWELL     NM
-------------------------------- C H E C K S ----------------------------------
DATE.........CHECK NO.......AMOUNT   DATE.........CHECK NO.......AMOUNT
07/31                       860.00   08/11    *                   30.93
---------------- D A I L Y   B A L A N C E   I N F O R M A T I O N ---------------
DATE.......BALANCE         DATE.......BALANCE         DATE.......BALANCE
07/24          1.49        08/02        108.64        08/11      1,694.11
07/27      1,848.99        08/03         83.87        08/14        410.42
07/28      1,607.91        08/04         69.80        08/15        287.87
07/31        407.39        08/07         55.00
08/01        195.57        08/10      2,030.85
```

```
Ask us about our Merchant Services! We offer competitive
pricing and EMV compatible solutions to suit your business
                           needs;
        - One Source of Funding for all Major Card Types
  - Customizable Point of Sale; eCommerce & Mobile Solutions
        - Gift, Loyalty and Business Analytics Solutions
              - 24/7 U.S. Based Technical Support
Save time & money! Learn more; call Amanda 1-575-356-6601
```

J.P. Stone Community Bank                                                    Image Page  4





$30.93 _____    08/11/2017                    $860.00              07/31/2017

424



**The James Polk Stone Community Bank**



```
                            2  -  28              PAGE  1
           *******************EXCLUDE-Email        ACCOUNT
           3373 0.9100 EX 0.000   14 1 1039
                                                 STATEMENT PERIOD
           AUSTIN E HAMBLIN                   08/15/2017 TO 09/19/2017
           KISKA HAMBLIN
```

```
----------------------- C H E C K I N G  S U M M A R Y --------------------------
                        FASTRAC       -
     CHECKING BALANCE LAST STATEMENT.......                    287.87
                              1  DEPOSITS..............         10.00
                              2  OTHER CREDITS........       4,788.10
                              1  CHECKS...............       1,160.00
                             84  OTHER DEBITS.........       3,983.80
     CHECKING BALANCE THIS STATEMENT.......                    57.83OD
-------------------------- F E E  S U M M A R Y ----------------------------------
       NSF ITEM PAID FEE                                        35.00
                             TOTAL FEES IMPOSED                 35.00
                                  (LISTED BELOW)
----------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES -------------------
```

|                        | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|------------------------|-----------------------|--------------------|
| TOTAL OVERDRAFT FEES   | $35.00                | $70.00             |
| TOTAL RETURNED ITEM FEES | $0.00               | $35.00             |

```
--------------- A C C O U N T  C R E D I T  T R A N S A C T I O N S -------------

DATE.....AMOUNT....DESCRIPTION
08/21    10.00 DEPOSIT
08/24  3,150.63 HALLIBURTON 4088   PAYROLL                    0204705997
09/07  1,637.47 HALLIBURTON 4088   PAYROLL                    0202719722

---------------- O T H E R  D E B I T  T R A N S A C T I O N S ----------------

DATE.....AMOUNT....DESCRIPTION
08/16    46.31 POS:08/16      ALLSUPS   0160          ROSWELL      NM
08/16    40.00 POS:08/16      UNITED EXPRESS          ROSWELL      NM
08/17     3.60 POS:08/16      RIVERSIDE C STO         ARTESIA      NM
08/17    22.78 POS:08/16      MCALISTER S   1424      ARTESIA      NM
08/17     7.53 POS:08/17      ALLSUPS   1600 NORTH F ARTESIA      NM
08/17     8.41 POS:08/17      ALLSUPS   2200 S SUNSE ROSWELL      NM
08/18    19.56 POS:08/17      NNT KMART 7017     071 ROSWELL      NM
08/18     7.93 POS:08/18      ALLSUPS   2200 S SUNSE ROSWELL      NM
```



The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE  2
ACCOUNT

STATEMENT PERIOD
08/15/2017 TO 09/19/2017

```
DATE.....AMOUNT....DESCRIPTION
08/21      14.12 POS:08/18     ALLSUPS   0289          ROSWELL      NM
08/21       6.76 POS:08/19     ALLSUPS    2200 S SUNSE ROSWELL      NM
08/21       3.29 POS:08/19     ALBERTSONS MARK         ROSWELL      NM
08/21      47.31 POS:08/20     WALGREENS 1835 N MAIN   ROSWELL      NM
08/21       9.30 POS:08/20     ALBERTSONS MARK         ROSWELL      NM
08/21      14.94 POS:08/21     ALLSUPS  0136           ROSWELL      NM
08/21      20.14 POS:08/21     WHATABURGER 731    Q26 ROSWELL      NM
08/21      20.86 TARGET DEBIT CRD  ACH TRAN    173000 ROSWELL   NM 0012036707
08/23       1.99 POS:08/22     WALGREENS STORE         ROSWELL      NM
08/24      34.40 POS:08/24     STRIPES 182             ROSWELL      NM
08/25      21.28 POS:08/24     STRIPES 182             ROSWELL      NM
08/25      34.05 POS:08/25     SQ  CHEF TODDZILLA      ROSWELL      NM
08/25      13.58 POS:08/25     STRIPES 182             ROSWELL      NM
08/25      19.99 POS:08/25     PAYPAL  ANCESTRYCOM     SAN JOSE     CA
08/25     321.52 POS:08/25     WM SUPERCENTER          ROSWELL      NM
08/25      14.84 POS:08/25     MCDONALD S F36715       ROSWELL      NM
08/25      27.70 POS:08/25     FARMERS COUNTRY MARKET ROSWELL      NM
08/25     209.30 XCEL ENERGY-SPS  XCELENERGY                   0018836453
08/26      66.93 POS:08/25     DTV DIRECTV SERVICE     800-347-3288 CA
08/26      12.91 POS:08/25     STRIPES 182             ROSWELL      NM
08/28     100.00 POS:08/26     NOAH S ARK DAYCARE      ROSWELL      NM
08/28      50.00 POS:08/26     SAM MCCAW MATCO TOOLS   ARTESIA      NM
08/28      42.54 POS:08/26     KOHLS 1405              ALBUQUERQUE  NM
08/28       3.00 POS:08/26     STADIUM SUPER MARKET    ALBUQUERQUE  NM
08/28      29.74 POS:08/27     WM SUPERCENTER          ALBUQUERQUE  NM
08/28      63.47 POS:08/27     RED ROBIN NO 345        ALBUQUERQUE  NM
08/28      11.55 POS:08/28     AMAZONPRIME MEMBERSHIP AMZN.COM PRMEWA
08/28      30.00 POS:08/28     SHELL SERVICE S         ALBUQUERQUE  NM
08/28      22.59 POS:08/28     SHELL SERVICE STATION  ALBUQUERQUE  NM
08/28      55.11 TARGET DEBIT CRD  ACH TRAN    77000 ROSWELL   NM 0010017422
08/29       5.99 POS:08/28     LALOS CASH    CAR       VAUGHN       NM
08/29      33.88 POS:08/28     WALGREENS 1835 N MAIN   ROSWELL      NM
08/29      55.00 POS:08/28     CABQ CS BP AQUARIUM     ALBUQUERQUE  NM
08/29      15.00 POS:08/28     STRIPES 182             ROSWELL      NM
08/29      42.46 POS:08/28     SSA ALBUQUERQUE BIO PA ALBUQUERQUE  NM
08/29      25.98 POS:08/29     ALBERTSONS MARK         ROSWELL      NM
08/29      12.51 POS:08/29     STRIPES 182             ROSWELL      NM
08/29     149.30 LIBERTY MUTUAL   PAYMENT                      0028080590
08/30     266.52 POS:08/29     STAYBRIDGE SUITES ALBU ALBUQUERQUE  NM
```

426



The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE  3
ACCOUNT

STATEMENT PERIOD
08/15/2017 TO 09/19/2017

```
DATE.....AMOUNT....DESCRIPTION
08/30       6.00 POS:08/29    DOLLAR SHAVE CLU       VENICE        CA
08/31      13.62 POS:08/30    DOLLAR GE 1706 W 2ND S ROSWELL       NM
08/31      18.24 POS:08/30    STRIPES 182            ROSWELL       NM
08/31      33.54 POS:08/30    AMAZON.COM             SEATTLE       WA
08/31       3.14 POS:08/30    AMAZON.COM             SEATTLE       WA
08/31      69.09 POS:08/31    AMAZON.COM             SEATTLE       WA
08/31       8.62 POS:08/31    BIG LOTS STORES        ROSWELL       NM
09/01      21.53 POS:08/31    STRIPES 182            ROSWELL       NM
09/01       8.60 POS:08/31    APL  ITUNES.COM BILL   866-712-7753  CA
09/01       4.99 POS:08/31    STRIPES 182            ROSWELL       NM
09/05       4.99 POS:09/02    STRIPES 182            ROSWELL       NM
09/05       5.00 POS:09/04    ALLSUPS   1600 NORTH F ARTESIA       NM
09/07      66.26 POS:09/07    UNITED EXPRESS         ROSWELL       NM
09/07      68.14 POS:09/07    ALBERTSONS MARK        ROSWELL       NM
09/08      90.80 POS:09/07    WM SUPERCENTER         ROSWELL       NM
09/08      23.00 POS:09/08    ALLSUPS  0136          ROSWELL       NM
09/08       4.83 POS:09/08    CHEVRON BREWER OIL CO  CARLSBAD      NM
09/08      12.91 POS:09/08    LITTLE CAESARS 1112 00 ROSWELL       NM
09/08     167.65 POS:09/08    ALBERTSONS MARK        ROSWELL       NM
09/08     200.00 ATM:09/07    1801 MAIN STREET       ROSWELL       NM
09/11      21.54 POS:09/08    DOLLAR TR 1700 S MAIN  ROSWELL       NM
09/11      59.92 POS:09/08    OREILLY AUTO  3775     ROSWELL       NM
09/11      24.87 POS:09/09    STRIPES 182            ROSWELL       NM
09/11       4.00 POS:09/10    CHEVRON BREWER OIL CO  CARLSBAD      NM
09/11      59.62 POS:09/10    NNT KMART 7017     530 ROSWELL       NM
09/11      50.00 POS:09/10    SAM MCCAW MATCO TOOLS  ARTESIA       NM
09/11      23.99 POS:09/10    UNITED EXPRESS         ROSWELL       NM
09/11      68.00 POS:09/10    DMV TITLE SERVICE EXPR ROSWELL       NM
09/11       7.54 POS:09/10    REDBOX  DVD RENTAL     866-733-2693  IL
09/11      10.63 POS:09/11    ANDREWS DONUTS         ROSWELL       NM
09/11     537.23 ATT          Payment                       0209328077
09/12       1.99 POS:09/11    ALLSUPS   2200 S SUNSE ROSWELL       NM
09/12      16.47 POS:09/12    ALMAS                  ARTESIA       NM
09/13     105.00 Snap-on Credit  Snapon ACH                  0024432156
09/14      15.42 POS:09/14    SONIC DRIVE IN  2807   ROSWELL       NM
09/18      35.00 NSF ITEM PAID FEE          $25.66  ACH: NM GAS COMPANY
09/18      25.66 NM GAS COMPANY  nmgas bl                    0017396231
```



The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE   4
ACCOUNT

STATEMENT PERIOD
08/15/2017 TO 09/19/2017

------------------------------- C H E C K S ------------------------------

| DATE........CHECK NO.......AMOUNT | DATE........CHECK NO.......AMOUNT |
|---|---|
| 08/24              1,160.00 | |

---------------- D A I L Y  B A L A N C E  I N F O R M A T I O N ----------------

| DATE.......BALANCE | DATE.......BALANCE | DATE.......BALANCE |
|---|---|---|
| 08/16        201.56 | 08/28        809.17 | 09/08      1,009.05 |
| 08/17        159.24 | 08/29        469.05 | 09/11        141.71 |
| 08/18        131.75 | 08/30        196.53 | 09/12        123.25 |
| 08/21          5.03 | 08/31         50.28 | 09/13         18.25 |
| 08/23          3.04 | 09/01         15.16 | 09/14          2.83 |
| 08/24      1,959.27 | 09/05          5.17 | 09/18        57.83OD |
| 08/25      1,297.01 | 09/07      1,508.24 | |

------------------------------------------------------------------------

Ask us about our Merchant Services! We offer competitive
pricing and EMV compatible solutions to suit your business
needs;
- One Source of Funding for all Major Card Types
- Customizable Point of Sale; eCommerce & Mobile Solutions
- Gift, Loyalty and Business Analytics Solutions
- 24/7 U.S. Based Technical Support
Save time & money! Learn more; call Amanda 1-575-356-6601

428

Image Page  5

 

$10.00          08/21/2017              $1,160.00          08/24/2017

**429**



The James Polk Stone Community Bank

```
                              2  -  28          PAGE  1
          ********************EXCLUDE-Email      ACCOUNT
          3336 0.9100 EX 0.000    14 1 1033
                                                STATEMENT PERIOD
                                                09/19/2017 TO 10/17/2017
          AUSTIN E HAMBLIN
          KISKA HAMBLIN
```



```
------------------------- C H E C K I N G   S U M M A R Y -------------------------
                         FASTRAC        -
          CHECKING BALANCE LAST STATEMENT.......          57.83OD
                              DEPOSITS.............          .00
                    4   OTHER CREDITS........        5,171.84
                    2   CHECKS...............          870.00
                   93   OTHER DEBITS.........        4,234.17
          CHECKING BALANCE THIS STATEMENT.......            9.84
--------------------------- F E E   S U M M A R Y ---------------------------
                              TOTAL FEES IMPOSED           .00
----------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES -----------------
```

|                          | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|--------------------------|-----------------------|--------------------|
| TOTAL OVERDRAFT FEES     | $0.00                 | $70.00             |
| TOTAL RETURNED ITEM FEES | $0.00                 | $35.00             |

```
-------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S -------------

DATE.....AMOUNT....DESCRIPTION
09/21   2,096.44 HALLIBURTON 4088   PAYROLL                     0202857806
10/05   3,058.20 HALLIBURTON 4088   PAYROLL                     0207073147
10/17       8.60 POS:10/16     APL   ITUNES.COM BILL  866-712-7753 CA
10/17       8.60 POS:10/16     APL   ITUNES.COM BILL  866-712-7753 CA

---------------- O T H E R   D E B I T   T R A N S A C T I O N S ----------------

DATE.....AMOUNT....DESCRIPTION
09/22      62.58 POS:09/21     BIG LOTS STORES       ROSWELL       NM
09/22       3.85 POS:09/21     BIG LOTS STORES       ROSWELL       NM
09/22      41.29 POS:09/21     ALLSUPS  0136         ROSWELL       NM
09/22      34.11 POS:09/21     AMAZON.COM            SEATTLE       WA
09/22      22.57 POS:09/22     DOMINO S 6530         575-637-3030 NM
09/22     150.00 POS:09/22     NOAH S ARK DAYCARE    ROSWELL       NM
09/22      40.04 POS:09/22     AMAZON.COM            SEATTLE       WA
09/22       6.53 POS:09/22     STRIPES 182           ROSWELL       NM
09/25      15.00 POS:09/22     ALLSUPS  0136         ROSWELL       NM
```



**The James Polk Stone Community Bank**

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE   2
ACCOUNT

STATEMENT PERIOD
09/19/2017 TO 10/17/2017

```
DATE.....AMOUNT....DESCRIPTION
09/25        5.38 POS:09/22    ALLSUPS   1600 NORTH F ARTESIA      NM
09/25       11.46 POS:09/22    IHOP  3448               ARTESIA      NM
09/25        1.81 POS:09/22    SONIC DRIVE IN   2834   ROSWELL      NM
09/25       50.00 POS:09/23    SAM MCCAW MATCO TOOLS  ARTESIA      NM
09/25       19.99 POS:09/24    PAYPAL  ANCESTRYCOM    SAN JOSE     CA
09/25        1.79 POS:09/24    ALLSUPS   1600 NORTH F ARTESIA      NM
09/25       13.65 POS:09/24    MCDONALD S F2427       ROSWELL      NM
09/25       10.25 POS:09/24    UNITED EXPRESS          ROSWELL      NM
09/25       22.30 POS:09/24    SONIC DRIVE IN   2807   ROSWELL      NM
09/25        7.60 POS:09/24    PECOS VALLEY TOBACCO C ROSWELL      NM
09/25        8.10 POS:09/24    PECOS VALLEY TOBACCO C ROSWELL      NM
09/25        5.64 POS:09/25    ALLSUPS    2200 S SUNSE ROSWELL      NM
09/25       21.86 POS:09/25    STRIPES 182             ROSWELL      NM
09/25      180.81 LIBERTY MUTUAL   PAYMENT                     0029657956
09/26       20.00 POS:09/25    ALLSUPS   0335          ROSWELL      NM
09/26      106.56 POS:09/25    WAL WAL-MART SUPER 610 ROSWELL      NM
09/26        7.68 POS:09/26    ALLSUPS    2200 S SUNSE ROSWELL      NM
09/26       12.90 POS:09/26    DOMINO S 6530          575-637-3030 NM
09/27       16.29 POS:09/27    CONOCO - STRIPES 182   ROSWELL      NM
09/27       11.57 POS:09/27    CHEVRON BREWER OIL CO  CARLSBAD     NM
09/28       23.05 POS:09/27    STRIPES 182             ROSWELL      NM
09/28       11.55 POS:09/27    AMAZONPRIME MEMBERSHIP AMZN.COM PRMEWA
09/28       13.71 POS:09/27    ALLSUPS   0136          ROSWELL      NM
09/28       33.67 POS:09/27    BUFFALO WILD WINGS 060 ROSWELL      NM
09/28       13.42 POS:09/28    CHEVRON HERMOSA CHEVRO ARTESIA      NM
09/29       21.89 POS:09/28    ALLSUPS   0223          ARTESIA      NM
09/29       50.40 POS:09/28    WALGREENS 1835 N MAIN  ROSWELL      NM
09/29        7.59 POS:09/29    CHEVRON HERMOSA CHEVRO ARTESIA      NM
09/29       24.20 POS:09/29    STRIPES 182             ROSWELL      NM
09/29       30.00 ATM:09/28    1801 MAIN STREET        ROSWELL      NM
10/02        6.00 POS:09/29    DOLLAR SHAVE CLU        VENICE       CA
10/02        4.30 POS:09/30    CHEVRON HERMOSA CHEVRO ARTESIA      NM
10/02       10.00 ATM:09/30    1801 MAIN STREET        ROSWELL      NM
10/05       35.31 POS:10/05    ALLSUPS   0136          ROSWELL      NM
10/05       15.70 POS:10/05    MCDONALD S F36715       ROSWELL      NM
10/06      456.09 POS:10/05    WAL SAM S CLUB      451 ROESWELL     NM
10/06       30.00 POS:10/05    MURPHY EXPRESS          ROSWELL      NM
10/06       23.92 POS:10/05    OREILLY AUTO   2739     ROSWELL      NM
10/06       37.67 POS:10/06    CARQUEST 3853           ROSWELL      NM
```



The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN



PAGE  3
ACCOUNT

STATEMENT PERIOD
09/19/2017 TO 10/17/2017

| DATE | AMOUNT | DESCRIPTION | | | |
|------|--------|-------------|--|--|--|
| 10/10 | 14.06 | POS:10/07 | SONIC DRIVE IN  2807 | ROSWELL | NM |
| 10/10 | 35.14 | POS:10/07 | DOMINO S 6530 | ROSWELL | NM |
| 10/10 | 234.64 | POS:10/07 | ALBERTSONS MARK | ROSWELL | NM |
| 10/10 | 5.00 | POS:10/08 | ALBERTSONS MARK | ROSWELL | NM |
| 10/10 | 13.99 | POS:10/08 | OREILLY AUTO  2739 | ROSWELL | NM |
| 10/10 | 50.00 | POS:10/08 | SAM MCCAW MATCO TOOLS | ARTESIA | NM |
| 10/10 | 218.72 | POS:10/08 | NNT KMART 7017  731 | ROSWELL | NM |
| 10/10 | 517.01 | POS:10/08 | AT T BILL PAYMENT | 08003310500 | TX |
| 10/10 | 33.92 | POS:10/09 | AMAZON.COM | SEATTLE | WA |
| 10/10 | 32.69 | POS:10/09 | ALBERTSONS MARKET | ROSWELL | NM |
| 10/10 | 30.15 | POS:10/09 | NNT SUNSHINE LAUNDR881 | ROSWELL | NM |
| 10/10 | 20.00 | POS:10/09 | STRIPES 182 | ROSWELL | NM |
| 10/10 | 5.97 | POS:10/09 | NEW MEXICO  EPAY FEE | 972-713-3770 | TX |
| 10/10 | 182.00 | POS:10/09 | EDDY COUNTY  III EPAY | 505-827-4836 | NM |
| 10/10 | 100.00 | POS:10/10 | DMV TITLE SERVICE EXPR | ROSWELL | NM |
| 10/10 | 6.91 | POS:10/10 | UNITED EXPRESS | ROSWELL | NM |
| 10/10 | 6.61 | POS:10/10 | ALLSUPS  1600 NORTH F | ARTESIA | NM |
| 10/10 | 111.06 | TARGET DEBIT CRD | ACH TRAN  77000 ROSWELL | NM 0016327769 | |
| 10/10 | 200.00 | Snap-on Credit | Snapon ACH | 0027388420 | |
| 10/11 | 107.69 | POS:10/10 | PREMIER CHIROPRACTIC | ROSWELL | NM |
| 10/11 | 3.49 | POS:10/10 | ALLSUPS  2200 S SUNSE | ROSWELL | NM |
| 10/11 | 14.48 | POS:10/10 | NAPA AUTO PARTS OF ROS | ROSWELL | NM |
| 10/11 | 20.00 | POS:10/11 | ALLSUPS  0136 | ROSWELL | NM |
| 10/11 | 26.74 | POS:10/11 | KFC C750078 | ROSWELL | NM |
| 10/11 | 128.32 | CenturyLink | Payment | 0023010841 | |
| 10/12 | 112.03 | POS:10/11 | WALGREENS 1835 N MAIN | ROSWELL | NM |
| 10/12 | 42.48 | POS:10/11 | ALBERTSONS MARK | ROSWELL | NM |
| 10/12 | 4.94 | POS:10/12 | ALLSUPS  2200 S SUNSE | ROSWELL | NM |
| 10/13 | 35.22 | POS:10/12 | UNITED EXPRESS | ROSWELL | NM |
| 10/13 | 4.78 | POS:10/12 | ALLSUPS  2200 S SUNSE | ROSWELL | NM |
| 10/13 | 8.60 | POS:10/13 | APL  ITUNES.COM BILL | 866-712-7753 | CA |
| 10/13 | 1.07 | POS:10/13 | APL  ITUNES.COM BILL | 866-712-7753 | CA |
| 10/13 | 2.04 | POS:10/13 | UNITED EXPRESS | ROSWELL | NM |
| 10/13 | 18.23 | POS:10/13 | DOLLAR TR 1700 S MAIN | ROSWELL | NM |
| 10/16 | 8.29 | POS:10/13 | WALGREENS STORE | ROSWELL | NM |
| 10/16 | 2.46 | POS:10/14 | SONIC DRIVE IN  2807 | ROSWELL | NM |
| 10/16 | 15.00 | POS:10/14 | LOS AGAVES | ARTESIA | NM |
| 10/16 | 9.79 | POS:10/14 | ALLSUPS  1600 NORTH F | ARTESIA | NM |
| 10/16 | 5.18 | POS:10/14 | ALLSUPS  2515 WEST 2N | ROSWELL | NM |



The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE
ACCOUNT

STATEMENT PERIOD
09/19/2017 TO 10/17/2017

```
DATE.....AMOUNT....DESCRIPTION
10/16      26.12 POS:10/14      FARMERS COUNTRY MKT  5 ROSWELL      NM
10/16       4.94 POS:10/15      ALLSUPS   2200 S SUNSE ROSWELL      NM
10/16       8.59 POS:10/16      TACO BELL  32717         CARLSBAD   NM
10/16      28.54 NM GAS COMPANY  nmgas bl                    0014872493
10/17       8.60 POS:10/16      APL   ITUNES.COM BILL  866-712-7753 CA
10/17       8.60 POS:10/16      APL   ITUNES.COM BILL  866-712-7753 CA
```

-------------------------------- C H E C K S --------------------------------------

```
DATE.........CHECK NO.......AMOUNT   DATE.........CHECK NO.......AMOUNT
09/22                   10.00  09/22     *                  860.00
```

---------------- D A I L Y  B A L A N C E  I N F O R M A T I O N ----------------

```
DATE.......BALANCE      DATE.......BALANCE      DATE.......BALANCE
09/21      2,038.61     09/29        27.52      10/12        188.69
09/22        807.64     10/02         7.22      10/13        118.75
09/25        432.00     10/05     3,014.41      10/16          9.84
09/26        284.86     10/06     2,466.73      10/17          9.84
09/27        257.00     10/10       648.86
09/28        161.60     10/11       348.14
```

------------------------------------------------------------------------------------

Ask us about our Merchant Services! We offer competitive
pricing and EMV compatible solutions to suit your business
needs;
- One Source of Funding for all Major Card Types
- Customizable Point of Sale; eCommerce & Mobile Solutions
- Gift, Loyalty and Business Analytics Solutions
- 24/7 U.S. Based Technical Support
Save time & money! Learn more; call Amanda 1-575-356-6601

J.P. Stone Community Bank





$860.00                    09/22/2017                      $10.00                    09/22/2017

<span style="color:red">434</span>



The James Polk Stone Community Bank

```
                              1  -  28           PAGE  1
          *******************EXCLUDE-Email      ACCOUNT        
```

```
          3329 1.0700 EX 0.000   14 1 1029
                                                 STATEMENT PERIOD
          AUSTIN E HAMBLIN                      10/17/2017 TO 11/21/2017
          KISKA HAMBLIN
```

```
---------------------- C H E C K I N G  S U M M A R Y ----------------------
                FASTRAC         -
   CHECKING BALANCE LAST STATEMENT.......              9.84
                        DEPOSITS..............          .00
                 5  OTHER CREDITS........       6,299.92
                 1  CHECKS...............         863.00
               111  OTHER DEBITS.........       5,272.46
   CHECKING BALANCE THIS STATEMENT.......         174.30
------------------------------ F E E  S U M M A R Y -----------------------------
                        TOTAL FEES IMPOSED             .00
----------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES -----------------
```

|  | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | $0.00 | $70.00 |
| TOTAL RETURNED ITEM FEES | $0.00 | $35.00 |

```
-------------- A C C O U N T  C R E D I T  T R A N S A C T I O N S -------------

DATE.....AMOUNT....DESCRIPTION
10/19       8.60 POS:10/18        APL   ITUNES.COM BILL   866-712-7753 CA
10/19   1,637.47 HALLIBURTON 4088  PAYROLL                     0201553695
10/23      40.91 TARGET DEBIT CRD  ACH TRAN   125000 ROSWELL   NM 0015380469
11/02   2,104.20 HALLIBURTON 4088  PAYROLL                     0204414780
11/16   2,508.74 HALLIBURTON 4088  PAYROLL                     0200765330

---------------- O T H E R  D E B I T  T R A N S A C T I O N S -----------------

DATE.....AMOUNT....DESCRIPTION
10/19       9.00 POS:10/19        ALLSUPS   2200 S SUNSE ROSWELL      NM
10/19      38.83 POS:10/19        WALGREENS 1835 N MAIN  ROSWELL      NM
10/19       5.36 POS:10/19        SY8 BURGER KING  18731 ROSWELL      NM
10/20       7.40 POS:10/19        ALLSUPS   1600 NORTH F ARTESIA      NM
10/20      20.96 POS:10/20        ALLSUPS  0136          ROSWELL      NM
10/20      57.05 POS:10/20        JIFFY LUBE  1993       ROSWELL      NM
10/20      15.00 POS:10/20        UNION CONOCO           ROSWELL      NM
10/23      49.94 POS:10/21        BUFFALO WILD WINGS 060 ROSWELL      NM
```

435



The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE  2
ACCOUNT

STATEMENT PERIOD
10/17/2017 TO 11/21/2017

```
DATE.....AMOUNT....DESCRIPTION
10/23     126.05 POS:10/21      ALBERTSONS MARK       ROSWELL     NM
10/23       7.53 POS:10/22      ALLSUPS   2200 S SUNSE ROSWELL    NM
10/23       5.38 POS:10/22      ALLSUPS   2200 S SUNSE ROSWELL    NM
10/23       8.18 POS:10/22      SUBWAY       03360047 ARTESIA     NM
10/23      50.00 POS:10/22      SAM MCCAW MATCO TOOLS  ARTESIA    NM
10/23       5.60 POS:10/22      ALLSUPS   105 NORTH 8T LOVING     NM
10/23      14.60 POS:10/23      ALLSUPS   0160         ROSWELL    NM
10/23       3.53 POS:10/23      PILOT   490            CARLSBAD   NM
10/23     150.00 ATM:10/20      1801 MAIN STREET       ROSWELL    NM
10/23      30.00 ATM:10/22      1801 MAIN STREET       ROSWELL    NM
10/23     342.75 TARGET DEBIT CRD ACH TRAN    75000 ROSWELL   NM 0015380468
10/24      14.26 POS:10/23      CHEVRON BREWER OIL CO   CARLSBAD   NM
10/24      13.61 POS:10/23      MCDONALD S F4071        CARLSBAD   NM
10/24       9.01 POS:10/23      MCDONALD S F8084        ROSWELL    NM
10/24      33.40 POS:10/23      ALLSUPS   0136          ROSWELL    NM
10/24      19.99 POS:10/24      PAYPAL   ANCESTRYCOM    SAN JOSE   CA
10/24     160.00 Snap-on Credit Snapon ACH                        0020012933
10/25      26.29 POS:10/24      ALBERTSONS MARK        ROSWELL     NM
10/25      13.05 POS:10/24      ANDREWS DONUTS         ROSWELL     NM
10/25     180.81 LIBERTY MUTUAL  PAYMENT                           0022398014
10/26       3.53 POS:10/26      SONIC DRIVE IN   2807  ROSWELL     NM
10/26      31.18 POS:10/26      DOMINO S 6530          ROSWELL     NM
10/26      14.10 POS:10/26      UNITED EXPRESS         ROSWELL     NM
10/26       6.89 POS:10/26      STRIPES 182            ROSWELL     NM
10/27       5.93 POS:10/26      NNT EL METATE TORTI380 ROSWELL     NM
10/27      13.73 POS:10/26      FAMILY DOLLAR          ROSWELL     NM
10/27       2.19 POS:10/27      STRIPES 182            ROSWELL     NM
10/27      14.10 POS:10/27      UNITED EXPRESS         ROSWELL     NM
10/30      26.00 POS:10/27      ALBERTSONS MARK        ROSWELL     NM
10/30      11.55 POS:10/27      AMAZONPRIME MEMBERSHIP AMZN.COM PRMEWA
10/30       9.32 POS:10/28      STRIPES 182            ROSWELL     NM
10/30       6.00 POS:10/29      DOLLAR SHAVE CLU       VENICE      CA
10/30      10.94 TARGET DEBIT CRD ACH TRAN                         0014165715
10/31      57.87 POS:10/31      RED ROBIN NO 537       LUBBOCK     TX
10/31      15.00 POS:10/31      UNITED EXPRESS         LUBBOCK     TX
11/02       5.63 POS:11/01      STRIPES 182            ROSWELL     NM
11/02       4.58 POS:11/01      WALGREENS STORE        ROSWELL     NM
11/02      29.16 POS:11/02      ALLSUPS   0136         ROSWELL     NM
11/02      37.55 TARGET DEBIT CRD ACH TRAN   162000 LUBBOCK   TX 0012994376
```

436



The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN



PAGE   3
ACCOUNT

STATEMENT PERIOD
10/17/2017 TO 11/21/2017

```
DATE.....AMOUNT....DESCRIPTION
11/03      23.84 POS:11/02    WENDY S  1703          ROSWELL      NM
11/03      11.99 POS:11/03    PECOS VALLEY TOBACCO C ROSWELL      NM
11/03      74.31 POS:11/03    ALBERTSONS MARK        ROSWELL      NM
11/06      65.02 POS:11/03    BIG LOTS STORES        ROSWELL      NM
11/06       4.59 POS:11/03    STRIPES 182            ROSWELL      NM
11/06      17.53 POS:11/03    STRIPES 182            ROSWELL      NM
11/06      37.45 POS:11/03    BUFFALO WILD WINGS 060 ROSWELL      NM
11/06     290.32 POS:11/04    WAL WAL-MART SUPER 951 ROSWELL      NM
11/06       3.35 POS:11/04    WAL WAL-MART SUPER 310 ROSWELL      NM
11/06       7.53 POS:11/04    ALLSUPS   2200 S SUNSE ROSWELL      NM
11/06      37.49 POS:11/05    UNITED EXPRESS         ROSWELL      NM
11/06      50.00 POS:11/05    SAM MCCAW MATCO TOOLS  ARTESIA      NM
11/06      10.71 POS:11/05    DRI MICROSOFT HUP      952-9084089  MN
11/06      40.11 POS:11/06    DOLLAR-GENERAL  6297   ROSWELL      NM
11/06      19.74 POS:11/06    NNT KMART 7017     161 ROSWELL      NM
11/06      13.17 POS:11/06    ALLSUPS  0136          ROSWELL      NM
11/07       4.30 POS:11/06    APL  ITUNES.COM BILL   866-712-7753 CA
11/07      11.49 POS:11/07    BURRITO EXPRESS INC    ROSWELL      NM
11/07      28.71 POS:11/07    WALGREENS 1200 S MAIN  ROSWELL      NM
11/07     150.00 Snap-on Credit  Snapon ACH                  0026952334
11/08      52.15 POS:11/08    PHE ADAM MAIL          800-293-4654 NC
11/08      15.72 POS:11/08    AUDIBLE                ADBL.CO BILL NJ
11/09       8.35 POS:11/08    FAMILY DOLLAR          ROSWELL      NM
11/09      26.48 POS:11/08    STRIPES 182            ROSWELL      NM
11/10      22.13 POS:11/09    MCDONALD S F8084       ROSWELL      NM
11/10      13.90 POS:11/09    STRIPES 182            ROSWELL      NM
11/13      28.47 POS:11/10    ALLSUPS  0289          ROSWELL      NM
11/13      10.09 POS:11/10    ANDREWS DONUTS         ROSWELL      NM
11/13       7.70 POS:11/10    SONIC DRIVE IN   2834  ROSWELL      NM
11/13      22.86 POS:11/11    DAIRY QUEEN  13687 QPS ROSWELL      NM
11/13      10.37 POS:11/11    DOLLAR GE 1706 W 2ND S ROSWELL      NM
11/13      10.76 POS:11/11    ALLSUPS   2515 WEST 2N ROSWELL      NM
11/13       5.20 POS:11/11    ALLSUPS   2515 WEST 2N ROSWELL      NM
11/13       4.99 POS:11/12    CHEVRON HERMOSA CHEVRO ARTESIA      NM
11/13       1.07 POS:11/13    APL  ITUNES.COM BILL   866-712-7753 CA
11/14       7.20 POS:11/13    ALLSUPS   2200 S SUNSE ROSWELL      NM
11/14      24.58 POS:11/13    ALBERTSONS MARK        ROSWELL      NM
11/14       5.09 POS:11/13    LOVES TRAVEL S00004929 PECOS        TX
11/14       8.84 POS:11/13    UNITED EXPRESS         ROSWEL       NM
```

437



The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE  4
ACCOUNT

STATEMENT PERIOD
10/17/2017 TO 11/21/2017

```
DATE.....AMOUNT....DESCRIPTION
11/14      3.38 POS:11/13      CHEVRON HERMOSA CHEVRO ARTESIA        NM
11/14      3.22 POS:11/14      PILOT   490              CARLSBAD     NM
11/15     13.41 POS:11/14      SONIC DRIVE IN   2800    ROSWELL      NM
11/16     32.40 NM GAS COMPANY nmgas bl                        0017758407
11/17     18.15 POS:11/16      STRIPES 182             ROSWELL      NM
11/17     22.73 POS:11/17      STRIPES 171             ROSWELL      NM
11/20    147.13 POS:11/17      SAMS CLUB   4961        ROESWELL     NM
11/20     56.92 POS:11/17      BIG LOTS STORES         ROSWELL      NM
11/20    517.01 POS:11/18      AT T BILL PAYMENT       08003310500  TX
11/20     50.00 POS:11/18      SAM MCCAW MATCO TOOLS   ARTESIA      NM
11/20     32.31 POS:11/18      ALLSUPS   0136          ROSWELL      NM
11/20     97.88 POS:11/18      MARSHALLS 4501 N MAIN   ROSWELL      NM
11/20     19.34 POS:11/18      TRACTOR SUPPLY          ROSWELL      NM
11/20    162.55 POS:11/19      ALBERTSONS MARK         ROSWELL      NM
11/20     35.94 POS:11/20      6530 DOMINOS PIZZA      575-637-3030 NM
11/20      7.44 POS:11/20      STRIPES 182             ROSWELL      NM
11/20     17.23 POS:11/20      NNT SUNSHINE LAUNDR680  ROSWELL      NM
11/20    200.00 ATM:11/18      1901 N MAIN             ROSWELL      NM
11/20    200.00 ATM:11/18      1901 N MAIN             ROSWELL      NM
11/20     29.52 TARGET DEBIT CRD ACH TRAN   171000 ROSWELL    NM 0012946039
11/21     17.49 POS:11/20      STRIPES 182             ROSWELL      NM
11/21     29.32 POS:11/21      LJS  70072              ROSWELL      NM
11/21     10.07 POS:11/21      STRIPES 170             ROSWELL      NM
11/21    150.00 Snap-on Credit  Snapon ACH                     0026498525
11/21    488.59 XCEL ENERGY-SPS XCELENERGY                     0013150801
```

-------------------------------------- C H E C K S --------------------------------------

```
DATE.........CHECK NO.......AMOUNT   DATE.........CHECK NO.......AMOUNT
11/03                        863.00
```

---------------- D A I L Y   B A L A N C E   I N F O R M A T I O N ----------------

```
DATE.......BALANCE        DATE.......BALANCE        DATE.......BALANCE
10/19    1,602.72         10/27       187.59        11/07       313.54
10/20    1,502.31         10/30       123.78        11/08       245.67
10/23      749.66         10/31        50.91        11/09       210.84
10/24      499.39         11/02     2,078.19        11/10       174.81
10/25      279.24         11/03     1,105.05        11/13        73.30
10/26      223.54         11/06       508.04        11/14        20.99
```

438



The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE  5
ACCOUNT

STATEMENT PERIOD
10/17/2017 TO 11/21/2017

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 11/15 | 7.58 | 11/17 | 2,443.04 | 11/21 | 174.30 |
| 11/16 | 2,483.92 | 11/20 | 869.77 | | |

------------------------------------------------------------------------

Ask us about our Merchant Services! We offer competitive
pricing and EMV compatible solutions to suit your business
needs;
- One Source of Funding for all Major Card Types
- Customizable Point of Sale; eCommerce & Mobile Solutions
- Gift, Loyalty and Business Analytics Solutions
- 24/7 U.S. Based Technical Support
Save time & money! Learn more; call Amanda 1-575-356-6601

439



$863.00                          11/03/2017



The James Polk Stone Community Bank

```
                         2  -  28              PAGE  1
********************EXCLUDE-Email         ACCOUNT
3303 0.7500 EX 0.000   14 1 1026
                                         STATEMENT PERIOD
AUSTIN E HAMBLIN                         11/21/2017 TO 12/19/2017
KISKA HAMBLIN
```


```
----------------------- C H E C K I N G   S U M M A R Y -----------------------
                    FASTRAC          -
CHECKING BALANCE LAST STATEMENT.......             174.30
                    DEPOSITS.............             .00
            2  OTHER CREDITS........           4,035.49
            2  CHECKS................           1,613.00
           46  OTHER DEBITS..........           2,254.14
CHECKING BALANCE THIS STATEMENT.......             342.65
---------------------- F E E   S U M M A R Y ----------------------------------
  NSF ITEM PAID FEE                                 35.00
                    TOTAL FEES IMPOSED              35.00
                       (LISTED BELOW)
----------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES ------------------
```

|                        | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|------------------------|-----------------------|--------------------|
| TOTAL OVERDRAFT FEES    | $35.00                | $105.00            |
| TOTAL RETURNED ITEM FEES| $0.00                 | $35.00             |

```
--------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S --------------

DATE.....AMOUNT....DESCRIPTION
11/30   1,769.71 HALLIBURTON 4088   PAYROLL                  0203435935
12/14   2,265.78 HALLIBURTON 4088   PAYROLL                  0203815518

----------------- O T H E R   D E B I T   T R A N S A C T I O N S -----------------

DATE.....AMOUNT....DESCRIPTION
11/22      18.24 POS:11/21      WAL WAL-MART SUPER 521 ROSWELL      NM
11/24      28.56 POS:11/22      UNITED EXPRESS          ROSWELL     NM
11/24      19.99 POS:11/24      PAYPAL  ANCESTRYCOM     SAN JOSE    CA
11/27      35.00 NSF ITEM PAID FEE         $261.80  ACH: LIBERTY MUTUAL
11/27     261.80 LIBERTY MUTUAL   PAYMENT                0023514845
11/28       4.86 POS:11/27      ALLSUPS   1600 NORTH F ARTESIA     NM
11/28       4.94 POS:11/26      ALLSUPS   2301 WEST LE CARLSBAD    NM
11/28       5.68 POS:11/25      ALLSUPS   2515 WEST 2N ROSWELL     NM
11/28      14.57 POS:11/26      WALGREENS STORE         ROSWELL     NM
```

441



The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE    2
ACCOUNT

STATEMENT PERIOD
11/21/2017 TO 12/19/2017

| DATE | AMOUNT | DESCRIPTION | | | |
|------|--------|-------------|---|---|---|
| 12/01 | 21.38 | POS:11/30 | UNITED EXPRESS | ROSWELL | NM |
| 12/01 | 4.94 | POS:12/01 | ALLSUPS   2200 S SUNSE | ROSWELL | NM |
| 12/01 | 34.24 | POS:12/01 | ALBERTSONS MARK | ROSWELL | NM |
| 12/04 | 3.43 | POS:12/01 | ALLSUPS   2200 S SUNSE | ROSWELL | NM |
| 12/04 | 11.55 | POS:12/01 | AMAZONPRIME MEMBERSHIP | AMZN.COM | PRMEWA |
| 12/04 | 4.95 | POS:12/02 | ALLSUPS   800 SOUTH 1S | ARTESIA | NM |
| 12/04 | 50.00 | POS:12/02 | SAM MCCAW MATCO TOOLS | ARTESIA | NM |
| 12/04 | 9.01 | POS:12/02 | MCDONALD S F6084 | ROSWELL | NM |
| 12/04 | 93.53 | POS:12/02 | ALBERTSONS MARK | ROSWELL | NM |
| 12/04 | .09 | POS:12/02 | PAYPAL   ITUNES.COM BIL | SAN JOSE | CA |
| 12/04 | 10.87 | POS:12/02 | UNITED EXPRESS | ROSWELL | NM |
| 12/04 | 6.00 | POS:12/03 | DOLLAR SHAVE CLU | VENICE | CA |
| 12/04 | 8.19 | POS:12/04 | ATOKA GROCERY S | ARTESIA | NM |
| 12/04 | 200.00 | ATM:12/02 | 1801 MAIN STREET | ROSWELL | NM |
| 12/05 | 5.00 | POS:12/04 | ALLSUPS  0160 | ROSWELL | NM |
| 12/05 | 19.33 | POS:12/04 | ALLSUPS  0160 | ROSWELL | NM |
| 12/05 | 6.75 | POS:12/05 | SONIC DRIVE IN  2807 | ROSWELL | NM |
| 12/05 | 150.00 | Snap-on Credit | Snapon ACH | | 0027844850 |
| 12/07 | 6.00 | POS:12/06 | CORRLINKS ADVTECGRP | 05152219344 | IA |
| 12/07 | 20.99 | POS:12/07 | UNITED EXPRESS | ROSWELL | NM |
| 12/08 | 15.72 | POS:12/08 | AUDIBLE | ADBL.CO BILL | NJ |
| 12/15 | 49.46 | POS:12/14 | ALBERTSONS MARK | ROSWELL | NM |
| 12/15 | 30.00 | POS:12/15 | CENTRAL VALLEY ELECTRI | 05757463571 | NM |
| 12/15 | 517.53 | POS:12/15 | AT T BILL PAYMENT | 08003310500 | TX |
| 12/18 | 26.77 | POS:12/15 | DOLLAR TR 1700 S MAIN | ROSWELL | NM |
| 12/18 | 176.24 | POS:12/15 | DTV DIRECTV SERVICE | 800-347-3288 | CA |
| 12/18 | 1.07 | POS:12/15 | APL   ITUNES.COM BILL | 866-712-7753 | CA |
| 12/18 | 9.50 | POS:12/15 | ORLA GENERAL STORE | ORLA | TX |
| 12/18 | 50.00 | POS:12/16 | SAM MCCAW MATCO TOOLS | ARTESIA | NM |
| 12/18 | 20.67 | POS:12/16 | STRIPES 170 | ROSWELL | NM |
| 12/18 | 4.14 | POS:12/17 | WM SUPERCENTER | CARLSBAD | NM |
| 12/18 | 12.03 | POS:12/17 | ALLSUPS   3220 NATIONA | CARLSBAD | NM |
| 12/18 | 17.10 | POS:12/17 | BCA MEDICAL ASSOCIAT | ROSWELL | NM |
| 12/18 | 52.49 | NM GAS COMPANY | nmgas bl | | 0015370197 |
| 12/19 | 13.08 | POS:12/18 | UNCLE S 170200 | PECOS | TX |
| 12/19 | 48.45 | POS:12/18 | ALBERTSONS MARK | ROSWELL | NM |
| 12/19 | 150.00 | Snap-on Credit | Snapon ACH | | 0029054027 |



The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE 3
ACCOUNT

STATEMENT PERIOD
11/21/2017 TO 12/19/2017

```
------------------------------- C H E C K S ------------------------------------
DATE.........CHECK NO.......AMOUNT   DATE.........CHECK NO.......AMOUNT
11/30                       863.00   12/14     *                 750.00

---------------- D A I L Y   B A L A N C E   I N F O R M A T I O N ---------------
DATE.......BALANCE        DATE.......BALANCE         DATE.......BALANCE
11/22        156.06       12/01        626.81        12/14      1,521.18
11/24        107.51       12/04        229.19        12/15        924.19
11/27        189.29OD     12/05         48.11        12/18        554.18
11/28        219.34OD     12/07         21.12        12/19        342.65
11/30        687.37       12/08          5.40
```

Ask us about our Merchant Services! We offer competitive
pricing and EMV compatible solutions to suit your business
needs;
- One Source of Funding for all Major Card Types
- Customizable Point of Sale; eCommerce & Mobile Solutions
- Gift, Loyalty and Business Analytics Solutions
- 24/7 U.S. Based Technical Support
Save time & money! Learn more; call Amanda 1-575-356-6601

443

J.P. Stone Community Bank

Image Page 4




$750.00                    12/14/2017

$863.00                    11/30/2017



**The James Polk Stone Community Bank**

```
                            1  -  28                    PAGE  1
            *******************EXCLUDE-Email        ACCOUNT
            3279 0.9100 EX 0.000   14 1 1016
                                                   STATEMENT PERIOD
            AUSTIN E HAMBLIN                        12/19/2017 TO 01/16/2018
            KISKA HAMBLIN
```



```
--------------------- C H E C K I N G   S U M M A R Y ----------------------
                   FASTRAC         -
CHECKING BALANCE LAST STATEMENT......             342.65
                    DEPOSITS.............            .00
              2   OTHER CREDITS........         6,378.82
              1   CHECKS...............           863.00
             83   OTHER DEBITS.........         5,487.52
CHECKING BALANCE THIS STATEMENT.......           370.95
-------------------------- F E E   S U M M A R Y ----------------------------
                   TOTAL FEES IMPOSED                .00
----------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES ---------------
```

|                          | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|--------------------------|-----------------------|--------------------|
| TOTAL OVERDRAFT FEES     | $0.00                 | $105.00            |
| TOTAL RETURNED ITEM FEES | $0.00                 | $35.00             |

```
-------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S -------------

DATE.....AMOUNT....DESCRIPTION
12/28  3,974.50 HALLIBURTON 4088   PAYROLL                        0206491115
01/11  2,404.32 HALLIBURTON 4088   PAYROLL                        0207454793

----------------- O T H E R   D E B I T   T R A N S A C T I O N S ----------------

DATE.....AMOUNT....DESCRIPTION
12/21     11.99 POS:12/20       UNCLE S 170200       PECOS       TX
12/21     10.00 POS:12/21       STRIPES 182          ROSWELL     NM
12/22     67.25 TARGET DEBIT CRD ACH TRAN   171000 ROSWELL   NM 0014349660
12/26      6.00 POS:12/22       UNCLE S 170200       PECOS       TX
12/26     14.03 POS:12/22       UNITED EXPRESS       ROSWELL     NM
12/26     17.86 POS:12/23       STRIPES 182          ROSWELL     NM
12/26     19.99 POS:12/24       PAYPAL  ANCESTRYCOM  SAN JOSE    CA
12/26     31.29 POS:12/24       ALLSUPS  0136        ROSWELL     NM
12/26      8.28 POS:12/24       STRIPES 0249431800   JAL         NM
12/26      7.35 POS:12/26       AMAZON FREETIME UNLTD 866-216-1072 WA
12/26    136.76 LIBERTY MUTUAL  PAYMENT                           0021349854
```

 The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE  2
ACCOUNT

STATEMENT PERIOD
12/19/2017 TO 01/16/2018

| DATE | AMOUNT | DESCRIPTION | | | |
|---|---|---|---|---|---|
| 12/28 | 11.55 | POS:12/27 | AMAZONPRIME MEMBERSHIP AMZN.COM PRMEWA | | |
| 12/28 | 14.62 | POS:12/28 | STRIPES 182 | ROSWELL | NM |
| 12/28 | 60.21 | POS:12/28 | NST THE HOME DEPOT 360 ROSWELL | | NM |
| 12/29 | 20.00 | POS:12/28 | ROSWELL ROADRUNNER 1 | ROSWELL | NM |
| 12/29 | 402.13 | POS:12/28 | WAL SAM S CLUB 012 ROESWELL | | NM |
| 12/29 | 111.71 | POS:12/28 | ALBERTSONS MARK | ROSWELL | NM |
| 12/29 | 20.51 | POS:12/28 | ROSWELL ROADRUNNER 1 | ROSWELL | NM |
| 12/29 | 2.19 | POS:12/28 | ALBERTSONS MARK | ROSWELL | NM |
| 12/29 | 6.49 | POS:12/28 | ALBERTSONS MARK | ROSWELL | NM |
| 12/29 | 24.84 | POS:12/29 | WHATABURGER 731 Q26 ROSWELL | | NM |
| 12/29 | 3.78 | POS:12/29 | STRIPES 182 | ROSWELL | NM |
| 12/29 | 61.77 | POS:12/29 | NNT KMART 7017 362 ROSWELL | | NM |
| 01/02 | 145.78 | POS:12/29 | WM SUPERCENTER | ROSWELL | NM |
| 01/02 | 91.50 | POS:12/29 | SAMSCLUB 4961 | ROSWELL | NM |
| 01/02 | 12.13 | POS:12/29 | MCDONALD S F36715 | ROSWELL | NM |
| 01/02 | 13.53 | POS:12/29 | STRIPES 171 | ROSWELL | NM |
| 01/02 | 6.00 | POS:12/29 | DOLLAR SHAVE CLU | VENICE | CA |
| 01/02 | 17.78 | POS:12/30 | WALGREENS 1835 N MAIN ROSWELL | | NM |
| 01/02 | 8.52 | POS:12/30 | UNITED EXPRESS | ROSWELL | NM |
| 01/02 | 34.41 | POS:12/30 | 6530 DOMINOS PIZZA | 575-637-3030 | NM |
| 01/02 | 50.00 | POS:12/30 | SAM MCCAW MATCO TOOLS ARTESIA | | NM |
| 01/02 | 9.75 | POS:12/30 | DOLLAR GE 1706 W 2ND S ROSWELL | | NM |
| 01/02 | 19.80 | POS:12/30 | WALGREENS 1200 S MAIN ROSWELL | | NM |
| 01/02 | 10.76 | POS:12/30 | NNT KMART 7017 262 ROSWELL | | NM |
| 01/02 | 49.37 | POS:12/30 | BIG LOTS STORES | ROSWELL | NM |
| 01/02 | 30.35 | POS:12/31 | WALGREENS 1835 N MAIN ROSWELL | | NM |
| 01/02 | 25.11 | POS:12/31 | UNITED EXPRESS | ROSWELL | NM |
| 01/02 | 105.12 | POS:12/31 | ALBERTSONS MARK | ROSWELL | NM |
| 01/02 | 35.52 | POS:01/01 | SAMONS 10 | ROSWELL | NM |
| 01/02 | 860.42 | POS:01/01 | ZIA TRADING COMPANY | ROSWELL | NM |
| 01/02 | 25.98 | POS:01/01 | SUBWAY 00522078 ROSWELL | | NM |
| 01/02 | 354.21 | POS:01/01 | WM SUPERCENTER | ROSWELL | NM |
| 01/02 | 28.40 | POS:01/02 | ALLSUPS 0136 | ROSWELL | NM |
| 01/02 | 39.25 | TARGET DEBIT CRD | ACH TRAN 77000 ROSWELL NM 0015784436 | | |
| 01/02 | 42.12 | TARGET DEBIT CRD | ACH TRAN 171000 ROSWELL NM 0015342199 | | |
| 01/02 | 150.00 | Snap-on Credit | Snapon ACH 0029465336 | | |
| 01/02 | 474.02 | ATT | Payment 0203079112 | | |
| 01/03 | 71.51 | POS:01/02 | NNT KMART 7017 032 ROSWELL | | NM |
| 01/03 | 1.07 | POS:01/02 | PAYPAL ITUNES.COM BIL SAN JOSE | | CA |



The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE 3
ACCOUNT

STATEMENT PERIOD
12/19/2017 TO 01/16/2018

```
DATE.....AMOUNT....DESCRIPTION
01/03    220.82  POS:01/03      CENTURYLINK SPEEDPAY    800-423-8994 LA
01/04     10.27  POS:01/03      UNITED EXPRESS          ROSWELL      NM
01/04     24.35  POS:01/03      ALBERTSONS MARK         ROSWELL      NM
01/04      7.14  POS:01/04      USPS KIOSK 3474139550   ROSWELL      NM
01/05     16.75  POS:01/04      CONOCO - STRIPES 182    ROSWELL      NM
01/05     13.73  POS:01/05      ALLSUPS   0160          ROSWELL      NM
01/08     39.12  POS:01/06      ALBERTSONS MARK         ROSWELL      NM
01/08     91.04  POS:01/06      AMAZON.COM              SEATTLE      WA
01/08     15.72  POS:01/08      AUDIBLE                 ADBL.CO BILL NJ
01/08     40.24  TARGET DEBIT CRD  ACH TRAN  173000 ROSWELL  NM 0015572652
01/09     75.23  WU NMGasCo      WU-NMGasCo                   0012444583
01/10     12.92  POS:01/09      ALLSUPS   2515 WEST 2N ROSWELL      NM
01/12    306.43  POS:01/11      ALBERTSONS MARK         ROSWELL      NM
01/12     34.72  POS:01/11      UNITED EXPRESS          ROSWELL      NM
01/12     22.94  POS:01/11      ALLSUPS   0223          ARTESIA      NM
01/12     33.45  POS:01/11      WALGREENS 1200 S MAIN   ROSWELL      NM
01/12     17.54  POS:01/12      SONIC DRIVE IN   2807   ROSWELL      NM
01/12    134.60  POS:01/12      ALBERTSONS MARK         ROSWELL      NM
01/16      1.07  POS:01/12      APL   ITUNES.COM BILL   866-712-7753 CA
01/16      4.68  POS:01/13      CHEVRON HERMOSA CHEVRO  ARTESIA      NM
01/16     50.00  POS:01/13      SAM MCCAW MATCO TOOLS   ARTESIA      NM
01/16     84.65  POS:01/13      BIG LOTS STORES         ROSWELL      NM
01/16     32.99  POS:01/14      ALLSUPS   0136          ROSWELL      NM
01/16      7.63  POS:01/14      UNITED EXPRESS          ROSWELL      NM
01/16      6.45  POS:01/14      MCDONALD S F11885       ARTESIA      NM
01/16     59.23  POS:01/14      FAMILY DOLLAR           ROSWELL      NM
01/16     40.00  POS:01/14      DOMINO S 6530           575-637-3030 NM
01/16     18.15  POS:01/14      STRIPES 182             ROSWELL      NM
01/16      7.12  POS:01/15      CHEVRON HERMOSA CHEVRO  ARTESIA      NM
01/16     34.64  POS:01/16      STRIPES 182             ROSWELL      NM
01/16     48.93  POS:01/16      ALBERTSONS MARK         ROSWELL      NM
01/16     41.96  TARGET DEBIT CRD  ACH TRAN  171000 ROSWELL  NM 0017990003
01/16    150.00  Snap-on Credit  Snapon ACH                   0026545541
```

------------------------------- C H E C K S -------------------------------

```
DATE.........CHECK NO.......AMOUNT    DATE.........CHECK NO.......AMOUNT
01/11                       863.00
```



The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE   4
ACCOUNT

STATEMENT PERIOD
12/19/2017 TO 01/16/2018

--------------- D A I L Y   B A L A N C E   I N F O R M A T I O N ---------------

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 12/21 | 320.66 | 01/02 | 606.72 | 01/09 | 20.27OD |
| 12/22 | 253.41 | 01/03 | 313.32 | 01/10 | 33.19OD |
| 12/26 | 11.85 | 01/04 | 271.56 | 01/11 | 1,508.13 |
| 12/28 | 3,899.97 | 01/05 | 241.08 | 01/12 | 958.45 |
| 12/29 | 3,246.55 | 01/08 | 54.96 | 01/16 | 370.95 |

--------------------------------------------------------------------------------

Ask us about our Merchant Services! We offer competitive
pricing and EMV compatible solutions to suit your business
needs;
- One Source of Funding for all Major Card Types
- Customizable Point of Sale; eCommerce & Mobile Solutions
- Gift, Loyalty and Business Analytics Solutions
- 24/7 U.S. Based Technical Support
Save time & money! Learn more; call Amanda 1-575-356-6601

448

J.P. Stone Community Bank

JAMES POLK STONE
COMMUNITY BANK

CHECKING WITHDRAWAL

DATE 1-11-18    SIGNATURE Kska Hamblin

AMOUNT Eight hundred sixty three ——— DOLLARS

ACCOUNT NUMBER    AMOUNT OF WITHDRAWAL

✱ ▮▮▮▮▮▮    $    863.00

⑆5000220006⑆    62

$863.00    01/11/2018

J.P. Stone Community Bank

449

**The James Polk Stone Community Bank**

```
                              0  -  28              PAGE  1
          ****************EXCLUDE-Email        ACCOUNT
          3338 1.0700 EX 0.000    13 1 1041

          AUSTIN E HAMBLIN                 STATEMENT PERIOD
          KISKA HAMBLIN            01/16/2018 TO 02/20/2018
```

```
------------------------ C H E C K I N G   S U M M A R Y ------------------------
                    FASTRAC           -
   CHECKING BALANCE LAST STATEMENT.......                  370.95
                        DEPOSITS.............                 .00
                   2   OTHER CREDITS........            6,812.53
                        CHECKS...............                 .00
                  125  OTHER DEBITS.........            7,157.69
   CHECKING BALANCE THIS STATEMENT.......                  25.79
------------------------- F E E   S U M M A R Y -------------------------
    ATM WITHDRAWAL FEE                                       4.00
    BAL INQUIRY FEE                                          1.00
                            TOTAL FEES IMPOSED               5.00
                                (LISTED BELOW)
----------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES -----------------
```

|                          | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|--------------------------|-----------------------|--------------------|
| TOTAL OVERDRAFT FEES     | $0.00                 | $0.00              |
| TOTAL RETURNED ITEM FEES | $0.00                 | $0.00              |

```
-------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S --------------

DATE.....AMOUNT....DESCRIPTION
01/25    2,624.15 HALLIBURTON 4088   PAYROLL                    0202705245
02/08    4,188.38 HALLIBURTON 4088   PAYROLL                    0206190004

---------------- O T H E R   D E B I T   T R A N S A C T I O N S ----------------

DATE.....AMOUNT....DESCRIPTION
01/17       4.99 POS:01/16      STRIPES 182          ROSWELL      NM
01/17      15.14 POS:01/16      CHAOS CAFE           ARTESIA      NM
01/18      14.60 POS:01/17      MCALISTER S  1424    ARTESIA      NM
01/18      64.14 POS:01/17      UNITED EXPRESS       ROSWELL      NM
01/18      21.81 POS:01/18      DAIRY QUEEN  14843 QPS ROSWELL    NM
01/18      24.49 POS:01/18      GIANT  6010          ALBUQUERQUE  NM
01/19      22.64 POS:01/18      NNT SUNSHINE LAUNDR481 ROSWELL    NM
01/19      72.07 NM GAS COMPANY nmgas bl                0013652100
```

450

The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE  2
ACCOUNT

STATEMENT PERIOD
01/16/2018 TO 02/20/2018

```
DATE.....AMOUNT....DESCRIPTION
01/22      14.74 POS:01/19      STRIPES 182             ROSWELL      NM
01/22      24.78 POS:01/19      WALGREENS 1835 N MAIN   ROSWELL      NM
01/22      22.94 POS:01/20      WALGREENS 1835 N MAIN   ROSWELL      NM
01/22       9.28 POS:01/20      ALBERTSONS MARK         ROSWELL      NM
01/22       2.08 POS:01/20      DOLLAR TR 1700 S MAIN   ROSWELL      NM
01/22      38.29 POS:01/20      STRIPES 182             ROSWELL      NM
01/22       8.93 POS:01/21      UNITED EXPRESS          ROSWELL      NM
01/25     167.84 LIBERTY MUTUAL  PAYMENT                       0023510608
01/25      35.54 POS:01/25      UNITED EXPRESS          ROSWELL      NM
01/25      10.00 ATM:01/24      1801 MAIN STREET        ROSWELL      NM
01/26     403.91 POS:01/25      SAMS CLUB  4961         ROESWELL     NM
01/26      17.77 POS:01/25      FARMERS COUNTRY MKT  5  ROSWELL      NM
01/26      34.95 POS:01/25      ALLSUPS  0136           ROSWELL      NM
01/26       6.55 POS:01/25      CONOCO - STRIPES 182    ROSWELL      NM
01/26       7.35 POS:01/26      AMAZON FREETIME UNLTD   866-216-1072 WA
01/26      19.99 POS:01/26      PAYPAL  ANCESTRYCOM     SAN JOSE     CA
01/26     200.00 ATM:01/25      1801 MAIN STREET        ROSWELL      NM
01/29       8.08 POS:01/26      ALBERTSONS MARK         ROSWELL      NM
01/29      24.72 POS:01/26      UNITED EXPRESS          ROSWELL      NM
01/29      52.58 POS:01/26      FAMILY DOLLAR           ROSWELL      NM
01/29     114.72 POS:01/26      NAPA AUTO PARTS OF ROS  ROSWELL      NM
01/29      50.00 POS:01/27      SAM MCCAW MATCO TOOLS   ARTESIA      NM
01/29       6.65 POS:01/27      STRIPES 182             ROSWELL      NM
01/29      32.10 POS:01/28      WALGREENS 1200 S MAIN   ROSWELL      NM
01/29       7.06 POS:01/28      CHEVRON HERMOSA CHEVRO  ARTESIA      NM
01/29      11.55 POS:01/28      AMAZONPRIME MEMBERSHIP  AMZN.COM PRMEWA
01/29     141.26 POS:01/29      MAUPIN   BROWN DENTIST  ROSWELL      NM
01/29      32.99 POS:01/29      ALLSUPS  0223           ARTESIA      NM
01/29      10.40 POS:01/29      SUBWAY      00197335    CARLSBAD     NM
01/29       9.46 POS:01/29      MCDONALD S F2427        ROSWELL      NM
01/29      13.56 POS:01/29      STRIPES 182             ROSWELL      NM
01/29     171.74 TARGET DEBIT CRD ACH TRAN    77000 ROSWELL   NM 0014055135
01/30      17.15 POS:01/29      UNITED EXPRESS          ROSWELL      NM
01/30       6.00 POS:01/29      DOLLAR SHAVE CLU        VENICE       CA
01/30      35.25 POS:01/30      UNITED EXPRESS          ROSWELL      NM
01/30     150.00 Snap-on Credit  Snapon ACH                    0024309231
01/30     170.12 Snap-on Credit  Snapon ACH                    0024312464
01/31       3.38 POS:01/30      CHEVRON HERMOSA CHEVRO  ARTESIA      NM
01/31       7.54 POS:01/30      APL  ITUNES.COM BILL    866-712-7753 CA
```

The **James Polk Stone Community Bank**

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE  3
ACCOUNT

STATEMENT PERIOD
01/16/2018 TO 02/20/2018

```
DATE.....AMOUNT....DESCRIPTION
02/01     11.55 POS:01/31    IHOP 3362               CARLSBAD      NM
02/01     14.32 POS:01/31    CONOCO - STRIPES 182    ROSWELL       NM
02/02     10.00 POS:02/01    ALLSUPS   1600 NORTH F  ARTESIA       NM
02/05      1.07 POS:02/02    PAYPAL   ITUNES.COM BIL SAN JOSE      CA
02/05      7.21 POS:02/02    ALLSUPS   2501 NORTH M  ROSWELL       NM
02/05    200.00 ATM:02/03    1801 MAIN STREET        ROSWELL       NM
02/05    200.00 ATM:02/03    1801 MAIN STREET        ROSWELL       NM
02/05    200.00 ATM:02/03    1801 MAIN STREET        ROSWELL       NM
02/06      7.97 POS:02/05    CHEVRON HERMOSA CHEVRO  ARTESIA       NM
02/08     40.00 POS:02/08    CEFCO 2006              SHAMROCK      TX
02/08     12.40 POS:02/08    CEFCO 2006              SHAMROCK      TX
02/08      9.58 POS:02/08    MCDONALD S F16882       SHAMROCK      TX
02/08      5.27 POS:02/08    CENEX PENDLETONS        WATONGA       OK
02/08     48.11 POS:02/08    DOLLAR GE 416 N U.S. H  FLETCHER      OK
02/09     47.62 POS:02/08    TARGET T- 2030 NW 82ND  LAWTON        OK
02/09     23.95 POS:02/09    FREDDYS FROZEN CUSTARD  LAWTON        OK
02/09    396.10 POS:02/09    AT T BILL PAYMENT       08003310500   TX
02/09    121.11 POS:02/09    CRACKER B 601 E GORE B  LAWTON        OK
02/09    120.30 POS:02/09    SAMS CLUB   4961        ROESWELL      NM
02/09     21.78 POS:02/09    WAL WAL-MART SUPER 741  ROSWELL       NM
02/09     44.00 POS:02/09    SPENCER GIFTS   2095    LAWTON        OK
02/09    203.00 ATM:02/08    .2030 NW 82ND ST        LAWTON        OK
02/09    286.22 XCEL ENERGY-SPS  XCELENERGY               0015433825
02/09      1.00 BAL INQUIRY FEE      .2030 NW 82ND ST     LAWTON   OK
02/09      4.00 ATM WITHDRAWAL FEE   .2030 NW 82ND ST     LAWTON   OK
02/12     10.66 POS:02/09    STRIPES 2356            LAWTON        OK
02/12     37.00 POS:02/09    LUIGIS ITALIAN RESTAUR  LAWTON        OK
02/12     66.10 POS:02/09    JCPENNEY 2018           LAWTON        OK
02/12      8.27 POS:02/09    CACHE ROAD PACKAGE STO  LAWTON        OK
02/12     50.00 POS:02/10    SAM MCCAW MATCO TOOLS   ARTESIA       NM
02/12     20.00 POS:02/10    EZ GO  36               LAWTON        OK
02/12     25.00 POS:02/11    MURPHY5802ATWAL         WICHITA FALLSTX
02/12     30.00 POS:02/11    LOVES CNTRY ST          RANGER        TX
02/12     12.13 POS:02/11    STRIPES 223             POST          TX
02/12     31.00 POS:02/11    UNITED EXPRESS          LUBBOCK       TX
02/12     32.42 POS:02/11    WAYNES DRIVE INN  1     LAWTON        OK
02/12    201.61 POS:02/11    ADAM AND EVE - 178      LAWTON        OK
02/12     76.07 POS:02/11    KOBE STEAK SUSHI        LAWTON        OK
02/12    214.62 POS:02/12    BEST WESTERN LAWTON HO  LAWTON        OK
```

452

The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE
ACCOUNT

STATEMENT PERIOD
01/16/2018 TO 02/20/2018

```
DATE.....AMOUNT....DESCRIPTION
02/12     38.57 POS:02/12      BUC-EE S  37          FORT WORTH   TX
02/12    310.17 POS:02/12      ALBERTSONS MARK       ROSWELL      NM
02/12     42.52 TARGET DEBIT CRD  ACH TRAN   74000 LAWTON    OK 0015129666
02/12     43.41 TARGET DEBIT CRD  ACH TRAN   71000 LAWTON    OK 0015129665
02/13      1.07 POS:02/12      APL  ITUNES.COM BILL  866-712-7753 CA
02/13      1.53 POS:02/12      AMAZON MKTPLACE PMTS  AM2N.COM BILLWA
02/13     11.20 POS:02/12      STARBUCKS STORE 6804  WICHITA FALLSTX
02/13     28.17 POS:02/12      UNITED EXPRESS        ROSWELL      NM
02/13     31.47 POS:02/12      WALGREENS 1200 S MAIN ROSWELL      NM
02/13    282.01 POS:02/12      GAS MONKEY GARAGE     DALLAS       TX
02/13     28.12 POS:02/12      GAS MONKEY BAR   GRILL DALLAS      TX
02/13      7.22 POS:02/13      ALLSUPS   800 SOUTH 1S ARTESIA     NM
02/13    121.72 TARGET DEBIT CRD  ACH TRAN   76000 HURST     TX 0015352220
02/13    150.00 Snap-on Credit  Snapon ACH                   0021386718
02/14     57.32 POS:02/13      WAL WAL-MART SUPER 612 ROSWELL    NM
02/14     57.95 POS:02/13      WAL SAM S CLUB    920 ROESWELL    NM
02/14    288.99 POS:02/13      SAMS CLUB  4961      ROESWELL     NM
02/14      5.07 POS:02/13      WAL-MART  0898       PECOS        TX
02/14     42.85 POS:02/14      WALGREENS 1835 N MAIN ROSWELL     NM
02/14     50.00 ATM:02/13      1901 N MAIN          ROSWELL      NM
02/15      6.04 POS:02/14      SUNOCO  0395125800   PECOS        TX
02/15     13.23 POS:02/14      CONOCO - STRIPES 182  ROSWELL     NM
02/16     53.94 POS:02/15      ALBERTSONS MARK       ROSWELL     NM
02/16     14.95 POS:02/15      ALLSUPS  0335        ROSWELL      NM
02/16      6.58 POS:02/16      ALLSUPS   708 SOUTH CE PECOS      TX
02/16     11.30 POS:02/16      SONIC DRIVE IN  2807  ROSWELL     NM
02/16     94.24 NM GAS COMPANY  nmgas bl                    0014015463
02/20     10.84 POS:02/16      ALLSUPS   2200 S SUNSE ROSWELL   NM
02/20      5.98 POS:02/17      ALLSUPS   708 SOUTH CE PECOS      TX
02/20      5.78 POS:02/17      ALLSUPS   1600 NORTH F ARTESIA    NM
02/20     51.41 POS:02/17      ALBERTSONS MARK       ROSWELL     NM
02/20     23.17 POS:02/18      NST THE HOME DEPOT 872 ROSWELL    NM
02/20      6.58 POS:02/18      STRIPES 182          ROSWELL      NM
02/20      7.00 POS:02/19      ALLSUPS   2200 S SUNSE ROSWELL    NM
02/20     15.61 POS:02/19      KFC C750078          ROSWELL      NM
02/20     10.00 POS:02/19      UNITED EXPRESS        ROSWELL     NM
02/20     16.26 POS:02/19      WALGREENS STORE       ROSWELL     NM
02/20      5.76 POS:02/19      ALLSUPS   2200 S SUNSE ROSWELL    NM
02/20      7.09 POS:02/20      ALLSUPS   1600 NORTH F ARTESIA    NM
```

453



The James Polk Stone Community Bank

AUSTIN E HAMBLIN
KISKA HAMBLIN

PAGE
ACCOUNT

STATEMENT PERIOD
01/16/2018 TO 02/20/2018

DATE.....AMOUNT....DESCRIPTION

---------------- D A I L Y   B A L A N C E   I N F O R M A T I O N ----------------

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 01/17 | 350.82 | 01/30 | 664.89 | 02/09 | 2,805.79 |
| 01/18 | 225.78 | 01/31 | 653.97 | 02/12 | 1,556.24 |
| 01/19 | 131.07 | 02/01 | 628.10 | 02/13 | 893.73 |
| 01/22 | 10.03 | 02/02 | 618.10 | 02/14 | 391.55 |
| 01/25 | 2,420.80 | 02/05 | 9.82 | 02/15 | 372.28 |
| 01/26 | 1,730.28 | 02/06 | 1.85 | 02/16 | 191.27 |
| 01/29 | 1,043.41 | 02/08 | 4,074.87 | 02/20 | 25.79 |

Ask us about our Merchant Services! We offer competitive
pricing and EMV compatible solutions to suit your business
needs;
- One Source of Funding for all Major Card Types
- Customizable Point of Sale; eCommerce & Mobile Solutions
- Gift, Loyalty and Business Analytics Solutions
- 24/7 U.S. Based Technical Support
Save time & money! Learn more; call Amanda 1-575-356-6601



**The James Polk Stone Community Bank**

```
                            1 - 28                    PAGE 1
        *******************EXCLUDE-Email        ACCOUNT
        3351 0.7500 EX 0.000    13 1 1039

        AUSTIN E HAMBLIN                         STATEMENT PERIOD
                                                02/20/2018 TO 03/20/2018
```

```
------------------------- C H E C K I N G   S U M M A R Y ------------------------
                    FASTRAC        -
        CHECKING BALANCE LAST STATEMENT.......               25.79
                            DEPOSITS.............               .00
                    1   OTHER CREDITS........           2,721.06
                    1   CHECKS...............              19.58
                   41   OTHER DEBITS.........           2,727.27
        CHECKING BALANCE THIS STATEMENT.......               .00
--------------------------- F E E   S U M M A R Y -------------------------------
                        TOTAL FEES IMPOSED                .00
----------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES -------------------
```

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | $0.00 | $0.00 |
| TOTAL RETURNED ITEM FEES | $0.00 | $0.00 |

```
--------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S -------------
```

```
DATE.....AMOUNT....DESCRIPTION
02/22   2,721.06 HALLIBURTON 4088   PAYROLL                      0209639445
```

```
----------------- O T H E R   D E B I T   T R A N S A C T I O N S  -----------------
```

```
DATE.....AMOUNT....DESCRIPTION
02/21      10.15 POS:02/20      PECOS VALLEY TOBACCO C ROSWELL       NM
02/22      12.51 POS:02/22      STRIPES 182              ROSWELL       NM
02/22      30.00 POS:02/22      ALLSUPS  0136            ROSWELL       NM
02/22     443.39 POS:02/22      WAL SAM S CLUB      112 ROESWELL       NM
02/22      26.00 POS:02/22      SAMS CLUB   4961         ROESWELL      NM
02/22      10.63 POS:02/22      STRIPES 171              ROSWELL       NM
02/23      16.83 POS:02/22      ALBERTSONS MARK          ROSWELL       NM
02/23     111.65 POS:02/23      WAL-MART   0611          ROSWELL       NM
02/23       9.04 POS:02/23      ALLSUPS   2200 S SUNSE ROSWELL         NM
02/23      14.06 POS:02/23      ALMAS                    ARTESIA       NM
02/23      13.35 POS:02/23      MCDONALD S F2427         ROSWELL       NM
02/23      12.51 POS:02/23      STRIPES 182              ROSWELL       NM
```

455



The  James Polk Stone Community Bank

AUSTIN E HAMBLIN

PAGE  2
ACCOUNT

STATEMENT PERIOD
02/20/2018 TO 03/20/2018

```
DATE.....AMOUNT....DESCRIPTION
02/23      167.84 LIBERTY MUTUAL     PAYMENT                       0024172413
02/26        5.39 POS:02/25          KFC C750080           ARTESIA      NM
02/26       21.35 POS:02/26          ALLSUPS  0202         ARTESIA      NM
02/26       10.11 POS:02/26          ANDREWS DONUTS        ROSWELL      NM
02/26        9.35 POS:02/26          SONIC DRIVE IN  2800  ROSWELL      NM
02/26        7.35 POS:02/26          AMAZON FREETIME UNLTD 866-216-1072 WA
02/26      126.68 TARGET DEBIT CRD   ACH TRAN    77000 ROSWELL   NM 0015272037
02/26      165.56 CENTURYLINK        AUTO PAY                      0025720870
02/26      264.67 XCEL ENERGY-SPS    XCELENERGY                    0018939129
02/27      277.88 POS:02/23          DTV DIRECTV SERVICE   800-347-3288 CA
02/27       19.99 POS:02/24          PAYPAL  ANCESTRYCOM   SAN JOSE     CA
02/27        7.21 POS:02/24          ALLSUPS   2200 S SUNSE ROSWELL     NM
02/27       12.35 POS:02/24          HENRYS BARBECUE       ARTESIA      NM
02/27       50.00 POS:02/24          SAM MCCAW MATCO TOOLS ARTESIA      NM
02/27       66.13 POS:02/24          NNT KMART 7017    382 ROSWELL      NM
02/27       13.39 POS:02/24          STRIPES 182           ROSWELL      NM
02/27       17.89 POS:02/25          STRIPES 182           ROSWELL      NM
02/27       19.07 POS:02/26          MCDONALD S F8084      ROSWELL      NM
02/27       36.64 POS:02/26          BUFFALO WILD WINGS 060 ROSWELL     NM
02/27       13.02 POS:02/26          CONOCO - STRIPES 182  ROSWELL      NM
02/27       20.00 POS:02/26          ALLSUPS  0223         ARTESIA      NM
02/27        7.68 POS:02/27          ALBERTSONS MARK       ROSWELL      NM
02/27      150.00 Snap-on Credit     Snapon ACH                    0028609678
03/01       13.66 POS:02/27          AMAZONPRIME MEMBERSHIP AMZN.COM PRMEWA
03/01        6.00 POS:02/27          DOLLAR SHAVE CLU      VENICE       CA
03/01        7.94 POS:02/27          ALLSUPS  0160         ROSWELL      NM
03/01      200.00 ATM:02/27          1801 MAIN STREET      ROSWELL      NM
03/01      200.00 ATM:02/27          1801 MAIN STREET      ROSWELL      NM
03/01      100.00 ATM:02/27          1801 MAIN STREET      ROSWELL      NM
```

-------------------------------- C H E C K S -------------------------------------

```
DATE.........CHECK NO.......AMOUNT   DATE.........CHECK NO.......AMOUNT
02/28                        19.58
```

---------------- D A I L Y   B A L A N C E   I N F O R M A T I O N ----------------

```
DATE.......BALANCE     DATE.......BALANCE     DATE.......BALANCE
02/21          15.64   02/23       1,868.89   02/27         547.18
02/22       2,214.17   02/26       1,258.43   02/28         527.60
```



The **James Polk Stone Community Bank**

AUSTIN E HAMBLIN

PAGE  3
ACCOUNT

STATEMENT PERIOD
02/20/2018 TO 03/20/2018

DATE.......BALANCE        DATE.......BALANCE        DATE.......BALANCE
03/01          .00

------------------------------------------------------------------------

Ask us about our Merchant Services! We offer competitive
pricing and EMV compatible solutions to suit your business
needs;
- One Source of Funding for all Major Card Types
- Customizable Point of Sale; eCommerce & Mobile Solutions
- Gift, Loyalty and Business Analytics Solutions
- 24/7 U.S. Based Technical Support
Save time & money! Learn more; call Amanda 1-575-356-6601

457

J.P. Stone Community Bank

Closed By ___

Approved By ___

- ☑ Include Account Interest
- ☑ Verify NO Pending Transactions
- ☑ Verify Address for Final Statement
- ☑ Verify Phone Number
- ☑ Safe Deposit Box
- ☑ Close Debit Cards Unlink Accounts
- ☑ Remove Name
- ☑ Deactivate Online Banking
- ☑ Cancel Auto Transfers
- ☑ Cancel Auto Payments
- ☑ Notify Loan Officer of Closure
- ☑ Add to Closed Account Log
- ☑ Unwire Accounts
- ☑ Check for Holds

JAMES POLK STONE
COMMUNITY BANK

CHECKING WITHDRAWAL CLOSURE

DATE _2-28-18_

AMOUNT _Nineteen Dollars 58/10_

ACCOUNT NUMBER

AMOUNT OF WITHDRAWAL (ROUND NUMBER)

✳ [redacted]   $   1958

⑆500022000⑆   36

$19.58                    02/28/2018

458



001



002



003



004



459



005



006



007



008

460



009



010



011



012



013



014



015



016

462



017



018



019



020









464







465



**RETAIL INSTALLMENT CONTRACT**
**CREDIT SALE CONTRACT OR ADD-ON RIDER**



This Credit Sale Contract or Add-on Rider ("Credit Sale Contract" or "Agreement") provides the terms that the buyer named below (referred to as "you" "your," or "Buyer") agrees to purchase the tools, equipment and other merchandise listed under "Property Description" or on attached invoice or appendix from an authorized Snap-on Tools Company LLC Franchisee, Authorized Dealer or Snap-on sales representative ("Dealer"). **BUYER REPRESENTS AND WARRANTS THAT THE PROPERTY PURCHASED UNDER THIS AGREEMENT IS TO BE USED PRIMARILY FOR COMMERCIAL OR BUSINESS PURPOSES AND NOT PRIMARILY FOR PERSONAL, FAMILY OR HOUSEHOLD PURPOSES.**

SEE APPENDIX A, INVOICE NO. 08261512830 DATED 08/26/2015
FOR "PROPERTY DESCRIPTION"

Dealer Number: 71299
Contract Date: 08/26/2015
Debtor Number: ▐▐▐▐▐▐▐▐

## ITEMIZATION OF TOTAL CREDIT SALE PRICE
(Time Price Disclosure)

1. **Total cash sale price** (including tax, if any): $1371.49
2. Amount of down payment and/or trade-in
   a. Down Payment $0.00
   b. Trade-in (Description of trade-in items are on the attached invoice or Appendix A) $0.00
   c. Total Down Payment (2a + 2b): $0.00
3. Unpaid balance of total cash sale price: $1371.49
   (Total cash sale price – total down payment)
4. Security Interest Charge
   a. Public officials and/or process costs. $36.00
   b. Florida Document Stamp Tax: $0.00
   (Florida Residents Only)
   c. Processing Fee: $0.00
   d. Total Security Interest Charge (4a+4b+4c) $36.00
5. Subtotal Principal Balance (new sale amount financed): $1407.49
   (Unpaid balance of total cash sale price + Total Security Interest Charge)
6. Unpaid Balance: $5589.81
   (Current net total amount due under prior Credit Sale Contracts, Add-on Rider(s), and/or prior Extended Credit Purchase Money Security Agreements) Beginning Date on 1st Credit Sale Contract 12/20/2013
7. Other Charges (specify): $0.00
8. New Amount Financed: $6997.30
   (Subtotal Principal Balance + Unpaid Balance + Other charges) (Note: finance charges will not be charged on accrued but unpaid finance charges. See Section 2 below.)
9. Amount of Finance Charge (estimated, time price differential): $3500.46
10. TOTAL OF PAYMENTS (estimated): $10497.76
    (New Amount Financed + Amount of Finance Charge)
11. TOTAL CREDIT SALE PRICE (estimated): $10497.76
    (Total of Payments + Total Down Payment)

### YOUR PAYMENT SCHEDULE WILL BE:

**Number of Payments** 182

**Payments Due Each** WEEK

**Payment Amount** $57.68

**1st Payment Due Date** 09/02/2015

**ANNUAL PERCENTAGE RATE** 24.90%
The cost of your credit as a yearly rate

**Amount Financed** $6997.30
(sum of 5, 6, and 7) The amount of credit provided to you or on your behalf:

**FINANCE CHARGE** $3500.46
The estimated dollar amount the credit will cost you

**Total of Payments** $10497.76
(sum of 8 and 9) The estimated amount you will have paid after you make all the payments on time

**Total Credit Sale Price** $10497.76
(sum of 2c and 10) The total estimated cost of your purchase on credit

**Insurance:** Credit life insurance and credit disability insurance are **not** required to obtain credit. You may obtain property insurance from anyone you want who is acceptable to Dealer's assignee, Snap-on Credit LLC. Insurance, if any is included in this contract, does not provide coverage for personal liability or property damage caused to others.

**Security:** You are giving a security interest in (a) the goods or property purchased under this Agreement; and (b) if permitted by law all other goods or property bearing any Snap-on® trademark, or distributed by or through Snap-on Incorporated or an affiliate.

**Late charge:** If a payment is late, you will be charged $10.00 but no more than the maximum amount permitted under applicable law.

**NSF charge:** If you make a payment by check or debit and that payment is denied by your bank for insufficient funds or any other reason, then you will owe not only the payment but also an NSF charge of $25, but not more than the maximum amount permitted under applicable law.

**Prepayment:** If you pay off early, you will not pay a penalty and you may be entitled to a refund of part of the finance charge. Your finance charges are calculated based on your average daily outstanding balance due

**Add-On Rider:** If you have an unpaid balance on any Prior Agreement, Credit Sale Contract or Add-on Rider(s), then this Agreement is also an Add-on Rider to the prior Agreement(s). See below for additional information about any Add-on Rider.

**SEE BELOW AND ON ADDITIONAL PAGES** for additional terms and information about nonpayment, default, repayment in full before the scheduled date, and prepayment refunds and penalties.

**IMPORTANT: READ BEFORE SIGNING. THE TERMS OF THIS AGREEMENT SHOULD BE READ CAREFULLY BECAUSE ONLY THOSE TERMS IN WRITING ARE ENFORCEABLE. NO OTHER TERMS OR ORAL PROMISES NOT CONTAINED IN THIS WRITTEN CONTRACT MAY BE LEGALLY ENFORCED. YOU MAY CHANGE THE TERMS OF THIS AGREEMENT ONLY BY ANOTHER WRITTEN AGREEMENT SIGNED BY YOU AND THE FRANCHISEE, DEALER OR SNAP-ON TOOLS COMPANY LLC OR ITS AFFILIATE THROUGH THEIR SALES REPRESENATIVE (COLLECTIVELY REFERRED TO IN THIS AGREEMENT AS "DEALER") OR, IF ASSIGNED, WITH SNAP-ON CREDIT LLC ("SNAP-ON CREDIT") OR ITS ASSIGNS.**

EXHIBIT
6

466

## ADDITIONAL TERMS

1. **Offer of Cash Sale or Payment Over Time.** Dealer has offered you a choice of buying the Property for a stated cash price payable immediately or buying the Property for a Total Credit Sale Price which permits you to purchase the Property now, but pay in installments over an extended period of time. The Total Credit Sale Price will be more or less, depending on when you pay and the amount you pay each time, and the Total Credit Sale Price is more than the cash sale price because it includes a finance charge to compensate the Dealer for waiting before collecting the full purchase price.

2. **Payment Terms.** *You agree to pay to Dealer or Dealer's assignee the Amount Financed plus finance charges applied to the outstanding balance thereof at the annual percentage rate set forth on page one during the time any balance under this Agreement remains unpaid. You agree to make equal weekly payments (or such other periodic payment schedule if specifically agreed in writing) (in cash, check or money order) as set forth under "Your payment schedule will be" on the first page of this Agreement until all amounts due under this Agreement are paid (provided that the final payment shall be in the amount of the unpaid balance of the Amount Financed plus accrued but unpaid finance charges).* You may prepay the balance of the Amount Financed without penalty at any time; and doing so will reduce the amount of finance charge you would otherwise be required to pay. Unless you prepay the entire outstanding balance of the Amount Financed, however, the amount you are required to pay each week will remain the same, with any adjustments being reflected in the last payment and in the number of payments. If you make an overpayment when you prepay the entire outstanding balance of the Amount Financed, we will not be required to refund amounts less than $1.00. If you pay the amount due under this Agreement late, the finance charge will continue to accrue monthly on the unpaid average daily balance. In that event, your last payment may be increased to pay the full balance due. Dealer may offer a deferred first payment due date, however, the estimated Finance Charge and the number and amount of payments on the first page of this Agreement are based on payments beginning immediately after the date of this Agreement. If you elect to defer your payments, you will not be charged late fees, but finance charges will continue to accrue on the unpaid balance, and you will owe additional finance charges that may not be reflected in the estimate on the first page. "Same As Cash" benefit, this phrase means that although finance charges apply and begin accrual at contract inception, provided you pay the entire Unpaid Balance above within ninety (90) days in good funds from the contract date and are not otherwise in default, the finance charge will be waived and any amounts you paid representing finance charges will be refunded and applied against your account or returned to you; some promotions may feature alternate Same as Cash periods. You and your Dealer may agree to transfer to the Amount Financed any balance you may owe Dealer as a result of prior purchases pursuant to your truck account or revolving account ("RA") credit that Dealer has extended to you. You represent, warrant and agree that: (a) you voluntarily entered into this contract with Dealer for the full amount of the Amount Financed plus estimated time finance charges accruing on it instead of paying in full on the sale date: (b) all information supplied and statements made by you in any application for credit before or at the same time as the execution of this Agreement are and will be correct, complete and genuine, (c) you only owe the dealer for any prior purchases being transferred from RA and have no other liens and encumbrances on the RA tools and equipment being pledged as security under this Agreement, and (d) any items used as a trade-in are free of all liens or other encumbrances, are fully paid for, and you possess good and marketable title to it. The Unpaid Balance under any prior Agreement, including accrued but unpaid finance charges, is used to calculate your payment amount; however, you will pay finance charges only on the outstanding principal balance (cash price) of the Amount Financed at the contract rate until paid in full.

3. **Allocation of Payments.** Your payments will be allocated first to any additional charges, costs and expenses, and then to any finance charge in the order it is incurred, and then to the payment of the cash price of each purchase in the order in which the purchase was made under prior agreements (Credit Sale Contract or Add-On Riders) first and then this Agreement, with the payments being applied to the oldest purchase first; lowest-priced same day purchases paid off first. Down payments and trade-ins will be applied to the cash price of all items purchased on the same day, credited based upon the lowest-priced purchases first.

4. **If this is an ADD-ON RIDER:** You agree to purchase the additional Property listed in the "Property Description" referred to above, Appendix A, any attachment(s) and any invoice(s) and to pay for such Property as well as the Property purchased under the prior Agreement(s) according to the payment terms listed in this Agreement which modifies the prior agreement terms. If the prior Agreement(s) to which this Add-On Rider relates has/have been assigned to Snap-on Credit LLC ("Snap-on Credit"), then this Add-On Rider is also assigned to Snap-on Credit subject to its acceptance) and all references to Dealer are to Snap-on Credit as Dealer's Assignee with respect to subsequent payments for items acquired under any contract. To the extent that You have committed or engaged in the commission of an Event of Default, then in consideration of Seller's allowing you to enter into this ADD-ON RIDER, and in consideration of other good and valuable consideration, the sufficiency and receipt of which You hereby acknowledge, to the extent allowed by law You waive, forfeit, and agree to forever forego any and all claims and causes of action --past, present or future -- against Seller and its successors and assigns, including but not limited to Snap-on Credit LLC." You also acknowledge that You actively and with full understanding participated in negotiating the material terms, including but not limited to this Paragraph 4, this ADD-ON RIDER after full consultation with, and review by, Your counsel.

5. **Grant of Security Interest.** As security for your obligations under this Agreement, or any other agreement with Dealer or Dealer's assignee, you hereby grant Dealer a purchase money security interest in each item of Property you purchase under this Agreement until that item is paid for. As further security for your obligations under this Agreement, in all states except where prohibited by applicable law for agreements of this type, you hereby grant Dealer a security interest in each other item of tools, goods and equipment previously purchased or hereafter acquired from a Snap-on Dealer, and any and all goods and equipment manufactured or distributed by Snap-on Incorporated or bearing Snap-on Incorporated trademarks or logos, together with all proceeds (including insurance proceeds), accessions, attachments, additions, substitutions and replacements to and of such items (the foregoing and the Property are collectively referred to as "Collateral"). If this Agreement is assigned to Snap-on Credit pursuant to Section 6 below, and if the Amount Financed includes a transfer of RA balance owed to Dealer, then Dealer hereby assigns to Snap-on Credit any purchase money security interest that Dealer may have in any merchandise reflected in the RA balance so transferred. In such case, Snap-on Credit shall continue to hold a purchase money security interest in such merchandise after such transfer. You agree not to remove any Collateral from the state where the original sale was made without the written consent of Dealer or Snap-on Credit, if this Agreement is assigned to Snap-on Credit. You agree not to sell, dispose of or encumber any Collateral until your entire balance due is paid in full. To the extent permitted by and subject to applicable law, you agree and hereby grant to Dealer and Snap-on Credit or its agent or assigns the power of attorney and right to sign on your behalf and file or record such financing statements or other documents as may be necessary to perfect or maintain the security interest granted by you under this Agreement.

6. **Assignment by Dealer.** (a) Dealer may assign this Agreement for value to Snap-on Credit LLC, 950 Technology Way, Suite 301, Libertyville, IL 60048. If Dealer assigns this Agreement to Snap-on Credit, then after such assignment (1) Snap-on Credit or its assigns shall have all the rights and remedies of Dealer under this Agreement and all of your obligations, agreements, representations and warranties shall be deemed to have been made to Snap-on Credit with the same effect as if Snap-on Credit were an original party to this Agreement; and (2) Dealer will not have any power or authority to exercise any such rights or remedies, give any consents under Section 5 or change or modify this Agreement or any related document in any way. (b) If this Agreement is assigned to Snap-on Credit, you agree to deliver your payments to Dealer or directly to Snap-on Credit. *The Dealer is not Snap-on Credit's agent for any purpose.* If you make payments to your Dealer, the Dealer will be acting as your agent. In that capacity, the Dealer has agreed with Snap-on Credit to remit payments under this Agreement to Snap-on Credit on a regular basis. You will be credited with payment on the date Snap-on Credit receives payment from the Dealer. Payments received by Snap-on Credit after 10:00 a.m. CST will be credited on the next business day. Snap-on Credit will credit you and waive additional finance charges and late charges on any installment regardless of when payment is received from the dealer *if you have proof of your timely payment to the Dealer* (such as a valid receipt or canceled check). Alternatively, you may make any payments (by debit, check or money order payable to Snap-on Credit, and not cash) directly to Snap-on Credit at the address provided to you by Snap-on Credit, in which case you will be credited with payment on the date Snap-on Credit receives the payment. Snap-on Credit may require you to make payments directly to it. Snap-on Credit's business days are Monday through Friday, excluding holidays.

7. **Property Insurance.** So long as Dealer or its assigns has a security interest in any Collateral, you will obtain and keep in force fire and other casualty insurance on the Collateral in an amount and form and written by insurers satisfactory to Dealer, with loss payable to Dealer or Dealer's assignee. If you fail to do so, Dealer or its assigns may, at their option, purchase such insurance, in which event you must pay the cost thereof to Dealer or its assigns on demand. However, any failure by Dealer to obtain and keep in force such insurance, after your failure to do so, shall not release you from any obligations or liability under this Agreement or any prior agreements. *Any insurance procured by Dealer under this section will not include insurance for property damage to others.*

8. **Additional Charges.** To the extent permitted by and subject to applicable law, you agree to pay the additional charges listed below. Failure to impose a fee or charge in certain instances does not constitute a waiver or prohibit the Dealer or any assignee from insisting on strict compliance with this Agreement by you at any time. (a) **Security Interest Charges.** You will be assessed a Security Interest Charge to cover (1) fees and charges paid to public officials for determining the existence of or for perfecting, releasing or satisfying the security interest you granted under this Agreement, (2) the costs payable for any outside service retained to provide searches and filings for perfecting and verifying the security interest and (3) in certain states (depending on state rate limits and rate calculations) we may also charge an amount to recoup a portion of our production and management costs related to maintaining security

C96_1_1_EECFD821_20140921 C96

467

interest transactions, not to exceed the greater of $ 00 or the maximum amount allowed by law. (b) Late   urges. If you fail to make payments under this Agreement within 10 days after the date due, you may be assessed a Late Charge of the lesser of: $10.00 or the maximum permitted by applicable law. (c) NSF Check Charges. If your check is not honored by your bank because of non-sufficient funds, a closed account, or any other reason, you may be assessed an NSF Check Charge of the lesser of $25.00 or the maximum permitted by law. (d) Legal Fees. In addition to the full amount owed and any court costs, if any matter arising out of your default under this Agreement is referred to an attorney to collect the amount you owe or to repossess any Collateral, you agree to pay all costs and expenses (including all reasonable attorneys' fees and court costs) incurred by us in enforcing any of the terms of this Agreement or any of our rights against you. (e) Extension fees. In the event we provide you a contract term modification or payment extension at your request or as part of another type of payment arrangement, we reserve the right to charge a onetime extension fee of the lesser of $30.00 or the maximum amount allowed by law to offset a portion of our costs associated with such change. (f) Electronic Payments. If you choose to pay your payments via a phone payment or internet payment service we offer or designate, you agree to pay a fee for each such payment of the lesser of $10 or less, the maximum amount allowed by law. (g) Other Considerations. We reserve the right to charge additional fees as appropriate in the event the parties agree to other contract modifications.

9.    Events of Default. The occurrence of any one of the following events constitutes a default under this Agreement: (a) You do not pay at least the minimum payment due or you otherwise become delinquent on any other obligation to Dealer or to Snap-on Credit or its assigns, or if this Agreement is assigned, to such assignee; (b) you file or consent to the filing of bankruptcy or similar proceedings against you or you become insolvent, or your financial condition deteriorates significantly and it appears likely that you will not be able to repay Dealer for any reason; (c) you die, become imprisoned or are declared legally incompetent; (d) you at any time give Dealer information that is inaccurate, misleading or incomplete, or (e) you fail to comply with any terms or conditions of this Agreement.

10.   Acceleration; Remedies. Dealer, or if assigned, Dealer's assignee will have all the rights and remedies of a secured creditor under the Uniform Commercial Code and any other applicable laws. In addition, if any one of the events of default occurs, subject to any right you may have under applicable law to receive notice of and to cure such default, at Dealer's option Dealer may (a) declare the entire unpaid balance due under this Agreement immediately due and payable; and (b) repossess any Collateral in which Dealer still retains a security interest, and without limiting the foregoing, in the event this or any other transaction is assigned, any Collateral in which assignee still retains a security interest but only in the manner and to the extent permitted by applicable law. If Dealer resells any repossessed Collateral, Dealer agrees to pay you any surplus remaining (after deduction of the costs of repossession and sale and other costs, including reasonable attorneys' fees, to the extent permitted by law) and you agree to pay Dealer any deficiency in accordance with the Uniform Commercial Code and any other applicable laws. Dealer may accept late or partial payments or any payments marked as being payment in full or as being settlement for any dispute without prejudicing any of Dealer's rights under or in any way amending this Agreement. Dealer's failure or delay at any time to exercise any of Dealer's contract, legal or equitable rights shall not be deemed a waiver of these rights nor of the right to exercise Dealer's rights at any other time. If Snap-on Credit becomes the secured party under this Agreement, you agree that it is commercially reasonable for repossessed Collateral to be sold at public or private sales (in any state or county selected by Snap-on Credit) to dealers or others in lots or pieces (with or without the Collateral being physically present) at used tool prices. In the event you do not pay all amounts due under this contract and you are unreachable, or in the event of settlement or other events, IRS regulations may require Dealer or an assignee to file a 1099-C form for informational purposes showing the remaining unpaid amounts due under your original contract regardless of any dispute. The mere filing of such 1099-C does not itself constitute a forgiveness or adjustment of any amounts due. The term "Buyer" and "Dealer" as used in this Agreement also mean "debtor" and "secured party" respectively and include heirs, executors, or administrators, successors and permitted assigns of those parties.

11.   Continuing Authority to Review. You hereby authorize Dealer, or if assigned, Dealer's assignee, to obtain and review credit information about you from any credit reporting agency or any other source during the time this Agreement remains in effect or for six (6) months thereafter for purposes of increasing or modifying the amount of credit available to you, regardless of whether you submit a written application for same.

12.   Governing Law. THIS AGREEMENT SHALL BE GOVERNED BY THE LAWS OF THE STATE OF ILLINOIS, THE ASSIGNEE'S STATE WITHOUT REGARD TO ITS CONFLICTS OF LAWS RULES OR PROVISIONS, PROVIDED, HOWEVER, IN THE EVENT THIS AGREEMENT OR ANY OF ITS PROVISIONS CANNOT BE ENFORCED PERSUANT TO ILLINOIS LAW, THEN THE LAWS OF THE STATE YOUR RESIDENCE SHALL GOVERN. If used in U.S. Territories or Commonwealths, this Agreement is not to be governed by the United Nations Convention on Contracts for the International Sale of Goods.

13.   Jury Trial Waiver and Class Waiver. YOU AND DEALER WAIVE ALL RIGHTS TO A TRIAL BY JURY. YOU AGREE THAT YOU, THE BUYER, MAY ONLY BRING CLAIMS AGAINST DEALER OR ANY ASSIGNEE IN YOUR INDIVIDUAL CAPACITY AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING.

14.   Transfer of Agreement. Dealer reserves the right to sell or transfer this Agreement in whole or in part to another entity or person without prior notice to you. You, however, cannot transfer this Agreement or rights and obligations under this Agreement to any other entity or person.

15.   Finance Charge Savings Clause. – Notwithstanding any other provision in this Agreement, the aggregate finance charge rate utilized with respect to any of the obligations, including all charges or fees in connection therewith deemed includable in the finance charge shall not exceed the maximum lawful rate. If the finance charge under this Agreement at any time exceeds the maximum allowed by law, the outstanding amount of the Amount Financed shall bear finance charges at the maximum lawful rate until the total finance charges due and total amount financed are paid in full at such rate. The parties intend to conform to any applicable laws limiting finance charges on this type of Agreement. Accordingly, if Dealer contracts for, charges, or receives any consideration which constitutes interest in excess of maximum allowed by law, then any such excess shall be cancelled automatically and, if previously paid, shall at such Lender's option be applied to the outstanding amount remaining due hereunder or be refunded to Buyer

16.   Severability; Entire Agreement. If any term, provision or section of this Agreement is held void, voidable, invalid or unenforceable under any statute or court decision, or any governmental rule or regulation, the remainder of the Agreement shall remain effective, and any such ineffectiveness shall not affect the validity or enforceability of this Agreement in any other jurisdiction. This Agreement, any previous Credit Sale Contract, Add-On Riders and, any written addenda or riders hereto signed by both parties constitutes the entire agreement between the parties regarding the subject matter of this Agreement.

============================================================================================

C96_1_1_EECFD82I_20140921.C96

**468**

Notice to Maryland Residents. Agreement is pursuant to Subtitle 10 (Credit Grantor Closed End Contract Provisions) of Md. Code Ann., Fin. Inst. §12-100 et seq.

Notice to California Residents. California Finance Lenders License No. 603-6880. For California residents, NSF Fees are limited to a maximum of $15.00 and Late Charges are limited to a maximum of $10.00.

Notice to District of Columbia Residents. Seller certifies that the information contained in the contract complies with the District of Columbia Municipal Regulations, Title 16. Chapter 3.

Notice to Connecticut Residents. Attorneys' fees, which are permitted under Sections 8 and 10 of this Agreement, may not exceed 15% of the amount due plus court costs, and may only be collected or sought from Connecticut Residents when the contract is referred to an attorney, not a salaried employee of the holder of the contract, for collection. Late charges may not exceed the lesser of 5% of the past due installment (whether weekly or monthly) or $10.00.

Notice to South Dakota Residents. Any concerns regarding improprieties may be reported to the South Dakota Div. of Banking. 1601 N. Harrison Avenue, Suite 1 Pierre, SD 57501 or call 605-773-3421.

THIS DOCUMENT CONSISTS OF THE FINANCIAL TERMS ON PAGE 1, THE ADDITIONAL TERMS IN SECTIONS 1 THROUGH 16, THIS PAGE, AND ANY ATTACHED APPENDIX A

IMPORTANT: READ BEFORE SIGNING. THE TERMS OF THIS AGREEMENT SHOULD BE READ CAREFULLY BECAUSE ONLY THOSE TERMS SET FORTH IN THIS AGREEMENT ARE ENFORCEABLE. NO OTHER TERMS OR ORAL PROMISES NOT CONTAINED IN THIS WRITTEN CONTRACT MAY BE LEGALLY ENFORCED. YOU MAY CHANGE THE TERMS OF THIS AGREEMENT ONLY BY ANOTHER WRITTEN AGREEMENT SIGNED BY YOU AND THE DEALER OR SNAP-ON TOOLS COMPANY LLC OR ITS AFFILIATE THROUGH THEIR SALES REPRESENATIVE (COLLECTIVELY REFERRED TO IN THIS AGREEMENT AS "DEALER") OR, IF ASSIGNED, WITH SNAP-ON CREDIT LLC ("SNAP-ON CREDIT") OR ITS ASSIGNS.

**BUYER ACKNOWLEDGES RECEIPT OF PRODUCT AND A COPY OF THIS AGREEMENT**

### NOTICE TO BUYER

DO NOT SIGN THIS CONTRACT (CREDIT SALE CONTRACT OR ADD-ON RIDER) BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES.

YOU ARE ENTITLED TO A COMPLETELY FILLED-IN COPY OF THE CONTRACT WHEN YOU SIGN IT.

UNDER THE LAW, YOU HAVE THE FOLLOWING RIGHTS, AMONG OTHERS:
  (a) TO PAY OFF IN ADVANCE THE FULL AMOUNT DUE AND OBTAIN A PARTIAL REFUND OF ANY UNEARNED FINANCE CHARGE;
  (b) TO REDEEM THE PROPERTY IF REPOSSESSED FOR A DEFAULT;
  (c) TO REQUIRE, UNDER CERTAIN CONDITIONS, RESALE OF THE PROPERTY IF REPOSSESSED.

DEALER (SECURED PARTY)

CLAY DAVIS

1913 Solana Rd

Carlsbad, NM 88220

BUYER (DEBTOR)

AUSTIN HAMBLIN

3 DESERT SPRINGS

ROSWELL, NM 88201

Dealer assigns for value all right, title and interest in this Agreement to Snap-on Credit LLC, subject to acceptance by Snap-on Credit LLC. By providing the information on the unpaid balance due under any prior Agreement, Credit Sale Contract or any Add-On Rider(s) above for this transaction, Snap-on Credit LLC consents to the rescheduling of payments under the Credit Sale Contract and any Add-On Rider(s) previously assigned to Snap-on Credit LLC.
Snap-on Credit LLC - 950 Technology Way, Suite 301 - Libertyville, IL 60048 - (877)777-8455

C96_1_1_EECFD82I_20140921.C96

**469**

APPENDIX A
"Property Description"

INVOICE DATE 08/26/2015          INVOICE NUMBER  08261512830          DEBTOR NUMBER

Dealer                                  Buyer (Debtor)
CLAY DAVIS                               AUSTIN HAMBLIN

| | | | | | | |
|---|---|---|---|---|---|---|
| New Sale Subtotal | $ | 397.90 | Total R/A Transfer | $ | 943.75 | Shipping/Handling $   0.00 |
| Tax Applied | $ | 29.84 | Total | | $ 1,371.49 | S/H Tax   $ |
| Subtotal Including Tax | $ | 427.74 | | | | |

| Line | QTY | PRODUCT NO. SERIAL NO. | DESCRIPTION | EACH | COMMENTS | LC | LINE TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | 1 | KRBC2TC | 2 TRAY CART RED | 169.95 | 0.00 | 0 | 169.95 |
| 2 | 1 | AT154R 9757548 | 4IN EXTND REVRSIBLE AIR CUTTR | 263.95 | 36.00 | 10 | 227.95 |
| 3 | 1 | 87ACF | 7IN DIAGONAL CUTTER | 44.50 | 0.00 | 7 | 44.50 |
| 4 | 1 | AST201 | STUD PULLER KIT | 47.05 | 0.00 | 7 | 47.05 |
| 5 | 1 | ACT413A | 3 IN 1 CAN TAP | 21.20 | 0.00 | 7 | 21.20 |
| 6 | 1 | SFS141 | SOCKET | 20.55 | 0.00 | 7 | 20.55 |
| 7 | 1 | IPFM10C | 10MM 6PT SHALLOW FLEXOCKET | 41.00 | 0.00 | 7 | 41.00 |
| 8 | 1 | AT154RA | 4IN.EXTENDED REV CUT-OFF TOOL | 249.95 | 0.00 | 7 | 249.95 |
| 9 | 1 | 212EFTAY | HEX DR SET | 249.00 | 0.00 | 7 | 249.00 |
| 10 | 1 | KNX002006S1 | 3PC COBRA PLIERS SET 7 10 12 | 124.20 | 0.00 | 7 | 124.20 |
| 11 | 1 | CK6850DIRLA 15045019 | DRILL IMPACT SAW LIGHT KIT | 1175.00 | 0.00 | 7 | 1175.00 |

C96_1_1_EECFD82I_20140921.C96

470

 

**RETAIL INSTALLMENT CONTRACT**
**CREDIT SALE CONTRACT OR ADD-ON RIDER**

This Credit Sale Contract or Add-On Rider ("Credit Sale Contract" or "Agreement") provides the terms that the buyer named below (referred to as "you" "your," or "Buyer") agrees to purchase the tools, equipment and other merchandise listed under "Property Description" or on attached invoice or appendix from an authorized Snap-on Tools Company LLC Franchisee, Authorized Dealer or Snap-on sales representative ("Dealer"). **BUYER REPRESENTS AND WARRANTS THAT THE PROPERTY PURCHASED UNDER THIS AGREEMENT IS TO BE USED PRIMARILY FOR COMMERCIAL OR BUSINESS PURPOSES AND NOT PRIMARILY FOR PERSONAL, FAMILY OR HOUSEHOLD PURPOSES.**

SEE APPENDIX A, INVOICE NO. 0421149970 DATED 04/24/2014
FOR "PROPERTY DESCRIPTION"

Dealer Number: 71290
Contract Date: 04/24/2014
Debtor Number: ███████

### ITEMIZATION OF TOTAL CREDIT SALE PRICE
(Time Price Disclosure)

| | | | |
|---|---|---|---|
| 1. Total cash sale price (including tax, if any): | | | $3670.97 |
| 2. Amount of down payment and/or trade-in | | | |
| | a. | Down Payment | $0.00 |
| | b. | Trade-in (Description of trade-in items are on the attached invoice or Appendix A) | $0.00 |
| | c. | Total Down Payment (2a + 2b): | $0.00 |
| 3. Unpaid balance of total cash sale price | | | $3670.97 |
| (Total cash sale price — total down payment) | | | |
| 4. Security Interest Charge | | | |
| | a. | Public officials and/or process costs | $0.00 |
| | b. | Florida Document Stamp Tax: (Florida Residents Only) | $0.00 |
| | c. | Processing Fee: | $0.00 |
| | d. | Total Security Interest Charge (4a+4b+4c) | $0.00 |
| 5. Subtotal Principal Balance (new sale amount financed): | | | $3670.97 |
| (Unpaid balance of total cash sale price + Total Security Interest Charge) | | | |
| 6. Unpaid Balance: | | | $3471.59 |
| (Current net total amount due under prior Credit Sale Contracts, Add-on Rider(s), and/or prior Extended Credit Purchase Money Security Agreements) Beginning Date on 1st Credit Sale Contract 12/20/2013 | | | |
| 7. Other Charges (specify): | | | $0.00 |
| 8. New Amount Financed: | | | $7142.56 |
| (Subtotal Principal Balance + Unpaid Balance + Other charges) (Note: finance charges will not be charged on accrued but unpaid finance charges. See Section 2 below.) | | | |
| 9. Amount of Finance Charge (estimated, time price differential): | | | $2887.20 |
| 10. TOTAL OF PAYMENTS (estimated) | | | $10029.76 |
| (New Amount Financed + Amount of Finance Charge) | | | |
| 11. TOTAL CREDIT SALE PRICE (estimated) | | | $10029.76 |
| (Total of Payments + Total Down Payment) | | | |

### YOUR PAYMENT SCHEDULE WILL BE:

Number of Payments 208

Payments Due Each  WEEK

Payment Amount                 $48.22

1st Payment Due Date 05/01/2014

**ANNUAL PERCENTAGE RATE**   18.00%
The cost of your credit as a yearly rate

**Amount Financed**          $7142.56
(sum of 5, 6, and 7) The amount of credit provided to you or on your behalf:

**FINANCE CHARGE**          $2887.20
The estimated dollar amount the credit will cost you

**Total of Payments**        $10029.76
(sum of 8 and 9) The estimated amount you will have paid after you make all the payments on time

**Total Credit Sale Price**   $10029.76
(sum of 2c and 10)
The total estimated cost of your purchase on credit

**Insurance:** Credit life insurance and credit disability insurance are **not** required to obtain credit. You may obtain property insurance from anyone you want who is acceptable to Dealer's assignee, Snap-on Credit LLC. Insurance, if any is included in this contract, does not provide coverage for personal liability or property damage caused to others.

**Security:** You are giving a security interest in (a) the goods or property purchased under this Agreement; and (b) if permitted by law all other goods or property bearing any Snap-on® trademark, or distributed by or through Snap-on Incorporated or an affiliate

**Late charge:** If a payment is late, you will be charged $10.00 or if less, the maximum amount permitted under applicable law.

**NSF charge:** If you make a payment by check or debit and that payment is denied by your bank for insufficient funds or any other reason, then you will owe not only the payment but also an NSF charge of $25, but not more than the maximum amount permitted under applicable law.

**Prepayment:** If you pay off early, you will not pay a penalty and you may be entitled to a refund of part of the finance charge. Your finance charges are calculated based on your average daily outstanding balance due.

**Add-On Rider:** If you have an unpaid balance on any Prior Agreement, Credit Sale Contract or Add-On Rider(s), then this Agreement is also an Add-On Rider to the prior Agreement(s). See below for additional information about any Add-On Rider

**SEE BELOW AND ON ADDITIONAL PAGES** for additional terms and information about nonpayment, default, and repayment in full before the scheduled date, and prepayment refunds and penalties.

**IMPORTANT: READ BEFORE SIGNING. THE TERMS OF THIS AGREEMENT SHOULD BE READ CAREFULLY BECAUSE ONLY THOSE TERMS IN WRITING ARE ENFORCEABLE. NO OTHER TERMS OR ORAL PROMISES NOT CONTAINED IN THIS WRITTEN CONTRACT MAY BE LEGALLY ENFORCED. YOU MAY CHANGE THE TERMS OF THIS AGREEMENT ONLY BY ANOTHER WRITTEN AGREEMENT SIGNED BY YOU AND THE FRANCHISEE, DEALER OR SNAP-ON TOOLS COMPANY LLC OR ITS AFFILIATE THROUGH THEIR SALES REPRESENATIVE (COLLECTIVELY REFERRED TO IN THIS AGREEMENT AS "DEALER") OR, IF ASSIGNED, WITH SNAP-ON CREDIT LLC ("SNAP-ON CREDIT") OR ITS ASSIGNS.**

471

## ADDITIONAL TERMS

1. **Offer of Cash Sale or Payment Over Time.** Dealer has offered you a choice of buying the Property for a stated cash price payable immediately or buying the Property for a Total Credit Sale Price which permits you to purchase the Property now, but pay in installments over an extended period of time. The Total Credit Sale Price will be more or less, depending on when you pay and the amount you pay each time, and the Total Credit Sale Price is more than the cash sale price because it includes a finance charge to compensate the Dealer for waiting before collecting the full purchase price.

2. **Payment Terms.** *You agree to pay to Dealer or Dealer's assignee the Amount Financed plus finance charges applied to the outstanding balance thereof at the annual percentage rate set forth on page one during the time any balance under this Agreement remains unpaid. You agree to make equal weekly payments (or such other periodic payment schedule if specifically agreed in writing) (in cash, check or money order) as set forth under "Your payment schedule will be" on the first page of this Agreement until all amounts due under this Agreement are paid (provided that the final payment shall be in the amount of the unpaid balance of the Amount Financed plus accrued but unpaid finance charges).* You may prepay the balance of the Amount Financed without penalty at any time; and doing so will reduce the amount of finance charge you would otherwise be required to pay. Unless you prepay the entire outstanding balance of the Amount Financed, however, the amount you are required to pay each week will remain the same, with any adjustments being reflected in the last payment and in the number of payments. If you make an overpayment when you prepay the entire outstanding balance of the Amount Financed, we will not be required to refund amounts less than $1.00. If you pay the amount due under this Agreement late, the finance charge will continue to accrue monthly on the unpaid average daily balance. In that event, your last payment may be increased to pay the full balance due. Dealer may offer a deferred first payment due date; however, the estimated Finance Charge and the number and amount of payments on the first page of this Agreement are based on payments beginning immediately after the date of this Agreement. If you elect to defer your payments, you will not be charged late fees, but finance charges will continue to accrue on the unpaid balance, and you will owe additional finance charges that may not be reflected in the estimate on the first page. "Same As Cash" benefit: this phrase means that although finance charges apply and begin accrual at contract inception, provided you pay the entire Unpaid Balance above within ninety (90) days in good funds from the contract date and are not otherwise in default, the finance charge will be waived and any amounts you paid representing finance charges will be refunded and applied against your account or returned to you; some promotions may feature alternate Same as Cash periods. You and your Dealer may agree to transfer to the Amount Financed any balance you may owe Dealer as a result of prior purchases pursuant to your truck account or revolving account ("RA") credit that Dealer has extended to you. You represent, warrant and agree that: (a) you voluntarily entered into this contract with Dealer for the full amount of the Amount Financed plus estimated time finance charges accruing on it instead of paying in full on the sale date; (b) all information supplied and statements made by you in any application for credit before or at the same time as the execution of this Agreement are and will be correct, complete and genuine, (c) you only owe the dealer for any prior purchases being transferred from RA and have no other liens and encumbrances on the RA tools and equipment being pledged as security under this Agreement, and (d) any items used as a trade-in are free of all liens or other encumbrances, are fully paid for, and you possess good and marketable title to it. The Unpaid Balance under any prior Agreement, including accrued but unpaid finance charges, is used to calculate your payment amount; however, you will pay finance charges only on the outstanding principal balance (cash price) of the Amount Financed at the contract rate until paid in full.

3. **Allocation of Payments.** Your payments will be allocated first to any additional charges, costs and expenses, and then to any finance charge in the order it is incurred, and then to the payment of the cash price of each purchase in the order in which the purchase was made under prior agreements (Credit Sale Contract or Add-On Riders) first and then this Agreement, with the payments being applied to the oldest purchase first; lowest-priced same day purchases paid off first. Down payments and trade-ins will be applied to the cash price of all items purchased on the same day, credited based upon the lowest-priced purchases first.

4. **If this is an ADD-ON RIDER:** You agree to purchase the additional Property listed in the "Property Description" referred to above, Appendix A, any attachment(s) and any invoice(s) and to pay for such Property as well as the Property purchased under the prior Agreement(s) according to the payment terms listed in **this** Agreement which modifies the prior agreement terms. **If the prior Agreement(s) to which this Add-On Rider relates has/have been assigned to Snap-on Credit LLC ("Snap-on Credit"), then this Add-On Rider is also assigned to Snap-on Credit subject to its acceptance) and all references to Dealer are to Snap-on Credit as Dealer's Assignee with respect to subsequent payments for items acquired under any contract.**

5. **Grant of Security Interest.** As security for your obligations under this Agreement, or any other agreement with Dealer or Dealer's assignee, you hereby grant Dealer a purchase money security interest in each item of Property you purchase under this Agreement until that item is paid for. As further security for your obligations under this Agreement, in all states except where prohibited by applicable law for agreements of this type, you hereby grant Dealer a security interest in each other item of tools, goods and equipment previously purchased or hereafter acquired from a Snap-on Dealer, and any and all goods and equipment manufactured or distributed by Snap-on Incorporated or bearing Snap-on Incorporated trademarks or logos, together with all proceeds (including insurance proceeds), accessions, attachments, additions, substitutions and replacements to and of such items (the foregoing and the Property are collectively referred to as "Collateral"). If this Agreement is assigned to Snap-on Credit pursuant to Section 6 below, and if the Amount Financed includes a transfer of RA balance owed to Dealer, then Dealer hereby assigns to Snap-on Credit any purchase money security interest that Dealer may have in any merchandise reflected in the RA balance so transferred. In such case, Snap-on Credit shall continue to hold a purchase money security interest in such merchandise after such transfer. You agree not to remove any Collateral from the state where the original sale was made without the written consent of Dealer or Snap-on Credit, if this Agreement is assigned to Snap-on Credit. You agree not to sell, dispose of or encumber any Collateral until your entire balance due is paid in full. To the extent permitted by and subject to applicable law, you agree and hereby grant to Dealer and Snap-on Credit or its agent or assigns the power of attorney and right to sign on your behalf and file or record such financing statements or other documents as may be necessary to perfect or maintain the security interest granted by you under this Agreement.

6. **Assignment by Dealer.** (a) Dealer may assign this Agreement for value to Snap-on Credit LLC, 950 Technology Way, Suite 301, Libertyville, IL 60048. If Dealer assigns this Agreement to Snap-on Credit, then after such assignment (1) Snap-on Credit or its assigns shall have all the rights and remedies of Dealer under this Agreement and all of your obligations, agreements, representations and warranties shall be deemed to have been made to Snap-on Credit with the same effect as if Snap-on Credit were an original party to this Agreement; and (2) Dealer will not have any power or authority to exercise any such rights or remedies, give any consents under Section 5 or change or modify this Agreement or any related document in any way. (b) If this Agreement is assigned to Snap-on Credit, you agree to deliver your payments to Dealer or directly to Snap-on Credit. *The Dealer is not Snap-on Credit's agent for any purpose.* If you make payments to your Dealer, the Dealer will be acting as your agent. In that capacity, the Dealer has agreed with Snap-on Credit to remit payments under this Agreement to Snap-on Credit on a regular basis. You will be credited with payment on the date Snap-on Credit receives payment from the Dealer. Payments received by Snap-on Credit after 10:00 a.m. CST will be credited on the next business day. Snap-on Credit will credit you and waive additional finance charges and late charges on any installment regardless of when payment is received from the dealer *if you have proof of your timely payment to the Dealer (such as a valid receipt or canceled check).* Alternatively, you may make any payments (by debit, check or money order payable to Snap-on Credit, and not cash) directly to Snap-on Credit at the address provided to you by Snap-on Credit, in which case you will be credited with payment on the date Snap-on Credit receives the payment. Snap-on Credit may require you to make payments directly to it. Snap-on Credit's business days are Monday through Friday, excluding holidays.

7. **Property Insurance.** So long as Dealer or its assigns has a security interest in any Collateral, you will obtain and keep in force fire and other casualty insurance on the Collateral in an amount and form and written by insurers satisfactory to Dealer, with loss payable to Dealer or Dealer's assignee, If you fail to do so, Dealer or its assigns may, at their option, purchase such insurance, in which event you must pay the cost thereof to Dealer or its assigns on demand. However, any failure by Dealer to obtain and keep in force such insurance, after your failure to do so, shall not release you from any obligations or liability under this Agreement or any prior agreements. *Any insurance procured by Dealer under this section will not include insurance for property damage to others.*

8. **Additional Charges.** To the extent permitted by and subject to applicable law, you agree to pay the additional charges listed below. If a fee is not assessed, Dealer does not waive the right to insist on strict compliance with this Agreement by you at any time. (a) Security Interest Charges. You will be assessed a Security Interest Charge to cover (1) fees and charges paid to public officials for determining the existence of or for perfecting, releasing or satisfying the security interest you granted under this Agreement, (2) the costs payable for any outside service retained to provide searches and filings for

C96_1_1_EECFD82H_20131208.C96

**472**

perfecting and verifying the security interest and (3) in certain states (depending on state rate limits and rate calculations) we may also charge an amount to recoup a portion of our production and management costs related to maintaining security interest transactions, not to exceed the greater of $15.00 or the maximum amount allowed by law. (b) **Late Charges.** If you fail to make payments under this Agreement within 10 days after the date due, you may be assessed a Late Charge of the lesser of: $10.00 or the maximum permitted by applicable law. (c) **NSF Check Charges.** If your check is not paid by your bank because of non-sufficient funds, a closed account, or any other reason, you may be assessed an NSF Check Charge of the lesser of $25.00 or the maximum permitted by law. (d) **Legal Fees.** In addition to the full amount owed and any court costs, if any matter arising out of your default under this Agreement is referred to an attorney to collect the amount you owe or to repossess any Collateral, you agree to pay all costs and expenses (including all actual and reasonable attorneys' fees and costs) incurred by us in enforcing any of the terms of this Agreement or any of our rights against you. (e) **Extension fees.** In the event we provide you a contract term modification or payment extension at your request or as part of another type of payment arrangement, we reserve the right to charge a one time extension fee of the lesser of $30.00 or the maximum amount allowed by law to offset a portion of our costs associated with such change. (f) **Electronic Payments.** If you choose to pay your payments via a phone payment or internet payment service we offer or designate, you agree to pay a fee for each such payment of the lesser of $10 or the maximum amount allowed by law. (g) **Other Considerations.** We reserve the right to charge additional fees as appropriate in the event the parties agree to other contract modifications.

9.     **Events of Default.** The occurrence of any one of the following events constitutes a default under this Agreement: (a) You do not pay at least the minimum payments due or you otherwise become delinquent on any other obligation to Dealer or to Snap-on Credit or its assigns, or if this Agreement is assigned, to such assignee; (b) you file or consent to the filing of bankruptcy or similar proceedings against you or you become insolvent, or your financial condition deteriorates significantly and it appears likely that you will not be able to repay Dealer for any reason; (c) you die, become imprisoned or are declared legally incompetent; (d) you at any time give Dealer information that is inaccurate, misleading or incomplete; or (e) you fail to comply with any terms or conditions of this Agreement.

10.    **Acceleration; Remedies.** Dealer, or if assigned, Dealer's assignee will have all the rights and remedies of a secured creditor under the Uniform Commercial Code and any other applicable laws. In addition, if any one of the events of default occurs, subject to any right you may have under applicable law to receive notice of and to cure such default, at Dealer's option Dealer may (a) declare the entire unpaid balance due under this Agreement immediately due and payable, and (b) repossess any Collateral in which Dealer still retains a security interest, and without limiting the foregoing, in the event this or any other transaction is assigned, any Collateral in which assignee still retains a security interest but only in the manner and to the extent permitted by applicable law. If Dealer resells any repossessed Collateral, Dealer agrees to pay you any surplus remaining (after deduction of the costs of repossession and sale and other costs, including reasonable attorneys' fees, to the extent permitted by law) and you agree to pay Dealer any deficiency in accordance with the Uniform Commercial Code. Dealer may accept late or partial payments or any payments marked as being payment in full or as being settlement for any dispute without prejudicing any of Dealer's rights under or in any way amending this Agreement. Dealer's failure or delay at any time to exercise any of Dealer's contract, legal or equitable rights shall not be deemed a waiver of these rights nor of the right to exercise Dealer's rights at any other time. If Snap-on Credit becomes the secured party under this Agreement, you agree that it is commercially reasonable for repossessed Collateral to be sold at public or private sales (in any state or county selected by Snap-on Credit) to dealers or others in lots or pieces (with or without the Collateral being physically present) at used tool prices. In the event you do not pay all amounts due under this contract and you are unreachable, or in the event of settlement or other events, IRS regulations may require Dealer to file a 1099-C form for informational purposes showing the remaining unpaid amounts due under your original contract regardless of any dispute. The mere filing of such 1099-C does not itself constitute a forgiveness or adjustment of any amounts due. The term "Buyer" and "Dealer" as used in this Agreement also mean "debtor" and "secured party" respectively and include heirs, executors, or administrators, successors and permitted assigns of those parties.

11.    **Governing Law.** THIS AGREEMENT SHALL BE GOVERNED BY THE LAWS OF THE STATE OF ILLINOIS, THE ASSIGNEE'S STATE; PROVIDED, HOWEVER, IN THE EVENT THIS AGREEMENT OR ANY OF ITS PROVISIONS CANNOT BE ENFORCED UNDER ILLINOIS LAW, THEN THE LAWS OF THE STATE OR OTHER LOCALITY OF YOUR RESIDENCE SHALL GOVERN. If used in U.S. Territories or Commonwealths, this Agreement is not be governed by the United Nations Convention on Contracts for the International Sale of Goods.

12.    **Jury Trial Waiver and Class Waiver.** YOU AND DEALER WAIVE ALL RIGHTS TO A TRIAL BY JURY. YOU AGREE THAT YOU, THE BUYER, MAY ONLY BRING CLAIMS AGAINST DEALER OR ANY ASSIGNEE IN ITS INDIVIDUAL CAPACITY AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING.

13.    **Transfer of Agreement.** Dealer reserves the right to sell or transfer this Agreement in whole or in part to another entity or person without prior notice to you. You, however, cannot transfer this Agreement or rights and obligations under this Agreement to any other entity or person

14.    **Finance Charge Savings Clause.** – Notwithstanding any other provision in this Agreement, the aggregate finance charge rate utilized with respect to any of the obligations, including all charges or fees in connection therewith deemed includable in the finance charge shall not exceed the maximum lawful rate. If the finance charge under this Agreement at any time exceeds the maximum allowed by law, the outstanding amount of the Amount Financed shall bear finance charges at the maximum lawful rate until the total finance charges due and total amount financed are paid in full at such rate. The parties intend to conform to any applicable laws limiting finance charges on this type of Agreement. Accordingly, if Dealer contracts for, charges, or receives any consideration which constitutes interest in excess of maximum allowed by law, then any such excess shall be cancelled automatically and, if previously paid, shall at such Lender's option be applied to the outstanding amount remaining due hereunder or be refunded to Buyer

15.    **Severability; Entire Agreement.** If any term, provision or section of this Agreement is held void, voidable, invalid or unenforceable under any statute or court decision, or any governmental rule or regulation, the remainder of the Agreement shall remain effective, and any such ineffectiveness shall not affect the validity or enforceability of this Agreement in any other jurisdiction. This Agreement, any previous Credit Sale Contract, Add-On Riders and, any written addenda or riders hereto signed by both parties constitutes the entire agreement between the parties regarding the subject matter of this Agreement.


THE REST OF THIS PAGE IS INTENTIONALLY LEFT BLANK

473

Notice to Maryland Residents. Agreement is pursuant to Subtitle 10 (Credit Grantor Closed End Contract Provisions) of Md. Code Ann., Fin. Inst §12-100 et seq.

Notice to California Residents. California Finance Lenders License No. 603-6880. For California residents, NSF Fees are limited to a maximum of $15.00 and Late Charges are limited to a maximum of $10.00.

Notice to District of Columbia Residents. Seller certifies that the information contained in the contract complies with the District of Columbia Municipal Regulations, Title 16, Chapter 3.

Notice to Connecticut Residents. Attorneys' fees, which are permitted under Sections 8 and 10 of this Agreement, may not exceed 15% of the amount due plus court costs, and may only be collected or sought from Connecticut Residents when the contract is referred to an attorney, not a salaried employee of the holder of the contract, for collection. Late charges may not exceed the lesser of 5% of the past due installment (whether weekly or monthly) or $10.00.

Notice to South Dakota Residents. Any concerns regarding improprieties may be reported to the South Dakota Div. of Banking, 1601 N. Harrison Avenue, Suite 1, Pierre, SD 57501 or call 605-773-3421.

THIS DOCUMENT CONSISTS OF THE FINANCIAL TERMS ON PAGE 1, THE ADDITIONAL TERMS IN SECTIONS 1 THROUGH 15, THIS PAGE, AND ANY ATTACHED APPENDIX A

IMPORTANT: READ BEFORE SIGNING. THE TERMS OF THIS AGREEMENT SHOULD BE READ CAREFULLY BECAUSE ONLY THOSE TERMS IN WRITING ARE ENFORCEABLE. NO OTHER TERMS OR ORAL PROMISES NOT CONTAINED IN THIS WRITTEN CONTRACT MAY BE LEGALLY ENFORCED. YOU MAY CHANGE THE TERMS OF THIS AGREEMENT ONLY BY ANOTHER WRITTEN AGREEMENT SIGNED BY YOU AND THE DEALER OR SNAP-ON TOOLS COMPANY LLC OR ITS AFFILIATE THROUGH THEIR SALES REPRESENATIVE (COLLECTIVELY REFERRED TO IN THIS AGREEMENT AS "DEALER") OR, IF ASSIGNED, WITH SNAP-ON CREDIT LLC ("SNAP-ON CREDIT") OR ITS ASSIGNS.

**BUYER ACKNOWLEDGES RECEIPT OF PRODUCT AND A COPY OF THIS AGREEMENT**

**NOTICE TO BUYER**

DO NOT SIGN THIS CONTRACT (CREDIT SALE CONTRACT OR ADD-ON RIDER) BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES.

YOU ARE ENTITLED TO A COMPLETELY FILLED-IN COPY OF THE CONTRACT WHEN YOU SIGN IT.

UNDER THE LAW, YOU HAVE THE FOLLOWING RIGHTS, AMONG OTHERS:
    (a) TO PAY OFF IN ADVANCE THE FULL AMOUNT DUE AND OBTAIN A PARTIAL REFUND OF ANY UNEARNED FINANCE CHARGE;
    (b) TO REDEEM THE PROPERTY IF REPOSSESSED FOR A DEFAULT;
    (c) TO REQUIRE, UNDER CERTAIN CONDITIONS, RESALE OF THE PROPERTY IF REPOSSESSED.

DEALER (SECURED PARTY)

TRAVIS HOWARD

3029 66Th St

Lubbock, TX 79413

BUYER (DEBTOR)

AUSTIN HAMBLIN

000

LUBBOCK, TX 79413

Dealer assigns for value all right, title and interest in this Agreement to **Snap-on Credit LLC**, subject to acceptance by Snap-on Credit LLC. By providing the information on the unpaid balance due under any prior Agreement, Credit Sale Contract or any Add-On Rider(s) above for this transaction, Snap-on Credit LLC consents to the rescheduling of payments under the Credit Sale Contract and any Add-On Rider(s) previously assigned to Snap-on Credit LLC.

Snap-on Credit LLC - 950 Technology Way, Suite 301 - Libertyville, IL 60048 - (877)777-8455

C96_1_1_EECFD82H_20131208 C96

**474**

# APPENDIX A
## "Property Description"

INVOICE DATE   04/24/2014          INVOICE NUMBER 0421149970          DEBTOR NUMBER

Dealer                                 Buyer (Debtor)
TRAVIS HOWARD                          AUSTIN HAMBLIN

Invoice Subtotal    $   3391.20     Total R/A Transfer $     0.00      Shipping/Handling $      0.00

Tax Applied         $    279.77     Invoice Total       $   3391.20    S/H Tax           $

Total Including Tax $   3670.97

| Line | QTY | PRODUCT NO SERIAL NO. | DESCRIPTION | EACH | COMMENTS | LC | LINE TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | 1 | MG725G 13414845 | GREEN MG725 | 413.00 | 0.00 | | 413.00 |
| 2 | 1 | FAR7200 13390475 | 3/8" AIR RATCHET | 325.50 | 0.00 | | 325.50 |
| 3 | 1 | SOEXM710 | 10PC COMBO WR SET 10 TO 19MM | 344.00 | 0.00 | | 344.00 |
| 4 | 1 | SOEX707 | 7PC FLK DR PLUS COMBO WR SET | 212.00 | 0.00 | | 212.00 |
| 5 | 1 | 207IPFM | METRIC 6PT SHALLOW FLEX SET | 176.80 | 0.00 | | 176.80 |
| 6 | 1 | ASG186BG | TRIM PAD TOOL GREEN | 27.55 | 0.00 | | 27.55 |
| 7 | 1 | S9716KR | SPARK PLUG SOCKET | 47.75 | 0.00 | | 47.75 |
| 8 | 1 | S9706KRA | 5/8IN RETENTION HEX SPARK PLUG | 34.25 | 0.00 | | 34.25 |
| 9 | 1 | IPF80B | 3/8 DR IMP | 48.00 | 0.00 | | 48.00 |
| 10 | 1 | IPM600A | BALL JOINT | 38.00 | 0.00 | | 38.00 |
| 11 | 1 | IP80D | UNIV JT 1/2 DR IM SWIVEL | 58.00 | 0.00 | | 58.00 |
| 12 | 1 | 210EFTAMY | HEX DR SET | 209.00 | 0.00 | | 209.00 |
| 13 | 1 | 209EFTXBY | TORX DR SET | 249.50 | 0.00 | | 249.50 |
| 14 | 1 | GAX36 | ADAPTOR | 87.25 | 0.00 | | 87.25 |
| 15 | 1 | PWCS7CF | 7IN SM GAU WIRE STRPR CRMP CUT | 43.50 | 0.00 | | 43.50 |
| 16 | 1 | 196CF | LONG NOSE W/CUTTER | 45.25 | 0.00 | | 45.25 |
| 17 | 1 | 87CF | DIAGONAL CUTTER | 42.75 | 0.00 | | 42.75 |
| 18 | 1 | YA502M | 1/4IN AIR SWIVEL CONNECTOR | 28.80 | 0.00 | | 28.80 |
| 19 | 1 | CT8810G 13510146 | 18V L-ION 3/8" IMPACT GREEN | 599.95 | 0.00 | | 599.95 |
| 20 | 1 | 212FSMY | S/HEX SET | 171.00 | 0.00 | | 171.00 |

C96_1_1_EECFD82H_20131208.C96

475

**APPENDIX A**
**"Property Description"**

INVOICE DATE   04/24/2014          INVOICE NUMBER 0421149970          DEBTOR NUMBER

Dealer                                    Buyer (Debtor)
TRAVIS HOWARD                   AUSTIN HAMBLIN

Invoice Subtotal    $   3391.20     Total R/A Transfer $      0.00      Shipping/Handling  $      0.00

Tax Applied         $    279.77     Invoice Total     $  3391.20      S/H Tax            $

Total Including Tax  $  3670.97

| Line | QTY | PRODUCT NO. SERIAL NO. | DESCRIPTION | EACH | COMMENTS | LC | LINE TOTAL |
|------|-----|------------------------|-------------|------|----------|----|-----------| 
| 21 | 1 | FCF72 | 3/8 COMPACT FLEX HEAD | 85.50 | 0.00 | | 85.50 |
| 22 | 1 | FC72 | 3/8 COMPACT HEAD | 73.00 | 0.00 | | 73.00 |
| 23 | 1 | SGCP1BG | COTTER PIN PULLER GREEN | 30.85 | 0.00 | | 30.85 |

476

 

## RETAIL INSTALLMENT CONTRACT
## CREDIT SALE CONTRACT OR ADD-ON RIDER

This Credit Sale Contract or Add-On Rider ("Credit Sale Contract" or "Agreement") provides the terms that the buyer named below (referred to as "you" "your," or "Buyer") agrees to purchase the tools, equipment and other merchandise listed under "Property Description" or on attached invoice or appendix from an authorized Snap-on Tools Company LLC Franchisee, Authorized Dealer or Snap-on sales representative ("Dealer"). BUYER REPRESENTS AND WARRANTS THAT THE PROPERTY PURCHASED UNDER THIS AGREEMENT IS TO BE USED PRIMARILY FOR COMMERCIAL OR BUSINESS PURPOSES AND NOT PRIMARILY FOR PERSONAL, FAMILY OR HOUSEHOLD PURPOSES.

SEE APPENDIX A, INVOICE NO. 0110147357 DATED 01/10/2014
FOR "PROPERTY DESCRIPTION"

Dealer Number: 70954
Contract Date: 01/10/2014
Debtor Number: ▮▮▮▮▮▮

### ITEMIZATION OF TOTAL CREDIT SALE PRICE
(Time Price Disclosure)

| | | | |
|---|---|---|---|
| 1. Total cash sale price (including tax, if any): | | | $ 1620.53 |
| 2. Amount of down payment and/or trade-in | | | |
| a. | Down Payment | $ 0.00 | |
| b. | Trade-in (Description of trade-in items are on the attached invoice or Appendix A) | $ 0.00 | |
| c. | Total Down Payment (2a + 2b): | | $ 0.00 |
| 3. Unpaid balance of total cash sale price. | | | $ 1620.53 |
| (Total cash sale price — total down payment) | | | |
| 4. Security Interest Charge | | | |
| a. | Public officials and/or process costs: | $ 0.00 | |
| b. | Florida Document Stamp Tax (Florida Residents Only) | $ 0.00 | |
| c. | Processing Fee | $ 0.00 | |
| d | Total Security Interest Charge (4a+4b+4c) | | $ 0.00 |
| 5. Subtotal Principal Balance (new sale amount financed): | | | $ 1620.53 |
| (Unpaid balance of total cash sale price + Total Security Interest Charge) | | | |
| 6. Unpaid Balance: | | | $ 1872.26 |
| (Current net total amount due under prior Credit Sale Contracts, Add-on Rider(s), and/or prior Extended Credit Purchase Money Security Agreements) Beginning Date on 1st Credit Sale Contract 12/20/2013 | | | |
| 7. Other Charges (specify): | | | $ 0.00 |
| 8. New Amount Financed: | | | $ 3492.79 |
| (Subtotal Principal Balance + Unpaid Balance + Other charges) (Note: finance charges will not be charged on accrued but unpaid finance charges. See Section 2 below.) | | | |
| 9. Amount of Finance Charge (estimated, time price differential) | | | $ 1746.99 |
| 10. TOTAL OF PAYMENTS (estimated) | | | $ 5239.78 |
| (New Amount Financed + Amount of Finance Charge) | | | |
| 11. TOTAL CREDIT SALE PRICE (estimated) | | | $ 5239.78 |
| (Total of Payments + Total Down Payment) | | | |

### YOUR PAYMENT SCHEDULE WILL BE:

Number of Payments 182

Payments Due Each   WEEK

Payment Amount         $ 28.79

1st Payment Due Date 01/17/2014

**ANNUAL PERCENTAGE RATE**   24.90%
The cost of your credit as a yearly rate

**Amount Financed**         $ 3492.79
(sum of 5, 6, and 7) The amount of credit provided to you or on your behalf.

**FINANCE CHARGE**         $ 1746.99
The estimated dollar amount the credit will cost you

**Total of Payments**         $ 5239.78
(sum of 8 and 9) The estimated amount you will have paid after you make all the payments on time

**Total Credit Sale Price**         $ 5239.78
(sum of 2c and 10)
The total estimated cost of your purchase on credit

**Insurance:** Credit life insurance and credit disability insurance are not required to obtain credit. You may obtain property insurance from anyone you want who is acceptable to Dealer's assignee, Snap-on Credit LLC. Insurance, if any is included in this contract, does not provide coverage for personal liability or property damage caused to others.

**Security:** You are giving a security interest in (a) the goods or property being purchased under this Agreement and any prior Agreement; and (b) if permitted by law all other goods or property bearing any Snap-on® trademark, or distributed by or through Snap-on Incorporated or an affiliate.

**Late charge:** If a payment is late, you will be charged $10.00 or if less, the maximum amount permitted under applicable law.

**NSF charge:** If you make a payment by check or debit and that payment is denied by your bank for insufficient funds or any other reason, then you will owe not only the payment but also an NSF charge of $25, but not more than the maximum amount permitted under applicable law.

**Prepayment:** If you pay off early, you will not pay a penalty and you may be entitled to a refund of part of the finance charge. Your finance charges are calculated based on your average daily outstanding balance due.

**Add-On Rider:** If you have an unpaid balance on any Prior Agreement, Credit Sale Contract or Add-On Rider(s), then this Agreement is also an Add-On Rider to the prior Agreement(s). See below for additional information about any Add-On Rider.

SEE BELOW AND ON ADDITIONAL PAGES for additional terms and information about nonpayment, default, and repayment in full before the scheduled date, and prepayment refunds and penalties.

IMPORTANT: READ BEFORE SIGNING. THE TERMS OF THIS AGREEMENT SHOULD BE READ CAREFULLY BECAUSE ONLY THOSE TERMS IN WRITING ARE ENFORCEABLE. NO OTHER TERMS OR ORAL PROMISES NOT CONTAINED IN THIS WRITTEN CONTRACT MAY BE LEGALLY ENFORCED. YOU MAY CHANGE THE TERMS OF THIS AGREEMENT ONLY BY ANOTHER WRITTEN AGREEMENT SIGNED BY YOU AND THE FRANCHISEE, DEALER OR SNAP-ON TOOLS COMPANY LLC OR ITS AFFILIATE THROUGH THEIR SALES REPRESENATIVE (COLLECTIVELY REFERRED TO IN THIS AGREEMENT AS "DEALER") OR, IF ASSIGNED, WITH SNAP-ON CREDIT LLC ("SNAP-ON CREDIT") OR ITS ASSIGNS.

477

## ADDITIONAL TERMS

1. **Offer of Cash Sale or Payment Over Time.** Dealer has offered you a choice of buying the Property for a stated cash price payable immediately or buying the Property for a Total Credit Sale Price which permits you to purchase the Property now, but pay in installments over an extended period of time. The Total Credit Sale Price will be more or less, depending on when you pay and the amount you pay each time, and the Total Credit Sale Price is more than the cash sale price because it includes a finance charge to compensate the Dealer for waiting before collecting the full purchase price.

2. **Payment Terms.** *You agree to pay to Dealer or Dealer's assignee the Amount Financed plus finance charges applied to the outstanding balance thereof at the annual percentage rate set forth on page one during the time any balance under this Agreement remains unpaid. You agree to make equal weekly payments (or such other periodic payment schedule if specifically agreed in writing) (in cash, check or money order) as set forth under "Your payment schedule will be" on the first page of this Agreement until all amounts due under this Agreement are paid (provided that the final payment shall be in the amount of the unpaid balance of the Amount Financed plus accrued but unpaid finance charges).* You may prepay the balance of the Amount Financed without penalty at any time, and doing so will reduce the amount of finance charge you would otherwise be required to pay. Unless you prepay the entire outstanding balance of the Amount Financed, however, the amount you are required to pay each week will remain the same, with any adjustments being reflected in the last payment and in the number of payments. If you make an overpayment when you prepay the entire outstanding balance of the Amount Financed, we will not be required to refund amounts less than $1.00. If you pay the amount due under this Agreement late, the finance charge will continue to accrue monthly on the unpaid average daily balance. In that event, your last payment may be increased to pay the full balance due. Dealer may offer a deferred first payment due date; however, the estimated Finance Charge and the number and amount of payments on the first page of this Agreement are based on payments beginning immediately after the date of this Agreement. If you elect to defer your payments, you will not be charged late fees, but finance charges will continue to accrue on the unpaid balance, and you will owe additional finance charges that may not be reflected in the estimate on the first page. "Same As Cash" benefit: this phrase means that although finance charges apply and begin accrual at contract inception, provided you pay the entire Unpaid Balance above within ninety (90) days in good funds from the contract date and are not otherwise in default, the finance charge will be waived and any amounts you paid representing finance charges will be refunded and applied against your account or returned to you, some promotions may feature alternate Same as Cash periods. You and your Dealer may agree to transfer to the Amount Financed any balance you may owe Dealer as a result of prior purchases pursuant to your truck account or revolving account ("RA") credit that Dealer has extended to you. You represent, warrant and agree that: (a) you voluntarily entered into this contract with Dealer for the full amount of the Amount Financed plus estimated time finance charges accruing on it instead of paying in full on the sale date; (b) all information supplied and statements made by you in any application for credit before or at the same time as the execution of this Agreement are and will be correct, complete and genuine, (c) you only owe the dealer for any prior purchases being transferred from RA and have no other liens and encumbrances on the RA tools and equipment being pledged as security under this Agreement, and (d) any items used as a trade-in are free of all liens or other encumbrances, are fully paid for, and you possess good and marketable title to it. The Unpaid Balance under any prior Agreement, including accrued but unpaid finance charges, is used to calculate your payment amount; however, you will pay finance charges only on the outstanding principal balance (cash price) of the Amount Financed at the contract rate until paid in full.

3. **Allocation of Payments.** Your payments will be allocated first to any additional charges, costs and expenses, and then to any finance charge in the order it is incurred, and then to the payment of the cash price of each purchase in the order in which the purchase was made under prior agreements (Credit Sale Contract or Add-On Riders) first and then this Agreement, with the payments being applied to the oldest purchase first; lowest-priced same day purchases paid off first. Down payments and trade-ins will be applied to the cash price of all items purchased on the same day, credited based upon the lowest-priced purchases first.

4. **If this is an ADD-ON RIDER:** You agree to purchase the additional Property listed in the "Property Description" referred to above, Appendix A, any attachment(s) and any invoice(s) and to pay for such Property as well as the Property purchased under the prior Agreement(s) according to the payment terms listed in <u>this</u> Agreement which modifies the prior agreement terms. If the prior Agreement(s) to which this Add-On Rider relates has/have been assigned to Snap-on Credit LLC ("Snap-on Credit"), then this Add-On Rider is also assigned to Snap-on Credit subject to its acceptance) and all references to Dealer are to Snap-on Credit as Dealer's Assignee with respect to subsequent payments for items acquired under any contract.

5. **Grant of Security Interest.** As security for your obligations under this Agreement, or any other agreement with Dealer or Dealer's assignee, you hereby grant Dealer a purchase money security interest in each item of Property you purchase under this Agreement until that item is paid for. As further security for your obligations under this Agreement, in all states except where prohibited by applicable law for agreements of this type, you hereby grant Dealer a security interest in each other item of tools, goods and equipment previously purchased or hereafter acquired from a Snap-on Dealer, and any and all goods and equipment manufactured or distributed by Snap-on Incorporated or bearing Snap-on Incorporated trademarks or logos, together with all proceeds (including insurance proceeds), accessions, attachments, additions, substitutions and replacements to and of such items (the foregoing and the Property are collectively referred to as "Collateral"). If this Agreement is assigned to Snap-on Credit pursuant to Section 6 below, and if the Amount Financed includes a transfer of RA balance owed to Dealer, then Dealer hereby assigns to Snap-on Credit any purchase money security interest that Dealer may have in any merchandise reflected in the RA balance so transferred. In such case, Snap-on Credit shall continue to hold a purchase money security interest in such merchandise after such transfer. You agree not to remove any Collateral from the state where the original sale was made without the written consent of Dealer or Snap-on Credit. If this Agreement is assigned to Snap-on Credit, you agree not to sell, dispose of or encumber any Collateral until your entire balance due is paid in full. To the extent permitted by and subject to applicable law, you agree and hereby grant to Dealer and Snap-on Credit or its agent or assigns the power of attorney and right to sign on your behalf and file or record such financing statements or other documents as may be necessary to perfect or maintain the security interest granted by you under this Agreement.

6. **Assignment by Dealer.** (a) Dealer may assign this Agreement for value to Snap-on Credit LLC, 950 Technology Way, Suite 301, Libertyville, IL 60048. If Dealer assigns this Agreement to Snap-on Credit, then after such assignment (1) Snap-on Credit or its assigns shall have all the rights and remedies of Dealer under this Agreement and all of your obligations, agreements, representations and warranties shall be deemed to have been made to Snap-on Credit with the same effect as if Snap-on Credit were an original party to this Agreement; and (2) Dealer will not have any power or authority to exercise any such rights or remedies, give any consents under Section 5 or change or modify this Agreement or any related document in any way. (b) If this Agreement is assigned to Snap-on Credit, you agree to deliver your payments to Dealer or directly to Snap-on Credit. *The Dealer is not Snap-on Credit's agent for any purpose.* If you make payments to your Dealer, the Dealer will be acting as your agent. In that capacity, the Dealer has agreed with Snap-on Credit to remit payments under this Agreement to Snap-on Credit on a regular basis. You will be credited with payment on the date Snap-on Credit receives payment from the Dealer. Payments received by Snap-on Credit after 10:00 a.m. CST will be credited on the next business day. Snap-on Credit will credit you and waive additional finance charges and late charges on any installment regardless of when payment is received from the dealer *if you have proof of your timely payment to the Dealer (such as a valid receipt or canceled check).* Alternatively, you may make any payments (by debit, check or money order payable to Snap-on Credit, and not cash) directly to Snap-on Credit at the address provided to you by Snap-on Credit, in which case you will be credited with payment on the date Snap-on Credit receives the payment. Snap-on Credit may require you to make payments directly to it. Snap-on Credit's business days are Monday through Friday, excluding holidays.

7. **Property Insurance.** So long as Dealer or its assigns has a security interest in any Collateral, you will obtain and keep in force fire and other casualty insurance on the Collateral in an amount and form and written by insurers satisfactory to Dealer, with loss payable to Dealer or Dealer's assignee. If you fail to do so, Dealer or its assigns may, at their option, purchase such insurance, in which event you must pay the cost thereof to Dealer or its assigns on demand. However, any failure by Dealer to obtain and keep in force such insurance, after your failure to do so, shall not release you from any obligations or liability under this Agreement or any prior agreements. *Any insurance procured by Dealer under this section will not include insurance for property damage to others.*

8. **Additional Charges.** To the extent permitted by and subject to applicable law, you agree to pay the additional charges listed below. If a fee is not assessed, Dealer does not waive the right to insist on strict compliance with this Agreement by you at any time. (a) **Security Interest Charges.** You will be assessed a Security Interest Charge to cover (1) fees and charges paid to public officials for determining the existence of or for perfecting, releasing or satisfying the security interest you granted under this Agreement, (2) the costs payable for any outside service retained to provide searches and filings for

C96_1_1_EECFD82G_20130928.C96

478

reasonable attorneys' fees and costs) incurred by us in enforcing any of the terms of this Agreement or any of our rights against you  (e) **Extension fees.** In the event we provide you a contract term modificat      r payment extension at your request or as part of a      er type of payment arrangement, we reserve the right to charge a one time extension fee of the ....er of $30.00 or the maximum amount allowed by lav      offset a portion of our costs associated with such change  (f) **Other Considerations.** We reserve the right to charge additional fees as appropriate in the event the parties agree to other contract modifications.

9.    **Events of Default.** The occurrence of any one of the following events constitutes a default under this Agreement: (a) You do not pay at least the minimum payments due or you otherwise become delinquent on any other obligation to Dealer or to Snap-on Credit or its assigns, or if this Agreement is assigned, to such assignee; (b) you file or consent to the filing of bankruptcy or similar proceedings against you or you become insolvent, or your financial condition deteriorates significantly and it appears likely that you will not be able to repay Dealer for any reason; (c) you die, become imprisoned or are declared legally incompetent; (d) you at any time give Dealer information that is inaccurate, misleading or incomplete; or (e) you fail to comply with any terms or conditions of this Agreement.

10.    **Acceleration; Remedies.** Dealer, or if assigned, Dealer's assignee will have all the rights and remedies of a secured creditor under the Uniform Commercial Code and any other applicable laws. In addition, if any one of the events of default occurs, subject to any right you may have under applicable law to receive notice of and to cure such default, at Dealer's option Dealer may (a) declare the entire unpaid balance due under this Agreement immediately due and payable; and (b) repossess any Collateral in which Dealer still retains a security interest, and without limiting the foregoing, in the event this or any other transaction is assigned, any Collateral in which assignee still retains a security interest but only in the manner and to the extent permitted by applicable law. If Dealer resells any repossessed Collateral, Dealer agrees to pay you any surplus remaining (after deduction of the costs of repossession and sale and other costs, including reasonable attorneys' fees, to the extent permitted by law) and you agree to pay Dealer any deficiency in accordance with the Uniform Commercial Code. Dealer may accept late or partial payments or any payments marked as being payment in full or as being settlement for any dispute without prejudicing any of Dealer's rights under or in any way amending this Agreement. Dealer's failure or delay at any time to exercise any of Dealer's contract, legal or equitable rights shall not be deemed a waiver of these rights nor of the right to exercise Dealer's rights at any other time. If Snap-on Credit becomes the secured party under this Agreement, you agree that it is commercially reasonable for repossessed Collateral to be sold at public or private sales (in any state or county selected by Snap-on Credit) to dealers or others in lots or pieces (with or without the Collateral being physically present) at used tool prices. In the event you do not pay all amounts due under this contract and you are unreachable, or in the event of settlement or other events, IRS regulations may require Dealer to file a 1099-C form for informational purposes showing the remaining unpaid amounts due under your original contract regardless of any dispute. The mere filing of such 1099-C does not itself constitute a forgiveness or adjustment of any amounts due. The term "Buyer" and "Dealer" as used in this Agreement also mean "debtor" and "secured party" respectively and include heirs, executors, or administrators, successors and permitted assigns of those parties.

11.    **Governing Law.** THIS AGREEMENT SHALL BE GOVERNED BY THE LAWS OF THE STATE OF ILLINOIS, THE ASSIGNEE'S STATE; PROVIDED, HOWEVER, IN THE EVENT THIS AGREEMENT OR ANY OF ITS PROVISIONS CANNOT BE ENFORCED UNDER ILLINOIS LAW, THEN THE LAWS OF THE STATE OR OTHER LOCALITY OF YOUR RESIDENCE AT THE TIME YOU ENTER THIS CONTRACT SHALL GOVERN. If used in U.S. Territories or Commonwealths, this Agreement is not be governed by the United Nations Convention on Contracts for the International Sale of Goods.

12.    **Jury Trial Waiver and Class Waiver.** YOU AND DEALER WAIVE ALL RIGHTS TO A TRIAL BY JURY. CUSTOMER AGREES THAT CUSTOMER MAY ONLY BRING CLAIMS AGAINST DEALER OR ANY ASSIGNEE IN ITS INDIVIDUAL CAPACITY AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING.

13.    **Transfer of Agreement.** Dealer reserves the right to sell or transfer this Agreement in whole or in part to another entity or person without prior notice to you You, however, cannot transfer this Agreement or rights and obligations under this Agreement to any other entity or person.

14.    **Finance Charge Savings Clause.**  –Notwithstanding any other provision in this Agreement, the aggregate finance charge rate utilized with respect to any of the obligations, including all charges or fees in connection therewith deemed includable in the finance charge shall not exceed the maximum lawful rate. If the finance charge under this Agreement at any time exceeds the maximum allowed by law, the outstanding amount of the Amount Financed shall bear finance charges at the maximum lawful rate until the total finance charges due and total amount financed are paid in full at such rate. The parties intend to conform to any applicable laws limiting finance charges on this type of Agreement. Accordingly, if Dealer contracts for, charges, or receives any consideration which constitutes interest in excess of maximum allowed by law, then any such excess shall be cancelled automatically and, if previously paid, shall at such Lender's option be applied to the outstanding amount remaining due hereunder or be refunded to Buyer

15.    **Severability; Entire Agreement.** If any term, provision or section of this Agreement is held void, voidable, invalid or unenforceable under any statute or court decision, or any governmental rule or regulation, the remainder of the Agreement shall remain effective, and any such ineffectiveness shall not affect the validity or enforceability of this Agreement in any other jurisdiction. This Agreement, any previous Credit Sale Contract, Add-On Riders and, any written addenda or riders hereto signed by both parties constitutes the entire agreement between the parties regarding the subject matter of this Agreement.

THE REST OF THIS PAGE IS INTENTIONALLY LEFT BLANK

**479**

Notice to Maryland Residents. Agreement is pursuant to Subtitle 10 (Credit Grantor Closed End Contract Provisions) of Md. Code Ann., Fin. Inst. §12-100 et seq.

Notice to California Residents. California Finance Lenders License No. 603-6880.

Notice to District of Columbia Residents. Seller certifies that the information contained in the contract complies with the District of Columbia Municipal Regulations, Title 16, Chapter 3.

Notice to Connecticut Residents. Attorneys' fees, which are permitted under Sections 8 and 10 of this Agreement, may not exceed 15% of the amount due plus court costs, and may only be collected or sought from Connecticut Residents when the contract is referred to an attorney, not a salaried employee of the holder of the contract, for collection. Late charges may not exceed the lesser of 5% of the past due installment (whether weekly or monthly) or $10.00.

Notice to South Dakota Residents. Any concerns regarding improprieties may be reported to the South Dakota Div. of Banking, 1601 N. Harrison Avenue, Suite 1, Pierre, SD 57501 or call 605-773-3421

You agree, in order for us to service our account or to collect any amounts you may owe, we (or if assigned, our assignee) may contact you by telephone at any telephone number associated with your account, including wireless telephone numbers, which could result in charges to you. You agree we may also contact you by sending text messages to wireless phones or sending e-mails, using any e-mail address you provide to us, and that methods of contact may include using pre-recorded/artificial voice messages and/or use of an automatic dialing device, as applicable.

THIS DOCUMENT CONSISTS OF THE FINANCIAL TERMS ON PAGE 1, THE ADDITIONAL TERMS IN SECTIONS 1 THROUGH 15, THIS PAGE, AND ANY ATTACHED APPENDIX A

IMPORTANT: READ BEFORE SIGNING. THE TERMS OF THIS AGREEMENT SHOULD BE READ CAREFULLY BECAUSE ONLY THOSE TERMS IN WRITING ARE ENFORCEABLE. NO OTHER TERMS OR ORAL PROMISES NOT CONTAINED IN THIS WRITTEN CONTRACT MAY BE LEGALLY ENFORCED. YOU MAY CHANGE THE TERMS OF THIS AGREEMENT ONLY BY ANOTHER WRITTEN AGREEMENT SIGNED BY YOU AND THE DEALER OR SNAP-ON TOOLS COMPANY LLC OR ITS AFFILIATE THROUGH THEIR SALES REPRESENATIVE (COLLECTIVELY REFERRED TO IN THIS AGREEMENT AS "DEALER") OR, IF ASSIGNED, WITH SNAP-ON CREDIT LLC ("SNAP-ON CREDIT") OR ITS ASSIGNS.

**BUYER ACKNOWLEDGES RECEIPT OF PRODUCT AND A COPY OF THIS AGREEMENT**

### NOTICE TO BUYER

DO NOT SIGN THIS CONTRACT (CREDIT SALE CONTRACT OR ADD-ON RIDER) BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES.

YOU ARE ENTITLED TO A COMPLETELY FILLED-IN COPY OF THE CONTRACT WHEN YOU SIGN IT.

UNDER THE LAW, YOU HAVE THE FOLLOWING RIGHTS, AMONG OTHERS:
(a) TO PAY OFF IN ADVANCE THE FULL AMOUNT DUE AND OBTAIN A PARTIAL REFUND OF ANY UNEARNED FINANCE CHARGE;
(b) TO REDEEM THE PROPERTY IF REPOSSESSED FOR A DEFAULT;
(c) TO REQUIRE, UNDER CERTAIN CONDITIONS, RESALE OF THE PROPERTY IF REPOSSESSED.

DEALER (SECURED PARTY)

ERNIE HACKER

162 One Horse Rd

ROSWELL, NM 88201

BUYER (DEBTOR)

AUSTIN HAMBLIN

3 DESERT SPRINGS

ROSWELL, NM 88201

Dealer assigns for value all right, title and interest in this Agreement to **Snap-on Credit LLC**, subject to acceptance by Snap-on Credit LLC. By providing the information on the unpaid balance due under any prior Agreement, Credit Sale Contract or any Add-On Rider(s) above for this transaction, Snap-on Credit LLC consents to the rescheduling of payments under the Credit Sale Contract and any Add-On Rider(s) previously assigned to Snap-on Credit LLC.

Snap-on Credit LLC - 950 Technology Way, Suite 301 - Libertyville, IL 60048 - (877)777-8455

C96_1_1_EECFD82G_20130928.C96

**480**

<u>APPENDIX A</u>
"Property Description"

INVOICE DATE  01/10/2014          INVOICE NUMBER 0110147357          DEBTOR NUMBER

Dealer                                              Buyer (Debtor)
ERNIE HACKER                             AUSTIN HAMBLIN

Invoice Subtotal   $   1395.25      Total R/A Transfer $   125.87      Shipping/Handling $       0.00

Tax Applied        $     99.41      Invoice Total     $  1395.25      S/H Tax          $

Total Including Tax  $   1494.66

| Line | QTY | PRODUCT NO. SERIAL NO. | DESCRIPTION | EACH | COMMENTS | LC | LINE TOTAL |
|------|-----|------------------------|-------------|------|----------|-----|------------|
| 1 | 1 | 212SFSMY | S/HEX SET | 258.00 | 139.00 | 10 | 119.00 |
| 2 | 1 | EECT4H | CIRCUIT TEST 6 AND 12V BLK | 51.45 | 11.50 | 10 | 39.95 |
| 3 | 1 | 310SIMMYA | 1/2IN 6PT DP MET IMP SKT SET | 239.00 | 70.05 | 10 | 168.95 |
| 4 | 1 | 210AFSP | S/HEX SET | 250.35 | 131.00 | 10 | 119.35 |
| 5 | 1 | HBBD24 | BALL PEEN HAMMER 24OZ | 87.50 | 0.00 | 7 | 87.50 |
| 6 | 1 | THLD72G | GREEN HRD HNDL TL72 | 79.95 | 0.00 | 7 | 79.95 |
| 7 | 1 | YA38MET | 3/8MET HLDR | 24.05 | 0.00 | 0 | 24.05 |
| 8 | 1 | YA38FR | 3/6 SKT HLDR | 24.05 | 0.00 | 0 | 24.05 |
| 9 | 1 | YA14FR | 1/4 SKT HLDR | 19.95 | 0.00 | 0 | 19.95 |
| 10 | 1 | YA14MET | 1/4MET HLDR | 19.95 | 0.00 | 0 | 19.95 |
| 11 | 1 | 112TMMY | S HEX SET | 161.00 | 42.00 | 10 | 119.00 |
| 12 | 1 | 112STMMY | 12PC METR 6PT DEEP SOCKET SET | 236.00 | 117.00 | 10 | 119.00 |
| 13 | 1 | 211FSY | S/HEX SET | 162.00 | 0.00 | 0 | 162.00 |
| 14 | 1 | 212FSMSY | SKT SET | 212.00 | 0.00 | 0 | 212.00 |
| 15 | 1 | 211SFSY | S/HEX SET | 248.00 | 0.00 | 0 | 248.00 |

C96_1_1_EECFD82G_20130928.C96

481


**Snap-on Credit**

RETAIL INSTALLMENT CONTRACT
CREDIT SALE CONTRACT OR ADD-ON RIDER

This Credit Sale Contract or Add-On Rider ("Credit Sale Contract" or "Agreement") provides the terms that the buyer named below (referred to as "you" "your," or "Buyer") agrees to purchase the tools, equipment and other merchandise listed under "Property Description" or on attached invoice or appendix from an authorized Snap-on Tools Company LLC Franchisee, Authorized Dealer or Snap-on sales representative ("Dealer"). **BUYER REPRESENTS AND WARRANTS THAT THE PROPERTY PURCHASED UNDER THIS AGREEMENT IS TO BE USED PRIMARILY FOR COMMERCIAL OR BUSINESS PURPOSES AND NOT PRIMARILY FOR PERSONAL, FAMILY OR HOUSEHOLD PURPOSES.**

SEE APPENDIX A, INVOICE NO. 1220137119 DATED 12/20/2013
FOR "PROPERTY DESCRIPTION"

Dealer Number: 70954
Contract Date:  12/20/2013
Debtor Number: ▮▮▮▮▮▮

### ITEMIZATION OF TOTAL CREDIT SALE PRICE
(Time Price Disclosure)

| | | | | |
|---|---|---|---|---|
| 1. | Total cash sale price (including tax, if any): | | | $ 1950.60 |
| 2. | Amount of down payment and/or trade-in | | | |
| | a. | Down Payment | $ 0.00 | |
| | b. | Trade-in (Description of trade-in items are on the attached invoice or Appendix A) | $ 0.00 | |
| | c. | Total Down Payment (2a + 2b): | | $ 0.00 |
| 3. | Unpaid balance of total cash sale price: (Total cash sale price − total down payment) | | | $ 1950.60 |
| 4. | Security Interest Charge | | | |
| | a. | Public officials and/or process costs: | $ 36.00 | |
| | b. | Florida Document Stamp Tax: (Florida Residents Only) | $ 0.00 | |
| | c. | Processing Fee: | $ 0.00 | |
| | d. | Total Security Interest Charge (4a+4b+4c) | | $ 36.00 |
| 5. | Subtotal Principal Balance (new sale amount financed): (Unpaid balance of total cash sale price + Total Security Interest Charge) | | | $ 1986.60 |
| 6. | Unpaid Balance: (Current net total amount due under prior Credit Sale Contracts, Add-on Rider(s), and/or prior Extended Credit Purchase Money Security Agreements) Beginning Date on 1st Credit Sale Contract | | | $ 0.00 |
| 7. | Other Charges (specify): | | | $ 0.00 |
| 8. | New Amount Financed: (Subtotal Principal Balance + Unpaid Balance + Other charges) (Note: finance charges will not be charged on accrued but unpaid finance charges. See Section 2 below.) | | | $ 1986.60 |
| 9. | Amount of Finance Charge (estimated, time price differential): | | | $ 686.20 |
| 10. | TOTAL OF PAYMENTS (estimated) (New Amount Financed + Amount of Finance Charge) | | | $ 2672.80 |
| 11. | TOTAL CREDIT SALE PRICE (estimated) (Total of Payments + Total Down Payment) | | | $ 2672.80 |

**YOUR PAYMENT SCHEDULE WILL BE:**

**Number of Payments** 130

**Payments Due Each**  WEEK

**Payment Amount**  $ 20.56

**1st Payment Due Date** 12/27/2013

**ANNUAL PERCENTAGE RATE**  24.90%
The cost of your credit as a yearly rate

**Amount Financed**  $ 1986.60
(sum of 5, 6, and 7) The amount of credit provided to you or on your behalf:

**FINANCE CHARGE**  $ 686.20
The estimated dollar amount the credit will cost you

**Total of Payments**  $ 2672.80
(sum of 8 and 9) The estimated amount you will have paid after you make all the payments on time

**Total Credit Sale Price**  $ 2672.80
(sum of 2c and 10) The total estimated cost of your purchase on credit

**Insurance:** Credit life insurance and credit disability insurance are **not** required to obtain credit. You may obtain property insurance from anyone you want who is acceptable to Dealer's assignee, Snap-on Credit LLC. Insurance, if any is included in this contract, does not provide coverage for personal liability or property damage caused to others.

**Security:** You are giving a security interest in (a) the goods or property being purchased under this Agreement and any prior Agreement, and (b) if permitted by law all other goods or property bearing any Snap-on® trademark, or distributed by or through Snap-on Incorporated or an affiliate.

**Late charge:** If a payment is late, you will be charged $10.00 or if less, the maximum amount permitted under applicable law.

**NSF charge:** If you make a payment by check or debit and that payment is denied by your bank for insufficient funds or any other reason, then you will owe not only the payment but also an NSF charge of $25, but not more than the maximum amount permitted under applicable law.

**Prepayment:** If you pay off early, you will not pay a penalty and you may be entitled to a refund of part of the finance charge. Your finance charges are calculated based on your average daily outstanding balance due.

**Add-On Rider:** If you have an unpaid balance on any Prior Agreement, Credit Sale Contract or Add-On Rider(s), then this Agreement is also an Add-On Rider to the prior Agreement(s). See below for additional information about any Add-On Rider.

**SEE BELOW AND ON ADDITIONAL PAGES** for additional terms and information about nonpayment, default, and repayment in full before the scheduled date, and prepayment refunds and penalties.

**IMPORTANT: READ BEFORE SIGNING. THE TERMS OF THIS AGREEMENT SHOULD BE READ CAREFULLY BECAUSE ONLY THOSE TERMS IN WRITING ARE ENFORCEABLE. NO OTHER TERMS OR ORAL PROMISES NOT CONTAINED IN THIS WRITTEN CONTRACT MAY BE LEGALLY ENFORCED. YOU MAY CHANGE THE TERMS OF THIS AGREEMENT ONLY BY ANOTHER WRITTEN AGREEMENT SIGNED BY YOU AND THE FRANCHISEE, DEALER OR SNAP-ON TOOLS COMPANY LLC OR ITS AFFILIATE THROUGH THEIR SALES REPRESENATIVE (COLLECTIVELY REFERRED TO IN THIS AGREEMENT AS "DEALER") OR, IF ASSIGNED, WITH SNAP-ON CREDIT LLC ("SNAP-ON CREDIT") OR ITS ASSIGNS.**

**482**

## ADDITIONAL TERMS

1. **Offer of Cash Sale or Payment Over Time.** Dealer has offered you a choice of buying the Property for a stated cash price payable immediately or buying the Property for a Total Credit Sale Price which permits you to purchase the Property now, but pay in installments over an extended period of time. The Total Credit Sale Price will be more or less, depending on when you pay and the amount you pay each time, and the Total Credit Sale Price is more than the cash sale price because it includes a finance charge to compensate the Dealer for waiting before collecting the full purchase price.

2. **Payment Terms.** *You agree to pay to Dealer or Dealer's assignee the Amount Financed plus finance charges applied to the outstanding balance thereof at the annual percentage rate set forth on page one during the time any balance under this Agreement remains unpaid. You agree to make equal weekly payments (or such other periodic payment schedule if specifically agreed in writing) (in cash, check or money order) as set forth under "Your payment schedule will be" on the first page of this Agreement until all amounts due under this Agreement are paid (provided that the final payment shall be in the amount of the unpaid balance of the Amount Financed plus accrued but unpaid finance charges).* You may prepay the balance of the Amount Financed without penalty at any time; and doing so will reduce the amount of finance charge you would otherwise be required to pay. Unless you prepay the entire outstanding balance of the Amount Financed, however, the amount you are required to pay each week will remain the same, with any adjustments being reflected in the last payment and in the number of payments. If you make an overpayment when you prepay the entire outstanding balance of the Amount Financed, we will not be required to refund amounts less than $1.00. If you pay the amount due under this Agreement late, the finance charge will continue to accrue monthly on the unpaid average daily balance. In that event, your last payment may be increased to pay the full balance due. Dealer may offer a deferred first payment due date; however, the estimated Finance Charge and the number and amount of payments on the first page of this Agreement are based on payments beginning immediately after the date of this Agreement. If you elect to defer your payments, you will not be charged late fees, but finance charges will continue to accrue on the unpaid balance, and you will owe additional finance charges that may not be reflected in the estimate on the first page. "Same As Cash" benefit: this phrase means that although finance charges apply and begin accrual at contract inception, provided you pay the entire Unpaid Balance above within ninety (90) days in good funds from the contract date and are not otherwise in default, the finance charge will be waived and any amounts you paid representing finance charges will be refunded and applied against your account or returned to you; some promotions may feature alternate Same as Cash periods. You and your Dealer may agree to transfer to the Amount Financed any balance you may owe Dealer as a result of prior purchases pursuant to your truck account or revolving account ("RA") credit that Dealer has extended to you. You represent, warrant and agree that: (a) you voluntarily entered into this contract with Dealer for the full amount of the Amount Financed plus estimated time finance charges accruing on it instead of paying in full on the sale date; (b) all information supplied and statements made by you in any application for credit before or at the same time as the execution of this Agreement are and will be correct, complete and genuine; (c) you only owe the dealer for any prior purchases being transferred from RA and have no other liens and encumbrances on the RA tools and equipment being pledged as security under this Agreement, and (d) any items used as a trade-in are free of all liens or other encumbrances, are fully paid for, and you possess good and marketable title to it. The Unpaid Balance under any prior Agreement, including accrued but unpaid finance charges, is used to calculate your payment amount; however, you will pay finance charges only on the outstanding principal balance (cash price) of the Amount Financed at the contract rate until paid in full.

3. **Allocation of Payments.** Your payments will be allocated first to any additional charges, costs and expenses, and then to any finance charge in the order it is incurred, and then to the payment of the cash price of each purchase in the order in which the purchase was made under prior agreements (Credit Sale Contract or Add-On Riders) first and then this Agreement, with the payments being applied to the oldest purchase first; lowest-priced same day purchases paid off first. Down payments and trade-ins will be applied to the cash price of all items purchased on the same day, credited based upon the lowest-priced purchases first.

4. If this is an ADD-ON RIDER: **You agree to purchase the additional Property listed in the "Property Description" referred to above, Appendix A, any attachment(s) and any invoice(s) and to pay for such Property as well as the Property purchased under the prior Agreement(s) according to the payment terms listed in** <u>this</u> **Agreement which modifies the prior agreement terms. If the prior Agreement(s) to which this Add-On Rider relates has/have been assigned to Snap-on Credit LLC ("Snap-on Credit"), then this Add-On Rider is also assigned to Snap-on Credit subject to its acceptance) and all references to Dealer are to Snap-on Credit as Dealer's Assignee with respect to subsequent payments for items acquired under any contract.**

5. **Grant of Security Interest.** As security for your obligations under this Agreement, or any other agreement with Dealer or Dealer's assignee, you hereby grant Dealer a purchase money security interest in each item of Property you purchase under this Agreement until that item is paid for. As further security for your obligations under this Agreement, in all states except where prohibited by applicable law for agreements of this type, you hereby grant Dealer a security interest in each other item of tools, goods and equipment previously purchased or hereafter acquired from a Snap-on Dealer, and any and all goods and equipment manufactured or distributed by Snap-on Incorporated or bearing Snap-on Incorporated trademarks or logos, together with all proceeds (including insurance proceeds), accessions, attachments, additions, substitutions and replacements to and of such items (the foregoing and the Property are collectively referred to as "Collateral"). If this Agreement is assigned to Snap-on Credit pursuant to Section 6 below, and if the Amount Financed includes a transfer of RA balance owed to Dealer, then Dealer hereby assigns to Snap-on Credit any purchase money security interest that Dealer may have in any merchandise reflected in the RA balance so transferred. In such case, Snap-on Credit shall continue to hold a purchase money security interest in such merchandise after such transfer. You agree not to remove any Collateral from the state where the original sale was made without the written consent of Dealer or Snap-on Credit, if this Agreement is assigned to Snap-on Credit. You agree not to sell, dispose of or encumber any Collateral until your entire balance due is paid in full. To the extent permitted by and subject to applicable law, you agree and hereby grant to Dealer and Snap-on Credit or its agent or assigns the power of attorney and right to sign on your behalf and file or record such financing statements or other documents as may be necessary to perfect or maintain the security interest granted by you under this Agreement.

6. **Assignment by Dealer.** (a) Dealer may assign this Agreement for value to **Snap-on Credit LLC, 950 Technology Way, Suite 301, Libertyville, IL 60048.** If Dealer assigns this Agreement to Snap-on Credit, then after such assignment (1) Snap-on Credit or its assigns shall have all the rights and remedies of Dealer under this Agreement and all of your obligations, agreements, representations and warranties shall be deemed to have been made to Snap-on Credit with the same effect as if Snap-on Credit were an original party to this Agreement; and (2) Dealer will not have any power or authority to exercise any such rights or remedies, give any consents under Section 5 or change or modify this Agreement or any related document in any way. (b) If this Agreement is assigned to Snap-on Credit, you agree to deliver your payments to Dealer or directly to Snap-on Credit. *The Dealer is not Snap-on Credit's agent for any purpose.* If you make payments to your Dealer, the Dealer will be acting as your agent. In that capacity, the Dealer has agreed with Snap-on Credit to remit payments under this Agreement to Snap-on Credit on a regular basis. You will be credited with payment on the date Snap-on Credit receives payment from the Dealer. Payments received by Snap-on Credit after 10:00 a.m. CST will be credited on the next business day. Snap-on Credit will credit you and waive additional finance charges and late charges on any installment regardless of when payment is received from the dealer *if you have proof of your timely payment to the Dealer* (such as a valid receipt or canceled check). Alternatively, you may make any payments (by debit, check or money order payable to Snap-on Credit, and not cash) directly to Snap-on Credit at the address provided to you by Snap-on Credit, in which case you will be credited with payment on the date Snap-on Credit receives the payment. Snap-on Credit may require you to make payments directly to it. Snap-on Credit's business days are Monday through Friday, excluding holidays.

7. **Property Insurance.** So long as Dealer or its assigns has a security interest in any Collateral, you will obtain and keep in force fire and other casualty insurance on the Collateral in an amount and form and written by insurers satisfactory to Dealer, with loss payable to Dealer or Dealer's assignee. If you fail to do so, Dealer or its assigns may, at their option, purchase such insurance, in which event you must pay the cost thereof to Dealer or its assigns on demand. However, any failure by Dealer to obtain and keep in force such insurance, after your failure to do so, shall not release you from any obligations or liability under this Agreement or any prior agreements. *Any insurance procured by Dealer under this section will not include insurance for property damage to others.*

8. **Additional Charges.** To the extent permitted by and subject to applicable law, you agree to pay the additional charges listed below. If a fee is not assessed, Dealer does not waive the right to insist on strict compliance with this Agreement by you at any time. **(a) Security Interest Charges.** You will be assessed a Security Interest Charge to cover (1) fees and charges paid to public officials for determining the existence of or for perfecting, releasing or satisfying the security interest you granted under this Agreement, (2) the costs payable for any outside service retained to provide searches and filings for

C96_1_1_EECFD82G_20130928.C96

**483**

perfecting and verifying the security interest and (3) in certain states (depending on state rate limits and rate calculations) we may also charge an amount to recoup a portion of our production and management costs related to maintaining security interest transactions, not to exceed the greater of $15.00 or the maximum amount allowed by law. **(b) Late Charges.** If you fail to make payments under this Agreement within 10 days after the date due, you may be assessed a Late Charge of the lesser of: $10.00 or the maximum permitted by applicable law. **(c) NSF Check Charges.** If your check is not paid by your bank because of non-sufficient funds, a closed account, or any other reason, you may be assessed an NSF Check Charge of the lesser of $25.00 or the maximum permitted by law. **(d) Legal Fees.** In addition to the full amount owed and any court costs, if any matter arising out of your default under this Agreement is referred to an attorney to collect the amount you owe or to repossess any Collateral, you agree to pay all costs and expenses (including all actual and reasonable attorneys' fees and costs) incurred by us in enforcing any of the terms of this Agreement or any of our rights against you. **(e) Extension fees.** In the event we provide you a contract term modification or payment extension at your request or as part of another type of payment arrangement, we reserve the right to charge a one time extension fee of the lesser of $30.00 or the maximum amount allowed by law to offset a portion of our costs associated with such change. **(f) Other Considerations.** We reserve the right to charge additional fees as appropriate in the event the parties agree to other contract modifications.

9.    **Events of Default.** The occurrence of any one of the following events constitutes a default under this Agreement: (a) You do not pay at least the minimum payments due or you otherwise become delinquent on any other obligation to Dealer or to Snap-on Credit or its assigns, or if this Agreement is assigned, to such assignee; (b) you file or consent to the filing of bankruptcy or similar proceedings against you or you become insolvent, or your financial condition deteriorates significantly and it appears likely that you will not be able to repay Dealer for any reason; (c) you die, become imprisoned or are declared legally incompetent; (d) you at any time give Dealer information that is inaccurate, misleading or incomplete; or (e) you fail to comply with any terms or conditions of this Agreement.

10.    **Acceleration; Remedies.** Dealer, or if assigned, Dealer's assignee will have all the rights and remedies of a secured creditor under the Uniform Commercial Code and any other applicable laws. In addition, if any one of the events of default occurs, subject to any right you may have under applicable law to receive notice of and to cure such default, at Dealer's option Dealer may (a) declare the entire unpaid balance due under this Agreement immediately due and payable, and (b) repossess any Collateral in which Dealer still retains a security interest, and without limiting the foregoing, in the event this or any other transaction is assigned, any Collateral in which assignee still retains a security interest but only in the manner and to the extent permitted by applicable law. If Dealer resells any repossessed Collateral, Dealer agrees to pay you any surplus remaining (after deduction of the costs of repossession and sale and other costs, including reasonable attorneys' fees, to the extent permitted by law) and you agree to pay Dealer any deficiency in accordance with the Uniform Commercial Code. Dealer may accept late or partial payments or any payments marked as being payment in full or as being settlement for any dispute without prejudicing any of Dealer's rights under or in any way amending this Agreement. Dealer's failure or delay at any time to exercise any of Dealer's contract, legal or equitable rights shall not be deemed a waiver of these rights nor of the right to exercise Dealer's rights at any other time. If Snap-on Credit becomes the secured party under this Agreement, you agree that it is commercially reasonable for repossessed Collateral to be sold at public or private sales (in any state or county selected by Snap-on Credit) to dealers or others in lots or pieces (with or without the Collateral being physically present) at used tool prices. In the event you do not pay all amounts due under this contract and you are unreachable, or in the event of settlement or other events, IRS regulations may require Dealer to file a 1099-C form for informational purposes showing the remaining unpaid amounts due under your original contract regardless of any dispute. The mere filing of such 1099-C does not itself constitute a forgiveness or adjustment of any amounts due. The term "Buyer" and "Dealer" as used in this Agreement also mean "debtor" and "secured party" respectively and include heirs, executors, or administrators, successors and permitted assigns of those parties.

11.    **Governing Law.** THIS AGREEMENT SHALL BE GOVERNED BY THE LAWS OF THE STATE OF ILLINOIS, THE ASSIGNEE'S STATE; PROVIDED, HOWEVER, IN THE EVENT THIS AGREEMENT OR ANY OF ITS PROVISIONS CANNOT BE ENFORCED UNDER ILLINOIS LAW, THEN THE LAWS OF THE STATE OR OTHER LOCALITY OF YOUR RESIDENCE AT THE TIME YOU ENTER THIS CONTRACT SHALL GOVERN. If used in U.S. Territories or Commonwealths, this Agreement is not be governed by the United Nations Convention on Contracts for the International Sale of Goods.

12.    **Jury Trial Waiver and Class Waiver.** YOU AND DEALER WAIVE ALL RIGHTS TO A TRIAL BY JURY. CUSTOMER AGREES THAT CUSTOMER MAY ONLY BRING CLAIMS AGAINST DEALER OR ANY ASSIGNEE IN ITS INDIVIDUAL CAPACITY AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING.

13.    **Transfer of Agreement.** Dealer reserves the right to sell or transfer this Agreement in whole or in part to another entity or person without prior notice to you. You, however, cannot transfer this Agreement or rights and obligations under this Agreement to any other entity or person.

14.    **Finance Charge Savings Clause.** – Notwithstanding any other provision in this Agreement, the aggregate finance charge rate utilized with respect to any of the obligations, including all charges or fees in connection therewith deemed includable in the finance charge shall not exceed the maximum lawful rate. If the finance charge under this Agreement at any time exceeds the maximum allowed by law, the outstanding amount of the Amount Financed shall bear finance charges at the maximum lawful rate until the total finance charges due and total amount financed are paid in full at such rate. The parties intend to conform to any applicable laws limiting finance charges on this type of Agreement. Accordingly, if Dealer contracts for, charges, or receives any consideration which constitutes interest in excess of maximum allowed by law, then any such excess shall be cancelled automatically and, if previously paid, shall at such Lender's option be applied to the outstanding amount remaining due hereunder or be refunded to Buyer.

15.    **Severability; Entire Agreement.** If any term, provision or section of this Agreement is held void, voidable, invalid or unenforceable under any statute or court decision, or any governmental rule or regulation, the remainder of the Agreement shall remain effective, and any such ineffectiveness shall not affect the validity or enforceability of this Agreement in any other jurisdiction. This Agreement, any previous Credit Sale Contract, Add-On Riders and, any written addenda or riders hereto signed by both parties constitutes the entire agreement between the parties regarding the subject matter of this Agreement.


THE REST OF THIS PAGE IS INTENTIONALLY LEFT BLANK

**484**

Notice to Connecticut Residents. Attorneys' fees, which are permitted under Sections 8 and 10 of this Agreement, may not exceed 15% of the amount due plus court costs, and may only be collected or sought from      nnecticut Residents when the contract is referred to a     'orney, not a salaried employee of the holder of the contract, for collection. Late charges may not exce.    .he lesser of 5% of the past due installment (whether w    .ly or monthly) or $10.00.

Notice to South Dakota Residents. Any concerns regarding improprieties may be reported to the South Dakota Div. of Banking, 1601 N. Harrison Avenue, Suite 1  Pierre, SD 57501 or call 605-773-3421.

You agree, in order for us to service our account or to collect any amounts you may owe, we (or if assigned, our assignee) may contact you by telephone at any telephone number associated with your account, including wireless telephone numbers, which could result in charges to you.  You agree we may also contact you by sending text messages to wireless phones or sending e-mails, using any e-mail address you provide to us, and that methods of contact may include using pre-recorded/artificial voice messages and/or use of an automatic dialing device, as applicable.

THIS DOCUMENT CONSISTS OF THE FINANCIAL TERMS ON PAGE 1, THE ADDITIONAL TERMS IN SECTIONS 1 THROUGH 15, THIS PAGE, AND ANY ATTACHED APPENDIX A

IMPORTANT: READ BEFORE SIGNING. THE TERMS OF THIS AGREEMENT SHOULD BE READ CAREFULLY BECAUSE ONLY THOSE TERMS IN WRITING ARE ENFORCEABLE. NO OTHER TERMS OR ORAL PROMISES NOT CONTAINED IN THIS WRITTEN CONTRACT MAY BE LEGALLY ENFORCED. YOU MAY CHANGE THE TERMS OF THIS AGREEMENT ONLY BY ANOTHER WRITTEN AGREEMENT SIGNED BY YOU AND THE DEALER OR SNAP-ON TOOLS COMPANY LLC OR ITS AFFILIATE THROUGH THEIR SALES REPRESENATIVE (COLLECTIVELY REFERRED TO IN THIS AGREEMENT AS "DEALER") OR, IF ASSIGNED, WITH SNAP-ON CREDIT LLC ("SNAP-ON CREDIT") OR ITS ASSIGNS.

**BUYER ACKNOWLEDGES RECEIPT OF PRODUCT AND A COPY OF THIS AGREEMENT**

<u>NOTICE TO BUYER</u>

DO NOT SIGN THIS CONTRACT (CREDIT SALE CONTRACT OR ADD-ON RIDER) BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES.

YOU ARE ENTITLED TO A COMPLETELY FILLED-IN COPY OF THE CONTRACT WHEN YOU SIGN IT

UNDER THE LAW, YOU HAVE THE FOLLOWING RIGHTS, AMONG OTHERS:
  (a) TO PAY OFF IN ADVANCE THE FULL AMOUNT DUE AND OBTAIN A PARTIAL REFUND OF ANY UNEARNED FINANCE CHARGE;
  (b) TO REDEEM THE PROPERTY IF REPOSSESSED FOR A DEFAULT;
  (c) TO REQUIRE, UNDER CERTAIN CONDITIONS, RESALE OF THE PROPERTY IF REPOSSESSED.

DEALER (SECURED PARTY)

ERNIE HACKER

162 One Horse Rd

ROSWELL, NM  88201

BUYER (DEBTOR)

AUSTIN HAMBLIN

3 DESERT SPRINGS

ROSWELL, NM  88201

Dealer assigns for value all right, title and interest in this Agreement to **Snap-on Credit LLC**, subject to acceptance by Snap-on Credit LLC. By providing the information on the unpaid balance due under any prior Agreement, Credit Sale Contract or any Add-On Rider(s) above for this transaction, Snap-on Credit LLC consents to the rescheduling of payments under the Credit Sale Contract and any Add-On Rider(s) previously assigned to Snap-on Credit LLC.

Snap-on Credit LLC - 950 Technology Way, Suite 301 - Libertyville, IL 60048 - (877)777-8455

C96_1_1_EECFD82G_20130928.C96

APPENDIX A
"Property Description"

INVOICE DATE   12/20/2013          INVOICE NUMBER  1220137119         DEBTOR NUMBER

Dealer                             Buyer (Debtor)
ERNIE HACKER                       AUSTIN HAMBLIN

Invoice Subtotal   $   1458.89     Total R/A Transfer $   387.76      Shipping/Handling  $    0.00

Tax Applied        $    103.95     Invoice Total      $  1458.89      S/H Tax            $

Total Including Tax $  1562.84

| Line | QTY | PRODUCT NO. SERIAL NO. | DESCRIPTION | EACH | COMMENTS | LC | LINE TOTAL |
|------|-----|------------------------|-------------|------|----------|-----|-----------|
| 1 | 1 | SPBS12G | 12IN GREEN STRIKING PRYBAR | 42.75 | 0.00 | 20 | 0.00 |
| 2 | 1 | 47CF | COMBO PLIERS | 33.00 | 0.00 | | 33.00 |
| 3 | 1 | FHLFD80 | 3/8IN HARD HANDLE BLACK | 149.95 | 37.48 | 10 | 112.47 |
| 4 | 1 | FHLD80G | GREEN HRD HNDL FL80 | 127.95 | 31.98 | 10 | 95.97 |
| 5 | 1 | PWC6 | WIRE CRIMP | 17.45 | 0.00 | | 17.45 |
| 6 | 1 | KRA4107USED | BOX | 1200.00 | 0.00 | 0 | 1200.00 |
| 7 | 1 | SPBS704G | 4PC STRIKING GREEN PRYBAR SET | 149.00 | 9.00 | 7 | 149.00 |
| 8 | 1 | MG325 13427053 | 3/8" IMPACT WRENCH | 409.00 | 0.00 | 7 | 409.00 |

C96_1_1_EECFD82G_20130928.C96

486





RETAIL INSTALLMENT CONTRACT
**CREDIT SALE CONTRACT OR ADD-ON RIDER**

This Credit Sale Contract or Add-On Rider ("Credit Sale Contract" or "Agreement") provides the terms that the buyer named below (referred to as "you" "your," or "Buyer") agrees to purchase the tools, equipment and other merchandise listed under "Property Description" or on attached invoice or appendix from an authorized Snap-on Tools Company LLC Franchisee, Authorized Dealer or Snap-on sales representative ("Dealer"). **BUYER REPRESENTS AND WARRANTS THAT THE PROPERTY PURCHASED UNDER THIS AGREEMENT IS TO BE USED PRIMARILY FOR COMMERCIAL OR BUSINESS PURPOSES AND NOT PRIMARILY FOR PERSONAL, FAMILY OR HOUSEHOLD PURPOSES.**

SEE APPENDIX A, INVOICE NO. 08101622079 DATED 08/10/2016
FOR "PROPERTY DESCRIPTION"

Dealer Number: 71299
Contract Date: 08/10/2016
Debtor Number ███████

**ITEMIZATION OF TOTAL CREDIT SALE PRICE**
(Time Price Disclosure)

| | | |
|---|---|---|
| 1. Total cash sale price (including tax, if any): | | $2326.40 |
| 2. Amount of down payment and/or trade-in | | |
| a. Down Payment | $0.00 | |
| b. Trade-in (Description of trade-in items are on the attached invoice or Appendix A) | $0.00 | |
| c. Total Down Payment (2a + 2b): | $0.00 | |
| 3. Unpaid balance of total cash sale price: (Total cash sale price – total down payment) | | $2326.40 |
| 4. Security Interest Charge | | |
| a. Public officials and/or process costs: | $36.00 | |
| b. Florida Document Stamp Tax: (Florida Residents Only) | $0.00 | |
| c. Processing Fee: | $0.00 | |
| d. Total Security Interest Charge (4a+4b+4c) | $36.00 | |
| 5. Subtotal Principal Balance (new sale amount financed): (Unpaid balance of total cash sale price + Total Security Interest Charge) | $2362.40 | |
| 6. Unpaid Balance: (Current net total amount due under prior Credit Sale Contracts, Add-on Rider(s), and/or prior Extended Credit Purchase Money Security Agreements) Beginning Date on 1st Credit Sale Contract 12/20/2013 | $6107.70 | |
| 7. Other Charges (specify): | $0.00 | |
| 8. New Amount Financed: (Subtotal Principal Balance + Unpaid Balance + Other charges) (Note: finance charges will not be charged on accrued but unpaid finance charges. See Section 2 below.) | $8470.10 | |
| 9. Amount of Finance Charge (estimated, time price differential): | $6355.10 | |
| 10. TOTAL OF PAYMENTS (estimated): (New Amount Financed + Amount of Finance Charge) | $14825.20 | |
| 11. TOTAL CREDIT SALE PRICE (estimated) (Total of Payments + Total Down Payment) | $14825.20 | |

**YOUR PAYMENT SCHEDULE WILL BE:**

Number of Payments 260

Payments Due Each   WEEK

Payment Amount        $57.02

1st Payment Due Date 08/17/2016

**ANNUAL PERCENTAGE RATE    24.90%**
The cost of your credit as a yearly rate

**Amount Financed        $8470.10**
(sum of 5, 6, and 7) The amount of credit provided to you or on your behalf

**FINANCE CHARGE        $6355.10**
The estimated dollar amount the credit will cost you

**Total of Payments        $14825.20**
(sum of 8 and 9) The estimated amount you will have paid after you make all the payments on time

**Total Credit Sale Price        $14825.20**
(sum of 2c and 10)
The total estimated cost of your purchase on credit

**Insurance:** Credit life insurance and credit disability insurance are <u>not</u> required to obtain credit. You may obtain property insurance from anyone you want who is acceptable to Dealer's assignee, Snap-on Credit LLC. Insurance, if any is included in this contract, does not provide coverage for personal liability or property damage caused to others.

**Security:** You are giving a security interest in (a) the goods or property purchased under this Agreement; and (b) if permitted by law all other goods or property bearing any Snap-on® trademark, or distributed by or through Snap-on Incorporated or an affiliate.

**Late charge:** If a payment is late, you will be charged $10.00 but no more than the maximum amount permitted under applicable law.

**NSF charge:** If you make a payment by check or debit and that payment is denied by your bank for insufficient funds or any other reason, then you will owe not only the payment but also an NSF charge of $25, but not more than the maximum amount permitted under applicable law.

**Prepayment:** If you pay off early, you will not pay a penalty and you may be entitled to a refund of part of the finance charge. Your finance charges are calculated based on your average daily outstanding balance due.

**Add-On Rider:** If you have an unpaid balance on any Prior Agreement, Credit Sale Contract or Add-On Rider(s), then this Agreement is also an Add-On Rider to the prior Agreement(s). See below for additional information about any Add-On Rider.

**SEE BELOW AND ON ADDITIONAL PAGES** for additional terms and information about nonpayment, default, repayment in full before the scheduled date, and prepayment refunds and penalties.

**IMPORTANT: READ BEFORE SIGNING. THE TERMS OF THIS AGREEMENT SHOULD BE READ CAREFULLY BECAUSE ONLY THOSE TERMS IN WRITING ARE ENFORCEABLE. NO OTHER TERMS OR ORAL PROMISES NOT CONTAINED IN THIS WRITTEN CONTRACT MAY BE LEGALLY ENFORCED. YOU MAY CHANGE THE TERMS OF THIS AGREEMENT ONLY BY ANOTHER WRITTEN AGREEMENT SIGNED BY YOU AND THE FRANCHISEE, DEALER OR SNAP-ON TOOLS COMPANY LLC OR ITS AFFILIATE THROUGH THEIR SALES REPRESENATIVE (COLLECTIVELY REFERRED TO IN THIS AGREEMENT AS "DEALER") OR, IF ASSIGNED, WITH SNAP-ON CREDIT LLC ("SNAP-ON CREDIT") OR ITS ASSIGNS.**

PLATINUM                    Page 1 of 5                    C96_1_1_EECFD82I_20140921 C96

**487**

## ADDITIONAL TERMS

1. **Offer of Cash Sale or Payment Over Time.** Dealer has offered you a choice of buying the Property for a stated cash price payable immediately or buying the Property for a Total Credit Sale Price which permits you to purchase the Property now, but pay in installments over an extended period of time. The Total Credit Sale Price will be more or less, depending on when you pay and the amount you pay each time, and the Total Credit Sale Price is more than the cash sale price because it includes a finance charge to compensate the Dealer for waiting before collecting the full purchase price.

2. *Payment Terms. You agree to pay to Dealer or Dealer's assignee the Amount Financed plus finance charges applied to the outstanding balance thereof at the annual percentage rate set forth on page one during the time any balance under this Agreement remains unpaid. You agree to make equal weekly payments (or such other periodic payment schedule if specifically agreed in writing) (in cash, check or money order) as set forth under "Your payment schedule will be" on the first page of this Agreement until all amounts due under this Agreement are paid (provided that the final payment shall be in the amount of the unpaid balance of the Amount Financed plus accrued but unpaid finance charges).* You may prepay the balance of the Amount Financed without penalty at any time; and doing so will reduce the amount of finance charge you would otherwise be required to pay. Unless you prepay the entire outstanding balance of the Amount Financed, however, the amount you are required to pay each week will remain the same, with any adjustments being reflected in the last payment and in the number of payments. If you make an overpayment when you prepay the entire outstanding balance of the Amount Financed, we will not be required to refund amounts less than $1.00. If you pay the amount due under this Agreement late, the finance charge will continue to accrue monthly on the unpaid average daily balance. In that event, your last payment may be increased to pay the full balance due. Dealer may offer a deferred first payment due date; however, the estimated Finance Charge and the number and amount of payments on the first page of this Agreement are based on payments beginning immediately after the date of this Agreement. If you elect to defer your payments, you will not be charged late fees, but finance charges will continue to accrue on the unpaid balance, and you will owe additional finance charges that may not be reflected in the estimate on the first page. "Same As Cash" benefit; this phrase means that although finance charges apply and begin accrual at contract inception, provided you pay the entire Unpaid Balance above within ninety (90) days in good funds from the contract date and are not otherwise in default, the finance charge will be waived and any amounts you paid representing finance charges will be refunded and applied against your account or returned to you; some promotions may feature alternate Same as Cash periods. You and your Dealer may agree to transfer to the Amount Financed any balance you may owe Dealer as a result of prior purchases pursuant to your truck account or revolving account ("RA") credit that Dealer has extended to you. You represent, warrant and agree that: (a) you voluntarily entered into this contract with Dealer for the full amount of the Amount Financed plus estimated time finance charges accruing on it instead of paying in full on the sale date; (b) all information supplied and statements made by you in any application for credit before or at the same time as the execution of this Agreement are and will be correct, complete and genuine, (c) you only owe the dealer for any prior purchases being transferred from RA and have no other liens and encumbrances on the RA tools and equipment being pledged as security under this Agreement, and (d) any items used as a trade-in are free of all liens or other encumbrances, are fully paid for, and you possess good and marketable title to it. The Unpaid Balance under any prior Agreement, including accrued but unpaid finance charges, is used to calculate your payment amount; however, you will pay finance charges only on the outstanding principal balance (cash price) of the Amount Financed at the contract rate until paid in full.

3. **Allocation of Payments.** Your payments will be allocated first to any additional charges, costs and expenses, and then to any finance charge in the order it is incurred, and then to the payment of the cash price of each purchase in the order in which the purchase was made under prior agreements [Credit Sale Contract or Add-On Riders) first and then this Agreement, with the payments being applied to the oldest purchase first; lowest-priced same day purchases paid off first. Down payments and trade-ins will be applied to the cash price of all items purchased on the same day, credited based upon the lowest-priced purchases first.

4. **If this is an ADD-ON RIDER:** You agree to purchase the additional Property listed in the "Property Description" referred to above, Appendix A, any attachment(s) and any invoice(s) and to pay for such Property as well as the Property purchased under the prior Agreement(s) according to the payment terms listed in **this** Agreement which modifies the prior agreement terms. If the prior Agreement(s) to which this Add-On Rider relates has/have been assigned to Snap-on Credit LLC ("Snap-on Credit"), then this Add-On Rider is also assigned to Snap-on Credit subject to its acceptance) and all references to Dealer are to Snap-on Credit as Dealer's Assignee with respect to subsequent payments for items acquired under any contract. To the extent that You have committed or engaged in the commission of an Event of Default, then in consideration of Seller's allowing you to enter into this ADD-ON RIDER, and in consideration of other good and valuable consideration, the sufficiency and receipt of which You hereby acknowledge, to the extent allowed by law You waive, forfeit, and agree to forever forego any and all claims and causes of action --past, present or future -- against Seller and its successors and assigns, including but not limited to Snap-on Credit LLC." You also acknowledge that You actively and with full understanding participated in negotiating the material terms, including but not limited to this Paragraph 4, this ADD-ON RIDER after full consultation with, and review by, Your counsel.

5. **Grant of Security Interest.** As security for your obligations under this Agreement, or any other agreement with Dealer or Dealer's assignee, you hereby grant Dealer a purchase money security interest in each item of Property you purchase under this Agreement until that item is paid for. As further security for your obligations under this Agreement, in all states except where prohibited by applicable law for agreements of this type, you hereby grant Dealer a security interest in each other item of tools, goods and equipment previously purchased or hereafter acquired from a Snap-on Dealer, and any and all goods and equipment manufactured or distributed by Snap-on Incorporated or bearing Snap-on Incorporated trademarks or logos, together with all proceeds (including insurance proceeds), accessions, attachments, additions, substitutions and replacements to and of such items (the foregoing and the Property are collectively referred to as "Collateral"). If this Agreement is assigned to Snap-on Credit pursuant to Section 6 below, and if the Amount Financed includes a transfer of RA balance owed to Dealer, then Dealer hereby assigns to Snap-on Credit any purchase money security interest that Dealer may have in any merchandise reflected in the RA balance so transferred. In such case, Snap-on Credit shall continue to hold a purchase money security interest in such merchandise after such transfer. You agree not to remove any Collateral from the state where the original sale was made without the written consent of Dealer or Snap-on Credit, if this Agreement is assigned to Snap-on Credit. You agree not to sell, dispose of or encumber any Collateral until your entire balance due is paid in full. To the extent permitted by and subject to applicable law, you agree and hereby grant to Dealer and Snap-on Credit or its agent or assigns the power of attorney and right to sign on your behalf and file or record such financing statements or other documents as may be necessary to perfect or maintain the security interest granted by you under this Agreement.

6. **Assignment by Dealer.** (a) Dealer may assign this Agreement for value to Snap-on Credit LLC, 950 Technology Way, Suite 301, Libertyville, IL 60048. If Dealer assigns this Agreement to Snap-on Credit, then after such assignment (1) Snap-on Credit or its assigns shall have all the rights and remedies of Dealer under this Agreement and all of your obligations, agreements, representations and warranties shall be deemed to have been made to Snap-on Credit with the same effect as if Snap-on Credit were an original party to this Agreement; and (2) Dealer will not have any power or authority to exercise any such rights or remedies, give any consents under Section 5 or change or modify this Agreement or any related document in any way. (b) If this Agreement is assigned to Snap-on Credit, you agree to deliver your payments to Dealer or directly to Snap-on Credit. *The Dealer is not Snap-on Credit's agent for any purpose.* If you make payments to your Dealer, the Dealer will be acting as your agent. In that capacity, the Dealer has agreed with Snap-on Credit to remit payments under this Agreement to Snap-on Credit on a regular basis. You will be credited with payment on the date Snap-on Credit receives payment from the Dealer. Payments received by Snap-on Credit after 10:00 a.m CST will be credited on the next business day. Snap-on Credit will credit you and waive additional finance charges and late charges on any installment regardless of when payment is received from the dealer *if you have proof of your timely payment to the Dealer* (such as a valid receipt or canceled check). Alternatively, you may make any payments (by debit, check or money order payable to Snap-on Credit, and not cash) directly to Snap-on Credit at the address provided to you by Snap-on Credit, in which case you will be credited with payment on the date Snap-on Credit receives the payment. Snap-on Credit may require you to make payments directly to it. Snap-on Credit's business days are Monday through Friday, excluding holidays.

7. **Property Insurance.** So long as Dealer or its assigns has a security interest in any Collateral, you will obtain and keep in force fire and other casualty insurance on the Collateral in an amount and form and written by insurers satisfactory to Dealer, with loss payable to Dealer or Dealer's assignee. If you fail to do so, Dealer or its assigns may, at their option, purchase such insurance, in which event you must pay the cost thereof to Dealer or its assigns on demand. However, any failure by Dealer to obtain and keep in force such insurance, after your failure to do so, shall not release you from any obligations or liability under this Agreement or any prior agreements. *Any insurance procured by Dealer under this section will not include insurance for property damage to others.*

8. **Additional Charges.** To the extent permitted by and subject to applicable law, you agree to pay the additional charges listed below. Failure to impose a fee or charge in certain instances does not constitute a waiver or prohibit the Dealer or any assignee from insisting on strict compliance with this Agreement by you at any time. **(a) Security Interest Charges.** You will be assessed a Security Interest Charge to cover (1) fees and charges paid to public officials for determining the existence of or for perfecting, releasing or satisfying the security interest you granted under this Agreement, (2) the costs payable for any outside service retained to provide searches and filings for perfecting and verifying the security interest and (3) in certain states (depending on state rate limits and rate calculations) we may also charge an amount to recoup a portion of our production and management costs related to maintaining security

C96_1_1_EECFD82I_20140921.C96

**488**

interest transactions, not to exceed the greater of $ .00 or the maximum amount allowed by law. (b) Late ...rges. If you fail to make payments under this Agreement within 10 days after the date due, you may be assessed a Late Charge of the lesser of: $10.00 or the maximum permitted by applicable law. (c) NSF Check Charges. If your check is not honored by your bank because of non-sufficient funds, a closed account, or any other reason, you may be assessed an NSF Check Charge of the lesser of $25.00 or the maximum permitted by law. (d) Legal Fees. In addition to the full amount owed and any court costs, if any matter arising out of your default under this Agreement is referred to an attorney to collect the amount you owe or to repossess any Collateral, you agree to pay all costs and expenses (including all reasonable attorneys' fees and court costs) incurred by us in enforcing any of the terms of this Agreement or any of our rights against you. (e) Extension fees. In the event we provide you a contract term modification or payment extension at your request or as part of another type of payment arrangement, we reserve the right to charge a onetime extension fee of the lesser of $30.00 or the maximum amount allowed by law to offset a portion of our costs associated with such change. (f) Electronic Payments. If you choose to pay your payments via a phone payment or internet payment service we offer or designate, you agree to pay a fee for each such payment of the lesser of $10 or less, the maximum amount allowed by law. (g) Other Considerations. We reserve the right to charge additional fees as appropriate in the event the parties agree to other contract modifications.

9.    Events of Default. The occurrence of any one of the following events constitutes a default under this Agreement: (a) You do not pay at least the minimum payment due or you otherwise become delinquent on any other obligation to Dealer or to Snap-on Credit or its assigns, or if this Agreement is assigned, to such assignee; (b) you file or consent to the filing of bankruptcy or similar proceedings against you or you become insolvent, or your financial condition deteriorates significantly and it appears likely that you will not be able to repay Dealer for any reason; (c) you die, become imprisoned or are declared legally incompetent; (d) you at any time give Dealer information that is inaccurate, misleading or incomplete; or (e) you fail to comply with any terms or conditions of this Agreement.

10.    Acceleration; Remedies. Dealer, or if assigned, Dealer's assignee will have all the rights and remedies of a secured creditor under the Uniform Commercial Code and any other applicable laws. In addition, if any one of the events of default occurs, subject to any right you may have under applicable law to receive notice of and to cure such default, at Dealer's option Dealer may (a) declare the entire unpaid balance due under this Agreement immediately due and payable; and (b) repossess any Collateral in which Dealer still retains a security interest, and without limiting the foregoing, in the event this or any other transaction is assigned, any Collateral in which assignee still retains a security interest but only in the manner and to the extent permitted by applicable law. If Dealer resells any repossessed Collateral, Dealer agrees to pay you any surplus remaining (after deduction of the costs of repossession and sale and other costs, including reasonable attorneys' fees, to the extent permitted by law) and you agree to pay Dealer any deficiency in accordance with the Uniform Commercial Code and any other applicable laws. Dealer may accept late or partial payments or any payments marked as being payment in full or as being settlement for any dispute without prejudicing any of Dealer's rights under or in any way amending this Agreement. Dealer's failure or delay at any time to exercise any of Dealer's contract, legal or equitable rights shall not be deemed a waiver of these rights nor of the right to exercise Dealer's rights at any other time. If Snap-on Credit becomes the secured party under this Agreement, you agree that it is commercially reasonable for repossessed Collateral to be sold at public or private sales (in any state or county selected by Snap-on Credit) to dealers or others in lots or pieces (with or without the Collateral being physically present) at used tool prices. In the event you do not pay all amounts due under this contract and you are unreachable, or in the event of settlement or other events, IRS regulations may require Dealer or an assignee to file a 1099-C form for informational purposes showing the remaining unpaid amounts due under your original contract regardless of any dispute. The mere filing of such 1099-C does not itself constitute a forgiveness or adjustment of any amounts due. The term "Buyer" and "Dealer" as used in this Agreement also mean "debtor" and "secured party" respectively and include heirs, executors, or administrators, successors and permitted assigns of those parties.

11.    Continuing Authority to Review. You hereby authorize Dealer, or if assigned, Dealer's assignee, to obtain and review credit information about you from any credit reporting agency or any other source during the time this Agreement remains in effect or for six (6) months thereafter for purposes of increasing or modifying the amount of credit available to you, regardless of whether you submit a written application for same.

12.    Governing Law. THIS AGREEMENT SHALL BE GOVERNED BY THE LAWS OF THE STATE OF ILLINOIS, THE ASSIGNEE'S STATE WITHOUT REGARD TO ITS CONFLICTS OF LAWS RULES OR PROVISIONS; PROVIDED, HOWEVER, IN THE EVENT THIS AGREEMENT OR ANY OF ITS PROVISIONS CANNOT BE ENFORCED PERSUANT TO ILLINOIS LAW, THEN THE LAWS OF THE STATE YOUR RESIDENCE SHALL GOVERN. If used in U.S. Territories or Commonwealths, this Agreement is not to be governed by the United Nations Convention on Contracts for the International Sale of Goods.

13.    Jury Trial Waiver and Class Waiver. YOU AND DEALER WAIVE ALL RIGHTS TO A TRIAL BY JURY. YOU AGREE THAT YOU, THE BUYER, MAY ONLY BRING CLAIMS AGAINST DEALER OR ANY ASSIGNEE IN YOUR INDIVIDUAL CAPACITY AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING.

14.    Transfer of Agreement. Dealer reserves the right to sell or transfer this Agreement in whole or in part to another entity or person without prior notice to you. You, however, cannot transfer this Agreement or rights and obligations under this Agreement to any other entity or person.

15.    Finance Charge Savings Clause. — Notwithstanding any other provision in this Agreement, the aggregate finance charge rate utilized with respect to any of the obligations, including all charges or fees in connection therewith deemed includable in the finance charge shall not exceed the maximum lawful rate. If the finance charge under this Agreement at any time exceeds the maximum allowed by law, the outstanding amount of the Amount Financed shall bear finance charges at the maximum lawful rate until the total finance charges due and total amount financed are paid in full at such rate. The parties intend to conform to any applicable laws limiting finance charges on this type of Agreement. Accordingly, if Dealer contracts for, charges, or receives any consideration which constitutes interest in excess of maximum allowed by law, then any such excess shall be cancelled automatically and, if previously paid, shall at such Lender's option be applied to the outstanding amount remaining due hereunder or be refunded to Buyer.

16.    Severability; Entire Agreement. If any term, provision or section of this Agreement is held void, voidable, invalid or unenforceable under any statute or court decision, or any governmental rule or regulation, the remainder of the Agreement shall remain effective, and any such ineffectiveness shall not affect the validity or enforceability of this Agreement in any other jurisdiction. This Agreement, any previous Credit Sale Contract, Add-On Riders and, any written addenda or riders hereto signed by both parties constitutes the entire agreement between the parties regarding the subject matter of this Agreement.
=================================================================================================

C96_1_1_EECFD82I_20140921.C96

**489**

Notice to Maryland Residents. Agreement is pursuant to Subtitle 10 (Credit Grantor Closed End Contract Provisions) of Md. Code Ann., Fin. Inst. §12-100 et seq.

Notice to California Residents. California Finance Lenders License No. 603-6880. For California residents, NSF Fees are limited to a maximum of $15.00 and Late Charges are limited to a maximum of $10.00

Notice to District of Columbia Residents. Seller certifies that the information contained in the contract complies with the District of Columbia Municipal Regulations, Title 16, Chapter 3

Notice to Connecticut Residents. Attorneys' fees, which are permitted under Sections 8 and 10 of this Agreement, may not exceed 15% of the amount due plus court costs, and may only be collected or sought from Connecticut Residents when the contract is referred to an attorney, not a salaried employee of the holder of the contract, for collection. Late charges may not exceed the lesser of 5% of the past due installment (whether weekly or monthly) or $10.00.

Notice to South Dakota Residents. Any concerns regarding improprieties may be reported to the South Dakota Div. of Banking, 1601 N. Harrison Avenue, Suite 1 Pierre, SD 57501 or call 605-773-3421

THIS DOCUMENT CONSISTS OF THE FINANCIAL TERMS ON PAGE 1, THE ADDITIONAL TERMS IN SECTIONS 1 THROUGH 16, THIS PAGE, AND ANY ATTACHED APPENDIX A

IMPORTANT: READ BEFORE SIGNING. THE TERMS OF THIS AGREEMENT SHOULD BE READ CAREFULLY BECAUSE ONLY THOSE TERMS SET FORTH IN THIS AGREEMENT ARE ENFORCEABLE. NO OTHER TERMS OR ORAL PROMISES NOT CONTAINED IN THIS WRITTEN CONTRACT MAY BE LEGALLY ENFORCED. YOU MAY CHANGE THE TERMS OF THIS AGREEMENT ONLY BY ANOTHER WRITTEN AGREEMENT SIGNED BY YOU AND THE DEALER OR SNAP-ON TOOLS COMPANY LLC OR ITS AFFILIATE THROUGH THEIR SALES REPRESENATIVE (COLLECTIVELY REFERRED TO IN THIS AGREEMENT AS "DEALER") OR, IF ASSIGNED, WITH SNAP-ON CREDIT LLC ("SNAP-ON CREDIT") OR ITS ASSIGNS.

**BUYER ACKNOWLEDGES RECEIPT OF PRODUCT AND A COPY OF THIS AGREEMENT**

<u>NOTICE TO BUYER</u>

DO NOT SIGN THIS CONTRACT (CREDIT SALE CONTRACT OR ADD-ON RIDER) BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES.

YOU ARE ENTITLED TO A COMPLETELY FILLED-IN COPY OF THE CONTRACT WHEN YOU SIGN IT.

UNDER THE LAW, YOU HAVE THE FOLLOWING RIGHTS, AMONG OTHERS:
    (a) TO PAY OFF IN ADVANCE THE FULL AMOUNT DUE AND OBTAIN A PARTIAL REFUND OF ANY UNEARNED FINANCE CHARGE;
    (b) TO REDEEM THE PROPERTY IF REPOSSESSED FOR A DEFAULT;
    (c) TO REQUIRE, UNDER CERTAIN CONDITIONS, RESALE OF THE PROPERTY IF REPOSSESSED.

DEALER (SECURED PARTY)

CHRIS DAVIS

1314 E WOOD AVE

Carlsbad, NM 88220

BUYER (DEBTOR)

AUSTIN HAMBLIN

3 DESERT SPRINGS

ROSWELL, NM 88201

Dealer assigns for value all right, title and interest in this Agreement to Snap-on Credit LLC, subject to acceptance by Snap-on Credit LLC. By providing the information on the unpaid balance due under any prior Agreement, Credit Sale Contract or any Add-On Rider(s) above for this transaction, Snap-on Credit LLC consents to the rescheduling of payments under the Credit Sale Contract and any Add-On Rider(s) previously assigned to Snap-on Credit LLC.

Snap-on Credit LLC - 950 Technology Way, Suite 301 - Libertyville, IL 60048 - (877)777-8455

C96_1_1_EECFD82I_20140921.C96

**490**

SEARCH WARRANT

THE STATE OF TEXAS

COUNTY OF MARTIN

THE STATE OF TEXAS to the Sheriff or any Peace Officer of Martin County, Texas, or any Peace Officer of the State of Texas,

GREETINGS:

WHEREAS, the Affiant whose signature is affixed to the Affidavit is a Peace Officer under the laws of the State of Texas and did heretofore this date subscribe and swear to said Affidavit before me (which said affidavit is by this reference incorporated herein for all purposes), and whereas I find that the verified facts stated by Affiant in said Affidavit show that Affiant has probable cause for the belief he expresses therein and established the existence of proper grounds for the issuance of this Warrant:

NOW THEREFORE, you are commanded to enter the suspected place and premises described in said Affidavit to wit: "A single family dwelling bearing the address of 3700 Hamilton, Big Spring, Howard County, Texas 79720. This dwelling is a brick home. This dwelling is multi-color light tan in color bricks with off white siding with copper color trim. The front door of this dwelling faces an eastern direction. There is commonly a large white in color enclosed trailer parked in the driveway. There is commonly a black in color Nissan Titan bearing TX LP MNY-6850 parked in the yard of this dwelling. There is commonly a boat on a trailer parked in the yard of this dwelling. The dwelling is in the care, custody, and control of Austin Eugene Hamblin, W/M, 12/10/1990", and to search for the property described in said Affidavit to wit: Property acquired by theft or in any other manner which makes its acquisition a penal offense to-wit: a Snap-On Plasma Cutter model 30I and a Snap-On Air Compressor, and to seize the same and bring it before me. Herein fail not, but have you then and there this warrant within three (3) days, exclusive of the day of its execution, with your return thereon, showing how you have executed the same.

ISSUED AT _3:20_ o'clock _P._ M., on this the _16th_ day of _May_____, 2023, to certify which witness my hand this day.

_R. Shane Seaton_
Shane R. Seaton
118th District Judge
Martin County, Texas

EXHIBIT
7
491

## RETURN AND INVENTORY

THE STATE OF TEXAS
COUNTY OF MARTIN

The undersigned Affiant, being a Peace Officer under the laws of the State of Texas and being duly sworn, on oath certifies that the foregoing Warrant came to hand on the day it was issued and that it was executed on the May 17, 2023, by making the search directed therein and seizing during such search the following described property.

1. *SEE ATTACHMENT A*

_____
AFFIANT

SUBSCRIBED AND SWORN to and before me, the undersigned authority, on this the 23ᴿᴰ day of _May_ , 2023



_____
NOTARY PUBLIC
IN AND FOR THE STATE OF TEXAS

BRAD INGRAM
Notary Public, State of Texas
Notary ID# 12693030-2
My Commission Expires 12-19-2026

Inventory list for property seized at 3700 Hamilton Street, Big Spring, Howard County, Texas on 05-17-2023 pursuant to a search warrant issued by 118th District Judge Seaton.

## ATTACHMENT A

1) Snap On 75th Anniversary roll cabinet, S/N# 95161820, 95205988
2) Snap On 1 ½" wrench
3) Snap On pliers
4) Snap On 15-piece tool kit
5) Blue Point (Snap On) socket set
6) Snap On butane gas soldering kit
7) Blue Point (Snap On) hand riveter
8) Snap On 9 piece extensions
9) Snap On bolt cutters
10) Snap On grease gun
11) Snap On 4-foot tool storage light
12) Snap On product in box to be mailed
13) Snap On lawn chair
14) Apple IPhone issued by Snellgrove Enterprises
15) Snap On recirculating parts washer, S/N# DBO048940
16) Snap On black high gloss roll cabinet, S/N# W126171A, MOD# KETN682A0PC
17) Snap On red powder tool box, S/N# AB370402A, MOD# KRA6200FPBO
18) Snap On red air compressor, S/N# JAC22178-010, MOD# BRA7180VEM
19) Snap On red plasma cutter, S/N# E96041
20) Snap On MIG welder, S/N# E28082
21) Snap On TIG welder, S/N# 28723
22) Snap On black & gray welding table
23) Snap On black & pink roll cabinet
24) Snap On gray & pink roll cabinet
25) Snap On red tool chest
26) Snap On red wall cabinet
27) Snap On teal roll cabinet, S/N# AC456766A, MOD# KCP1422BAT
28) Snap On black & pink roll cabinet
29) Snap On clear door display cabinet, S/N#HD037300A, MOD# SSX22P177
30) Snap On red popcorn maker
31) Snap On black bump box speaker
32) Snap On black portable air compressor, S/N# 20491113, MOD# CTNF9050
33) Snap On black roll cabinet
34) Snap On black roll cabinet
35) Snap On floor jack
36) Snap On floor jack
37) Snap On red motorized bicycle
38) Snap On tray table
39) Snap On tray table

40) Snap On tray table
41) Snap On tray table
42) Snap On fan, S/N# 5221002593
43) Blue Point (Snap On) pink tool box
44) Snap On black wet/dry vacuum, S/N# 2021232975
45) Porto Cool Jetstream, S/N# 22102014311059
46) Glass meth pipe
47) Glass meth pipe
48) Two small bags containing methamphetamine
49) One short barrel rifle with no serial number
50) Assorted Snap On hand tools, power tools contained in the roll cabinet drawers and tool chests.
51) Snap On red bicycle

Total value for the above recovered stolen property = $283,445.00

494



**Snap-on Tools Quote**

Sold By: BRIAN SNELLGROVE
Address: 2100 WESTSIDE DR
STANTON, TX  79782-

Phone: 432-413-1861

Sold To: WAREHOUSE
Address: 2100 Westside Dr
stanton, TX  79782-

Phone: 432-413-1861

Quote Date - 5/17/2023   15:04:16

Account Type: RA
Invoice #: 05172340Q

Tax Exempt #:

PO #:

| Part # | Qty | Description | Line Type | Price | Discount | Total | Tax |
|---|---|---|---|---|---|---|---|
| KRA4107FPC | 1 | 7 DRAWER RC BLACK | Sale | 2,610.00 | 0.00 | 2,610.00 | 163.12 |
| KCP1422BAT | 1 | ROLL CAB- TEAL/BULK/BO | Sale | 8,165.00 | 0.00 | 8,165.00 | 510.31 |
| KETN843C3ZKM | 1 | ROLL CAB-STMGRY/PINK | Sale | 21,255.00 | 0.00 | 21,255.00 | 1,328.44 |
| BRA7180VEM | 1 | 7HP ECONOMY AIR COMPRESSOR | Sale | 6,065.00 | 0.00 | 6,065.00 | 379.06 |
| KETN682A0PC | 1 | 2BK ROLLCAB 68IN GLOSS BLACK | Sale | 12,260.00 | 0.00 | 12,260.00 | 766.25 |
| KRSC242Z1Y7 | 1 | GLOSS BLK BRUSH PINK TRIM | Sale | 3,665.00 | 0.00 | 3,665.00 | 229.06 |
| SSX22P177 | 1 | CURIO CABINET | Sale | 2,090.00 | 0.00 | 2,090.00 | 130.62 |
| KRBC50TBPTP | 1 | PINK ASSMBLD 5DR CART SC SLIDE | Sale | 1,535.00 | 0.00 | 1,535.00 | 95.94 |
| MIGCARTC | 1 | WELDING/PLASMA CART-SLG TANK | Sale | 258.00 | 0.00 | 258.00 | 16.12 |
| FJ175 | 1 | 1.75 TON FLOOR JACK | Sale | 995.00 | 0.00 | 995.00 | 62.19 |
| POCPACJS230 | 1 | PORTACOOL JETSTREAM 230 | Sale | 1,805.00 | 0.00 | 1,805.00 | 112.81 |
| CGG8850W1 | 1 | 18v GREASE GUN KIT 5Ahr RED | Sale | 558.95 | 0.00 | 558.95 | 34.93 |
| KRA6210FPBO | 1 | ROAD CHST W HNDLS RED | Sale | 3,395.00 | 0.00 | 3,395.00 | 212.19 |
| PLASMA60I | 1 | 55A PLASMA ARC CUTTING MACHINE | Sale | 8,040.00 | 0.00 | 8,040.00 | 502.50 |
| ZEN6313 | 4 | 1EA GOJAK LT TRUCK | Sale | 449.00 | 0.00 | 1,796.00 | 112.25 |
| ZEN7016 | 1 | 1EA GOJAK SUV | Sale | 635.00 | 0.00 | 635.00 | 39.69 |
| MIG160I | 1 | 160A MIG WELDER | Sale | 5,065.00 | 0.00 | 5,065.00 | 316.56 |
| TIG130I | 1 | 130A DC TIG STICK WELDER | Sale | 3,090.00 | 0.00 | 3,090.00 | 193.12 |
| KCP1422Z1Y7 | 1 | ROLL CAB-BLK/PINK/BLT | Sale | 9,125.00 | 0.00 | 9,125.00 | 570.31 |
| KRBC60T | 1 | WELDING WORKSTATION CART | Sale | 1,680.00 | 0.00 | 1,680.00 | 105.00 |
| FJ300 | 1 | 3 TON FLOOR JACK | Sale | 1,015.00 | 0.00 | 1,015.00 | 63.44 |
| CJ2000SB | 1 | PULLER SET MASTER W T/C CABINT | Sale | 6,085.00 | 0.00 | 6,085.00 | 380.31 |
| EEBC100A | 1 | BATTERY CHARGER WITH CEC | Sale | 449.00 | 0.00 | 449.00 | 28.06 |
| SSX19P110KO | 1 | RED POPCORN CUSTOM MAKER | Sale | 450.00 | 0.00 | 450.00 | 28.12 |
| CTVAC9050A | 1 | 18V CORDLESS VACUUM | Sale | 314.95 | 0.00 | 314.95 | 19.68 |
| SOVAC16 | 1 | 16 GAL 2 STAGE WE/DRY VAC | Sale | 555.00 | 0.00 | 555.00 | 34.69 |
| YA4616 | 1 | MAD MATTE WELDING HELMET | Sale | 540.00 | 0.00 | 540.00 | 33.75 |
| YA4609 | 1 | AUTO/DRK DIGI LENS WLD HELM | Sale | 555.00 | 0.00 | 555.00 | 34.69 |
| KWSP3068CBL | 1 | 68X30IN EPIQ BLT LED POWERTOP | Sale | 2,130.00 | 0.00 | 2,130.00 | 133.12 |
| LAS12SBK | 5 | BLACK 1/2IN DR SAE LOCK-A-SCKT | Sale | 78.75 | 0.00 | 393.75 | 24.61 |
| LAS12SO | 3 | ORANG 1/2IN DR SAE LOCK-A-SCKT | Sale | 78.75 | 0.00 | 236.25 | 14.77 |
| 313SWYA | 1 | 13PC 12PT SHL SKTSET | Sale | 405.00 | 0.00 | 405.00 | 25.31 |
| LAS12SR | 3 | RED 1/2IN DR SAE LOCK-A-SCKT | Sale | 78.75 | 0.00 | 236.25 | 14.77 |
| LAS12MG | 2 | GREEN 1/2IN DR MET LOCK-A-SCKT | Sale | 78.75 | 0.00 | 157.50 | 9.84 |
| 313SYA | 1 | 13PC 12PT DP SKTSET | Sale | 648.00 | 0.00 | 648.00 | 40.50 |
| LAS38SBK | 1 | BLACK 3/8IN DR SAE LOCK-A-SCKT | Sale | 73.50 | 0.00 | 73.50 | 4.59 |
| LAS38MO | 4 | ORANG 3/8IN DR MET LOCK-A-SCKT | Sale | 73.50 | 0.00 | 294.00 | 18.37 |
| 313TWYA | 1 | 1/2DR 13PC 6PT SHL SKTSET | Sale | 399.00 | 0.00 | 399.00 | 24.94 |
| 212EFTXY | 1 | 3/8DR 12PC STD TORX SKTSET | Sale | 437.00 | 0.00 | 437.00 | 27.31 |

Page 1 of 13



EXHIBIT

8

495

| Part # | Qty | Description | Line Type | Price | Discount | Total | Tax |
|---|---|---|---|---|---|---|---|
| 313TSYA | 1 | 13PC 6PT DP SKTSET | Sale | 650.00 | 0.00 | 650.00 | 40.62 |
| EECS150 | 1 | 12V BATTERY SYSTEM TESTER | Sale | 380.00 | 0.00 | 380.00 | 23.75 |
| CDR9015DB | 1 | 18V 1/2 BLDC DRILL DB MODEL | Sale | 475.95 | 0.00 | 475.95 | 29.75 |
| CTCG8850DB | 1 | 18v CAULK GUN DB MODEL | Sale | 379.95 | 0.00 | 379.95 | 23.75 |
| 311IMYA | 1 | 1/2DR 11PC 6PT SHL IMP SKTSET | Sale | 281.00 | 0.00 | 281.00 | 17.56 |
| IM340 | 1 | 1/2DR 6PT 1 1/16" SHL IMP SKT | Sale | 36.75 | 0.00 | 36.75 | 2.30 |
| IM380 | 1 | 1/2DR 6PT 1 3/16" SHL IMP SKT | Sale | 43.50 | 0.00 | 43.50 | 2.72 |
| IM420H | 1 | 1/2DR 6PT 1 5/16" SHL IMP SKT | Sale | 60.50 | 0.00 | 60.50 | 3.78 |
| IM440 | 1 | 1/2DR 6PT 1 3/8" SHL IMP SKT | Sale | 60.50 | 0.00 | 60.50 | 3.78 |
| CT9080GMDB | 1 | 18v 1/2" IMPACT WR DB - GML | Sale | 616.95 | 0.00 | 616.95 | 38.56 |
| CTR817GMWI | 1 | 14.4 V 1/4 LNCK RATCH W/BAT GM | Sale | 475.95 | 0.00 | 475.95 | 29.75 |
| CTR861GMWI | 1 | 14.4 V 3/8 RATCHET W/1 BAT GM | Sale | 523.95 | 0.00 | 523.95 | 32.75 |
| CDR9050WI | 1 | 18V 1/2 BLDC HAMR DRILL W/BAT | Sale | 678.95 | 0.00 | 678.95 | 42.43 |
| CDRR761HVWI | 1 | 14.4 ANGL SCRGUNDR W/IBAT HV | Sale | 361.95 | 0.00 | 361.95 | 22.62 |
| CTQ861WI | 1 | 14.4V 3/8 QC IMPACT W/BATTERY | Sale | 450.95 | 0.00 | 450.95 | 28.18 |
| CTBF8818WI | 1 | 18v BAND FILE SANDER W/BAT | Sale | 697.61 | 0.00 | 697.61 | 43.60 |
| CTGRS8825WI | 1 | 18v 25k RPM ST DIE GRIDER WBAT | Sale | 533.95 | 0.00 | 533.95 | 33.37 |
| CGRR861WI | 2 | 14.4V RA DIEGRNDR W/IBAT RED | Sale | 461.95 | 0.00 | 923.90 | 57.74 |
| CTGR8845WI | 1 | 18v 4.5 ANGLE GRINDER WBAT | Sale | 601.95 | 0.00 | 601.95 | 37.62 |
| CTRS761AGMWI | 1 | 14.4v RECIP SAW KIT 2.5Ah GNML | Sale | 434.95 | 0.00 | 434.95 | 27.18 |
| CTGR8850WI | 1 | 18V ANGLE GRINDER KIT 5AHR | Sale | 748.95 | 0.00 | 748.95 | 46.81 |
| CTRS8850WI | 1 | 18v RECIP SAW KIT 5Ahr | Sale | 601.95 | 0.00 | 601.95 | 37.62 |
| CT825WI | 1 | 14.4V 1/4 IMPACT W/BAT. | Sale | 441.95 | 0.00 | 441.95 | 27.62 |
| CTS861WI | 1 | 14.4V BLDC SCREWDRIVER W/BATTY | Sale | 424.95 | 0.00 | 424.95 | 26.56 |
| CDR861HVK2 | 1 | 14.4V 3/8 LI DRILLKIT HI-VIZ | Sale | 585.95 | 0.00 | 585.95 | 36.62 |
| CTLED861 | 1 | 14.4 ADJUSTABLE FOCUS LIGHT | Sale | 95.95 | 0.00 | 95.95 | 6.00 |
| 320SIM | 1 | 1/2DR 20PC 6PT DP IMP SKTSET | Sale | 1,075.00 | 0.00 | 1,075.00 | 67.19 |
| MG1250 | 1 | 3/4IN IMPACT WRENCH | Sale | 1,209.95 | 0.00 | 1,209.95 | 75.62 |
| AT154RA | 1 | 4IN EXTENDED REV CUT-OFF TOOL | Sale | 405.95 | 0.00 | 405.95 | 25.37 |
| PH3050BR | 1 | AIR HAMMER-RED W/ QC CHUCK | Sale | 534.95 | 0.00 | 534.95 | 33.43 |
| PH3050BO | 1 | AIR HAMMER-ORANGE W/ QC | Sale | 534.89 | 0.00 | 534.89 | 33.43 |
| PTGR400HV | 1 | HD INLINE DIE GRINDER HI-VIZ | Sale | 365.95 | 0.00 | 365.95 | 22.87 |
| PTGR405HV | 1 | HD INLNE EXT DIE GRINDR HI-VIZ | Sale | 385.95 | 0.00 | 385.95 | 24.12 |
| PTGR450 | 1 | HD 4 1/2IN ANGLE GRINDER | Sale | 449.95 | 0.00 | 449.95 | 28.12 |
| MG3255 | 1 | 1/2" IMPACT WRENCH | Sale | 564.95 | 0.00 | 564.95 | 35.31 |
| MG725AG | 1 | 1/2IN H.D. AIR IMPACT WR GRN | Sale | 696.95 | 0.00 | 696.95 | 43.56 |
| PT350HV | 2 | 1/2" STUBBY AIR IMPACT WR. HVZ | Sale | 564.95 | 0.00 | 1,129.90 | 70.62 |
| MG325BK | 1 | 3/8IN AIR IMPCT BLK W/RED LOGO | Sale | 564.95 | 0.00 | 564.95 | 35.31 |
| PTC490 | 1 | HD 4IN ANGLE CUT-OFF TOOL | Sale | 477.95 | 0.00 | 477.95 | 29.87 |
| AT1038 | 1 | 3/8IN ANGLE IMPACT WRENCH | Sale | 460.95 | 0.00 | 460.95 | 28.81 |
| PTRS1000GM | 1 | DUAL CHUCK AIR SAW GUN METAL | Sale | 442.95 | 0.00 | 442.95 | 27.68 |
| FAR7200 | 1 | 3/8IN SOFT GRIP AIR RATCHET | Sale | 453.00 | 0.00 | 453.00 | 28.31 |
| CTLMAG-BOOT | 6 | MAGNET BOOT FOR 14.4 BATTERY | Sale | 38.75 | 0.00 | 232.50 | 14.53 |
| CTR867WI | 1 | 14.4V 3/8 LNK RATCH DB W/1 BAT | Sale | 556.95 | 0.00 | 556.95 | 34.81 |
| CT9100WI | 1 | 18V 3/4IN IMPACT WR 5AH RED | Sale | 810.95 | 0.00 | 810.95 | 50.68 |
| CTQ861WI | 1 | 14.4V 3/8 QC IMPACT W/BATTERY | Sale | 450.95 | 0.00 | 450.95 | 28.18 |
| CTLAR761 | 1 | 14.4V ANGULAR LIGHT-RED | Sale | 126.60 | 0.00 | 126.60 | 7.91 |
| ECARD062G | 1 | DUAL SIDED FLEX LIGHT-GREEN | Sale | 182.00 | 0.00 | 182.00 | 11.37 |
| VWB400A | 1 | SET-4PC CARBIDE BURR W/KITBAG | Sale | 211.50 | 0.00 | 211.50 | 13.22 |

Page 2 of 13

| Part # | Qty | Description | Line Type | Price | Discount | Total | Tax |
|---|---|---|---|---|---|---|---|
| KNX7131200 | 1 | 8IN. HILEV MINI BOLT CUTTERS | Sale | 118.00 | 0.00 | 118.00 | 7.37 |
| DB121C | 1 | HSS DRILL SET 21 PC | Sale | 163.50 | 0.00 | 163.50 | 10.22 |
| VWB700B | 1 | SET-8PC CARBIDE BURR | Sale | 128.50 | 0.00 | 128.50 | 8.03 |
| 214IMFMYA | 1 | 3/8DR 14PC 6PT SHL IMP SKTSET | Sale | 254.00 | 0.00 | 254.00 | 15.87 |
| BT19A | 1 | BRAKE SPRING TOOL | Sale | 32.75 | 0.00 | 32.75 | 2.05 |
| 212IMFMSYA | 1 | 3/8IN 6PT MM SEMIDP IMP SKT ST | Sale | 259.00 | 0.00 | 259.00 | 16.19 |
| 214SIMFMYA | 1 | 3/8DR 14PC 6PT DP IMP SKTSET | Sale | 377.00 | 0.00 | 377.00 | 23.56 |
| SKF80A | 1 | 1/2DR 80T STBY FLX RAT | Sale | 216.00 | 0.00 | 216.00 | 13.50 |
| S80A | 1 | 1/2DR 80T STD RAT | Sale | 198.00 | 0.00 | 198.00 | 12.37 |
| SHL80A | 1 | 1/2DR 80T LNG S/G RAT RED | Sale | 234.50 | 0.00 | 234.50 | 14.66 |
| 212SFMY | 1 | 3/8DR 12PC 12PT DP SKTSET | Sale | 374.00 | 0.00 | 374.00 | 23.37 |
| SHLX80A | 1 | 1/2DR 80T LNG S/G LCK RAT RED | Sale | 302.00 | 0.00 | 302.00 | 18.87 |
| SHBB24 | 1 | 1/2DR LNG 24IN S/G BRK BAR RED | Sale | 188.00 | 0.00 | 188.00 | 11.75 |
| 212FMY | 1 | 3/8DR 12PC 12PT SHL SKTSET | Sale | 248.50 | 0.00 | 248.50 | 15.53 |
| 313SWMYA | 1 | 1/2DR 13PC 12PT SHL SKTSET | Sale | 377.00 | 0.00 | 377.00 | 23.56 |
| 313SMYA | 1 | 1/2DR 13PC 12PT DP SKTSET | Sale | 534.00 | 0.00 | 534.00 | 33.37 |
| 310TWMYA | 1 | 1/2DR 10PC 6PT SHL MM SKTSET | Sale | 273.00 | 0.00 | 273.00 | 17.06 |
| 313TSMYA | 1 | 1/2DR 13PC 6PT DP SKTSET | Sale | 550.00 | 0.00 | 550.00 | 34.37 |
| 202TQWRFR | 1 | 3/8 DR 2PC TORQ WRNCH FSET RED | Sale | 1,200.00 | 0.00 | 1,200.00 | 75.00 |
| ECFDD108G | 1 | 10W MINI FLOOD LIGHT GREEN | Sale | 131.00 | 0.00 | 131.00 | 8.19 |
| 315IMMYA | 1 | 1/2DR 15PC 6PT SHL IMP SKTSET | Sale | 362.00 | 0.00 | 362.00 | 22.62 |
| 312IMMS | 1 | 1/2DR 12PC 6PT SEM IMP SKTSET | Sale | 391.00 | 0.00 | 391.00 | 24.44 |
| ANWR708A | 1 | 8PC ALUM O/END AN WRSET | Sale | 286.00 | 0.00 | 286.00 | 17.87 |
| 315SIMMYA | 1 | 1/2DR 15PC 6PT DP IMP SKTSET | Sale | 573.00 | 0.00 | 573.00 | 35.81 |
| TPGDL1000C | 1 | DIGITAL INFLATOR W/COATED HOSE | Sale | 223.50 | 0.00 | 223.50 | 13.97 |
| 212EFTXY | 1 | 3/8DR 12PC STD TORX SKTSET | Sale | 437.00 | 0.00 | 437.00 | 27.31 |
| SOEXFSET1BO | 1 | 38PC SOEX MASTER FSET BLK/ORG | Sale | 2,765.00 | 0.00 | 2,765.00 | 172.81 |
| PBC4828 | 1 | DUAL FILTRD SQ BASE PARTS WSHR | Sale | 4,435.00 | 0.00 | 4,435.00 | 277.19 |
| EEPV503 | 1 | MOTORCYCLE COMPRESSION SET | Sale | 309.00 | 0.00 | 309.00 | 19.31 |
| EEPV700-KIT | 1 | WIRELESS PRESURE TESTER 500PSI | Sale | 630.00 | 0.00 | 630.00 | 39.37 |
| EEPD501 | 1 | DIESEL COMPRESSION TEST KIT | Sale | 665.00 | 0.00 | 665.00 | 41.56 |
| RADKITULTRA | 1 | COOLING REFILL/RETENTION TOOL | Sale | 600.00 | 0.00 | 600.00 | 37.50 |
| EEPV508 | 1 | TRANNY AND ENGINE PRESSURE SET | Sale | 515.00 | 0.00 | 515.00 | 32.19 |
| A1310SB | 1 | BEARING AND SEAL DRVR ST 10PC | Sale | 184.00 | 0.00 | 184.00 | 11.50 |
| TDTDM500A | 1 | 76PC COM TAP/DIE SET | Sale | 471.00 | 0.00 | 471.00 | 29.44 |
| EEFI500A | 1 | MSTR FUEL INJCT PRESS GAGE SET | Sale | 665.00 | 0.00 | 665.00 | 41.56 |
| BJP1 | 1 | BALL JOINT PRESS MASTER SET | Sale | 810.00 | 0.00 | 810.00 | 50.62 |
| 1100TMPBFR | 1 | 1/4D 100PC 6PT MMSAE FGSS RED | Sale | 2,975.00 | 0.00 | 2,975.00 | 185.94 |
| SVTS272A | 1 | COOLING SYSTEM PRESSURE TESTER | Sale | 365.00 | 0.00 | 365.00 | 22.81 |
| EETL500 | 1 | TIMING LIGHT ULTRA LGT WEIGHT | Sale | 535.00 | 0.00 | 535.00 | 33.44 |
| EFCT60660 | 1 | MASTER RELAY TEST JUMPER SET | Sale | 324.00 | 0.00 | 324.00 | 20.25 |
| ATECH3F300MB | 1 | ATECH300 METALLIC BLUE CHROME | Sale | 745.00 | 0.00 | 745.00 | 46.56 |
| BB9018 | 1 | 1.8L BRAKE BLEEDER | Sale | 172.00 | 0.00 | 172.00 | 10.75 |
| ATECH2F125MB | 1 | ATECH 125 POWER BLUE ON CHROME | Sale | 700.00 | 0.00 | 700.00 | 43.75 |
| GA3645A | 1 | DIAL INDICATOR SET | Sale | 459.00 | 0.00 | 459.00 | 28.69 |
| RTD48 | 1 | 48PC MSTR RTHR TAP/DIE SET | Sale | 184.00 | 0.00 | 184.00 | 11.50 |

Page 3 of 13

DP_Snellgrove000003

497

| Part # | Qty | Description | Line Type | Price | Discount | Total | Tax |
|--------|-----|-------------|-----------|-------|----------|-------|-----|
| TQFR250EDKT | 1 | 50-250 FTLB TQ WRN,DK TITANIUM | Sale | 464.00 | 0.00 | 464.00 | 29.00 |
| YA6490A | 1 | HARMONIC DAMPNER PULLEY PULLER | Sale | 174.50 | 0.00 | 174.50 | 10.91 |
| SDMEXT19K | 1 | 19PC 1/4IN HEX ADP/BIT SET | Sale | 225.00 | 0.00 | 225.00 | 14.06 |
| A257 | 1 | BUSH DR SET | Sale | 1,235.00 | 0.00 | 1,235.00 | 77.19 |
| LHS606B | 1 | SAW KIT | Sale | 103.80 | 0.00 | 103.80 | 6.49 |
| MSKM10 | 1 | STUD RMVL AND INSTLR KIT-METRC | Sale | 185.00 | 0.00 | 185.00 | 11.56 |
| MSK10 | 1 | STUD RMVL AND INSTLR KIT-SAE | Sale | 187.00 | 0.00 | 187.00 | 11.69 |
| CYCLESET | 1 | MOTORCYCLE ROAD KIT | Sale | 432.00 | 0.00 | 432.00 | 27.00 |
| OFW4KT | 1 | SWVEL GRIPPER FILTR WRENCH SET | Sale | 121.00 | 0.00 | 121.00 | 7.56 |
| PWZ4 | 1 | 28-5/8IN PLIER WRENCH | Sale | 303.15 | 0.00 | 303.15 | 18.95 |
| NOCGBX155 | 1 | BOOST X 12V 4250A JUMP STARTER | Sale | 481.00 | 0.00 | 481.00 | 30.06 |
| CT9010WI | 1 | 18v 3/8 BLDC IMPCT WR 1BAT RED | Sale | 593.95 | 0.00 | 593.95 | 37.12 |
| EETH311 | 1 | DIAG THERMAL LASER | Sale | 1,063.00 | 0.00 | 1,063.00 | 66.44 |
| PWZ1HV | 1 | PLIERS WRENCH - HI VIZ | Sale | 86.25 | 0.00 | 86.25 | 5.39 |
| PWZ2HV | 1 | PLIERS WRENCH - HI VIZ | Sale | 95.75 | 0.00 | 95.75 | 5.98 |
| PWZ2QADT | 1 | 17IN PLIERS WR-QK ADJ -DKT | Sale | 124.00 | 0.00 | 124.00 | 7.75 |
| PWZ3OA | 1 | 21-1/2IN PLIERS WR ORANGE | Sale | 172.50 | 0.00 | 172.50 | 10.78 |
| BC114B | 1 | DEAD/BLW 11LB 8OZ SLG HM | Sale | 455.00 | 0.00 | 455.00 | 28.44 |
| IM402 | 1 | 3/4DR 6PT 1 1/4" SHL IMP SKT | Sale | 46.25 | 0.00 | 46.25 | 2.89 |
| IM362 | 1 | 3/4DR 6PT 1 1/8" SHL IMP SKT | Sale | 42.25 | 0.00 | 42.25 | 2.64 |
| IM422 | 1 | 3/4DR 6PT 1 5/16" SHL IMP SKT | Sale | 49.50 | 0.00 | 49.50 | 3.09 |
| IM442 | 1 | 3/4DR 6PT 1 3/8" SHL IMP SKT | Sale | 51.75 | 0.00 | 51.75 | 3.23 |
| IM462 | 1 | 3/4DR 6PT 1 7/16" SHL IMP SKT | Sale | 55.50 | 0.00 | 55.50 | 3.47 |
| IM522 | 1 | 3/4DR 6PT 1 5/8" SHL IMP SKT | Sale | 65.75 | 0.00 | 65.75 | 4.11 |
| IM502 | 1 | 3/4DR 6PT 1 9/16" SHL IMP SKT | Sale | 65.75 | 0.00 | 65.75 | 4.11 |
| IM542 | 1 | 3/4DR 6PT 1 11/16" SHL IMP SKT | Sale | 65.75 | 0.00 | 65.75 | 4.11 |
| IM562 | 1 | 3/4DR 6PT 1 3/4" SHL IMP SKT | Sale | 65.75 | 0.00 | 65.75 | 4.11 |
| SMR13 | 2 | 13-1/4IN MAGNETIC RACK | Sale | 43.50 | 0.00 | 87.00 | 5.44 |
| 212EFTAY | 1 | 12PC FRC HX DR SET | Sale | 317.00 | 0.00 | 317.00 | 19.81 |
| 307IPLMY | 1 | 1/2D 7PC MM 6PT SHL IM SWV SET | Sale | 615.00 | 0.00 | 615.00 | 38.44 |
| 307IMDYA | 1 | 1/2DR 7PC 12PT SHL IMP SKTSET | Sale | 151.00 | 0.00 | 151.00 | 9.44 |
| BLPGSSC155 | 1 | 155PC COM DR GEN SER SET | Sale | 725.00 | 0.00 | 725.00 | 45.31 |
| LTA812 | 1 | 12PC 15 SLM O/ENDWRSET | Sale | 1,095.00 | 0.00 | 1,095.00 | 68.44 |
| 208EFTAMXSY | 1 | 8PC STBY HX MET DR SET | Sale | 175.00 | 0.00 | 175.00 | 10.94 |
| 108ES10MMY | 1 | 1/4DR 8PC ESNTIAL 10MM SKT SET | Sale | 241.00 | 0.00 | 241.00 | 15.06 |
| CTUSB8850 | 1 | 18V USB POWER UNIT | Sale | 76.95 | 0.00 | 76.95 | 4.81 |
| AWS13 | 1 | 13PC L/SHP 11X WRSET | Sale | 62.50 | 0.00 | 62.50 | 3.91 |
| AWMG9 | 1 | 9PC GLD L/SHP MET HX WRSET | Sale | 48.25 | 0.00 | 48.25 | 3.02 |
| 302TQWRFR | 1 | 1/2DR 2PC TORQ WRNCH FSET RED | Sale | 1,285.00 | 0.00 | 1,285.00 | 80.31 |
| PWZ0GA | 1 | 8-3/16 PLIERS GREEN | Sale | 77.75 | 0.00 | 77.75 | 4.86 |
| 313SIMA | 1 | 1/2DR 13PC 6PT DP IMP SKTSET | Sale | 590.00 | 0.00 | 590.00 | 36.87 |
| LAS12SG | 1 | GREEN 1/2IN DR SAE LOCK-A-SCKT | Sale | 78.75 | 0.00 | 78.75 | 4.92 |
| SIM460 | 1 | 1/2DR 6PT 1 7/16" DP IMP SKT | Sale | 86.50 | 0.00 | 86.50 | 5.41 |
| SIM440 | 1 | 1/2DR 6PT 1 3/8" DP IMP SKT | Sale | 79.25 | 0.00 | 79.25 | 4.95 |
| SIM480 | 1 | 1/2DR 6PT 1 1/2" DP IMP SKT | Sale | 90.25 | 0.00 | 90.25 | 5.64 |
| 212IMFMSYA | 1 | 3/8IN 6PT MM SEMIDP IMP SKT ST | Sale | 259.00 | 0.00 | 259.00 | 16.19 |
| TDL8 | 1 | 8PC TAP SKT SET | Sale | 95.00 | 0.00 | 95.00 | 5.94 |
| 307ESAY | 1 | 7PC STD HX DR SET (5/16"-3/4") | Sale | 289.00 | 0.00 | 289.00 | 18.06 |

Page 4 of 13

DP_Snellgrove000004

498

| Part # | Qty | Description | Line Type | Price | Discount | Total | Tax |
|---|---|---|---|---|---|---|---|
| MRPB10MP5 | 1 | PLASTIC MULTI-COLORED TRAYS(5) | Sale | 95.75 | 0.00 | 95.75 | 5.98 |
| 211EFAMY | 1 | 3/8DR 11PC HX STD MET DR SET | Sale | 393.00 | 0.00 | 393.00 | 24.56 |
| SPBH54O | 1 | HD STRK 54IN ORNG PRYBR | Sale | 258.00 | 0.00 | 258.00 | 16.12 |
| SPBH48O | 1 | HD STRK 48IN ORNG PRYBR | Sale | 238.00 | 0.00 | 238.00 | 14.87 |
| SPBS36AG | 1 | 36IN STRIKING PRYBAR GREEN | Sale | 161.00 | 0.00 | 161.00 | 10.06 |
| SPDC18R | 1 | DEMO 18IN RED CHSL | Sale | 127.50 | 0.00 | 127.50 | 7.97 |
| PBMP16A | 1 | MLT/POS 16IN PRYBR | Sale | 166.50 | 0.00 | 166.50 | 10.41 |
| MPBS36A | 1 | 36IN STRAIGHT STRIKING PRYBAR | Sale | 158.50 | 0.00 | 158.50 | 9.91 |
| OEXM340B | 1 | 12PT 34MM STD COMWR | Sale | 161.50 | 0.00 | 161.50 | 10.09 |
| OEXM360B | 1 | 12PT 36MM STD COMWR | Sale | 173.50 | 0.00 | 173.50 | 10.84 |
| OEX42B | 1 | 12PT 1 5/16IN STD COMWR | Sale | 158.50 | 0.00 | 158.50 | 9.91 |
| OEX44B | 1 | 12PT 1 3/8IN STD COMWR | Sale | 164.50 | 0.00 | 164.50 | 10.28 |
| OEX46B | 1 | 12PT 1 7/16IN STD COMWR | Sale | 180.50 | 0.00 | 180.50 | 11.28 |
| OEX50B | 1 | 12PT 1 9/16IN STD COMWR | Sale | 209.50 | 0.00 | 209.50 | 13.09 |
| OEX52B | 1 | 12PT 1 5/8IN STD COMWR | Sale | 217.00 | 0.00 | 217.00 | 13.56 |
| PBA760 | 4 | SOLVENT CLNR UN1268 | Sale | 374.00 | 0.00 | 1,496.00 | 93.50 |
| CSSD1B | 1 | HANDLED CARBIDE SCRAPER BLACK | Sale | 72.50 | 0.00 | 72.50 | 4.53 |
| CTFAN9050 | 1 | 18v CORDLESS FAN RED | Sale | 245.95 | 0.00 | 245.95 | 15.37 |
| AT144800 | 1 | 5 PIECE BLOW GUN NOZZLE KIT | Sale | 99.00 | 0.00 | 99.00 | 6.19 |
| TPMS300 | 1 | TPMS TOOL KIT W TRQ DR 15PC | Sale | 555.00 | 0.00 | 555.00 | 34.69 |
| 209AFXAFR | 1 | 3/8DR 9PC KNR EXT ACC FSET RED | Sale | 358.00 | 0.00 | 358.00 | 22.37 |
| BLPGSS3849 | 1 | 3/8DR 49PC GEN SER SET | Sale | 349.00 | 0.00 | 349.00 | 21.81 |
| HR-26 | 1 | INDUSTRIAL HAND RIVET TOOL | Sale | 110.00 | 0.00 | 110.00 | 6.87 |
| LN46ACF | 1 | 7IN LNGNOSE SLP JNT PLIERS RED | Sale | 61.00 | 0.00 | 61.00 | 3.81 |
| OEX48B | 1 | 12PT 1 1/2IN STD COMWR | Sale | 202.00 | 0.00 | 202.00 | 12.62 |
| CTINF9050 | 1 | 18v INFLATOR RED | Sale | 274.95 | 0.00 | 274.95 | 17.18 |
| VSG11SP | 1 | VISE-GRIP C-CLAMP W/PADS 11SP | Sale | 56.25 | 0.00 | 56.25 | 3.52 |
| UTK150 | 1 | AUTO LOAD UTIL KNF | Sale | 40.75 | 0.00 | 40.75 | 2.55 |
| PWZ1DT | 1 | PLIERS WRENCH - DRK TITM | Sale | 86.25 | 0.00 | 86.25 | 5.39 |
| SSDMR4B | 1 | 8-3/4IN RAT STD BLK SD | Sale | 78.95 | 0.00 | 78.95 | 4.93 |
| AT4101HV | 1 | 4INCH BENT TUBE BLOWGUN HIVIS | Sale | 42.75 | 0.00 | 42.75 | 2.67 |
| KNX8701250 | 1 | WATER PUMP PLIER | Sale | 75.25 | 0.00 | 75.25 | 4.70 |
| FADH8BDT | 1 | 8IN ADJ WRNCH DK-TITAN | Sale | 79.25 | 0.00 | 79.25 | 4.95 |
| SGD4BDE | 1 | SR SG SD | Sale | 16.75 | 0.00 | 16.75 | 1.05 |
| CKS3C3325 | 1 | 3/32 COLLET 5 PACK | Sale | 36.50 | 0.00 | 36.50 | 2.28 |
| CKS7T33210 | 1 | 3/32 TNGSTN ELECTRODE | Sale | 132.00 | 0.00 | 132.00 | 8.25 |
| LP11SP | 2 | 11IN LOCKING C-CLAMP SWIVL PDS | Sale | 140.50 | 0.00 | 281.00 | 17.56 |
| LP7F | 1 | 7IN FLAT JAW LOCKING PLIERS | Sale | 89.25 | 0.00 | 89.25 | 5.58 |
| LP10F | 1 | 10IN FLAT JAW LOCKING PLIER | Sale | 97.50 | 0.00 | 97.50 | 6.09 |
| VSG6LN | 1 | 6IN LONG NOSE LOCKING PLIERS | Sale | 38.50 | 0.00 | 38.50 | 2.41 |
| VSG4WR | 1 | 4IN CURVED JAW LOCKING PLIER | Sale | 26.00 | 0.00 | 26.00 | 1.62 |
| CL404A | 1 | C CLAMP | Sale | 100.05 | 0.00 | 100.05 | 6.25 |
| YA427B | 1 | WLD GLVS | Sale | 29.50 | 0.00 | 29.50 | 1.84 |
| USED TOOL BOX | 1 | 75th anniversay | Sale | 5.000.00 | 0.00 | 5.000.00 | 312.50 |
| AT4124 | 1 | RUBBER NOZZLE | Sale | 15.20 | 0.00 | 15.20 | 0.95 |
| PTGR280 | 1 | CRUDTHUG REMOVAL TOOL | Sale | 679.95 | 0.00 | 679.95 | 42.50 |
| CJ952 | 1 | BEARING SEPARATOR 6-1/8IN | Sale | 500.00 | 0.00 | 500.00 | 31.25 |
| FHLF80A | 1 | 3/8DR 80T LNG S/G FLX RAT RED | Sale | 184.50 | 0.00 | 184.50 | 11.53 |
| CTLU861MB | 1 | 14.4V CRDLESS UTILITY LIGHT MB | Sale | 111.95 | 0.00 | 111.95 | 7.00 |

Page 5 of 13

499

| Part # | Qty | Description | Line Type | Price | Discount | Total | Tax |
|---|---|---|---|---|---|---|---|
| AT4112BHV | 1 | 12IN BENT TUBE BLOWGUN HI-VIS | Sale | 67.00 | 0.00 | 67.00 | 4.19 |
| ECARD062G | 1 | DUAL SIDED FLEX LIGHT-GREEN | Sale | 182.00 | 0.00 | 182.00 | 11.37 |
| YA335 | 1 | BODY CLIP PLIERS | Sale | 49.00 | 0.00 | 49.00 | 3.06 |
| 85ACF | 1 | 5IN DIAGONAL CUTTER | Sale | 54.75 | 0.00 | 54.75 | 3.42 |
| 87ACF | 1 | 7IN DIAGONAL CUTTER | Sale | 58.50 | 0.00 | 58.50 | 3.66 |
| 786CF | 1 | 6IN FLUSH CUTTING PLIERS | Sale | 82.00 | 0.00 | 82.00 | 5.12 |
| 2004BSKA | 1 | TOOL SET | Sale | 129.50 | 0.00 | 129.50 | 8.09 |
| ECPND032 | 1 | FOLDABLE DUAL PEN LIGHT | Sale | 86.75 | 0.00 | 86.75 | 5.42 |
| YAS42HV | 1 | BUTANE SOLDERING IRON HI VIS | Sale | 124.00 | 0.00 | 124.00 | 7.75 |
| PBN500 | 1 | 5PC NON/MAR PRYBR SET | Sale | 57.50 | 0.00 | 57.50 | 3.59 |
| ECPRI042 | 1 | MINI INSPECTION LIGHT | Sale | 82.00 | 0.00 | 82.00 | 5.12 |
| EECT900 | 1 | MULTI-PROBE ULTRA | Sale | 417.00 | 0.00 | 417.00 | 26.06 |
| ADHW8AG | 1 | 8N WIDEMTH ADJ WR-GR | Sale | 88.75 | 0.00 | 88.75 | 5.55 |
| VGP12418 | 1 | LKG C CLAMP | Sale | 77.50 | 0.00 | 77.50 | 4.84 |
| TORCH300O | 1 | BUTANE GAS TORCH ORANGE | Sale | 84.95 | 0.00 | 84.95 | 5.31 |
| TORCH300Y | 1 | BUTANE GAS TORCH HI VIS YELLOW | Sale | 84.95 | 0.00 | 84.95 | 5.31 |
| VSG9R | 1 | VISE-GRIP WELDING CLAMP | Sale | 36.50 | 0.00 | 36.50 | 2.28 |
| VSG11R | 1 | VISE-GRIP LOCK C-CLAMP 11R | Sale | 60.50 | 0.00 | 60.50 | 3.78 |
| VSG6R | 1 | VISE-GRIP LOCK PLIER 6R | Sale | 28.25 | 0.00 | 28.25 | 1.77 |
| VSG9LN | 1 | 9LN 9IN LONG NOSE PLIERS | Sale | 45.25 | 0.00 | 45.25 | 2.83 |
| EEDM596FK | 1 | ADVANCED DMM COLOR TRMS-APP | Sale | 770.00 | 0.00 | 770.00 | 48.12 |
| YA1175 | 1 | 15FT RETRACTABLE TEST LEADS | Sale | 71.75 | 0.00 | 71.75 | 4.48 |
| TT600 | 1 | TERMINAL KIT | Sale | 144.50 | 0.00 | 144.50 | 9.03 |
| MTTL430 | 1 | BACK PROBE SET OF 3 | Sale | 44.25 | 0.00 | 44.25 | 2.77 |
| MT302BR | 1 | REMOTE STARTER SWITCH RED | Sale | 101.00 | 0.00 | 101.00 | 6.31 |
| EECT400R | 1 | 12VDC LCD CIRCUIT TESTER RED | Sale | 112.50 | 0.00 | 112.50 | 7.03 |
| MTTL720 | 1 | BCK PROB SET 20PC 5 COLOR ODEG | Sale | 38.25 | 0.00 | 38.25 | 2.39 |
| SHLFD80AY | 1 | 1/2DR 80T LNG HRD HDL FLEX YLW | Sale | 282.00 | 0.00 | 282.00 | 17.62 |
| YA4190DIS | 1 | DIS GRS DSPN | Sale | 21.55 | 0.00 | 21.55 | 1.35 |
| 650 | 1 | 6IN PRYBR | Sale | 56.75 | 0.00 | 56.75 | 3.55 |
| 1650 | 1 | 16IN PRYBR | Sale | 89.25 | 0.00 | 89.25 | 5.58 |
| PBMP8A | 2 | MLT/POS 8IN PRYBR | Sale | 115.50 | 0.00 | 231.00 | 14.44 |
| PBMP12A | 1 | MLT/POS 12IN PRYBR | Sale | 135.50 | 0.00 | 135.50 | 8.47 |
| JCSPTK-CK | 1 | PRO SNAP RING SERVICE TOOL KIT | Sale | 79.75 | 0.00 | 79.75 | 4.98 |
| TM63A | 1 | FLEX DRIV | Sale | 54.00 | 0.00 | 54.00 | 3.37 |
| SGHBF600A | 1 | 4PC RED MIX FILE SET | Sale | 274.00 | 0.00 | 274.00 | 17.12 |
| SGFMA104 | 1 | 4PC COMF GRIP MILL FILE SET | Sale | 135.00 | 0.00 | 135.00 | 8.44 |
| SGHBF500AG | 1 | 4PC FILE SET MIXED GRN SFT GRP | Sale | 229.00 | 0.00 | 229.00 | 14.31 |
| SGSR2AG | 1 | GRN SHRT S/GR SPN SEAL REM TL | Sale | 16.85 | 0.00 | 16.85 | 1.05 |
| INIMDV787AK | 1 | MINI-DUCTOR VENOM IIP DELUXEKIT | Sale | 1,040.00 | 0.00 | 1,040.00 | 65.00 |
| PLP500A | 1 | 5PC PSERIES CUTTERS W/FOAM | Sale | 387.00 | 0.00 | 387.00 | 24.19 |
| SGLASH1204BD | 1 | PICK SET 4PC LONG HD DK TITA | Sale | 99.25 | 0.00 | 99.25 | 6.20 |
| PWC39A | 1 | CABLE SLITTER UP TO 1.25 O.D. | Sale | 106.50 | 0.00 | 106.50 | 6.66 |
| 208AFX | 1 | 8PC 3/8DR FRIC BLL EXT SET | Sale | 424.00 | 0.00 | 424.00 | 26.50 |
| 206AFXWP | 2 | 6PC 3/8DR WBLP EXT SET | Sale | 253.00 | 0.00 | 506.00 | 31.62 |
| 204FXKLA | 2 | 4PC 3/8DR LCK KNR EXT SET | Sale | 367.00 | 0.00 | 734.00 | 45.87 |
| 303RT02FR | 1 | 1/2DR 3PC FLX RAT FSET RED | Sale | 765.00 | 0.00 | 765.00 | 47.81 |
| 239SFSSFR | 1 | 3/8DR 39PC 6PT SAESKT FSET RED | Sale | 1,205.00 | 0.00 | 1,205.00 | 75.31 |
| 245SFMSFR | 1 | 3/8DR 45PC 6PT MM SKT FSET RED | Sale | 1,235.00 | 0.00 | 1,235.00 | 77.19 |

Page 6 of 13

DP_Snellgrove000006

500

| Part # | Qty | Description | Line Type | Price | Discount | Total | Tax |
|---|---|---|---|---|---|---|---|
| 303RT01FR | 2 | 1/2DR 3PC STD RAT FSET RED | Sale | 765.00 | 0.00 | 1,530.00 | 95.62 |
| 204RT01FR | 2 | 3/8DR 4PC STD RAT FSET RED | Sale | 645.00 | 0.00 | 1,290.00 | 80.62 |
| 204RT02FR | 1 | 3/8DR 4PC FLX RAT FSET RED | Sale | 735.00 | 0.00 | 735.00 | 45.94 |
| 309ASXFR | 1 | 1/2DR 9PC KNR EXT ACC FSET RED | Sale | 545.00 | 0.00 | 545.00 | 34.06 |
| 103RT02FR | 1 | 1/4D 3PC FLX RAT FSET RED | Sale | 443.00 | 0.00 | 443.00 | 27.69 |
| 142STMMSYFR1 | 1 | 1/4DR 42PC 6PT MM FM SKTSET BR | Sale | 1,050.00 | 0.00 | 1,050.00 | 65.62 |
| 108TMXAFR | 1 | 1/4D 8PC KNR EXT ACC FSET RED | Sale | 255.00 | 0.00 | 255.00 | 15.94 |
| 103RT01FR | 1 | 1/4D 3PC STD RAT FSET RED | Sale | 390.00 | 0.00 | 390.00 | 24.37 |
| 139STMSYFR1 | 1 | 1/4DR 39PC 6PT SAE FM SKTST BR | Sale | 920.00 | 0.00 | 920.00 | 57.50 |
| 209AFXAFR | 1 | 3/8DR 9PC KNR EXT ACC FSET RED | Sale | 358.00 | 0.00 | 358.00 | 22.37 |
| 338TSWYAFR | 1 | 1/2D 38PC 6P S/D SAESKT FSETRD | Sale | 2,160.00 | 0.00 | 2,160.00 | 135.00 |
| 346TSWMFR | 1 | 1/2D 46PC 6PT S/D MMSKT FSETRD | Sale | 2,250.00 | 0.00 | 2,250.00 | 140.62 |
| 195GSS01FR | 1 | 1/4DR 95PC GEN SERV FSET RED | Sale | 3,065.00 | 0.00 | 3,065.00 | 191.56 |
| 144YTMPBFR | 1 | 1/4D 44PC FDX MMSAE GSS FM RED | Sale | 1,350.00 | 0.00 | 1,350.00 | 84.37 |
| SOEXFSET1BR | 2 | 38PC SOEX MASTER FSET BLK/RED | Sale | 2,765.00 | 0.00 | 5,530.00 | 345.62 |
| 230RFSMLE | 1 | 3/8DR 30PC LPR RATSKT MSET FBR | Sale | 755.00 | 0.00 | 755.00 | 47.19 |
| SOXRM01FBRA | 2 | 11PC MM RAT WR FDP FOAM SET BR | Sale | 595.00 | 0.00 | 1,190.00 | 74.37 |
| SOXRM02FBRA | 1 | 6PC MM RAT WR FDP FOAM SET BR | Sale | 530.00 | 0.00 | 530.00 | 33.13 |
| SOXR02FBRA | 1 | 5PC SAE RAT WR FDP FOAM SET BR | Sale | 510.00 | 0.00 | 510.00 | 31.88 |
| SOXRRM01FBRA | 1 | 14PC SOXRR METRIC FSET BLK/RED | Sale | 795.00 | 0.00 | 795.00 | 49.69 |
| VS814A | 1 | 14PC 4/WYANG HEAD O/ENDWRSET | Sale | 995.00 | 0.00 | 995.00 | 62.19 |
| VSM814 | 1 | 14PC 4/WY HEAD MET O/ENDWRSET | Sale | 880.00 | 0.00 | 880.00 | 55.00 |
| 251FSMBFR | 1 | 3/8D 51PC 6PT MMSAE GSS FM RED | Sale | 1,740.00 | 0.00 | 1,740.00 | 108.75 |
| 251YFSMBFR | 1 | 3/8D 51PC FDX MMSAE GSS FM RED | Sale | 1,905.00 | 0.00 | 1,905.00 | 119.06 |
| 305ASX | 1 | 5PC 1/2DR EXT SET (2IN-11IN) | Sale | 245.50 | 0.00 | 245.50 | 15.34 |
| 305ASXW | 1 | 5PC 1/2DR WOB EXT SET | Sale | 250.00 | 0.00 | 250.00 | 15.63 |
| FADH704B | 1 | 4 PC ADJ WRENCH SET FDP | Sale | 387.00 | 0.00 | 387.00 | 24.19 |
| ADHW6A | 2 | 6IN ADJUSTABLE WR. ADHW6A | Sale | 76.25 | 0.00 | 152.50 | 9.53 |
| ADHW12A | 2 | 12IN WIDMTH ADJ WR | Sale | 133.50 | 0.00 | 267.00 | 16.69 |
| HBBD6FR | 1 | 6PC DBLW BPEEN HAMMER SET RED | Sale | 930.00 | 0.00 | 930.00 | 58.13 |
| BMPL1000 | 1 | 10PC MINI PLIERS SET | Sale | 161.00 | 0.00 | 161.00 | 10.06 |
| PL600ES1FR | 1 | 6PC PLIERS/CUTTERS ES FSET RED | Sale | 373.00 | 0.00 | 373.00 | 23.31 |
| PL600ES2FR | 1 | 6PC PLR/CUTR/CRIMP ES FSET RED | Sale | 474.00 | 0.00 | 474.00 | 29.63 |
| 208EFTABY | 1 | 8PC STD B/HX DR SET | Sale | 232.00 | 0.00 | 232.00 | 14.50 |
| 212FMSY | 1 | 3/8IN 12PT SEMI DP 8-19SKT SET | Sale | 316.00 | 0.00 | 316.00 | 19.75 |
| 208EFTAXSY | 1 | 8PC HX STBY DR SET | Sale | 164.00 | 0.00 | 164.00 | 10.25 |
| 208EFTABMY | 1 | 8PC B/HX MET STD DR SET | Sale | 243.00 | 0.00 | 243.00 | 15.19 |
| AWMG9 | 1 | 9PC GLD L/SHP MET HX WRSET | Sale | 48.25 | 0.00 | 48.25 | 3.02 |
| AWMBS9 | 1 | 9PC L/SHP STBY MET BHX WRSET | Sale | 53.50 | 0.00 | 53.50 | 3.34 |
| AWTXL8 | 1 | 8PC L/SHP XLNG TORX WRSET | Sale | 70.75 | 0.00 | 70.75 | 4.42 |
| AWEF9K | 1 | 9PC FLDNG HX KY SET | Sale | 15.30 | 0.00 | 15.30 | 0.96 |
| AWMEF7K | 1 | 7PC FLDNG HX KY SET | Sale | 12.70 | 0.00 | 12.70 | 0.79 |
| AWMEF6K | 1 | 6PC FLDNG HX KY SET (3MM-10MM) | Sale | 20.60 | 0.00 | 20.60 | 1.29 |
| AWEF6K | 1 | 6PC FLDNG HX KY SET | Sale | 21.45 | 0.00 | 21.45 | 1.34 |
| AWTPEF10K | 1 | 10PC TX PL HX KY SET IP8-IP50 | Sale | 41.00 | 0.00 | 41.00 | 2.56 |
| FB336 | 1 | GAGE BLADE SET RED INTERCH | Sale | 113.00 | 0.00 | 113.00 | 7.06 |
| SGDX160BFR | 1 | SCR DR FOAM SET 16PC COMBO RED | Sale | 489.00 | 0.00 | 489.00 | 30.56 |
| SHDX40R | 1 | 4PC COM INS MINI H/GR REDSDSET | Sale | 71.00 | 0.00 | 71.00 | 4.44 |

Page 7 of 13

DP_Snellgrove000007

501

| Part # | Qty Description | Line Type | Price | Discount | Total | Tax |
|---|---|---|---|---|---|---|
| SGDX60BR | 1 6PC COMBO INS S/GR RED SD SET | Sale | 171.00 | 0.00 | 171.00 | 10.69 |
| HBBT24 | 1 24OZ BRNZ TP HM | Sale | 114.50 | 0.00 | 114.50 | 7.16 |
| HBBD32HV | 1 DB BAL PEEN HAMMER 32OZ HVYLW | Sale | 146.50 | 0.00 | 146.50 | 9.16 |
| HBFE48 | 1 DEAD/BLW 48OZ SFT/GR HM | Sale | 128.00 | 0.00 | 128.00 | 8.00 |
| HLE24 | 1 DEAD/BLW 24OZ PST HM | Sale | 94.25 | 0.00 | 94.25 | 5.89 |
| HBFE48 | 1 DEAD/BLW 48OZ SFT/GR HM | Sale | 128.00 | 0.00 | 128.00 | 8.00 |
| HLE24 | 1 DEAD/BLW 24OZ PST HM | Sale | 94.25 | 0.00 | 94.25 | 5.89 |
| HBFE32 | 1 DEAD/BLW 32OZ SFT/GR HM | Sale | 97.50 | 0.00 | 97.50 | 6.09 |
| HBFE24 | 1 DEAD/BLW 24OZ SFT/GR HM | Sale | 82.00 | 0.00 | 82.00 | 5.13 |
| HBFE48 | 1 DEAD/BLW 48OZ SFT/GR HM | Sale | 128.00 | 0.00 | 128.00 | 8.00 |
| HCLSB16 | 1 HAMMER 16OZ CLAW STEEL | Sale | 96.00 | 0.00 | 96.00 | 6.00 |
| FCF72 | 1 3/8DR 72T STD CMPT FLX RAT | Sale | 136.00 | 0.00 | 136.00 | 8.50 |
| TL72 | 1 1/4DR 72T LNG RAT | Sale | 124.50 | 0.00 | 124.50 | 7.78 |
| FBF80A | 1 3/8DR 80T BNT FLX RAT | Sale | 173.00 | 0.00 | 173.00 | 10.81 |
| FHBB12A | 1 3/8DR LNG 13IN S/G BRK BAR RED | Sale | 102.50 | 0.00 | 102.50 | 6.41 |
| FSLF80 | 1 3/8DR 80T LNG FLX SPEEDER RAT | Sale | 189.50 | 0.00 | 189.50 | 11.84 |
| FZERO | 1 3/8DR GRLS STD RND RAT | Sale | 230.00 | 0.00 | 230.00 | 14.38 |
| FX80A | 1 3/8DR 80T STD LCK RAT | Sale | 183.50 | 0.00 | 183.50 | 11.47 |
| T72 | 1 1/4DR 72T STD RAT | Sale | 111.00 | 0.00 | 111.00 | 6.94 |
| TKF72 | 1 1/4DR 72T STBY FLX RAT | Sale | 123.50 | 0.00 | 123.50 | 7.72 |
| TK72 | 1 1/4 DR 72T STBY RATCHET | Sale | 105.50 | 0.00 | 105.50 | 6.59 |
| TH72MP | 1 1/4DR 72T S/G MULTI POS RED | Sale | 171.50 | 0.00 | 171.50 | 10.72 |
| RAF80A | 1 3/8 DR 80T STD L/PRO RAT | Sale | 127.50 | 0.00 | 127.50 | 7.97 |
| TZERO | 1 1/4 DR GRLS RND HEAD RAT | Sale | 167.00 | 0.00 | 167.00 | 10.44 |
| FHBF80A | 1 3/8DR 80T BNT S/G FLX RAT RED | Sale | 184.50 | 0.00 | 184.50 | 11.53 |
| FHLLX80 | 1 3/8DR 80T XLNG S/G LCK RAT RED | Sale | 228.50 | 0.00 | 228.50 | 14.28 |
| FC72 | 1 3/8DR 72T STD CMPT RAT | Sale | 111.50 | 0.00 | 111.50 | 6.97 |
| TSLF72 | 1 1/4DR 72T LNG FLX SPEEDER RAT | Sale | 166.00 | 0.00 | 166.00 | 10.38 |
| TLL72 | 1 1/4DR 72T XLNG RAT | Sale | 136.00 | 0.00 | 136.00 | 8.50 |
| BLPGSSC155 | 1 155PC COM DR GEN SER SET | Sale | 725.00 | 0.00 | 725.00 | 45.31 |
| 3121PL | 1 1/2DR 12PC 6PT SHL IMP SWV SET | Sale | 1,030.00 | 0.00 | 1,030.00 | 64.38 |
| 2071PFM | 1 3/8D 7PC MM 6PT SHL IM SWV SET | Sale | 418.00 | 0.00 | 418.00 | 26.13 |
| 2071PDFM | 1 3/8D 7PC MM 12PT SHL IM SW SET | Sale | 411.00 | 0.00 | 411.00 | 25.69 |
| 214IMFMYA | 1 3/8DR 14PC 6PT SHL IMP SKTSET | Sale | 254.00 | 0.00 | 254.00 | 15.88 |
| 214SIMFMYA | 1 3/8DR 14PC 6PT DP IMP SKTSET | Sale | 377.00 | 0.00 | 377.00 | 23.56 |
| 213TSFSYA | 1 TWIST SOCKET SET | Sale | 499.00 | 0.00 | 499.00 | 31.19 |
| XO605 | 1 5PC 12PT SAE DP OFF BX WR SET | Sale | 350.00 | 0.00 | 350.00 | 21.88 |
| XOM605 | 1 5PC 12PT DP 60 MET BXWRSET | Sale | 342.00 | 0.00 | 342.00 | 21.38 |
| 210RARFA | 1 3/8DR 10PC LPR RAT 12PT SAE SK | Sale | 325.00 | 0.00 | 325.00 | 20.31 |
| TDL8 | 1 8PC TAP SKT SET | Sale | 95.00 | 0.00 | 95.00 | 5.94 |
| T1DG | 1 DRL GAUGE | Sale | 122.00 | 0.00 | 122.00 | 7.63 |
| 1100TMPBBRX | 1 1/4D 100PC 100TH ANNV FGSS BR | Sale | 2,680.00 | 0.00 | 2,680.00 | 167.50 |
| XDLRM705K1A | 1 5PC HI/PER MM COM RAT BXWRSET | Sale | 361.00 | 0.00 | 361.00 | 22.56 |
| XDLR705 | 1 5PC HI/PER SAE COM RAT BXWRSET | Sale | 335.00 | 0.00 | 335.00 | 20.94 |
| XDHF605 | 1 5PC 12PT 0 BXWRSET | Sale | 299.00 | 0.00 | 299.00 | 18.69 |
| XDHFM606 | 1 6PC 12PT 0 MET BXWRSET | Sale | 382.00 | 0.00 | 382.00 | 23.88 |
| DBTRCS11 | 1 11PC COBALT SCREW MACHINE SET | Sale | 131.00 | 0.00 | 131.00 | 8.19 |
| PPB30AK | 1 3PC BRNZ PNCH SET | Sale | 126.50 | 0.00 | 126.50 | 7.91 |
| 205ESSPKPLG3 | 1 5PC 3/8DR ESSENTIAL SPARK PLUG | Sale | 441.00 | 0.00 | 441.00 | 27.56 |

Page 8 of 13

| Part # | Qty | Description | Line Type | Price | Discount | Total | Tax |
|---|---|---|---|---|---|---|---|
| XFR704 | 1 | 4PC SAE NON-RV FLEX RAT WR SET | Sale | 412.00 | 0.00 | 412.00 | 25.75 |
| DS806AK | 1 | 6PC 15/60 O/END IGNWRSET | Sale | 166.50 | 0.00 | 166.50 | 10.41 |
| SBXM605 | 1 | 5PC 12PT S/SHP MET BXWRSET | Sale | 378.00 | 0.00 | 378.00 | 23.63 |
| SBX605 | 1 | 5PC 12PT S/SHP BXWRSET | Sale | 357.00 | 0.00 | 357.00 | 22.31 |
| CSA300A | 1 | 3PC BLK SCRA SET | Sale | 136.00 | 0.00 | 136.00 | 8.50 |
| SGAB1000BR | 1 | SD SET,10PC SAE BALL HEX.RED | Sale | 199.00 | 0.00 | 199.00 | 12.44 |
| OXIM9SB | 1 | 6PT 9MM MIDG COMWR | Sale | 32.00 | 0.00 | 32.00 | 2.00 |
| OEXSM710B | 1 | 10PC 12PT SHRT MET COMWRSET | Sale | 437.00 | 0.00 | 437.00 | 27.31 |
| SGRHT2BR | 2 | 2PC RADIATOR HOSE PICK SET | Sale | 79.00 | 0.00 | 158.00 | 9.88 |
| SGRHT2BG | 1 | 2PC GREEN RAD HOSE PICK SET | Sale | 79.00 | 0.00 | 79.00 | 4.94 |
| OEXSM710B | 1 | 10PC 12PT SHRT MET COMWRSET | Sale | 437.00 | 0.00 | 437.00 | 27.31 |
| OEXS709B | 1 | 9PC 12PT SHRT COMWRSET | Sale | 378.00 | 0.00 | 378.00 | 23.63 |
| SGSR104AR | 1 | 4PC RED SEAL REM TL SET | Sale | 65.50 | 0.00 | 65.50 | 4.09 |
| SGASA204CR | 1 | MINI PICK SET 4PC RED | Sale | 62.50 | 0.00 | 62.50 | 3.91 |
| OXR707A | 1 | 7PC SAE RATCHET COMBO WR SET | Sale | 353.00 | 0.00 | 353.00 | 22.06 |
| OXRM704A | 1 | 4PC MM RATCHET WRENCH SET | Sale | 175.50 | 0.00 | 175.50 | 10.97 |
| SDDD41MB | 1 | 4PC REV BLD SD POW BLUE | Sale | 28.95 | 0.00 | 28.95 | 1.81 |
| SGDMRC4A | 1 | RAT S/GR STD RED SD HND | Sale | 75.50 | 0.00 | 75.50 | 4.72 |
| SGD306B | 1 | FLT 7/32 INS S/G BLACK SD | Sale | 16.10 | 0.00 | 16.10 | 1.01 |
| TM9CSA | 1 | DRVR (FOR SR40D SET) | Sale | 50.00 | 0.00 | 50.00 | 3.13 |
| SP144 | 1 | PUMP WRENCH | Sale | 54.75 | 0.00 | 54.75 | 3.42 |
| RAT2TFCE | 1 | 2PC RAT T72 F80 100TH ED SET | Sale | 229.00 | 0.00 | 229.00 | 14.31 |
| RXFMS606B | 1 | 6PC SET-6PT DBL/END FLRNT WR | Sale | 362.00 | 0.00 | 362.00 | 22.63 |
| LDTJT5 | 1 | 5PC LOW PRFILE JIFY TITE DISC | Sale | 223.00 | 0.00 | 223.00 | 13.94 |
| 206EAU | 1 | 6PC 3/8DR ADP/EXT SET | Sale | 195.50 | 0.00 | 195.50 | 12.22 |
| ECTSA289 | 2 | LIGHT BAR BUNDLE 4 FT STANDARD | Sale | 520.00 | 0.00 | 1,040.00 | 65.00 |
| ECTSA109 | 1 | 0.5M STANDARD LIGHTBAR | Sale | 278.00 | 0.00 | 278.00 | 17.38 |
| CTBTS861G | 1 | SPEAKER BLUETOOTH GREEN | Sale | 164.95 | 0.00 | 164.95 | 10.31 |
| FRW10 | 1 | OFFSET EXT WRENCH | Sale | 231.00 | 0.00 | 231.00 | 14.44 |
| ECUHD218HV | 1 | UNDER-HOOD LIGHT HI-VIS YELLOW | Sale | 347.00 | 0.00 | 347.00 | 21.69 |
| ECSP1032 | 1 | RADIANT 300 RECHARGBLE LANTERN | Sale | 93.25 | 0.00 | 93.25 | 5.83 |
| ECFDE402 | 1 | 4000 LUMEN WORKLIGHT | Sale | 318.00 | 0.00 | 318.00 | 19.88 |
| 114YTMMY | 1 | 1/4DR 14PC 6P FDX MM SH SKTSET | Sale | 311.00 | 0.00 | 311.00 | 19.44 |
| 106IMTM | 1 | 1/4DR 6PC 6PT SHL IMP SKTSET | Sale | 93.00 | 0.00 | 93.00 | 5.81 |
| 106SIMTM | 1 | 1/4 DR 6PC 6PT DP IMP SKTSET | Sale | 137.00 | 0.00 | 137.00 | 8.56 |
| 106IPTMA | 1 | 1/4DR 6PC SAE 6P SHL IM SW SET | Sale | 341.00 | 0.00 | 341.00 | 21.31 |
| 106TMUA | 1 | 1/4DR 6PC SAE 12PT SHL UNV SET | Sale | 342.00 | 0.00 | 342.00 | 21.38 |
| 106IPTMMA | 1 | 1/4DR 6PC MM 6PT SHL IM SW SET | Sale | 344.00 | 0.00 | 344.00 | 21.50 |
| 110MGMM | 1 | 1/4DR 10PC 6PT SHL SKTSET | Sale | 270.00 | 0.00 | 270.00 | 16.88 |
| 112TMMSY | 1 | 1/4DR 12PC 6PT SEM SKTSET | Sale | 290.00 | 0.00 | 290.00 | 18.13 |
| 110STMDY | 1 | 1/4DR 10PC 12PT DP SKTSET | Sale | 270.00 | 0.00 | 270.00 | 16.88 |
| 112STMMY | 1 | 1/4DR 12PC 6PT DP SKTSET | Sale | 339.00 | 0.00 | 339.00 | 21.19 |
| 110TMSY | 1 | 1/4DR 10PC 6PT SEM DP SKTSET | Sale | 235.00 | 0.00 | 235.00 | 14.69 |
| 111TMMDY | 1 | 1/4DR 11PC 12PT SHL SKTSET | Sale | 213.00 | 0.00 | 213.00 | 13.31 |
| 110TMSY | 1 | 1/4DR 10PC 6PT SEM DP SKTSET | Sale | 235.00 | 0.00 | 235.00 | 14.69 |
| 110STMY | 1 | 1/4DR 10PC 6PT DP SKTSET | Sale | 270.00 | 0.00 | 270.00 | 16.88 |
| 111STMMDY | 1 | 1/4DR 11PC 12PT DP SKTSET | Sale | 306.00 | 0.00 | 306.00 | 19.13 |
| 213AFLEY | 1 | 13PC COM SHL TORX SKTSET | Sale | 280.00 | 0.00 | 280.00 | 17.50 |

DP_Snellgrove000009

503

| Part # | Qty | Description | Line Type | Price | Discount | Total | Tax |
|---|---|---|---|---|---|---|---|
| 210IMFSYA | 1 | 3/8DR 10PC 6PT SEM IMP SKTSET | Sale | 231.50 | 0.00 | 231.50 | 14.47 |
| SPBS704AHV | 1 | 4PC STRIKING PRYBAR SET HVYLW | Sale | 259.00 | 0.00 | 259.00 | 16.19 |
| 206FRHLM1015 | 1 | 6PC MET FLARNUT ADPTR 10-15MM | Sale | 235.50 | 0.00 | 235.50 | 14.72 |
| 206FRHLM1621 | 1 | 6PC MET FLARNUT ADPTR 16-21MM | Sale | 298.00 | 0.00 | 298.00 | 18.63 |
| AT154RWHLMPA | 1 | 4 INX1-1/16INX3/8IN CUTOFF 6PK | Sale | 54.00 | 0.00 | 54.00 | 3.38 |
| 208FRDH | 1 | TQR ADTP SET 8PC 3/8 DR | Sale | 260.00 | 0.00 | 260.00 | 16.25 |
| 208FRDHM | 1 | 3/8IN TORQ ADPT SET 8PC METRIC | Sale | 260.00 | 0.00 | 260.00 | 16.25 |
| 206EFAML | 1 | 3/8DR 6PC 11X MET STD DR SET | Sale | 220.50 | 0.00 | 220.50 | 13.78 |
| 206EFAL | 1 | 3/8DR 6PC BHX XLNG DR SET | Sale | 233.50 | 0.00 | 233.50 | 14.59 |
| A144A | 1 | TURN TOOL | Sale | 139.50 | 0.00 | 139.50 | 8.72 |
| LP11C | 1 | 11IN LOCKING C-CLAMP | Sale | 130.00 | 0.00 | 130.00 | 8.13 |
| 211SFSY | 1 | 3/8DR 11PC 6PT DP SKTSET | Sale | 358.00 | 0.00 | 358.00 | 22.38 |
| RHR-2PKC | 1 | 360 SWVL RATCHETHD RIVETER KIT | Sale | 168.50 | 0.00 | 168.50 | 10.53 |
| 211FSSY | 1 | 3/8DR 11PC 6PT SEM SKTSET | Sale | 293.00 | 0.00 | 293.00 | 18.31 |
| 212FMY | 1 | 3/8DR 12PC 12PT SHL SKTSET | Sale | 248.50 | 0.00 | 248.50 | 15.53 |
| 211FY | 1 | 3/8DR 11PC 12PT SHL SKTSET | Sale | 234.00 | 0.00 | 234.00 | 14.63 |
| 212FSMSY | 1 | 3/8DR 12PC 6PT SEM SKTSET | Sale | 306.00 | 0.00 | 306.00 | 19.13 |
| 212SFSMY | 1 | 3/8DR 12PC 6PT DP SKTSET | Sale | 372.00 | 0.00 | 372.00 | 23.25 |
| ACTUVPROKT | 1 | METERED UV INJ KIT 96 APPS | Sale | 243.00 | 0.00 | 243.00 | 15.19 |
| LP7F | 1 | 7IN FLAT JAW LOCKING PLIERS | Sale | 89.25 | 0.00 | 89.25 | 5.58 |
| GAJ6A | 1 | 6IN ADJ WR | Sale | 32.00 | 0.00 | 32.00 | 2.00 |
| GAJ12A | 1 | 12IN ADJ WR | Sale | 60.75 | 0.00 | 60.75 | 3.80 |
| 211EFTXTPY | 1 | 11PC TORX/ SKT COM DR SET | Sale | 500.00 | 0.00 | 500.00 | 31.25 |
| 1250 | 1 | 12IN PRYBR | Sale | 64.50 | 0.00 | 64.50 | 4.03 |
| 2050 | 1 | 20IN PRYBR | Sale | 114.00 | 0.00 | 114.00 | 7.13 |
| MAGMAT | 4 | HIGH POWER MAGNETIC MAT | Sale | 83.25 | 0.00 | 333.00 | 20.81 |
| MAGMATHV | 2 | MAGNETIC MAT 8X11 HIVIZ YELLOW | Sale | 79.50 | 0.00 | 159.00 | 9.94 |
| MAGMATG | 1 | HI PWR MAGNETIC MAT 8X11 GREEN | Sale | 79.50 | 0.00 | 79.50 | 4.97 |
| MAGTRAYHV | 2 | MAGFOLDTRAY 10X10 HIVIZ YELLOW | Sale | 68.00 | 0.00 | 136.00 | 8.50 |
| MAGTRAYR | 1 | MAGNETIC FOLDIN TRAY 10X10 RED | Sale | 68.00 | 0.00 | 68.00 | 4.25 |
| MAGTRAYG | 1 | MAGNETIC FOLD TRAY 10X10 GREEN | Sale | 68.00 | 0.00 | 68.00 | 4.25 |
| AWSGT800A | 1 | T-HNDL SG TORX HEX WRNCH SET | Sale | 126.50 | 0.00 | 126.50 | 7.91 |
| AWBSGM800A | 1 | T-HNDL SG MM BALL HEX WRNC SET | Sale | 138.00 | 0.00 | 138.00 | 8.63 |
| AWBSG800A | 1 | T-HNDL SG BALL HEX WRENCH SET | Sale | 138.00 | 0.00 | 138.00 | 8.63 |
| MAGMATR | 1 | HI PWR MAGNETIC MAT 8X11 RED | Sale | 79.50 | 0.00 | 79.50 | 4.97 |
| MAGMATXL | 1 | HIGH POWER MAGNETIC MAT 5X24 | Sale | 161.50 | 0.00 | 161.50 | 10.09 |
| MAGSTRIP | 1 | 2X12 MAGNETIC TOOL STRIP | Sale | 32.75 | 0.00 | 32.75 | 2.05 |
| MAGSTRIPHV | 2 | MAGNET STRIP 2X12 HIVIZ YELLOW | Sale | 33.50 | 0.00 | 67.00 | 4.19 |
| MAGMINIHV | 2 | MAG MAT 4.5X4.5 HIVIZ YELLOW | Sale | 31.25 | 0.00 | 62.50 | 3.91 |
| MAGMINIG | 1 | HI PWR MAG MAT 4.5X4.5 GREEN | Sale | 31.25 | 0.00 | 31.25 | 1.95 |
| MAGMINI | 1 | 4X4 MAGNETIC TOOL PAD | Sale | 31.25 | 0.00 | 31.25 | 1.95 |
| LTAM1719 | 1 | 17-19MM 15 SLM O/ENDWR | Sale | 61.75 | 0.00 | 61.75 | 3.86 |
| A1310SB-BJP1 | 1 | A1310 DRIVER DISK FOR BJP1 ADP | Sale | 59.00 | 0.00 | 59.00 | 3.69 |
| SGABM900BR | 1 | SD SET 9PC MET BALL HEX,RED | Sale | 182.00 | 0.00 | 182.00 | 11.38 |
| SGAB1000BR | 1 | SD SET,10PC SAE BALL HEX,RED | Sale | 199.00 | 0.00 | 199.00 | 12.44 |
| FLEXCANHLDR | 3 | MAGNETIC CAN HOLDER 3 PACK | Sale | 47.00 | 0.00 | 141.00 | 8.81 |

Page 10 of 13

DP_Snellgrove000010

504

DP_Snellgrove070Group 10

| Part # | Qty | Description | Line Type | Price | Discount | Total | Tax |
|--------|-----|-------------|-----------|-------|----------|-------|-----|
| SPBS8AR | 1 | 8IN STRIKING PRYBAR RED | Sale | 40.00 | 0.00 | 40.00 | 2.50 |
| MPBS10AR | 1 | PRYBAR 10IN STR STRIKE RED | Sale | 35.25 | 0.00 | 35.25 | 2.20 |
| IMSFXL33 | 1 | 3/8DR 33IN LCK IMP EXT ADP | Sale | 136.00 | 0.00 | 136.00 | 8.50 |
| 1206GS | 1 | 6PC COM DR ADP SET | Sale | 179.50 | 0.00 | 179.50 | 11.22 |
| FU8A | 1 | 3/8D UNIV JNT FRC BALL 2-1/16 | Sale | 64.50 | 0.00 | 64.50 | 4.03 |
| 103UFTS | 1 | 3PC UNIVERSAL JOINT SET | Sale | 205.00 | 0.00 | 205.00 | 12.81 |
| FUL8A | 1 | 3/8DR UNIVERSAL JOINT LCK PIN | Sale | 162.00 | 0.00 | 162.00 | 10.13 |
| MPBS24A | 1 | 24IN STRAIGHT STRIKING PRYBAR | Sale | 89.75 | 0.00 | 89.75 | 5.61 |
| PPC5A | 1 | 6-15/16IN PNCH/CHSL HLDR | Sale | 58.00 | 0.00 | 58.00 | 3.63 |
| GAJ10A | 1 | 10IN ADJ WR | Sale | 41.25 | 0.00 | 41.25 | 2.58 |
| 312CF | 1 | 11IN HD DIAGONAL CUTTER | Sale | 95.00 | 0.00 | 95.00 | 5.94 |
| VSG8R | 1 | VISE-GRIP SHEET METAL TOOL | Sale | 31.50 | 0.00 | 31.50 | 1.97 |
| PWCHHD7 | 1 | HMR HD WIRE STRIP/CUT6-12AWG | Sale | 57.50 | 0.00 | 57.50 | 3.59 |
| IP82 | 2 | 3/4DR IMPACT UNIVERSAL JOINT | Sale | 161.50 | 0.00 | 323.00 | 20.19 |
| KAPLI0ABKX3 | 2 | BLK RED LOGO 3PK 3IN PLIER RK | Sale | 69.00 | 0.00 | 138.00 | 8.63 |
| KAPLI0AVZX3 | 1 | HI VIZ 3PAK 3IN PLIER RK | Sale | 69.00 | 0.00 | 69.00 | 4.31 |
| PHP1A | 1 | 9-1/4IN SWVL JAW HSE CLMP PLRS | Sale | 45.25 | 0.00 | 45.25 | 2.83 |
| KAPLI0AVZX3 | 2 | HI VIZ 3PAK 3IN PLIER RK | Sale | 69.00 | 0.00 | 138.00 | 8.63 |
| IM242A | 1 | 3/4DR 6PT 3/4" SHL IMP SKT | Sale | 35.50 | 0.00 | 35.50 | 2.22 |
| IM262A | 1 | 3/4DR 6PT 13/16" SHL IMP SKT | Sale | 37.75 | 0.00 | 37.75 | 2.36 |
| IM282A | 1 | 3/4DR 6PT 7/8" SHL IMP SKT | Sale | 37.75 | 0.00 | 37.75 | 2.36 |
| IM302A | 1 | 3/4DR 6PT 15/16" SHL IMP SKT | Sale | 37.75 | 0.00 | 37.75 | 2.36 |
| IM322A | 1 | 3/4DR 6PT 1" SHL IMP SKT | Sale | 38.25 | 0.00 | 38.25 | 2.39 |
| IM342A | 1 | 3/4DR 6PT 1 1/16" SHL IMP SKT | Sale | 41.50 | 0.00 | 41.50 | 2.59 |
| XS609A | 1 | 9PC 12PT SHRT 10 BXWRSET | Sale | 458.00 | 0.00 | 458.00 | 28.63 |
| KAC6200PC | 1 | CVR KRA6200 BLK WATERPROOF | Sale | 340.00 | 0.00 | 340.00 | 21.25 |
| KAC304868BK | 1 | 68IN EPIQ RC CVR BLK 30X48X68 | Sale | 610.00 | 0.00 | 610.00 | 38.13 |
| CTVAC9050A | 1 | 18V CORDLESS VACUUM | Sale | 314.95 | 0.00 | 314.95 | 19.68 |
| 411CF | 1 | 11IN LNG RCH 35DEG NEEDLE | Sale | 88.25 | 0.00 | 88.25 | 5.52 |
| 911ACF | 1 | 11IN LONG NOSE PLIERS | Sale | 82.50 | 0.00 | 82.50 | 5.16 |
| 61CF | 1 | 8IN DUCK BILL PLIERS | Sale | 55.75 | 0.00 | 55.75 | 3.48 |
| BDG48CP | 1 | 8IN SLIP JOINT PLIER | Sale | 25.25 | 0.00 | 25.25 | 1.58 |
| KNX8701180 | 1 | 7IN COBRA PLIERS | Sale | 67.50 | 0.00 | 67.50 | 4.22 |
| SIM380 | 1 | 1/2DR 6PT 1 3/16" DP IMP SKT | Sale | 64.00 | 0.00 | 64.00 | 4.00 |
| SIMM330 | 1 | 1/2DR 6PT 33MM DP IMP SKT | Sale | 68.25 | 0.00 | 68.25 | 4.27 |
| SIMM300 | 1 | 1/2DR 6PT 30MM DP IMP SKT | Sale | 63.75 | 0.00 | 63.75 | 3.98 |
| SIMM350 | 1 | 1/2DR 6PT 35MM DP IMP SKT | Sale | 73.50 | 0.00 | 73.50 | 4.59 |
| SIMM270 | 1 | 1/2DR 6PT 27MM DP IMP SKT | Sale | 53.00 | 0.00 | 53.00 | 3.31 |
| SIMM290 | 1 | 1/2DR 6PT 29MM DP IMP SKT | Sale | 60.50 | 0.00 | 60.50 | 3.78 |
| SIMM340 | 1 | 1/2DR 6PT 34MM DP IMP SKT | Sale | 72.00 | 0.00 | 72.00 | 4.50 |
| SIMM320 | 1 | 1/2DR 6PT 32MM DP IMP SKT | Sale | 68.25 | 0.00 | 68.25 | 4.27 |
| IM482 | 1 | 3/4DR 6PT 1 1/2" SHL IMP SKT | Sale | 56.00 | 0.00 | 56.00 | 3.50 |
| SIM500 | 1 | 1/2DR 6PT 1 9/16" DP IMP SKT | Sale | 111.50 | 0.00 | 111.50 | 6.97 |
| SIMM360 | 1 | 1/2DR 6PT 36MM DP IMP SKT | Sale | 73.50 | 0.00 | 73.50 | 4.59 |
| SIML340 | 1 | 1/2DR 6PT 1 1/16" XDP IMP SKT | Sale | 99.50 | 0.00 | 99.50 | 6.22 |
| SIML240 | 1 | 1/2DR 6PT 3/4" XDP IMP SKT | Sale | 90.75 | 0.00 | 90.75 | 5.67 |
| SIML200 | 1 | 1/2DR 6PT 5/8" XDP IMP SKT | Sale | 81.75 | 0.00 | 81.75 | 5.11 |
| SIMM260 | 1 | 1/2DR 6PT 26MM DP IMP SKT | Sale | 53.00 | 0.00 | 53.00 | 3.31 |
| IM362 | 1 | 3/4DR 6PT 1 1/8" SHL IMP SKT | Sale | 42.25 | 0.00 | 42.25 | 2.64 |
| IMMS270 | 1 | 1/2DR 6PT 27MM SEM SKT | Sale | 40.25 | 0.00 | 40.25 | 2.52 |

Page 11 of 13

| Part # | Qty | Description | Line Type | Price | Discount | Total | Tax |
|---|---|---|---|---|---|---|---|
| S6190A | 1 | FORD & INTERNATIONAL IPR SKT | Sale | 73.75 | 0.00 | 73.75 | 4.61 |
| 207FRX | 1 | 3/8DR 7PC 6PT FLR SKTSET | Sale | 467.00 | 0.00 | 467.00 | 29.19 |
| 307ESAMY | 1 | 7PC STD HX MET DR SET (6-19MM) | Sale | 305.00 | 0.00 | 305.00 | 19.06 |
| FABLM7E | 1 | 3/8DR 7MM LNG BALL HX SKT DR | Sale | 41.25 | 0.00 | 41.25 | 2.58 |
| FABLM6E | 1 | 3/8DR 6MM LNG BALL HX SKT DR | Sale | 41.25 | 0.00 | 41.25 | 2.58 |
| TF275A | 1 | FLAR/SWG SET | Sale | 246.00 | 0.00 | 246.00 | 15.38 |
| SIMFM24 | 1 | 3/8DR 6PT 24MM DP IMP SKT | Sale | 48.75 | 0.00 | 48.75 | 3.05 |
| SIMMFI9A | 1 | 1/2DR 6PT 19MM THN XDP IMP SKT | Sale | 39.75 | 0.00 | 39.75 | 2.48 |
| IPLFM13A | 1 | 3/8DR 13MM 6PT DP IMP SWV SKT | Sale | 62.75 | 0.00 | 62.75 | 3.92 |
| IPLFM10B | 1 | 3/8DR 10MM 6PT DP IMP SWV SKT | Sale | 61.75 | 0.00 | 61.75 | 3.86 |
| IPLF20B | 1 | 3/8DR 5/8IN 6PT DP IMP SWV SKT | Sale | 57.50 | 0.00 | 57.50 | 3.59 |
| IPLFI8B | 1 | 3/8D 9/16IN 6PT DP IMP SWV SKT | Sale | 57.50 | 0.00 | 57.50 | 3.59 |
| IPLFI4B | 1 | 3/8D 7/16IN 6PT DP IMP SWV SKT | Sale | 56.50 | 0.00 | 56.50 | 3.53 |
| IPLFI2B | 1 | 3/8DR 3/8IN 6PT DP IMP SWV SKT | Sale | 56.50 | 0.00 | 56.50 | 3.53 |
| IPF16C | 1 | 3/8DR 1/2 6PT SHL IMP SWV SKT | Sale | 52.75 | 0.00 | 52.75 | 3.30 |
| IPFM13C | 1 | 3/8DR 13MM 6PT SHL IMP SWV SKT | Sale | 59.50 | 0.00 | 59.50 | 3.72 |
| IPF24C | 1 | 3/8DR 3/4 6PT SHL IMP SWV SKT | Sale | 56.00 | 0.00 | 56.00 | 3.50 |
| IPF20C | 1 | 3/8DR 5/8 6PT SHL IMP SWV SKT | Sale | 52.75 | 0.00 | 52.75 | 3.30 |
| IMD242A | 1 | 3/4DR 12PT 3/4" SHL IMP SKT | Sale | 35.50 | 0.00 | 35.50 | 2.22 |
| PH200D | 1 | RETAINER CHUCK ASSEMBLY | Sale | 89.95 | 0.00 | 89.95 | 5.62 |
| TSM19 | 1 | 1/2DR 6PT 19MM DP SKT | Sale | 48.50 | 0.00 | 48.50 | 3.03 |
| TS141A | 1 | 1/2DR 6PT 7/16" DP SKT | Sale | 44.00 | 0.00 | 44.00 | 2.75 |
| 206EFABL | 1 | 3/8DR 6PC BALL HX LNG DR SET | Sale | 233.50 | 0.00 | 233.50 | 14.59 |
| LAS12MO | 1 | ORANG 1/2IN DR MET LOCK-A-SCKT | Sale | 78.75 | 0.00 | 78.75 | 4.92 |
| MTSLAS14 | 1 | 1/4 IN LOCK-A-SOCKET 13 PC | Sale | 18.40 | 0.00 | 18.40 | 1.15 |
| RTEMP8PINK | 1 | MULTILASER INFRARED THERM PINK | Sale | 278.00 | 0.00 | 278.00 | 17.38 |
| LAS14MG | 2 | GREEN 1/4IN DR MET LOCK-A-SCKT | Sale | 68.50 | 0.00 | 137.00 | 8.56 |
| LAS14SBK | 2 | BLACK 1/4IN DR SAE LOCK-A-SCKT | Sale | 68.50 | 0.00 | 137.00 | 8.56 |
| TBS300 | 1 | TUBING BENDER | Sale | 106.00 | 0.00 | 106.00 | 6.63 |
| PKB500A | 1 | 3PC BRS PTY KNF/SCRA | Sale | 102.00 | 0.00 | 102.00 | 6.38 |
| DRXWSKTS2 | 1 | KNIFE AND TOOL SHARPENER MK.2 | Sale | 177.00 | 0.00 | 177.00 | 11.06 |
| PK52A | 1 | 3-19/32IN STRT PTY KNF/SCRA | Sale | 22.75 | 0.00 | 22.75 | 1.42 |
| PK53A | 1 | 3-19/32IN SGL BVL PTY KNF/SCRA | Sale | 22.75 | 0.00 | 22.75 | 1.42 |
| ANS1928A | 1 | AXLE NUT SOCKET | Sale | 60.25 | 0.00 | 60.25 | 3.77 |
| GA238 | 1 | A-Z STL STMP SET | Sale | 128.00 | 0.00 | 128.00 | 8.00 |
| 47ACFHV | 1 | COMBO SLIP PLIER HI VIS YLLW | Sale | 59.00 | 0.00 | 59.00 | 3.69 |
| ANS1930 | 1 | LOCKNUT WR | Sale | 115.00 | 0.00 | 115.00 | 7.19 |
| SNS2467 | 1 | 4WD 4LUG SPIN SKT | Sale | 122.50 | 0.00 | 122.50 | 7.66 |
| SNS3195 | 1 | 4WD 4LUG EXT SPIN SKT | Sale | 147.00 | 0.00 | 147.00 | 9.19 |
| PPC715BK | 1 | 16PC PNCH/CHSL SET | Sale | 438.00 | 0.00 | 438.00 | 27.38 |
| YA9565A | 1 | ROTATING TL | Sale | 111.00 | 0.00 | 111.00 | 6.94 |
| FABLM10E | 1 | 3/8DR 10MM LNG BALL HX SKT DR | Sale | 45.75 | 0.00 | 45.75 | 2.86 |
| FABLM5E | 1 | 3/8DR 5MM LNG BALL HX SKT DR | Sale | 37.75 | 0.00 | 37.75 | 2.36 |
| FABLM4E | 1 | 3/8DR 4MM LNG BALL HX SKT DR | Sale | 37.75 | 0.00 | 37.75 | 2.36 |
| TORCH300Y | 1 | BUTANE GAS TORCH HI VIS YELLOW | Sale | 84.95 | 0.00 | 84.95 | 5.31 |
| TORCH300 | 1 | BUTANE GAS TORCH BASE MODEL | Sale | 84.95 | 0.00 | 84.95 | 5.31 |
| KA389SG15GN | 2 | 15WR REVERSE RACK SNAPON GREEN | Sale | 20.80 | 0.00 | 41.60 | 2.60 |
| ACTR5134A | 1 | R134A PREMIUM GAUGE SET | Sale | 427.00 | 0.00 | 427.00 | 26.69 |

DP_Snellgrove000012

506

| Part # | Qty | Description | Line Type | Price | Discount | Total | Tax |
|--------|-----|-------------|-----------|-------|----------|-------|-----|
| 315IMDMYA | 1 | 1/2DR 15PC 12PT SHL IMP SKTSET | Sale | 355.00 | 0.00 | 355.00 | 22.19 |
| GA535 | 1 | 35IN PREC STRT EDGE | Sale | 204.00 | 0.00 | 204.00 | 12.75 |
| BDGPL300HG | 1 | 3PC EXT REACH HOSE GRIP PLIERS | Sale | 81.75 | 0.00 | 81.75 | 5.11 |
| TPGDL2000 | 1 | SNAP-ON DIGITAL TIRE INFLATOR | Sale | 238.50 | 0.00 | 238.50 | 14.91 |
| KNX002006US1 | 1 | 3PC COBRA PLIERS SET | Sale | 213.00 | 0.00 | 213.00 | 13.31 |
| KNX002006US2 | 1 | 3PC PLIERWRENCH 7 TO 12 | Sale | 332.00 | 0.00 | 332.00 | 20.75 |
| PHP1A | 2 | 9-1/4IN SWVL JAW HSE CLMP PLRS | Sale | 45.25 | 0.00 | 90.50 | 5.66 |
| PHP2A | 3 | 14IN SWIVL JAW HOSE CLAMP PLRS | Sale | 86.25 | 0.00 | 258.75 | 16.17 |
| PHP3A | 2 | 5-1/2IN SWVL JAW HSE CLMP PLRS | Sale | 37.00 | 0.00 | 74.00 | 4.63 |
| LN47ACF | 1 | 9IN LNG NOSE SLP JNT PLIER RED | Sale | 68.25 | 0.00 | 68.25 | 4.27 |
| SRPCR112 | 1 | 12PC SNAP RING PLIERS SET RED | Sale | 525.00 | 0.00 | 525.00 | 32.81 |
| 96ACF | 1 | LONG NOSE PLIERS | Sale | 56.50 | 0.00 | 56.50 | 3.53 |
| 61CF | 1 | 8IN DUCK BILL PLIERS | Sale | 55.75 | 0.00 | 55.75 | 3.48 |
| PL403A | 1 | PLIERS SET | Sale | 159.00 | 0.00 | 159.00 | 9.94 |
| 915CP | 1 | STORK PLIER | Sale | 89.75 | 0.00 | 89.75 | 5.61 |
| 95ACFHV | 1 | 6IN NEEDLE NOSE PLIERS HI-VIZ | Sale | 55.75 | 0.00 | 55.75 | 3.48 |
| 44ACFHV | 1 | 4 1/2IN COMBO SLIP PLIER HIVZ | Sale | 46.50 | 0.00 | 46.50 | 2.91 |
| HL138ACP | 1 | PLIER | Sale | 87.50 | 0.00 | 87.50 | 5.47 |
| YA336 | 1 | RECESSED BODY CLIP PLIERS | Sale | 56.50 | 0.00 | 56.50 | 3.53 |
| SRP5C | 1 | SNAP RING PLIERS | Sale | 94.25 | 0.00 | 94.25 | 5.89 |
| YA444B | 1 | VNYL CTR | Sale | 68.75 | 0.00 | 68.75 | 4.30 |
| YA1000A | 1 | 9-5/8IN MLTI-CTR | Sale | 74.50 | 0.00 | 74.50 | 4.66 |
| 59CF | 1 | 9IN HEAVY DUTY COMBO PLIERS | Sale | 83.50 | 0.00 | 83.50 | 5.22 |
| 57CF | 1 | 7IN HEAVY DUTY COMBO PLIERS | Sale | 78.25 | 0.00 | 78.25 | 4.89 |
| AST201-7 | 1 | 5PC METRICSTUDREM EXSET | Sale | 93.25 | 0.00 | 93.25 | 5.83 |

- Wear safety goggles
- Use the right tool
- Use the tool properly
- Maintain the tool regularly

| | |
|---|---|
| SubTotal | 283,445.70 |
| 6.25 % Tax | 17,715.36 * |
| Freight | 0.00 |
| Grand Total | 301,161.06 |

| AccountType | Previous Balance | Balance as of | Purchases | Total | Payment | New Balance |
|-------------|------------------|---------------|-----------|-------|---------|-------------|
| RA | 0.00 | | 301,161.06 | 301,161.06 | 0.00 | 301,161.06 |

Your Next RA Payment Will Include:     0.00
Your Agreed Upon Weekly Payment Is:    60,232.22
Your Next RA Payment Will Be:          60,232.22

For value received, the Purchaser, as continuing security for the repayment of all obligations now or hereafter owing to the Franchisee, including, without limitation, the prompt payment, as and when due, of the purchase price of the PMSI Collateral (as hereinafter defined), and the performance of all of the obligations, covenants and warranties of the Purchaser to the Franchisee hereunder, hereby grants to the Franchisee a continuing specific and fixed purchase money security interest in all products supplied, sold or provided to the Purchaser by the Franchisee, including the tools listed above, and including all accretions, substitutions, replacements, additions and accessions thereto and all Proceeds thereof (the "PMSI Collateral"). I agree that the Franchisee named above or its assigns shall retain a Purchase Money Security Interest in the PMSI Collateral until I have made all the promised payments, at which time Franchisee's security interest shall be released. If I fail to make any of the payments specified, I agree to return the PMSI Collateral to the Franchisee or its assigns on demand. Until all payments are made, I agree to retain the PMSI Collateral in my possession in good condition and to notify the Franchisee of any changes in employment or home address. In the event that I fail to make the promised payments and the Franchisee must resort to civil litigation to obtain return of or payment for the PMSI Collateral, I shall be held responsible for the costs of such litigation including reasonable attorneys' fees.

X _____          X _____

* The Method of calculating tax can vary by tax jurisdiction. You should not assume that multiplying the subtotal by the tax percentage will result in the calculation of the correct tax.

The Snap-on privacy policy, related to information shared with Snap-on, can be found at www.snapon.com.

DP_Snellgrove000013

507