**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

|  |  |  |
|---|---|---|
| **AUSTIN HAMBLIN and KISKA HAMBLIN,**<br>   **Plaintiffs and Counter Defendants,**<br><br>**v.**<br><br>**MARTIN COUNTY, TEXAS, BRAD INGRAM, ANDERS DAHL, KELSEY BROWN, RORY GAMMONS, WESTON PHELPS, each in their individual capacities,**<br>   **Defendants,**<br><br>**v.**<br><br>**BRIAN SNELLGROVE,**<br>   **Defendant and Counter Plaintiff.** | § § § § § § § § § § § § § § § § | **Civil Action No.<br>7:25-CV-00245-RCG** |

## <u>STATEMENT OF DEFENSES FOR VOIR DIRE</u>

COME NOW Defendants Martin County, Texas, Brad Ingram, Anders Dahl, Kelsey Brown, Rory Gammons, and Weston Phelps, each in their respective capacities as pleaded (collectively, the "Martin County Defendants"), and respectfully submit this statement of defenses for voir dire pursuant to Local Rule CV-16(f) and any order of the Court. This statement is intended to provide a concise, neutral summary of the Martin County Defendants' position for purposes of jury selection only and is submitted without waiver of any defense, objection, immunity, or position available under law.

The Martin County Defendants deny that they violated Plaintiffs' constitutional rights. This case arises from a theft investigation, a warrant issued by a neutral magistrate, and the execution of that warrant at Plaintiffs' residence. Plaintiffs contend the search and seizure exceeded the warrant and that disputed property was mishandled after the search. The Martin County

Defendants contend the officers acted reasonably, in good faith, and under lawful authority; that material facts remain disputed concerning consent, plain view, ownership, scope of the search, property identification, chain of custody, causation, damages, and each Defendant's personal role; that the individual Defendants are entitled to qualified immunity; and that Martin County is not liable because Plaintiffs cannot prove an unconstitutional county policy or custom that was the moving force behind any constitutional injury.

Respectfully submitted,

*/s/ Denis Dennis*
DENIS DENNIS
State Bar No. 05655566
BENJAMIN PETTY
State Bar No. 24105934

OF

KELLY, MORGAN, DENNIS,
CORZINE & HANSEN, P.C.
P.O. Box 1311
Odessa, Texas 79760-1311
(432) 367-7271 / FAX: (432) 363-9121
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on the date of filing, July 21, 2026, a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF system.

*/s/ Denis Dennis*
DENIS DENNIS