**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

**AUSTIN HAMBLIN and KISKA HAMBLIN,**
    **Plaintiffs and Counter Defendants,**

**v.**

**MARTIN COUNTY, TEXAS, BRAD INGRAM,
ANDERS DAHL, KELSEY BROWN, RORY
GAMMONS, WESTON PHELPS, each in their
individual capacities,**
    **Defendants,**

**v.**

**BRIAN SNELLGROVE,**
    **Defendant and Counter Plaintiff.**

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

**Civil Action No.
7:25-CV-00245-RCG**

## EXHIBIT IDENTIFICATION

Defendants Martin County, Texas, Brad Ingram, Anders Dahl, Kelsey Brown, Rory Gammons, and Weston Phelps, each in their respective capacities as pleaded (collectively, the "Martin County Defendants"), separately identify below the exhibits they presently expect to offer and those they may offer if the need arises. Exhibit numbering follows Local Rule CV-16(h) by using the "G-" sequence for Martin County Defendants' defense exhibits, subject to coordination with the courtroom deputy and any joint exhibit list.

| Exhibit No. | Identification | Status | Purpose |
|---|---|---|---|
| G-1 | Search warrant, supporting affidavit, attachments, and warrant return/inventory | Expected | Warrant issuance, scope, probable cause, authority, seizure inventory, good faith, and officer reasonableness. |
| G-2 | Body-worn camera footage and related video clips from the May 17, 2023 search | Expected | Scene context, statements, consent/acquiescence/objections, officer conduct, property identification, and impeachment. |

| Exhibit No. | Identification | Status | Purpose |
|---|---|---|---|
| G-3 | Photographs or still images of the search scene and/or seized property | Expected | Identification, condition, location, manner of storage, valuation, and chain-of-custody issues. |
| G-4 | Offense report, incident report, supplemental reports, and dismissal documentation | Expected | Investigation chronology, alleged theft report, property description, criminal disposition, and damages/causation issues. |
| G-5 | Selected excerpts from the deposition of Austin Hamblin, including exhibits marked therein | Expected | Ownership, receipts, damages, mitigation, alleged consent/objections, employment history, property valuation, and credibility. |
| G-6 | Selected excerpts from the deposition of Kiska Hamblin, including exhibits marked therein | Expected | Ownership, family-property claims, warrant requests/objections, damages, emotional-distress claims, and credibility. |
| G-7 | Deposition exhibits: inventory, sales history, customer statement, bank statements, photographs, credit sale contracts, search warrant, and inventory | Expected | Property ownership, financing, valuation, claimed items, and impeachment. |
| G-8 | Plaintiffs' discovery responses, supplemental responses, disclosures, claimed-property lists, and damages computations | Expected | Damages, claimed ownership, mitigation, witnesses, expert-type witnesses, and impeachment. |
| G-9 | Martin County Defendants' discovery responses and supplemental responses | Expected | Issues framed by pleadings and discovery, admissions/denials, property handling, and impeachment as permitted. |
| G-10 | Communications, messages, emails, or records involving Plaintiffs, Snellgrove, law enforcement, and/or the district attorney concerning the investigation, search, property, wage claim, or return requests | Expected | Notice, knowledge, disputed ownership, causation, and post-seizure process. |
| G-11 | Martin County Sheriff's Office policies, TCOLE records, training records, and body-camera policies | Expected | Officer training, reasonableness, policy/custom, Monell, and impeachment. |

| Exhibit No. | Identification | Status | Purpose |
|---|---|---|---|
| G-12 | Plaintiffs' tax, payroll, employment, job-search, wage, business, and mitigation records | Expected | Lost-income and earning-capacity claims, mitigation, and causation. |
| G-13 | Medical, pharmacy, counseling, or prescription records, if any, concerning claimed emotional distress or mental anguish | Expected | Causation, extent of injury, damages, and impeachment. |
| G-14 | Snap-On account records, invoices, credit contracts, customer statements, inventory records, serial-number records, and warranty/return records | Expected | Ownership, valuation, alleged stolen property, and damages. |
| G-15 | Any exhibit designated by Plaintiffs or Defendant Brian Snellgrove | May Offer | Completeness, cross-examination, impeachment, rebuttal, and evidentiary efficiency. |
| G-16 | Certified public records, court records, docket entries, law-enforcement records, and business records concerning the investigation, indictment, dismissal, or civil litigation | May Offer | Authentication, background, procedural history, impeachment, and rebuttal. |
| G-17 | Records relating to storage, transport, release, return, sale, disposition, or current location of disputed property | May Offer | Chain of custody, damages, causation, and ownership. |
| G-18 | Social-media posts or public statements by parties or witnesses concerning the investigation, search, property, damages, or this litigation | May Offer | Knowledge, bias, damages, credibility, and impeachment. |
| G-19 | Diagrams, maps, demonstratives, timelines, summaries, charts, and Rule 1006 summaries based on admitted evidence | May Offer | Aid to jury understanding and organization of voluminous evidence. |
| G-20 | Prior statements, affidavits, declarations, errata sheets, and deposition corrections of any testifying witness | May Offer | Credibility, impeachment, prior inconsistent statements, and completeness. |

Respectfully submitted,

*/s/ Denis Dennis*
DENIS DENNIS

State Bar No. 05655566
BENJAMIN PETTY
State Bar No. 24105934

OF

KELLY, MORGAN, DENNIS,
CORZINE & HANSEN, P.C.
P.O. Box 1311
Odessa, Texas 79760-1311
(432) 367-7271 / FAX: (432) 363-9121
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on the date of filing, July 21, 2026, a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF system.

*/s/ Denis Dennis*
DENIS DENNIS