**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **AUSTIN HAMBLIN and KISKA HAMBLIN,**<br>    **Plaintiffs and Counter Defendants,**<br><br>**v.**<br><br>**MARTIN COUNTY, TEXAS, BRAD INGRAM,<br>ANDERS DAHL, KELSEY BROWN, RORY<br>GAMMONS, WESTON PHELPS, each in their<br>individual capacities,**<br>    **Defendants,**<br><br>**v.**<br><br>**BRIAN SNELLGROVE,**<br>    **Defendant and Counter Plaintiff.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No.<br>7:25-CV-00245-RCG** |

## <u>WITNESS IDENTIFICATION</u>

Defendants Martin County, Texas, Brad Ingram, Anders Dahl, Kelsey Brown, Rory Gammons, and Weston Phelps, each in their respective capacities as pleaded (collectively, the "Martin County Defendants"), identify below the witnesses they presently expect to present and the witnesses they may call if the need arises, excluding witnesses to be used solely for impeachment. For any witness whose address and telephone number have previously been provided in disclosures, discovery responses, deposition notices, deposition transcripts, or other party productions, the Martin County Defendants rely upon those prior disclosures and reserve the right to supplement if the Court requires additional contact information.

| Witness | Designation | Subject Matter | Address/Telephone |
|---|---|---|---|
| Brad Ingram | Expected | Former Sheriff of Martin County; investigation, warrant execution, property handling, policy/custom issues, good faith, and damages defenses. | Previously provided or to be supplemented. |

| Witness | Designation | Subject Matter | Address/Telephone |
|---|---|---|---|
| Anders Dahl | Expected | Investigator; warrant affidavit, warrant execution, body-camera footage, property identification, storage, inventory, communications, good faith, and damages defenses. | Previously provided or to be supplemented. |
| Kelsey Brown | Expected | Participating officer; scene events, interaction with Kiska Hamblin, warrant execution, search conduct, and disputed objections/consent. | Previously provided or to be supplemented. |
| Rory Gammons | Expected | Howard County officer; scene participation, residence security/search issues, warrant execution, and disputed objections/consent. | Previously provided or to be supplemented. |
| Weston Phelps | Expected | Initial report/investigation issues; nonparticipation in search and seizure; communications and qualified-immunity issues. | Previously provided or to be supplemented. |
| Austin Hamblin | Expected | Plaintiff; claimed ownership, alleged consent/objections, statements, employment, damages, mitigation, and credibility. | Address appears in deposition materials; telephone previously provided or to be supplemented. |
| Kiska Hamblin | Expected | Plaintiff; claimed ownership, alleged objections, property claims, emotional-distress damages, family impact, and credibility. | Address appears in deposition materials; telephone previously provided or to be supplemented. |
| Brian Snellgrove | Expected | Complainant and co-defendant; theft report, ownership/identification of property, transportation/storage/disposition, communications, and damages/causation. | Previously provided or to be supplemented. |
| Jesse Metcalf | May Call | Chief Deputy or law-enforcement witness concerning investigation, warrant execution, property handling, communications, and reports. | Previously provided or to be supplemented. |

| Witness | Designation | Subject Matter | Address/Telephone |
|---|---|---|---|
| Billy Reynolds | May Call | Peace-officer/procedures witness or fact witness concerning policy, inventory, recordings, property handling, or later review. | Previously provided or to be supplemented. |
| Randy Cozart | May Call | Current sheriff/policymaker or peace-officer/procedures witness concerning policies, storage, cooperation with other counties, and present departmental matters. | Previously provided or to be supplemented. |
| Warren Kniepkamp | May Call | Snap-On distributor/franchise-related witness concerning alleged gifts, inventory, Snap-On records, and claimed ownership. | Previously provided or to be supplemented. |
| Andrew Nichols | May Call | Snellgrove employee or fact witness concerning initial suspicions, inventory concerns, photographs/videos, and property identification. | Previously provided or to be supplemented. |
| Edgar Dominguez | May Call | Former or current Snap-On-related assistant/fact witness concerning truck inventory, warranty/returns, property, and damages. | Previously provided or to be supplemented. |
| Stan Parker, Randy Jones, Jordan Whetsel, and any witness identified by Plaintiffs or Snellgrove | May Call | Rebuttal, impeachment, damages, valuation, ownership, or fact issues depending on testimony and exhibits offered at trial. | Previously provided or to be supplemented. |
| McKenzie Schrecengost 432-230-4441 432-466-3411 9220 Jay Rd., Big Spring, Tx 79720 | May Call | Has knowledge of Snap On tools located at Hamblin residence and gifts to McKenzie from Hamblin | |
| Records custodians for law-enforcement, Snap-On, pharmacy/medical, employment, payroll, business, phone, email, or court records | May Call | Authentication, business records, summaries, damages, and rebuttal. | Previously provided or to be supplemented. |

Respectfully submitted,

*/s/ Denis Dennis*
DENIS DENNIS
State Bar No. 05655566
BENJAMIN PETTY
State Bar No. 24105934

OF

KELLY, MORGAN, DENNIS,
CORZINE & HANSEN, P.C.
P.O. Box 1311
Odessa, Texas 79760-1311
(432) 367-7271 / FAX: (432) 363-9121
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on the date of filing, July 21, 2026, a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF system.

*/s/ Denis Dennis*
DENIS DENNIS