# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

AUSTIN HAMBLIN and KISKA HAMBLIN,
   Plaintiffs and Counter Defendants,

v.

MARTIN COUNTY, TEXAS, BRAD INGRAM,
ANDERS DAHL, KELSEY BROWN, RORY
GAMMONS, WESTON PHELPS, each in their
individual capacities,
   Defendants,

v.

BRIAN SNELLGROVE,
   Defendant and Counter Plaintiff.

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

Civil Action No.
7:25-CV-00245-RCG

## ESTIMATE OF PROBABLE LENGTH OF TRIAL

COME NOW Defendants Martin County, Texas, Brad Ingram, Anders Dahl, Kelsey Brown, Rory Gammons, and Weston Phelps, each in their respective capacities as pleaded (collectively, the "Martin County Defendants"), and respectfully submit this estimate of probable length of trial pursuant to Local Rule CV-16(f), the Court's pretrial requirements, and any applicable scheduling order.

Based upon the present pleadings, witness lists, deposition testimony, anticipated evidentiary disputes, civil-rights issues, damages issues, and the number of parties, the Martin County Defendants presently estimate that trial will require approximately five trial days, including voir dire, openings, evidence, charge conference, closing arguments, and jury deliberations. This estimate is made subject to simplification by stipulation, rulings on pending matters, time limits imposed by the Court, and coordination with co-defendant Brian Snellgrove.

Respectfully submitted,

*/s/ Denis Dennis*
DENIS DENNIS
State Bar No. 05655566
BENJAMIN PETTY
State Bar No. 24105934

OF

KELLY, MORGAN, DENNIS,
CORZINE & HANSEN, P.C.
P.O. Box 1311
Odessa, Texas 79760-1311
(432) 367-7271 / FAX: (432) 363-9121
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on the date of filing, July 21, 2026, a true and correct copy of the

foregoing was served on all counsel of record via the Court's CM/ECF system.

*/s/ Denis Dennis*
DENIS DENNIS