## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND ODESSA DIVISION

AUSTIN HAMBLIN AND KISKA HAMBLIN

v.

MARTIN COUNTY, TEXAS
 BRAD INGRAM,
ANDERS DAHL
 KELSEY BROWN,
RORY  GAMMONS,
WESTON PHELPS, and
BRIAN SNELLGROVE

NO. 7: 25-CV:00245-RCG

### WITNESS IDENTIFICATION

Defendant Brian Snellgrove identifies below the witnesses he presently expects to present the witnesses he may call if the need arises, excluding witnesses to be used solely for impeachment. For any witness whose address and telephone number have previously been provided in disclosures, discovery responses, deposition notices, deposition transcripts or other party productions, Defendant Snellgrove relies upon those prior disclosures and reserves the right to supplement if the Court requires additional information.

| WITNESS | DESIGNATION | SUBJECT MATTER | ADDRESS/TELEPHONE |
|---|---|---|---|
| Brian Snellgrove | Expected | Defendant Victim; Owner of Property Stolen | Address previously disclosed |
| McKensie Schrecengost | Expected | Reported information regarding thefts to Sheriff's Department | Address unknown |
| Edgar Dominguez | Expected | Former employee; Assistant on truck with Austin Hamblin | Address unknown; (806) 548-9929 |
| Randy Jones | Expected | Former employee of Snellgrove. He helped Snellgrove when the Sheriff's Dept. asked for assistance. | 1811 S. Main. Big Spring, Texas 79720. (432) 213-1466 |
| Jason Ramos | Expected | Snellgrove former employee. Longest serving employee. | 1010 Upland St Midland TX 79703 (432) 853-4494 |

| | | | |
|---|---|---|---|
| Brad Ingram | Expected | Sheriff who investigated case | Previously disclosed |
| Anders Dahl | Expected | Deputy sheriff who investigated case | Previously disclosed |
| Kelsey Brown | Expected | Deputy Sheriff present at time of search | Address unknown |
| Jessie Metcalf | Expected | Deputy Sheriff present at time of search | Address unknown |
| Weston Phelps | Expected | Deputy Sheriff present at time of search | Address unknwon |
| Rory Gammons | Expected | Deputy Sheriff present at time of the search | Address unknown |
| | | | |

=

Respectfully submitted,

/s/ Robert J. Perez
_____
Robert J. Perez
Texas Bar No. 15779050

Robert J. Perez
221 N. Kansas, Suite 1103
El Paso, Texas 79901
(915) 542-1222
Rjperezlaw1@gmail.com

## CERTIFICATE OF SERVICE

I certify that on July 21, 2026, a true and correct copy of Defendant's Witness List was served on all counsel of record via the Court's CM/ECF system.

/s/ Robert J. Perez
_____
Robert J. Perez