# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND ODESSA DIVISION

| | | |
|---|---|---|
| AUSTIN HAMBLIN AND KISKA HAMBLIN | ) | |
| | ) | |
| | ) | |
| v. | ) | NO. 7: 25-CV:00245-RCG |
| | ) | |
| MARTIN COUNTY, TEXAS | ) | |
| BRAD INGRAM, | ) | |
| ANDERS DAHL | ) | |
| KELSEY BROWN, | ) | |
| RORY GAMMONS, | ) | |
| WESTON PHELPS, and | ) | |
| BRIAN SNELLGROVE | ) | |

## ESTIMATE OF PROBABLE LENGTH OF TRIAL

Comes now Defendant Brian Snellgrove and respectfully submits this estimate of probable length of trial pursuant to Local Rule CV-16(f), the Court's pretrial requirements, and any applicable scheduling order.

Defendant Snellgrove believes that this case should be take four days to try to the jury.

Respectfully submitted,

/s/ Robert J. Perez
Robert J. Perez
Texas Bar No. 15779050

Robert J. Perez
221 N. Kansas, Suite 1103
El Paso, Texas 79901
(915) 542-1222
Rjperezlaw17@gmail.com

# CERTIFICATE OF SERVICE

I certify that on July 21, 2026, a true and correct copy of Defendant's Estimated Time of Trial was served on all counsel of record via the Court's CM/ECF system.

/s/ Robert J. Perez

_____

Robert J. Perez