**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND ODESSA DIVISION**

| | | |
|---|---|---|
| AUSTIN HAMBLIN AND KISKA | ) | |
| HAMBLIN | ) | |
| | ) | |
| v. | ) | NO. 7: 25-CV:00245-RCG |
| | ) | |
| MARTIN COUNTY, TEXAS | ) | |
| BRAD INGRAM, | ) | |
| ANDERS DAHL | ) | |
| KELSEY BROWN, | ) | |
| RORY GAMMONS, | ) | |
| WESTON PHELPS, and | ) | |
| BRIAN SNELLGROVE | ) | |

## QUESTIONS FOR JURORS

Comes now Defendant Brian Snellgrove and respectfully submits his questions for jurors pursuant to Local Rule CV-16(f), the Court's pretrial requirements, and any applicable scheduling order.

1. Do any of you believe that Law Enforcement Officers cannot be trusted.

2. Do any of you believe that Church Deacons cannot be trusted.

3. Is there anyone here that cannot be fair to a business owner who has fired an employee?

4. Is there anyone here that cannot be fair to a Government official?

5. Is there anyone here who believes that Law Enforcement officers are not truthful?

6. Do you believe that victims of crime have rights and should not be punished for making police reports.

7. Is there anyone here who has any personal or private reason why they think they could not be fair in this case that needs to be addressed by the Court in private.

Respectfully submitted,

/s/ Robert J. Perez

Robert J. Perez
Texas Bar No. 15779050

Robert J. Perez
221 N. Kansas, Suite 1103
El Paso, Texas 79901
(915) 542-1222
Rjperezlaw1@gmail.com

CERTIFICATE OF SERVICE

I certify that on July 21, 2026, a true and correct copy of Defendant's Jury Questions was served on all counsel of record via the Court's CM/ECF system.

/s/ Robert J. Perez

Robert J. Perez