# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND / ODESSA DIVISION

| | | |
|---|---|---|
| **AUSTIN HAMBLIN and KISKA HAMBLIN** | § | |
| | § | |
| **VS.** | § | |
| | § | **NO.  7:25-cv-00245** |
| **MARTIN COUNTY, TEXAS** | § | |
| | § | |
| **BRAD INGRAM,** | § | |
| | § | |
| **ANDERS DAHL,** | § | |
| | § | |
| **KELSEY BROWN,** | § | |
| | § | |
| **RORY GAMMONS,** | § | |
| | § | |
| **WESTON PHELPS, and** | § | |
| | § | |
| **BRIAN SNELLGROVE** | § | |

## PLAINTIFFS' SUBMISSION OF WITNESS LIST AND, IN THE ALTERNATIVE, MOTION FOR LEAVE TO VARY FROM LOCAL RULE CV-16(f)(5)

Pursuant to Western District of Texas Local Rule CV-16(f)(5), Plaintiffs Austin Hamblin and Kiska Hamblin respectfully submit the following witness list, separately identifying the witnesses whom Plaintiffs expect to present and those whom Plaintiffs may call if the need arises.

Plaintiffs acknowledge that Local Rule CV-16(f) directs each party to "serve and file" the information required by the Rule, and that subsection (f)(5) requires disclosure of each witness's name and, if not previously provided, "address and telephone number". Plaintiffs have identified each witness by name in this publicly filed submission. Plaintiffs have also provided, or will contemporaneously provide, counsel for both sets of Defendants with a separate unredacted list containing the available contact information for each witness.

Plaintiffs have omitted personal addresses and telephone numbers from the public filing because documents filed on the Court's docket are accessible to members of the public. Public disclosure of witnesses' residential addresses and personal telephone numbers would serve no

apparent adjudicative purpose and could expose nonparty witnesses to harassment, unwanted contact, identity misuse, or other unnecessary invasions of privacy. Defendants will receive the complete contact information directly and therefore will suffer no prejudice from its omission from the publicly accessible version. Plaintiffs will also promptly provide the complete information directly to the Court if ordered.

To the extent the Court determines that separate service of the complete information does not strictly satisfy the requirement that the information be both served and filed, Plaintiffs alternatively move for leave to vary from Local Rule CV-16(f)(5) by permitting Plaintiffs to file only the witnesses' names on the public docket while serving the complete contact information directly on all counsel of record. Good cause exists because the requested variance protects witnesses' private contact information without withholding any required information from the parties or impairing Defendants' ability to investigate, prepare for trial, or secure witness attendance.

Alternatively, should the Court require that the complete addresses and telephone numbers be filed, Plaintiffs respectfully request permission to submit the unredacted contact list under seal, through a restricted filing event, directly to chambers, or by whatever other nonpublic procedure the Court considers appropriate. Plaintiffs request guidance from the Court rather than unnecessarily placing private witness information on the public docket.

Plaintiffs therefore respectfully request that the Court accept the publicly filed witness list containing witness names only, approve the separate service of complete witness contact information on counsel for all Defendants, and grant the requested variance from Local Rule CV-16(f)(5), or alternatively authorize a nonpublic method for filing the complete information. The Court may waive a local-rule requirement governing administration of its docket, and CV-16 itself applies "[u]nless otherwise ordered by the court."

A * designates those witnesses Plaintiffs anticipates it will call in it case in chief. Witnesses not so designated may be offered if the need arises or time allows.

1. WARREN KNIEPKAMP *

2. NOEMI KNIEPKAMP *

3. BRANDON LANDERS

4. JUSTIN GRIFFITH

5. JESSE METCALF *

6. BILLY REYNOLDS *

7. EDGAR DOMINGUEZ *

8. HEATH GRYDER

9. JOSE DOMINGUEZ

10. RANDY JONES

11. KISKA HAMBLIN *

12. AUSIN HAMBLIN *

13. BRIAN SNELLGROVE *

14. BRAD INGRAM *

15. ANDER DAHL*

16. SCOT BARCLAY, DO *

17. STAN PARKER

18. CHRISTIAN CAMBELL

Respectfully Submitted,

/s/ Kurt Mueller

-------------------------------------
Kurt Mueller
Texas Bar No. 24133133

The Kurt Mueller Law Firm PLLC
565 S Mason Rd PMB 223

Katy, Texas 77450
(713) 360-2110
kurt@kurtmuellerpllc.com