# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND ODESSA DIVISION

AUSTIN HAMBLIN AND KISKA )
HAMBLIN )
                                           )

v.                                      )       NO. 7: 25-CV:00245-RCG
                                             )

MARTIN COUNTY, TEXAS )
 BRAD INGRAM, )
ANDERS DAHL )
 KELSEY BROWN, )
RORY  GAMMONS, )
WESTON PHELPS, and )
BRIAN SNELLGROVE )

## DEFENDANT'S PROPOSED EXHIBIT LIST

Defendant Brian Snellgrove submits the following proposed exhibit list.

| Exhibit Number | Identification | Status | Purpose |
|---|---|---|---|
| S-1 | Snellgrove Inventory List | Expected | Internal company conducted inventory of items seized. |
| S-2 | Invoices / Purchase Receipts | Expected | Financial documents showing ownership that correlate to S-1 |
| S-3 | Search warrant, supporting affidavit, attachments, and warrant return/inventory | Expected | Warrant issuance. scope. probable cause, authority, seizure inventory, good faith. and officer reasonableness. |
| S-4 | Body-worn camera footage #1 and related video clips from the May I 7. 2023 search | Expected | Camera footage of warrant service. |
| S-5 | Body-worn camera footage #2 and related video clips from the May I 7. 2023 search | Expected | Camera footage of warrant service. |

| | | | |
|---|---|---|---|
| S-6 | Body-worn camera footage #3 and related video clips from the May I 7. 2023 search | Expected | Camera footage of warrant service. |
| S-7 | Snellgrove captured video # 1 of items at warehouse | Expected | Video of items at Snellgrove warehouse |
| S-8 | Snellgrove captured video # 2 of items at warehouse | Expected | Video of items at Snellgrove warehouse |
| S-9 | Snellgrove captured video # 3 of items at warehouse | Expected | Video of items at Snellgrove warehouse |
| S-10 | Martin County Sheriff's Office delivery to DA | Expected | Case delivered to DA's office document |

Respectfully submitted,

/s/ Robert J. Perez

Robert J. Perez
Texas Bar No. 15779050

Robert J. Perez
221 N. Kansas, Suite 1103
El Paso, Texas 79901
(915) 542-1222
Rjperezlaw1@gmail.com

CERTIFICATE OF SERVICE

I certify that on July 21, 2026, a true and correct copy of Defendant's Exhibit List was served on all counsel of record via the Court's CM/ECF system.

/s/ Robert J. Perez

Robert J. Perez