# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND ODESSA DIVISION

AUSTIN HAMBLIN AND KISKA )
HAMBLIN )
                   )
v.                        )     NO. 7: 25-CV:00245-RCG
                   )
MARTIN COUNTY, TEXAS )
 BRAD INGRAM, )
ANDERS DAHL )
 KELSEY BROWN, )
RORY  GAMMONS, )
WESTON PHELPS, and )
BRIAN SNELLGROVE )

## DEFENDANT'S STATEMENT OF FACTS

Defendant Brian Snellgrove submits the following proposed Statement of Facts

This is a civil rights and property case concerning the ownership of property and the execution and aftermath of a search warrant that was executed the home of Austin and Kiska Hamblin. The Plaintiff's do not challenge the warrant's issuance or the validity of the search warrant. Plaintiff's challenge the execution of search warrant and the and disposition of the items that were seized from the home. Plaintiff's assert that Defendant's illegally disposed of property that they assert legally belonged to them. Defendants deny liability and contend that Defendants acted within the law. Defendant Snellgrove asserts that he simply filed a police report regarding property that was being stolen from him by Plaintiffs, that ultimately led to a search warrant being issued and ultimately was executed by the police. Defendant Snellgrove asserts that he is the lawful owner of the vast majority of the property that was taken in the execution of the search warrant, and that he lawfully disposed of his property after the Sheriff's Department gave him the lawful authority to dispose of his property. Defendant Snellgrove

believes that he is the victim in this case as he is the lawful owner of the property that was seized in the execution of the search warrant. Defendant Snellgrove asserts that Plaintiffs have unclean hands in this matter, and that they failed to mitigate their damages by not going to the State Court to assert any property rights they believed they had with respect to the property returned to Defendant Snellgrove.

Respectfully submitted,

/s/ Robert J. Perez

Robert J. Perez
Texas Bar No. 15779050

Robert J. Perez
221 N. Kansas, Suite 1103
El Paso, Texas 79901
(915) 542-1222
Rjperezlaw1@gmail.com

CERTIFICATE OF SERVICE

I certify that on July 21, 2026, a true and correct copy of Defendant's Statement of Facts was served on all counsel of record via the Court's CM/ECF system.

/s/ Robert J. Perez

Robert J. Perez