# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND / ODESSA DIVISION

| | | |
|---|---|---|
| AUSTIN HAMBLIN and KISKA HAMBLIN | § | |
| | § | |
| VS. | § | |
| | § | NO.   7:25-cv-00245 |
| MARTIN COUNTY, TEXAS | § | |
| | § | |
| BRAD INGRAM, | § | |
| | § | |
| ANDERS DAHL, | § | |
| | § | |
| KELSEY BROWN, | § | |
| | § | |
| RORY GAMMONS, | § | |
| | § | |
| WESTON PHELPS, and | § | |
| | § | |
| BRIAN SNELLGROVE | § | |

## PLAINTIFFS' EXHIBIT LIST
### PURSUANT TO LOCAL RULE CV-16(f)

Pursuant to Western District of Texas Local Rule CV-16(f)(4), Plaintiffs Austin Hamblin and Kiska Hamblin respectfully submit the following exhibit list, separately identifying the exhibits Plaintiffs expect to offer at trial and the exhibits Plaintiffs may offer if the need arises.

This exhibit list reflects the evidence presently known and reasonably anticipated based on the pleadings, discovery, depositions, dispositive-motion record, and issues currently remaining for trial. Cross-motions for summary judgment remain pending, and the Court's rulings may narrow, eliminate, clarify, or otherwise affect the claims, defenses, factual issues, witnesses, and exhibits necessary for trial. Plaintiffs therefore respectfully reserve the right, to the maximum extent permitted by the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Local Rules, and any order of this Court, to amend or supplement this exhibit list to conform to the Court's dispositive rulings, subsequent disclosures, newly discovered or newly produced evidence, evidentiary rulings, developments at trial, and matters raised by Defendants.

Any supplementation will be made consistently with Plaintiffs' continuing disclosure obligations and subject to the standards governing untimely disclosures, good cause, substantial justification, and harmlessness.

Plaintiffs further expressly designate and reserve the right to offer, use, or rely upon any exhibit identified or designated by any Defendant on a filed or served defense exhibit list, including during Plaintiffs' case-in-chief, cross-examination, rebuttal, impeachment, or for completeness, provided the exhibit is otherwise admissible and its use is consistent with the Court's orders and applicable procedural and evidentiary rules. Plaintiffs' reservation of the right to use a defense-designated exhibit does not constitute an admission that the exhibit is authentic, admissible, relevant, complete, or properly offered for any purpose by Defendants, and Plaintiffs retain all objections to Defendants' use of such evidence.

Plaintiffs also reserve the right to use demonstrative aids, enlargements, excerpts, compilations, summaries, timelines, charts, photographs, video excerpts, deposition excerpts, and other trial aids derived from or fairly reflecting timely disclosed evidence, subject to the Court's procedures and any required advance disclosure. Plaintiffs further reserve the right to offer evidence necessary to respond to unexpected testimony, rebut evidence first introduced by Defendants, impeach a witness, refresh recollection, establish completeness, or address matters that could not reasonably have been anticipated when this list was filed.

Nothing in this submission should be construed as waiving any objection to authenticity, foundation, relevance, hearsay, completeness, unfair prejudice, or any other ground concerning an exhibit offered by any party. Plaintiffs respectfully request leave to make such amendments or supplements as justice, the Court's rulings, and the evidence presented at trial may require.

## I. EXHIBITS PLAINTIFFS EXPECT TO OFFER

**P-1.** Native Axon body-worn-camera file

Axon_Body_3_Video_2023_05_17_0803_X60A00444, recorded May 17, 2023,

approximately 8:02 a.m. through 8:49 a.m.Dkt. 26-1, Ex. E, Video 1.

**P-2.** Native Axon body-worn-camera file

Axon_Body_3_Video_2023_05_17_1045_X60A00444, recorded May 17, 2023,

approximately 10:44 a.m. through 11:01 a.m.

**P-3.** Affidavit for Search Warrant sworn by Anders Dahl on May 16, 2023, including

Attachments A, B, and C and the materials incorporated into the affidavit.

**P-4.** Search Warrant issued May 16, 2023, by Judge Shane R. Seaton for 3700 Hamilton Street,

including the operative command identifying a Snap-On Plasma Cutter model 30i and a

Snap-On Air Compressor.

**P-5.** Return and Inventory submitted following execution of the warrant, including the return

page, inventory, and any referenced attachment.

**P-6.** Martin County Sheriff's Office initial Offense Report, Case No. 23-0135, prepared by

Weston Phelps on or about May 11 and 12, 2023, including the incident narrative,

persons, property, valuation, and routing information.

**P-7.** Martin County Sheriff's Office supplemental report prepared by Anders Dahl and dated July

17, 2023, including the chronology of investigation, search, seizure, storage, arrest, and

case disposition information

**P-8.** (withheld)

**P-9.** Sworn affidavit or declaration of Anders Dahl filed or produced in this action in which Dahl

states that he requested or 'conscripted' Brian Snellgrove to assist in execution of the

warrant, identification of property, and storage of property.

**P-10.** (withheld)

**P-11.** (withheld)

**P-12.** (withheld)

**P-13.** (withheld))

**P-14.** Brian Snellgrove and Snellgrove Enterprises' multi-page post-seizure Snap-on Tools quote and inventory generated after the property reached 2100 Westside Drive, including Invoice No. 05172340Q, item descriptions, quantities, prices, and the claimed $283,445 total.

**P-15.** Text-message screenshots between Brian Snellgrove and Brad Ingram concerning the timing of the operation and the investigation.

**P-16.** Additional produced text messages and electronic communications among Ingram, Dahl, and Snellgrove concerning the search, property identification, claimed value, inventory, storage, release, criminal report, wage claim, unemployment matter, or disposition.

**P-17.** May 16, 2023 email strings among concerning serial

**P-18.** Martin County Sheriff's Office policy manual in effect during the relevant period, including provisions concerning warrant execution, body-worn cameras, evidence and property handling, inventories, marking and tagging, secure storage, access, audits, inspections, training, conflicts, and disclosure. Ingram Dep. Ex. 8.

**P-19.** Brad Ingram's verified answers and responses to Plaintiffs' interrogatories, requests for production, and requests for admission, including court-ordered supplemental responses.

**P-20.** Anders Dahl's verified answers and responses to Plaintiffs' interrogatories, requests for production, and requests for admission, including court-ordered supplemental responses.

**P-21.** Kelsey Brown's verified answers and responses to Plaintiffs' interrogatories, requests for production, and requests for admission, including court-ordered supplemental responses.

**P-22.** Rory Gammons's verified answers and responses to Plaintiffs' interrogatories, requests for production, and requests for admission, including court-ordered supplemental responses.

**P-23.** Weston Phelps's verified answers and responses to Plaintiffs' interrogatories, requests for production, and requests for admission, including court-ordered supplemental responses.

**P-24.** Martin County and the Martin County Sheriff's Office's verified answers and responses to Plaintiffs' first set of interrogatories, requests for production, and requests for admission.

**P-25.** (withheld)

**P-26.** Brian Snellgrove's verified answers and responses to Plaintiffs' interrogatories, requests for production, and requests for admission, including admissions concerning his role, possession, storage, access, inventory, release, sale, reintegration, and disposition of property.

**P-27.** Emails, messages, letters, and other communications from Kiska Hamblin to Anders Dahl or the Martin County Sheriff's Office requesting a complete inventory, identifying disputed and non-Snap-On property, providing ownership information, and requesting return of property, together with any responses.

**P-28.** Warren Kniepkamp's February 11, 2024 sworn statement or declaration and attached item list identifying tools supplied, sold, or given to Austin Hamblin before May 2023. Snellgrove Dep. Ex. 5.

**P-29.** Authorized Snap-on franchisee customer statements and related records from Warren Kniepkamp to Austin Hamblin covering the period January 1, 2010 through May 24, 2023.

**P-30.** Snap-on Credit LLC inventory report for Austin Hamblin, debtor or account number 117629683, printed May 31, 2023, including product numbers, descriptions, dates, prices, dealers, and available serial numbers.

**P-31.** Austin Hamblin's Snap-On retail installment contracts, add-on riders, invoices, purchase records, payment records, and account statements, including purchases from multiple authorized dealers before May 17, 2023.

**P-32.** (withheld)

**P-33.** Photographs and video depicting 3700 Hamilton Street, the residence, exterior laundry-room or outbuilding areas, shed, trailers, vehicles, tools, cabinets, equipment, and the condition and location of property before or during the May 17, 2023 search.

**P-34.** Produced photographs and videos depicting the seized property at 2100 Westside Drive, including the warehouse, barn, quarantine area, storage configuration, access points, and property visible in Snellgrove Discovery Videos 1, 2, and 3.

**P-35.** (withheld)

**P-36.** Martin County Sheriff's Office case-preparation checklist, disclosure statement, case-delivery sheet, and related transmittal records identifying the materials assembled and delivered to the prosecuting attorney in Case No. 23-0135.

Respectfully Submitted,

/s/ Kurt Mueller
-------------------------------------
Kurt Mueller
Texas Bar No. 24133133

The Kurt Mueller Law Firm PLLC
565 S Mason Rd PMB 223
Katy, Texas 77450
(713) 360-2110
kurt@kurtmuellerpllc.com