# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND / ODESSA DIVISION

| | | |
|---|---|---|
| AUSTIN HAMBLIN and KISKA HAMBLIN | § | |
| | § | |
| VS. | § | |
| | § | NO.   7:25-cv-00245 |
| MARTIN COUNTY, TEXAS | § | |
| | § | |
| BRAD INGRAM, | § | |
| | § | |
| ANDERS DAHL, | § | |
| | § | |
| KELSEY BROWN, | § | |
| | § | |
| RORY GAMMONS, | § | |
| | § | |
| WESTON PHELPS, and | § | |
| | § | |
| BRIAN SNELLGROVE | § | |

## PLAINTIFFS' ESTIMATE OF TRIAL LENGTH
### PURSUANT TO LOCAL RULE CV-16(f)

Pursuant to Western District of Texas Local Rule CV-16(f)(10), Plaintiffs Austin Hamblin and Kiska Hamblin respectfully submit their estimate of the anticipated length of trial. Local Rule CV-16(f)(10) requires each party to file an estimate of the probable length of trial.

The precise length of trial cannot presently be determined because multiple cross-motions for summary judgment remain pending. The Court's resolution of those motions may narrow or otherwise clarify the claims, defenses, parties, factual issues, witnesses, and evidence to be presented at trial. Those rulings may materially affect both the number of witnesses called and the scope and duration of their examinations.

For purposes of complying with Local Rule CV-16(f)(10), Plaintiffs have prepared this estimate under the procedural assumption that all pending motions for summary judgment will be denied in full and that the claims and defenses presently pleaded will proceed to trial. That

assumption is made solely to provide the Court with a usable estimate and should not be construed as a concession concerning the merits or probable disposition of any pending motion.

Plaintiffs expressly maintain and do not withdraw, abandon, narrow, or concede any argument, request for relief, or legal position asserted in their motion for partial summary judgment and related briefing. Plaintiffs likewise do not concede the validity or merits of any motion for summary judgment, defense, or argument asserted by any Defendant.

Subject to the Court's rulings on the pending dispositive motions and any further guidance concerning the issues remaining for trial, Plaintiffs presently estimate that the trial should require approximately three to five trial days. This estimate includes the presentation of Plaintiffs' case-in-chief, the cases presented by both sets of Defendants, any rebuttal evidence, and the parties' opening statements and closing arguments.

Plaintiffs respectfully reserve the right to revise this estimate if necessary to conform to the Court's dispositive rulings, pretrial rulings, witness availability, evidentiary determinations, or other developments affecting the scope of trial.

Respectfully Submitted,

/s/ Kurt Mueller
-------------------------------------
Kurt Mueller
Texas Bar No. 24133133

The Kurt Mueller Law Firm PLLC
565 S Mason Rd PMB 223
Katy, Texas 77450
(713) 360-2110
kurt@kurtmuellerpllc.com
