**EXHIBIT A**

**DEFENDANTS' PROPOSED RULE 49 SPECIAL INTERROGATORIES REGARDING PROPERTY-VALUE DAMAGES**

The Martin County Defendants request that, in addition to any verdict form otherwise submitted, the Court submit the following written questions under Federal Rule of Civil Procedure 49(a) or, alternatively, Rule 49(b). These interrogatories are necessary to ensure that any property-value award is limited to property Plaintiffs prove they owned, possessed, or had the right to possess; property actually seized; property wrongfully seized under a surviving claim; property whose loss, damage, or loss of use was proximately caused by conduct for which the jury finds liability under a surviving claim; and property whose value is supported by competent, non-speculative evidence.

**I.**

**Preliminary Instruction Regarding Property Damages**

You must answer the following questions separately and in the order submitted.

You may not award property damages for any item or category of property unless Plaintiffs prove, by a preponderance of the evidence, each of the following:

    a.  that the Plaintiff seeking damages owned, possessed, or had the right to possess the item or category of property at the time of the search;

    b.  that the item or category of property was seized from Plaintiffs' residence;

    c.  that the seizure of the item or category of property was not authorized by the warrant, consent, plain view, or another lawful basis;

    d.  that the loss, damage, or loss of use of the item or category of property was proximately caused by conduct for which you have found liability under a surviving claim; and

    e.  that the value claimed for the item or category of property is proven by competent evidence and is not speculative.

You may not award damages for property Plaintiffs did not prove they owned, possessed,

or had the right to possess.

You may not award damages for property lawfully seized.

You may not award damages for property whose alleged loss or damage was caused solely by conduct for which you have not found liability.

You may not award the same damages more than once.

## II.

### Interrogatory No. 1: Ownership or Right to Possess

For each item or category of property listed below, did Plaintiffs prove by a preponderance of the evidence that Austin Hamblin, Kiska Hamblin, or both Plaintiffs owned, possessed, or had the right to possess the item or category of property at the time of the search?

Answer "Austin," "Kiska," "Both," or "No."

| | |
|---|---|
| Snap On 75th Anniversary roll cabinet, S/N# 95161820, 95205988 | |
| Snap On 1 ½" wrench | |
| Snap On pliers | |
| Snap On 15-piece tool kit | |
| Blue Point (Snap On) socket set | |
| Snap On butane gas soldering kit | |
| Blue Point (Snap On) hand riveter | |
| Snap On 9 piece extensions | |
| Snap On bolt cutters | |
| Snap On grease gun | |
| Snap On 4-foot tool storage light | |
| Snap On product in box to be mailed | |
| Snap On lawn chair | |
| Apple IPhone issued by Snellgrove Enterprises | |

| | |
|---|---|
| Snap On recirculating parts washer, S/N# DBO048940 | |
| Snap On black high gloss roll cabinet, S/N# W126171A, MOD# KETN682AOPC | |
| Snap On red powder tool box, S/N# AB370402A, MOD# KRA6200FPBO | |
| Snap On red air compressor, S/N# JAC22178-010, MOD# BRA7180VEM | |
| Snap On red plasma cutter, S/N# E96041 | |
| Snap On MIG welder, S/N# E28082 | |
| Snap On TIG welder, S/N# 28723 | |
| Snap On black & gray welding table | |
| Snap On black & pink roll cabinet | |
| Snap On gray & pink roll cabinet | |
| Snap On red tool chest | |
| Snap On red wall cabinet | |
| Snap On teal roll cabinet, S/N# AC456766A, MOD# KCP1422BAT | |
| Snap On black & pink roll cabinet | |
| Snap On clear door display cabinet, S/N#HD037300A, MOD# SSX22P177 | |
| Snap On red popcorn maker | |
| Snap On black bump box speaker | |
| Snap On black portable air compressor, S/N# 20491113, MOD# CTNF9050 | |
| Snap On black roll cabinet | |
| Snap On black roll cabinet | |
| Snap On floor jack | |
| Snap On floor jack | |
| Snap On red motorized bicycle | |
| Snap On tray table | |

| | |
|---|---|
| Snap On tray table | |
| Snap On tray table | |
| Snap On tray table | |
| Snap On fan, S/N# 5221002593 | |
| Blue Point (Snap On) pink tool box | |
| Snap On black wet/dry vacuum, S/N# 2021232975 | |
| Porto Cool Jetstream, S/N# 22102014311059 | |
| Glass meth pipe | |
| Glass meth pipe | |
| Two small bags containing methamphetamine | |
| One short barrel rifle with no serial number | |
| Assorted Snap On hand tools, power tools contained in the roll cabinet drawers and tool chests. | |
| Snap On red bicycle | |

## III.

## Interrogatory No. 2: Seizure of Property

For each item or category for which you answered "Austin," "Kiska," or "Both" in Interrogatory No. 1, did Plaintiffs prove by a preponderance of the evidence that the item or category was seized from Plaintiffs' residence?

Answer "Yes" or "No."

| | |
|---|---|
| Snap On 75th Anniversary roll cabinet, S/N# 95161820, 95205988 | |
| Snap On 1 ½" wrench | |
| Snap On pliers | |
| Snap On 15-piece tool kit | |
| Blue Point (Snap On) socket set | |

| | |
|---|---|
| Snap On butane gas soldering kit | |
| Blue Point (Snap On) hand riveter | |
| Snap On 9 piece extensions | |
| Snap On bolt cutters | |
| Snap On grease gun | |
| Snap On 4-foot tool storage light | |
| Snap On product in box to be mailed | |
| Snap On lawn chair | |
| Apple IPhone issued by Snellgrove Enterprises | |
| Snap On recirculating parts washer, S/N# DBO048940 | |
| Snap On black high gloss roll cabinet, S/N# W126171A, MOD# KETN682AOPC | |
| Snap On red powder tool box, S/N# AB370402A, MOD# KRA6200FPBO | |
| Snap On red air compressor, S/N# JAC22178-010, MOD# BRA7180VEM | |
| Snap On red plasma cutter, S/N# E96041 | |
| Snap On MIG welder, S/N# E28082 | |
| Snap On TIG welder, S/N# 28723 | |
| Snap On black & gray welding table | |
| Snap On black & pink roll cabinet | |
| Snap On gray & pink roll cabinet | |
| Snap On red tool chest | |
| Snap On red wall cabinet | |
| Snap On teal roll cabinet, S/N# AC456766A, MOD# KCP1422BAT | |
| Snap On black & pink roll cabinet | |
| Snap On clear door display cabinet, S/N#HD037300A, MOD# SSX22P177 | |
| Snap On red popcorn maker | |

| | |
|---|---|
| Snap On black bump box speaker | |
| Snap On black portable air compressor, S/N# 20491113, MOD# CTNF9050 | |
| Snap On black roll cabinet | |
| Snap On black roll cabinet | |
| Snap On floor jack | |
| Snap On floor jack | |
| Snap On red motorized bicycle | |
| Snap On tray table | |
| Snap On tray table | |
| Snap On tray table | |
| Snap On tray table | |
| Snap On fan, S/N# 5221002593 | |
| Blue Point (Snap On) pink tool box | |
| Snap On black wet/dry vacuum, S/N# 2021232975 | |
| Porto Cool Jetstream, S/N# 22102014311059 | |
| Glass meth pipe | |
| Glass meth pipe | |
| Two small bags containing methamphetamine | |
| One short barrel rifle with no serial number | |
| Assorted Snap On hand tools, power tools contained in the roll cabinet drawers and tool chests. | |
| Snap On red bicycle | |

## IV.

## Interrogatory No. 3: Recoverable Property Only

For each item or category for which you answered "Yes" in Interrogatory No. 2, did Plaintiffs prove by a preponderance of the evidence that the item or category was wrongfully seized under a surviving claim submitted to you?

Answer "Yes" or "No."

| | |
|---|---|
| Snap On 75th Anniversary roll cabinet, S/N# 95161820, 95205988 | |
| Snap On 1 ½" wrench | |
| Snap On pliers | |
| Snap On 15-piece tool kit | |
| Blue Point (Snap On) socket set | |
| Snap On butane gas soldering kit | |
| Blue Point (Snap On) hand riveter | |
| Snap On 9 piece extensions | |
| Snap On bolt cutters | |
| Snap On grease gun | |
| Snap On 4-foot tool storage light | |
| Snap On product in box to be mailed | |
| Snap On lawn chair | |
| Apple IPhone issued by Snellgrove Enterprises | |
| Snap On recirculating parts washer, S/N# DBO048940 | |
| Snap On black high gloss roll cabinet, S/N# W126171A, MOD# KETN682AOPC | |
| Snap On red powder tool box, S/N# AB370402A, MOD# KRA6200FPBO | |
| Snap On red air compressor, S/N# JAC22178-010, MOD# BRA7180VEM | |
| Snap On red plasma cutter, S/N# E96041 | |
| Snap On MIG welder, S/N# E28082 | |
| Snap On TIG welder, S/N# 28723 | |
| Snap On black & gray welding table | |
| Snap On black & pink roll cabinet | |
| Snap On gray & pink roll cabinet | |

| | |
|---|---|
| Snap On red tool chest | |
| Snap On red wall cabinet | |
| Snap On teal roll cabinet, S/N# AC456766A, MOD# KCP1422BAT | |
| Snap On black & pink roll cabinet | |
| Snap On clear door display cabinet, S/N#HD037300A, MOD# SSX22P177 | |
| Snap On red popcorn maker | |
| Snap On black bump box speaker | |
| Snap On black portable air compressor, S/N# 20491113, MOD# CTNF9050 | |
| Snap On black roll cabinet | |
| Snap On black roll cabinet | |
| Snap On floor jack | |
| Snap On floor jack | |
| Snap On red motorized bicycle | |
| Snap On tray table | |
| Snap On tray table | |
| Snap On tray table | |
| Snap On tray table | |
| Snap On fan, S/N# 5221002593 | |
| Blue Point (Snap On) pink tool box | |
| Snap On black wet/dry vacuum, S/N# 2021232975 | |
| Porto Cool Jetstream, S/N# 22102014311059 | |
| Glass meth pipe | |
| Glass meth pipe | |
| Two small bags containing methamphetamine | |
| One short barrel rifle with no serial number | |
| Assorted Snap On hand tools, power tools contained in the roll cabinet drawers and tool chests. | |

| Snap On red bicycle | |
|---|---|

**V.**

**Interrogatory No. 4: Proximate Cause of Loss, Damage, or Loss of Use**

For each item or category for which you answered "Yes" in Interrogatory No. 3, did Plaintiffs prove by a preponderance of the evidence that loss, damage, or loss of use of the item or category was proximately caused by conduct for which you found liability against one or more Defendants under a surviving claim?

Answer "Yes" or "No."

| | |
|---|---|
| Snap On 75th Anniversary roll cabinet, S/N# 95161820, 95205988 | |
| Snap On 1 ½" wrench | |
| Snap On pliers | |
| Snap On 15-piece tool kit | |
| Blue Point (Snap On) socket set | |
| Snap On butane gas soldering kit | |
| Blue Point (Snap On) hand riveter | |
| Snap On 9 piece extensions | |
| Snap On bolt cutters | |
| Snap On grease gun | |
| Snap On 4-foot tool storage light | |
| Snap On product in box to be mailed | |
| Snap On lawn chair | |
| Apple IPhone issued by Snellgrove Enterprises | |
| Snap On recirculating parts washer, S/N# DBO048940 | |
| Snap On black high gloss roll cabinet, S/N# W126171A, MOD# KETN682AOPC | |

| | |
|---|---|
| Snap On red powder tool box, S/N# AB370402A, MOD# KRA6200FPBO | |
| Snap On red air compressor, S/N# JAC22178-010, MOD# BRA7180VEM | |
| Snap On red plasma cutter, S/N# E96041 | |
| Snap On MIG welder, S/N# E28082 | |
| Snap On TIG welder, S/N# 28723 | |
| Snap On black & gray welding table | |
| Snap On black & pink roll cabinet | |
| Snap On gray & pink roll cabinet | |
| Snap On red tool chest | |
| Snap On red wall cabinet | |
| Snap On teal roll cabinet, S/N# AC456766A, MOD# KCP1422BAT | |
| Snap On black & pink roll cabinet | |
| Snap On clear door display cabinet, S/N#HD037300A, MOD# SSX22P177 | |
| Snap On red popcorn maker | |
| Snap On black bump box speaker | |
| Snap On black portable air compressor, S/N# 20491113, MOD# CTNF9050 | |
| Snap On black roll cabinet | |
| Snap On black roll cabinet | |
| Snap On floor jack | |
| Snap On floor jack | |
| Snap On red motorized bicycle | |
| Snap On tray table | |
| Snap On tray table | |
| Snap On tray table | |
| Snap On tray table | |

| | |
|---|---|
| Snap On fan, S/N# 5221002593 | |
| Blue Point (Snap On) pink tool box | |
| Snap On black wet/dry vacuum, S/N# 2021232975 | |
| Porto Cool Jetstream, S/N# 22102014311059 | |
| Glass meth pipe | |
| Glass meth pipe | |
| Two small bags containing methamphetamine | |
| One short barrel rifle with no serial number | |
| Assorted Snap On hand tools, power tools contained in the roll cabinet drawers and tool chests. | |
| Snap On red bicycle | |

**VI.**

**Interrogatory No. 5: Value of Recoverable Property**

For each item or category for which you answered "Yes" in Interrogatory No. 4, state the amount of money, if any, that Plaintiffs proved by a preponderance of the evidence is the fair and reasonable value of that item or category. Do not include any amount for property for which you answered "No" in Interrogatory No. 1, 2, 3, or 4. Do not include attorney's fees, costs, interest, punishment, or speculative amounts.

| | |
|---|---|
| Snap On 75th Anniversary roll cabinet, S/N# 95161820, 95205988 | $ |
| Snap On 1 ½" wrench | $ |
| Snap On pliers | $ |
| Snap On 15-piece tool kit | $ |
| Blue Point (Snap On) socket set | $ |
| Snap On butane gas soldering kit | $ |
| Blue Point (Snap On) hand riveter | $ |
| Snap On 9 piece extensions | $ |

| | |
|---|---|
| Snap On bolt cutters | $ |
| Snap On grease gun | $ |
| Snap On 4-foot tool storage light | $ |
| Snap On product in box to be mailed | $ |
| Snap On lawn chair | $ |
| Apple IPhone issued by Snellgrove Enterprises | $ |
| Snap On recirculating parts washer, S/N# DBO048940 | $ |
| Snap On black high gloss roll cabinet, S/N# W126171A, MOD# KETN682AOPC | $ |
| Snap On red powder tool box, S/N# AB370402A, MOD# KRA6200FPBO | $ |
| Snap On red air compressor, S/N# JAC22178-010, MOD# BRA7180VEM | $ |
| Snap On red plasma cutter, S/N# E96041 | $ |
| Snap On MIG welder, S/N# E28082 | $ |
| Snap On TIG welder, S/N# 28723 | $ |
| Snap On black & gray welding table | $ |
| Snap On black & pink roll cabinet | $ |
| Snap On gray & pink roll cabinet | $ |
| Snap On red tool chest | $ |
| Snap On red wall cabinet | $ |
| Snap On teal roll cabinet, S/N# AC456766A, MOD# KCP1422BAT | $ |
| Snap On black & pink roll cabinet | $ |
| Snap On clear door display cabinet, S/N#HD037300A, MOD# SSX22P177 | $ |
| Snap On red popcorn maker | $ |
| Snap On black bump box speaker | $ |
| Snap On black portable air compressor, S/N# 20491113, MOD# CTNF9050 | $ |

| | |
|---|---|
| Snap On black roll cabinet | $ |
| Snap On black roll cabinet | $ |
| Snap On floor jack | $ |
| Snap On floor jack | $ |
| Snap On red motorized bicycle | $ |
| Snap On tray table | $ |
| Snap On tray table | $ |
| Snap On tray table | $ |
| Snap On tray table | $ |
| Snap On fan, S/N# 5221002593 | $ |
| Blue Point (Snap On) pink tool box | $ |
| Snap On black wet/dry vacuum, S/N# 2021232975 | $ |
| Porto Cool Jetstream, S/N# 22102014311059 | $ |
| Glass meth pipe | $ |
| Glass meth pipe | $ |
| Two small bags containing methamphetamine | $ |
| One short barrel rifle with no serial number | $ |
| Assorted Snap On hand tools, power tools contained in the roll cabinet drawers and tool chests. | $ |
| Snap On red bicycle | $ |
| **Total Recoverable Property Value, if any:** | **$** |

**VII.**

**Interrogatory No. 6: Allocation by Plaintiff**

For each amount stated in Interrogatory No. 5, allocate the value between Austin Hamblin and Kiska Hamblin according to the ownership or right-to-possess findings you made in Interrogatory No. 1.

Do not allocate any amount to a Plaintiff unless you found that Plaintiff owned, possessed,

or had the right to possess the item or category.

| | |
|---|---|
| Austin Hamblin: | $ |
| Kiska Hamblin: | $ |
| **Total:** | $ |

## VIII.

### Interrogatory No. 7: Defendant-Specific Causation for Property Value

For each Defendant against whom you found liability under a surviving claim, state whether Plaintiffs proved by a preponderance of the evidence that the Defendant's conduct proximately caused the recoverable property-value damages, if any, stated above.

Answer "Yes" or "No."

| | |
|---|---|
| Brad Ingram: | |
| Anders Dahl: | |
| Kelsey Brown: | |
| Rory Gammons: | |
| Martin County, Texas: | |
| Brian Snellgrove: | |

## IX.

### Interrogatory No. 8: Amount of Property-Value Damages Proximately Caused by Each Liable Defendant

For each Defendant for whom you answered "Yes" in Interrogatory No. 7, state the amount of recoverable property-value damages, if any, proximately caused by that Defendant's conduct. Do not duplicate damages. If the same property-value damages were caused by more than one Defendant, do not add the same amount more than once in calculating Plaintiffs' total damages.

| | |
|---|---|
| Brad Ingram: | $ |

| | |
|---|---|
| Anders Dahl: | $ |
| Kelsey Brown: | $ |
| Rory Gammons: | $ |
| Martin County, Texas: | $ |
| Brian Snellgrove: | $ |
| **Total non-duplicative recoverable property-value damages:** | $ |

## X.

### Interrogatory No. 9: Excluded Property

State whether any portion of Plaintiffs' claimed property value is excluded from your property-damages award because Plaintiffs failed to prove ownership, seizure, wrongful seizure, causation, or value by a preponderance of the evidence.

Answer "Yes" or "No":

If "Yes," identify the excluded item or category and the reason it was excluded:

| | |
|---|---|
| Item/category: | |
| Reason excluded: | |
| Item/category: | |
| Reason excluded: | |
| Item/category: | |
| Reason excluded: | |
| Item/category: | |
| Reason excluded: | |