**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **AUSTIN HAMBLIN and KISKA HAMBLIN,** *Plaintiffs*, | § § § § | |
| **v.** | § § | **MO:25-CV-00245-RCG** |
| **BRAD INGRAM, ANDERS DAHL, KELSEY BROWN, RORY GAMMONS, each in their individual capacity; MARTIN COUNTY, TEXAS; and BRIAN SNELLGROVE;** *Defendants*. | § § § § § § § | |

## ORDER FOR LETTER BRIEF

On August 4, 2026, the Court conducted a final pretrial conference in this case. Discussed at length was references to the alleged substance and pipes seized during the search. The parties may submit to the Court a letter brief arguing whether evidence of the alleged substance and pipes should be permitted at trial under Rule 403 no later than **August 12, 2026**. The brief shall be no more than **five pages**. No responses or replies will be accepted.

It is so **ORDERED**.

SIGNED this 5th day of August, 2026.

RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE