**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **AUSTIN HAMBLIN and KISKA HAMBLIN,** *Plaintiffs,* | § § § § | |
| **v.** | § § | **MO:25-CV-00245-RCG** |
| **BRAD INGRAM, ANDERS DAHL, KELSEY BROWN, RORY GAMMONS, each in their individual capacity; MARTIN COUNTY, TEXAS; and BRIAN SNELLGROVE;** *Defendants.* | § § § § § § § | |

## ORDER MEMORIALIZING FINAL PRETRIAL CONFERENCE

On August 4, 2026, the Court conducted a final pretrial conference in this case. The Court's oral rulings are memorialized in this Order.

Trial remains set for **August 24, 2026**. Jury selection will begin on **August 24, 2026, at 8:30 a.m.**; counsel shall be present and ready at **8:00 a.m.** for a final pretrial hearing. The jury will consist of eight jurors, with no alternates. Plaintiffs shall have three peremptory strikes in total. Defendant Snellgrove and the Martin County Defendants shall have three peremptory strikes each.

The parties shall have hard copies of exhibits prepared in a binder available as necessary for witnesses, the Court, and opposing counsel.

Plaintiffs and Defendant Snellgrove shall confer and submit to the Court any agreements to narrow the claims preceding to trial no later than **August 7, 2026**.

The parties shall confer and submit to the Court, to the greatest extent possible, an agreed set of proposed jury instructions and a proposed verdict form no later than **August 11, 2026**.

The parties shall also confer and submit a joint statement of claims and defenses no later than **August 18, 2026**. By the same deadline, the parties shall submit (1) any joint stipulations and (2) their exhibits to Box.

If the parties wish to test the Court's technology, they should do so no later than **August 19, 2026**.

The Court **PRE-ADMITS** Plaintiffs' Exhibits P-1 through P-7, P-9, P-14, P-18 through P-24, P-26, P-27, P-33, P-34, and P-36.

The Court **PRE-ADMITS** Martin County Defendants' Exhibits G-1 through G-6, G-8 through G-11, G-14, G-15, G-17, G-18, and G-20.

The Court **PRE-ADMITS** Defendant Snellgrove's Exhibits S-3 through S-10.

The Court **GRANTS** Plaintiffs' Motion in Limine as to Nos. 1–6, 9–10, 14 and as to Procedural Request Nos. 1 and 3. (Doc. 96). The Court **DENIES** Plaintiffs' Motion in Limine as to Nos. 7–8, 11–13 and as to Procedural Request Nos. 2. (Doc. 96).

The Court **GRANTS** Martin County Defendants' Motion in Limine as to Nos. 1–7, 9–13, 15–16. (Doc. 91). The Court **DENIES** Martin County's Motion in Limine as to Nos. 8 and 14. (Doc. 91).

The Court **GRANTS** Defendant Snellgrove's Oral Motion for judgment as a matter of law as to Plaintiffs' Fourteenth Amendment claim against Defendant Snellgrove for the same reasons provided in the Court's Omnibus Order (Doc. 110).

The Court **DENIES** Plaintiffs' Motion to Permit Live Remote Testimony. (Doc. 109).

The Court **GRANTS** Martin County Defendants' Motion for Leave to Supplement Verdict-Form Submission. (Doc. 120).

The Court **GRANTS** Plaintiffs' Motion for Leave to Supplement Exhibit Identification and Rule 26(a)(3) Pretrial Disclosures. (Doc. 122).

It is so **ORDERED**.

SIGNED this 5th day of August, 2026.

RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE