**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **AUSTIN HAMBLIN and KISKA HAMBLIN,**<br>　　　*Plaintiffs,*<br><br>**v.**<br><br>**BRAD INGRAM, ANDERS DAHL, KELSEY BROWN, RORY GAMMONS, each in their individual capacity; MARTIN COUNTY, TEXAS; and BRIAN SNELLGROVE;**<br>　　　*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **MO:25-CV-00245-RCG** |

## ORDER SETTING FOLLOW-UP PRETRIAL CONFERENCE

On this day, the Court considered the status of the above case.

It is hereby **ORDERED** that a hearing as a follow-up to the Final Pretrial Conference will be held on **Tuesday, August 18, 2026, at 2:00 p.m.** via Zoom. The Court will supply the Parties with the necessary Zoom meeting information via email within 24 hours of the scheduled hearing time.

It is so **ORDERED**.

SIGNED this 11th day of August, 2026.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE