**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| AUSTIN HAMBLIN and KISKA HAMBLIN, | § | |
| Plaintiffs, | § | |
| v. | § | **MO:25-CV-00245-RCG** |
| BRAD INGRAM, ANDERS DAHL, KELSEY | § | |
| BROWN, RORY GAMMONS, each in their | § | |
| individual capacity; MARTIN COUNTY, TEXAS; | § | |
| and BRIAN SNELLGROVE, | § | |
| Defendants. | § | |

**PLAINTIFFS' MOTION FOR LEAVE TO SUBSTITUTE CORRECTED EXHIBIT A TO DOCKET NO. 133**

1.  Plaintiffs Austin Hamblin and Kiska Hamblin respectfully request leave to substitute the corrected proposed Fourth Amended Complaint attached to this Motion as Exhibit A for the version of Exhibit A attached to Plaintiffs' Opposed Motion for Leave to File Fourth Amended Complaint and for Voluntary Withdrawal and Dismissal Without Prejudice of Counts 6 and 8. Doc. 133.

2.  The version of Exhibit A attached to Doc. 133 did not reflect the final intended language of paragraph 183. Specifically, paragraph 183 did not preserve Plaintiffs' request for punitive and exemplary damages available under 42 U.S.C. § 1983 and the remaining causes of action.

3.  Doc. 133 expressly provides that withdrawal of Counts 6 and 8 does not withdraw or limit damages available through Plaintiffs' surviving claims. The proposed order submitted with Doc. 133 likewise provides that the requested withdrawal does not limit any punitive or exemplary damages theory available through the remaining causes of action.

4. Plaintiffs therefore submit the corrected proposed Fourth Amended Complaint attached hereto as Exhibit A. The corrected exhibit changes only paragraph 183, which now provides:

> 183. Award Plaintiffs punitive damages against any individual Defendant found liable under 42 U.S.C. § 1983 whose conduct is shown to have been motivated by evil motive or intent or to have involved reckless or callous indifference to Plaintiffs' federally protected rights, and award exemplary damages against Defendant Brian Snellgrove under any remaining state-law cause of action for which such damages are authorized, including, to the extent the required findings are made, without application of the limitation in Texas Civil Practice and Remedies Code § 41.008(b) pursuant to § 41.008(c)(13), all to the extent permitted by law and without duplicative recovery;

5. The correction restores relief already asserted in Plaintiffs' Third Amended Complaint and preserved by Doc. 133. It does not add any claim, party, factual allegation, or new category of damages. It does not alter Plaintiffs' request to voluntarily withdraw Counts 6 and 8 without prejudice or any other relief requested in Doc. 133.

6. Pursuant to the Court's inherent authority to manage its docket and Western District of Texas Local Rule CV-7(b), Plaintiffs respectfully request that the corrected Exhibit A attached to this Motion be substituted for the version of Exhibit A attached to Doc. 133 and that the corrected Exhibit A control for purposes of the Court's consideration of Doc. 133. See *Dietz v. Bouldin*, 579 U.S. 40, 45 (2016).

**CONCLUSION**

7.  Plaintiffs respectfully request that the Court grant this Motion, substitute the corrected proposed Fourth Amended Complaint attached hereto as Exhibit A for the version attached to Doc. 133, and grant such other relief as the Court deems appropriate.

## CERTIFICATE OF CONFERENCE

On August 7, 2026, undersigned counsel conferred by text message and email with Mr. Perez, counsel for Defendant Brian Snellgrove, concerning a fee-neutral voluntary withdrawal without prejudice of Counts 6 and 8. Mr. Perez advised that his client had instructed him not to settle any portion of the case under any conditions and therefore Defendant would not consent to the requested withdrawal. No agreement could be reached. This Motion is opposed.

## CERTIFICATE OF SERVICE

I certify that on the date reflected by the CM/ECF filing stamp, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will provide notice to all counsel of record who are registered CM/ECF users.

Respectfully submitted,
**/s/ Kurt Mueller**
Kurt Mueller
Texas Bar No. 24133133

The Kurt Mueller Law Firm PLLC
565 S Mason Rd PMB 223
Katy, Texas 77450
(713) 360-2110
Fax: N/A
kurt@kurtmuellerpllc.com

**ATTORNEY FOR PLAINTIFFS**