**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| AUSTIN HAMBLIN and KISKA HAMBLIN, | § | |
| Plaintiffs, | § | |
| v. | § | **MO:25-CV-00245-RCG** |
| BRAD INGRAM, ANDERS DAHL, KELSEY | § | |
| BROWN, RORY GAMMONS, each in their | § | |
| individual capacity; MARTIN COUNTY, TEXAS; | § | |
| and BRIAN SNELLGROVE, | § | |
| Defendants. | § | |

**ORDER GRANTING PLAINTIFFS' MOTION TO SUBSTITUTE CORRECTED
EXHIBIT**

BEFORE THE COURT is Plaintiffs' Motion for Leave to Substitute Corrected Exhibit to Docket

No. 133.

1.  The Motion is GRANTED.

2.  The corrected proposed Fourth Amended Complaint attached as the exhibit to Plaintiffs'

    Motion to Substitute is SUBSTITUTED for the version of attached to Docket No. 133.

3.  For purposes of the Court's consideration of Docket No. 133, the corrected Exhibit shall

    control and the previously attached version of Exhibit is superseded.

4.  The substitution does not alter any other aspect of Docket No. 133 or the relief requested

    therein.

**It is so ORDERED.**

SIGNED this _____ day of August, 2026.


_____
**RONALD C. GRIFFIN**
UNITED STATES MAGISTRATE JUDGE