**IN THE UNITED DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

AUSTIN HAMBLIN and                    §
KISKA HAMBLIN                         §
                                      §
                                      §
                                      §
                                      §
v.                                    §
                                      §    **NO: 7:25-cv-00245**
MARTIN COUNTY SHERIFFS                §
DEPARTMENT, BRAD INGRAM,              §
ANDERS DAHL, KELSEY BROWN,            §
RORY GAMMONS, AND WESLEY              §
PHELPS                                §

## ENTRY OF APPEARANCE OF CO-COUNSEL FOR DEFENDANT ANDERS DAHL

COMES NOW, Damon Richards Law Offices (Damon Richards), and hereby enters his appearance as co-counsel on behalf of Defendant Anders Dahl, in the above-entitled cause of action. Counsel respectfully requests that all correspondence and documents be provided to Counsel at the address below.

Respectfully submitted,

Damon Richards Law Offices
3901 84th Street
Lubbock, Texas 79423
(806) 744-1100
(806) 744-1170

BY: _____

DAMON RICHARDS
SBN: 16845470
*Attorney for Defendant Anders Dahl*

*Entry of Appearance of Co- Counsel*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 12th day of August 2026, that a true and correct copy of the foregoing document was served on all counsel of record via efiling.


_____
Damon Richards