# HOWARD COUNTY SHERIFF OFFICE

# Offense / Incident Report

**GENERAL OFFENSE INFORMATION**          **Report Type:**  Initial Report

| | |
|---|---|
| **Agency** HOWARD COUNTY SHERIFF OFFICE | **Location** 3700 HAMILTON STREET BIG SPRING TX 79720 |
| **Case #** 23-0578 | |
| **File #** | |
| **Description** INCIDENT REPORT- SEIZED PROPERTY | |
| **Incident Status** CLOSED | **From Date/Time** 05/17/2023 08:02 |
| | **To Date/Time** |
| | **Report Date** 05/17/2023 08:02 |
| **Reporting Officer** GAMMONS, R | **Initial Rep. Date** 05/17/2023 08:02 |

## COMPLAINANT

| | | | |
|---|---|---|---|
| **Name** | THE STATE OF TEXAS, | | |
| **Address** | 3613 W HWY 80  BIG SPRING TX 79720 | | **Phone** 432-264-2231 |
| **Race** | **Ethnic** | **Sex** | **DOB** |
| **Height** | **Weight** | **Hair** | **Eyes** |
| **S.S.N.** ___-__-____ | **DL & St.** | **JRN#** | |

## SUBJECT(S)

| | | | |
|---|---|---|---|
| **Name** | HAMBLIN, AUSTIN EUGENE | | |
| **Address** | 3700 HAMILTON STREET  BIG SPRING, TX 79720 | | **Phone** ___-___-____ |
| **Race** W | **Ethnic** U | **Sex** M | **DOB** 12/10/1990 (32) |
| **Height** 5'11" | **Weight** 185 | **Hair** BRO | **Eyes** HZL |
| **S.S.N.** ___-__-____ | **DL & St.** 24374061 TX | **JRN#** | |
| **Sub. Type** OTHER | **Arrest ID** | **Citation #** | |
| **Notes** | | | |

| | | | |
|---|---|---|---|
| **Name** | HAMBLIN, KISKA BREANNAH | | |
| **Address** | 3700 HAMILTON STREET  BIG SPRING, TX 79720 | | **Phone** ___-___-____ |
| **Race** W | **Ethnic** | **Sex** F | **DOB** 10/15/1992 (30) |
| **Height** 5'07" | **Weight** 175 | **Hair** BRO | **Eyes** HZL |
| **S.S.N.** ___-__-____ | **DL & St.** 45976880 TX | **JRN#** | |
| **Sub. Type** OTHER | **Arrest ID** | **Citation #** | |
| **Notes** | | | |

Case No:   23-0578

## PROPERTY

| Property Category | FIREARMS | | | Loss Type | SAFE KEEPING |
|---|---|---|---|---|---|
| Description | TAN IN COLOR AR-15 STYLE PISTOL (UNK BRAND, NO SERIAL NUMBER) | | | | |
| Notes | COLLECTED FOR SAFEKEEPING UNTIL FURTHER INVESTIGATION BY ATF | | | | |
| Make | | Model | | Style | |
| Serial No / VIN | | | | Color | |
| Vehicle Year | | Plate No/ State/ Type | | | |
| Loss Date | | Loss Quantity | | Loss Value | |
| Rec Date | 5/17/2023 | Rec Quantity | 1 | Rec Value | |
| Drug Type | | Drug Quantity | | Drug UOM | |

| Property Category | DRUG/NARCOTIC EQUIPMENT | | | Loss Type | SAFE KEEPING |
|---|---|---|---|---|---|
| Description | GLASS SMOKING PIPE WITH BURNT RESIDUE | | | | |
| Notes | SUBMITTED FOR DESTRUCTION | | | | |
| Make | | Model | | Style | |
| Serial No / VIN | | | | Color | |
| Vehicle Year | | Plate No/ State/ Type | | | |
| Loss Date | | Loss Quantity | | Loss Value | |
| Rec Date | 5/17/2023 | Rec Quantity | 4 | Rec Value | |
| Drug Type | | Drug Quantity | | Drug UOM | |

| Property Category | DRUGS/NARCOTICS | | | Loss Type | SAFE KEEPING |
|---|---|---|---|---|---|
| Description | BLACK PLASTIC BAG CONTAINING WHITE POWDER SUBSTANCE SUSPECTED TO BE METHAMPHETAMINE, 3.60 GRAMS WITH PACKAGING | | | | |
| Notes | SUBMITTED FOR DESTRUCTION | | | | |
| Make | | Model | | Style | |
| Serial No / VIN | | | | Color | |
| Vehicle Year | | Plate No/ State/ Type | | | |
| Loss Date | | Loss Quantity | | Loss Value | |
| Rec Date | 5/17/2023 | Rec Quantity | 1 | Rec Value | |
| Drug Type | METHAMPHETAMINES | Drug Quantity | 3.6 | Drug UOM | GRAMS |

| Property Category | DRUGS/NARCOTICS | | | Loss Type | SAFE KEEPING |
|---|---|---|---|---|---|
| Description | BLACK PLASTIC BAG CONTAINING WHITE POWDER SUBSTANCE SUSPECTED TO BE METHAMPHETAMINE, 3.02 GRAMS WITH PACKAGING | | | | |
| Notes | SUBMITTED FOR DESTRUCTION | | | | |
| Make | | Model | | Style | |
| Serial No / VIN | | | | Color | |
| Vehicle Year | | Plate No/ State/ Type | | | |
| Loss Date | | Loss Quantity | | Loss Value | |
| Rec Date | 5/17/2023 | Rec Quantity | 1 | Rec Value | |
| Drug Type | METHAMPHETAMINES | Drug Quantity | 3.02 | Drug UOM | GRAMS |

Case No:   23-0578

| **Property Category** | OTHER | | | **Loss Type** | SAFE KEEPING |
|---|---|---|---|---|---|
| **Description** | EMPTY BLACK PLASTIC BAG (GROSS WEIGHT 2.81 GRAMS) | | | | |
| **Notes** | | | | | |
| **Make** | | **Model** | | **Style** | |
| **Serial No / VIN** | | | | **Color** | |
| **Vehicle Year** | | **Plate No/ State/ Type** | | | |
| **Loss Date** | | **Loss Quantity** | | **Loss Value** | |
| **Rec Date** | 5/17/2023 | **Rec Quantity** | 1 | **Rec Value** | |
| **Drug Type** | | **Drug Quantity** | | **Drug UOM** | |

| **Property Category** | OTHER | | | **Loss Type** | SAFE KEEPING |
|---|---|---|---|---|---|
| **Description** | SMALL CLEAR PLASTIC BAGS, EMPTY | | | | |
| **Notes** | SUBMITTED FOR DESTRUCTION | | | | |
| **Make** | | **Model** | | **Style** | |
| **Serial No / VIN** | | | | **Color** | |
| **Vehicle Year** | | **Plate No/ State/ Type** | | | |
| **Loss Date** | | **Loss Quantity** | | **Loss Value** | |
| **Rec Date** | 5/17/2023 | **Rec Quantity** | 32 | **Rec Value** | |
| **Drug Type** | | **Drug Quantity** | | **Drug UOM** | |

**Entered By**   GAMMONS, R          _____

**Officer**   GAMMONS, R          _____

**Supervisor**          _____

Case No:   23-0578

## HOWARD COUNTY SHERIFF DEPARTMENT

## Incident # 23-0578 (Synopsis)

02/12/2025 A. BARLOW 2377  ITEM A WAS RETURNED TO OWNER, AUSTIN HAMBLIN (12/10/1990), IDENTIFIED BY TX DL #24374061 ON 02/13/2025 @ 1555PM.  CCH/29 SHOWED A PENDING FELONY CHARGE OUT OF MARTIN COUNTY.  ABARLOW SPOKE TO SGT. GAMMONS CONCERNING THE CCH AND HE ADVISED THAT HE HAD ALREADY SPOKEN TO MARTIN COUNTY AND THE CHARGE WAS BEING DISMISSED. PERMISSION FOR RELEASE WAS GIVEN BY DA HAMBY VIA SGT. GAMMONS WHO EMAILED ON 02/11/2025 @ 1341 PM.