**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **AUSTIN HAMBLIN and KISKA HAMBLIN,** *Plaintiffs,* | § § § § | |
| v. | § | **MO:25-CV-00245-RCG** |
| **BRAD INGRAM, ANDERS DAHL, KELSEY BROWN, RORY GAMMONS, each in their individual capacity; MARTIN COUNTY, TEXAS; and BRIAN SNELLGROVE,** *Defendants.* | § § § § § § § | |

**PLAINTIFFS' LIMITED MISCELLANEOUS OBJECTION**
**TO DOCKET NO. 140**
**(REGARDING DEFENDANT SNELLGROVE'S UNCONFERRED PROPOSALS)**

**TO THE HONORABLE COURT:**

1. Plaintiffs Austin Hamblin and Kiska Hamblin file this limited miscellaneous objection concerning the jury instructions and verdict form filed at Docket No. 140.

2. Plaintiffs do not ask the Court to strike Docket No. 140, and they appreciate Martin County's counsel's efforts to consolidate the parties' positions before the filing deadline. Plaintiffs raise only one narrow concern: Robert Perez, counsel for Defendant Brian Snellgrove, did not meet and confer with Plaintiffs regarding the proposals he provided for inclusion in the filing.

3. On August 10, 2026, at 3:29 p.m., Mr. Perez declined the proposed early-morning conference because of the time difference and suggested a conference around noon. No attempted conference with Plaintiffs followed. On August 12 at 10:16 a.m., Mr. Perez advised that he intended to make additional proposals. At 10:33 a.m., Plaintiffs welcomed further agreement and stated that the requested additional time should be used for an actual

meet and confer. Martin County's counsel then proposed obtaining Mr. Perez's redline to make a later conference more efficient.

4. Plaintiffs remained available to confer, including by emails sent on August 13 at 12:00 p.m. and August 14 at 12:55 p.m. and 5:13 p.m. Mr. Perez did not provide his proposals to Plaintiffs or discuss them with Plaintiffs before sending them to Martin County's counsel for incorporation. Plaintiffs first received the substance of Mr. Perez's additions when Martin County's counsel circulated the final draft at 9:01 p.m. on August 14, shortly before filing.

4. Plaintiffs do not suggest bad faith. They are simply disappointed that Mr. Perez communicated his proposals to Martin County's counsel unilaterally, who then incorporated them into the joint filing, without giving Plaintiffs a meaningful opportunity to consider or proposal revisions or alternative language of their own for submission to the Court. Plaintiffs respectfully ask the Court to treat Mr. Perez's additions as Defendant Snellgrove's unilateral proposals, without the conferral required by the rules, and not to treat Plaintiffs' lack of a proposal language as to Mr. Perez's section as anything more than reflecting the reality Plaintiffs were never presented with Mr. Perez's language in order to respond to.

**CERTIFICATE OF SERVICE**

I certify that the foregoing was filed through CM/ECF on the date shown by the filing stamp, which served all counsel of record.

Respectfully submitted,

**/s/ Kurt Mueller**
Kurt Mueller, Texas Bar No. 24133133
**THE KURT MUELLER LAW FIRM PLLC**
565 S. Mason Road, PMB 223, Katy, Texas 77450
(713) 360-2110 | kurt@kurtmuellerpllc.com
*Counsel for Plaintiffs*