**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **AUSTIN HAMBLIN and KISKA HAMBLIN,** *Plaintiffs,* | § | |
| **v.** | § | **MO:25-CV-00245-RCG** |
| **BRAD INGRAM, ANDERS DAHL, KELSEY BROWN, RORY GAMMONS, each in their individual capacity; MARTIN COUNTY, TEXAS; and BRIAN SNELLGROVE;** *Defendants.* | § | |

**ORDER MEMORIALIZING FOLLOW-UP FINAL PRETRIAL CONFERENCE**

On August 18, 2026, the Court conducted a follow-up to the final pretrial conference in this case. The Court's oral rulings are memorialized in this Order.

Plaintiffs' Motion to Amend Complaint and Motion to Substitute Exhibit are **DENIED**. (Docs. 133, 134). The Court converts Plaintiffs' request to amend their Complaint into a Rule 41(a)(2) Motion to Voluntary Dismiss Counts 6 (negligence) and 8 (Texas Theft Liability Act) from their Third Amended Complaint. Thus, under Rule 41(a)(2), the Court **DISMISSES WITHOUT PREJUDICE** Plaintiffs' negligence and Texas Theft Liability Act claims against Defendant Brian Snellgrove in an effort to streamline the litigation prior to trial. Neither Plaintiffs nor Defendant Brian Snellgrove is a prevailing party with respect to these claims.

Plaintiffs' Motion for Limited Reconsideration of Peremptory Challenges and to Establish Coordinated Defense Trial Procedures is **GRANTED IN PART** and **DENIED IN PART**. (Doc. 142). Plaintiffs will have three strikes, Martin County Defendants will have three strikes, and Defendant Snellgrove will have three strikes. And regarding witness examination, the Court will allow one attorney for Martin County Defendants to question each witness. Martin

County Defendants may select which attorney for each witness. Defendant Snellgrove's attorney will be allowed to examine the witness separately.

The Court's discussion on the admissibility of the alleged substance, glass pipes, and firearm will issue by separate Order.

It is so **ORDERED**.

SIGNED this 20th day of August, 2026.

RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE