Martin County Commissioner's Court Regular Meeting Minutes
On File in the Martin County Clerk's Office
Stanton Texas 79782

**REGULAR MEETING**

Tuesday at 9:00 A.M May 27, 2025

Be it remembered that on the above day and date the Commissioner's Court of Martin County Texas met in session with the following members present, to wit: Judge Bryan Cox, Kenny Stewart Commissioner Precinct 1, Auggie Ramos, Commissioner Precinct 2, Brian Snellgrove Commissioner Precinct 3, Koy Blocker Commissioner Precinct 4, and Linda Gonzales, County Clerk, when the following were had, to wit:

Glen Rodriguez, Kacey Bland, Brooke Luxton, Erica Brown and Todd Brown met with the Court.

**NOTICE OF OPEN MEETING OF THE**
**COMMISSIONERS COURT OF MARTIN COUNTY, TEXAS**

Notice is hereby given that a **Regular** Meeting of the above named Commissioners Court will be held on **Tuesday,** the **27th** day of **May, 2025,** at **9:00 a.m.** in the County Courthouse, 301 North St. Peter, Stanton, Texas, at which time the Court will deliberate and consider action on the following items:

1. Call to order and roll call
2. Public comment;
3. Approve payroll and account payable;
4. Officials' reports;
5. Approve minutes;
6. Road report;
7. Discuss and consider driveway and pipeline utility crossing permit applications;
8. Improvements and repairs;
9. Discuss and approve donation from Millhollon Education Trust;
10. Budget amendment;
11. Approve bonds;
12. Discuss and consider purchase of a new maintainer (1) for Road and Bridge Dept.;
13. Discuss and consider purchase of a new dump truck (1) for Road and Bridge Dept.;
14. Discuss and consider Martin Count Sheriff's Dept. for a request to employ another jailer;
15. Discuss and consider Brown's BBQ concessionaire contract;
16. Martin County Community Center Complex (MCCCC) updates by Kacy Bland;
17. Adjourn.

Pursuant to the authority granted under Government Code, Chap. 551, the Commissioners Court may convene a closed session to discuss any of the above agenda items. Immediately before any closed session, the specific section or sections of Government Code, Chap. 551 which provide statutory authority will be announced.

The next regular meeting of the Commissioners Court will be held on the **10th** day of **June, 2025,** in the Courtroom. Persons are requested to advise the County Judge by the Wednesday preceding the meeting in order to be included on the agenda.

**COMMISSIONERS COURT OF MARTIN COUNTY, TEXAS**

May 22, 2025

By: *Bryan Cox*
COUNTY JUDGE, MARTIN COUNTY, TEXAS

ATTEST: *Linda Gonzales*
COUNTY CLERK, MARTIN COUNTY, TEXAS

By: *Deborah Kennedy*

**POSTED & FILED**
May 23, 2025 @ 10:55 AM
LINDA GONZALES
District & County Clerk Martin Co., Texas
By *Deborah Kennedy*, Deputy

- Public Comment – None
- Motion by Commissioner Ramos and seconded by Commissioner Stewart to approve payroll, accounts payable, officials' reports, and minutes. All voted yes. 4-0. Copies on file in Clerk's office.

.

.

05/27/2025 A/P CHECK REG - MARTIN COUNTY, TEXAS Page 1
08:27:02 05/27/2025 - 05/27/2025
apprchkr 1.00.d Checks: No Separation

| VendCode | Fund | Bank | Vendor Name | Check | Amount | Date |
|---|---|---|---|---|---|---|
| INSIGHT | 040 | 40 | FIFTH THIRD BANK | 5088 | 42,209.12 | 05/27/2025 |
| A-1SIG | 020 | 01 | A-1 SIGN ENGRAVERS,INC. | 38009 | 2,350.00 | 05/27/2025 |
| AEMERG | 005 | 01 | AMERICAN EMERGENCY PRODUCTS | 38010 | 18,290.66 | 05/27/2025 |
| ARAGLE | 005 | 01 | ANDREW S RAGLE | 38011 | 244.20 | 05/27/2025 |
| ASATTTER | 005 | 01 | AMBER SATTERFIELD | 38012 | 7.77 | 05/27/2025 |
| BAILEYFO | 005 | 01 | BAILEY TOLIVER FORD | 38013 | 459.64 | 05/27/2025 |
| BARRFA | 010 | 01 | BARRAZA FARM | 38014 | 216.00 | 05/27/2025 |
| BWOOLF | 005 | 01 | BRITNEY WOOLF | 38015 | 13.56 | 05/27/2025 |
| CDWGOV | 005 | 01 | CDW- GOVERNMENT | 38016 | 10,985.77 | 05/27/2025 |
| CIVIC | 005 | 01 | CIVICPLUS LLC | 38017 | 12,685.00 | 05/27/2025 |
| CLACHA | 005 | 01 | CHARLIE CLARK CHEVROLET BUICK GMC | 38018 | 1,846.31 | 05/27/2025 |
| CULTIVAT | 005 | 01 | CULTIVATE AGENCY | 38019 | 4,200.00 | 05/27/2025 |
| DEMCO | 005 | 01 | DEMCO | 38020 | 58.10 | 05/27/2025 |
| EILA&A | 005 | 01 | EILAND & ASSOCIATES | 38021 | 107,429.00 | 05/27/2025 |
| FENDTI | 005 | 01 | FENDER TIRE & TRUCK ACCESSORIES | 38022 | 1,086.95 | 05/27/2025 |
| GUARDIAN | 005 | 01 | GUARDIAN RFID | 38023 | 3,346.00 | 05/27/2025 |
| GUARDPI | 005 | 01 | GUARDIAN PI INC | 38024 | 584.55 | 05/27/2025 |
| HARFOR | 005 | 01 | HART INTERCIVIC, INC. | 38025 | 270.00 | 05/27/2025 |
| HEAVEH | 010 | 01 | FLEETPRIDE, INC | 38026 | 4.74 | 05/27/2025 |
| HOMDEP | 005 | 01 | HOME DEPOT CREDIT SERVICES | 38027 | 323.78 | 05/27/2025 |
| IBUITRON | 005 | 01 | ISABELLE BUITRON | 38028 | 10.10 | 05/27/2025 |
| ICSJAI | 005 | 01 | ICS JAIL SUPPLIES | 38029 | 36.21 | 05/27/2025 |
| INGLIB | 005 | 01 | INGRAM LIBRARY SERVICES | 38030 | 554.09 | 05/27/2025 |
| INSIGHT | 005 | 01 | FIFTH THIRD BANK | 38031 | 3,543.93 | 05/27/2025 |
| JBTRAI | 010 | 01 | J & B TRAILERS & EQUIPMENT | 38032 | 876.35 | 05/27/2025 |
| KBLAND | 005 | 01 | KACY BLAND | 38033 | 615.33 | 05/27/2025 |
| LGSCONF | 005 | 01 | LOCAL GOVERNMENT SOLUTIONS | 38034 | 900.00 | 05/27/2025 |
| LRINGENE | 005 | 01 | LORI S PARDUE | 38035 | 300.00 | 05/27/2025 |
| MARTENS | 010 | 01 | MARTENS FRESH WATER | 38036 | 2,160.00 | 05/27/2025 |
| MAYPAP | 005 | 01 | MAYFIELD PAPER COMPANY | 38037 | 1,172.85 | 05/27/2025 |
| MIMUFF | 005 | 01 | MIDLAND MUFFLER, BRAKE & ALIGNMENT | 38038 | 189.95 | 05/27/2025 |
| MJMFARM | 010 | 01 | MJM FARMS, INC. | 38039 | 4,620.00 | 05/27/2025 |
| NAFOOD | 005 | 01 | NATIONAL FOOD GROUP, INC | 38040 | 174.12 | 05/27/2025 |
| NAPA | 010 | 01 | NAPA AUTO PARTS | 38041 | 71.98 | 05/27/2025 |
| OWLBADG | 005 | 01 | OWL BADGES | 38042 | 489.85 | 05/27/2025 |
| PASPID | 005 | 01 | THE POLICE AND SHERIFFS PRESS | 38043 | 37.20 | 05/27/2025 |
| PEAC | 005 | 01 | MARLIN LEASING CORPORATION | 38044 | 183.11 | 05/27/2025 |
| PENMAN | 005 | 01 | PENGUIN MANAGEMENT, INC | 38045 | 450.00 | 05/27/2025 |
| PENREF | 005 | 01 | PENGUINN REFRIGERATION, INC | 38046 | 510.00 | 05/27/2025 |
| PENWORT | 005 | 01 | PENWORTHY COMPANY LLC | 38047 | 1,057.19 | 05/27/2025 |
| PETCOM | 005 | 01 | PETRO COMMUNICATIONS | 38048 | 92.00 | 05/27/2025 |
| PITBOW | 005 | 01 | PITNEY-BOWES | 38049 | 729.69 | 05/27/2025 |
| PREMTS | 010 | 01 | PREMIER TRUCK GROUP OF ODESSA | 38050 | 270.11 | 05/27/2025 |
| SAUOIL | 010 | 01 | SAUNDERS COMPANY OIL EQUIP.DIV | 38051 | 839.96 | 05/27/2025 |
| SCOTTFR | 005 | 01 | SCOTT'S FIELD REPAIR | 38052 | 954.96 | 05/27/2025 |
| SHELL1 | 005 | 01 | WEX BANK | 38053 | 767.86 | 05/27/2025 |
| STAMIN | 005 | 01 | STANTON MINI STORAGE | 38054 | 182.00 | 05/27/2025 |
| SUSTAIN | 005 | 01 | SUSTAINABLE SECURITY SOLUTIONS INC. | 38055 | 6,791.00 | 05/27/2025 |
| SYSCOW | 005 | 01 | SYSCO WEST TEXAS, A DIVISION OF | 38056 | 1,009.22 | 05/27/2025 |
| THOMRE | 025 | 01 | THOMSON REUTERS | 38057 | 2,129.36 | 05/27/2025 |
| TOTOFF | 005 | 01 | TOTAL OFFICE SOLUTION | 38058 | 337.31 | 05/27/2025 |
| TRANSUN | 005 | 01 | TRANSUNION RISK AND ALTERNATIVE | 38059 | 297.92 | 05/27/2025 |
| TXPANFOR | 005 | 01 | TEXAS PANHANDLE FORENSICS | 38060 | 3,200.00 | 05/27/2025 |
| UNIFIRST | 010 | 01 | UNIFIRST CORPORATION | 38061 | 431.89 | 05/27/2025 |
| WEATHCON | 010 | 01 | WEATHERMAN CONSTRUCTION, LLC | 38062 | 605.84 | 05/27/2025 |
| WETXEQ | 010 | 01 | WARREN CAT | 38063 | 2,828.47 | 05/27/2025 |
| WTXCEL | 005 | 01 | WES-TEX TELECOMMUNICATIONS | 38064 | 671.47 | 05/27/2025 |
| YELMAC | 010 | 01 | YELLOWHOUSE MACHINERY COMPANY | 38065 | 2,840.55 | 05/27/2025 |

58 Checks Listed 249,543.02

| Fund | TOT-Paid |
|---|---|
| 005 | 187158.72 |
| 010 | 15695.82 |
| 020 | 2350.00 |
| 025 | 2129.36 |
| 040 | 42209.12 |
| Total | 249543.02 |

- Road Report given my Gerald Rodriguez
- Motion by Commissioner Blocker and seconded by Commissioner Stewart to approve permits and driveways listed below. All voted yes. 4-0. Copies on file in Clerk's office.
- Diamondback E&P LLC has two permits located on CR CX3301 and CR C3201,
- Medallion PL Co., LLC located on CR C2600.
- Improvements and Repairs: Firehouse had wind damage.
- Motion by Commissioner Stewart and seconded by Commissioner Ramos to accept Millhollon Education Trust donation for $250,000.00 from the Historical Commission. All voted yes. 4-0.
- Motion by Commissioner Stewart and seconded by Commissioner Blocker to approve Budget Amendment as presented. All voted yes. 4-0. Copy on file in Clerk's office.

# BUDGET AMENDMENT

Budget of Martin County, Texas

Budget year from January 1, 2025 to December 31, 2025 (amended)

Stanton, Texas

THE STATE OF TEXAS

THE COUNTY OF MARTIN

The Commissioners Court of Martin County, in its meeting of May 27, 2025 having considered the attached budget amendment, finds that an emergency does exist to meet unusual and unforeseen conditions.

General Fund Receipts:
Donations – Increase from Milhollon Educational Trust

General Fund Expenditures:
Community Complex – Increase and add security line item.
Historical Commission – Increase for Milhollon Educational Trust Donation.

General Fund Budget will increase $260,000.00

Road & Bridge Receipts:
Grants – TXDOT Certz – Increase for TIF Grant Fund.

Road & Bridge Expenditures:
Construction Cost – Seal Coating will increase for TXDOT funds.

Road & Bridge Fund will increase $1,656,616.55

Community Complex Receipts:
Stalls/Rv's – Increase and add line item.

Community Complex Fund will increase $25,000.00

We, Bryan Cox, County Judge: Linda Gonzales, County Clerk; and Cynthia O'Donnell, County Treasurer of Martin County, Texas do hereby Certify that the attached budget is a true and correct copy of the Budget (amended) of Martin County, Texas as passed and approved by the Commissioners Court on the 27th day of May 2025 and as the same appears on file in the office of the County Clerk of said County.

COUNTY JUDGE

COUNTY CLERK

COUNTY TREASURER

Subscribed and sworn to before me, the undersigned authority, this 27th day of May 2025.

NOTARY PUBLIC FOR THE STATE OF TEXAS

Candy Ulmer

PRINTED NAME

11-29-26

DATE COMMISSION EXPIRES

CANDY ULMER
Notary Public, State of Texas
Notary ID# 13408320-3
My Commission Expires 11-29-2026

- Motion by Commissioner Blocker and seconded by Commissioner Snellgrove to approve bonds for Subia and Morgan. All voted yes. 4-0. Bonds on file in Clerk's office.

- Item 12 – Discuss and purchase of a new maintainer (1) for Road and Bridge Department. No Action.

- Item 13 – Discuss and consider of a new dump truck (1) for Road and Bridge Department. No Action.

- Item 14 – Martin County Sheriff Randy Cozart's request to employ another jailer. No Action.

- Item 16 before Item 15 – Kacy Bland gave update of Martin County Community Complex.

  Net Revenue - $27,669.51. Gross Revenue for all contracts signed - $50,895.00. Open Stalls revenue for first event is $805.00.
  Kacy will be taking deposits. If paid by credit card, Cynthia will write a refund for Deposit if event will be getting it returned.
  Fire Marshall will be coming by this coming week.
  Additional training dates for Lex in regards to operate baseball field lights.
  Working with Cultivate for items for give away items at Grand opening with the County's name on them.
  Completed interviews to fill the 5 open positions. Custodian will start June, 2025.
  Working on signage for the complex.
  Community Center will be included on pest control contract.
  Order locks and chains for the RV slots.

- Item 15 – Discussion on Brown's BBQ concessionaire contract. Motion by Commissioner Stewart and seconded by Commissioner Snellgrove to go out of open session at 9:48 am. All voted yes. 4-0.

- Motion by Commissioner Stewart and seconded by Commissioner Blocker to go into closed session at 9:54 am. All voted yes. 4-0.

- Motion by Commissioner Stewart and Seconded by Commissioner Snellgrove to go out of closed session at 11:05 am. All voted yes. 4-0

- Motion by Commissioner Ramos and seconded by Commissioner Stewart to go into open session at 11:06 am. All voted yes. 4-0.

- Motion by Commissioner Snellgrove and seconded by Commissioner Blocker to adjourn at 11:07 am. All voted yes.

Read and approved in open court the 10th day of June 2025.