Martin County Commissioner's Court Regular Meeting Minutes
On File in the Martin County Clerk's Office
Stanton Texas 79782

**REGULAR MEETING**

Tuesday at 9:00 A.M April 22, 2025

Be it remembered that on the above day and date the Commissioner's Court of Martin County Texas met in session with the following members present, to wit: Judge Bryan Cox, Kenny Stewart Commissioner Precinct 1, Brian Snellgrove, Commissioner Precinct 3, Koy Blocker, Commissioner Precinct 4, and Linda Gonzales, County Clerk, when the following were had, to wit:

Absent - Auggie Ramos, Commissioner Precinct 2.

Cynthia O'Donnell, Gerald Rodriguez, Josh Quaid, Brandon Borgstedt, Will Wagner, Dakota Marshall, Nancy Cooke, Kade Hunter met with the Court.

**NOTICE OF OPEN MEETING OF THE**
**COMMISSIONERS COURT OF MARTIN COUNTY, TEXAS**

Notice is hereby given that a **Regular** Meeting of the above named Commissioners Court will be held on **Tuesday,** the **22nd** day of **April, 202,** at **9:00 a.m.** in the County Courthouse, 301 North St. Peter, Stanton, Texas, at which time the Court will deliberate and consider action on the following items:

1. Call to order, roll call;
2. Public comments;
3. Approve payroll and account payable;
4. Officials' reports;
5. Approve minutes;
6. Road report;
7. Budget amendment;
8. Pipeline and utility crossings;
9. Improvements and repairs;
10. Discuss and consider advertising for bids for cleaning service at the Martin County Community Center Complex (MCCCC);
11. Discuss and consider advertising for bids for the roof of the Millhollon house (east of town);
12. Discuss and consider appointing three (3) new Martin County hospital board members;
13. Discuss and approve Air Med to collaborate with Martin County Volunteer Fire Department;
14. Discuss and consider specifications on trailer bids (discussed from last court on 4-8-25) by Lex Crawford, MCCCC Facilities Manager;
15. Adjourn.

Pursuant to the authority granted under Government Code, Chap. 551, the Commissioners Court may convene a closed session to discuss any of the above agenda items. Immediately before any closed session, the specific section or sections of Government Code, Chap. 551 which provide statutory authority will be announced.

The next regular meeting of the Commissioners Court will be held on the **13th** day of **May, 2025,** in the Courtroom. Persons are requested to advise the County Judge by the Wednesday preceding the meeting in order to be included on the agenda.

**COMMISSIONERS COURT OF MARTIN COUNTY, TEXAS**

April 16, 2025 By: *[signature]*
COUNTY JUDGE, MARTIN COUNTY, TEXAS

ATTEST:

*Linda Gonzales*
COUNTY CLERK, MARTIN COUNTY, TEXAS

By: *[signature]*

- Call to Order, roll call.

- Public Comment – None

- Motion by Commissioner Stewart and seconded by Commissioner Snellgrove to approve payroll and accounts payable, and officials' reports and minutes. All voted yes. 3-0. Copies on file in Clerk's office.

06/23/2025 A/P CHECK REG - MARTIN COUNTY, TEXAS Page 1
13:28:56 04/22/2025 - 04/22/2025
apprchkr 1.00.d Checks: No Separation

| VendCode | Fund | Bank | Vendor Name | Check | Amount | Date |
|---|---|---|---|---|---|---|
| EDGETE | 040 | 40 | EDGETEAM TECHNOLOGY, LLC | 5084 | 6,412.83 | 04/22/2025 |
| WALTGA | 040 | 40 | GARY WALTON | 5085 | 987.02 | 04/22/2025 |
| ADVANTAG | 005 | 01 | ADVANTAGE OFFICE PRODUCTS | 37834 | 1,174.72 | 04/22/2025 |
| AGUITIER | 005 | 01 | ARICELI GUTIERREZ | 37835 | 289.80 | 04/22/2025 |
| ATSTEL | 005 | 01 | ATS TELCOM | 37836 | 920.00 | 04/22/2025 |
| AUVALLE | 005 | 01 | ADRIANA UVALLE | 37837 | 169.40 | 04/22/2025 |
| BAILEYFO | 005 | 01 | BAILEY TOLIVER FORD | 37838 | 360.71 | 04/22/2025 |
| BJWELD | 010 | 01 | B & J WELDING SUPPLY | 37839 | 71.00 | 04/22/2025 |
| BWOOLF | 005 | 01 | BRITNEY WOOLF | 37840 | 407.83 | 04/22/2025 |
| CDWGOV | 005 | 01 | CDW- GOVERNMENT | 37841 | 3,629.91 | 04/22/2025 |
| CLACHA | 005 | 01 | CHARLIE CLARK CHEVROLET BUICK GMC | 37842 | 220.85 | 04/22/2025 |
| CONMED | 005 | 01 | CONCORD MEDICAL GROUP OF TEXAS | 37843 | 409.00 | 04/22/2025 |
| COOKWAT | 010 | 01 | COOK WATER STATION, LLC | 37844 | 72.00 | 04/22/2025 |
| CORSLY | 005 | 01 | COREY SLY ELECTRICAL SERVICE | 37845 | 350.00 | 04/22/2025 |
| CULTIVAT | 005 | 01 | CULTIVATE AGENCY | 37846 | 4,200.00 | 04/22/2025 |
| EMC | 005 | 01 | ECM TODAY! | 37847 | 17,781.50 | 04/22/2025 |
| FALIF | 005 | 01 | INTENTIONAL LIFE MEDIA | 37848 | 107.50 | 04/22/2025 |
| GJRMAD | 010 | 01 | GJR LLC | 37849 | 11,160.00 | 04/22/2025 |
| GRAYDDS | 005 | 01 | K. ALDEN GRAY DDS PLLC | 37850 | 66.00 | 04/22/2025 |
| HOMDEP | 005 | 01 | HOME DEPOT CREDIT SERVICES | 37851 | 855.15 | 04/22/2025 |
| IBUITRON | 005 | 01 | ISABELLE BUITRON | 37852 | 153.08 | 04/22/2025 |
| ICSJAI | 005 | 01 | ICS JAIL SUPPLIES | 37853 | 272.51 | 04/22/2025 |
| INGLIB | 005 | 01 | INGRAM LIBRARY SERVICES | 37854 | 873.13 | 04/22/2025 |
| JAROTH | 005 | 01 | JAROTH INC. | 37855 | 163.00 | 04/22/2025 |
| KLINBR | 005 | 01 | BRIAN KLINKSIEK | 37856 | 2,250.00 | 04/22/2025 |
| MARC | 010 | 01 | MID-AMERICAN RESEARCH CHEMICAL | 37857 | 216.96 | 04/22/2025 |
| MARHOS | 005 | 01 | MARTIN COUNTY HOSPITAL DIST | 37858 | 47.91 | 04/22/2025 |
| MARMES | 005 | 01 | MARTIN CO MESSENGER | 37859 | 819.00 | 04/22/2025 |
| MAYPAP | 005 | 01 | MAYFIELD PAPER COMPANY | 37860 | 592.64 | 04/22/2025 |
| NAFOOD | 005 | 01 | NATIONAL FOOD GROUP, INC | 37861 | 174.12 | 04/22/2025 |
| NAPA | 010 | 01 | NAPA AUTO PARTS | 37862 | 167.24 | 04/22/2025 |
| NOVAHE | 005 | 01 | NOVA HEALTHCARE | 37863 | 269.55 | 04/22/2025 |
| OSSACAD | 005 | 01 | OSS ACADEMY A D/B/A OF | 37864 | 2,497.00 | 04/22/2025 |
| OVERHO | 005 | 01 | OVERTON HOTEL & CONFERENCE CENTER | 37865 | 379.50 | 04/22/2025 |
| PATESHW | 005 | 01 | PATE'S HARDWARE, INC- STANTON | 37866 | 798.79 | 04/22/2025 |
| PBRPC | 005 | 01 | PERMIAN BASIN REGIONAL PLANNING COM | 37867 | 45.00 | 04/22/2025 |
| PEAC | 005 | 01 | MARLIN LEASING CORPORATION | 37868 | 1,993.60 | 04/22/2025 |
| PRODCEN | 005 | 01 | THE PRODUCT CENTER | 37869 | 581.03 | 04/22/2025 |
| RMATOLL | 005 | 01 | RMA TOLL PROCESSING | 37870 | 2.71 | 04/22/2025 |
| RUSHPE | 010 | 01 | RUSH TRUCK CENTER, ODESSA | 37871 | 1,590.00 | 04/22/2025 |
| SAFEGU | 005 | 01 | SAFEGUARD BUSINESS SYSTEMS, INC | 37872 | 347.16 | 04/22/2025 |
| SAUOIL | 010 | 01 | SAUNDERS COMPANY OIL EQUIP.DIV | 37873 | 1,168.20 | 04/22/2025 |
| SCOTTFR | 010 | 01 | SCOTT'S FIELD REPAIR | 37874 | 525.00 | 04/22/2025 |
| SHELL1 | 005 | 01 | WEX BANK | 37875 | 987.56 | 04/22/2025 |
| SIESPR | 005 | 01 | SIERRA SPRINGS | 37876 | 113.46 | 04/22/2025 |
| SOUAIR | 010 | 01 | AIRGAS SOUTHWEST, INC. | 37877 | 56.07 | 04/22/2025 |
| SYSCOW | 005 | 01 | SYSCO WEST TEXAS, A DIVISION OF | 37878 | 3,965.41 | 04/22/2025 |
| TAC 2 | 005 | 01 | TEXAS ASSOCIATION OF COUNTIES | 37879 | 150.00 | 04/22/2025 |
| TACRMP | 005 | 01 | TEXAS ASSOCIATION OF COUNTIES | 37880 | 770.00 | 04/22/2025 |
| THOMRE | 025 | 01 | THOMSON REUTERS | 37881 | 2,129.36 | 04/22/2025 |
| TOTOFF | 005 | 01 | TOTAL OFFICE SOLUTION | 37882 | 259.83 | 04/22/2025 |
| TUELEC | 005 | 01 | TXU ELECTRIC | 37883 | 662.00 | 04/22/2025 |
| TXPANFOR | 005 | 01 | TEXAS PANHANDLE FORENSICS | 37884 | 2,620.00 | 04/22/2025 |
| UNIFIRST | 010 | 01 | UNIFIRST CORPORATION | 37885 | 802.99 | 04/22/2025 |
| WETSEL | 005 | 01 | WETSEL & LEDERLE, LLP | 37886 | 1,125.00 | 04/22/2025 |
| WETXEQ | 010 | 01 | WARREN CAT . | 37887 | 4,775.16 | 04/22/2025 |
| WILKHL | 005 | 01 | HARDY L. WILKERSON | 37888 | 300.00 | 04/22/2025 |
| WTXCEL | 005 | 01 | WES-TEX TELECOMMUNICATIONS | 37889 | 671.47 | 04/22/2025 |
| YELMAC | 010 | 01 | YELLOWHOUSE MACHINERY COMPANY | 37890 | 1,718.99 | 04/22/2025 |

59 Checks Listed 86,679.65

- Gerald Rodriguez gave road report.
- Item 7 – Budget Amendment no action.
- Motion by Commissioner Blocker and seconded by Commissioner Snellgrove to approve all permits listed below. All voted yes. 3-0. Copies on file in Clerk's office.

  Amanda Louder driveway permit located on 1972 CR B3501.

  Lyntegar Electric/Ross Aten driveway permit located on CR D4700.

  Diamondback Energy Inc. located on CR A3800.

  Diamondback E & P LLC located on CR A3901 and CR A4200.

  Taylor Harris/ ETC Gas Gathering Company, LLC located on CR A3800.

- Improvements & Repairs – Discussion on scales for steers.
- Motion by Commissioner Stewart and seconded by Commissioner Blocker to approve advertising for bids for cleaning service at the Martin County Community Complex. Will receive bids till May 8th and open bids May 13th. All voted yes. 3-0.
- Motion by Commissioner Snellgrove and seconded by Commissioner Stewart to advertise for bids for the roof of the Millhollon house east of town. Bids will be received until May 8th and open bids May 13th. All voted yes. 3-0.
- Motion by Commissioner Blocker and seconded by Commissioner Stewart to approve keeping Morgan Cox, John Myrick and Clay Parker on the Hospital Board. Nancy Cooke gave presentation to the Court on Hospital. All voted yes.3-0.
- Motion by Commissioner Stewart and seconded by Commissioner Snellgrove to approve Air Med to collaborate with Martin County Volunteer Fire Department. All voted yes. 3-0.
- Motion by Commissioner Snellgrove and seconded by Commissioner Stewart to purchase a 16' trailer with 3 roll offs from Raskull for $26,977.50 for the MCCC. All voted yes. 3-0.

- Motion by Commissioner Stewart and seconded by Commissioner Blocker to adjourn at 9:55 am. All voted yes. 3-0

Read and approved in open court the 13th day of May 2025.