**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **AUSTIN HAMBLIN and KISKA HAMBLIN,** *Plaintiffs,* | § § § § | |
| v. | § | **MO:25-CV-00245-RCG** |
| **BRAD INGRAM, ANDERS DAHL, KELSEY BROWN, RORY GAMMONS, each in their individual capacity; MARTIN COUNTY, TEXAS; and BRIAN SNELLGROVE,** *Defendants.* | § § § § § § § | |

**DEFENDANT SNELLGROVES RESPONSE TO PLAINTIFFS' MOTION TO RECONSIDER THE EXCLUSION OF BILLY REYNOLDS AND FOR A NEW TRIAL UNDER RULE 59(a)**

Comes now Defendant Brian Snellgrove, and respectfully files this Response to Plaintiff's Motion to Reconsider the Exclusion of Billy Reynolds and for a New Trial under Rule 59(a).

1. Billy Reynolds testimony was offered out of the presence of the jury as part of an evidentiary bill offered by Plaintiffs. Reynold's clear testimony was that he did not have first hand knowledge of the investigation, the search for missing property, the body-camera footage, the audit records, or the chain of custody logs. After his testimony was proffered, the Court specifically asked Plaintiff if Reynolds could be excused from his subpoena and be released. Plaintiff clearly said that this witness

could be excluded. There was no attempt to offer the witness, and the witness had no personal knowledge about what happened with the investigation in this case.

2. No evidentiary hearing is required for this witness. The record at trial is sufficient for an appellate court to assess the proposed testimony of this witness.

3. A new trial is not warranted in this case. When the Court considers all the evidence in the light most favorable to the verdict, and after leaving credibility determinations and the weighing of evidence to the jury, there is no basis for the granting of a new trial in this case. *United States ex rel. Montcrieff v. Peripheral Vascular Assocs. P.A.* 649 F. Supp. 3d 404, 412-413 (W.D. Tex.2023). This case was fairly presented, and most of the evidentiary findings were made in favor of the Plaintiffs. The jury did not take long to come back with a verdict against Plaintiffs on all matters, and their verdict should be allowed to stand.

Wherefore, premises considered, Plaintiffs' motion to reconsider the testimony of Billy Reynolds and for a New Trial should be denied without an evidentiary hearing.

Respectfully submitted,

/s/ Robert J. Perez

Robert J. Perez
Texas Bar No. 15779050

Robert J. Perez
221 N. Kansas, Suite 1103
El Paso, Texas 79901
(915) 542-1222
Rjperezlaw1@gmail.com

CERTIFICATE OF SERVICE

I certify that on September 23, 2026, a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF system.

/s/ Robert J. Perez

Robert J. Perez