**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **AUSTIN HAMBLIN and KISKA HAMBLIN,**<br>***Plaintiffs*,** | §<br>§<br>§<br>§ | |
| **v.** | § | **MO:25-CV-00245-RCG** |
| **BRAD INGRAM, ANDERS DAHL, KELSEY BROWN, RORY GAMMONS, each in their individual capacity; MARTIN COUNTY, TEXAS; and BRIAN SNELLGROVE,**<br>***Defendants*.** | §<br>§ | |

**ORDER DIRECTING THE CLERK TO WITHDRAW PREVIOUISLY FILED ORDERS**

It has come to the Court's attention that Orders entered at Documents 180, 181, 182, and 183 were uploaded with formatting and pagination issues. The Clerk is **ORDERED** to **WITHDRAW** the Court Orders at Document 180, 181, 182, and 183. Once those formatting issues are corrected, those Orders will be uploaded under a separate Order.

It is so **ORDERED**.

SIGNED this 30th day of September, 2026.

RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE