# APPROVED INCIDENT REPORT

## MARTIN COUNTY SHERIFF'S OFFICE

**TX1590000** **Address: 3522 IH 20 TX 79782**

### REPORT DETAILS

| Case Number | Report Type | Date | Time | Signal | Zone |
|---|---|---|---|---|---|
| 25-0313 | INITIAL | 10/22/2025 | 11:30 | THEFT CALL | |

| Begin Date | Begin Time | End Date | End Time | Disposition |
|---|---|---|---|---|
| 10/22/2025 | 11:30 | | 12:00 | REPORT TAKEN |

| Location of Offense |
|---|
| 2100 WESTSIDE STANTON |

| Reporting Officer | Emp # | Radio # | Badge # | Arrived | Completed |
|---|---|---|---|---|---|
| REYNOLDS, BILLY | 302378 | M-2 | M-2 | 00 11:30 | 00 12:00 |

| Reporting Officer #2 | Emp # | Radio # | Badge # |
|---|---|---|---|
| | | | |

| Responding Detective | Emp # | Radio # | Badge # | Notified | Arrived |
|---|---|---|---|---|---|
| | | | | | |

| Supervisor | Emp # | Radio # | Badge # | Notified | Arrived |
|---|---|---|---|---|---|
| | | | | | |

### REPORTING PERSON

| Name | Race | Sex | Date of Birth | Age | Juvenile |
|---|---|---|---|---|---|
| SNELLGROVE, BRIAN | | | | | |

| Address | Social Security # | Driver's License # | Driver's Lic St |
|---|---|---|---|
| 2100 WESTSIDE DR. DR STANTON TX 79782 | | | |

| Employer/School | Employer Address |
|---|---|
| | |

| Home Phone | Work Phone | Cell Phone | Can ID Suspect? | Voluntary Statement |
|---|---|---|---|---|
| | | | | YES |

### VICTIM

| Victim # | Juvenile | Type | For Insurance Purposes ? |
|---|---|---|---|
| 1 | NO | INDIVIDUAL | |

| Name | Race | Sex | Date of Birth | Age | Resident ? |
|---|---|---|---|---|---|
| SNELLGROVE, BRIAN L | WHITE | MALE | [redacted] | [redacted] | YES |

| Ethnicity | Height | Weight | Driver's License # | Driver's License St. | Social Security # |
|---|---|---|---|---|---|
| UNKNOWN | 5'10'' | 1'80'' | [redacted] | TX | |

| Address | Home Phone | Work Phone | Cell Phone |
|---|---|---|---|
| 2100 WESTSIDE DR STANTON TX 79782 | | | |

| Employer | Employer Address |
|---|---|
| | |

# APPROVED INCIDENT REPORT

## MARTIN COUNTY SHERIFF'S OFFICE

TX1590000 Address: 3522 IH 20 TX 79782

| Aggravated Ass/Homi Circ 1 | Aggravated Ass/Homi Circ 2 | Additional Just. Homi/LEOKA | Weapon Implication |
|---|---|---|---|
| | | | |

| Under Influence ? | Gun Permit ? | ID Suspect ? | Voluntary Statement ? | Domestic Violence ? |
|---|---|---|---|---|
| | | | | |

| Gang Related |
|---|
| |

| Victim Injury Codes |
|---|
| N/A |

| Previous Injuries |
|---|
| |

| Injuries Associated with Incident |
|---|
| |

| Ambulance | Ambulance # | Hospital | Physician | Coroner | Pro. Dead | Refused Treatment at Hosp ? |
|---|---|---|---|---|---|---|
| | | | | | | |

### VICTIM SNELLGROVE, BRIAN L & SUSPECT RELATIONSHIP

| Suspect | Relationship | Length | Unit Of Length |
|---|---|---|---|
| UNKNOWN, UNKNOWN | RELATIONSHIP UNKNOWN | | |

### OFFENSE

| Offense # | Victim | Suspect |
|---|---|---|
| 1 | SNELLGROVE, BRIAN L | UNKNOWN, UNKNOWN |

| R.S. Number | Title |
|---|---|
| 22990002 | BURGLARY OF HABITATION |

| Attempted/Completed | Location Type | Number of Premises |
|---|---|---|
| COMPLETED | RESIDENCE/HOME | 0 |

### SUSPECT

| Suspect # | Juvenile | Type | Name | Race | Sex |
|---|---|---|---|---|---|
| 1 | | SUSPECT | UNKNOWN, UNKNOWN | UNKNO | UNKNOW |

| Date of Birth | Age From | Age To | Ethnicity | Resident ? | Height From | Height To | Weight From | Weight To |
|---|---|---|---|---|---|---|---|---|
| | | | UNKNOWN | | | | | |

| Eye Color | Hair Color | Hair Length | Social Security # | Driver's License # | Driver's License State |
|---|---|---|---|---|---|
| | | | 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 | | |

| Address | Home Phone | Work Phone | Cell Phone |
|---|---|---|---|
| | | | |

# APPROVED INCIDENT REPORT

## MARTIN COUNTY SHERIFF'S OFFICE

TX1590000 Address: 3522 IH 20 TX 79782

| Suspect Using ? | Gang Related | Armed with |
|---|---|---|
| | | |

| Hate / Bias | Can be identified by |
|---|---|
| NONE | |

| Identifiable Features |
|---|
| |

| Clothing |
|---|
| |

| Arrest Type | Voluntary Statement ? |
|---|---|
| | |

| Injuries Associated with Incident |
|---|
| |

**WITNESS** None attached to report

**PROPERTY**

| Property # | Property Owner or Property | Description Code |
|---|---|---|
| 1 | SUSPECT 1 | 07 - COMPUTER HARDWARE/SOFTWARE |

| Loss Type | Qty | Value | Insured | Owner Applied Number |
|---|---|---|---|---|
| 7 - STOLEN | 1 | 11100 | NO | |

| Make | Model | Serial Number |
|---|---|---|
| DELL | LAPTOP HARD DRIVE | 8MS9K13 |

| Description |
|---|
| 500 GIG HARD DRIVE STOLEN FROM A DELL LAP TOP |

| Date Recovered | Location Recovered | Recovered Address |
|---|---|---|
| | | , |

| Recovery Disposition | Value | Emp # | Recovery By Other |
|---|---|---|---|
| | | | |

**VEHICLE** None attached to report

**INVESTIGATION**

| Force Used | Entry Site | Method |
|---|---|---|
| | | |

| Security Device Installed? | Security Device On? | Safe Job? | Gambling Devices on Premises? | Alcoholic Beverage Outlet? |
|---|---|---|---|---|
| | | | | |

| Prior History Of Domestic Violence? | Prior History Documented? | Number of Prior Cases |
|---|---|---|
| | | |

# APPROVED INCIDENT REPORT

## MARTIN COUNTY SHERIFF'S OFFICE

**TX1590000** **Address: 3522 IH 20 TX 79782**

| **Synopsis** |
|---|
| SOMEONE ENTERED THE SHOP TO THE RESIDENCE WITHOUT THE EFFECTIVE CONSENT OF THE OWNER, FOUND A LAPTOP AND TOOK IT APART TAKING A HARDRIVE FROM THE COMPUTER THEN PUT THE COMPUTER BACK TOGETHER AND LEFT THE RESIDENCE. NO OTHER ITEMS WERE TAKEN. |

| **Motive** | **Target** | **Security Used** | **Residential** |
|---|---|---|---|
| UNKNOWN | | CAMERA | |
| **Commercial Building** | **Public Area** | **Moveable** | **Structure Type** |
| | | OTHER | CORRUGATED METAL |
| **Outdoor Area** | **Approach** | **Impersonated** | **Weapon** |
| | | | |

| **Firearm Features** | **Property Crimes** | **Person Crimes** |
|---|---|---|
| | KNEW LOCATION OF HIDDEN PROPERTY | |

| **APPROVAL** | | |
|---|---|---|
| **Approval Level 1:** | **By** | **Date / Time** |
| | REYNOLDS, BILLY | 10/24/2025 2:18:22 PM |
| **Approval Level 2:** | **By** | **Date / Time** |
| | REYNOLDS, BILLY | 10/24/2025 2:18:23 PM |
| **Approval Level 3:** | **By** | **Date / Time** |
| | REYNOLDS, BILLY | 10/24/2025 2:18:24 PM |
| **Final Approval:** | **By** | **Date / Time** |
| | REYNOLDS, BILLY | 11/3/2025 10:42:56 AM |

| **Exceptionally Cleared By** | **Date / Time** |
|---|---|
| | |

**APPROVED INCIDENT REPORT**

**MARTIN COUNTY SHERIFF'S OFFICE**

**TX1590000** **Address: 3522 IH 20 TX 79782**

## NARRATIVE

Written By: **REYNOLDS, BILLY**

At approximately 11:30a.m. On 10/20/2025 I Deputy Billy Reynolds with the Martin County Texas Sheriff's Office received a call from dispatch stating that there was a man in the lobby wanting to speak with a Deputy about a stolen hard drive out of a laptop. I started recording with my body worn camera and went to the lobby to get the man who only identified himself as Gabriel Alvarado. Gabriel stated that he works for Snellgrove Industries and he had been tasked with finding and inventorying the items that were recovered from a theft case involving Austin Hamblin, which has filed a law suit against the county for not returning the items that were seized from his property in a search warrant. Gabriel stated that he had information on a laptop that completely proves Hamlin took items from Snellgrove. I told Gabriel we could not be involved with that information, however to let me know what happened. Gabriel stated that he had been working on the laptop the day before and he closed it and went home. When he came to work this morning he could not get the laptop to come on. Gabriel stated the laptop appeared to have been messed with, so he took it apart and found the hard drive was missing. I asked Gabriel who owned the laptop. Gabriel stated Brian Snellgrove his employer. I asked where the laptop was at. Gabriel stated it was at Snellgrove's home located at 2100 Westside Drive, Stanton, Texas 79782. I told Gabriel that if Snellgrove needed to make a report he would need to contact us. Gabriel stated he understood and the departed.

On 10/21/2025 at approximately 11:00a.m. Brian Snellgrove came by the Sheriff's Office with the laptop. Snellgrove gave me his identification and asked me to do a report on the stolen hard drive. I asked Snellgrove if he had cameras at his home. Snellgrove stated he did but could not find any footage of anyone messing with the laptop. I took pictures of the Dell laptop that Snellgrove brought in with him. The computer was gray and black in color with a Snap-on sticker on the top. Dell Service Tag # 8MS9K13, Serial is the same. Back of computer was already taken loose. pictures were taken and sent back with Snellgrove. Snellgrove made the comment that he did not understand the purpose of someone breaking in and doing this as he still had all of the data from the hard drive as it was still on the computer. I told Snellgrove all of this seemed real suspicious and that it did not make sense. Snellgrove stated he agreed it all did not make sense. I explained to Snellgrove since we were party to the lawsuit, about the Snap-on Tools. I would write a letter to the District Attorney and ask for the Texas Rangers to look into this matter. According to Snellgrove the only thing missing was the hard drive from the computer. District Attorney Josh Hamby was notified and I told him I would be requesting a Texas Ranger investigation.