RANDY COZART
SHERIFF OF MARTIN COUNTY
3522 INTERSTATE 20 / P.O. BOX 1127, STANTON, TEXAS 79782
OFFICE: 432-756-3336 FAX: 432-607-2992
http://www.co.martin.tx.us/

Date: 04/14/2025
To: Hon. Josh Hamby 118th District Court
From: Chief Deputy Billy Reynolds

The Martin County Sheriff's Office received several emails and telephone calls from a Kiska Hamblin in regards to property taken from her residence by the previous Sheriff and his Deputies. I have been communicating with the Hamblins and on 03/06/2025 I had them come in and give me a written statement of the facts that transpired, which are as follows. On 05/11/2023 a Deputy Weston Phelps with the Martin County Sheriff's Office took a theft report from a Brian Snellgrove. Snellgrove claimed he believed one of his employees had been stealing from him and listed that he was missing a plasma cutter a mig welder and a aircompressor. Snellgrove believed these items were taken by his employee Austin Hamblin. The report number is 23-0135. A search warrant was issued for these items and the Martin County Sheriff's Office served the warrant. Note that The Sheriff's Office did not find any of the items listed in the search warrant, however there were a lot of snap on tools located in the residence of Austin Hamblin. Hamblin claimed to have receipts for 90% of the tools. Hamblin did provide the Sheriff's Office with receipts for snap on tools to Anders Dahl with the Martin County Sheriff's Office. Martin County Sheriff's Office Deputies on site for the search warrant were Sheriff Bad Ingram, Chief Deputy Jessie Metcalf, Sergeant Anders Dahl, Deputy Kelsey Brown, and Deputy Chris Mahurin. Body Camera footage shows Deputies going through the Hamblin Home with Austin Hamblin. Brian Snellgrove is then brought into the home and tells Martin County Sheriff's Office that everything in the home that has snap on on it belongs to him. Martin County Sheriff's Office take all snap on items out of the home, along with tools and car parts that are not snap on and place them in Snellgroves vehicle along with the Martin County Sheriff's Office units. These tools were then taken to Snellgrove's residence and were never logged in as evidence. An inventory list from the search warrant lists 51 items taken from the Hamblin's residence. According to the Hamblin's there were more items taken from their home than 51 items. Martin County Sheriff's Office's previous administration did not list all of the items taken and only put into the report that $283,000.00 worth of snap on tools were seized. The Hambiln's state that that of that $120,000.00 worth of tools that they personally owned were taken from them and that they want them back. The case against Austin Hamblin was dismissed. Martin County Sheriff's Office does not have any of these items in their possession. There are no receipts or even a written complaint from Snellgrove showing he owns the tools he claims Austin Hamblin took, in the possession of Martin County Sheriff's Office. Martin County Sheriff's Office believes that this issue should be resolved by allowing someone that is unbiased to look into this matter. The previous Sheriff is no longer here, and the complainant in this matter is a current sitting Martin County Commissioner. The Martin County Sheriff's Office is respectfully requesting the 118th District Attorney's Office to have the Texas Rangers investigate this matter so that this matter can be resolved. The original video in this case is with the case file here at the Martin County Sheriff's Office and is available upon request.