RANDY COZART
SHERIFF OF MARTIN COUNTY
3522 INTERSTATE 20 / P.O. BOX 1127, STANTON, TEXAS 79782
OFFICE: 432-756-3336 FAX: 432-607-2992
http://www.co.martin.tx.us/

Date: 11/4/2025
To: 118th District Attorney Josh Hamby
From: Chief Deputy Billy Reynolds

On 10/20/2025 A male by the name of Gabriel Alvarado came to the office to report a theft at 2100 West Side Drive at Brian Snellgrove's residence. Alvarado stated that someone broke into Snellgrove's garage which is attached to his residence, located a laptop and took the laptop apart. Alvarado stated this person took the hard drive out of the laptop and then put the laptop back together. Alvarado stated he was working on the computer the day before, and that the laptop was working fine. Alvarado said when he came in the next morning he could not get the laptop to turn on and after further investigation found that the hard drive was missing from the laptop. Alvarado stated that everything that exonerated Snellgrove, and Martin County was on that hard drive. I asked Alvarado who owned the lap top. Alvarado stated Snellgrove. I asked who's property was broken into where the lap top was? Alvarado stated Snellgrove. I told Alvarado that Snellgrove would have to come in because he was the victim to make the report. Alvarado departed.

On 10/21/2025 Snellgrove came into the office to file a burglary report. Snellgrove brought the laptop with him that was already taken apart. A report for burglary was taken report 25-0313, Snellgrove claims that he still retains all of the information on the hard drive, but the hard drive has been stolen. Due to the fact that this report of stolen property includes a list of property seized by the Martin County Sheriff's Office on a search warrant back in 2023 in which the case was dismissed and the suspect Austin Hamblin is now considered the victim and is asking for his property back, and has filed a federal lawsuit. I am asking the 118th District Attorney's Office to have the Texas Ranger's look into this incident.

On 10/27/2025 I received a call from Kiska Hamblin one of the victim's in this incident, wanting to know if I took a report for a stolen hard drive. I asked Kiska how she knew this. Kiska stated that she had asked for discovery and it was granted by a Federal District Court, and Snellgrove claimed that he reported the hard drive stolen. Martin County Sheriff's Office feels it is being used as a pawn in this litigation, and this lawsuit is from a previous administration and does not need to include this administration. Since a Federal Court is involved and discovery was granted to the plaintiff, this information will also be sent to the Federal Bureau of Investigation for review, as Snellgrove claimed to us that he had the data but not the hard drive. Martin County is transparent and will stay neutral in this process, and will cooperate fully with any investigation that may unfold. Thank you for your time and consideration in this matter.

Chief Deputy Billy Ray Reynolds